UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, NAYELI GOMEZ, JOHN HARMS, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 5:20-CV-00046-OLG |
| RUTH HUGHS, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE and STEVEN C. McCRAW, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY | § § § § § § § § | |
| Defendants. | § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now JOAQUIN ROBERT GONZALEZ, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent STRINGER, et al., Plaintiffs, in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the Texas Civil Rights Project with offices at 1405 Montopolis Drive, Austin, Texas 78741, (512) 474-5073, facsimile no. (512) 474-0726.

2. Since November 24, 2018, Applicant has been and presently is a member of and good standing with the Bar of the State of Texas. Applicant's bar license number is 24109935.

3. Applicant has been admitted to practice before the following courts:

   Court:                     Admission Date:

   Texas Supreme Court        November 24, 2018

4. Applicant is presently a member in good standing of the bars of the courts listed above.

5. Applicant previously applied to Appear Pro Hac Vice in this district court in Case: Number: 5:19-cv-00074-FB on the 22nd day of February, 2019.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   Co-Counsel:   Rebecca E. Harrison Stevens
   Texas Civil Rights Project
   1405 Montopolis Drive
   Austin, Texas 78741
   (512) 474-5073

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2).

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Joaquin Robert Gonzalez to the Western District of Texas pro hac vice for this case only.

Dated: January 16, 2020

Respectfully submitted,

By: /s/ Rebecca E. Harrison Stevens
Rebecca E. Harrison Stevens
Texas Bar No. 24065381
beth@texascivilrightsproject.org

TEXAS CIVIL RIGHTS PROJECT

2

                                    1405 Montopolis Drive
                                    Austin, Texas 78741
                                    512-474-5073 (Telephone)
                                    512-474-0726 (Facsimile)

                                  ***ATTORNEYS    FOR    PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2020, a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice* was served upon counsel of record via the Court's ECF system.

/s/ Rebecca E. Harrison Stevens
Rebecca E. Harrison Stevens