IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, NAYELI GOMEZ, JOHN HARMS, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 5:20-cv-00046-OLG |
| RUTH HUGHS, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE and STEVEN C. McCRAW, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY | § § § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFFS' EMERGENCY APPLICATION FOR PRELIMINARY INJUNCTION**

After considering Plaintiffs' Emergency Application for Preliminary Injunction, the Court **GRANTS** Plaintiffs' Application.

Accordingly, this Court **DIRECTS** Defendants to take all appropriate measures necessary to remedy the harm caused by their noncompliance with the National Voter Registration Act and the U.S. Constitution by providing and accepting simultaneous voter registration applications in elections for Federal office from driver's license applicants who wish to register to vote while renewing or changing the address on their driver's license through the Department of Public Safety website.

The Court **ENJOINS** Defendants, and all those associated with them, from discriminating against, harassing, or interfering with the right of each Individual Plaintiff, affected members of Associational Plaintiff, and other eligible Texans to simultaneously apply to register to vote when

submitting a renewal or change-of-address driver's license application through the Department of Public Safety website.

The Court additionally **DIRECTS** Defendants to register to vote or update voter registration information for each Individual Plaintiff using their most recent online driver's license transaction and deem each Individual Plaintiff's voter registration through their most recent online driver's license transaction as submitted on the date each Individual Plaintiff completed said transaction, and as effective 30 days thereafter.

It is so ORDERED this _____ day of _____, 2020.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE