IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, NAYELI GOMEZ, JOHN HARMS, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 5:20-cv-00046-OLG |
| RUTH HUGHS, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE and STEVEN C. McCRAW, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY | § § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE**

Pending before the Court is Plaintiffs' Request for Judicial Notice. After reviewing the Motion and all arguments, the Court finds that the Motion should be GRANTED. The Court therefore takes judicial notice of the following Texas Department of Public Safety, Texas Secretary of State, and U.S. Census Bureau websites and contents thereof:

1. Texas Department of Public Safety, Driver License Renewal and Change of Address Web Page, https://txapps.texas.gov/tolapp/txdl/, attached hereto as A-1.

2. Texas Department of Public Safety, Online Services Eligibility, https://txapps.texas.gov/tolapp/txdl/eligibility.dl?locale=en_US, attached hereto as A-2.

3. Texas Secretary of State, Voter Registration Application, https://webservices.sos.state.tx.us/vrapp/indEx.asp, attached hereto as A-3.

4. Texas Secretary of State, Request for Voter Registration Application, https://www.sos.state.tx.us/elections/voter/reqvr.shtml, attached hereto as A-4.

1

5. Texas Secretary of State, Important Election Dates, https://www.sos.state.tx.us/elections/voter/2020-important-election-dates.shtml, attached hereto as A-5.

6. Texas.gov, The Official Website of the State of Texas, https://texas.gov/, attached hereto as A6.

7. Application for Texas Driver License or Identification Card, https://www.dps.texas.gov/internetforms/Forms/DL-14A.pdf, attached hereto as A-7.

8. Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card, http://www.dps.texas.gov/Internetforms/Forms/DL-43.pdf, attached hereto as A-8.

9. Application for Change of Address on Valid Texas Driver License (DL) & Identification Card (ID), http://www.dps.texas.gov/Internetforms/Forms/DL-64.pdf, attached hereto as A-9.

10. Texas Department of Public Safety, Driver License Renewal and Change of Address Eligibility and About webpage, https://txapps.texas.gov/tolapp/txdl/faq.dl?locale=en_US, attached hereto as A-10.

11. United States Census Bureau, County-to-County Migration Flows: 2013-2017 ACS, Census.gov (last revised Aug. 22, 2019), https://www.census.gov/data/tables/2017/demo/geographic-mobility/county-to-county-migration-2013-2017.html, and the relevant tables linked thereon, attached hereto as A-11.

It is so ORDERED this _____ day of _____, 2020.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE