**FILED**

**JAN 2 1 2020**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, et. al. | ) | |
| | ) | |
| v. | ) | CIVIL NO. SA-16-CV-257-OG |
| | ) | |
| ROLANDO PABLOS, in his official capacity as Texas Secretary of State and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety | ) | |

| | | |
|---|---|---|
| JARROD STRINGER, et. al. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety | ) | CIVIL NO. SA-20-CV-46-OG |

## ORDER OF CONSOLIDATION

The Court has reviewed the record in the above referenced cases, and finds that the parties are the same and the cases involve common questions of law and arise from the same or similar operative facts. Consolidation of the cases would conserve judicial resources and serve the best interests of all parties and witnesses.

It is therefore ORDERED that the above styled cases are CONSOLIDATED for all purposes, pursuant to Fed.R.Civ.P. 42(a)(2). The case with the lowest case number (i.e., the first filed case) will be the lead case, and all future pleadings, motions or other documents may be filed under that cause number.

SIGNED and ENTERED this 21 day of January, 2020.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE