UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 2 1 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JARROD STRINGER, et. al. | )<br>)<br>) |
| v. | ) CIVIL NO. SA-16-CV-257-OG |
| ROLANDO PABLOS, in his official capacity as Texas Secretary of State and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety | )<br>)<br>)<br>)<br>)<br>)<br>) |
| JARROD STRINGER, et. al. | )<br>)<br>) |
| v. | )<br>)<br>) |
| RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety | ) CIVIL NO. SA-20-CV-46-OG<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO INTERVENE

Pending before the Court is the Texas Democratic Party, DSCC, and DCCC's motion to intervene. Docket no. 124. Defendants have filed a response, and movants have filed a reply. Docket nos. 133, 134. The Court has reviewed the motion and applicable law, and finds that the motion to intervene should be granted, pursuant to Fed. R. Civ. P. 24(a)(2) and (b)(1)(B). The Clerk of the Court shall file Intervenor-Plaintiff's complaint as part of the record herein. Docket no. 124-2.

SIGNED and ENTERED this 21 day of January, 2020.

ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE