IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, et al., *Plaintiffs,* | § § § | |
| v. | § § | CIVIL NO. SA-16-CV-257-OG |
| ROLANDO PABLOS, et al., *Defendants.* | § § § § | |
| JARROD STRINGER, et al., *Plaintiffs,* | § § § § | |
| v. | § § | CIVIL NO. SA-20-CV-46-OG |
| RUTH HUGHS, et al., *Defendants.* | § § § | |

## ORDER

Considering Plaintiffs' Emergency Application for Preliminary Injunction and Request for Hearing, and Defendants' Opposition thereto,

**IT IS ORDERED** that Plaintiffs' Emergency Application for Preliminary Injunction and Request for Hearing is **DENIED**.

SIGNED this the ____ day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE