IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, et al.,<br>　　*Plaintiffs,*<br><br>v.<br><br>ROLANDO PABLOS, et al.,<br>　　*Defendants.* | § § § § § § § § | No. 5:16-CV-00257-OG |
| JARROD STRINGER, et al.,<br>　　*Plaintiffs,*<br><br>v.<br><br>RUTH R. HUGHS, et al.,<br>　　*Defendants.* | § § § § § § § § § | No. SA-20-CV-46-OG |

**ORDER**

Came on this day to be heard *Defendants' Response in Opposition to Motion for Leave to File Motion for Summary Judgment* and after due consideration, the Court issues the following:

It is hereby ORDERED that Intervenors' motion for leave to file a motion for summary judgment is DENIED.

SIGNED this the ____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE