FILED
MAR 19 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, et al.,<br>*Plaintiffs,* | § § § | |
| v. | § | No. SA-20-CV-46-OG |
| RUTH R. HUGHS, et al.,<br>*Defendants.* | § § § § | |

## ORDER

On this day came on to be considered the Joint Motion to Modify Deadlines filed by Plaintiffs, Defendants, and Plaintiff-Intervenors in this cause. Upon due consideration, the motion is hereby GRANTED. The deadlines in the Court's February 13, 2020 Order (Dkt. 169) are hereby modified as follows:

1. All depositions currently scheduled in this case shall be postponed and counsel must reach agreement on new dates for those depositions promptly, and in no event after March 27, 2020;

2. The expedited discovery ordered shall be completed by April 30, 2020; and, in accordance with the parties' agreement, while the parties will endeavor to conduct depositions in person, the parties are ordered to conduct the outstanding depositions in the expedited discovery period via remote means (*e.g.*, teleconference, videoconference, etc.), should the COVID-19 pandemic render it unfeasible to complete the depositions in person by the April 30, 2020 deadline.

IT IS SO ORDERED.

Done this \_\_19\_\_ day of \_\_\_March\_\_\_, 2020.

_____
The Honorable Orlando L. Garcia
Chief United States District Judge