**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| JARROD STRINGER, et al.<br><br>  Plaintiffs,<br>v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. MCCRAW, in his official capacity as Director of the Texas Department of Public Safety<br><br>  Defendants. | Civil Action Case No. 5:20-cv-00046-OLG |

**APPENDIX IN SUPPORT OF TEXAS DEMOCRATIC PARTY, DSCC, AND DCCC'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

| Exhibit | Document Description |
|---|---|
| A. | Declaration of Glen Maxey, Primary Director of Intervenor-Plaintiff TDP, dated May 13, 2020 |
| B. | Declaration of Alexander Edelman, National Field Director of Intervenor-Plaintiff DCCC, dated May 14, 2020 |
| C. | Declaration of Sara Schaumburg, Director of Voter Protection & Deputy Policy Director of Intervenor-Plaintiff DSCC, dated May 14, 2020 |
| D. | Relevant Excerpts from the Deposition Transcript of Glen Maxey, Primary Director of Intervenor-Plaintiff TDP, dated April 27, 2020 |
| E. | Relevant Excerpts from the Deposition Transcript of Sara Schaumburg, Director of Voter Protection & Deputy Policy Director of Intervenor-Plaintiff DSCC, dated April 30, 2020 |
| F. | Relevant Excerpts from the Deposition Transcript of Jacqui Newman, Deputy Executive Director and Chief Operating Officer of Intervenor-Plaintiff DCCC, dated April 28, 2020 |

Dated:  May 14, 2020                                    Respectfully submitted,


                                                        */s/ Emily Brailey*
                                                        Respectfully submitted,

                                                        John Hardin
                                                        TX State Bar No. 24012784
                                                        PERKINS COIE LLP
                                                        500 N. Akard St., Suite 3300
                                                        Dallas, TX 75201
                                                        Telephone: (214) 965-7743
                                                        Facsimile: (214) 965-7793
                                                        JohnHardin@perkinscoie.com

                                                        Marc E. Elias*
                                                        Aria Branch*
                                                        Emily Brailey*
                                                        John M. Geise*
                                                        PERKINS COIE LLP
                                                        700 Thirteenth St., N.W., Suite 600
                                                        Washington, D.C. 20005-3960
                                                        Telephone: (202) 654-6200
                                                        Facsimile: (202) 654-9959
                                                        melias@perkinscoie.com
                                                        jgeise@perkinscoie.com
                                                        ebrailey@perkinscoie.com

                                                        Counsel for the Intervenors

                                                        Chad W. Dunn
                                                        TX State Bar No. 24036507
                                                        Brazil & Dunn, LLP
                                                        4407 Bee Caves Road, Suite 111
                                                        Austin, Texas 78746
                                                        Telephone: (512) 717-9822
                                                        Facsimile: (512) 515-9355
                                                        chad@brazilanddunn.com

                                                        Robert Leslie Meyerhoff
                                                        Texas Democratic Party
                                                        314 E. Highland Mall Blvd. #508
                                                        Austin, TX 78752
                                                        Telephone: 512-478-9800
                                                        rmeyerhoff@txdemocrats.org

Counsel for Intervenor Texas Democratic Party

*Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                      */s/ Emily Brailey*