# Exhibit E

```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
                   SAN ANTONIO DIVISION

JARROD STRINGER, et al.,    *
     Plaintiffs,            *
                            *
v.                          *  No. SA-20-CV-46-OG
                            *
RUTH HUGHS, et al.,         *
     Defendant.             *
```

VIDEOTAPED VIDEOCONFERENCED

ORAL DEPOSITION

OF

THE DEMOCRATIC SENATORIAL

CAMPAIGN COMMITTEE REPRESENTATIVE,

SARA SCHAUMBURG

Thursday, April 30, 2020

VIDEOTAPED VIDEOCONFERENCED DEPOSITION OF SARA SCHAUMBURG, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on Thursday, April 30, 2020, from 10:15 a.m. to 12:04 p.m. Central Time, before Debbie D. Cunningham, CSR, in and for the State of Texas, remotely reported via Machine Shorthand, pursuant to the Federal Rules of Civil Procedure.

--ooOoo--

22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19     Q.    Sorry.
20           Would you say at a high level that DSCC's
21  focus on voter registration activities has been the same
22  over time, or has it changed?
23
24
25

1
2
3      A.   I think it's definitely been a focus of the
4  DSCC's mission.  I think, you know, our focus depends --
5  like, it will vary.  Depending on the cycle, depending
6  on the state and what race you're talking about, there's
7  different -- you know, each state is different and
8  presents different challenges.
9           You know, in a situation where we're
10 dealing with a state that has put in place a lot of
11 obstacles to voter registration, like in Texas, then it
12 will be an even greater focus for the DSCC if there's --
13 you know, if you have a situation like we have here,
14 where the State's not allowing simultaneous online
15 registration, then we know that voter registration's
16 going to have to be a higher priority than it might be
17 in another state where it's easier to register folks.
18
19
20
21
22
23
24
25

12    Q.   All right.  Other than the funds that DSCC
13 transferred down to TDP, do you know if any of its other
14 investments in the 2019-2020 cycle in Texas have been
15 used for voter registration?
16    A.   So I don't know specifically; but I do want to
17 make two points, just to make sure this is clear so --
18 as far as the funding goes, because you're asking about
19 what we've done so far.  As far as transfer down
20 funding, it's very early in the cycle to be assessing
21 the level of transfer down funding.  You know, a lot of
22 those investments are things you wouldn't expect to see
23 until later in the cycle, with early voting not starting
24 for six months.
25         So we've done, you know, what we've done

1  so far; but on a related note, you know, we intend to
2  spend significantly more in Texas than what we've seen
3  already, easily into the millions, given the
4  competitiveness of the race and the fact that the DSCC
5  is aware of several obstacles that Texas has put in
6  place to turning out voters, including the failure to
7  allow for simultaneous online registration.  So I just
8  wanted to make sure that was clear.

1  **question wasn't clear.  I was asking which of those**

2  **investments have been used for voter registration.**

3              MS. BRAILEY:  I'm going to object on form

4  again.

5      A.    So we contributed to the MJ for Senate.  I'm

6  not -- I can't -- I don't know what exactly that is

7  being used for; but we have provided the maximum amount

8  that we are able to, to her campaign directly, which I

9  think could be used for voter registration.

10             We've given 25,000 to the coordinated,

11  which engages in voter-registration efforts and intend

12  to do more -- anticipate doing more through the

13  coordinated.

14     **Q.    (BY MS. MACKIN)  Okay.  And do you know how**

15  **much of that 25,000 to the coordinated has been used for**

16  **voter registration?**

17     A.    Sitting here, I couldn't give you a specific

18  amount.  Again, I don't -- I can't speak to TDP's, you

19  know, recordkeeping; but, like, the DS, as I said

20  before, it's not like there's a line item for voter

21  registration.  But I do know that TDP is undertaking a

22  huge voter-registration effort, in part, to compensate

23  for some of the unique challenges that it faces in the

24  state.

25

12    Q.   And so it also mentions a record number of new
13 voters.  I guess I'm -- can you help me understand what
14 is meant by "a record number" in this context?
15    A.   So, again, I didn't draft this; and I don't
16 know exactly what the drafter meant.  But, generally, a
17 record number means more than have been registered
18 through our efforts before.
19    Q.   Okay.
20    A.   And as I said earlier, again, TDP is in the
21 midst of a massive voter registration campaign that
22 transfer down funding from the DS would help to support,
23 so.

1    Q    (BY MS. MACKIN)  I guess whatever that means
2  to you.  I mean, is DSCC a -- is DSCC comprised of --
3  does it represent the Democratic members of the Senate?
4  Would those folks be regarded by DSCC as its members?
5              MS. BRAILEY:  Objection to a legal
6  conclusion.
7              But you can answer.
8    A.   I don't know what our corporate filings would
9  say about members.  I mean, to the extent that you're
10 asking how does DSCC interact with or associate with
11 Democratic voters around the country, I mean, we have
12 folks who sign up for our Listserv.  We have people who
13 donate to the DSCC.  You know, I don't know that we have
14 a set term for them.  I think we call them "people on
15 the Listserv" or "donors" or "supporters."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18                    EXAMINATION
19  BY MS. BRAILEY:
20      Q.  Ms. Schaumburg, earlier today counsel asked
21  you about money that the DSCC transferred to the Texas
22  Democratic Party.  Do you remember that?
23      A.  Yes.
24      Q.  And then I believe she also asked you
25  questions about money that the DSCC transferred to the

1  **Texas Democratic Party specifically this cycle.  Do you**
2  **remember that?**
3       A.   Yes.
4       **Q.   Okay.  For that money that was transferred to**
5  **TDP for this cycle, did T -- was that money used by TDP**
6  **for voter-persuasion efforts?**
7       A.   That's my understanding.
8       **Q.   And was is it used for voter-registration**
9  **efforts?**
10      A.   That's my understanding, yes.
11      **Q.   And was it used for Get-Out-the-Vote efforts?**
12      A.   So it's my understanding that it will be used
13  for Get-Out-the-Vote efforts.  It's, you know, a program
14  that would ramp up closer to election day.
15      **Q.   And how do you know that the money transferred**
16  **to TDP in this cycle from DSCC is used in these ways?**
17      A.   I mean, we -- we work closely with the state
18  parties in our -- in the Senate states, including with
19  the Texas Democratic Party, on programming, on advising
20  them on various aspects of their campaign.  And so, you
21  know, we share our -- the DS and its employees share
22  their insight and their expertise on how to manage a
23  campaign, what the priorities should look like.  And
24  certainly voter registration is one of those top
25  priorities and, you know, that the TDP's budget, what

1  they prioritize, the more funding that they have from
2  whatever sources, the more they can invest in those
3  activities.  And so, you know, I think by providing,
4  we've conveyed that voter registration is one of our
5  priorities; and, you know, the more budget that TDP has
6  to spend, the more they can invest in activities around
7  that.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25