UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, NAYELI GOMEZ, JOHN HARMS, MOVE Texas Civic Fund, and LEAGUE OF WOMEN VOTERS OF TEXAS<br><br>　　　　Plaintiffs<br><br>and<br><br>TEXAS DEMOCRATIC PARTY, DCCC, and DSCC<br><br>　　　　Intervenor-Plaintiffs<br><br>v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety<br><br>　　　　Defendants | CIVIL NO. SA-20-CV-46-OG<br>[Stringer II]<br><br><br><br><br><br><br><br><br><br>CIVIL NO. SA-16-CV-257-OG<br>[Related/Stringer I] |

**ORDER**

On May 6, 2020, the Court ordered the parties to file a proposed schedule for supplemental briefing on the preliminary injunction issues. Docket no. 67. Plaintiffs and Intervenor-Plaintiffs filed their supplemental briefs with supporting evidence one week later, on May 13, 2020. Docket nos. 69, 70.

Thus, it is ORDERED that Defendants file their supplemental brief with supporting evidence on or before May 22, 2020.

SIGNED this  15th  day of May, 2020.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE