IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

```
JARROD STRINGER, et al.,      *
       Plaintiffs,            *
                              *
v.                            *   No. SA-20-CV-46-OG
                              *
RUTH HUGHS, et al.,           *
       Defendant.             *
```

VIDEOTAPED VIDEOCONFERENCED

ORAL DEPOSITION

OF

THE DEMOCRATIC SENATORIAL

CAMPAIGN COMMITTEE REPRESENTATIVE,

SARA SCHAUMBURG

Thursday, April 30, 2020

VIDEOTAPED VIDEOCONFERENCED DEPOSITION OF SARA

SCHAUMBURG, produced as a witness at the instance of the

Defendant, and duly sworn, was taken in the above-styled

and numbered cause on Thursday, April 30, 2020, from

10:15 a.m. to 12:04 p.m. Central Time, before Debbie D.

Cunningham, CSR, in and for the State of Texas, remotely

reported via Machine Shorthand, pursuant to the Federal

Rules of Civil Procedure.

--ooOoo--

1                          APPEARANCES

2

3   FOR PLAINTIFF INTERVENORS:

4         PERKINS COIE
          700 13th St NW
5         Washington, DC 20005
          (T) 202.654.6200

6
          By:  Emily Brailey, Esq.
7              ebrailey@perkinscoie.com
                      AND
8              Aria Branch, Esq.
                      AND
9              Jackie Lopez, Esq.

10
    FOR DEFENDANT THE TEXAS SECRETARY OF STATE:
11
          OFFICE OF THE ATTORNEY GENERAL OF TEXAS
12        Special Counsel for Civil Litigation
          300 W. 15th Street
13        Austin, Texas  78701
          (T) 512.463.4139
14
          By:  Anne Marie Mackin, Esq.
15             anna.mackin@oag.texas.gov

16

17  VIDEOGRAPHER:

18        Brian Christopher

19                     --ooOoo--

20

21

22

23

24

25

3

1                              INDEX

2    APPEARANCES                                  2

3

4   EXAMINATION OF SARA SCHAUMBURG:

5    BY MS. MACKIN                                6

6    BY MS. BRAILEY                               57

7

8

9    CHANGES AND SIGNATURE                        60

10   REPORTER'S CERTIFICATION                      62

11

12                          --ooOoo--

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT INDEX

Exhibit Number        Description                              Page

Exhibit 1      Intervenor-Plaintiffs Texas          9
               Democratic Party, DSCC, and
               DCCC's Complaint for Declaratory
               and Injunctive Relief

Exhibit 2      Defendants' Notice of Oral           10
               Deposition Pursuant to Federal
               Rule of Civil Procedure 30

Exhibit 3      2/3/2020 DSCC press release          15

Exhibit 4      DSCC FEC Form 1                      46
               Statement of Organization

Exhibit 5      DSCC Disbursements to TDP            49
               printout, dated January through
               March 2020

--ooOoo--

```
 1                  (Thursday, April 30, 2020, 10:15 a.m.)
 2                     P R O C E E D I N G S
 3                  THE REPORTER:  Today is Thursday,
 4   April 30, 2020.  This is the videoconferenced deposition
 5   of the DSCC's Corporate Representative, Sarah
 6   Schaumburg, in the matter of Jarrod Stringer, et al.
 7   versus Ruth Hughs, et al.  Due to the COVID-19 pandemic,
 8   we are remotely situated, and we are on the record at
 9   10:15 a.m., Central Standard Time.
10                  My name is Debbie Cunningham, and my
11   business address is P.O. Box, Manchaca, Texas 78652.
12                  Would all persons present please
13   introduce themselves for the record?
14                  MS. MACKIN:  This is Anna Mackin with the
15   Texas Attorney General's office on behalf of the
16   Defendants.
17                  MS. BRAILEY:  This is Emily Brailey with
18   Perkins Coie on behalf of the Plaintiff Intervenors.
19                  MS. BRANCH:  Aria Branch with Perkins
20   Coie on behalf of the Plaintiff Intervenors.
21                  THE REPORTER:  Is anyone else making
22   announcements?
23                  (No audible response.)
24                  (Witness sworn by the reporter.)
25                  MS. SCHAUMBURG:  I apologize.
```

1              (Brief interruption.)

2                  SARA SCHAUMBURG,

3    having taken an oath to tell the truth, the whole truth,

4    and nothing but the truth, was examined and testified as

5    follows:

6                    EXAMINATION

7    BY MS. MACKIN:

8        Q.    Good morning, Ms. Schaumburg.  If you wouldn't

9    mind, just please speak and spell your name one more

10   time for the record.

11       A.    Sure.  It's Sara Schaumburg, S-A-R-A

12   S-C-H-A-U-M-B-U-R-G.

13       Q.    Thank you.

14             My name is Anna Mackin.  I'm an attorney

15   with the Texas AG's Office, and I represent the

16   Defendants in the case.  I'm going to be taking your

17   deposition today.  Have you been deposed before?

18       A.    Yes.

19       Q.    Okay.  So you're probably familiar with the

20   basic ground rules, but I want to touch on a couple of

21   high points before we get into the meat of the

22   questions.  Since we are using this remote means, please

23   try to give a verbal answer to my questions, a "yes" or

24   a "no," as opposed to "uh-huh" or "huh-uh."  That's

25   because Debbie is writing down everything we say, and so

1    that way we can get a clear and accurate record.  Okay?

2         A.   Yes.

3         Q.   Okay.  And please let me finish my question

4    before you answer.  I will also endeavor to let you

5    finish your answer before I ask my next question.

6    Again, this is especially important that we avoid

7    speaking over today to give the court reporter time to

8    get everything down.

9              If you don't understand one of my

10   questions, will you agree to tell me so that I can

11   rephrase it?

12        A.   Yes.

13        Q.   Thank you.

14             And this is not an endurance contest.

15   You are the talent.  If you need a break to use the

16   restroom, stretch your legs at any time, just let me

17   know.  I'll have you answer any question that is pending

18   at the time; but then you can go ahead and take that

19   break.  Okay?

20             Any reason that you might not be able to

21   answer my questions honestly, completely, and accurately

22   today?

23        A.   No.

24        Q.   And now that the deposition is underway,

25   please tell me if you communicate via text, e-mail, or

1  any other means about [sic] your counsel about the

2  substance of your testimony between now and when I

3  conclude the deposition.  Okay?

4      A.   Yes.

5      Q.   Do you have any documents in front of you?

6      A.   No.

7      Q.   Okay.  I'm going to be showing you some

8  documents today; but since we're situated remotely, if

9  you refer to any document or any website to aid you in

10  answering my questions, please let me know that.  Okay?

11      A.   And just to -- sorry.  I do have a hard copy

12  of the Complaint.

13      Q.   Okay.

14      A.   And the -- and my declaration.

15      Q.   Okay.  Thank you for that.

16           Also during our conversation today, when

17  I say DSCC, I will be referring to the Democratic

18  Senatorial Campaign Committee; and when you say DSCC, I

19  will also understand you to be referring to the

20  Democratic Senatorial Campaign Committee.  Is that fair?

21      A.   Yes.

22      Q.   Okay.  So during today's deposition, I'm going

23  to be showing you some documents.  We can do this one of

24  two ways.  I can share documents on my screen, or I can

25  send a link in the chat box to allow you to click and

 1  download the document.  Do you have a preference?  Would

 2  one of those be easier for you?

 3       A.   Probably the link.

 4       Q.   Okay.  Let's go ahead, then, and practice with

 5  what's going to be Exhibit 1.

 6                 (Exhibit 1 marked.)

 7       Q    (BY MS. MACKIN)  So I'm placing a document in

 8  the chat box.  Did that go through okay?

 9       A.   It did.

10       Q.   Okay.  And if you wouldn't mind opening that

11  up, take a look at it and let me know when you are ready

12  to discuss it.

13       A.   Okay.

14       Q.   Have you seen this document before,

15  Ms. Schaumburg?

16       A.   Yes.  My only hesitation is just the date is

17  different than the one that I was familiar with.  I

18  thought one -- I'm looking at one, so I'm just -- or the

19  one that I have is from December.  This one is from

20  January, but I think I am generally familiar with this

21  document.

