IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JARROD STRINGER, et al.,     )
    Plaintiffs,              )
                         )
v.                           )     NO. SA-20-CV-46-OG
                         )
RUTH R. HUGHS, et al.,       )
    Defendants.              )


ORAL AND VIDEO DEPOSITION

JARROD STRINGER

APRIL 29, 2020

(TAKEN REMOTELY)

    ORAL AND VIDEO DEPOSITION OF JARROD STRINGER,
produced as a witness at the instance of the Defendants
and duly sworn, was taken in the above-styled and
numbered cause on the 29th day of April, 2020, from
10:04 a.m. to 11:01 a.m., before Dana Richardson,
Certified Shorthand Reporter in and for the State of
Texas, reported by computerized stenotype machine at the
residence of Jarrod Stringer, 2401 Lazy Hollow Drive,
Apartment 130-A, Houston, Texas 77063, pursuant to the
Federal Rules of Civil Procedure, the First Emergency
Order Regarding the COVID-19 State of Disaster,
paragraphs 2.b and c, and the provisions stated on the
record or attached hereto.

```
 1                        APPEARANCES

 2

 3   FOR PLAINTIFFS:

 4        Ms. Rebecca Harrison Stevens - (via webconference)
                  AND
 5        Mr. Joaquin Gonzalez - (via webconference)
          TEXAS CIVIL RIGHTS PROJECT
 6        1405 Montopolis Drive
          Austin, Texas 78741
 7        Telephone: (512) 474-5073
          E-mail: beth@texascivilrightsproject.org
 8

 9   FOR DEFENDANTS:

10        Mr. Christopher D. Hilton - (via webconference)
                  AND
11        Mr. Anne Marie Mackin - (via webconference)
          ASSISTANT ATTORNEYS GENERAL
12        P.O. Box 12548, Capitol Station
          Austin, Texas 78711-2548
13        Telephone: (512) 463-2798
          E-mail: christopher.hilton@oag.texas.gov
14

15   ALSO PRESENT:

16        Mr. Brian Christopher, Video Technician
          (via webconference)
17

18

19

20

21

22

23

24

25
```

3

1                            INDEX

2                                                    PAGE

3  JARROD STRINGER

4  Examination by Mr. Hilton - via webconference .....5
   Signature Page  ...................................43
5  Court Reporter's Certificate .....................44

6

7                          EXHIBITS

8

9  EXHIBIT               DESCRIPTION              PAGE

10
   Exhibit 1        Defendants' Notice of Oral        7
11                  Deposition of Jarrod Stringer

12  Exhibit 2        Plaintiffs' Original Complaint   20

13  Exhibit 3        Texas Driver's License web page   30
                     printout, txapps.texas.gov,
14                   11 pages

15  Exhibit 4        Declaration of Jarrod Stringer,   34
                     with "Exhibit 24" cover page,
16                   Appendix 177 through 180

17

18

19

20

21

22

23

24

25

1          THE REPORTER:  We're on the record.

2    Today's date is April 29, 2020.  The time is 10:04 a.m.

3          This is the oral deposition of Jarrod

4    Stringer in the matter of Jarrod Stringer, et al., verse

5    Ruth Hughs, et al., and it is being conducted remotely

6    in accordance with the First Emergency Order Regarding

7    the COVID-19 State of Disaster, Paragraphs 2.b and c.

8          The witness is located at the residence of

9    himself, 2401 Lazy Hollow Drive, Apartment 130-A,

10   Houston, Texas 77063.

11          My name is Dana Richardson, Texas

12   Certified Shorthand Reporter No. 5386.  I'm

13   administering the oath and reporting the deposition

14   remotely by stenographic means from my residence within

15   the state of Texas.  My business address is P.O.

16   Box 245, Manchaca, Texas 78652.

17          The witness has been identified to me

18   through his affirmation; and if you would, sir, please

19   raise your right hand to be sworn.

20          (Witness sworn)

21          THE REPORTER:  Counsel, please, beginning

22   with Plaintiff counsel, state your appearance and

23   location for the record.

24          MS. STEVENS:  Sure.  Beth Stevens on

25   behalf of the plaintiffs.  I am in Austin, Texas, Travis

1  County.

2           MR. HILTON:  Chris Hilton, the Attorney

3  General's Office for the defendants, also in Austin,

4  Texas, in Travis County.

5           THE REPORTER:  Please proceed.  Thank you.

6           JARROD STRINGER,

7  having been first duly sworn, testified as follows:

8           EXAMINATION - (via webconference)

9      Q.   (BY MR. HILTON)  All right.  Good morning,

10  Mr. Stringer.

11     A.   Good morning.

12     Q.   Can I please have you state and spell your name

13  one more time for the record?

14     A.   Sure.  Jarrod, J-a-r-r-o-d.  Stringer,

15  S-t-r-i-n-g-e-r.

16     Q.   Thank you, sir.  I just want to start, if you

17  could just tell me in your own words what your case is

18  about.

19     A.   My case is about when I have changed my address

20  with the driver's license -- on my driver's license,

21  trying to then get that to update my voter registration

22  and what that entails.

23     Q.   And what are you hoping to accomplish with your

24  lawsuit?

25     A.   I am hoping to simply state that when I have

1  changed my address through the State on my driver's

2  license that my voter's registration, when I change

3  counties, is not automatically updated.  So I would hope

4  that that process could change where it is updated

5  automatically.

6      Q.   All right.  I want to talk about today's

7  deposition a little bit, and I want to start by testing

8  the means of getting exhibits to you, which is a little

9  bit tricky --

10     A.   Okay.

11     Q.   -- since we're having to do this remotely

12 unfortunately.