22       Q.   Okay.  And what is it?

23       A.   This is our Complaint in this case.

24       Q.   Okay.  And did you review the document before

25  it was filed?

1    A.   Yes.

2    Q.   **Okay.  How much time would you say that DSCC**

3  **staff spent reviewing this document before it was filed?**

4    A.   Personally, I probably spent about an hour or

5  two looking over it before it was filed.  I can't speak

6  to others.

7    Q.   **Do you know if anyone else with DSCC reviewed**

8  **it before it was filed?**

9    A.   I believe so, but I don't know for sure.

10    Q.   **Okay.  That's all that I have on that**

11  **document.**

12          MS. MACKIN:  I'm going to share another

13  document in the chat box.

14          (Exhibit 2 marked.)

15    Q.   **(BY MS. MACKIN)  Please let me know if that's**

16  **come through okay, and let me know when you're ready to**

17  **discuss it.  And, obviously, take all the time you need**

18  **to look it over.**

19    A.   Okay.

20    Q.   **All right.  Have you seen this document**

21  **before?**

22    A.   Yes.

23    Q.   **And what is it?**

24    A.   This is the Notice of my deposition and the

25  deposition topics.

1      Q.   Okay.  And so you understand that you are here

2   today pursuant to this Deposition Notice?

3      A.   Yes.

4      Q.   And you understand that this document says

5   that DSCC is directed to designate one or more persons

6   to testify on its behalf on the topics of this Notice?

7      A.   Yes.

8      Q.   And so do you understand that your testimony

9   today is on behalf of DSCC, and your answers will bind

10   DSCC?

11      A.   Yes.

12      Q.   Okay.  And, again, taking all the time you

13   need to review the topics listed in the Notice, have you

14   been designated as DSCC's representative on each topic

15   in Exhibit 2?

16      A.   That's my understanding, yes.

17      Q.   Okay.  How did you prepare for today's

18   deposition?

19            MS. BRAILEY:  I'm going to object on the

20   attorney-client privilege.

21            Sara, you can answer as long as you don't

22   reveal any conversation with me on that.

23      A.   I've had two sessions with counsel.  I spoke

24   with some other employees at the DSCC about our

25   involvement in Texas, and I reviewed some of the filings

1   in the case and the documents that the DSCC has produced

2   in the case.

3       **Q.   Who did you meet with at DSCC to prepare for**

4   **today's deposition?**

5       A.   I spoke briefly with Allison Wright and Ben

6   Walden.

7       **Q.   And what is Ms. Wright's position with DSCC?**

8           MS. BRAILEY:  I'm going to object on the

9   First Amendment to the extent that any of your answers

10  would include strategic information.

11          But you can answer at a high level.

12      A.   She handles our compliance.

13      **Q.   (BY MS. MACKIN)  So, like, one of her job**

14  **duties is filing your filings with the FEC, for example?**

15      A.   That, I don't know.

16      **Q.   Oh, okay.  No problem.**

17          **And then what is Mr. Walden's role with**

18  **DSCC?**

19          MS. BRAILEY:  The same objection.  I'm

20  going to just object on the First Amendment.

21          You can answer at a high level as long as

22  you don't reveal strategic information.

23      A.   He's the director of Candidate Services.

24      **Q.   (BY MS. MACKIN)  So did you meet with anyone**

25  **else at DSCC to prepare for today's deposition besides**

1  Ms. Wright and Mr. Walden?

2       A.   No.

3       Q.   Okay.  And why did you meet with Ms. Wright to

4  prepare for today's deposition?

5       A.   To make sure I had a complete understanding of

6  our investments and involvement in Texas in the Texas

7  Senate race.

8       Q.   And how about Mr. Walden, why did you meet

9  with him?

10      A.   I'm sorry.  I said for the same reason as

11  Ms. Wright.

12      Q.   Okay.  Thank you for that.

13           And you mentioned that you met with your

14  counsel twice?

15      A.   Correct.

16      Q.   Okay.  And, again, I'm not asking for the

17  substance of those communications or what you discussed,

18  nothing privileged, just kind of the nuts and bolts of

19  how long were each of those meetings?

20      A.   A couple of hours.

21      Q.   All right.  And so are you adequately

22  familiarized with the facts to testify as DSCC's

23  representative on the topics in the Notice?

24      A.   Yes.

25      Q.   Okay.  Did you review -- well, let's see.  You

1   mentioned that you reviewed the filings in this lawsuit,

2   not all of them, some of them, and the documents that

3   DSCC has produced to us.  Did you review any other

4   documents to prepare for today's deposition?

5           MS. BRAILEY:  I'm just going to object to

6   preserve the attorney-client privilege.

7           You can answer as long as none of this

8   involves our conversations.

9       A.   No.

10      Q    (BY MS. MACKIN)  So your counsel has provided

11  some documents to us that are Bates numbered DSCC 1

12  through DSCC 906.  Are you aware of that?

13          MS. BRAILEY:  Objection.

14          Anna, just so you know, it goes to 911 is

15  the final Bates number.

16          MS. MACKIN:  I apologize.  911.  I guess

17  the last document is titled 906, but it's several pages.

18          MS. BRAILEY:  Right.

19          MS. MACKIN:  I appreciate that.  Thank

20  you, Emily.

21      Q    (BY MS. MACKIN)  And so are you familiar with

22  the fact that those documents have been provided to us,

23  Ms. Schaumburg?

24      A.   I understand that counsel produced this set of

25  documents in advance of this.

1        Q.   And is it your understanding that the

2   documents were provided as DSCC's response to the

3   subpoena on page 6 of Exhibit 2?

4        A.   Yes.

5        Q.   Okay.

6             MS. MACKIN:   And I'm going to attach a

7   copy of that production to this deposition as Exhibit 3.

8             (Exhibit 3 marked.)

9             MS. MACKIN:   I can try to share it in the

10  chat box.   Let me see if it will go through.   No, it's

11  not letting me do that; but I'll provide them to all

12  parties after the deposition.   Plaintiffs are welcome --

13  sorry.   Intervenors are welcome to verify that it is, in

14  fact, the production.

15            MS. BRAILEY:   And, Anna, if you're going

16  to use specific ones, will you puts those specific pages

17  in the chat.

18            MS. MACKIN:   Yes, yes.

19            MS. BRAILEY:   Okay.

20       Q    (BY MS. MACKIN)   And, Ms. Schaumburg, did you

21  review the documents that were produced to us before

22  they were produced?

23       A.   I believe so.

24       Q.   Okay.   And do you know the names of the DSCC

25  staff members who searched for documents to respond to

1  the subpoena?

2         MS. BRAILEY:  I'm going to object on both

3  attorney-client privilege because of our conversations

4  and also on the First Amendment to the strategic

5  information.

6         You can answer to the extent that you

7  know and don't reveal strategic or privileged

8  communications.

9     A.   No, I don't know.

10    Q    (BY MS. MACKIN)  Okay.  All right.  So I'd

11  just like to briefly go through the list on page 6 of

12  Exhibit 2.  The first category of documents, did DSCC

13  provide documents in response to this request?

14    A.   So I was not involved in putting together the

15  production, but it's -- just looking at it, it's my

16  understanding that the DSCC searched for and produced

17  documents in consultation with counsel and that those

18  documents satisfied the request.

19    Q.   Okay.  And would that be your answer with

20  respect to all five categories of documents listed on

21  page 6 of Exhibit 2?

22    A.   Yes.

23    Q.   Okay.  In preparation for today's deposition,

24  did you review any documents that have not been produced

25  to us?

1              MS. BRAILEY:  I'm going to object on

2    attorney-client privilege.

3              You can answer to the extent that you

4    don't reveal privileged conversations.

5         A.   Did I review any -- other than the filings

6    that I mentioned, no.

7         Q.   (BY MS. MACKIN)  Okay.  And so you are

8    currently employed by DSCC; is that right?

9         A.   Yes.

10        Q.   And that is a national party committee of the

11   Democratic Party?

12        A.   That's correct.

13        Q.   Okay.  What is your job title?

14        A.   I'm the Director of Voter Protection and the

15   Deputy Policy Director.

16        Q.   And how long have you held that position?

17        A.   Since early November of 2019.

18        Q.   And before that, what was your job?

19        A.   I was a litigation associate at WilmerHale.

20        Q.   I cannot believe you got out of the game.

21              So what are your job duties in your

22   current role at DSCC?