13     A.   Sure.

14     Q.   So there's two different ways I can do it.  I

15 can pull up my exhibits on the screen and you can just

16 see them as we're talking about them, or I can send you

17 the file through the group chat and then you can have

18 the file, you know, in front of you on your computer and

19 you can kind of manipulate it and look through the

20 documents yourself as opposed to telling me to scroll

21 up, zoom in, zoom out, you know, things like that.  So

22 which do you think would be easier for you --

23     A.   If they're scroll --

24     Q.   -- would you prefer to have --

25     A.   Yeah, if they're scrolling, just send it to

Jarrod Stringer - 4/29/2020

7

1  me --

2  THE REPORTER:  One at a time.  I'm sorry,

3  back up and let's finish the question.  Thanks.

4  MR. HILTON:  Sorry.

5  Q.  (BY MR. HILTON)  So the question was:  Which of

6  those methods sounds easier for you to do today?

7  A.  If they're scrolling up and down, sending me

8  the document would probably be easier.

9  Q.  All right.  Well, let's give it a shot.  I'm

10  going to send you what will be Exhibit 1 to the

11  deposition, and I just sent it out through the group

12  chat through the Zoom program.  Let me know if you're

13  able to access that file and when you have it in front

14  of you.

15  A.  Just a second.  It's loading.

16  Okay.  It's loaded.

17  (Exhibit 1 marked)

18  Q.  (BY MR. HILTON)  All right.  So you have

19  Exhibit 1 in front of you?

20  A.  Yes, sir.

21  Q.  And I should ask, too:  Do you have any other

22  documents with you during this deposition or any other

23  files open on your computer that you're referring to?

24  A.  No, sir.

25  Q.  Okay.  I'll ask that you only refer to the

1   exhibits that I send out through the chat feature on

2   Zoom.  If you do look at any other document, please just

3   let me know.

4        A.   Yes, sir, I will.

5        Q.   Okay.  So turning to Exhibit 1, do you

6   recognize Exhibit 1?

7        A.   Yes.

8        Q.   And what is it?

9        A.   It's the defendant's notice.  I don't -- I'm

10  not very good with my legal terms, to be honest.

11       Q.   That's all right.  It's -- it's the deposition

12  notice that we -- we sent to your counsel.  It's the

13  reason why -- why you're here today on Zoom with us.  Is

14  that right?

15       A.   Yes, sir.  Yes, sir.

16       Q.   Okay.  All right.  Well, that's Exhibit 1 down.

17  Only a couple more to go as a successful task so --

18       A.   Okay.  Great.

19       Q.   And what did you do to prepare for the

20  deposition today?

21       A.   Met with my attorney.

22       Q.   When did you meet with your attorney?

23       A.   A week before last, I think.  I can't remember

24  exactly.

25       Q.   And for how long?

1    A.    30 to 45 minutes, maybe.

2    Q.    And I don't want to know the content of any of

3  those discussions, but who -- who all was at the

4  meeting?  Or on the phone?

5    A.    Sure.  Myself -- myself and Beth Stevens, as

6  best I recall.

7    Q.    Did you review any documents to prepare for the

8  deposition today?

9    A.    No.

10    Q.    All right.  We've got that kind of formality

11  stuff out of the way.

12                  So I guess I want to just know a little

13  bit about you and about your background.  So what --

14  what -- are you employed?  If so, what's your

15  profession?

16    A.    Sure.  I am employed.  I work for a consulting

17  company called psyML, p-s-y-M-L; and it stands for

18  psychology and machine learning.  And we develop

19  empathetic artificial intelligence.  I am the content

20  writer for psyML.  I've been working there three and a

21  half years.

22    Q.    It sounds like interesting work.  Do you find

23  it interesting?

24    A.    I love it, yeah.  It's wonderful.  We're

25  actually developing models of personality assessment

1   that actually are based on scientifically validated

2   studies, and they are an attempt to help people grow in

3   their own lives in ways that already fit the way that

4   we're kind of evolutionarily designed.

5        Q.   That's very -- I have a good friend who does

6   machine learning kind of stuff.  So it's -- I'm just

7   very interested in the area.  What is -- what is

8   content?  You said content writer is your specific role?

9        A.   Sure.  Yeah.  My -- I am -- my background is

10  in -- I taught English for 15 years, and I've worked

11  kind of variety of different industries and had a lot of

12  different educational backgrounds.  And so I actually

13  develop -- so there are, in -- in our personality

14  development, we -- there are 12 basic personality types

15  have showed up throughout the course of kind of human

16  beings, development and civilization.

17       Q.   Uh-huh.

18       A.   And for each of those 12 types.  So when we

19  work with companies or organizations and they want to

20  help their clients or they want to help their employees,

21  they have a certain idea of kind of the kinds of things

22  they want to help them with.  And so I actually help

23  write the feedback for each of the 12 personality types

24  based on their answers to certain types of questions to

25  help them both see the good that they already are and

1  also kind of grow into whatever more they want to

2  become.

3      Q.   I remember in a former life I worked at a big

4  law firm and they made us all take a Myers-Briggs test.

5      A.   Uh-huh.

6      Q.   And then we all got some feedback based on our

7  Myers-Briggs personality type.

8      A.   Uh-huh.  Sure.

9      Q.   It sounds like what you're doing is -- is,

10  sounds like, a much more sophisticated version of that

11  kind of process and that kind of idea.  Is that right?

12      A.   Yeah, that's right.  Myers-Briggs has been a

13  very common -- for -- it was common for about 25 years,

14  and but the thing about Myers-Briggs is that they

15  created personality types without doing the science

16  first.  And so -- and the other thing about it was you

17  were put into, as you know, one of 16 boxes, right?