23        A.   So on the voter protection side, I work to

24   manage and oversee the DSCC's voter protection efforts.

25   A lot of that entails working with the state voter

```
 1   protection directors in the Senate battleground states

 2   to advise and provide guidance on their voter protection

 3   programs and helping them identify issues as they come

 4   up, identify opportunities to expand voting access, and

 5   eliminate barriers and obstacles to voting.

 6                And on the policy side, a lot of it

 7   involves tracking federal legislation, what's going on

 8   on the Senate floor, and helping our campaigns and

 9   candidates understand and follow that process and

10   develop their policy platforms.

11        Q.   You mentioned sort of liaising with state

12   voter protection directors.  Is there a voter protection

13   director for the state of Texas?

14        A.   Yes.

15        Q.   And what is that person's name?

16        A.   Rose Clouson.

17                (Reporter requests spelling.)

18                THE WITNESS:  C-L-O-U-S-O-N.

19        Q    (BY MS. MACKIN)  And who do you report to

20   within the DSCC organizational structure?

21        A.   In the voter protection role, I would report

22   to our executive director.

23        Q.   What is the executive director's name?

24        A.   Scott Fairchild.

25        Q.   Okay.  And then in the policy role?
```

19

```
 1        A.   I would report to the policy director.

 2        Q.   And what is that person's name?

 3        A.   Hazeen Ashby.  I spell that.  H-A-Z-E-E-N.

 4   The last name is Ashby, A-S-H-B-Y.

 5        Q.   Does anyone report to you?

 6        A.   No.

 7        Q.   Okay.  Do you enjoy your job?

 8        A.   Yes, I do.

 9        Q.   Good.

10             And I just briefly want to cover your

11   educational background, starting with the most advanced

12   degree obtained.  I assume you went to law school?

13        A.   I did.

14        Q.   And where did you go to law school?

15        A.   I graduated from Harvard Law School.

16        Q.   In what year?

17        A.   2016.

18        Q.   And then how about undergraduate?  Where did

19   you go to undergraduate?

20        A.   University of Pennsylvania.

21        Q.   And what did you study?

22        A.   Political science.

23        Q.   And what year did you graduate?

24        A.   2007.

25        Q.   Okay.  What did you do in between college and
```

1  **law school?**

2      A.   So in 2006 I took time off of college and

3  worked on a House race in Pennsylvania.  I continued to

4  work on that after graduation in the '08 and 2010

5  cycles.  Although in 2009, in January 2009, I went to

6  the official side for a while; and I was a Congressional

7  staffer, a legislative aide, focused primarily on

8  healthcare policy.  And then towards the end of the

9  campaign cycle, I went back to the campaign side as the

10  communications director.

11          After 2010 -- we lost that race -- I went

12  to work for another congressman, then Congressman Ed

13  Markey, from Massachusetts.  I was with him through June

14  2013.  And then went to law school in that fall.

15      **Q.   And so you mentioned working for Congressman**

16  **Markey; and then, before that, you talked about a couple**

17  **of roles with campaigns and then on the official side.**

18  **Was that all for the same person?**

19      A.   Yes.

20      **Q.   And who was that?**

21      A.   Patrick Murphy.

22      **Q.   All right.**

23      A.   I should say on the campaign side, I served as

24  a field organizer and also was the deputy finance

25  director for a cycle; and then my final role was as the

1  comms director.

2       Q.   I worked on a couple of campaigns.  I know

3  that sometimes you can wear many hats.

4            All right.  So jumping over to the topics

5  in the Notice, I'm just going to start with Topic 1.

6  What is DSCC's mission?

7       A.   So the DSCC is the National Senatorial

8  Committee of the Democratic Party's organization that's

9  responsible for the day-to-day operations of the Party

10  at a national level, and its mission is just to elect

11  Democrats, Democratic candidates to the United States

12  Senate, including candidates from Texas.

13       Q.   And has that mission changed over time?

14       A.   Not that I know of.

15       Q.   Okay.  When was DSCC first established?  And

16  I'll say I understand that from the FEC filings, some of

17  them say Democratic Senatorial Campaign Committee; and

18  some of them just say DSCC.  I'm referring to the same

19  organization.

20       A.   I would have to check.

21       Q.   Okay.  What percentage of DSCC's activities,

22  just approximately, would you say are focused on voter

23  registration?

24            MS. BRAILEY:  I'm going to object on the

25  First Amendment.

1              You can answer at a high level.

2      A.   So I don't think I could give that a

3  percentage.  It doesn't exactly -- that's not how we

4  would break down our operations.  I mean, the core of

5  what the DSCC does is working with campaigns and state

6  parties to support a range of different activities,

7  including field; and that would, you know, be voter

8  registration, voter turnout, GOTV.  So it's definitely a

9  core part of the GOTV's mission and activities, but

10  it's -- I cannot put a percentage on it.

11              I can't -- I don't know if something

12  happened with the sound.

13      **Q.   Can you hear me?**

14      A.   I can now.

15      **Q.   Okay.  I didn't really say anything.  I said,**

16  **"Fair enough" but kind of to myself.**

17      A.   I saw the mouth moving, but I couldn't hear

18  you.

19      **Q.   Sorry.**

20              **Would you say at a high level that DSCC's**

21  **focus on voter registration activities has been the same**

22  **over time, or has it changed?**

23              MS. BRAILEY:  Again -- I know you said

24  "high level," but just to preserve it, object on the

25  First Amendment.

1           You can answer to the extent you don't

2    reveal internal strategic decisions.

3      A.   I think it's definitely been a focus of the

4    DSCC's mission.  I think, you know, our focus depends --

5    like, it will vary.  Depending on the cycle, depending

6    on the state and what race you're talking about, there's

7    different -- you know, each state is different and

8    presents different challenges.

9           You know, in a situation where we're

10   dealing with a state that has put in place a lot of

11   obstacles to voter registration, like in Texas, then it

12   will be an even greater focus for the DSCC if there's --

13   you know, if you have a situation like we have here,

14   where the State's not allowing simultaneous online

15   registration, then we know that voter registration's

16   going to have to be a higher priority than it might be

17   in another state where it's easier to register folks.

18     **Q.   And would you say that -- well, strike that.**

19           **Okay.  Moving on to Topic 2, DSCC's**

20   **organizational structure, how many employees does DSCC**

21   **have?**

22     A.   (Inaudible.)

23     **Q.   Okay.**

24           (Reporter requests repeat.)

25           THE WITNESS:  Roughly, a rough

```
 1  approximation, 50; but I don't have an exact number.
 2        Q.   (BY MS. MACKIN)  Does DSCC have any parent or
 3  sibling entities?
 4              MS. BRAILEY:  I'm just going to object on
 5  First Amendment.
 6              But, obviously, you know, answer to the
 7  extent that you know it at a high level.
 8        A.   I'm not sure what you mean by -- what did you
 9  say, sister?
10        Q.   (BY MS. MACKIN)  Sibling.
11        A.   What do you mean by that?
12        Q.   Well, I think we can actually explore that
13  with an exhibit later on.  So we can move along from
14  that.
15              DSCC is a 501(c)(4), though, correct?
16              MS. BRAILEY:  I'm going to object on a
17  legal conclusion.
18              You can answer to the extent that you
19  know.
20        A.   I believe that's correct.
21        Q    (BY MS. MACKIN)  Okay.  All right.  I want to
22  jump down to Topic 4 and talk about DSCC's activities in
23  Texas.  I'd like to get a sense of the general
24  categories, types of activities that DSCC is engaged in.
25  So I know that it can change from cycle to cycle; and
```

1  **I'm not trying to get overly granular, just kind of --**

2  **one of the things you mentioned earlier was candidate**

3  **services might be, like, one bucket of activity.  How**

4  **would you kind of describe the main categories of**

5  **activities that DSCC conducts in Texas?**

6       A.   So the DSCC engages in a range of activities;

7  and, again, it will depend on the particular state and

8  particular race.  But we advise candidates and state

9  parties to support their programs and operations.