18              This actually puts you on -- our -- our

19  version actually puts you on a matrix where you can see

20  your most dominant, but you can actually see all six

21  traits, where you fall on the spectrum; and it kind of

22  gives you this kind of interplay that's really kind of

23  neat.

24      Q.   Very interesting.  And is that the same kind

25  of -- you know, my experience was it was part of a big

1    corporate-style law firm.  Is that the kind of client

2    that your company works with?  Is that what your work is

3    developed for?

4        A.   It varies, and we are actually developing at

5    this point so that we can have our own version that

6    people can access -- in fact, we've developed one for

7    COVID-19 where employers can simply get on our website

8    and have their employees take it.  It will tell them

9    what their personality type is, and then it tells them

10   what the four areas of concern during this kind of

11   isolation is and -- and which of those -- how those four

12   areas that each of their employees will -- where they'll

13   need the most care and attention and where they're going

14   to be fine.

15            And so, like, I, for instance, am really

16   high in exploration and so -- and sociability.  So for

17   me, it tells my employer, "stay in regular contact," you

18   know, and "make sure they're doing good."  In the

19   areas -- other areas, I'm more moderate on.  But it has

20   a color code, actually, to tell you kind of how to --

21   how to help them and support them.  And we actually --

22   one of my coworkers got a tweet yesterday from somebody

23   saying, "I took your -- I took your test and read the

24   results and they were" -- not only -- she said, "The

25   test was spot on and even more so in terms of how I

1   should deal with this pandemic and isolation."

2            So it was really neat.

3       Q.   Very interesting.  Thank you for indulging me.

4   It sounds like fascinating work.

5       A.   Yeah, absolutely.

6       Q.   I appreciate that.  You said you taught English

7   for 15 years, I think you said?

8       A.   Yes, sir.

9       Q.   So do you have a Ph.D. in -- in English related

10  field or?

11      A.   I did a Ph.D., and I wrote the dissertation.  I

12  spent five years, six years writing it.  Unfortunately,

13  I came to find out that it was -- the last part may

14  have -- was probably going to not happen.  The committee

15  and I couldn't figure it out together.  We tried.

16      Q.   I -- that -- those situations are extremely

17  difficult.  I've had friends who've gone through similar

18  stuff, and so I know how that goes.  But -- but it

19  sounds like your work now is more psychology related.

20  So do you have a psychology background at all or --

21  or --

22      A.   Well, I actually work with -- my boss is a

23  Ph.D. in psychology.

24      Q.   Oh.

25      A.   And he -- he actually developed the logarithms

1    for eharmony.  He was the chief science officer at

2    eharmony when they started.  And so he is where the buck

3    stops on the psychology.  I provide him with content

4    that we've worked together on over the course of three

5    and a half years where that I'm now comfortable with all

6    of the -- my own education, as well educating myself on

7    the writing of that, but he's the one who reviews the

8    content for that particular aspect.

9        Q.   Gotcha.  Understood.  And other than teaching

10   and this current job, have you had any other employment

11   experience?

12       A.   Sure.  I worked as a contractor for the

13   Air Force.  We -- at an outreach of the Pentagon Small

14   Business Office and they had a -- we were, it's called,

15   the Air Force Outreach Program Office.  And we actually

16   were the marketing -- kind of the marketing branch for

17   all small business offices in the Air Force across the

18   United States.

19             So we had a -- we had a public access

20   television show.  We did a lot of pamphlet publications

21   for individual bases and just kind of a lot of

22   intercommunication.  It was really -- it was really a

23   neat experience.  I learned a lot of stuff that I didn't

24   know.

25             I also worked as a youth director in an

1    Episcopal church for three years.  That was my first job

2    out of college.

3                    Those are two of the ones that stick out.

4        Q.   Well, I was an English major in undergrad; and

5    I went a very different route.  So it sounds like you've

6    had a very interesting and varied -- and varied career.

7        A.   It has been interesting.  Thank you.

8        Q.   Are you married?

9        A.   Yes.

10       Q.   What's your spouse's occupation?

11       A.   She's an attorney.

12       Q.   Any particular type of law that she practices?

13       A.   Corporate and business.

14       Q.   Does she work for a firm or --

15       A.   Yes.

16       Q.   Okay.  Do y'all have any children?

17       A.   Two cats.  More demanding than children.

18       Q.   They certainly can be.  It depends on the cat,

19   I think; but if they are, my hats off to you.

20                   And I -- I can't imagine they're pleased

21   about you being home all day during the current pandemic

22   and invading their space so --

23       A.   It's quite the opposite.  They're super needy.

24       Q.   Gotcha.  Gotcha.  Well, that's a better problem

25   to have, I suppose.

16

1         And so you're currently living in Houston.

2    Is that correct?

3         A.   Yes.

4         Q.   And have you always lived in Texas?

5         A.   I went to graduate school in Tennessee two

6    years in my mid-twenties; and I was in Sewanee,

7    Tennessee.  And then as a -- I don't remember it, but I

8    lived in Colorado for, like, three months when I was a

9    little boy, but I don't remember.

10             THE REPORTER:  Please repeat.  "In

11   Colorado for three months"?

12        A.   When I was a little boy.  I was a year old.

13        Q.   (BY MR. HILTON)  How about since you completed

14   your -- your formal education?  Have you lived in Texas

15   since then?

16        A.   Yes.

17        Q.   And where in Texas have you lived?

18        A.   I moved back from Tennessee to San Antonio.

19   Then I lived in San Antonio.  I moved to Arlington for

20   my doctoral work.  And then I moved back to San Antonio

21   so my wife could go to law school at St. Mary's.  And

22   then a couple years after graduation from law school,

23   she got a job with a firm in Houston.  And my job is

24   mobile; so we moved to Houston.