10           We raise and spend tens of millions of

11  dollars that we use to support individual Senate

12  campaigns, either via direct contributions or by making

13  investments on behalf of the campaigns, a lot to the

14  limit.

15           We transfer down funding to state parties

16  that's used part of the coordinated campaign to hire key

17  staffers, invest in field and turnout operations.  So

18  that would include voter registration, persuasion, GOTV.

19           And we invest in communications tools

20  that would make it easier for campaigns and -- for

21  campaigns to contact voters, like texting, dialing, that

22  would help our candidates expand their voter

23  registration and turnout efforts.

24       Q.   **Okay.  So, again, with the understanding that,**

25  **you know, I'm not expecting you to list every discreet**

1   activity but just to get a sense of, like, the broad

2   categories, what I have, based on your answer, seems to

3   fall into -- and correct me if I'm wrong; I'm just

4   trying to make a list -- state party support, candidate

5   support, the coordinated campaign, and investments in

6   communication tools.  Did I miss something,

7   mischaracterize it?

8       A.   When you say the state party -- I mean, the

9   transfers down are used to support the coordinated, so.

10      Q.   Okay.  So that's kind of like one bucket,

11  like, state party support, the coordinated campaign

12  would fall within that?

13      A.   Sure.

14      Q.   Okay.  And so what types of -- and I know you

15  gave some examples; but now I do want to dive a little

16  deeper, again, with the understanding that I'm not

17  expecting, you know, like, "We ran this ad on March 1st"

18  or whatever.  But what types of activities does the DSCC

19  engage in that you would characterize as state party

20  support?

21           MS. BRAILEY:  And I'll object on the

22  First Amendment.

23           You can answer at a high level.

24      A.   So we transferred down funding to the state

25  parties; and, again, that's used to support and finance

1   activities that are part of a coordinated campaign which

2   supports Democratic candidates up and down the ballot.

3   And so that's the things I've listed before.  It would

4   include hiring staff, supporting field and turnout,

5   things like that.

6       **Q.   And would you categorize voter-registration**

7   **efforts as falling under that state party support**

8   **umbrella?**

9       A.   In part at least.

10      **Q.   And what else might voter-registration**

11  **efforts -- well, you said voter-registration efforts**

12  **could, in part, be characterized as state party support.**

13  **How else could they be characterized?**

14      A.   I mean, again, the communication tools that we

15  invest in help candidates expand their voter-contact

16  efforts, to include voter registration.

17      **Q.   And so what types of voter-registration**

18  **efforts does the DSCC engage in?**

19          MS. BRAILEY:  I'll object on the First

20  Amendment.

21          You can answer at a high level.

22      A.   Sorry.  I'm just trying to distinguish from

23  what I've -- what you've already asked.  I mean, we

24  provide support for state parties, which is the

25  coordinated, and comms tools.  I think that is primarily

1   how we would support voter registration.

2       Q    (BY MS. MACKIN)  So it would be like -- oh, I

3   see.  So, like, the support that you provide to the

4   state party, some of that is used by the state party for

5   voter-registration efforts?  Is that what you're saying?

6       A.   As part of a coordinated campaign.

7       Q.   Okay.  And then you also make investments in

8   these tools that you make available to state parties and

9   the tools can assist the state parties with voter

10  registration; is that right?

11      A.   My understanding is that the communications

12  tools are something we provide to individual campaigns.

13  I'm not sure if we provide that to the state party.

14      Q.   So I'm getting a sense that the ways that DSCC

15  support voter-registration efforts are, Number 1, by

16  providing funds to state parties, which then use those

17  funds for voter-registration efforts.  And, Number 2, by

18  providing communications tools to campaigns, which the

19  campaigns can then use for voter-registration efforts;

20  is that right?

21      A.   It also provides funding to individual

22  campaigns that might use that for voter registration.

23      Q.   Okay.  And when you provide funds to a state

24  party, do you -- I want to say earmark; but I know that

25  has, like, a legal connotation in a campaign finance

1  context.  So that's not really what I mean.  Like, when

2  you provide funds to state parties, do you specify, "Use

3  these funds for voter registration"; or is up to the

4  party to take the funds that it receives from DSCC and

5  then decide to use them for voter registration?

6            MS. BRAILEY:  I'm going to object on the

7  First Amendment.

8            You can answer at high level.

9            But I'm also going to object on form that

10 it's vague and compound.

11     A.   Yeah.  Can I -- sorry.  Can I ask you to

12 rephrase?

13     Q    (BY MS. MACKIN)  Sure.  So -- actually, I kind

14 of forgot my question.

15            MS. MACKIN:  Debbie, would you mind

16 reading it back, just to remind me; and then I will

17 rephrase it.

18            THE REPORTER:  Okay.

19            MS. MACKIN:  Thank you.

20            (The requested material was read as

21 follows:

22            "QUESTION:  And when you provide funds to

23 a state party...")

24            THE REPORTER:  Oh, do you want me to

25 continue?

1              MS. MACKIN:  Now I remember.

2      Q      (BY MS. MACKIN)  So when the DSCC provides

3  funds to a state party, will it ever specify that those

4  funds are to be used for voter registration?

5              MS. BRAILEY:  Objection on the First

6  Amendment.

7              You can answer at a high level.

8      A.   Specify in what way?

9      Q      (BY MS. MACKIN)  In any way.

10     A.   My understanding is that we would not.  And I

11  don't -- you know, that we provide funding to the state

12  party; but it's not designated for particular specific

13  purposes.

14     Q.   Okay.

15     A.   I think the -- you know, in deciding -- well,

16  I'll leave it at that.

17     Q.   Okay.  Thank you.

18              And then when DSCC provides support to

19  campaigns, will it ever designate the funds it provides

20  for voter registration activities?

21              MS. BRAILEY:  Objection on the First

22  Amendment.

23              You can answer at a high level.

24              And, also, an objection to a legal

25  conclusion.

1              So just answer to the extent that you

2    know in your experience.

3        A.   Not to my knowledge.

4        Q    (BY MS. MACKIN)  Okay.  And when the DSCC

5    makes communication tools available to campaigns, will

6    it ever designate those tools to be used specifically

7    for voter registration purposes?

8              MS. BRAILEY:  Same objection, First

9    Amendment.

10             You can answer at a high level.

11             And legal conclusion.

12             If you know what it means in your

13   experience.

14       A.   I'm not really sure -- I'm not sure I totally

15   understand the question.  I mean, there are

16   communication tools which are, by definition, meant to

17   communicate with voters for doing -- for voter-contact

18   activities which would include voter registration.  So I

19   think it's sort of inherent to the nature of the tool.

20       Q.   (BY MS. MACKIN)  But the tool can be used for

21   multiple purposes, right?

22       A.   It's for voter contact.

23       Q.   Okay.  And just to make sure I'm clear, does

24   DSCC itself conduct voter registration activities in

25   Texas?

 1                    MS. BRAILEY:  Objection on the First

 2     Amendment.

 3                    Answer at a high level.

 4         A.    Other than what I've described?

 5         Q.    (BY MS. MACKIN)  Other than by providing

 6     support to candidates and campaigns who can then conduct

 7     voter-registration activities.

 8         A.    I mean, I think that there could be instances

 9     where DSCC staff advise, whether by training or other

10     guidance, on voter-registration activities, in addition

11     to everything that we've already talked about.

12         Q.    Okay.  Anything else?

13         A.    On?  I'm sorry.  Anything else...

14         Q.    Does DSCC conduct any other voter-registration

15     activities in Texas besides the support it provides to

16     state parties, the support it provides to campaigns; and

17     then you mentioned the possibility of DSCC staff

18     providing guidance or training on voter registration?

19         A.    That's all I can think of.

20         Q.    Okay.  How often would you say DSCC's staff

21     has provided guidance on voter registration in Texas?

22         A.    How often?

23         Q.    Uh-huh.

24         A.    What do you mean by, like --

25         Q.    Well, you mentioned that it might happen.  And

1  so I'm just trying to get a sense of whether that has,

2  in fact, happened or it's more of a hypothetical

3  possibility.

4      A.   I mean, it has certainly happened.  It's

5  hard -- I'm not sure how -- how often.  You know, like I

6  said, they would advise as needed.  It depends, again,

7  on the other needs of the campaign and what's going on

8  in a particular state.