25        Q.   And when did you move to Houston?

1    A.    August 24th, 2019.

2    Q.    Okay.  And I'm going to ask you a few more

3 questions about that in a little bit when we get to some

4 more exhibits.  So thank you for all that.  I appreciate

5 it.

6             I guess I want to turn back to talk about

7 this lawsuit a little bit more.  How did you -- again,

8 without divulging any privileged communications, how did

9 you meet your lawyers in this case?

10    A.    I was -- I was contacted -- I don't remember

11 what form of contact it was, but I was contacted by

12 them -- I'm assuming it was over the phone, but I would

13 be guessing.

14    Q.    Do you know how they came to contact you?

15    A.    Yes.  After the 20 -- I believe it was 2014.

16 In 2014 when we moved to San Antonio, as soon as our

17 WIFI got hooked up, I changed my wife and my's address

18 with the driver's license.  And that fall, I worked -- I

19 taught at University of Texas at San Antonio; and it was

20 one of the locations that had early voting.  And so I

21 went in to early voting, and they told me I wasn't

22 registered.

23             So I called the -- I don't know -- the

24 county or whatever it was.  They gave me a number to

25 call.  I don't remember -- I called them.  They took my

Jarrod Stringer - 4/29/2020

1  name and said I could vote for the state elections on

2  that -- the Tuesday, you know, that everybody votes

3  only, but I couldn't vote for the local election.  So

4  apparently they kept a list of those names, and that's

5  where my attorneys got my name.

6      Q.   And what -- do you remember, what year was

7  that?  And if you remember specifically which election

8  it was, I'd like to know that as well.

9      A.   2014 is -- I'm pretty sure.  Let me -- let me

10 make sure that's right.  Yeah.  That's right.  There

11 were local elections and gubernatorial election.

12     Q.   And so we're here today for kind of the second

13 iteration of a similar lawsuit.  Those events preceded

14 your initial lawsuit.  Is that right?

15     A.   I'm sorry, could you repeat that?

16     Q.   So those events that you just described, that

17 preceded your first lawsuit against -- against my

18 clients.  Is that right?

19     A.   That was the first lawsuit, yes.

20     Q.   And what's your understanding of the outcome of

21 the first lawsuit?

22     A.   That's a good question.

23     Q.   And I don't want you to tell me, you know, what

24 your attorneys told you.  Again, I don't want any

25 privileged information from you today.

Jarrod Stringer - 4/29/2020

19

1    A.    No, I didn't mean --

2    Q.    I'd like to know your understanding.

3    A.    Sure.  Yeah.  No.

4          My understanding is that it was appealed

5 and so we are going through it again.

6    Q.    What's your understanding, if you have one,

7 about the outcome of that appeal?

8    A.    I'm not -- I'm not very articulate on that.

9    Q.    So you -- you just don't know?  Is that your

10 answer?

11    A.    Well, the outcome of the appeal?  Could you

12 explain a little bit more what you mean?

13    Q.    Well, you said you understood that the case was

14 appealed.

15    A.    Yes.

16    Q.    Do you know whether that appeal has -- has been

17 resolved?

18    A.    Well, if it had been resolved, I wouldn't be in

19 this deposition, right?

20    Q.    Well, how about this:  We'll just leave that

21 aside; and, you know, I understand that your wife is an

22 attorney.  I think -- you know, my wife is not an

23 attorney.  She hears me talk about law stuff all the

24 time and I don't think is interested in any of it.  So I

25 won't bog down in the details, so the procedural ins and

Jarrod Stringer - 4/29/2020

20

1   outs of this case.

2      A.   Okay.  Thank you.

3      Q.   I'm going to send you another Exhibit through

4   the chat function on Zoom, what I'll mark as Exhibit 2

5   or what I'll attach as Exhibit 2.  Let me know when you

6   have that in front of you.

7      A.   Okay.  I have it.

8               (Exhibit 2 marked)

9      Q.   (BY MR. HILTON)  And do you recognize

10  Exhibit 2?

11     A.   Yes.

12     Q.   And what is it?

13     A.   The complaint, Plaintiffs' Original Complaint

14  with my name on it.

15     Q.   Did you review this document before it was

16  filed?

17     A.   Yes.

18     Q.   How much time do you think you spent reviewing

19  it?

20     A.   I don't remember.

21     Q.   If -- if you had to put a -- an estimate on it,

22  how much time do you think in total you've spent on this

23  case?

24     A.   Huh.

25     Q.   And let -- and let me be more -- let me be more

1   precise.  Starting from, let's say, December 2019 until

2   now, how much time do you think you've spent on this

3   case?

4        A.   Four or five hours.

5        Q.   Okay.  And do you know Nayeli Gomez?

6        A.   No.

7        Q.   And do you know John Harms?

8        A.   No.

9        Q.   Are you familiar with Move Texas Civic Fund?

10       A.   No, sir.

11       Q.   I'm sorry, you -- you cut out a little bit

12   there.  The answer was "no"?

13       A.   Yes.  "No" was the answer.

14       Q.   Thank you.  And are you familiar with the

15   League of Women Voters of Texas?

16       A.   No.

17       Q.   So are you currently registered to vote?

18       A.   Yes.

19       Q.   And when was the last time that you registered

20   to vote?