9      Q.   Okay.

10     A.   But we certainly do provide guidance and

11 training and, you know, expertise on all things field

12 and voter contact; and voter registration is a big part

13 of that.

14     Q.   Any other voter-registration activities that

15 DSCC has engaged in in Texas?

16     A.   Again, that's all I can think of.

17     Q.   Okay.  How much did DSCC spend on voter

18 registration in Texas in 2014?

19              MS. BRAILEY:  Objection on the First

20 Amendment.

21              Just answer at a high level.

22     A.   It's not like there's a line item for

23 voter-registration efforts, so it's hard for me to

24 answer that.

25     Q    (BY MS. MACKIN)  And would your answer be the

1  **same for the years 2015, 2016, 2017, 2018, and 2019?**

2      A.   My answer to the question of how much did the

3  DSCC spend on voter registration?  Yes.

4      **Q.   And would that also be your answer for how**

5  **much the DSCC spent on voter registration in 2020?**

6      A.   I mean, again, there's no line item for voter

7  registration.  So in 2020 we've made investments in

8  Texas and we expect to make significantly more, given

9  the state of that race; but there's not a particular --

10  there's not a specific, like, line item for voter

11  registration in the budget or something like that.

12      **Q.   Okay.  What investments have you made in**

13  **Texas?**

14           MS. BRAILEY:  Again, I'll object to the

15  First Amendment.

16           But you can answer at a high level.

17      A.   What time period are you talking about?

18      **Q    (BY MS. MACKIN)  In 2020.**

19      A.   Like, in the 2020 cycle?

20      **Q.   Well, sure.**

21      A.   Okay.  Because that would be 2019, too.

22      **Q.   Okay.  Fair enough.**

23      A.   So for this cycle, it's my understanding that

24  we have invested nearly $200,000 in Texas in various

25  ways.  I know we've max'ed out to the MJ for Senate

1  Campaign.  We've done $25,000 in transfer downs and

2  roughly a hundred thousand in polling.

3      Q.  And do you know if any of those investments

4  have been used for voter-registration activities?

5      A.  So I do know that TDP is -- as you might be

6  aware, is undertaking the biggest voter registration

7  initiative in the history of the state party.  And so

8  it's my understanding that, again, the funding that we

9  provide to the state party is used for coordinated

10  campaign expenses; and so that would all be part of

11  those efforts.

12      Q.  All right.  Other than the funds that DSCC

13  transferred down to TDP, do you know if any of its other

14  investments in the 2019-2020 cycle in Texas have been

15  used for voter registration?

16      A.  So I don't know specifically; but I do want to

17  make two points, just to make sure this is clear so --

18  as far as the funding goes, because you're asking about

19  what we've done so far.  As far as transfer down

20  funding, it's very early in the cycle to be assessing

21  the level of transfer down funding.  You know, a lot of

22  those investments are things you wouldn't expect to see

23  until later in the cycle, with early voting not starting

24  for six months.

25              So we've done, you know, what we've done

1  so far; but on a related note, you know, we intend to

2  spend significantly more in Texas than what we've seen

3  already, easily into the millions, given the

4  competitiveness of the race and the fact that the DSCC

5  is aware of several obstacles that Texas has put in

6  place to turning out voters, including the failure to

7  allow for simultaneous online registration.  So I just

8  wanted to make sure that was clear.

9       Q.   Okay.  Thank you for that.

10           But so far in the 2019-2020 cycle, you

11  mentioned that the DSCC has transferred money to the TDP

12  that might be used for voter registration.  Other than

13  that, has the DSCC made any other investments in the

14  2019-2020 cycle that can be used for voter registration?

15       A.   So I listed all of the investments that we've

16  made in Texas that I'm aware of; and, again, we'll just

17  stress that the DSCC intends to make significantly more

18  investments as the cycle progresses.

19       Q.   Sure.  Fair enough.  But to date.

20           MS. BRAILEY:  I'm going to object on the

21  form.

22           You can answer if you understand.

23       A.   So I think I've answered it.  I've listed the

24  investments in Texas in this cycle that I'm aware of.

25       Q.   (BY MS. MACKIN)  Right.  And I'm sorry if my

1   question wasn't clear.  I was asking which of those

2   investments have been used for voter registration.

3                  MS. BRAILEY:  I'm going to object on form

4   again.

5        A.   So we contributed to the MJ for Senate.  I'm

6   not -- I can't -- I don't know what exactly that is

7   being used for; but we have provided the maximum amount

8   that we are able to, to her campaign directly, which I

9   think could be used for voter registration.

10                 We've given 25,000 to the coordinated,

11  which engages in voter-registration efforts and intend

12  to do more -- anticipate doing more through the

13  coordinated.

14       Q.   (BY MS. MACKIN)  Okay.  And do you know how

15  much of that 25,000 to the coordinated has been used for

16  voter registration?

17       A.   Sitting here, I couldn't give you a specific

18  amount.  Again, I don't -- I can't speak to TDP's, you

19  know, recordkeeping; but, like, the DS, as I said

20  before, it's not like there's a line item for voter

21  registration.  But I do know that TDP is undertaking a

22  huge voter-registration effort, in part, to compensate

23  for some of the unique challenges that it faces in the

24  state.

25       Q.   Okay.  So now I'm a little bit confused.  In

1    terms of the funds that you've invested in Texas in the

2    2019-2020 cycle, I have funds to TDP, funds to MJ for

3    Senate, and then funds to the coordinated campaign?

4         A.   No, to the -- sorry.

5         Q.   No, please go ahead.  I'm trying to

6    understand, so correct me.

7         A.   The funding to the state party is -- when I

8    say "transfer down," that's funding that we transfer

9    down from the DSCC to the state party that is used for

10   the coordinated campaign expenses.

11        Q.   Okay.  So I've got funds to TDP and funds to

12   MJ for Senate; is that -- is that right?  Sorry.  That's

13   a terrible question.

14              For your investments in Texas in the

15   2019-2020, I've got funds to TDP and funds to MJ for

16   Senate.  Is there anything else?

17        A.   I also mentioned the polling.

18        Q.   Polling.  Okay.  Tell me about that.

19              MS. BRAILEY:  Objection, vague.

20        A.   Can you clarify?

21        Q   (BY MS. MACKIN)  What do you mean by

22   "polling"?  I don't --

23        A.   Like, what is polling?

24        Q.   Like, you say you have invested in polling.

25   Do you know if any of your investments in -- so if you

1    invested in polling, those funds would not be used for

2    voter registration, right?   They'd be used for polling?

3        A.   Yes.

4        Q.   Okay.   And then, so other than the funds to

5    TDP, the funds to MJ for Senate, and the investments in

6    polling, have you made any other investments in Texas in

7    the 2019 to 2020 cycle so far?

8              MS. BRAILEY:   Objection in that it

9    mischaracterizes the testimony.

10       Q.   (BY MS. MACKIN)   And if I've got it wrong,

11   please tell me.   I'm just trying to get the list.

12       A.   Can you repeat the question?

13       Q.   Sure.   So in the 2019 to 2020 cycle, DSCC has

14   invested in Texas in the following ways:   Funds to TDP,

15   fund to MJ for Senate, and investments in polling.   Is

16   there anything else so far?

17       A.   It this --

18              THE WITNESS:   I'm sorry.   Emily, did

19   you...

20       A.   At this stage of the cycle, that's my

21   understanding of our investments in the state.

22       Q.   (BY MS. MACKIN)   Thank you for that.

23              All right.   And jumping back to the

24   previous cycle, 2017 to 2018, did DSCC make any

25   investments in voter registration in Texas in the 2017-

1  2018 cycle?

2       A.   So I don't -- I mean, as far as expenditures

3  that the DSCC made to Texas in the 2018 cycle, I'm aware

4  that I believe we spent, like, $35,000 on polling.  I'm

5  not aware of specific, like, itemized expenditures.

6  That's not to say that -- like, there could have been

7  staff time spent on supporting voter-registration

8  efforts, but not that I'm aware of.

9       Q.   Okay.  In the 2015 to 2016 cycle, are you

10  aware of DSCC making any investments in voter

11  registration in Texas?

12       A.   When you say "investments," can you -- like,

13  what are you...