21       A.   So in 2014 after I wasn't able to vote, that

22   following spring I was teaching on the campus of one of

23   the community colleges in San Antonio and they -- there

24   was an actual -- there was a state registrar volunteer,

25   or whatever, for voting walking around.  And she had a

1   registration -- had registration cards and that was --

2   and I filled out one of the cards and signed it and

3   became registered in Bexar County at that point.  And

4   that was the last time I filled out a registration form.

5       Q.   And do you recall any times before that in

6   which you registered yourself to vote?

7       A.   I know I registered when I moved to college;

8   and I went to college in Sherman, Texas, at Austin

9   College.

10      Q.   Uh-huh.

11      A.   Because I -- I voted for the first time at 19.

12  That was Bill Clinton's first election.  I remember

13  that.  That's back when you had to vote with a pencil.

14      Q.   Do you recall any other times that you

15  registered to vote?

16      A.   I'm having kind of flashbacks of signing

17  something in the actual driver's license office, but I

18  can't put my finger on exactly what I remember about

19  that.  And I don't remember -- and I don't remember the

20  year or anything like that.

21      Q.   Sure.  Sure.  Any other details you remember

22  about that?  If no, that's fine.  I'm just curious.

23      A.   I can't recall.  I'm sorry.

24      Q.   That's -- that's fine.  It's a perfectly

25  acceptable answer as I'm sure -- as I'm sure Beth told

1   you.  So that's no problem.

2                  And so we were talking about times that

3   you registered to vote.  How about times that you voted?

4   When was the last time that you voted?

5       A.    I voted this spring.

6       Q.    In the March primary?

7       A.    Yes, sir.

8       Q.    And how about before that?

9       A.    Well, in the -- as of two years ago, I can't --

10  I think there was one election that -- that I remember,

11  anyway, wanting to vote, but I was diagnosed with a

12  chronic illness about two years ago, almost exactly.

13  And some days, I just can't even -- couldn't even get

14  out of bed.  And I remember being a little frustrated by

15  that.  So that would be the last time.

16      Q.    Understood.  And I can imagine that situations

17  like that must be incredibly frustrating.  So I'm sorry

18  that you have to deal with that.

19      A.    Oh, thank you.

20      Q.    To the extent that you're -- you're able to,

21  since you've, you know, been eligible to vote, would you

22  say that you voted regularly?

23      A.    I would not say that I have voted regularly.

24  I -- when I started teaching, I became more aware of the

25  importance and I was getting older, you know, and as you

1  become more mature, I think you become more aware of

2  what's important.  And so when I was younger, it was

3  the -- I mean, you know, I wanted to vote when I was 19,

4  but it was also the novelty of finally having the

5  privilege of voting, right?  Then as I began to see the

6  world with a bigger lens, it became more important.

7      Q.   So how -- do you try to vote in every Federal

8  election?

9      A.   Yes.

10     Q.   Do you try to vote in every State election?

11     A.   Yes.

12     Q.   And -- and how about local elections?  I know

13  there are lots of different kinds and they tend to kind

14  of sneak up on you sometimes.  Do you try to vote in

15  every local election?

16     A.   Honestly, it depends.  San Antonio is my

17  hometown, and so I've lived there most of my adult life.

18  We moved to Houston in August, as I said, and there was

19  an election shortly after I got here and I actually just

20  happened to frequent one of the community centers where

21  they had early voting, but I -- I don't vote for --

22  in -- for people that I don't know.  I'm not a -- I just

23  don't -- that's not the way that I operate.

24              So I didn't -- I didn't feel even -- I

25  didn't feel comfortable going in and voting for a bunch

1  of people that might affect -- might affect their lives,

2  you know, just because some -- some guy wants to, you

3  know, cast a vote just because he has the ability.

4      Q.   Understood.  Fair enough.  Would you consider

5  yourself to be politically active?

6      A.   That's an interesting question, Chris.  How

7  would you define that?

8      Q.   Well, what does that phrase mean to you?  I

9  think it can mean different things to different people.

10 So what does someone being political active mean to you?

11     A.   Sure.  I think politically active simply means

12 trying to be informed about what is going on in public

13 society and taking an interest and caring on

14 particularly different points of view.  I mean, as a --

15 my -- the majority of my teaching was in a college

16 setting.  And the -- one of my responsibilities that I

17 felt the student was -- especially as an English teacher

18 and a writing teacher was we -- we emphasized the

19 ability to see things from more than one angle.  And the

20 first day of class, every -- in every class I taught,

21 pretty much.  I can't say this a hundred percent, but

22 pretty much.  We talked about the nature of acceptable

23 and unacceptable propaganda.  And propaganda, I don't

24 mean that term as a buzz word.  I mean it as propaganda

25 as the definition, really.  It only offers one point of

1    view.

2         Q.    Right.

3         A.    And so we -- I have -- I have -- I was taught

4    and I try to pass on to my students that understanding

5    that there are multiple points of view in any scenario

6    is your greatest ally in growing as a person and

7    participating in public discourse for that matter.  So

8    social issues were part of the fabric -- are part of the

9    fabric of university writing classes, particularly now.

10   And even when you're teaching literature -- you may have

11   experienced this yourself in literature -- when you can

12   tie the metaphors of literature to something real world,

13   it helps.

14        Q.    I think that's a -- an interesting perspective.

15   I think your students were lucky to have you teaching

16   them to think that way.

17               What about other forms of political

18   activity or maybe something like activism, like

19   volunteering for a campaign, you know, going out into

20   public to advocate for an issue, things -- things like

21   that?  Have you ever engaged in anything like that over

22   the course of your life?

23        A.    Not that I can recall.  I have actually wanted

24   to in the last couple of years but, for health reasons,

25   was not able to.

1    Q.    Are there any particular political causes or

2  issues that are particularly important to you?