14       Q.   I'm tracking the language in your Complaint.

15  So if there's a better way to describe it, please let me

16  know.

17       A.   So I'm not aware of expenditures that the DSCC

18  made to Texas in the 2016 cycle.

19       Q.   So there weren't any that you're aware of?

20            MS. BRAILEY:  Objection, mischaracterizes

21  the testimony.

22       A.   I'm not aware of expenditures that the DSCC

23  made in Texas in 2016.

24       Q    (BY MS. MACKIN)  And what about 2015?

25            MS. BRAILEY:  Objection on form.

41

1    A.   If you're asking -- 2015 would be part of the

2  2016 cycle, so --

3    **Q.   Okay.**

4    A.   -- my answer was to the 2016 cycle.

5    **Q.   Okay.  And so that includes 2015 as well?**

6    A.   Calendar year 2015 would be part of the 2016

7  election cycle.

8    **Q.   Okay.  And then, are you aware of the DSCC**

9  **making any expenditures for voter registration in Texas**

10  **in the 2014 cycle?**

11    A.   As with the 2016 cycle, I'm not aware of DSCC

12  expenditures in Texas in the 2014 cycle.

13    **Q.   Okay.**

14         MS. BRAILEY:  Anna, are we getting to a

15  point where we might be able to take a break?  We're

16  about at the hour.

17         MS. MACKIN:  Yeah, that's fine.  We can

18  take a quick break now.  How long --

19         Let's go off the record.

20         THE REPORTER:  Going off the record at

21  11:11 a.m.

22         (Off the record from 11:11 to 11:26 a.m.)

23         THE REPORTER:  Going back on the record

24  at 11:26 a.m.

25         MS. MACKIN:  I'm sharing a document in

42

1   the chat box -- two documents, actually; and they are

2   Bates numbered -- the first one begins at DSCC 796 and

3   goes through 797; and the second one begins at DSCC 798

4   and goes through 799.

5       Q.   (BY MS. MACKIN)  Please take a look at those

6   documents and let me know when you're ready to discuss

7   them.

8       A.   Okay.

9       Q.   So the page labeled DSCC 796 through 797, do

10  you recognize this document?

11      A.   I think it was -- I recognize it as -- I

12  believe as part of the production.

13      Q.   Okay.  Have you seen it before?

14      A.   Before right now?

15      Q.   Yes.

16      A.   Again, I reviewed the production before it

17  went out.  So I think -- I believe this is part of

18  production, so I would have seen it then.

19      Q.   Okay.  Do you recall whether you saw it before

20  reviewing the production?

21      A.   I don't.

22      Q.   Okay.  Based on your experience with the DSCC,

23  what does this e-mail appear to be?

24      A.   It appears to be an e-mail asking a survey

25  question.

1     Q.   And do you know whether the document that

2 begins at 798 reflects a question that was asked on the

3 survey linked in the e-mail, labeled 796?

4     A.   I wouldn't be able to tell you.

5     Q.   Okay.  At a high level, what is the purpose of

6 sending out a survey to -- here it says, "The audience

7 of highly reliable Democrats"?

8              MS. BRAILEY:  Objection on the First

9 Amendment.

10             You can answer at a high level to the

11 extent you don't reveal internal strategic decisions.

12    A.   Generally speaking, the DSCC wants to hear

13 from Democratic voters around the country, understand

14 what their priorities are, what folks' concerns are, and

15 just get a sense of that.  And so I think that outreach

16 like this would be an attempt to obtain that insight.

17    Q.   (BY MS. MACKIN)  Do you know approximately how

18 often DSCC conducts surveys like this?

19    A.   I don't.  I mean, I would say it's not

20 infrequently; but it's hard for me to be more specific.

21    Q.   And then, turning to the page -- well,

22 actually, that's all I have on those.

23             MS. MACKIN:  All right.  I am pulling

24 up -- well, I'm sharing in the chat box an exhibit -- a

25 document, rather; and it will be a page from Exhibit 3,

44

1  the document marked DSCC 800.

2      Q.   (BY MS. MACKIN)  Please take a look at that

3  document, and let me know when you are ready to discuss

4  it.

5      A.   Okay.

6      Q.   This is an e-mail dated April 18th, 2020 that

7  appears to have been sent from info@DSCC.org, with the

8  name Chuck Schumer; is that right?

9      A.   Yes.

10     Q.   Okay.  And at a high level, what is the

11 purpose of an e-mail like this?

12          MS. BRAILEY:  Objection on the First

13 Amendment.

14          You can answer to the extent it doesn't

15 reveal internal strategic decisions.

16     A.   This is a fundraising e-mail.

17     Q.   (BY MS. MACKIN)  Okay.  And about halfway down

18 the page there's a paragraph that begins, "We're already

19 putting your funds to work making crucial investments

20 that will make the difference on Election Day.  Your

21 support is funding things like advertising to boost our

22 Democratic Senate candidates and registering a record

23 number of new voters in swing states."  Did I read that

24 correctly?

25     A.   Yes.

1      Q.   And this mention of registering a record

2   number of new voters in swing states, does that include

3   the -- well, is that a reference to any activities in

4   Texas?

5      A.   I'm not sure what the drafter of this e-mail

6   is specifically referring to, but certainly we have

7   made investments in Texas that will further voter-

8   registration efforts.  And so -- I'll leave it at that.

9            But I can't -- I don't know what the

10   person who drafted this was specifically referring to,

11   if they had Texas in mind.

12      Q.   And so it also mentions a record number of new

13   voters.  I guess I'm -- can you help me understand what

14   is meant by "a record number" in this context?

15      A.   So, again, I didn't draft this; and I don't

16   know exactly what the drafter meant.  But, generally, a

17   record number means more than have been registered

18   through our efforts before.

19      Q.   Okay.

20      A.   And as I said earlier, again, TDP is in the

21   midst of a massive voter registration campaign that

22   transfer down funding from the DS would help to support,

23   so.

24      Q.   All right.  Thank you.

25            All right.  That's all I have on that.

```
 1              MS. MACKIN:  I'm going to share a

 2  document in the chat box that will be Exhibit 4 to this

 3  deposition.

 4              (Exhibit 4 marked.)

 5      Q    (BY MS. MACKIN)  Please take a look at it and

 6  let me know when you're ready to discuss it.

 7      A.   Okay.

 8      Q.   All right.  Do you recognize this document?

 9      A.   I don't believe I've seen this document

10  before.

11      Q.   Okay.  Based on looking at it, what does it

12  appear to be?

13      A.   The title of the document is Statement of

14  Organization.

15      Q.   And it is a Federal Election Commission form

16  that appears to have been submitted by the DSCC to the

17  Federal Election Commission?

18      A.   That seems right.

19      Q.   Okay.  And scrolling down to page 3 of this

20  document, there is a box for "Name of Any Connected

21  Organization, Affiliated Committee, Joint Fundraising

22  Representative or Leadership PAC Sponsor."  And beneath

23  that it says, "Colorado Senate Victory 2016."  Are you

24  familiar with Colorado Senate Victory 2016?

25      A.   No.
```

1    Q.   Okay.  Do you know if it is active in Texas?

2                MS. BRAILEY:  Objection that this calls

3    for a legal conclusion and is outside of the scope of

4    the Deposition Notice.

5                But you can answer to the extent that you

6    know.

7                MS. MACKIN:  And I'll just note that the

8    Notice does include all activities in Texas.  And so if

9    this entity has acted in Texas, I think it would fall

10   within the scope of the Notice.

11               MS. BRAILEY:  Same objection.

12               But you can answer.

13       A.   I'm not aware.  I'm not familiar with the

14   entity.

15       Q.   (BY MS. MACKIN)  And so scrolling down to page

16   5 of 14, there's an entry that says, "Colorado Senate

17   Victory 2020."  Are you familiar with Colorado Senate

18   Victory 2020?

19               MS. BRAILEY:  Same objection to the

20   extent it calls for a legal conclusion and is outside

21   the scope of the Notice.

22               You can answer to the extent that you

23   know.

24       A.   I'm not familiar with it, no.

25       Q.   (BY MS. MACKIN)  And then scrolling down to

1  page 6 there's an entry for "Illinois Senate Victory

2  2020."  Are you familiar with Illinois Senate Victory

3  2020?