3    A.    I think my presence to this case speaks to one

4  of them, which is democratic in terms of all people

5  having access to the -- to vote, you know, as citizens.

6  But I -- I -- I believe that fundamental rights of every

7  human being of our society should be honored.

8    Q.    Any other particular political causes or issues

9  that you would say are important to you?

10   A.    I genuinely feel that groups that -- any group

11  that is discounted needs to be represented.  So I don't

12  really jump on particular issues most -- in most cases.

13  What I tend to do is try to look at where there's a need

14  and try to become more educated about it.

15   Q.    I appreciate the self reflection on that.  I

16  guess -- I'm looking at my notes here and seeing what I

17  have next.  I think it's time, maybe, to turn towards

18  some more concrete topics.  I've got a couple more

19  exhibits.  I think I'm still on track to get you out of

20  here under an hour.

21            I want to go back to your move from

22  San Antonio to -- to Houston.  You mentioned that you

23  made that move because your wife took a job with a law

24  firm.  Is that right?

25   A.    Yes, sir.

1    Q.   And you updated your address on your driver's

2  license?

3    A.   Yes.   In this case, we switched rolls.   My wife

4  was the one who registered us online.

5    Q.   And -- and when you did that, did she go

6  through the same process -- well, strike that.

7              After going through that process, did you

8  undertake to -- to register yourself to vote using the

9  process that was described on the online driver license

10  portal?

11    A.   I don't know what was described.   I didn't

12  register us.

13    Q.   Did your wife undertake to register you both to

14  vote using that process?

15    A.   I don't know what she filled out, to be honest.

16    Q.   So you understood how the process worked

17  generally, given your previous experience and your

18  involvement in this case, true?

19    A.   I had not gone --

20          MS. STEVENS:  Object to form.

21    A.   -- on the website --

22          THE WITNESS:  Sorry.  Go ahead.

23          MS. STEVENS:  I said:  "Object to form."

24  You can answer if you understood the question.

25          THE WITNESS:  I can answer if I understood

1  the question?  Is that what you said?

2      A.    What was the question?

3                MS. STEVENS:  Yes.

4                MR. HILTON:  Dana, could you please read

5  back my last question?

6                THE REPORTER:  Just a moment.

7                (The record was read as requested.)

8      A.    So I had not been on the website since my last

9  change of address.  So I am not sure what the process is

10 currently.

11     Q.    (BY MR. HILTON)  Were you aware of any changes

12 to the process?

13     A.    I wasn't trying to keep up with the changes,

14 no.

15     Q.    Do you know whether your wife took all the

16 actions necessary to register you both to vote?

17     A.    Well, she changed --

18                MS. STEVENS:  Object to form.

19     A.    She changed our address.

20                MS. STEVENS:  Sorry.

21     A.    That's -- that's what she did.  And we moved

22 counties.

23     Q.    (BY MR. HILTON)  Did you ever fill out a voter

24 registration application after moving counties?

25     A.    No.

Jarrod Stringer - 4/29/2020

30

1    Q.   I'm going to send you another file.  This is

2    going to be Exhibit 3.

3              It's quite a bit larger than the others;

4    so whenever you're able to download it and pull it up on

5    your computer, let me know.

6    A.   Okay.  It's up.

7              (Exhibit 3 marked)

8    Q.   (BY MR. HILTON)  Do you recognize Exhibit 3?

9    And you can take all the time you need to look at it and

10   review it in its entirety.

11   A.   I recognize what it is.  I couldn't say that I

12   recognize it because I've been on it.

13   Q.   What's your understanding of what it is?

14   A.   For some reason, it's really wide on mine and

15   it's harder to see.  Hold on.

16             The log-in page for the driver's license

17   website?

18   Q.   Have you ever been to this page?

19   A.   I would guess this is similar to the page I

20   logged onto in 2014.

21   Q.   Do you know if this is the page that your wife

22   went to when she changed y'all's driver license

23   addresses when you moved to Houston?

24   A.   I don't know what page she was on, but I do

25   know that we did get our licenses in the mail about, you

1  know, a month later or whatever.

2      Q.   Let's turn to page 5 of Exhibit 3.  Let me know

3  when you're there.

4      A.   Okay.  "Select Options."  Is that what's at the

5  top?

6      Q.   That's what's at the top.  And then on the

7  right-hand side, there's a little -- a list that says

8  "Steps to Complete" and highlighted as No. 5, "Select

9  Options."

10      A.   Okay.  I see that.

11      Q.   And do you see about halfway down the page, the

12  heading that says "Request of voter registration

13  application"?

14      A.   Yes.

15      Q.   And do you see that the option "yes" is checked

16  there?

17      A.   Yes.

18      Q.   And you see next to that where it says:  "This

19  does not register you to vote"?

20      A.   Yes.

21      Q.   Sitting here today, what does that mean to you?

22      A.   That I'm requesting a voter registration

23  application by clicking "yes."

24      Q.   Do you know your -- if your wife went -- saw

25  this page when she was changing your driver licenses?

1     A.   I don't -- I don't know what she saw.

2     Q.   Do you think your wife, if she -- she got to

3  this page and selected "yes," that she would think

4  that -- that y'all would be registered to vote by

5  selecting this option?

6     A.   Well, I would probably doubt it.

7     Q.   Let's go to the last page of Exhibit 3.

8     A.   Okay.

9     Q.   You can let me know when you're there.

10    A.   All right.  "Request for Voter Registration

11  Applications"?

12    Q.   Yes, sir.  And at the very bottom, it says:

13  "You may request a postage-paid application by filling

14  out this form so that a voter registration application

15  can be mailed to you."  Do you see that?