4          MS. BRAILEY:  I will make the same

5  objection, object to legal conclusion and outside the

6  scope.

7          You can answer.

8      A.  No.

9      Q   (BY MS. MACKIN)  All right.  Scrolling down to

10 page 7 there's an entry for "Pennsylvania Senate 2016."

11 It's listed as a Joint Fundraising Representative by the

12 box indicated on the form.  Are you familiar with

13 Pennsylvania Senate 2016?

14          MS. BRAILEY:  I'm going to raise the same

15 objection, legal conclusion and outside the scope.

16          But you can answer.

17     A.  No.

18     Q   (BY MS. MACKIN)  All right.  Scrolling down to

19 page 8 there's an entry on this form for "Michigan

20 Senate Victory 2020," and the box ticketed says, "Joint

21 Fundraising Representative."  Are you familiar with

22 Michigan Senate Victory 2020?

23          MS. BRAILEY:  I'm going to make the same

24 objection.  So if we're going to go page by page, can I

25 say that I'm going to make the same objection to these

 1  pages so that I don't interrupt you; or I can just keep

 2  making the same objection?

 3           MS. MACKIN:  I'm fine with that.

 4           MS. BRAILEY:  So for the record, I'll

 5  make the same objection, legal conclusion and outside

 6  the scope for each of the pages 8 through 14 on

 7  Exhibit 4.

 8           You can answer.

 9      A.   No.  And I'll have the same answer for the

10  rest of the pages.

11      Q    (BY MS. MACKIN)  So you've reviewed this

12  entire document; and you're not familiar with any of the

13  entities listed under -- and I'm reading from the form

14  here -- "Name of Any Connected Organization, Affiliated

15  Committee, Joint Fundraising Representative, or

16  Leadership PAC Sponsor?

17      A.   No.  I mean, we can go through it but...

18      Q.   I mean, we don't have to.  If you're not

19  familiar, I don't need to burn anybody's time.

20           All right.  We will X out of that one.

21           MS. MACKIN:  Okay.  I am sharing a

22  document in the chat box that will be Exhibit 5 to this

23  deposition.

24           (Exhibit 5 marked.)

25      Q    (BY MS. MACKIN)  And your counsel provided

1   this to us via a link.  Please go ahead and open up that

2   document, and let me know when you are ready to discuss

3   it.

4       A.   Okay.

5       Q.   Your counsel has represented to us this list

6   reflects all of the transfers DSCC has made to the Texas

7   Democratic Party between 2014 and the present; is that

8   accurate?

9       A.   I'm sorry.  What date was this sent?

10      Q.   Yesterday, so --

11      A.   It's my understanding that, like, maybe

12  yesterday or the day before, I think there was an

13  additional transfer.

14      Q.   Okay.

15      A.   But it's all public.  So if you go on FEC's

16  website and you look up DSCC's disbursements to the

17  Texas Democratic Party, you can find it.

18      Q.   Okay.  And does it appear that the criteria

19  that were used to pull this report would pull all the

20  transfers DSCC has made to the Texas Democratic Party

21  between 2014 and the date that the report is run?

22              MS. BRAILEY:  Objection to form.

23      A.   Yeah.  Sorry.  You say criteria?

24      Q.   (BY MS. MACKIN)  So at the top -- sure.  It

25  says, "Disbursements."  And then it says, "Viewing

1   filtered results."  And underneath, there are some what

2   appear to be filters that were input into the FEC

3   website to pull this data.  So if I were to enter these

4   filters and run this report, let's say, today, as long

5   as an additional disbursement had been processed, it

6   would appear on that report, right?

7                   MS. BRAILEY:  Objection to form.

8        A.   If you searched for the spender as the DSCC

9   and the recipient as the Texas Democratic Party, that's

10  all public.  Everything that the DSCC brings in and

11  every penny that the DSCC spends is public, and that's

12  what the FEC filings would reflect.

13       Q    (BY MS. MACKIN)  Okay.  Thank you.

14                   Does DSCC have members who are eligible

15  to vote in Texas?

16                   MS. BRAILEY:  Objection, that it calls

17  for a legal conclusion.

18                   You can answer to the extent that you

19  know.

20       A.   What do you mean by members?

21       Q.   (BY MS. MACKIN)  Well, does DSCC have members?

22                   MS. BRAILEY:  Again, objection to a legal

23  conclusion.

24                   You can answer.

25       A.   What do you mean by members?

52

1      **Q      (BY MS. MACKIN)   I guess whatever that means**

2  **to you.   I mean, is DSCC a -- is DSCC comprised of --**

3  **does it represent the Democratic members of the Senate?**

4  **Would those folks be regarded by DSCC as its members?**

5                  MS. BRAILEY:  Objection to a legal

6  conclusion.

7                  But you can answer.

8      A.   I don't know what our corporate filings would

9  say about members.  I mean, to the extent that you're

10  asking how does DSCC interact with or associate with

11  Democratic voters around the country, I mean, we have

12  folks who sign up for our Listserv.  We have people who

13  donate to the DSCC.  You know, I don't know that we have

14  a set term for them.  I think we call them "people on

15  the Listserv" or "donors" or "supporters."

16      **Q.   Okay.**

17                  MS. MACKIN:  I think that this is

18  probably all I have; but do you mind if we go off the

19  record for, like, five minutes for me to just take a

20  look at my notes and make sure that I've covered

21  everything?

22                  MS. BRAILEY:  Yeah, absolutely.

23                  THE REPORTER:  Going off the record at

24  11:48 a.m.

25                  (Off the record from 11:48 to 11:58 a.m.)

1              THE REPORTER:  Going back on the record

2    at 11:58 a.m.

3         Q    (BY MS. MACKIN)  All right.  Just a few more

4    questions, Ms. Schaumburg.

5              Has the DSCC developed any voter

6    registration training materials?

7              MS. BRAILEY:  Objection on the First

8    Amendment.

9              You can answer at a high level.

10        A.   What do you mean by "training materials"?

11        Q    (BY MS. MACKIN)  Sure.  Any documents that you

12   might provide to campaigns or DSCC staff to assist in

13   voter-registration efforts.

14        A.   So sitting here, I can't tell you.  I'd have

15   to check.

16        Q.   Does the DSCC ever communicate with individual

17   voters to assist them with voter registration?

18        A.   Generally, the DSCC supports voter-

19   registration efforts in states through the means that

20   we've talked about, less on an individual basis, not

21   that it wouldn't happen; but we provide support,

22   funding, resources to state parties, to the campaigns

23   for their grounding.

24        Q.   Rather than DSCC actually communicating with

25   the individual voter?

1      A.   Not that we couldn't.

2      **Q.   Are you aware of it ever happening?**

3      A.   Of -- sorry.  Am I aware of...

4      **Q.   Are you aware of the DSCC ever communicating**

5  **directly with an individual voter to assist them with**

6  **their voter registration in Texas?**

7      A.   So in a sense that, yeah, I mean, the DSCC had

8  staff on the ground.  Again, like, DSCC funded

9  positions.  You know, those staffers could be in charge

10  of working on voter registration.  So in that sense,

11  sure.

12      **Q.   Okay.  But what I'm trying to get at is a DSCC**

13  **employee specifically.  Are you aware of a DSCC employee**

14  **ever communicating with a Texas voter to assist them**

15  **with their voter registration?**

16           MS. BRAILEY:  Objection.  I think that

17  was just asked and answered from her last answer.

18      **Q.   (BY MS. MACKIN)  I was just hoping for a "yes"**

19  **or "no," like a clear answer.**

20      A.   So I think your first question was about Texas

21  specifically.  So can you rephrase your question?

22      **Q.   It was, but I'll ask it again.  Are you aware**

23  **of any DSCC employee directly communicating with a Texas**

24  **voter to assist them with their voter registration?**

25      A.   So I think generally the DSCC supports voter-

1  registration activities by the things we've talked

2  about.

3      Q.   And would that be a "no"?

4      A.   It's possible that they have.

5      Q.   Are you aware of any specific instance?

6      A.   Sitting here today, can I name a specific

7  instance, like, a date and time?  Not to that level of

8  specificity.  But the DSCC provides voter registration

9  guidance, and it's -- you know, we do interact with

10  individual voters in certain situations.  So it's

11  just...