16    A.   No, I don't see that.  Is it on the left or

17  right or --

18    Q.   It's -- it's the very last line on the last

19  page of Exhibit 3.

20    A.   Oh, I -- okay, yeah.  It's cut off on mine.

21  Hold on.  It's the -- the -- for whatever reason, the

22  file is like twice as wide as my computer screen.

23    Q.   Understood.  It's -- it's hard for attorneys to

24  wrangle screenshots of web pages.

25    A.   Oh, it's --

Jarrod Stringer - 4/29/2020

33

1      Q.    I've not been able to do it so --

2      A.    It's okay.  It popped up on Internet Explorer;

3  so who knows what's really going on.

4            "You may request a postage-paid

5  application by filling out this form so that a voter

6  registration application can be mailed to you."  Yes, I

7  do see that.

8      Q.    Did you know that you could request a

9  postage-paid voter registration application to be mailed

10  to you?

11      A.    No.

12      Q.    Do you know if your wife did that when she was

13  updating your driver licenses online?

14      A.    I do not know.

15      Q.    Do you know if your wife ever navigated to this

16  page at the end of that driver license process?

17      A.    No, sir.

18      Q.    And you never requested a voter registration

19  application to be mailed to you?

20      A.    No, sir.

21      Q.    All right.  I'm going to send one more exhibit

22  through the chat function on Zoom.  This will be

23  Exhibit 4.  Let me know when you have that file in front

24  of you.

25      A.    Exhibit 24?

1    Q.   Yes, sir.  So it's Exhibit 4 for purposes of

2  this deposition.  The first page of it says "Exhibit 24"

3  because this was attached to a file that your attorneys

4  made.

5    A.   Okay.

6    Q.   And the content begins on the second page of

7  what is going to be Exhibit 4 for the purposes of the

8  deposition.

9    A.   Okay.  I'm on it.  I'm on the second page.

10              (Exhibit 4 marked)

11    Q.   (BY MR. HILTON)  Do you recognize this

12  document?

13    A.   Yes.

14    Q.   And what is it?

15    A.   Declaration of Jarrod Stringer.

16    Q.   And scrolling to the last page of this

17  document, is that your signature and date?

18    A.   Yes, sir.

19    Q.   So you signed this declaration?

20    A.   Yes, sir.

21    Q.   And it looks like this is a scanned version of

22  it or a picture of a physical document?  Is that -- is

23  that correct?

24    A.   Yes.  I scanned it.

25    Q.   And so did you print it first and then sign it

1  and then scan it?

2      A.   Yes, sir.

3      Q.   Okay.   I want to go to Paragraph 11 of your

4  declaration.

5      A.   Yes, sir.  I'm there.

6      Q.   Do you and your wife still plan to move

7  residences this year?

8      A.   Yes.

9      Q.   Have you given notice on your lease yet?

10     A.   60 days is required --

11     Q.   Or do you have to give notice?

12     A.   Yeah.  We have to give 60 days' notice which

13 would be June 24.

14     Q.   And you intend to do so?

15     A.   Yes.

16     Q.   Where would y'all move?

17     A.   We are currently looking at different townhomes

18 in certain neighborhoods closer to my wife's job

19 potentially.  We have been looking online, and I have

20 gone to a couple physically.

21     Q.   Are y'all intending to buy or to rent again?

22     A.   We were hoping to buy, but that probably is not

23 going to happen yet.  So unfortunately we're going to --

24 we're going to do one more lease and then -- and then

25 look at buying.

1    Q.   Yeah.  My wife and I are in a similar boat.  We

2    were hoping to buy something this year, and everything

3    is so uncertain now.  It's hard to say.

4    A.   Yeah.  We actually got a call from our Realtor

5    yesterday which is -- she was checking on us to see

6    where we're at in that.  So we had -- we had made

7    contact with her, I guess, this January and -- and with

8    the hope of buying in -- in August, but it -- it hasn't

9    moved as quickly and we had hoped.

10    Q.   Is there any chance that y'all will renew it,

11    your lease at your current place?

12    A.   No, sir.  Pardon -- pardon the laughter, but we

13    moved -- we had to move so fast from San Antonio.  We

14    had -- he wanted her to move the next day, her boss.  We

15    got here in two weeks.  I was still sick.  We had --

16    we -- we -- first time I've ever rented without looking

17    at the place; so it was crazy.

18    Q.   So -- and laughter is totally fine.  I guess

19    you're laughing because it sounds like maybe

20    this current place hasn't been all you hoped it would

21    be?

22    A.   Well, the -- the apartment itself is fine, but

23    the complex is in disrepair.  It's in a pretty sad

24    state.  I mean, there's not even any grass.

25    Q.   And in Paragraph 12 of Exhibit 4, which is your

1    declaration, you say:  "When I move to our new address,

2    I intend to use the DPS website to update my driver's

3    license address."  Is that still true?

4         A.   Yes, sir.

5         Q.   And are you going to do that process this time,

6    or is your wife going to do that process?

7         A.   I don't know.

8         Q.   Will you register yourself to vote at your new

9    address?

10             MS. STEVENS:  Objection, form.

11        A.   I will --

12             MS. STEVENS:  You can answer.  Sorry.

13        A.   Yes.  I will change my address online and

14   will -- hopefully that will be sufficient with the, you

15   know, with my driver's license.

16        Q.   (BY MR. HILTON)  Will you follow the process

17   that is described through the online driver license

18   website in order to make sure that you're registered to

19   vote?

20             MS. STEVENS:  Objection, form.  You can

21   answer.  Sorry.  Every time -- it's fine to answer

22   unless I tell you otherwise.

23        A.   I will do whatever I have to do to get

24   registered.