12      Q.   So I guess I'm still just looking for, like, a

13  "yes" or a "no."

14           MS. BRAILEY:  I'm going to object, again,

15  on form.

16      Q   (BY MS. MACKIN)  So would it be fair to say to

17  that you are not aware of any DSCC employee directly

18  communicating with an individual Texas voter to assist

19  them with their voter registration?

20           MS. BRAILEY:  Objection.

21      A.   I would --

22           MS. BRAILEY:  Objection, mischaracterizes

23  the witness.

24      A.   I would have to check.  I mean, we have field

25  folks.  We have a field team.  So I haven't reviewed

1  with them, like, their specific conversations or every

2  interaction that they've had with individual voters; but

3  I would have to ask.

4      Q    (BY MS. MACKIN)  Okay.  I want to jump back to

5  **Exhibit 2, page 6.  Just going over the subpoena duces**

6  **tecum, the documents that were subpoenaed for today's**

7  **deposition, Category 1, which requests documents**

8  **sufficient to substantiate certain factual allegations**

9  **in your Complaint, do you know whether any documents**

10 **were withheld in responding to this request on the basis**

11 **of privilege?**

12             MS. BRAILEY:  Objection on the -- based

13 on the attorney-client privilege.

14     Q.   (BY MS. MACKIN)  And just to be clear, I'm not

15 **asking whether -- what documents -- if the answer is**

16 **"yes," I'm not inquiring into the substance of those**

17 **documents sitting here today; but since we haven't**

18 **received a privilege log, I'm inquiring into whether**

19 **documents exist, just a "yes," "no," not seeking a**

20 **description of the document or even at this point the**

21 **privilege asserted, simply whether documents exist that**

22 **were withheld on the basis of privilege.**

23             MS. BRAILEY:  Again, I'll make the same

24 objection to preserve it.

25             But, Sara, you can answer as long as you

1  don't reveal our conversations.

2      A.    Sitting here right now, I couldn't tell you.

3  I'd have to check with counsel.

4      Q.    (BY MS. MACKIN)  Okay.  Do you know with --

5  would that be your answer with respect to all five

6  categories of documents that were requested?

7            MS. BRAILEY:  It would be my objection to

8  all five categories.

9            You can answer.

10           Same objection.

11     A.    That would be my answer to all five categories

12  or to all categories regarding documents.

13           MS. MACKIN:  All right, Ms. Schaumburg.

14  Thank you for your time today.

15           I'll pass the witness.

16           MS. BRAILEY:  Great.  I just have a few

17  questions.

18                      EXAMINATION

19  BY MS. BRAILEY:

20     Q.    Ms. Schaumburg, earlier today counsel asked

21  you about money that the DSCC transferred to the Texas

22  Democratic Party.  Do you remember that?

23     A.    Yes.

24     Q.    And then I believe she also asked you

25  questions about money that the DSCC transferred to the

 1  **Texas Democratic Party specifically this cycle.  Do you**

 2  **remember that?**

 3       A.   Yes.

 4       **Q.   Okay.  For that money that was transferred to**

 5  **TDP for this cycle, did T -- was that money used by TDP**

 6  **for voter-persuasion efforts?**

 7       A.   That's my understanding.

 8       **Q.   And was is it used for voter-registration**

 9  **efforts?**

10       A.   That's my understanding, yes.

11       **Q.   And was it used for Get-Out-the-Vote efforts?**

12       A.   So it's my understanding that it will be used

13  for Get-Out-the-Vote efforts.  It's, you know, a program

14  that would ramp up closer to election day.

15       **Q.   And how do you know that the money transferred**

16  **to TDP in this cycle from DSCC is used in these ways?**

17       A.   I mean, we -- we work closely with the state

18  parties in our -- in the Senate states, including with

19  the Texas Democratic Party, on programming, on advising

20  them on various aspects of their campaign.  And so, you

21  know, we share our -- the DS and its employees share

22  their insight and their expertise on how to manage a

23  campaign, what the priorities should look like.  And

24  certainly voter registration is one of those top

25  priorities and, you know, that the TDP's budget, what

1   they prioritize, the more funding that they have from

2   whatever sources, the more they can invest in those

3   activities.  And so, you know, I think by providing,

4   we've conveyed that voter registration is one of our

5   priorities; and, you know, the more budget that TDP has

6   to spend, the more they can invest in activities around

7   that.

8       **Q.   Great.  Thank you.**

9               MS. BRAILEY:  Those are all my questions.

10  I'll pass the witness.

11              MS. MACKIN:  All right.  And I'd just

12  like to note that we are going to hold this deposition

13  open to the extent that there is any subsequent

14  delinquent production of documents; and once we have an

15  opportunity to evaluate the claims of privilege.  But

16  that's all that I have for today.

17              MS. BRAILEY:  Okay.  Great.

18              And, Debbie, can I get on the record that

19  I'd like to read and sign and get a copy of the

20  transcript.

21              THE REPORTER:  Going off the record at

22  12:09 p.m.

23              (Deposition recessed at 12:09 p.m.)

24                      --ooOoo--

25

60

1                    CHANGES AND SIGNATURE

2  WITNESS NAME:              DATE OF DEPOSITION:

3  SARA SCHAUMBURG            April 30, 2020

4  PAGE/LINE    CHANGE              REASON

5  _____

6  _____

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____

1          I, SARA SCHAUMBURG, have read the

2     foreign deposition and hereby affix my signature that

3     same is true and correct, except as noted herein.

4

5          _____

6          SARA SCHAUMBURG

7

8     THE STATE OF _____   )

9          Before me, _____, on

10    this day personally appeared SARA SCHAUMBURG, known to

11    me (or proved to me under oath or through

12    _____) (description of identity card or other

13    document) to be the person whose name is subscribed to

14    the foregoing instrument and acknowledged to me that

15    they executed same for the purposes and consideration

16    therein expressed.

17          Given under my hand and seal of office on

18    this _____ day of _____, _____.

19

20

21          _____

22          NOTARY PUBLIC IN AND FOR

23          THE STATE OF _____

24          My Commission Expires:_____

25

1  STATE OF TEXAS      )

2

3                     REPORTER'S CERTIFICATION

4

5              I, DEBBIE D. CUNNINGHAM, CSR, hereby

6  certify that the witness was duly sworn and that this

7  transcript is a true record of the testimony given by

8  the witness.

9              I further certify that I am neither

10 counsel for, related to, nor employed by any of the

11 parties or attorneys in the action in which this

12 proceeding was taken.  Further, I am not a relative or

13 employee of any attorney of record in this cause, nor am

14 I financially or otherwise interested in the outcome of

15 the action.

16             Subscribed and sworn to by me this day,

17 May 8, 2020.

18

19

20

21             _____
             Debbie D. Cunningham, CSR
22             Texas CSR 2065
             Expiration:  6/30/2021
23             INTEGRITY LEGAL SUPPORT SOLUTIONS
             P.O. Box 245
24             Manchaca, Texas 78652
             www.integrity-texas.com
25             512-320-8690; FIRM # 528

 **An official website of the United States government**
Here's how you know ⌄

Home › Campaign finance data › Browse data › Disbursements

# Disbursements

Viewing **3** filtered results for: Clear all filters ✕

| Data type: processed ✕ | DSCC (C00042366) ✕ | TEXAS DEMOCRATIC PARTY (C00099267) ✕ |

| Beginning 01/01/2014 ✕ |

| Spender | Recipient | State | Description | Disbursement date ⬇ | Amount — | |
|---------|-----------|-------|-------------|---------------------|----------|---|
| DSCC | TEXAS DEMOCRATIC PARTY | TX | TRANSFER | 03/03/2020 | $5,000.00 | ▶ |
| DSCC | TEXAS DEMOCRATIC PARTY | TX | TRANSFER | 02/04/2020 | $5,000.00 | ▶ |
| DSCC | TEXAS DEMOCRATIC PARTY | TX | TRANSFER | 01/10/2020 | $5,000.00 | ▶ |

Results per page: 30 ▼                              ◀  ▶

Showing 1 to 3 of 3 entries

**Exhibit
Sara Schaumburg
5**
4/30/20  DC