25        Q.   (BY MR. HILTON)  So let's go back to Exhibit 3

38

```
 1  if you can.
 2       A.    Sure.  I have a tab open.
 3       Q.    And I want to go to the second to last page.
 4       A.    All right.
 5       Q.    It's page 10, Exhibit 3.
 6       A.    Sure.
 7       Q.    Let me know when you're there.
 8       A.    It's "Driver's License, Renewal, Replacement"
 9  and all that?
10       Q.    Yep.  And do you see a part in the -- a part of
11  this page in -- in red, in a red box kind of near the
12  top?
13       A.    Yes.
14       Q.    Can you read that for me, please?
15       A.    "You are not registered to vote until you have
16  filled out the online application, printed it, and
17  mailed it to your local County Voter Registrar.  Click
18  here to:  Download a Voter Registration Application."
19       Q.    And so what is -- strike that.
20             Will you follow this instruction and go
21  through that process if that's the process when you
22  move?
23             MS. STEVENS:  Objection, form.
24       A.    I can't say for sure.
25       Q.    (BY MR. HILTON)  And recall that we looked at
```

1  the website from the Secretary of State.  It's the next

2  page of Exhibit 3 where it says that you can have a

3  postage-paid application mailed to you.  Would you use

4  that process to register yourself to vote?

5          MS. STEVENS:  Objection, form.

6  A.    Possibly.

7          THE WITNESS:  Sorry, Beth.

8  A.    Possibly.

9  Q.    (BY MR. HILTON)  All right.  Bear with me just

10  one second, Mr. Stringer.  I'm looking at my notes and

11  seeing if there's anything else I have for you.

12  A.    Yes, sir.

13  Q.    All right.  I appreciate your patience, but the

14  long pause means that I've looked at my notes and

15  determined there's not a whole lot left.  So that's good

16  news.

17          A couple of just final questions:  Have

18  you ever made any contributions to the Texas Civil

19  Rights Project?

20  A.    No.

21  Q.    Have you ever made contributions to any other

22  nonprofit organization?

23  A.    Sure.

24  Q.    Any that deal with voting rights or civil

25  rights?

1      A.   Yes.

2      Q.   And what are those organizations?

3      A.   ACLU.

4      Q.   Any others?

5      A.   We are -- we are on -- I do, like, recurring

6  monthly donations; but I can't remember all of the

7  organizations names, to be honest.

8      Q.   Have you ever posted anything on the Internet

9  or social media or anywhere else about this lawsuit?

10     A.   No.

11     Q.   Have you ever made any other statements to any

12 media or reporters about this lawsuit?

13     A.   No.

14     Q.   Any other written or recorded statements of any

15 kind about this case?

16     A.   No, sir.

17     Q.   All right.  Well, I'll probably think of

18 something as soon as we're done; but I think that's all

19 I have.  So I hope I've been -- I hope I've been

20 courteous and professional to you today?

21     A.   Absolutely.  I've enjoyed it.

22     Q.   All right.  I have as well.  It was a pleasure

23 chatting with you.

24     A.   Likewise.

25              MR. HILTON:  We'll reserve any other

1  questions and any remaining time, but I think that's all

2  I have for now.  So pass the witness.

3              MS. STEVENS:  Great.  We reserve our

4  questions; but just a note, Chris:  We'll want to

5  designate the portions about the questions about, like,

6  contributions to various things and the political

7  questions.  I know that we've got a process for that,

8  but I just wanted to note it for you now so it's not out

9  of the blue.  But other than that, I think we're good.

10             MR. HILTON:  Understood.  I think we can

11  go off the record.

12             THE REPORTER:  Before we go off the

13  record, you are having this transcribed, Mr. Hilton?

14             MR. HILTON:  Yes, please.

15             THE REPORTER:  And do you need a copy?

16             MS. STEVENS:  Actually, I don't need a

17  copy, but we do want to read and sign.

18             THE REPORTER:  Okay.  So we're off the

19  record at 11:01 a.m.

20             (Deposition concluded at 11:01 a.m.)

21

22

23

24

25

1                          CHANGES AND SIGNATURE

2    PAGE LINE   CHANGE                      REASON

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

I declare under penalty of perjury that the foregoing is true and correct.

_____

JARROD STRINGER

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, by the witness, JARROD STRINGER, on this the _____ day of _____, _____.

_____

NOTARY PUBLIC IN AND FOR

THE STATE OF _____

My Commission Expires: _____

44

```
 1   STATE OF TEXAS
     COUNTY OF MONTGOMERY
 2                  REPORTER'S CERTIFICATE

 3      I, Dana Richardson, a Certified Shorthand Reporter

 4   in and for the State of Texas, do certify that this

 5   deposition transcript is a true record of the testimony

 6   given by the witness named herein, after said witness

 7   was duly sworn by me.  The witness was requested to

 8   review the deposition.

 9      I further certify that I am neither attorney or

10   counsel for, related to, nor employed by any parties to

11   the action in which this testimony is taken and,

12   further, that I am not a relative or employee of any

13   counsel employed by the parties hereto or financially

14   interested in the action.

15      I further certify that the amount of time used by
     each party at the deposition is as follows:
16
             Mr. Christopher D. Hilton - 00:57
17
        SUBSCRIBED AND SWORN TO under my hand and seal of
18   office on this the 1st day of May, 2020.

19

20   _____

21             Dana Richardson, RPR, TX CSR 5386
               Expiration:  01/31/22
22             Integrity Legal Support Solutions
               Firm Registration No. 528
23             PO Box 245
               Manchaca, Texas 78652
24             (512) 320-8690
               (512) 320-8692 (fax)
25
```