UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

---oOo---


JARROD STRINGER, et al.,         )
                                 )
          Plaintiffs,            )
                                 )
vs.                              )   No. SA-20-CV-46-OG
                                 )
RUTH R. HUGHES, et al.,          )
                                 )
          Defendants.            )
                                 )
_____  )




Remote Videotaped Oral Deposition of

GRACE CHIMENE

30(b)(6)

Tuesday, April 21, 2020




Reported by:
KIMBERLEE SCHROEDER, CSR, RPR, CCRR
TX CSR 10925 - CA CSR 11414

League of Women Voters of Texas - 4/21/2020

```
 1                    APPEARANCES

 2         (All Appearances Via Remote Videoconference)

 3   For the Plaintiffs:

 4      TEXAS CIVIL RIGHTS PROJECT
        By:  MIMI MARZIANI
 5           RYAN COX
             HANI MIRZA
 6           JOAQUIN GONZALEZ
             Attorneys at Law
 7      1405 Montopolis Drive
        Austin, Texas 78741
 8      Ph:  512-474-5073
        E-mail:  mimi@texascivilrightsproject.org
 9               ryan@texascivilrightsproject.org
                 hani@texascivilrightsproject.org
10               joaquin@texascivilrightsproject.org

11

     For the Plaintiff-Intervenor:
12
         PERKINS COIE, LLP
13       By:  ARIA C. BRANCH
              Attorney at Law
14       700 13th Street, NW, Suite 800
         Washington, D.C. 20005
15       Ph:  202-654-6200
         E-mail:  abranch@perkinscoie.com

16

17   For the Defendants:

18      OFFICE OF THE ATTORNEY GENERAL OF TEXAS
        By:  CHRISTOPHER D. HILTON
19           ANNE MARIE MACKIN
             Assistant Attorneys General
20      General Litigation Division
        P.O. Box 12548, Capitol Station
21      Austin, Texas 78711
        Ph:  512-463-2798
22      E-mail:  christopher.hilton@oag.texas.gov
                 anna.mackin@oag.texas.gov

23

24   Also Present:

25      BRIAN CHRISTOPHER, Videographer
```

3

1                    I N D E X

2    DEPOSITION OF GRACE CHIMENE

3    EXAMINATION                                    PAGE

4    By Mr. Hilton                                    6
                       ---oOo---
5
                        EXHIBITS
6
     DEFENSE                                        PAGE
7
     Exhibit 1   "Declaration of Phyllis Finnemore,"    17
8                Bates No. APPENDIX 187 through
                 APPENDIX 193
9
     Exhibit 2   "Declaration of Sharon E. Walther,"    18
10               Bates No. APPENDIX 194 to
                 APPENDIX 198
11
     Exhibit 3   "Declaration of Grace Chimene,"      18
12               Bates No. APPENDIX 171 through
                 APPENDIX 176
13
     Exhibit 4   "Supplemental Declaration of Grace   19
14               Chimene"

15   Exhibit 5   "Defendants' Notice of Oral          19
                 Deposition Pursuant to Federal Rule
16               Civil Procedure 30"

17   Exhibit 6   "Plaintiffs' Original Complaint,     21
                 Nature of the Action"
18
     Exhibit 7   "League of Women Voters of Texas,"   26
19               Bates No. LWV-000001 through
                 LWV-000327
20
     Exhibit 8   "Ready to Vote, Hays County Election 171
21               2019," Bates Nos. LWV-000330 through
                 LWV-000344
22
                       ---oOo---
23

24

25

4

1          BE IT REMEMBERED that on Tuesday,

2  April 21, 2020, commencing at the hour of 10:21 a.m.,

3  via remote videoconferencing, before me,

4  KIMBERLEE SCHROEDER, a Certified Shorthand Reporter in

5  and for the State of Texas and the State of California,

6  duly authorized to administer oaths pursuant to Section

7  30(c) of the Federal Rules of Civil Procedure and the

8  Texas Rules of Civil Procedure, personally appeared

9                    GRACE CHIMENE,

10  called as a witness herein by the Defendants, who,

11  having been duly sworn, was thereupon examined as

12  hereinafter set forth.

13

14

15

16

17

18

19

20

21

22

23

24

25

1                  P R O C E E D I N G S

2    Tuesday, April 21, 2020                    10:21 a.m.

3                      ---oOo---

4            THE REPORTER:  We are on the record.

5            This is the deposition of League of Women

6    Voters of Texas in the matter of Jarrod Stringer, et al.

7    v. Ruth R. Hughes, et al.  We are appearing remotely via

8    Zoom due to the coronavirus Pandemic.  We are on the

9    record at 10:21 a.m.

10           My name is Kim Schroeder and my business

11   address is with Integrity Legal Support Solutions,

12   P.O. Box 245 Manchaca, Texas 78652.

13           Would all persons present please introduce

14   themselves for the record?

15           MR. HILTON:  Chris Hilton for the defendants.

16           MS. MARZIANI:  Mimi Marziani for the

17   plaintiffs.

18           MR. MIRZA:  Hani Mirza on behalf of the

19   plaintiffs.

20           MS. BRANCH:  This is Aria Branch on behalf of

21   the plaintiff-intervenors.

22           MR. GONZALEZ:  And Joaquin Gonzalez on behalf

23   of plaintiffs.

24                     GRACE CHIMENE,

25   after being first duly sworn by the Certified Shorthand

League of Women Voters of Texas - 4/21/2020

6

1  Reporter, was examined and testified as follows:

2                      EXAMINATION

3  BY MR. HILTON:

4       **Q.   Can you please state and spell your name for**

5  **the record as well, please?**

6       A.   Grace Chimene, C-h-i-m-e-n-e.

7       **Q.   Great.   Thank you so much.   I appreciate you**

8  **taking the time to do this.   I appreciate your patience**

9  **under these circumstances like we were chatting about.**

10          **I want to start by kind of asking you are who**

11  **you and what's your role with the League of Women**

12  **Voters.**

13       A.   I am Grace Chimene, and I am the president of

14  the League of Women Voters of Texas.

15       **Q.   And how long have you been involved with the**

16  **League of Women Voters of Texas?**

17       A.   I joined the League in 2012 and got on the

18  board I think in '12 -- probably 2014.   Yes, 2014, I

19  think I got on the board.

20       **Q.   And when did you become president?**

21       A.   Two years ago in June.

22       **Q.   What made you want to join the League?**

23       A.   I wish things wouldn't pop up.

24          I joined the League.   My mother was a member

25  of the League.   In 2012, I was working on a campaign,

1    and something occurred that made me want to join an

2    organization that was nonpartisan instead of partisan,

3    so I joined a nonpartisan organization that believed in

4    educating voters and encouraging all voters to

5    participate in voting.  And it was very-fact based, and

6    I really enjoyed it.  That's why I joined the League.

7    But my mother was a member of the League, too, along

8    with --

9         **Q.   What campaign were you working on and what**

10   **happened that made you want to switch over to the League**

11   **as opposed to whatever you were doing before?**

12        A.   I was working on a campaign for the -- my

13   state representative.  I hadn't done a lot of

14   campaigning, but my state representative at that time to

15   the state legislature.  He wasn't continuing on, and so

16   he had told me I should go ahead, and he introduced me

17   to this new person who was running.  And so his name was

18   Chris Branson.  And I helped him with his campaign,

19   mostly by helping him with his calendar, doing some

20   technology for stuff for him.  So that's what I did for

21   him.

22             And so what happened is I was going through

23   the neighborhood.  I think this was the -- Obama was

24   running for president, and I was going through the

25   neighborhood, and one of the neighbors hung a chair from

1  his oak tree in the front yard, and it represented

2  President Obama.  So it was showing that he was lynching

3  President Obama.

4          I took offense to it.  My husband took a

5  picture.  I put it on Facebook.  Somebody put it in the

6  newspaper.  It went viral all over the world and created

7  a huge stir where people were going up and down the

8  neighborhood with Civil War flags, or those Confederate

9  flags, and it was a very -- it lasted for about a week,

10  and it was a very scary time.

11          And -- and I decided that I wanted to join the

12  League of Women Voters because I wanted to be in a

13  nonpartisan organization that believed in civil

14  discussion and worked toward all people getting to vote.

15          So there you go.  It was an NPR story.

16  Actually, it turned out that they did that a couple, I

17  think six months ago or something.  But yes, there you

18  go.  See, I said it, and I didn't even cry.

19      Q.  I appreciate you sharing that story.  And I

20  certainly didn't know what I was asking, so I'm sorry to

21  make you tell that painful experience again.  I do

22  appreciate you sharing it.

23          So hopefully switching to something that's a

24  little more pleasant to talk about, I'd just kind of

25  like to know more about your current work with the

1  **League and your role as the president, what does that**

2  **entail, that sort of thing.  So what does being**

3  **president of the League of Women Voters in Texas entail?**

4       A.   So the president of League of the Women Voters

5  of Texas, there is a state or local leagues, and there's

6  a state league and there's a national league.  And we're

7  all one organization, but I am the president of the

8  Texas league, which means I am over the Texas board.

9       I run the meetings.  If there is something

10  that comes up and I need to -- I would be the one who

11  speaks for the League.  I review all of the stuff that

12  goes out, like you know, if we write something to

13  somebody like Secretary of State's office, I review what

14  goes out.

15       I look over all the advocacy we do.  It's a

16  grassroots organization.  The local members are really

17  in charge of everything.  What I'm doing is guiding and

18  speaking for the League at the state level.  We also put

19  together a statewide Voters Guide.

20       And so the local leagues would take care of

21  all the candidates for the Voters Guide in county

22  elections and city elections, municipal elections, all

23  of those.  And the state league would do the Voters

24  Guide and ask the questions and get the candidates --

25  try to get the candidates to respond.  And we create the

1  statewide Voters Guide for all the statewide candidates,

2  along with some of the non-statewides that cover huge

3  regions, like the State Board of Education, the Railroad

4  Commissioners and stuff like that.

5         Is that -- that's -- I'm trying to think.  So

6  there's -- then I run all of the -- I oversee all of the

7  voter education we do, the guides, the Voters Guides,

8  all the social media, videos, education.  I run the

9  convention.

10         It's huge.  It's a huge job.  But I can think

11  of more if you want me to say more.  So...

12     Q.  I was going to say is that it, or --

13     A.  And it's an all-volunteer organization.  We

14  have just one-and-three-quarters employees at the state

15  level.  And so I am a volunteer.  All of the board

16  members are volunteers.  Almost everybody in the league

17  locally and statewide are all volunteers.

18         Some leagues have enough money to pay somebody

19  part-time to do some things.  We have enough money to

20  pay one-and-a-half, one-and-three-quarters persons to do

21  something.  We just used to have one employee, and now

22  we have one-and-three-quarters.

23     Q.  By "one-and-three-quarters," you mean someone

24  works half time or 30 hours a week or whatever?

25     A.  Yes, yes.  Yeah.  We have Aileen McMurrer is

League of Women Voters of Texas - 4/21/2020

1  like an administrative executive type person, and she

2  does -- she does the Constant Contact and stuff like

3  that, putting out the newsletters.

4          There is an office downtown.  Then Karen Kelly

5  is the three-quarters person, and she does the like

6  membership because we have a lot of members who join at

7  the state league level because of the way our

8  organization works.

9          Do you want me to go into that?

10     **Q.   I think that's -- I think that's fine for now.**

11  **I'm just trying to get an overview to kind of orient**

12  **myself.  I think some of this will come up when we're**

13  **going through the documents, but I appreciate that.**

14     A.   Thank you.

15         MR. HILTON:  And then a quick question for

16  Brian.  I'm getting some feedback on my end.

17         Is anyone else hearing that?  Do we have any

18  idea what the source is?

19         (Discussion off the record.)

20         MR. HILTON:  Q.  All right.  Sorry.  Hopefully

21  that's the last technical issue we encounter.

22         So I guess I want to know a little bit more

23  about you personally, about what education you've had,

24  what career you've had before you joined the League, or

25  if you do other work outside of being president of the

1   League of Women Voters of Texas.  Although it does sound

2   like pretty much a full-time job.

3           But maybe you can start just with your

4   education.  Explain what education you've had and maybe

5   go into giving me an overview of what career you've had

6   over the course of your life, if any.

7       A.   Okay.  I was a registered nurse for two years,

8   and then I went back to school, and I became a pediatric

9   nurse practitioner.  So I got my masters in nursing and

10  was a registered nurse and pediatric nurse practitioner

11  for about more than 30 years.

12          And then I was working part-time when I was in

13  charge of advocacy and then when I became president, I

14  went to -- I just retired.  So I just actually retired

15  my license.  Now I am a retired nurse, whereas my career

16  was as a pediatric nurse practitioner, which is

17  interesting, isn't it, since this is so different than

18  that.

19      **Q.   Yeah, it is.**

20          **So how did that experience kind of lead to you**

21  **joining the League, or was it related?  What led you to**

22  **this point in your life since your career wasn't really**

23  **related?**

24      A.   Because as a pediatric nurse practitioner, I

25  often dealt with people who did not have insurance or

League of Women Voters of Texas - 4/21/2020

13

1    people who had insurance that had -- maybe they had

2    Medicaid, and at some points they were only allowed to

3    have three medications per month, and it turned out that

4    they needed four, and the last one was really expensive.

5          And so I understood that policy was really

6    important, and that something was going on with policy

7    that was making it so that, one, at first I couldn't

8    write prescriptions, and two, my patients weren't

9    getting the care they needed to get through the system

10   that we had.

11         So I understood that policy was important.  So

12   that helped me what I started off as a -- in the League

13   because I became -- I said, "Well, I'm a pediatric nurse

14   practitioner," so they let me look at the issue of child

15   health.

16         And so in the League, we have different

17   positions, and I support -- I supported the positions of

18   child health at that time before I got on the board.

19   And I also would go to the Capitol and read the

20   testimony that other volunteer issue chairs through the

21   League would write.  So that led me onto the board.

22         Apparently they liked my reading ability.

23   Q.   **That will take you far.**

24   A.   There you go.

25   Q.   **At least it has for me.**

League of Women Voters of Texas - 4/21/2020

14

1          So did you -- so I understand that the League

2   is nonpartisan, or that's what you said earlier.

3          Did you, before joining the League, you

4   mentioned you did some partisan political work.  Can you

5   give me an idea of the extent to which you volunteered

6   on campaigns and you were involved with campaigns over

7   the course of your life?

8       A.   I think the only time I did it was when my

9   state representative was retiring, and a new person

10  whose name was Chris Branson, who actually lost the

11  election, and he and his wife joined the League.

12  Everybody on that campaign joined the League because we

13  all understood how important voting in elections is.

14          And so being a -- so, yes, we do work on --

15  people don't come to the league without having an

16  interest in politics.  And so that sort of develops my

17  interest along with that thing that happened, and that's

18  why I joined the League.

19          So I don't know -- I can't remember what the

20  actual question was by the time I started talking.

21      Q.   That -- that answered it.  Whatever it was, it

22  answered it so I appreciate it.

23          So the background about you personally is very

24  helpful.  But of course today you're here to testify on

25  behalf of the League of Women Voters of Texas.  It's

1    called a 30(b)(6) deposition, which means, you know,

2    obviously I'm asking about you personally, but when we

3    start talking about other topics, I'm really asking

4    about the League.  Did you understand that?

5         A.   Yes, okay.  Thank you.

6         Q.   And so as part of that, you had an obligation

7    to prepare for this deposition.  So what did you do to

8    prepare for the deposition today?

9         A.   I met with the lawyers I think on -- last

10   week.  I don't want to be more specific because I can't

11   remember which day.  And then I talked to them again

12   this morning.  And I read through -- I helped gather the

13   material that was requested from our Google folders and

14   from our website.  And I provided those to the lawyers.

15        And then the -- then I read through the

16   300-and-something-50 page document last night.  And just

17   reviewed some of them just so that it would be more

18   fresh and nothing would be new.  But I didn't spend

19   hours and hours.  I just read through them and looked

20   over them to see which ones were there.

21        Q.   And that document you're referring to, that's

22   the Bates numbered documents that we talked about before

23   we went on the record that we're going to talk about in

24   a little bit here?

25        A.   I believe so.

1    Q.   Did you review any other documents other than

2  those to prepare for this deposition?

3    A.   I looked through the -- I believe there were

4  two league members who provided some kind of testimony

5  or a document.  And so I read through what they

6  provided.  I read the document that said -- I'm sorry, I

7  don't know the names of them, the document that said

8  what I had signed saying what the League believed.  I

9  read through that one.

10         So I think that's it.  I think it was the

11  documents I turned in, the two documents from the League

12  members who turned in something, and the beginning thing

13  that I signed.  Okay.  I'm sorry, I don't know the words

14  for them.

15    Q.   No, no, that's all right.  I'm pretty sure I

16  know exactly what those are, and I'm going to try and do

17  a screen share here just so we can be clear what they

18  are and attach them as exhibits to the deposition.

19    A.   I'm going to lower my -- the sun is shining in

20  my eyes too much.  I've got to lower my shade.

21    Q.   Of course.  Of course.

22    A.   Just a second.  Thank you.  Much better.

23    Q.   All right.  I'm sharing on the screen a

24  document that was Exhibit 27 to plaintiffs' motion for

25  preliminary injunction in this case.  On page 2 of this

1  document, of this Exhibit 27, there's a page titled

2  "Declaration of Phyllis Finnemore."

3       A.   Yes.

4       Q.   That is a six-page declaration with a

5  signature from Phyllis Finnemore, at least it looks like

6  it at the end.

7            Is that one of the documents you are referring

8  to, Ms. Chimene?

9       A.   Yes.

10            MR. HILTON:  We'll attach this as Exhibit 1 to

11  this deposition.

12            (Defense Exhibit No. 1 was marked for

13            identification.)

14            MR. HILTON:  Q.  I'm sharing another document

15  on this screen.  This is Exhibit 28 to plaintiffs'

16  motion for preliminary injunction.  On the second page

17  of this document, it has a title that says, "Declaration

18  of Sharon E. Walther."  That's a four-page declaration,

19  again, with a signature on the last page.

20            Is that one of the documents you are talking

21  about?

22       A.   I did read through that, too.

23            MR. HILTON:  Okay.  And we'll attach this as

24  Exhibit 2 to the deposition.

25  /////

League of Women Voters of Texas - 4/21/2020

18

```
 1                    (Defense Exhibit No. 2 was marked for

 2                    identification.)

 3                    MR. HILTON:  Q.  All right.  I'm now sharing

 4    Exhibit 23 to plaintiffs' motion for preliminary

 5    injunction.  On the second page of that document, it has

 6    a title that says, "Declaration of Grace Chimene."

 7                    Am I saying that properly, "Chimene"?

 8         A.    Yes.  Perfect.  Excellent.

 9         Q.    And that is a five-page declaration.

10               I'm now sharing page 5 on the screen.  Is that

11    your signature?

12         A.    Yes.

13         Q.    Is this one of the documents that you are

14    referring to that you reviewed in preparation for the

15    deposition?

16         A.    Yes.

17                    (Defense Exhibit No. 3 was marked for

18                    identification.)

19                    MR. HILTON:  Q.  I'm showing one more document

20    on the screen.  This was Exhibit 9 to plaintiffs' reply

21    in support of their motion for preliminary injunction.

22    The title is "Supplemental Declaration of Grace

23    Chimene."  It's a two-page declaration.

24               I'm showing page 2.  Is that your signature,

25    Ms. Chimene?
```

1      A.   Yes.

2      Q.   It also has two pages attached to it which

3  were produced and our Bates numbers.  We'll talk about

4  those later.  But this supplemental declaration, did you

5  review that in preparation for your deposition today?

6      A.   No.

7      Q.   Okay.  That's all right.  I might have

8  questions about it for you later, but I'll put it back

9  up on the screen.

10     A.   Okay.  Sorry, go ahead.

11          (Defense Exhibit No. 4 was marked for

12          identification.)

13          MR. HILTON:  Q.  Sorry.  Thanks for bearing

14  with me.  I'm trying to manage my pdfs so I can share

15  the right ones.

16          (Defense Exhibit No. 5 was marked for

17          identification.)

18          MR. HILTON:  Q.  I'm now showing on the

19  screen, I think we're up to Exhibit 5 for this

20  deposition.  It is a six-page document.  It's titled

21  "Defendants' Notice of Oral Deposition Pursuant to

22  Federal Rule Civil Procedure 30," and it's issued to

23  plaintiff League of Women Voters of Texas.

24          Do you see that on the screen, Ms. Chimene?

25     A.   Yes.

1    Q.  There have been several versions of this

2  document that have gone back and forth between us and

3  your lawyers.  Have you seen at least a version of this

4  notice?

5    A.  I believe so.  But I didn't review it last

6  night.

7    Q.  Understood.  This version of notice is dated

8  yesterday, April 20th, 2020.  Do you know if you

9  reviewed the version of the notice that we sent over

10  yesterday?

11        If you don't know or remember what version it

12  is, it's fine.

13    A.  Yeah, I don't know.

14    Q.  Okay.  I'm on page 5 of this exhibit.  Title

15  of page 5 is "30(b)(6) Corporate Representative

16  Deposition Topics."

17    A.  Okay.

18    Q.  Does that list look familiar to you?

19    A.  Yes, it does.

20    Q.  Is this the list you reviewed to prepare for

21  the deposition today?

22    A.  This is the list that I used to gather the

23  information that I could find to provide to you.

24    Q.  Are you prepared to testify about all of these

25  topics today?

1    A.    Yes.

2    Q.    Then the last page of this exhibit, it's

3  page 6, heading is Attachment B, and it has five

4  numbered requests that are document requests.

5          Have you seen this before?

6    A.    Let me look for just a second.

7    Q.    Of course.  If you need me to Zoom in or

8  manipulate the document in any way, let me know.  I'm

9  happy to do that.  And you can take all the time you

10  need to review all this stuff.

11    A.    (Reviewing document.)  Yeah.  I -- yeah.  So

12  what was the question?

13    Q.    Have you seen this before?

14    A.    It looks familiar.

15    Q.    Okay.  Did League of Women Voters of Texas

16  produce all documents that were responsive to these

17  requests?

18    A.    Yes, we did.

19          MR. HILTON:  Okay.  Great.  All right.  I have

20  one more I want to go ahead and attach as an exhibit to

21  the deposition now before I forget.  I think we're up to

22  Exhibit 6.

23          (Defense Exhibit No. 6 was marked for

24          identification.)

25          MR. HILTON:  Q.  I have on the screen a

League of Women Voters of Texas - 4/21/2020

1   23-page document.  On the first page, it's titled

2   Plaintiffs' Original Complaint.

3           Have you seen this document before?

4       A.   Probably.

5       Q.   I believe this is one -- I believe you have a

6   copy of this document in front of you, either

7   electronically or in paper.  I believe counsel provided

8   that to you before the deposition started.

9           Do you have that?

10      A.   Yes.

11      Q.   Okay.  So you can refer to that copy.

12           Mimi, you gave her the file-stamped copy that

13  is identical to this file-stamped copy?

14           MS. MARZIANI:  Yes.

15           MR. HILTON:  Yes, perfect.

16      Q.   You can refer to that copy whenever I'm

17  talking about the complaint.  I'm sure it will be easier

18  for you to do that than for me to share it on the

19  screen.  But if you would like me to share it on the

20  screen, I'm happy to do that.  Whatever is easier.

21      A.   I just need to make the Zoom smaller and so I

22  can open up the document.  Is that okay with you?

23      Q.   Of course.  Whatever you need to do on your

24  own, absolutely.

25      A.   All right.  I'm making the Zoom smaller.  Then

1  what is the name of this document?  Mimi, would you --

2          MS. MARZIANI:  I sent it to you in the second

3  e-mail this morning, and it should be titled

4  "Complaint."

5          THE WITNESS:  The second e-mail?

6          MS. MARZIANI:  Yeah.  It says, "No. 1,

7  Original Complaint."

8          THE WITNESS:  Ah-ha.  Thank you.  That's

9  really helpful.  Okay, so you want me to have that up.

10  Okay, thank you.  I got it.  Let me make sure it's the

11  same thing.  Yes.  Chris, I have it up on my screen.

12          MR. HILTON:  Q.  Okay.  Fantastic.

13          Have you seen that document before today?

14      A.  Yes.

15      **Q.  Did you review it before it was filed?**

16      A.  Yes.

17      **Q.  And you're aware that League of Women Voters**

18  **of Texas is a plaintiff in this case, and there's a**

19  **number of allegations related in this complaint related**

20  **to the league?**

21      A.  Yes.

22      **Q.  Are you prepared to testify about those**

23  **allegations today?**

24      A.  Yes.

25      **Q.  Okay.  Great.  I'll go ahead and stop the**

League of Women Voters of Texas - 4/21/2020

1  screen share so you don't have to watch my scrolling

2  back and forth.  All right.  I'm going to ask you some

3  questions about that in a little bit.  I'm going to

4  leave that to the side now.

5          I guess I'll ask you this:  How much time did

6  you spend reviewing this complaint before it was filed?

7      A.   Oh, I discussed it with the lawyers, and I

8  read it, and I reviewed it.  How much time?  Probably a

9  couple of hours.

10     Q.   That's fine.

11          How much time did you spend -- I think you

12 said you met with your lawyers on two occasions before

13 this deposition.  How much time did you spend talking

14 about the deposition with them?

15          MS. MARZIANI:  I'm going to object to any

16 response that would be privileged.

17          Grace, you can answer as to the time, but not

18 to the content of any conversations.

19          MR. HILTON:  Thank you for reminding me.  I

20 should have clarified that.

21     Q.   I'm not asking for any content of any

22 communications between you and your attorneys.  I just

23 wanted to know how much time you spent meeting with them

24 in preparation for this deposition.

25     A.   So last week, I spent probably an hour and a

1  half, two hours, I think, meeting with them via a Zoom

2  call.  I would have to look at my calendar to find out

3  exactly what time and whatnot.

4      **Q.  That's fine.  I think you said you met with**

5  **them yesterday or this morning as well?**

6      A.  This morning.  I talked to them for about

7  45 minutes.

8      **Q.  Okay.  That's all helpful.  I appreciate that.**

9          **Now, I would like to turn over to the Bates**

10 **stamped documents that were produced.  I want to start**

11 **with the file that contains Bates Nos. 1 through 327.**

12     A.  Okay.

13         MR. HILTON:  I'm going to make this the next

14 exhibit to the deposition, Exhibit 7.  I haven't been

15 able to send that file to the Court Reporter yet.  But I

16 think we all have a copy of the same exact file, and

17 we'll be referring to it by Bates numbers.

18         THE WITNESS:  Mimi, would you tell me which

19 one it is, what name it is?

20         MS. MARZIANI:  Sure.  This is the first e-mail

21 I sent you this morning.  And it's called, "Stringer 2,

22 League of Women Voters of Texas depo production, 1

23 through 327."  It's a long pdf document.

24         THE WITNESS:  Okay.  I got it.

25         MR. HILTON:  Great.  And that's what will be

1    the next exhibit.  I think we're on Exhibit 7 to the

2    deposition.  It's League of Women Voters of Texas

3    LWV-000001 through LWV-000327.  That's this exhibit.

4        A.   Yes.

5             (Defense Exhibit No. 7 was marked for

6             identification.)

7             MR. HILTON:  Q.  All right.  So just to give

8    you an idea of kind of where we're going, everything up

9    to this point was just kind of some background

10   introductory stuff that I needed.  Next, I'm going to

11   ask you to walk me through these documents, and I'll ask

12   you specific questions about each of them.

13           Then we're going to go back to those topics,

14   and I'm going to ask you some questions about the

15   topics.  We'll talk a little bit more about the

16   documents and maybe some of those other exhibits, and

17   then that should be about it for the day.  I may have

18   some cleanup questions at the end.  So just to give you

19   an idea of where we're going.

20       A.   M-hm.

21       **Q.   So let's start with Bates No. 1, LWV-000001.**

22   **It's titled "2018 Impact Report."  Can you tell me what**

23   **this document is, what it shows, and just kind of walk**

24   **me through it?**

25       A.   This is a 2018 annual report.  So every year,

1  we try to make a report of all the things that we

2  accomplished and what was notable in that year.  We put

3  it out I think around Christmastime.  We have it

4  accessible to anybody on the LWVTexas.org website.

5       And sometimes we print some and provide it to

6  people to explain what it is we do, and sometimes we

7  provide it to people trying to get them to make the

8  donations.

9       Q.  What's explained in this report?

10      A.  Okay.  Okay.  This is a 2018 Impact Report.

11  So what was great is that it was showing that the --

12  this "Bigger, Better, Bolder!" section is showing that

13  we have new leagues developing, and we're getting new

14  members.  The Montgomery, Fort Bend, Lavaca and Bell

15  County in that particular year.  So that was exciting

16  news.

17      All the -- all the leagues in Texas, local

18  leagues in Texas are listed on the right-hand side.  So

19  those are different leagues.  And there's two types of

20  different of leagues.  One is a league which is sort of

21  an independent league, and they have their own bylaws.

22  The other one is a unit of the Texas league, which means

23  they use our bylaws and our policies and procedures.

24      I'm just giving you some background

25  information.  So there's two different types of leagues.

1     Q.    That kind of background information is

2  helpful.   I really appreciate that.

3     A.    Right.   And so most of the time the

4  leagues-at-large, which are the units of the Texas

5  league are either new and they're just getting their

6  feet wet and getting started.   And so we provide them

7  all the background and structure in membership and all

8  that stuff.   Or they are small, and they're providing a

9  service to their community, but they have -- they don't

10  have enough members to do all the work it takes to be an

11  independent league.

12          There's not any rule about how large you have

13  to be to become an independent league.   It all depends

14  on how much work your volunteers want to do.   So let's

15  see.   So this year is interesting because it was talking

16  about the legislative session; right?   I think.

17     Q.    And just to -- one question about that.

18          Are legislative session years busier for ya'll

19  like they are seemingly for everyone in the state, or is

20  your activity not really affected by legislative

21  session?

22     A.    Really hard.   Thankfully, whenever --

23  thankfully, in Texas, it only lasts for five months

24  unless they have a special session.   But yes, it is --

25  we are very active supporting our positions.   All the

1   positions come from studies that the League have done

2   over the years, and we come up with position statements.

3          Those are created by the membership at the

4   grassroots level.  And then at the state level in the

5   legislature, we support those positions.  So this right

6   here is talking about advocacy.  And Cinde Weatherby did

7   voting rights and election law.  Stephanie Swanson did

8   redistricting.  Gloria did immigration.  Celia Kaye is

9   wonderful.  She took over child health from me.

10  Woo-hoo!  And so she was doing that.

11         And then we have all volunteers.  So these

12  people, there's more of them, and they write the

13  testimony, and they provide it at the legislature, and

14  then they -- we have volunteers who read the testimony.

15  And we try to -- we try to be factual and data-driven

16  and provide information that legislators would need to

17  make good decisions.

18         This page, that picture there is a picture of

19  the Fort Bend League, which is a league-at-large, and

20  they are a new league-at-large.  And they are meeting

21  the needs of their incredibly diverse community there in

22  Fort Bend, which is I believe the fastest growing or the

23  most diverse, or something like that, town.

24      **Q.   I think it's both actually, yeah.**

25      A.   Yeah.  And they're just an amazing group of

1  people.  And so I love that picture just because it

2  shows -- it's a typical example of what it looks like

3  where people are registering people to vote.  I don't

4  know exactly where it's at, but it looks like it's

5  either at a high school or a college.

6          So then we tried to figure out -- sorry, you

7  asked me to go through it, so I --

8      **Q.  No.  This is great.  This is exactly what I'm**

9  **hoping for.  I think this is the most efficient way to**

10 **go through these.  And if it's all right, I'll ask you**

11 **specific questions like I've been doing.  This is**

12 **working great for me as long as it's working for**

13 **everybody else and you.**

14     A.  All right.  Apparently that year there was a

15 record-breaking number of registered voters in Texas.  I

16 feel like a lot of that is in the communities we serve

17 is what we're doing.  We're in high schools, community

18 colleges and many, many community events, and we

19 registered thousands and thousands of voters.

20         And we're not just in large communities, but

21 small communities, and each community is different

22 according to the, you know, rural versus urban.  It's

23 just different.  Everybody is different, has different

24 ways of serving their communities.

25         VOTE411 is an online version of the Voters

1  Guide. And every year, more and more people are using

2  it. More and more voters are using it. So this is a

3  map that shows where people are using it, which I think

4  is fascinating because we're reaching more than just the

5  places we have the leagues, but outside all across

6  Texas, too.

7           So apparently during that election, which was

8  November 2018 election, 800,000 voters read the Voters

9  Guide. And that's the pdf of the Voters Guide, the

10  Voters Guide in libraries across Texas and the Voters

11  Guide created on online, that VOTE411. So anyway.

12          We send the Voters Guide out to libraries

13  across Texas. That's a quote. These are some young,

14  young people. They were our interns. We do -- we have

15  a high school voter registration education that we do

16  called BeATexasVoter.org, which is a civics curriculum

17  that we have. We work with principals across Texas.

18          We are very -- what's it called? -- respected

19  as a nonpartisan organization so that schools feel very

20  comfortable having us be in their schools providing high

21  school voter registration in high schools and colleges.

22  People know that we're never going to be partisan. We

23  just don't do that. "Better technology," this is just

24  showing the number of people who follow us on Facebook

25  Twitter, texting, YouTube.

1      Q.   Looks like we talked about pages 1 and 2 -- or

2   Bates Nos. 1 and 2, and we're on 3.

3           Please continue.

4      A.   We are a part of the Texas Election Protection

5   Coalition, which has a variety of folks, including the

6   Texas Civil Rights Project, the ACLU, I don't know,

7   different groups.  And others in our -- this is League

8   of Women Voters Hays County.

9           This is in San Marcos, that picture of the

10  students is at San Marcos.  There were very long lines.

11  And the League members in Hays County noticed it, and we

12  took action and tried to get it so that voters -- those

13  student voters wouldn't be disenfranchised and would be

14  able to actually cast their ballot.

15          We also -- so we had volunteers with the

16  Election Protection across Texas, many of our League

17  members did that.

18          This is the money financial report.

19     Q.   That's on Bates No. 4?

20     A.   Yeah, okay.  You keep up with that.

21          And so there's LWVTX and LWV Texas Education

22  Fund.  These are the combined income and combined

23  expenditures.  So you can see that citizen education is

24  one of the highest expenditures here.

25          And what is interesting is that -- I think

League of Women Voters of Texas - 4/21/2020

33

1  it's fascinating -- is that we're able to do all of this

2  with such a little amount of money because we are a

3  grassroots, all-volunteer organization.  So that's one

4  of the reasons why I think people would be as astounded

5  about how well we use our money.

6          Income, just shows most of the money comes

7  from individual donations, and then some of the money

8  comes up because when people join the League, they

9  join -- some of the money that comes in when they join

10  at the local level goes to the state and goes to

11  national because it's a three-tiered organization.

12  Everybody belongs to the same organization, but that's

13  how I'm able to -- I get money even though there's only

14  ten people on the board, all the leagues' members

15  support the organization?  Does that make sense?  I hope

16  so.

17      Q.   It does.  Can I pause you right there and ask

18  a couple questions about that?

19          So you mentioned it's a three-tier

20  organization.  What does that mean?

21      A.   I don't know if it's everybody else uses that

22  terminology.  But it means when people join the League,

23  they normally join at the local level.

24          I'm going to move this over so I can see your

25  face.  It's easier to talk to a person.

League of Women Voters of Texas - 4/21/2020

34

1          So they normally join at the local level, and

2   when they join, they pay -- they pay something called, I

3   don't know, they pay money.  And at the end of every

4   year at a specific date, then the local leagues have to

5   pay money up to state and up to national because all the

6   members are all a part of the same organization, and

7   that's how the membership is paid.

8          Does that sort of make sense?

9   **Q.   Yeah.  I think so.  It's like a membership**

10  **dues or something similar?**

11         A.   It's not dues.  It's called per-member

12  payment.  So often use the acronym PMP.  So dues would

13  be on top of the per-member payment.  Per-member payment

14  means you have ten members, so you have to pay a certain

15  amount of money to the state league for those ten

16  members into the national league for those ten members,

17  and that's a per-member payment.

18         Dues would be on top of the per-member

19  payment.  So say like I joined as a family, and my whole

20  family is a member, and then so there's two people, two

21  per-member payments.  And then I pay extra.  That's kind

22  of like dues or I want to give a donation.  That's an

23  extra fee that goes to the local league.  It's not dues.

24  It's a membership organization, so people pay a

25  membership fee when they join.

League of Women Voters of Texas — 4/21/2020

35

1     Q.   Okay.  And that's the per-member payment is
2   the membership fee when they join?
3     A.   Yes.  When they join and that they pay every
4   year.  It's an annual membership.  It's not a lifelong
5   membership.
6     Q.   Got it.  It sounds like a portion of those
7   per-member payments, those are paid to the local group,
8   branch, whatever group.
9     A.   Yeah.
10    Q.   A portion of that gets remitted to the state
11  level, and then a portion of the state level funds gets
12  remitted to the national?
13    A.   Perfect.  Yes.  That's my understanding.
14    Q.   Then are the dues on top of that mandatory, or
15  is that a yearly thing?  What does someone get for their
16  dues, I guess?
17    A.   I think, so the dues would be something that a
18  local league would decide to do.  An independent local
19  league may have dues of $20, and that would be kept at
20  the local level.  And they would use that to help pay
21  for their meetings, pay for their voter education, pay
22  for their printing, pay for their facilities that they
23  needed to rent in order to provide forms or voter
24  education, or it might pay for transportation to and
25  from events, bumper stickers.

League of Women Voters of Texas - 4/21/2020

36

1          Stickers, I love stickers.

2          Lots of voter education materials mostly is

3   what it goes to.  And then the things that you need like

4   the bags to carry it with and the screen things that you

5   set up to say that you're here and things to hold all

6   the materiels and coverings for the tables.  And then we

7   do videoconferencing, so we have the pyramid things you

8   put your phones on and stuff like that.

9          And dues at the local level, they get to keep

10  some of the per-member payment, and they use the dues

11  plus that in order to pay for a lot of that.  And then

12  they have to -- it's called development where they try

13  to get people to make donations so they can pay for

14  things such as the printed Voters Guide.  Printing the

15  Voters Guide and doing the translation is very

16  expensive.  Doing -- that's what we do.

17      Q.   Can I ask you a question about printing the

18  Voters Guide?

19      A.   Yes, sir.

20      Q.   Is that an expense that would be reflected on

21  Bates No. 4 in that portion of the -- portion of the pie

22  chart, I guess, that refers to "Citizen Education"?  Is

23  that where that is reflected?

24      A.   I would presume that -- and I am presuming

25  because I did not make the pie charts; the treasurer

1  did.  I am presuming yes, citizen education would also

2  cover the Voters Guide, which is one of our big

3  expenses.

4      **Q.   What are some of the other big expenses, and**

5  **to the extent you can give me an idea of what percentage**

6  **of your overall expenses they account for?  So, for**

7  **example, you mentioned the Voters Guide is one of the**

8  **big expenses.  Do you have an idea of how much or what**

9  **percentage of your expenditures are the Voters Guide or**

10 **account for printing the Voters Guide?**

11      MS. MARZIANI:  Objection to form.

12      Chris, do you mind stepping back and just

13 unraveling that question?  That was a pretty compound

14 question.

15      MR. HILTON:  Q.  You mentioned that printing

16 the Voters Guide is one of your big expenses.  Do you

17 know how much is spent on that and what percentage of

18 your total expenditure that represents?

19      A.   I wouldn't know without looking at -- I mean,

20 just looking at this chart, but I wouldn't know without

21 looking at exact, you know, data from the treasurer.

22 Because the Voters Guide -- the Voters Guide also

23 includes to be a part of VOTE411, which is -- there's a

24 lot, a lot in it, and I don't know what the percentage

25 of it is.

1          But the VOTE411 at the state level during the

2    presidential year elections, we pay for all the local

3    leagues and leagues-at-large to be -- to have an online

4    Voters Guide, which is VOTE411.  That costs, I believe,

5    $7,000.

6          And then we also at the state level, we print

7    the Voters Guide.  We translate the Voters Guide.  We

8    pay for people to make it look nice, the design, and

9    then we pay for it to be mailed to libraries across

10   Texas along with any other place.

11         And then at the local level, many of the

12   larger leagues will also print a Voters Guide.  So like

13   San Antonio, Austin, Houston, Dallas, they'll also print

14   their own Voters Guide, which includes ours, but also

15   includes, goes all the way down to the local level.  So

16   it is -- that is -- they pay for that because they're an

17   independent local league, so they earn the money and try

18   to pay for that just like we earn the money and try to

19   pay for that.  It's subsidized by us, but then they earn

20   extra money.

21         Does that make sense?

22    **Q.   I think so.  Who puts together the content of**

23   **the Voter Guide?**

24    A.   So there is a policies and procedures

25   guidebook and other things.  We have somebody who is

1    called -- each league has somebody who is called a voter

2    services person.  And they are the ones who send a

3    letter out to -- first, we have to figure out who the

4    candidates are and that we're serving and for what our

5    region is, who the candidates are.

6          Then we have to get all their contact

7    information.  We have to send them a form letter that

8    says who we are and what we're doing.  It gives them a

9    link where they can upload their own answers to the

10   questions, which are on VOTE411, which is the online

11   Voters Guide.  And then the -- then we take those

12   answers and we don't change anything unless it's, you

13   know, unless -- there's a few times we change something,

14   but very rarely.

15         Then we take those, and we use them in the

16   printed guides.  So it's the printed guides and VOTE411

17   are mostly exactly the same, at least the answers to the

18   candidate questions.  We have -- we get together and

19   come up with the questions that we're going to ask

20   candidates.  The local leagues come up with the

21   questions they are going to ask the local candidates,

22   and the national league board comes up with the

23   questions for the national candidates.

24         Is that okay?

25     Q.  **That was fantastic.  I really do appreciate**

1  all the explanations.

2          The Voter Guide is available -- I think you

3  said this -- is available on your website or on the

4  local leagues' websites as well?

5      A.   Yes.  So I have a page on the local website --

6  on the Texas website called -- and I changed the name of

7  it for each election.  That page has the Voters Guide

8  along with a page called Voters Guide, which also is

9  updated for every election that has more information

10  about the Voters Guide along with all of the previous

11  Voter Guides we have put together for the state.

12      Q.   That is my next question, if previous ones are

13  available.  So how far back, if I wanted to see a Voters

14  Guide from three years ago, would that be online?

15      A.   No.  It would be farther back than that, but I

16  would have to get on my website to see how far back I

17  have found them.  If I found them farther back, then I

18  just put them up there because I think it's interesting.

19          Even the Voters Guide also has voter

20  education.  So not only does it have what the candidates

21  input, but we also provide voter education on how to

22  register to vote, how to sign up for text voting

23  reminders, how to vote by mail, voter i.d. information.

24  All that information is also translated into Spanish so

25  we're providing a service not just for the

1   English-speaking voters, but also for people who prefer

2   to read in their -- they're more comfortable reading in

3   a different language.

4        Q.   And I think I heard this, but I just want to

5   make sure.  If I wanted to see ones going back to, let's

6   say 2018 through now, those historical Voter Guides,

7   those would be on the website?

8        A.   Yeah.  If you go to LWVTexas.org and then you

9   go to -- wait a second -- you go to I believe it's

10  called Voters Guide.  You go to that page.  And then at

11  the bottom of it are the previous Voter Guides.  It's

12  also on the page called under "League Members and

13  Archive."  So we archive them in two different places.

14       Q.   Perfect.

15       A.   We put them there because we thought it was

16  important that candidates see we were asking nonpartisan

17  questions, and they could see examples of the way people

18  answered so that they can try to provide a good answer

19  for the voters that they're trying to reach.

20       Q.   Great.  I have one more area that I would like

21  to ask you about on this 2018 Impact Report.

22       A.   Okay.

23       Q.   Going back to page 1, Bates No. 1.

24       A.   Just a second.  Page 1.  Okay, the one with my

25  picture?

1    Q.  Oh, that is -- I should have realized that

2  before we started the depo, yes, the one with your

3  picture.  So you talked a couple times about independent

4  leagues or other types.  You said this was a list of the

5  leagues.  Can you explain that again for me what an

6  independent league is, if there's another type of

7  league, and what the differences are?

8    A.  So I call them independent leagues.  The title

9  that is used mostly in the league is local league.  And

10  local league would be one that has their own bylaws,

11  their own local policies and procedures.  They may do --

12  and they're responsible for their membership signing up

13  and sending out reminders.  They have their own bank

14  account.  They turn in a 990.

15    I'm just trying to think of, you know -- they

16  are mostly in the areas of -- I mean, I could go down

17  the list and tell you which ones they are.

18    Q.  Yeah, that would be helpful actually.

19    A.  Really?

20    Q.  Any other things you can think of would be

21  helpful?

22    A.  Amarillo is a local league.  Austin Area is

23  local league.  Bay Area is a local league.  Beaumont is

24  a league-at-large.  It is a small league that serves the

25  Beaumont community, but it is so small, it doesn't have

League of Women Voters of Texas - 4/21/2020

43

1  enough members to support having membership, but a

2  treasurer and such like.  So they -- so we have Karen

3  Kelly who does their membership, like sends out

4  reminders and encourages folks to continue their

5  membership.

6         We provide services to local leagues,

7  educational services to local leagues and to

8  leagues-at-large a little bit differently because they

9  need different education.  But I encourage everybody to

10  consider themselves a league outwardly to the public,

11  that the public does not need to know they're a

12  league-at-large rather a league because they're

13  providing the same service to their community.  Just, it

14  is my thing.

15         Beaumont is a league-at-large.  Bell County is

16  a league-at-large.  Cy-Fair is a league-at-large.

17  Collin County is a local league.  Comal Area is a local

18  league.  Corpus Christi is a local league.  Dallas is a

19  local league.  Denton is a local league.  El Paso, local

20  league.  Fort Bend County is a league-at-large.  It's

21  fairly new.

22         Grayson County closed down recently because it

23  got too small, and they just couldn't continue serving

24  the members of their community.  Hays County is a local

25  league.  Hill Country is a local league.  Houston Area

1  is a local league.  Irving, local league.

2          Lavaca County is a very new local league.

3  They started off as league-at-large, and then figured

4  out how to become independent local league.  Lubbock

5  County is a local league.  Marshall/Harrison County,

6  they're a league-at-large.  And they may have -- I think

7  they may have gone away in the next year or something

8  like that because it got too small.

9          Midland is a local league.  Montgomery County

10  is new league-at-large, but they're a very fast-growing

11  one, and we hope they become an independent local

12  league.  Richardson is a local league.

13          Rio Grande Valley is a small league-at-large.

14  San Antonio is a local league.  Tarrant County is a

15  local league.  Tyler/Smith County is a local league.

16  Victoria is a league-at-large.  Waco Area is a

17  league-at-large.  Wichita Falls is a local league.

18          Woo-hoo!  And there's some new ones in the

19  next report.

20      **Q.   We'll deal with those when we get there then.**

21  **I'm impressed you were able to rattle that off.  I**

22  **appreciate it.**

23      A.   That's all right.

24      **Q.   So what's the relationship between the League**

25  **of Women Voters of Texas and the local leagues or the**

1    **independent leagues?   You touched on that a little bit.**

2    **Are they truly independent, or what's the nature of the**

3    **relationship?**

4         A.   No.   We are all one organization.   It's a

5    membership organization.   They join at the local league,

6    but they have the services the state and national

7    league.   We provide training.   We provide education.   We

8    provide resources.   Sometimes we help pay for things

9    such as their online Voter Guide.

10             We have regional training where we go out to

11    the different parts of Texas, and we provide training to

12    them.   At convention every year, the -- every other

13    year, every two years, we provide more training for

14    them.   We have now -- now we have webinars where I

15    talked to all the presidents, and we share information.

16    We send out a newsletter that comes -- national sends a

17    newsletter.   We send a newsletter.   Local leagues sends

18    newsletters to their members because we're all members

19    of the same organization.

20             Yet the leagues-at-large are actually called

21    units of the Texas league.   Some of these, like Houston

22    area, Hill Country area, cover many counties -- not

23    Houston but the Hill Country covers many counties, so

24    they will have units in their local league that those

25    members meet together because they're from that

1  community, like Gillespie County or whatever those other

2  counties, Bandera or something.  And they meet together,

3  and they have local meetings about things.

4          But then when they go to their local -- then

5  they'll go to their local league meetings, and then

6  they'll come to the convention.  And then they may go to

7  LWVUS convention.  So it's all an up-and-down

8  organization.

9          The local leagues may have their own policies

10  and procedures.  Most of them, many of them do.  The

11  local leagues have bylaws.  That's one of the main

12  things, we guide them through the bylaws.  We look at

13  their bylaws.  We provide suggestions for their bylaws.

14          We have -- local leagues may have their own

15  policies and procedures, but those don't -- they don't

16  go above ours.  So our policies and procedures for how

17  to be nonpartisan are above theirs.  And national

18  league's nonpartisan policies and how to do the Voters

19  Guide and guidance on how who speaks for the League,

20  that's above ours.

21          So that's when I say three-tiered

22  organization.  We all are a member of one organization.

23  Local leagues may have different solutions at the local

24  level, and if it's not different -- if it's not opposite

25  than ours, then they can do that.  But they can't do

League of Women Voters of Texas - 4/21/2020

47

1   things that are in opposition to what --

2        Q.    They can't conflict or supercede or whatever?

3        A.    Right.  So anyway, so the national and the

4   Texas provides guidance to the local leagues.

5        Q.    You said local leagues have their own -- their

6   own finances, their own bank accounts, and submit their

7   own tax paperwork?

8        A.    Yes.  They do their own 990s.  What we do is

9   remind them to do their 990s, and we try to get them to

10  share their information with us.

11       Q.    For the leagues-at-large, how is that

12  different?

13       A.    Because they are a part of our league.  They

14  don't have to do their 990s.  They don't have to do

15  something else, like we still want them -- rats.  I go

16  to my website.  So what we do is have them fill out

17  something called an annual report, and they tell us

18  things like -- all of the Texas leagues do that, but the

19  local leagues have to also share their bylaws and stuff.

20            So what do the leagues-at-large have to do?

21  They also have to share, write something about their

22  nonpartisan policy saying that they discussed it at

23  their annual meetings so everybody understands what

24  nonpartisan means to them and makes sure we're all on

25  the same page.

League of Women Voters of Texas - 4/21/2020

48

1    And they also have to sign something saying

2    that they're not a candidate running for office.  The

3    president and the voter services person are not allowed

4    to be running for office or running a campaign or doing

5    stuff that is obviously partisan.  Other members of

6    those organizations -- of the, you know, just members

7    can do whatever they want, unless they're at a league

8    meeting.

9         Does that make sense?  It seems intricate.  It

10   is interesting.  I think it's fascinating.

11        Q.   Well, this is all very helpful for me to kind

12   of understand more about the organizational structure

13   and all that, so I do appreciate it.  It's very helpful.

14             Let me ask you this:  So if I join a, you

15   know, the third tier, one of these ones that is listed

16   here, Amarillo or whatever, if someone goes to join that

17   chapter or unit or locally, whatever it is, are they

18   just a member of that particular league, or are they a

19   member of all three tiers of the League?

20        A.   All three.

21        Q.   And who -- which of those three tiers is the

22   boots on the ground for things like voter education and

23   voter registration?  Does that occur at all three

24   levels, or is that primarily on the third level where

25   that kind of boots-on-the-ground stuff happens?

League of Women Voters of Texas - 4/21/2020

49

```
1              MS. MARZIANI:  Objection.  Form.

2              MR. HILTON:  Q.  You can answer if you

3    understand my question.

4         A.   Say it again.  Say the question again.

5         Q.   I'm just trying to understand at which of

6    these three levels the boots on the ground, you know,

7    voter registration, voter education, Get-Out-the-Vote,

8    those kinds of activities are occurring?

9         A.   So you're saying three different things.  So

10   when you say voter registration, then you're -- then in

11   Texas, we have in-person voter registration.  So

12   in-person voter registration occurs person-to-person,

13   and that would happen at the local league level.

14              Then you said two other things.  You said

15   voter education.

16        Q.   And Get-Out-the-Vote, I think, were the other

17   two examples.

18        A.   The voter education happens at all three

19   levels.  It happens at the local level, because you got

20   to know how your government works and where your county

21   election administrators are, how to register your

22   county, and all that stuff.  And they have their own

23   Voters Guide to cover their county stuff.

24              And then the Texas level, we do voter

25   education by providing voter education to the local
```

League of Women Voters of Texas - 4/21/2020

50

1   leagues, and we provide education on social media.  We

2   provide the Voters Guide and do just a ton of voter

3   education statewide trying to go outside the bounds of

4   just the local league.

5          But we can't do in-person voter registration

6   because I'm sitting in Austin.  And the national level,

7   too, does similar stuff.

8          Then you said one more word.

9     Q.   I think Get-Out-the-Vote.

10    A.   Get-Out-the-Vote, okay.

11    Q.   Is that a distinct category of activity?

12    A.   Yeah, it's different, because voter education

13   goes on all the lime.  The voter registration activities

14   and voter education activities, that is year-round.

15   Whereas Get-Out-the-Vote, yes, it ramps up more as there

16   are an election coming up.

17          So Get-Out-the-Vote, we have a whole section

18   on our website about it.  We provide lots of resources

19   for the local leagues to use.  Local leagues have their

20   own resources.  We do lots of handouts.  We do

21   PowerPoints.  We do visits with new voters.

22          Just a huge amount of get out -- this is when

23   the election is; this is the last day to register; this

24   is the last day to turn in your vote by mail.  That's

25   all social media.  Then we do candidate forms, which is

1  really difficult during this time, but we're all

2  learning how to do things differently.

3         So yes, all three organizations do that, but

4  they try to meet the needs of the different communities

5  they're serving.  Does that make sense?  I hope so.

6         **Q.   Yep, great, fantastic.  Again, everything, all**

7  **your explanation is very helpful.  I'm totally -- I**

8  **think I'm understanding anyway, to the extent I'm**

9  **capable.  So I appreciate that.  All right.  I think**

10 **that's all I have for the 2018 Impact Report.  I would**

11 **like to go now to the 2019 impact report which starts**

12 **with Bates No. 5.**

13        **These should go faster as we go along.  I'm**

14 **kind of asking you my other questions later as they come**

15 **up in conversations.  We're getting through the course**

16 **of my outline earlier than I said.  This won't be the**

17 **pace for the whole day is what I'm trying to reassure**

18 **you.**

19        A.   I put together the impact report, so I know it

20 pretty well.  So it doesn't bother me at all.  It's when

21 I haven't put it together that it would be harder.

22        So this is a 2019 impact report.  It was a

23 huge year for us because it was our hundredth

24 anniversary.  Woo-hoo!

25        **Q.   Congratulations.**

1      A.   The League came about through the suffrage

2   movement of women getting the right to vote.  That was a

3   hundred years ago.  So we had a huge celebration in

4   San Antonio where people came from across the state and

5   came and celebrated.  That was a lot of fun.

6           So anyway, there's some pictures from that.  I

7   think that's Senator Wentworth there -- I could be

8   wrong -- in between me and that's something -- okay.

9   Let me look at this.  See, if you look over on the

10  right-hand side there, Williamson County became a new

11  league-at-large.  So it increased, but some folks went

12  away.  Oh, Marshall/Harrison County is still there right

13  now, so that's good.  Okay.  Sorry.

14      **Q.   I was going to ask you.  Are there any other**

15  **on that list that are new ones?**

16      A.   I know Williamson County.  Let me look and

17  see.  Cooke County, woo-hoo, Cooke County.  That's a

18  very rural area.  Just really wonderful that people got

19  together and formed a league in that community.  That

20  means they get more information about voting and

21  elections.

22          Let's see.  Let me see if there's anything

23  else.  Montgomery County was there last time.  Looks

24  like Williamson and Cooke are the new ones there as far

25  as I can tell.

1      Q.   I'm flipping back between this and Bates

2  No. 1.  Looks like Lake Houston is added to the list.

3      A.   Ah, Lake Houston.  Yeah, that is a new league

4  too.  Very small.  Having a little trouble.  We're

5  providing them with a lot of services to try to see if

6  we can get them going.  It's a lot more work than people

7  realize.  And they think it could just happen, and

8  really, serving the needs of your community is hard, and

9  we provide a lot of the support services for the

10  leagues-at-large.

11          Lake Houston is having some trouble, whereas

12  Montgomery County, which is right close by there, is

13  just thriving.  It also depends on if there are people

14  in the community that have the time and energy and

15  interest in working on something like a league.

16      Q.   Are any of the ones that are new for 2019 as

17  opposed to 2018, would those all be leagues-at-large?

18      A.   Yes.  They would all be leagues-at-large.

19          In Texas, we encourage leagues to form as

20  leagues-at-large because they get -- we provide their

21  membership services, and we help them more financially

22  and make sure that they can perform the things that they

23  need to perform in order to become eventually a local

24  league.

25          Like Lavaca County, since I've been on, is the

1 only one that's moved over and become a local league,

2 which is interesting because it's such a rural

3 community, but the women and men in it, mostly women,

4 are retired judges and retired -- they're just a very

5 independent, knowledgeable group of people.

6           So anyway.  Anyway.

7      **Q.   I think that's all the questions I had about**

8 **the new list of leagues.**

9      A.   All right.

10      **Q.   I guess if you could go back through the rest**

11 **of the report like we did before and give me the**

12 **highlights out of it.  I don't need you to read from**

13 **everything on there obviously, but if you can tell me**

14 **the highlights on it, that would be helpful.**

15      A.   This "Growing our grassroots base!" is just

16 what we've been talking about, how we provide services

17 to all the local leagues and communities across Texas.

18 If there's an interest, we provide them with the

19 knowledge and training.  If they find at least five

20 interested people, then they can start a league.  Right.

21 Right.  So it shows metropolitan, suburban and rural

22 areas, which is important, and they're more diverse.

23           The Voters Guide was provided in Chinese and

24 Vietnamese this year because Houston or Harris County

25 translated, found some money to translate it.  Then how

League of Women Voters of Texas - 4/21/2020

1  we promoted the Voters Guide, which is VOTE411, which is

2  that little purple logo thing.

3          The constitutional convention election is not

4  a hugely popular one.  Like the last one had a lot more

5  people using the Voters Guide.  This was really

6  important because this is the only resource for people

7  to be able to find information about the proposed

8  constitutional amendments.

9          So we can provide pros and cons, and I think

10  only 600,000 people or something in Texas voted in the

11  whole election, so 110 is not bad.  I thought it was

12  pretty good.

13          "Fighting For Voting Rights," we took --

14  "Fighting Voter Suppression," that's something we're

15  always going to be different.  That just talks about the

16  different legal cases.  And "Action at the Capitol," so

17  while we don't take a -- we never support or oppose

18  parties, political parties or political candidates, we

19  do take action on issues we've studied and come up with

20  a position on.

21          So we created something we used to call

22  One-Click Politics.  We got e-mails from constituents

23  out to the legislators.  We provided 62 testimonies.

24          This is a picture -- oh, they're so cute.  I

25  believe that might be the Corpus Christi League, but I

1   can't remember.  They look like they're having fun.

2   They're registering voters.  You can see the voter

3   registration signs, "I can help you register," the

4   League shirts.  I think that's a Corpus Christi League.

5           Sorry.  I like these things.  I think they're

6   fascinating.  Okay.  And I can talk about this all day

7   long, so you have to be careful.

8       **Q.   Noted.  I will let you know.**

9       A.   Okay.  So we'll move on from that.

10          That just -- the League's Get-Out-the-Vote

11  campaign.  It's on our website.  It's research-based.

12  It's about how to talk to, how to provide accurate,

13  nonpartisan, easy-to-understand voter education in a

14  positive manner to encourage future voters to make a

15  plan to vote.

16          So when we talk about Get-Out-the-Vote, it's

17  not about harassing people or telling people who to vote

18  for.  It's about educating people how to register, how

19  to vote, how to make a plan to vote here in Texas

20  because every place is different.

21          Okay.  Sorry.

22          "Building Partnerships in Voting Rights!," so

23  we try to -- we try to work with nonpartisan

24  organizations as much as we can.  Fair Maps Texas is

25  about redistricting.  This text thing, "Text LWVTX to

1  80123," we send voter education about elections, all

2  nonpartisan.  There's a separate one they can ask to

3  sign up for for advocacy if they wanted to, but we keep

4  it completely separate.  We don't tell people to vote

5  based on some issue.

6          "By the Numbers," so we created 16 YouTube

7  videos.  We had some interns, and they helped me create

8  ten constitutional amendment videos.  Those amendments

9  were really exciting, I'm telling you.  The best one was

10 a dog one.  I really like the dog one.

11     **Q.   What's the dog one?  I'm not familiar.**

12     A.   The dog -- so for some crazy reason, Texas

13 considers sheriff dogs and police dogs to be property.

14 That meant that when the sheriff's dog or horse or

15 whatever retired, that they had to put them up for

16 auction just like they do with office chairs and stuff.

17 So you have to sell it.

18          So sometimes the handlers wanted to have the

19 dog, but they couldn't.  They had to go through the

20 auction process.  And that was just a stupid -- because

21 of our constitution -- you're a lawyer, not me -- the

22 way it set up, you had to make a constitutional

23 amendment to change that law so the dogs could be given,

24 allowed, the handlers could adopt the dogs without

25 having to pay for them.  Stupid.

1      Q.    I must have missed that day in law school.  I

2  don't know.

3      A.    There were 10 constitutional amendments.  So

4  we made videos we made promoting voting.  We did two in

5  Spanish.

6      Q.    Is there -- do you know what the YouTube

7  channel is offhand?  I'm sure there's a link on the

8  website if I wanted to check out those videos.

9      A.    Yeah, the link is on the website.  Or you can

10 just Google LWV Texas YouTube, and it will take you over

11 there.

12     Q.    And I'm sorry, another question occurred to

13 me.  What are some of the other issues that are going to

14 be, you know, part of these efforts that you put

15 together every year?  When you're putting together an

16 issue guide, what are the kinds of issues you're putting

17 in there?

18     A.    So when you're talking about issues, you are

19 talking about things we're fighting for in the Texas

20 legislature?

21     Q.    Sure.  I guess my question is both, in the

22 legislature or any sort of voter-facing material you

23 guys put out.

24     A.    We don't -- we don't -- so during an election

25 time, we keep issues separate because if you say to

1   somebody, "You need to vote for candidates who support

2   Medicaid or Medicare For All," or something, you're

3   telling people who to vote for.  We don't do that.  So

4   we can't say that.  Okay.

5          Does that make sense?  There's a difference.

6          So we don't tell people to vote based on an

7   issue except for maybe vote for public safety or

8   something like that, something generic where it is not

9   pushing a voter towards or away from a candidate or a

10  party.

11      **Q.   M-hm.**

12      A.   Does that make sense?  That's what we do.

13      **Q.   I think so.  That sounds like it might be**

14  **different for legislative activities?**

15      A.   So there is Get-Out-the-Vote and voter

16  education.  And then on a separate -- in a separate

17  thing, it's called advocacy, and it's also called

18  program.  And we have on our website, if you go to it,

19  it's under "Advocacy and Issues."

20          So we have volunteers who follow certain

21  positions, and the positions are created through -- it's

22  a two-year study to come up with a position, because

23  that's who we are.  Positions are grassroots led so that

24  the members all across the state study a position, and

25  we provide them with information, and they have

1    meetings.

2           And one of the last ones we did was human

3    trafficking.  And then another one was -- what is that

4    called -- payday lending.  Payday lending, okay.  So all

5    the leagues across the state would study those issues,

6    and then we would do something called -- where we get

7    together, and they decide what the statements are going

8    to be about those positions.

9           And then they wordsmith them as a group, and

10   everybody gets together as a group.  That's why the

11   two-hour convention took six hours because of

12   wordsmithing and how words are really important and that

13   this is not a top-down organization.  It's a grassroots

14   organization where they come up with the words that are

15   used in our positions.

16          So anyway, it's interesting.

17       Q.   So I'm sorry, go ahead.

18       A.   You tell me.  Now I've lost track as to what

19   the question was.

20       Q.   That's all right.

21          So when you're putting together those kind of

22   statements, I would imagine part of the work is trying

23   to keep it nonpartisan as well?

24       A.   No.

25          MS. MARZIANI:  Objection.  Form.

 1          THE WITNESS:  So what does that mean?

 2          MS. MARZIANI:  I was objecting to the form

 3  because it is vague.  But Chris can re-ask.

 4          MR. HILTON:  Q.  Yeah.  Any time that your

 5  attorneys object, you can still answer the question if

 6  you understand it.  Usually when Mimi says, "Objection,

 7  form," it's because my question was not a very good one.

 8  So you may not understand, and you can ask me to

 9  clarify.  That's fine.

10     A.   Okay.

11     **Q.   So let me try better this time.**

12          **How does that -- let me ask it this way:  How**

13  **does that process of putting together a position on an**

14  **issue, how do you maintain a nonpartisan view when**

15  **you're going through that process?**

16     A.   Well, our issues -- issues are issues.  They

17  aren't necessarily -- maybe candidates or folks can try

18  to make them seem partisan, but they're actually a

19  position on an issue.  And we may have had the position

20  on an issue for 20 years.  Right?

21          As an example, the issue that people bring up

22  a lot is the women's health, choice or abortion.

23     **Q.   Been in the news a lot over the past few**

24  **weeks.**

25     A.   All right.  The issue -- that is an issue.

1   Candidates and parties have changed over the years.  We

2   have not changed.  Our position is the same as it was

3   when we studied it, and our membership decided on a

4   position.  Our issue and our position is not partisan;

5   it is about the issue.

6           We happen to be a supporter of women getting

7   to make their own decisions about themselves.  So

8   that -- if you look over the years, I understand what

9   you're trying to say is that is partisan.  Well, but

10  Republicans 30 years ago didn't think it was partisan.

11  They have a personal opinion about it.  So we're not

12  being partisan when we take a position.

13          What we are is that we are being deliberative.

14  You should have been at that six-hour meeting.  We study

15  subjects.  We wordsmith.  We do -- there's some word for

16  it where everybody talks and talks and talks until we

17  come to consensus.  Right?

18          It's really interesting and fascinating.  It's

19  very democratic.  It's very grassroots.  And it's not

20  about red, blue, green, whatever that other thing is.

21  It is just very fascinating.

22          Although people say you have this position,

23  that means you're for this, even candidates are all over

24  the map on most positions:  immigration, healthcare.

25  Whole states -- so anyway, that is --

1      Q.   I think I understand what you're saying.  I

2  want to be clear I'm --

3      A.   I can talk more.

4      Q.   -- not trying to accuse you of being partisan

5  or anything like that.

6      A.   Right.

7      Q.   I'm really just curious as to how you try

8  to -- what kind of nonpartisan, being nonpartisan means

9  to you and how you maintain that.  That's all I was

10  trying to ask, and I do apologize --

11      A.   So we would go during the legislative session,

12  and we can talk to Republicans.  We can talk to

13  Democrats.  We can talk to whoever.  Folks who support

14  us in one area may not support us in another area.

15  That's why it's important for us to stay nonpartisan and

16  talk about the issues and not about the party and that

17  stuff.

18          So we try to be very -- we are very

19  nonpartisan in our method.  Nonpartisan for us means we

20  never support or oppose political parties or political

21  candidates.  That doesn't mean we're not out there

22  working on issues that are important to us, and child

23  health being one of them, and public education being

24  another.  If you go to our website, you can see all the

25  different work we've been doing.

1     Q.   I appreciate that.

2          I guess one last question on the topic, just

3   to make sure I'm understanding it, is it -- sorry -- I'm

4   trying to think of how to ask it.  I guess what I hear

5   you saying is there are issues where you take positions

6   on a variety of issues.  Opposing candidates may agree

7   with you on one issue and disagree with you on another

8   issue.  Folks of both parties may agree with you on some

9   issues and not on other issues.

10         Is that a fair characterization?  Am I

11  understanding that correctly?

12    A.   Advocacy is about the issue.  It's not about

13  the person or the candidate or the party for us.

14    Q.   And in your experience, folks on both sides --

15  or however you want to phrase it -- will agree with you

16  on some issues and not others?

17    A.   Absolutely.

18         MS. MARZIANI:  Objection.  Calls for

19  speculation.

20         MR. HILTON:  Q.  All right.  Thank you for

21  that explanation.  Again, I was just -- I was truly

22  curious about how you view being nonpartisan and how you

23  approach it.  So I do appreciate that explanation.

24         MS. MARZIANI:  Hey, Chris, so we're getting

25  towards the lunch hour.  Do you have a sense of when we

League of Women Voters of Texas - 4/21/2020

65

1  might be at a good time for a break for lunch?

2          MR. HILTON:  Whenever ya'll want.  I'm the

3  kind of person who will power through until I'm told to

4  stop.  So I hadn't even looked at the clock honestly.

5  Yeah, we've been going for quite awhile.  If you would

6  like to take a break and we can come back later, we can

7  do that.  If you'd like to power through, we can do

8  that.  It's your show, so it's up to you.

9          THE WITNESS:  Up to you, Mimi.

10          MS. MARZIANI:  Why don't we -- we have been

11  going for quite awhile.  Why don't we take a fairly

12  short break to let people stretch their legs and maybe

13  grab a bite to eat, and we can come back at 12:15, a

14  20-minute break.

15          THE WITNESS:  Yeah.  That's fine.

16          MR. HILTON:  I think that works.  Can we push

17  it to 12:20, and maybe I can make sure my

18  eight-month-old hasn't driven my wife to the brink this

19  morning.

20          MS. MARZIANI:  Of course.  Of course.  If you

21  need more time, Chris, just let me know.

22          MR. HILTON:  I'll e-mail you if we need to

23  change the time.  Let's call it 12:20.

24          MS. MARZIANI:  Thank you.

25          THE WITNESS:  Chris and Mimi, I'm going to

 1  leave the meeting, and then they'll let me back in?

 2          MR. HILTON:  Let's go off the record,

 3  Kimberlee.

 4          (The lunch recess was taken at 11:56 a.m.)

 5                  AFTERNOON SESSION

 6              (Time noted: 12:27 p.m.)

 7          MR. HILTON:  As we've done with other

 8  depositions in this matter, all parties have agreed to

 9  waive any read-in whenever we come back from breaks.  So

10  just wanted to note that.

11          THE REPORTER:  Mr. Hilton, were we going to

12  get other counsel's appearances, I thought?

13          MR. HILTON:  Right.  Thank you.

14          A couple folks have joined since we started.

15  If anyone else wants to appear for the record, now is

16  the time.  I think on our end, Anna Mackin is on, at

17  least intermittently.

18          MR. COX:  And Ryan Cox as well with the Texas

19  Civil Rights Project, C-o-x.

20          MR. HILTON:  Q.  Okay.  Great.  Then just one

21  more kind of administrative point.

22          Ms. Chimene, did you speak to anyone on the

23  break?

24      A.  I talked to the lawyers for a few minutes.

25  And then I talked to my husband and daughter about the

1  dog.

2      Q.   Did you speak to your lawyers about the

3  substance of your testimony?

4      A.   I talked to the lawyers about --

5           MS. MARZIANI:  Objection to privilege.

6           MR. HILTON:  I think I have a right.  I mean,

7  the witness is under oath, and the deposition is still

8  open, so I think I have a right to know whether you

9  discussed the substance of her testimony.

10          MS. MARZIANI:  I'm going to object to any

11  discussion of the content of what we discussed with the

12  client.

13          MR. HILTON:  Q.  So Ms. Chimene, did you

14  discuss the content of your testimony with your lawyers?

15      A.   Mostly just said I was doing a great job.

16  Content, I mean --

17      Q.   The substance of your testimony?

18      A.   Substance?  Not specifics, just how I'm doing

19  mostly, I think.  That's what I would say.

20      Q.   I think that's fine.  You are doing a great

21  job, so I agree with your lawyers.

22          Did you review any other documents other than

23  the ones we've already discussed?

24      A.   No.  I went and got a drink and an apple, and

25  that's it.

1      Q.   Is the dog doing well?

2      A.   The dog is asleep because he loves to torture

3  us in the middle of the night.

4      Q.   My dog is pulling the same move these days.

5  All right.  Let's pick back up.  I think we're on the

6  2019 Impact Report.

7      A.   Okay.

8      Q.   And we had discussed quite a bit about the

9  League and answering tons of other questions, which

10  we'll get to skip that part I had later.  This has all

11  been great.  I think we were on -- I think we had

12  finished page Bates numbered LWV-000007, and I think we

13  were -- had not yet talked about page Bates No. 8.

14           So could we pick back up where we were, and

15  you were kind of running me through this document and

16  giving me the highlights.  I'd like to pick back up with

17  Bates No. 8.

18           MS. MARZIANI:  Objection as to form.

19           Is there a question in there, Counsel?

20           MR. HILTON:  Q.  I would just like to proceed

21  like we were doing where, Ms. Chimene, you were

22  explaining the document to me.

23           MS. MARZIANI:  I would respectfully ask for

24  you to ask her a question to respond to.

25           MR. HILTON:  Q.  Ms. Chimene, can you please

1  explain page Bates No. 8 to me?

2      A.   This page goes over the funding of the mission

3  just like in the last document.  There's a "Citizen

4  Education," the "Administration."  "Advocacy" is a

5  little higher because it was just the legislative

6  session.  This tells you where the money is coming from.

7  To me, it's very similar to the other one, I think.

8  Yes.  Yeah?

9      **Q.   I'm sorry, continue.**

10     A.   I was just going to go through the pictures.

11     **Q.   I would love to hear that, before I lose it, I**

12 **want to ask you questions about the expenditures pie**

13 **chart.  I know you didn't put it together.  But to the**

14 **extent you know, you talked a little bit about what**

15 **falls under each of these categories.**

16          **Could you please explain to me the type of the**

17 **expenditures that are represented by each category in**

18 **that chart?**

19     A.   I can give you a general idea.  I didn't

20 create the chart.  The chart came from the treasurer.

21 And expenditures.  So this is the chart on the left-hand

22 side, LWVTX and LWVTEF.  Looks like combined

23 expenditures was 202,345.

24          And "Events" would be a gathering of all of

25 the League members.  At this point, it was probably for

1  the legislative session.  We had a big education event

2  for all the members about advocating at the Capitol.

3  And we provided them with information on how to do that.

4          And "Citizens Education," this is what

5  probably what happened in the past, so it was probably

6  the money spent doing voter education, Get-Out-the-Vote

7  and the Voters Guide, and translation and all that

8  stuff.

9          "Administration" is probably the -- I don't

10 even know if we had the two people at that time.  It

11 might be just one.  It may be two of the people who work

12 for us.  I don't know what "League Support."  Must be

13 because the national league gave us money, perhaps.  I

14 am guessing, though, because I don't know what she meant

15 by that.

16          "Advocacy" and "Fundraising" is when we sent

17 out like mailers out to try to get people to make a

18 donation.  "Fundraising" would also include like this

19 report.  This would be something we would have sent out

20 to people.  Does that make sense?

21     Q.  It does.  What is the name of the treasurer

22 who put this together?

23     A.  Her name is Miriam Foshay, F-o-s-h-a-y.

24     Q.  And are there other documents in what was

25 produced to us that explain in more detail these

1  categories of expenses?

2       A.   Yes.  You can find more information

3  probably -- I would have to look to see, but in the

4  budget section of the convention work.

5       Q.   Great.  We will get there.

6       A.   Probably the 990s or something.  I don't know.

7       Q.   Okay.  Great.  And are there other records

8  that League of Women Voters of Texas has that would

9  reflect these things that haven't been produced to us?

10      A.   I'm sure the treasurer keeps really thorough

11 records, but -- you know, the bank statements and

12 records like that, you know, like a treasurer would

13 have.  But to me, this is just a general overview.

14      Q.   Sure.  Okay.  That's the question I had or

15 those are the questions I had about that part of Bates

16 No. 8.  Is there anything else you can tell me about

17 Bates No. 8?

18      A.   Cinde Weatherby testifying.  These are our

19 interns.  They're so cute.  This is a photo from an

20 LWVUS event that we're allowed to use, that they have

21 permission for us to use.  This is me testifying.

22           These are other interns.  There's different

23 semesters, so there's different interns for each

24 semester.  And they just did a great job.  This is

25 Minnie Fisher Cunningham who was the -- she ended up

1   marrying Governor Hobby, and she was the first

2   president.  I think she was a pharmacist and the first

3   president that got the women in the League of Women

4   Voters of Texas and continued fighting for voter rights

5   here in Texas.  She was a really smart lady.

6         Let's see, these are the members of the board

7   at this time.  They come from all over Texas.  This is

8   the Texas board.  After each name is the name of the

9   league that they come from.  So we try, it's just all

10  over Texas.

11      **Q.    M-hm.**

12      A.    Some of them are leagues, some of them are

13  leagues-at-large.  I happen to be from Austin.  The last

14  president was from Dallas.

15      **Q.    Gotcha.**

16      A.    It's all a membership organization.

17      **Q.    You mentioned interns a couple of times, and**

18  **one of these pictures here is of them.**

19         **Can you tell me about the intern program, like**

20  **where they come from?**

21      A.    Well, my treasurer doesn't want me to call

22  them interns.  They're really student volunteers because

23  we don't have enough money to pay them.  We often give

24  them a stipend.  We call it a stipend.

25         Some of them come from -- let's see.  Some of

1  -- aww, they're so cute.  Some of them come from --

2  Sophia is from ACC.  And these other folks are from UT.

3  And these folks on this side are from UT, but they come

4  from all over the state.

5          Actually, one of them is a high school student

6  because we have a high school league in Austin.  So she

7  helps me with the high school program.  This other

8  graphic of the young lady holding the "VOTE411" sign is

9  from an event that happened someplace in the

10  United States where they got permission and took

11  pictures, and so we're allowed to use those photos.

12      Q.  **How do the interns come to work for the**

13  **League?**

14      A.  I have a page called like "Interns and

15  Volunteers" -- "Student Interns and Volunteers."  I

16  think that in -- I don't know the difference that much,

17  but something to do with interns are doing this in order

18  to complete an assignment from their class, and the

19  volunteers are just folks who really care about whatever

20  is going on.  Every semester is different as to what

21  they get to do.

22      Q.  **That was my next question.  What kind of**

23  **things do they do for the League?**

24      A.  Okay.  The picture on the left-hand side,

25  those four people, they did the video -- they studied

1  and helped, worked with volunteers or members across the

2  state to study the constitutional amendments.  And they

3  wrote up the pros and cons, and they researched and

4  contacted different people, and then they worked with

5  their volunteer members.

6         They came up with pros and cons, and then they

7  created the videos, which were wildly watched across

8  Texas, on each constitutional amendment.

9         Does that make sense?

10  **Q.    M-hm.**

11      A.    On the right-hand side, what did those guys

12  work on?  I can't remember what they were working on.

13      **Q.    I was just going to say that's fine.  If you**

14  **can't remember what these particular ones worked on,**

15  **just general description of the kinds of activities they**

16  **work on or maybe a couple of other examples that come to**

17  **mind.**

18      A.    So the kinds of activities depends on the --

19  it depends on the election year, whether it's a

20  legislative session, and they work on more issue

21  advocacy stuff and education on that.  And if it is an

22  election statewide or statewide elections or, yeah, one

23  of the scheduled elections -- sorry, I'm getting worn

24  after lunch.  Maybe if I looked at you, I would be

25  better instead of looking at the form.  There we go.

1        So everything is dependent on the election.

2   So they would probably try to promote voter education

3   and voter registration.  They may create videos about

4   voting in elections at the statewide level, vote by

5   mail, different things like that.  So actually you find

6   them on the YouTubes doing different things.

7        It's really interesting a process.  And they

8   really learn a lot and have a good time.  They also do

9   things for like newsletters that go out to all the

10  members.  And they do great documents, voter education.

11  It just depends on what is the calendar year.

12       Some people say, "I really wanted to do

13  advocacy."  I'm like, "Well, that's too bad.  It's not

14  the legislative session, woo-hoo.  You get to do voter

15  education."

16       And so it's all interesting.

17       Q.   All right.  That's all I had on the annual

18  reports.

19       A.   Okay.

20       Q.   Next up, Bates No. 9.  This is kind of the

21  beginning of all the tax forms.  I think this will be

22  good news.  I'm not going to ask you to go through these

23  in detail.

24       A.   Yeah.

25       Q.   I do want to have an understanding from you of

1  what has -- what I have, what has been provided to me.

2  So...

3       A.   Okay.

4       Q.   Starting at Bates No. 9, and tax forms seem to

5  continue through Bates No. 131, so well over a hundred

6  pages of tax forms.

7            Can you tell me your understanding of what

8  documents are in that Bates range?

9       A.   I can skim through them.  If they say the

10 990-EZ, it is a form that we turn in -- (cellphone

11 interruption) -- sorry, let me just tell them to leave

12 me alone.  How do I do that?

13           So if it's a 990-EZ, it's a form that we --

14 the treasurer puts together along with an accountant,

15 and we turn it in every year because we are an

16 organization.  And I put the 990s on the website, so

17 anybody who wants to review them can.  It is open to

18 everybody.

19           So I can scroll through here.  Otherwise, it's

20 990s, looks like that was what?  2017.  Oh, the 990s

21 have the names of the board members.

22      Q.   Right.  Let me ask you this.

23      A.   Yes, sir.

24      Q.   I see tax documents from both an entity that's

25 the League of Women Voters of Texas.

1    A.    Yes.

2    Q.    **And the League of Women Voters of Texas**

3  **Education Fund.**

4    A.    Uh-huh.

5    Q.    **Can you explain the difference between those**

6  **two and their relationship?**

7    A.    Well, so let me look at you.  Let me look at

8  your face.  Okay.

9         So it was very interesting.  Unfortunately,

10  let's see, we worked really hard because we were a

11  501(c)(4), which meant that people couldn't make a

12  donation to us and so because we didn't spend any money

13  on advocacy, we did not have to be a 501(c)(4).

14         And so the treasurer and some other folks led

15  us through a long process to become a 501(c)(3).  So now

16  the League of Women Voters of Texas is a 501(c)(3).

17         Before -- and that happened at the 2018

18  convention.

19    Q.    **M-hm.**

20    A.    All the delegates, all the members who came

21  and the delegates came and voted on it.  Before that,

22  the -- there was a division between 501(c)(3), which was

23  advocacy, and a 501(c)(4), which is voter education.

24  And the voter education is the Education Fund.  So those

25  are the two things.

1       That meant two different budgets and two

2  different forms, and every time we spent something, we

3  had to figure out which one it went to, and I would let

4  the treasurer guide me on that.  It was more complicated

5  than it had to be for our organization, so we decided to

6  transfer it over.

7       So we still do have an Education Fund, but it

8  is much smaller, and it mostly holds money for the

9  leagues-at-large who do  not have a bank account and for

10  local leagues who may for some reason need an Education

11  Fund bank account.

12       Does that make sense?  I'm really not an

13  expert at finances.

14      **Q.   No.  I understand.  I think that makes sense.**

15      **Does the Education Fund engage in any activity**

16  **other than holding assets?**

17      A.   Now it mostly holds assets, is my

18  understanding -- is my understanding.  So it holds

19  assets for some of the local leagues, which we are in

20  the process of changing over to their -- some of the

21  local leagues are 501(c)(4)'s and changing them over to

22  501(c)(3)'s in a group exemption thing with the IRS.

23      **Q.   And what about before the 2018 convention when**

24  **this change occurred, did the Education Fund have any**

25  **activities other than holding assets?**

League of Women Voters of Texas - 4/21/2020

79

1    A.    Yes, yes.  The Education Fund, it is how we
2  did the Voters Guide and forms and all of that stuff.
3  So I don't want to get into it too much because it was
4  never super clear to me.
5    **Q.    So you weren't involved in the details of --**
6    A.    Finances, no.
7    **Q.    Can you explain again?  I'm still unclear as**
8  **to why -- your understanding of why the change from a**
9  (c)(4) to a (c)(3)?
10    A.    We did not need to be a (c)(4) because we
11  don't spend money, much money, according to the tax
12  rules.  In my limited knowledge, we don't spend the
13  money on advocacy, and there is a certain percentage you
14  have to spend in order to meet some limit.
15          So LWVUS and LWV guided us through the
16  process, and we changed over, and we're helping the
17  local leagues change over, too.  Also, it helps so that
18  when we say, "Please donate to the league" -- you know,
19  I am not the specialist in this tax stuff -- I think now
20  it can be taken off the taxes.
21    **Q.    Okay.  What can be taken off?**
22    A.    You can make a donation.
23    **Q.    Oh, okay.**
24    A.    Donations, so people can make a donation, and
25  it can come off the taxes because it's a 501(c)(3).  But

1   truly, I'm not an expert at this at all.

2        Q.   I see.  So the donations to the league are tax

3   deductible now that it is a 501(c)(3)?

4        A.   Yes.  Otherwise, they had to donate to the

5   Education Fund versus the League of Women Voters of

6   Texas.

7        Q.   I see.  And that part of the reason for this

8   was due to the level or lack thereof of expenses on

9   advocacy?  Did I hear you say that?

10       A.   That's my limited understanding of something

11  to do with taxes.

12       Q.   But earlier on the 2018 and the 2019 reports,

13  there were categories labeled advocacy for expenditures.

14       A.   M-hm.

15       Q.   I guess what I understand you to be saying is

16  that the level of expenses was not sufficient to require

17  you to be a (c)(4)?

18       A.   Right.

19       Q.   Do I have that right?

20       A.   Yes, sir.

21       Q.   Okay.  Was there any other reason other than

22  making the donations tax deductible for the change that

23  you're aware of?

24       A.   Because our treasurers are volunteers, and it

25  is a lot of work to do this.  So we're trying to make it

1   as easy as possible for our volunteers in all levels of

2   our organization.  Yeah.

3       Q.   Tax law was my worst grade in law school.  I

4   regretted taking that class.  So you're in good company

5   with me on that.  Mystified by all this.

6            I guess what you're saying there is that it's

7   easier from an administrative burden standpoint to be a

8   501(c)(3) as opposed to a (c)(4)?  Is that your

9   understanding?

10      A.   It's easier to have one organization.

11      Q.   Okay.  Okay.

12      A.   I don't understand enough otherwise.  But now

13  I have one organization.  You'll see a difference in the

14  convention budget -- yes -- in next year's annual

15  report, which I'll be happy to send you.

16      Q.   Okay.  I appreciate that.

17           And so I guess my last question to you so you

18  can answer it is, what's the -- about these two entities

19  and their relationship is -- let me start over.  Let me

20  try it again.

21           What is the relationship now between League of

22  Women Voters of Texas and the Education Fund?

23      A.   The League, they're still two different

24  organizations, and they have -- one has a bigger board,

25  and one has a smaller, more just functional board mostly

1  holding some funds that we use just for voter education.

2  Those funds, most of the time, come from some local

3  leagues that don't have their own 501(c)(3) because

4  they're still a 501(c)(4), and leagues-at-large, because

5  we get donations and we fund it to them that way.

6       It's just small voter education used mostly

7  for Voter Guides and voter education forms and anything

8  to do with voter education.  So sorry, I wish I knew --

9  I wish I was better, but the treasurer could probably.

10      Q.   Understood.

11           Are you the president of both organizations?

12      A.   Um, I -- I was the president of both

13  organizations.  I believe I am the president of both

14  organizations, but I would have to really look at it to

15  see what the structure is.

16      Q.   Is there more overlap in the board members

17  other than yourself?

18      A.   There are -- so the -- so the Education Fund,

19  is there overlap?  There is some overlap but then we

20  have some people who are not on -- we don't have it

21  exactly the same.  We have some extra people on it, if

22  that makes sense.

23      Q.   So there's some overlap, but not complete

24  overlap?

25      A.   Yes, sir.

1     Q.   Okay.

2     A.   The meetings are very short.

3     Q.   Is the Education Fund owned by the League of

4  Women Voters of Texas?

5     A.   It's an organization.  Is it owned?  I don't

6  know.  Is our organization owned?  I don't know.  I

7  don't know what that means.

8     Q.   Is there any formal relationship between the

9  two or --

10     A.   I think it's -- oh, formal relationship?  I

11  don't know.

12     Q.   I don't want to keep going on if I've

13  exhausted your knowledge, which is fine.  To the extent

14  we have other questions about just kind of the

15  structural kind of stuff, can we ask you that separately

16  and get those answers from you?

17     A.   Yeah.

18     Q.   I mean, that strikes me as the most efficient

19  way to go about it.  I think this is stuff within the

20  scope of the notice.  I don't need to take the time to

21  keep going through it now, if Ms. Chimene may knows

22  about it, which is fine.

23          So if we have other specific questions, if I

24  can have you answer those for us about composition of

25  the board, that kind of thing, that would be helpful.

League of Women Voters of Texas - 4/21/2020

84

1     A.   Okay.  It would be in some board notes, thank

2  you.

3          MR. HILTON:  Is that all right, Mimi?

4          MS. MARZIANI:  Yes, that's fine.

5          MR. HILTON:  Okay.  Great.

6     **Q.   I really don't want to spend much more time on**

7  **this tax stuff, I guess.  Is it your understanding these**

8  **are all the tax records from 2018 for the League?**

9     A.   These are tax records which were quickly

10  available to me on the 990s.  And so they were available

11  to me on the website.

12    **Q.   Okay.  Do you know if there are other tax**

13  **records that exist that haven't been produced to us?**

14    A.   They may be -- I don't know.  I just don't

15  know.  There may be like an accountant who does a review

16  that might be different than this, but I don't know.

17  There is an accountant, and I know there is a review,

18  but I don't know if this has that or not.

19    **Q.   And so I think I know the answer to this**

20  **question, but do you know whether these other documents**

21  **would have information that's not reflected in what has**

22  **been produced to us?**

23    A.   I would doubt it.  To me, we're very

24  transparent.  Everything is up and about.  If there's

25  anything more, you know, it would be like treasurer

1   reports or accountant reviews or something.  But I don't

2   think it would be any different than this because nobody

3   has ever found any issues, so...

4        Q.   Okay.  I'm not trying to suggest there would

5   be an issue.  I'm just trying to have an understanding

6   of what I have and what I don't.  That's all.

7        A.   Yeah.

8        Q.   All right.  I think we can move on.  Let's go

9   to page Bates No. 132.

10       A.   Okay, all the way to 132?

11       Q.   Yes, because I think everything before that is

12  just more tax forms.  I have no desire to go through

13  those in detail with you.

14       A.   Thank you.

15       Q.   If you would really like to, we can do that.

16  I think that's something I'll have to torture myself

17  with on my own time, I suppose.

18            So Bates Nos. 132, what is this?

19       A.   Let's see.  Just a second.

20            Ah, I did not -- I did not create this

21  document.  I was not the president.  This is when I

22  became the president after the convention or right at

23  the end of it.  So this is -- every two years, the

24  League has a convention where members of the League from

25  all over the state are delegates at the convention, and

1  they all can -- all the delegates can vote.

2          And we have education that we provide to the

3  delegates, and we do different types of education.  You

4  can see on page 1, which might be a different page from

5  your Bates.

6      Q.   That's page 1 of this document?

7      A.   Yeah.

8      Q.   That's Bates 133?

9      A.   Page 133, yes, sir.

10          And it just shows what's going on in the

11  convention.  It was at Kerrville.  It wasn't huge

12  numbers of people there because it was far away in the

13  Hill Country.  It wasn't at a big city, but we thought

14  it was important to try to encourage rural stuff, too,

15  rural --

16      Q.   Kerrville is a beautiful area.  Where in

17  Kerrville was it held?

18      A.   It was in -- I don't know.  It says it on the

19  front.  Inn of the Hills.  Inn of the Hills Conference

20  Center.  It was very nice.

21      Q.   I have a friend who lives in Kerrville, so

22  I'll ask him about it.

23      A.   The hog farmers were meeting there at the same

24  time, just FYI.  We got to learn all about how piglets

25  were born.

1      Q.   That sounds like Kerrville, yeah.

2      A.   It was very interesting.  So it just shows you

3  that people showed up on Friday, mostly around noon, and

4  they left on Sunday whenever we finished, hopefully

5  around noon.

6      Q.   I'm sorry, I want to ask a couple things.

7  I'll have you -- again, your explanations are extremely

8  helpful.  I appreciate that.

9           It looks like you were vice president at this

10  time; is that correct?

11      A.   Yes.  I was vice president.  I was in charge

12  of advocacy.

13      Q.   And you attended this convention, I assume?

14      A.   Yes.

15      Q.   And you were in charge of advocacy.  We've

16  talked about that word a couple of times, and it was in

17  the annual reports.

18      A.   Uh-huh.

19      Q.   It strikes me that maybe I don't understand

20  exactly what all is encompassed by that.  So I

21  understand that advocacy includes the issue positions

22  that we talked about earlier; is that correct?

23      A.   Yes.

24      Q.   And it involves work at the legislature,

25  including testifying and reading testimony, that kind of

1  **thing; is that right?**

2      A.    Right.  Voter -- we provide legislators with

3  education.  So -- and then lobbying would be like if it

4  was a specific bill that we were providing testimony on.

5  And I think we had like -- we may have started with 25

6  or 26 -- I get confused between the legislative

7  sessions.  We had issue chairs who are volunteer members

8  from across the state that may have an interest in a

9  specific area, and they support our position, and we

10 provide them with training on how to follow bills.

11      We have a document on the website called

12 "Guide to Issue Chairs," so we have -- we provide them

13 with training on who they can partner with, how to write

14 testimony.  All testimony comes through us, and the

15 president and advocacy chair of the president has to

16 approve it.

17      Then we have a Capitol coordinator who helps

18 gather volunteers to provide the testimony.  And we

19 provide the training for all the issue chairs and those

20 people who provide the testimony.  We signed on in

21 support and opposition to different bills based on our

22 positions.

23      Leagues at the local level are allowed to also

24 do advocacy, such as, you know, maybe they don't want a

25 dam coming in, or they don't want some big hole built

League of Women Voters of Texas - 4/21/2020

89

1  somewhere, and if it's based on one of our positions,

2  they can support it or oppose it.

3        Oftentimes what they do is, instead of

4  specifically being in opposition or support to it,

5  oftentimes they provide an educational -- they provide

6  an educational thing on it.  Oftentimes, leagues will

7  work together along with the state on the different

8  bills that are impacting them.

9        It's very interesting.  I thought it was

10  interesting.

11        So advocacy is about education, and my

12  understanding as a nurse, now league person, advocacy is

13  education on a subject.  And lobbying is specific to a

14  bill.

15       **Q.   And everything that you just explained, that**

16  **was -- you were overseeing that when you were vice**

17  **president of advocacy; is that fair?**

18       A.   Yes, yes.

19       **Q.   Does the litigation that ya'll are involved**

20  **with, does that fall under that umbrella as well?**

21       A.   Does it fall under advocacy?  You know, I talk

22  -- does it fall under advocacy?  I think I've been -- so

23  there's somebody else who is in charge of advocacy right

24  now.  I do mostly talk to her if we're going to do some

25  litigation.

1      Q.   I'm not asking for anything privileged.  I

2   just want to know whether the litigation efforts fall

3   under the advocacy bucket as you guys talk about or --

4      A.   Yeah, I don't think they -- I would say maybe

5   fall under the advocacy bucket, but it depends on what

6   is being litigated, I guess.

7      Q.   That's fine.  That's fair.

8           Turning back to the document now, "Program &

9   Workbook" for the 2018 Biennial Convention.

10     A.   Yes.

11     Q.   I think for the most part, this is a pretty

12  thorough document, and it speaks for itself.  So I'm not

13  going to ask you to go through it page by page like we

14  did for the annual reports.

15     A.   Okay.

16     Q.   I have a couple of specific questions.  I want

17  to make sure I kind of understand what all the sections

18  are.  Just letting you know how I would like to proceed

19  with this document is a little bit different from what

20  we did before.

21     A.   Okay.

22     Q.   The first page I have specific questions about

23  is the Schedule of Events that appears on page 5, which

24  is Bates No. 137.

25     A.   Just a second.  Okay.

League of Women Voters of Texas - 4/21/2020

1    Q.   I was hoping you can run through the schedule

2  for me and give me an idea of what each of these items

3  is.  Some of them, I think, are pretty intuitive, and we

4  don't need to spend a whole bunch of time on -- for

5  example, on registration, seems pretty similar to any

6  other convention.  Maybe on some of the other stuff that

7  isn't as obvious, you can tell me a little bit about the

8  content of what might be happening at these times on

9  this schedule.

10    A.   So the 10:00 to 12:00 -- so you know what

11  registration is.  You probably know what a silent

12  auction is.  10:00 to 12:00 is "Membership & Leadership

13  Development Coaches Training," and that is a program

14  where they have it at national, they have it at the

15  state, where we train experienced league leaders to help

16  guide leagues-at-large and local leagues on how to make

17  improvements, how to do things.  So it provides

18  education and mentorship.  We used to call them coaches.

19  Now we call them mentors.

20         So that's pretty obvious; right?  Do you have

21  questions about that?

22    Q.   No, that's fine.  I'm happy for you to kind of

23  go down the list exactly, and if I have follow-up

24  questions, I'll let you know.

25    A.   Okay.  The "Volunteer Training" is for the

1  people, the local league members who volunteered to do

2  something at the convention.

3          "Lunch on Your Own."

4          "Complying with Texas Volunteer Deputy

5  Registrar Laws," as you may know, they're very

6  complicated, and we provide training for the League

7  members who wanted training on this, on this subject.

8  So we actually had lawyers from the Texas Civil Rights

9  Project come and provide us with information.

10      Q.  **You said there that was something folks wanted**

11  **training on?**

12      A.  Oh, yes.  Actually, we stuck this in at the

13  last minute because we found that people really wanted

14  more training on this.  So we put it in at lunchtime.

15          So go ahead.

16      Q.  **Is that typical of how you'll set the agenda**

17  **for these sorts of things is based on feedback from**

18  **members?**

19      A.  Yes.  Yeah.  That's what we hope to do because

20  we want to provide them with something they're

21  interested in.  And they were very interested in it.  I

22  think it was very good.  They asked great questions.  It

23  was a full room.

24      Q.  **Do you happen to remember who from TCRP it was**

25  **who gave the talk?**

1      A.   I think it might have been Beth Stevens.

2      **Q.   Okay.**

3      A.   But I could be wrong.  It could have been

4  somebody else.

5      **Q.   Might say later in the document if you can't**

6  **remember?**

7      A.   I don't know.  That's my memory.

8           "Workshops," and so the workshops are listed

9  someplace else on page 6.  We'll see that in a second.

10 Those are other trainings sessions that we offered.

11          "Silent Auction," again, a fun time on Friday

12 night where the local league gets to make money, and

13 they create an event.  And then we have these things

14 called caucuses where people, if they -- so our budget

15 is put out, and our program, which is how we create

16 positions, is put out.  And then people can go and talk

17 to those specific leaders and ask them questions about

18 it.

19          I never went to the budget one, FYI.

20          Oh, look Ashley Lopez did the lunch program on

21 Saturday.  That was fun.  She's from NPR, KUT.

22          "Defending Democracy in Texas," so every year

23 in the evening networking.  Every year, we have a

24 money-making thing, dinner, and we try to sell tickets,

25 and then we try to make money to help pay for

League of Women Voters of Texas - 4/21/2020

94

1  translation of the Voters Guide and all our forms and

2  everything.  And we were honored, Randall Buck Wood, who

3  is a wonderful voting rights lawyer, he told us stories.

4  It was a lot of fun.

5       I love this stuff.  I don't know why.

6       "Resolution Committee, Caucuses," so more

7  discussion groups, caucuses and stuff.  Resolutions is

8  another process for members to create letters that we

9  might send to specific, you know, leaders.  It has to be

10  in support of a position, and it has to be appropriate

11  for whatever the time -- whatever is happening at the

12  time.

13       Oh, look.  Chris Carson, the LWVUS president

14  was there, and she gave a speech, and Elaine Wiant was

15  the president at the time.  She's the one from Dallas.

16  She's back.  She's now doing something else.

17       Yay.

18  **Q.  Is it common for someone from the national**

19  **league to come to this convention?**

20       A.  It is.  It is common.  It is common.  I did

21  not ask -- I normally try to get somebody from LWVUS to

22  come to one of the convention items things that we have.

23  We had some who were on our Zoom meeting, but they

24  didn't get to speak this time.  And also -- yeah,

25  anyway, I'm not going to say.

1          You know, we need to keep it short.  So yes,

2    she was wonderful.

3          "Claim Silent Auction Items," okay, that's --

4    and then we had a meeting of the Board of Directors, and

5    we decided who was going to go to convention.  And then

6    we got to go home.  Yay.

7          "Plenary" is the long and boring part.  Oh, my

8    God.

9    **Q.   Yeah, I was going to ask (overlapping) --**

10        A.   I skipped right past that.

11        Plenary, it's a membership organization, so

12   members get to make, you know, use parliamentary

13   procedure, and they can make changes to program and

14   positions and stuff like that.  So it's very

15   interesting.  It's very democratic, lots of fun.

16   Woo-hoo!

17        I didn't understand it when I first joined.  I

18   didn't even know what a plenary was.  But now I do.

19        Anyway -- oh, I'm sorry, go ahead.

20   **Q.   I'm sorry.  There were a couple others that**

21   **we -- that you didn't talk about that I just want to**

22   **make sure I had an understanding of.  The first was on**

23   **Thursday, the Board of Directors of meeting.**

24        **What kinds of things would be discussed at**

25   **that meeting?**

1    A.   So the board -- the League of Women Voters of

2    Texas board generally meets four times a year.  Most of

3    the time, we meet over a weekend, like a Friday

4    afternoon, Saturday, Sunday.  But before convention, it

5    really needs to be about convention.  It's not a full

6    meeting.  We're not having committee meetings and stuff.

7         And so we have a short board meeting to get

8    the work of the board done and to make sure that

9    everybody is ready for convention.

10   **Q.   Okay.  One of the other ones that you didn't**

11   **go into a whole lot of detail about is "Meeting of the**

12   **Issue Chairs With Advocacy Committee on Saturday**

13   **Morning."**

14        **What would that meeting be about?**

15   A.   So I have told you that volunteers from all

16   over Texas support -- volunteer and are trained to

17   support one of our positions.  And because many of them

18   are active in the league, they show up to convention,

19   and they have a meeting, an in-person meeting because

20   most of it is not in-person.  Most of it is via e-mail

21   or whatever.  And they get to meet with the advocacy

22   group and just talk about issues and do a little

23   training and stuff like that.  That's my understanding,

24   yeah.

25   **Q.   Uh-huh.**

1      A.    Was it with me?  It was probably with me.  It

2  was early.  It's very interesting.  It's very

3  interesting.  Yep.  I think it's interesting.  I like

4  it.

5      **Q.    I can tell you're very passionate about all of**

6  **it.  It's great to hear -- it's always great to hear**

7  **somebody explain something they're passionate about.**

8          **Do you remember -- I hesitate to ask about the**

9  **plenary again, but do you remember anything in**

10  **particular that was discussed during this plenary**

11  **session?**

12      A.    This was the oh-so-much-fun plenary where we

13  got -- where we got a -- we got new bylaws because this

14  is where we changed over, I was telling you before, from

15  the 501(c)(4) over to 501(c)(3), and there was, you

16  know, changes in names and bylaws and things.  So it

17  was, yeah, long.

18          I think the plenary something is later on that

19  tells you more about what happened at each step of the

20  plenary.  But that was, to me, the most -- some of the

21  most important things.  There's only -- I think our

22  bylaws require three things to be done at every

23  convention, and that is to get new people on the board

24  in the new group, and to promote the budget or pass the

25  budget, and to pass the program, which is what I was

League of Women Voters of Texas - 4/21/2020

98

1   telling you about is where people maybe fine-tune

2   positions or say, "We're going to have a study on voting

3   in elections," or, "We're going to have a study on human

4   trafficking," or something like that.

5          Those are the three things that had to happen.

6   This was a much more in-depth one because we were

7   changing organization stuff, structures.

8          This next one --

9       Q.   I'm making a note to myself so I don't lose

10  something.  I apologize.

11      A.   Okay, go ahead.

12      Q.   I think that's all the questions I have for

13  page 5 for the "Schedule of Events."

14      A.   M-hm.

15      Q.   For the next page, page 6, Bates No. 138 --

16      A.   Yes.

17      Q.   -- this appears to me to be a short

18  description of some of the events that happened during

19  the convention.  Do I have that right?

20      A.   This is the education we provided for members

21  to -- or delegates to get more information about how,

22  whatever the subject is.  We call them workshops, I

23  think.  Says, "Workshops, Caucuses and Discussion

24  Groups."

25      Q.   Can you tell me a little more about the

1  **content of these workshops?  I guess to start with a**

2  **particular question, which one of these talk about voter**

3  **education, voter registration or Get-Out-the-Vote?**

4       A.   So the voter registration one was the one at

5  lunchtime on Friday; right?

6       **Q.   That was the deputy voter registrar one?**

7       A.   VDR, yeah.  And then -- and then this one --

8  your specific question, so candidate forms is a type of

9  voter education.  So we had discussion on different ways

10 different leagues around Texas could have a candidate

11 form.  It's a type of way where voters can meet

12 candidates and ask questions.

13       Some of these are about -- "Social Media," to

14 me, for most of the time is about voter education.  It

15 has to do with building up your social media so that you

16 can share the information you need and have it go out so

17 that people know when elections are and what they're

18 about and when the last day to register to vote.  It's

19 timeline, and I do have -- I do have --

20       **Q.   I saw the timeline later in the production, so**

21 **I'm going to ask you --**

22       A.   Oh, okay.  Good.  Good.  I didn't know.  I

23 forgot that one.

24       Then the 501(c)(3), that's what we were

25 talking about.

1      **Q.   Yep.**

2      A.   So, thankfully, Chris Carson has a husband who

3  helped with that stuff.

4           "Fundraising," "Navigating League Websites,"

5  so that is -- that was actually taught about the

6  interns, and it was all about how to get around on

7  national and state websites in order to find what you're

8  looking for.  Then we were having a lot of stuff on

9  bylaws because that's what this meeting really focused

10  on.

11          The "VOTE411 Network!," I've already talked

12  about how VOTE411 is the online voter education, the

13  national website, VOTE411.org where you could compare

14  candidates online, register to vote, get a vote by mail,

15  all that stuff there.  Yay!

16          "Principles of Parliamentary Procedure," Kirk

17  Overbey is our parliamentarian, and he -- leagues across

18  the state and across the country use parliamentary

19  procedure for their proceedings, so...  He's really good

20  at it.  He helped me with the online convention.

21          What else did we do?

22          And then we had caucuses on program, which I

23  told you is about positions and studies.  And the

24  budget, which I would never, ever attend, along with the

25  501(c)(3) conversion which I was telling you about, the

1  conversion from 501(c)(4) to 501(c)(3), which is

2  thankfully something that all happened before I was

3  president.  Because I don't know.  I think it's

4  fantastic.

5          So not all of it happened.  We're still in the

6  midst because we're trying to get the local league to be

7  transferred over.

8          Is that enough about that?

9      Q.   I think it is.  You know, my question that

10  started that explanation, which again, I really

11  appreciate, was which of these relate to voter

12  registration, voter education, or Get-Out-the-Vote

13  efforts.  And I think you answered that question, unless

14  there's anything else you have to add.

15      A.   So VOTE411, the candidate forms, what we had

16  previously, social media.  I think that is it.  Right?

17      Q.   Great.  You explained those, so I appreciate

18  that.

19      A.   Okay.

20      Q.   All right.  I'm looking ahead through this

21  document to find where my notes are and my questions

22  are.  I think things like "Delegate Instructions,"

23  "Proposed Order of Business," "Rules of Convention,"

24  there's a lot of parliamentary procedure type things in

25  here.  I can't imagine too much of that is particularly

League of Women Voters of Texas - 4/21/2020

102

 1   relevant to, you know, this particular case.

 2        A.   I hope not.

 3        Q.   **So I'm not going to spend the time to chat**

 4   **about that.**

 5        A.   Okay.

 6        Q.   **I would like to jump ahead to the budget.**

 7        A.   What page is it on?

 8        Q.   **Bates 150.**

 9        A.   Just a second.  Looks like 149.  Oh,

10   explanation of the budgets.

11        Q.   **Yeah, I apologize.  There's an explanation**

12   **that begins on Bates 149, and then on Bates 150, there's**

13   **actual numbers.**

14        A.   Okay.  I think that -- as I was saying how

15   when we changed over to the one organization, now the

16   budget is much easier.  So if we were going through the

17   budget for this convention, it would be much easier.

18   But this --

19        Q.   **Yeah, I'm going to get to that.  I'm going to**

20   **get to the next one because it does seem to be much**

21   **simpler.**

22             THE REPORTER:  I'm sorry, Mr. Hilton.  We have

23   to be mindful not to step over each other's words

24   because you just cancel each other out.

25             MR. HILTON:  Sorry, Kimberlee.  Not trying to

1  make your job harder than it already is.

2         THE REPORTER:  No, you've been doing great.

3         MR. HILTON:  Well, that's a first, so I'll

4  take that.

5     **Q.   So looking at page 18 of this document, which**

6  **is Bates 150, there's another entity listed that I don't**

7  **think we've discussed before, which is Lone Star League**

8  **of Women Voters.**

9         **Can you explain what that is to me?**

10    A.   So you couldn't -- so you may have to talk to

11 somebody else.  Would you like me to give it a shot?

12    **Q.   Yeah, why don't you tell me, you know, what**

13 **you know, and hopefully we won't have to --**

14    A.   Don't -- don't say that I am -- I am, you

15 know, a nurse.  So my understanding is that they took

16 the League of Women Voters of Texas 501(c)(4) and they

17 changed it over to the -- something like the Action

18 Fund, so they changed the name.  And then they had to

19 take the Action Fund and change it back to -- so it was

20 like a transition in order to be able to not call the

21 organization the same thing while it was in transition.

22         But we could read about it some more and find

23 out.  But that is -- that is -- it is confusing because

24 the League of Women Voters of Texas Action Fund was not

25 -- is not like something -- I think it's the 501(c)(4).

League of Women Voters of Texas - 4/21/2020

104

```
 1   So it turned the 501(c)(4) of the League of Women Voters
 2   of Texas into the League of Women Voters of Texas Action
 3   Fund as a 501(c)(4), which still exists, just in case
 4   something huge comes up and we have to spend money on
 5   lobbying.
 6             Does that make sense?
 7        Q.   I think so.  What I hear you saying is that
 8   there's another related entity or other League of Women
 9   Voters entity called League of Women Voters Action Fund?
10        A.   Yes, sir, that we -- yeah.
11        Q.   And at one point during some sort of corporate
12   transition, that was the Lone Star League of Women
13   Voters?
14        A.   Damn, that's right.  That's another one.  So
15   it all had to do with transition.  I probably am not the
16   person to tell you exactly how it happened, but it was
17   very deliberative with lawyers following a specific
18   process.
19        Q.   Do you know if there was a document in what
20   was given to us that lays out all these different
21   entities and their relationship to each other?
22        A.   I would think it would be this one.
23        Q.   Okay.
24        A.   That's what I would think, but I --
25             MR. HILTON:  Mimi, this is another area where
```

105

1 maybe the most efficient way would be for us to just

2 move on, and if we have other questions about related

3 entities or whatever, I can just ask you that

4 separately.

5          MS. MARZIANI:  Yes, that works.

6          MR. HILTON:  Q.  Yeah.  That is totally, you

7 know, it's fine.  I understand that you can't go into

8 more detail right now today.  To the extent we have more

9 questions about the various League of Women entities and

10 their relationship to each other, again, I think that

11 was within the scope of what we asked for today, but

12 we're not going to -- we can move on for now, and we can

13 get the information submitted that way.

14     A.    Thank you.

15     **Q.    I guess just one question about something that**

16 **you said, to the extent you can elaborate, you mentioned**

17 **that this Action Fund is still there in case something**

18 **big comes up, and you need to do a whole bunch of**

19 **expenses.  I think that was your testimony or something**

20 **like that.**

21     A.    Something to do -- it's the Action Fund, and I

22 believe -- I would really need to look at it and see,

23 but I believe it is still there.  We still have small

24 meetings.  It's just really there in case we have to do

25 some huge lobbying where we have to spend money, which

League of Women Voters of Texas - 4/21/2020

106

1   we normally don't on lobbying.

2       Q.   Can you give an example of what that might be

3   or maybe a past example where that has occurred?

4       A.   I can't because I don't know --

5            MS. MARZIANI:  Objection.  Sorry.  Took me a

6   second to get off of mute.  I was just going to object

7   to the extent that is calling for speculation.

8            Grace, you can continue.

9            MR. HILTON:  Noted.  I think she answered, but

10  your objection is there.  That's fine.  I'm just looking

11  at the document to see where I'm going next.

12      Q.   I guess staying on the same page --

13      A.   Which page is that?

14      Q.   I'm sorry, page 18 of the 2018 convention

15  book, Bates No. 150.

16      A.   Okay.

17      Q.   Can you explain to me what each of these line

18  items in the budget would represent?  And I don't need

19  you to give me every single dollar and cent, but I would

20  like to have a sense of what's represented here.

21      A.   Can you ask me which ones, just say it out

22  loud because there's a long list?

23      Q.   Yeah, I would like to go down the whole list

24  of expenses.  Let's do those ones.

25      A.   So now there's three different organizations.

1          MS. MARZIANI:  Objection.  Vague.

2          Chris, could you specify which organization

3  you want to focus on?

4          MR. HILTON:  Well --

5          MS. MARZIANI:  There's three corporate

6  entities listed on this document.

7          MR. HILTON:  Yeah, I mean, I don't know that I

8  can because I don't think I'm clear on exactly what the

9  differences between these, based on what Ms. Chimene is

10  able to tell me today.  But I think my question is

11  related more towards what the categories themselves are

12  representing.  So the categories themselves are the same

13  for each of these three entities, and I want to know

14  what kind of expenses are reflected within each of that

15  categories.

16          MS. MARZIANI:  Okay.  That's fine.  I just

17  want to remind all of us that the League of Women Voters

18  of Texas is the entity in this case.  And so there is a

19  line item for the League of Women Voters of Texas here.

20  Grace has given testimony that after this point, the

21  League of Women Voters of Texas combined with the League

22  of Women Voters of the Texas Education Fund.

23          So I'm happy for her to continue going through

24  those line items, but I do want to just remind us that

25  that's the corporate entity that is in the case.

1          MR. HILTON:  Yeah, I appreciate that.  I think

2    that's an important point.  You know, part of the --

3    that's part of the reason why I've been asking kind of

4    what is the structure and relationship among these is

5    because of that.

6          Q.   So, Ms. Chimene, that kind of gives you an

7    understanding of what the issue is that I'm asking about

8    and why I'm asking for all of this.

9               I guess the way to address that is -- excuse

10   me, I guess the way to address that is, you know, I

11   would like to continue to ask the question the way I've

12   asked it, which is for -- explain what each of these

13   categories is, and the categories seem to be the same

14   for all of these three entities.

15              I understand that you may not be able to

16   answer to the extent it goes beyond the League of Women

17   Voters of Texas.  You know, as Mimi explained, that's

18   the relation here.  So that makes sense.

19              But my question, again, is on this page 18,

20   Bates 150, for each of the categories of expenses

21   listed, I would like to know what kinds of expenses are

22   included and reflected in each of those categories.

23         A.   And the expenses are the lower section; right?

24         Q.   Yes.

25         A.   "Advocacy and lobbying" would be education at

League of Women Voters of Texas - 4/21/2020

109

1   the -- to legislators on any of the issues, and lobbying

2   would be education to legislators on specific bills.

3   And also probably could include lobby days where people

4   gather -- members come together and are trained on how

5   to do advocacy on specific topics, and everybody goes

6   together to the Capitol.

7           "Mission projects," I'm sorry, I'm turned

8   sideways trying to see this.

9       **Q.   No, that's all right.  I wish -- if I were**

10  **there, I could probably rotate it for you so you**

11  **wouldn't have to crane your neck, but I don't know what**

12  **software you're even using, I'm sorry.**

13      A.   "Mission projects" would be things that we do

14  to support our mission of empowering voters and

15  defending democracy, more probably towards the

16  empowering voters which would be the Voters Guide, the

17  translations, the printing the forms, the -- all of the

18  different voter education that we do and that we provide

19  across the state.

20          "Member services" would probably include

21  things like we do regional training for local leagues.

22  We do -- we create educational pamphlets for local

23  leagues.  So that's probably what "member services"

24  means.

25          "Convention," well, this is a convention, see

 1   how much they spend on convention.

 2          "Online software services" would be things

 3   like One-Click Politics and the way we send out news,

 4   newsletters, the way we -- anything to do with social

 5   media, anything to do with --

 6          **Q.   What is One-Click Politics?**

 7          A.   One-Click Politics is where you provide -- you

 8   write something up on a bill or on a subject, and you

 9   send it out to your members, or you have it on social

10   media, and they could -- they put their name in and

11   their address and the message that they -- that we

12   created, that they can modify it sometimes, can go to

13   their representatives.

14          **Q.   Okay, I'm sorry to interrupt.  I didn't want**

15   **to lose that with one.**

16          A.   Advocacy type tool.

17          "Office expenses," you know office expenses,

18   printing stuff.

19          **Q.   Just typical, you know, pens, paper, that kind**

20   **of thing?**

21          A.   Yeah.  We have -- we do have a condo.  I don't

22   know where it would fall in here.  We have a condo that

23   is close to the Capitol.  It's like got two rooms.  So

24   somewhere, it either is in office expenses or one of

25   those other things, right, to pay for that, the HOA fee

1  and stuff.

2       Q.   Would that be "Property expenses"?

3       A.   I don't know.  Could be "Property expenses"

4  because that looks a little elevated; doesn't it?  So it

5  could be the "Property expenses."  "Property expenses"

6  could include that and insurance and HOA and taxes.

7       Q.   What is the condo that you-all keep used for?

8       A.   The -- it is the main state office where

9  the -- we have our two employees and the executive

10 administrator, she works there.  The volunteers come by

11 there.  Then the person who does the membership is in

12 there also, the other part-time person.

13      Q.   So is it an office or --

14      A.   It is in a condo, but it is an office on the

15 first floor.  It's at 1212 Guadalupe, No. 107, I think.

16 And I go work there often.  We have meetings, we do

17 videos, to make plans, to do lots of things.  It's

18 really -- it's really great.

19      Q.   Does anyone ever stay there overnight?

20      A.   They used to.  They did.  They used to stay

21 there overnight.  There's a little bathroom.  But it

22 just doesn't really -- it doesn't work well for that.

23 So people did used to come in from other places.  Issue

24 chairs used to come in and spend the night there, but

25 they don't do that anymore.  Now it's just used for

1   office stuff, file cabinets.

2       Q.   I digressed a little bit.  I think we talked

3   about "Office expenses," which is the typical kind of

4   expenses attendant to having an office.

5           The next one would be "Accounting, payroll,

6   information technology & website services."

7       A.   Information technology, website services, it's

8   pretty obvious to you, right, what that would be?

9       Q.   As long as there's no tricky meaning there I'm

10  not clueing into, I think that's fine.  Yeah.

11      A.   Better not be tricking me because I don't

12  know.

13          "Development and fundraising," that's where we

14  send out letters.  We send out the annual report.  And

15  we have something called "Kindful" where people can make

16  donations.

17          "Marketing and social media," that is where we

18  do -- we create graphics.  We create videos.  We create

19  -- then we put it out on our social media to try to

20  educate voters about different things.

21          "Marketing and social media," right?  Does

22  that look okay?  I'm not looking at the numbers as much.

23          Marketing -- "Board expenses," that's where we

24  come -- the board members come from across Texas, and

25  they travel to Austin, and they stay in the Drury Inn,

League of Women Voters of Texas - 4/21/2020

1 and we have our meetings.  And then once every other

2 year, we go to convention.

3          The most -- many times, if you look up at the

4 top, the in-kind donations, most of the board members

5 donate their travel, and oftentimes will donate hotel

6 stay instead of making the board pay for that.

7     Q.   Gotcha.

8     A.   Yeah.  "Property expenses," we went over that.

9 Rent, rent.  Yeah.

10    Q.   It looks like --

11    A.   This is going to be much easier on the next

12 workbook, I'm just saying.

13    Q.   No, I understand.  It looks like on this one

14 rent is being paid from the League of Women Voters of

15 Texas to the League of Women Voters of Texas Education

16 Fund.  Is that a correct reading of this?

17    A.   I don't know.  It probably is, but I just

18 don't know.

19    Q.   Do you know what would be rented?

20    A.   The office space.

21    Q.   The last one, "Salaries, payroll taxes,

22 benefits," seems pretty self-explanatory.

23    A.   Okay.

24    Q.   Which of these line items relate to the

25 League's voter registration, voter education, and

1 | Get-Out-the-Vote efforts?

2 |    A.   On the expenses; right?

3 |    Q.   Yes, please.

4 |    A.   Mission projects, member services, convention,

5 | online services, office expenses.  I mean, it's what we

6 | do.

7 |    Q.   So, yeah, I know.  I understand your point.

8 |         Let me ask it this way then:  What direct

9 | expenses are there for voter registration efforts that

10 | are reflective on this ledger?

11 |    A.   Voter registration efforts are in anything we

12 | do.  So I don't know when you say "direct" what you

13 | mean.

14 |    Q.   Would you say registration efforts are --

15 | well, strike that.  Let me think about that for a

16 | moment.

17 |    A.   Okay.

18 |    Q.   Well, maybe let's -- maybe let's just put a

19 | pen in that question, and we can move on.  I think it

20 | maybe will come up in the rest of what I'm doing, or I

21 | can think of a better way to ask.

22 |    A.   Might be.  Could be.

23 |    Q.   I guess what I'm trying to get at is, I

24 | understand that's part of your mission, right, are voter

25 | registration efforts.  And so in that way, any expense

115

1    could be said to be related to voter registration.  Is

2    that what you're saying?

3         A.   Yes, because the website, we use it for voter

4    registration.  The social media, we use it for the voter

5    registration.  Communications, the administrative people

6    who do the administrating stuff and write the

7    newsletters, everything we do has -- not everything we

8    do, but I mean, it is just a vital part of our

9    organization.  So it would be hard for me to say that

10   one thing doesn't have voter registration in it, you

11   know.

12        Q.   I think I understand.

13             Is there -- is there a situation where you can

14   look to a voter registration and say the League spent $1

15   to register that voter?  Is that information reflected

16   in this budget, or is that how it happens?

17        A.   No, I don't think so.  I wouldn't -- I know

18   that we -- one of the goals of moving it over to the

19   single organization was because it was really difficult

20   to divide and tease and tweak and everything to try to

21   figure it out.  It's really just almost everything we do

22   is voter -- that's who we are.  It's voter registration,

23   voter education.

24        Q.   Well, I think that's enough of analyzing the

25   budget spreadsheet.  I, by no means, am an expert on

 1  this either.  I appreciate that you answered my

 2  questions on it.

 3       A.   Thank you.

 4       Q.   I'm just going to click through here a little

 5  bit and see what other questions I have.

 6            Skipping ahead to page 23 of this 2018

 7  convention document, Bates 155, there's a heading that

 8  says "Committee Reports."

 9       A.   Wait a second.  Yes.

10       Q.   And what follows appears to me to be headings

11  with the names of various committees.  Underneath that

12  are the names of members of that committee.

13       A.   Yes.

14       Q.   Then there's some text that follows.  Do I

15  have all that right?

16       A.   Yes, sir, as sort of like a condensed version

17  of what they did.

18       Q.   And I guess I just want you to explain a

19  little bit more then -- I don't need you to read these

20  or explain to me what the content of any of these

21  reports are, but maybe you can tell me how these reports

22  are put together and what they're intended to reflect.

23       A.   Okay.  The -- so the chair of each of the

24  committees puts together the report.  So mine was on

25  "Advocacy," which sort of explains all that stuff.

Case 5:20-cv-00046-OLG   Document 74-4   Filed 05/22/20   Page 117 of 193
League of Women Voters of Texas - 4/21/2020
117

1        And "Communications," it's really

2   communication and technology.  Let's see what she did

3   here.  And so it's really about how -- the website

4   updates, social media, the voter education stuff we did.

5   She led us in getting text-to-vote reminders.  So it's

6   about using technology to support our mission.

7        Does that make sense?

8        **Q.   Yeah, for sure.**

9        A.   And "Education" -- go ahead.

10       **Q.   No, no, continue.  Again, I find it's easier**

11  **and more efficient if you just give me the same kind of**

12  **explanation for each one.  If you're happy to explain**

13  **it, that would be great.  I guess you explained for**

14  **yours for the "Advocacy" committee part.  I think you**

15  **touched on the "Communications" one.  And you're about**

16  **to explain kind of what we're looking at the "Education"**

17  **committee report.**

18       A.   In the league, education may mean something

19  different to people outside the League.  So this

20  particular report is about program, which is what we're

21  focused on that particular year or also if we're going

22  to do a study.

23       So this program she's talking about is the

24  Get-Out-the-Vote program, which is also continued on the

25  website under Get-Out-the-Vote, because that's what we

League of Women Voters of Texas - 4/21/2020

118

1 | do.  Hold on.  Let me look down here.

2 |        We did a county website survey to see what

3 | counties provided -- there's 254 counties and what they

4 | provided on the website and whether voters can find it

5 | or not.  It was fascinating, made huge improvements, and

6 | the counties really appreciated it.  One of the things

7 | we were looking for is voter registration, whether they

8 | offered it on their county website, information.

9 |        Then voter services -- so that was education.

10 | Voter services is a part of education, but voter

11 | services is about the Voters Guide, VOTE411, the numbers

12 | of things we got out there.

13 |        And then it gets down to boring "Fiscal

14 | Management and Administration," which is kind of what

15 | you think it is.  It's about how to run and how to pay

16 | for the office, how to pay people's salaries, those kind

17 | of things.  I have to go to those meetings now.  It's

18 | very boring.

19 |        "Services to Local Leagues" is about how we --

20 | they put on the workshops.  They put on regional

21 | trainings.  They provide -- they train the mentors.

22 | They do things for the leagues and the leagues-at-large.

23 |        Does that make sense?

24 |   Q.   **Yes.**

25 |   A.   Just a quick synopsis.  "Development" is about

119

1  making money, which is really important.  This is that

2  Get-Out-the-Vote action program which I was telling you

3  about, which we found the best practices for how to get

4  people registered to vote, best practices to

5  Get-Out-the-Vote, and a lot of training things that we

6  offer.  And we made it so it's not just for leagues, but

7  any organization could go to our website.  It's all open

8  and available for them to use.  It's based on research.

9          Elizabeth Erkel put it together.  She is from

10 Plano League.  She's got her PhD in nursing, and she

11 likes to write a lot.  So this is her -- this was her

12 report on that and all the stuff she created and

13 continues to create for the different leagues and

14 organizations to use.

15         Okay, I'm sorry.  Now, we're finished with

16 that page.

17         Uh-oh.  Chris, you're kind of stuck.

18         THE REPORTER:  I wonder if he's using WiFi

19 instead of a direct connection.

20         MS. MARZIANI:  Oh, it does look like he got

21 stuck.

22         THE REPORTER:  Oh, he just went off.  I'm

23 going off the record for just --

24         MS. MARZIANI:  Okay, thank you.

25         (Recess taken:  1:53 p.m. - 2:00 p.m.)

League of Women Voters of Texas - 4/21/2020

120

1          MR. HILTON:  Back on the record.

2     **Q.   So I think we were there talking about the**

3  **"Services to Local Leagues" committee.  Do I have that**

4  **right?**

5          MS. MARZIANI:  Objection.  Mischaracterizes

6  the witness.

7          MR. HILTON:  Q.  I'm sorry, I'm trying to

8  figure out which portion of this 2018 convention

9  document you were talking about, Ms. Chimene.

10     A.   So we were going through the reports.

11     **Q.   Yeah.**

12     A.   And I went through -- I'll just go through the

13  name of them, and you tell me which one you didn't hear.

14          "Development," did you hear "Development"?

15     **Q.   I did.**

16     A.   Okay.  Just a second.  "Get-Out-the-Vote

17  Action Program"?

18     **Q.   Yes.  Was that the one we were talking about**

19  **before I cut off?**

20     A.   I don't know.  I don't know when you cut off

21  because I wasn't -- I was looking at this document.

22  Then I noticed --

23     **Q.   I understand.  I understand.**

24          **Okay.  Well, let's pick up here.  I do have a**

25  **specific question about this.**

1     A.   Go ahead.

2     Q.   **Page 28 of this 2018 convention document,**

3  **Bates No. 160 --**

4     A.   Yes.

5     Q.   **-- has a listing of what's captioned**

6  **"Get-Out-the-Vote Action Program Activities & Outcomes."**

7          **Did I read that correctly?**

8     A.   Get-Out-the -- "GOTV Action Program Activities

9  & Outcome, 2016 to 2018."

10    Q.   **Right.  That's the table I want to ask you**

11 **about.  Does that table list all of the activities and**

12 **their outcomes that the League undertook for**

13 **Get-Out-the-Vote-Action Program?**

14    A.   Through that timeframe -- let me see.  I've

15 got to turn my computer to the side.  Just a second.

16         I don't know if it's all -- looks like a

17 really good document, has what we were doing at that

18 time.

19    Q.   **What other Get-Out-the-Vote activities does**

20 **the League engage in that aren't reflected in that**

21 **table?**

22    A.   No, because now -- I think all of the

23 presentations handouts is what I'm looking at that is

24 missing.  The text-to-vote seems to be missing.  I can't

25 see -- traditional media, social media is there.

 1        So the individualized PowerPoint presentation

 2   and the individualized -- oh, little handouts and stuff

 3   that we created for each community that has a league

 4   seems to be -- it may be something else, but that's what

 5   I see that may not be there.

 6        **Q.   So the particular PowerPoints or pamphlets or**

 7   **whatever that were developed are not listed?  Is that**

 8   **what you're saying?**

 9        A.   Yeah, pamphlets and that -- and the whole --

10   yeah.

11        **Q.   Anything else that you can think of that**

12   **you're not seeing on this list?**

13        A.   YouTubes, that might be included under "Social

14   media."  It depends on how you wanted to do that,

15   knowing this is for through 2018, now it's 2020.  There

16   may be some updates.

17        **Q.   Sure.  And we'll look at the 2020 convention**

18   **workbook.  It's still a draft; is that right?**

19        A.   No, no.  It may say draft on it, but it was

20   used.

21        **Q.   Oh, oh, of course, of course.  We'll look at**

22   **that.  All right.  Bear with me just one moment while I**

23   **have a look at this document and see if there's anything**

24   **else that I need to ask you about this 2018 convention.**

25        A.   She's very thorough.

1      Q.   Most of the rest of this to me looks to be

2  bylaws and other things like that, and there's a "League

3  Lingo" page at the end, which I like.  I don't think I

4  have any questions, but I like that.  I'm sure that's

5  helpful for a lot of newbies.

6      A.   Make it easier now.

7      Q.   I do have one question, actually, about the

8  "League Lingo" sheet.  This is page 49 of this document,

9  Bates No. 181.

10      A.   Just a second.  Okay.

11      Q.   It just caught my eye.  It's interesting to me

12  "political" is a term ya'll included on this definition

13  sheet.  Can you explain to me how that term is used in

14  League lingo and why you would include it on this sheet?

15      A.   I took it off the next sheet.  I took it off.

16  I took a lot of it off because it just doesn't make any

17  sense to have it on there.  It's just -- I guess many

18  people get confused with issues and advocacy versus

19  voter education.  But we've already gone through that.

20      Q.   All right.  I guess we can turn to the 2020

21  convention book.  That starts on Bates Nos. 184.

22      A.   Okay.

23      Q.   Is this the final version that went out to

24  folks?

25      A.   Let's look.  I don't know.  Let me look.

League of Women Voters of Texas - 4/21/2020

124

1  Yeah, it probably is because, you know, there's

2  different names.  It probably is the one that was online

3  because I probably grabbed it there and sent it to them.

4           Obviously, we had to change the convention

5  because it was an in-person convention.

6       **Q.   Right, right.**

7       A.   Which was the plan.

8       **Q.   Turning to page 6 of this document, Bates 189,**

9  **again, this is a schedule.  We went through the schedule**

10 **for the 2018 convention.**

11          **The conventions are every two years; correct?**

12      A.   Every two years.

13      **Q.   So I would like to, again, kind of run through**

14 **the schedule.  To the extent these events are the same**

15 **as the last time, I don't need you to explain them**

16 **again.  If there's anything new on this schedule of**

17 **events or anything we haven't already talked about, I**

18 **would appreciate it if you could give me a similar kind**

19 **of overview of what's going on in each of these**

20 **sessions.**

21      A.   Okay.  The "Presidents' Dialogue" is where we

22 get together.  I wanted to let you know, on the other

23 one, it had the board meeting.  I took it off because I

24 didn't feel that was part of convention.

25      **Q.   Sure.**

League of Women Voters of Texas - 4/21/2020

125

1      A.   It happened on Thursday.  The workshops are

2   all different so we should go to the workshop page and

3   see what they were planning on being.  "Silent Auction"

4   is the same.  "Happy Hour."  "Training."  "Caucuses,"

5   and remember, it's the same as in budget caucus where

6   they talk about the budget and people come.  We did it

7   online instead.

8            "Program" where they talk about changes to

9   positions and to studies that we were planning on doing.

10  That's "Program."  "Resolutions" is something where we

11  write letters to -- we say we're going to write a letter

12  to so-and-so about such-and-such.  It has to be a timely

13  topic in support of our position and going to one of our

14  state leaders.  We didn't have that this time because we

15  weren't doing that online.

16           Saturday, the workshops again.  We were doing

17  lots of workshops.  It was going to be a great

18  educational time.

19      **Q.   Did any of the workshops get to go via Zoom or**

20  **whatever?**

21      A.   No.  We're going to -- what we're going to try

22  to do is have them -- now they've had a practice Zoom

23  meeting, now we're going to try to do the workshops Zoom

24  once a month throughout the year or so.  It will still

25  be fun.  The first one is going to be about how to do a

126

```
 1  Zoom.
 2      Q.   That's a good place to start.
 3      A.   Let's see.  "League Awards & Speakers," we
 4  were having a lady come and talk about youth advocacy in
 5  the South, which sounded real cool.  She had written a
 6  book about it.  Then the "Plenary," which is that long,
 7  boring thing where we get the parliamentary done.
 8           Then we have happy hour, yay.  Then we have
 9  the dinner where we make money, we try to make money.
10  We were having like five different historians come and
11  talk about suffrage, a hundred years of voting rights,
12  and suffrage and stuff.  It was going to be so great.
13      Q.   That sounds like it would have been really
14  interesting.  I'm sorry to make you go down the list of
15  stuff that you couldn't do.
16      A.   Then the next day, we do plenary again, more
17  boring.  And then we have lunch where the new and old
18  board meet, talk to each other, give each other pep
19  talks.  That's it.
20           Do you have any questions about any of that?
21  Did I skip something important?
22      Q.   No, I think that's fine.  I'll just note on
23  Sunday, it says 2018.  Looks like that was just a typo.
24      A.   Thanks a lot.
25      Q.   I'm sorry.  I'm sorry.  It's part of being a
```

1    lawyer.  You just can't help but speak up when you

2    notice a typo.

3            But the reason I bring it up is maybe if you

4    can just confirm this is the final version and not some

5    kind of draft where you may have gotten this typo.  I

6    just appreciate that confirmation.  That doesn't need to

7    be now, if that's okay with Mimi.

8        A.    -- what I would have to do is get off this

9    page, go to my website and look at the workbook.

10       Q.  Yeah, I don't want to ask you to do that now.

11   If that's something that's okay with your attorneys to

12   handle later, that's fine with me.

13           THE WITNESS:  Is that okay, Mimi?

14           MS. MARZIANI:  Sure.  That's fine.

15           THE WITNESS:  Find out what other problems,

16   editing mistakes.  Yeah, that's good, thank you.

17           MR. HILTON:  Q.  Again, I'm sorry.  I just

18   couldn't help myself.  It wasn't even cautious.  It's

19   reflexive.  When you see it, you have to clarify.

20           I'm clicking through the rest of this document

21   to see where else I have questions for you.

22       A.   Okay.

23       Q.  Going ahead to page 19 and 20, I suppose.

24   Bates 202 and 203.  This is -- this is the "Budget"

25   section of this convention book; is that right?

1      A.   Let me see.  Yes.

2      Q.   Then on page 20, that's Bates 203, we don't

3   see -- we don't see any different listing for different

4   entities on page 20, which is Bates 203.  There is some

5   explanation of some different entities on page 19, which

6   is Bates 202, but they're not -- their budgets aren't

7   broken out separately.

8           Am I interpreting these two pages correctly?

9      A.   Right.  The whole point of the 2018 convention

10   and voting was to transfer over -- to go through the

11   process we needed to go through in order to become, to

12   simplify and become one organization instead of two

13   separate organizations.

14      Q.   And then on page 20, which is Bates 203, we

15   have -- looks to be the same, but it's similar listing

16   of categories of expenses, some line items.

17      A.   Yep.

18      Q.   I would like to ask you to go through these

19   again and tell me which types of expenses are reflected

20   in each category.  But to the extent that it's the same

21   as one we already talked about, obviously I don't need

22   that today.

23      A.   Okay.  All right.  "Advocacy/Lobbying/Lobby

24   Days," Lobby Days is an event at the beginning of the

25   legislative session.  And advocacy is educating

1  legislators, and lobbying is about specific bills.

2  **Q.   Yeah.   I think you explained all of those, so**

3  **I appreciate that.**

4      A.   The "Grant Projects" are probably LWVUS apply

5  for grants, and they provide us with money, and so we

6  get some money from them.

7          "Voters Guide," no, this is about expenses.

8  We spend the money on whatever the grant is.   The

9  "Voters Guide," you know what that is.   We talked about

10 that.   "VOTE411" is the online version of the Voters

11 Guide.

12         "Member Services" is that service to local

13 leagues where we do regional training, and we do

14 workshops, and we do convention training, and now we're

15 going to do webinar training for all of the local

16 leagues and their members.

17         "Regional" means when we did it in person, we

18 would go to the individual parts of Texas so that

19 leagues could all come together.   We wouldn't go to

20 El Paso, Amarillo and Lubbock; we would go to one place,

21 and then they would come there.

22     **Q.   Understood.**

23     A.   "Convention," we're going over that.   You know

24 what convention is now.

25         "Online Software Services" --

League of Women Voters of Texas - 4/21/2020

130

1       Q.    I think you went through those in pretty good

2   detail before.  I think "Office Expenses," "Accounting

3   Payroll, IT and Web Services," unless those changed, I

4   think I have an understanding of all those.

5       A.    I tried to get the treasurer to help me out by

6   putting these into these same categories as she did last

7   time.

8       Q.    Got it.

9       A.    Yeah.  "Development/Fundraising," "Board

10  Expenses," I told you before.  Most of the time, the

11  board gives money back.

12      Q.    Right.

13      A.    "Property Expenses," because it's a condo,

14  HOA.  "Salaries, Payroll Taxes," and that's it.

15            Does that make sense?

16      Q.    It does.  There's no line item for rent, which

17  I think you warned me about; right?

18      A.    Rent, yes, because remember, that was when we

19  had those different organizations, and one organization

20  was paying the other organization to rent as a way to

21  pay for the HOA fee.

22      Q.    And then I want to get -- we had that

23  discussion about, you know, expenses for voter

24  registration, voter education, Get-Out-the-Vote efforts,

25  and whether any of this reflects direct expenses as in

1    costing a dollar to register those five voters.

2           So my understanding of your answer was that a

3    direct expense like that isn't reflected on this budget;

4    is that correct?

5           MS. MARZIANI:  Objection.  Asked and answered.

6           MR. HILTON:  Q.  I'm sorry, you can answer.

7       A.   Okay.  So my understanding is that except for

8    advocacy, lobbying and lobby days, we talk about and do

9    things that have to do with voter registration in each

10   of these activities:  the grant projects; voter

11   guidebook; 411 obviously, right; regional training;

12   convention, because you've seen the workshops; online

13   software services, yes, because that's a website and

14   stuff; office expenses because that's where those people

15   help us with that because it's our main mission;

16   development; web services; board expenses; property

17   expenses.

18           Yeah, I just think it's all built in.  There

19   is not something that says it cost us a certain amount.

20   It is just -- it is who we are across Texas.  Everybody

21   is involved in this.  We talk about it, and do it all

22   the time.

23       Q.   That makes sense to me.  I think that's

24   consistent with last year's budget.  I'm not seeing any

25   differences between the two.  I'm not hearing you

League of Women Voters of Texas - 4/21/2020

132

1   describe any differences between the two.  Unless I'm

2   missing something, I think that's all I had on the

3   budget.

4           We don't need to go through the committee

5   meeting reports again because you gave me a good

6   understanding of what it is I'm looking at there.  I can

7   just read those.  But right after this budget section,

8   there's a section that talks about programs and proposed

9   programs.

10      A.   Right.

11      Q.   It begins on page 22 of this document, which

12  is Bates 205, and runs for a couple of pages.  Can

13  you -- I don't need you to go through each one, but I'm

14  hoping you can just explain to me what is reflected in

15  this section.

16      A.   What's really cool is that the League -- this

17  shows the League is a grassroots organization where the

18  program process -- and "program" for us means something

19  to do with creating the positions and deciding what

20  we're going to focus on for stuff.  It starts in like

21  maybe October, and local leagues and members turn things

22  in, making suggestions for updates or studies.  And

23  that's what program is.

24          We turn them in, and we review them.  It goes

25  through a process, and we recommend or don't recommend

133

1  them.  So this is what took six hours at convention.  So

2  we have a huge document that has all of our positions.

3  Those league people chose these specific ones to make

4  little updates on and also to do a couple of studies.

5       So fascinating.

6       Q.  I won't make you relive the details of the

7  six-hour Zoom conference nightmare.

8       A.  I loved them.

9       Q.  I'm just clicking through again.  I think that

10  answers all the questions I had about the "Program," the

11  "Committee" section, "Committee Reports," "Bylaws."

12       A.  Yeah.  We had to make one change to the bylaws

13  during our online convention to be able to have a

14  one-day webinar.  It was a lot of fun too.

15       Q.  As much as I think any lawyer loves

16  parliamentary procedure, I think we'll move on.  All

17  right.  So the next document I'm seeing in this

18  collection that was produced to us is the State Board

19  Handbook.

20       A.  Yes.

21       Q.  A Manual for League of Women Voter of Texas

22  Board of Directors.  That starts at Bates No. 236.

23       A.  Okay.  All right.  Yes.

24       Q.  Can you just tell me generally what this

25  document is, what the purpose of it is, who would use

1  this document?

2       A.   Yeah.  It is a long document.

3       Q.   And I don't think I have many particular

4  questions about it, but I do want to understand what I'm

5  looking at when I go back and read it in more detail.

6       A.   So the Board of Directors, we get new voted on

7  at convention.  They come on.  Then sometimes they come

8  on -- I find somebody who is interested, and I can use

9  our bylaws to vote them in.  This is instructions for

10 those board members who come from all across Texas with

11 a variety of backgrounds on what the League is, how the

12 board works, and the different committees.  So I can try

13 to find out which one they would fit into most so they

14 can help get the work of the League done.

15           And so this is just -- it's not really

16 official.  There is one on the website that is older,

17 but this is the one I'm creating and working on for the

18 next board.  Some of it has been updated.  It has lots

19 of -- we're just trying to make it as useful and more

20 like a tool.  It's not like a law book.  It's more like

21 a tool book.  Just to help -- help people understand

22 what their role might be.  It is not a rule book.  It's

23 a helpful book.

24           Does that make sense?

25       Q.   It does.  I'm looking through it as you're

1  explaining it to me.  I'm not seeing that I have any

2  questions.  I see it has a lot of guidance for board

3  members and I guess for other League of Women Voters of

4  Texas members about how to conduct league business and

5  what league business is all about.

6         Is that a fair characterization?

7      A.   This particular book is for league board --

8  state board members.

9      Q.   Got it.

10     A.   It's available for anybody to look at.  But it

11 is for state board members.  Unless somebody is really

12 boring, they probably will not open this up.  There's

13 plenty of other things for them to open up.

14     Q.   Right.  Got it.  And it looks like it explains

15 the roles, responsibilities, duties of each board member

16 or each position -- each board level position within the

17 League; is that right?

18     A.   It is right.  It is a guidebook, though.  It

19 is not a law.  It's not like a policy book.  It is a

20 guidebook.

21     Q.   All right.  I don't think I need to take any

22 more of your time on that.  It looks very detailed and

23 very thorough, and I think it pretty much is going to

24 answer whatever questions I might have.  So I think

25 that's fine.

1          So the next one that I see here is Bates

2   No. 280, "Best Practices for Voter Registration."

3        A.   All righty.  Just a second.  All right.  Just

4   a second.  So this is -- okay, good.  Excellent.

5        Q.   **This looks to be a 19-page or I guess -- is**

6   **this a PowerPoint presentation?**

7        A.   I think it's a PowerPoint presentation.

8        Q.   **It looks to be a 19-slide PowerPoint that runs**

9   **through Bates No. 298.  So we're starting at the**

10  **beginning.  I guess can you explain to me what this**

11  **PowerPoint presentation would be used for, who would**

12  **give the presentation and to whom?**

13       A.   So this was created by Elizabeth Erkel who is

14  a former member of the board who helps with the

15  Get-Out-the-Vote pages and information.  This is

16  available for local leagues to download and use.  It is

17  on our website on the Get-Out-the-Vote pages.

18            What she did was gather best practices and

19  information that had to do with Texas about voter

20  registration and so that local leagues can use this as

21  the beginning of a talk that they might have if they

22  chose to at the local level, local league.

23       Q.   **Have you personally ever given this**

24  **presentation or this talk?**

25       A.   No, I have not, but I have looked through

League of Women Voters of Texas - 4/21/2020

137

```
 1  them.
 2       Q.   Have you ever attended a version of this talk
 3  or this presentation?
 4       A.   No, I haven't.
 5       Q.   Are you able to explain to me kind of the
 6  content of the presentation if we were to go through the
 7  slides?
 8       A.   Yes, I think so.
 9       Q.   Okay.  Well, let's try to do that.  I don't
10  think we need to do it in a huge amount of detail, but
11  to the extent it's a PowerPoint and gives bullet points
12  as to the full explanation of each topic, I might ask
13  you to explain a little bit about what information is
14  going to be communicated in this presentation.
15           I think we can skip ahead to page 3, which is
16  Bates 282.  That seems to be the first page with any
17  content on it.  It is just the preface.  You've already
18  given me kind of an idea what this presentation is for.
19           Do you have anything to add to that, or is
20  there anything else that would be explained in
21  connection with the slide?
22       A.   It's sending you -- it's sending the people
23  who are watching it to other topics, other pamphlets
24  that probably are provided as a handout.  Timeline,
25  another probably a topic for a handout.
```

1      Q.   Okay.  Let's just go ahead to the next page.

2   It's slide 4, Bates 283.  No. 1, "Be visible," there's a

3   couple of bullet points, a couple of graphics.  So you

4   can explain what this means, and I'll leave it to you to

5   explain it to me.

6      A.   So this would probably be somebody talking to

7   a local -- local league members who are interested or

8   even other folks who are interested in doing VDRs who

9   are interested in doing voter registration.  And this is

10  just some great ideas for people to have if they are

11  tabling where they would set up some place and try to

12  encourage, and voters would walk up to them, and

13  probably they would talk about the different events they

14  could have, like high school voter registration events,

15  college campuses, libraries, rock-and-roll events, you

16  know, whatever they do.  And then it also has different

17  things that people may want to have at their table.

18     Q.   And I think you used the -- let me ask this:

19  So at this table, is the idea to attract potential

20  voters?  Is this to attract potential volunteers?  Both?

21  Or who is trying to be attracted to these tables?

22     A.   They would probably have something for

23  volunteers, but the point of this table would be to have

24  a big sign that say "Register to Vote," "Be a Texas

25  Voter," and provide information to review.

League of Women Voters of Texas - 4/21/2020

139

1          If those people were coming up to the table

2    were registered to vote, if they needed to register to

3    vote, if they had a change in their status, like they

4    moved from one place to another, if they had a change in

5    their name, if they moved from one county to another,

6    and probably they have a way for people to sign up to

7    get texting reminders.

8          **Q.   Why is it important to be visible at a table**

9    **like this?**

10         A.   Because otherwise people won't know why you're

11   there.  So we do put up a lot of things that say we're

12   the League of Women Voters, and also allows us to get

13   into places because we -- they know that we're

14   nonpartisan, and we can be places that people don't have

15   to worry that they're going to be hassled about who

16   they're voting for, but more about the process of voting

17   itself.

18         **Q.   Is the goal to attract as many people as**

19   **possible to come over to the table?**

20         A.   Well, the goal would be to attract the people

21   who need to have this service to come to the table

22   because we don't give anybody -- I mean, a sticker is

23   fine.  But we don't give out prizes or anything.  But we

24   do encourage -- we put enough signs up so that people

25   will walk over to the table.

League of Women Voters of Texas - 4/21/2020

140

1    If they go, "Oh, I just moved," "Oh, I just

2    changed my name," or, "I remember there's an election

3    coming up, and I've got to check on this," or, "I have a

4    question about something," so they come up.  It's not to

5    get people who don't need that information to come up.

6    Does that make sense?  We're not giving

7    anything away to get everybody to come up to the table.

8    We just --

9    Q.  Yeah.  That does make sense.  I appreciate

10   that clarification.

11   Would a league member who is staffing one of

12   these tables, would they talk to anyone who approaches?

13   A.  They will.  And I want you to remember that

14   the annual reports that we went through earlier had

15   pictures.  And in each one of those, I think -- I know

16   for sure one of them I said, "Oh, that's the League of

17   Women Voters of Fort Bend County," and they were five

18   different people sitting behind the table, some of them

19   standing.  That is an example of the voter registration

20   table they were having.

21   And then I forgot what the question was.

22   Q.  No, that's fine.  That's helpful for -- I

23   appreciate you pointing that out so I can see an example

24   of it.

25   If someone walks up to the table and says,

League of Women Voters of Texas - 4/21/2020

141

1   **"I've registered to vote, and I intend to vote," will**

2   **you turn them away, or will you still engage with anyone**

3   **-- will a league member still engage with anyone who**

4   **wants to come up and ask a question?**

5       A.   We would engage with them on that question,

6   and we would engage -- we would say something like, "Oh,

7   yeah, how would you" -- probably, something like I would

8   want to go and look through this, make sure I phrased it

9   right.  "Tell me what your plan is to vote," if they

10  think they're already registered.  "Or did you get the

11  new voter registration card, postcard in the mail?  What

12  color is it?"  Right?  Something to show us that they're

13  actually registered, that they don't think they're

14  registered and aren't registered, so that we can show

15  that -- and sometimes we might say, "Would you like us

16  to verify that you're registered?"  And so then we would

17  go either to the county website or to the VoteTexas.gov

18  website and look up to see whether they're on the voter

19  registration roles and just check it, if they have

20  enough time.

21      Q.   **If someone approaches one of these tables and**

22  **asks a league member or a league volunteer something to**

23  **do about their voter registration status, or whatever,**

24  **is there ever a circumstance where a league member or a**

25  **league volunteer would turn away that person and say,**

League of Women Voters of Texas - 4/21/2020

1  **"No, you're not the kind of person we're here to chat**

2  **about today, please leave"?**

3       A.   I know you've been listening to me all day

4  long.

5       **Q.   I think I know what the answer is, but**

6  **sometimes I just need to ask anyway.**

7       A.   No, we don't turn away anybody.

8            Now, if the volunteer deputy -- if that person

9  is from out of state, then we would still talk to them.

10  Even if the person is -- we talk to everybody.

11  Obviously, league people love to talk.  We love to

12  support democracy, and if they were already registered,

13  we would talk to them about the next steps.  "Oh, so

14  what's your plan to vote?  Have some information."

15            We provide them with information on next steps

16  and how to make a plan to vote, like the next elections.

17  We have little cards they can put in their wallet or

18  their purse that has the information they need to go and

19  make sure they participate in the election.  We might

20  sign them up for the text to register, text -- text

21  reminders.

22       **Q.   It seems to me that -- tell me if I'm wrong --**

23  **that anyone who wants to approach one of these tables**

24  **and talk about something related to voting, there's some**

25  **kind of productive conversation that you can have?**

1       A.    Yes, I think so, yes.

2       Q.    Okay.  Looking back to our PowerPoint

3   presentation here and figuring out -- oh, we should have

4   gone to the next slide.  There's more pictures there of

5   these tables, so that's helpful.

6       A.    There you go.  I'm trying to look and see

7   where they're from.  I would have to look closer.  More

8   than likely, because it was created by Elizabeth Erkel,

9   look, she has like a North Carolina t-shirt on.  "Vote

10  ya'll," but it says, "Vote ya'll."

11      Q.    I think we talked about all the things that

12  are reflected here.  I mean, it says, "Don't just stand

13  there.  Move around.  Be friendly.  Be assertive.  Be

14  enjoyable."  Why are those things important?

15      A.    Because we want to be welcoming.  This is

16  Texas, and we want to welcome everybody into the voting

17  process here in Texas.  And that's what we love doing.

18           And so we don't -- if you sit there behind the

19  table and not be inviting, then people aren't going to

20  come up to you.  So we're smiling.  No matter what

21  process they're in, that we would provide them with

22  assistance on encouraging them to vote.

23           "Piece of cake," cute.  I'm sorry.

24      Q.    Let's go to the next slide, I suppose, slide

25  No. 6, Bates 285, slide 2, "Talk about voting."

League of Women Voters of Texas - 4/21/2020

144

1      A.    Yes.

2      **Q.    Can you explain to me this slide?**

3      A.    That picture right there is a picture of

4  Elizabeth Erkel with her two grandchildren.  She's

5  dressed up in her suffrage outfit.  I'm just letting you

6  know that.  She's the one that wrote all these

7  presentations.

8      **Q.    Gotcha.**

9      A.    She did the research.  Everybody has a

10  different reason for voting, and you do not -- as a way

11  of being nonpartisan, we do not ever say, "I'm voting

12  because of immigration," or something.  We just -- we

13  don't do that because we don't want to ever push one

14  side or another.

15        And so having the voters explain their own

16  reason for voting gives us an opportunity to encourage

17  them in whatever part of the process they're in.  "Share

18  a personal story" helps people understand the process of

19  voting.  If you share a personal story about voting

20  early or voting in person or voting by mail, it just

21  makes it more -- feel better and more like they're

22  welcomed into the voting process.

23      **Q.    One of the questions on here -- I guess, this**

24  **is a question that someone who is staffing one of these**

25  **tables could ask is, "How important is it for you to be**

1  a voter in the upcoming election?"  Did I get that

2  right?

3      A.   Yes, that is -- that is what it says on the

4  slide.  You would ask them, "How important is it for you

5  to be a voter?"  "To be a voter."  And "to be a voter"

6  is a very inviting phrase.

7          So Texas has got a very low voter registration

8  rate.  It's gotten lots better, but a low participation

9  rate.  We want to encourage everybody.  We have

10  researched ways of saying things that try to make

11  everybody feel welcome, they're being a part of the

12  process.

13      Q.   You anticipated my question perfectly.  I was

14  going to ask you why you would the ask question like

15  that, and exactly what I got.

16          Let's look at the next slide, slide No. 7.

17  This talks a little bit about things not to talk about

18  and reasons why that might be the case.  I was hoping

19  you could just explain that in a little more detail for

20  me.

21      A.   So during the election right up to the

22  election, we -- because research shows that if you talk

23  negatively about voting and you talk about low voter

24  turnout, "Nobody likes to vote," nobody wants to go to

25  that party; right?  So we try to talk positively and be

1    encouraging about voting; right?

2              Look, look, that's exactly what it says.

3              And yeah.  So it is a problem in Texas, and

4    maybe in other places -- I've only lived in Texas -- is

5    that if people are negative, then it is much more -- if

6    you only talk about difficulties people are having or

7    about how nobody is participating or nobody does

8    anything, if it's very negative, then people aren't

9    going to participate.  We try to encourage everybody to

10   participate.  So the run-up towards an election, we

11   really want to stay positive.

12             Does that make sense?  It does to me.

13        Q.   It does.  No, that makes perfect sense.

14             I guess the next slide says, "Be nonpartisan."

15   We've talked quite a bit about that today, I think.  You

16   explained it in some detail, which I appreciate.

17             Is there anything else from this slide, which

18   is slide 8, or 287, or the next slide, slide 9, which is

19   Bates 288, is there any other information about those

20   two about being nonpartisan we haven't already talked

21   about today?

22        A.   No.  If you are dressed -- if you are at a

23   league table, if you are at a league event, if you are

24   representing the league in any way, you have league

25   outfit on or whatever, then we encourage those league

1  members to stay nonpartisan, not put buttons, not

2  encourage one candidate over another, one party over

3  another.  So that is it.  I think we got it.

4          It looks like no ducks, donkeys or elephants.

5  Isn't that interesting?

6      **Q.   Yeah, I wasn't sure about the duck.  Is that a**

7  **joke, this injured duck, or a party I'm not familiar**

8  **with?**

9      A.   I think it's a joke.  Always at the beginning

10  of each of our meetings and every time we get together,

11  we always go over what it means to be nonpartisan.  It

12  does not mean you're not political and you're not active

13  and you don't participate in our government, but that

14  when you're representing the League, that you stay

15  nonpartisan.

16      **Q.   Got it.  Got it.**

17          **Next section starts on slide 10, which is**

18  **Bates No. 289.**

19      A.   Oh.

20      **Q.   Down to slide No. 11, says, "Maintain**

21  **privacy."  Can you talk a little bit about this section**

22  **of the presentation?**

23      A.   Page 289, "Maintain privacy," let me look at

24  it.  "Don't ask applicants to provide you with personal

25  information."  We try to -- and this is not always the

148

1    case, but we try to get people to sign up for the voting

2    reminders by text where the people can sign up

3    themselves into that service and get text reminders on

4    their phone.

5           Otherwise, this is not necessarily a policy,

6    because I know some leagues and some places we do ask

7    people to sign a postcard.  Instead of sign up for

8    voting reminders, they can sign a postcard and get

9    reminder about elections.

10          But it also might be a place where a league

11   member who was doing a presentation might talk about not

12   taking pictures of the voter registration cards and

13   reminding them that we will take very good special care

14   of your voter registration card, and tell them what the

15   part of the process is so that they feel comfortable

16   filling out the card and giving it to you, because

17   they're providing you with their personal information.

18          Now, if they wanted to fill out something and

19   get the text reminders or have reminders sent to them

20   because they filled out something else, that's

21   different.  But that voter registration card is theirs,

22   and you review it with them, and you check that

23   everything has been done correctly, and then you put

24   your VR number on there, and then you, you know, it goes

25   into a safe place, and there's a certain amount of time

1   they have to get it over to the county voter registrar.

2          So that's -- if I were giving the speech,

3   that's some of the things I would say on that one.

4      **Q.   That's great.  That's exactly what I'm hoping**

5   **for.**

6      A.   The other thing you wouldn't ask in this spot

7   would be you wouldn't -- you may say something sort of

8   sneaky like, "Are you off paper"; right?  Or something

9   like that.  But you would say it in a way that wouldn't

10  embarrass the person.  So it's also giving that kind of

11  privacy where you wouldn't dig into why they are not

12  registering to vote because that may be something they

13  don't want to share with the people around them.

14         I think that also might be part of that topic.

15  Even though it doesn't say it here on the screen, it is

16  probably something that is talked about.

17     **Q.   Got it.  Got it.  And that kind of -- I think**

18  **all of that kind of dovetails pretty well with the next**

19  **section here, "Work with special populations."  Looks**

20  **like slides 12, 13 and 14 talk about that.  It talks**

21  **about the Address Confidentiality Program, which is a**

22  **great program.**

23         **That refers to the state laws related to**

24  **protecting confidentiality of certain types of voters;**

25  **correct?**

League of Women Voters of Texas - 4/21/2020

1    A.    Correct.  We do a special social media

2   campaign for domestic violence and other folks who need

3   to have their voter registration kept, you know, their

4   address and stuff kept private.

5    **Q.    I don't know that I really have any questions**

6   **about this part of it.  It's seems like this would be a**

7   **point in the presentation where someone can educate**

8   **whoever they're talking to about this program and how to**

9   **work with it.  Is that a fair characterization?**

10   A.    Yeah.  This is to talk about special

11   populations that you may run into as a volunteer deputy

12   registrar.  So that would include people who are

13   homeless.  This would go over people who are homeless or

14   people who under domestic violence or people who had --

15   who are on paper.  So you can say -- off paper, on

16   paper, so you can make sure you can deal with some

17   possible situations that may come up.

18   **Q.    The next section beginning on slide 15,**

19   **beginning Bates 294, says, "Educate new voters."  And it**

20   **looks to be a flowchart for how a conversation might go.**

21   **Do I have that correct?**

22   A.    So this is about new voters, not people who

23   have been voting for a long time.  So that's how I would

24   say.  This is not about -- this might be about somebody

25   who is a high school person or a college person who's

1  just voting for the first time or somebody who --

2  somebody who moved in from California where they have

3  different rules.

4         So this is educating new voters than people

5  who have been voting in every election.  So it talks

6  about the how, what, where, why, when, all that, in

7  order to make sure they have a plan to vote.  It's not

8  just about registering, but ensuring that you are

9  registered, verifying that you're registered, checking

10  that you got that voter registration card in the mail.

11  Stuff like that.

12      **Q.   Then on the next page, it looks like it has**

13  **some links to some other materials that someone who is**

14  **at one of these tables or is doing some outreach might**

15  **want to have available.  Do I have that right?**

16      A.   So these are available on the GOTV web pages.

17  They're updated for most elections with these big

18  changes that happen to election dates.  I don't think

19  they're updated these new ones yet.

20         But this is an example of what may be handed

21  out to them.  I don't know if we still do the "Election

22  Information Texans Can Trust."  But, you know, things

23  like that.  It's an example of what we may hand to

24  people.  It generally is -- if Elizabeth is still doing

25  it, it has -- it's individualized for the folks

1  depending on where they're at so that they could

2  advertise for their specific league, and they could have

3  the website of their specific county if they happen to

4  be in a county.  There's a generic one for if you're

5  someplace where people come from different places.

6       **Q.   And then the next or the last three slides or**

7  **so, Bates 296, -97 and -98, all look to me at least to**

8  **just be links or references to other resources.  First**

9  **one is "Know the law."  It contains links, presumably,**

10 **to information about various laws.**

11            **Do I have that right?**

12      A.   I would have to look at the tinyurl.  I don't

13 know -- "tinyurl" is probably because the URL is too

14 long.  So first one looks like a link to the National

15 Voter Registration Act.  Perhaps the Motor/Voter Act.  I

16 would have to open it up to see.

17            And I bet Texas Voting may be going to

18 TexasVote.gov.  I'm just guessing.  I would have to go

19 to that URL to see.

20            And then -- oh, look, they have the Texas

21 Volunteer Deputy Registrar Guide from the Texas

22 Secretary of State.  To me, they all kind of go

23 together.  The National Voter Registration Act and

24 Motor/Voter law, the Texas general law and then how to

25 be -- the Volunteer Deputy Registrar Guide, that's

League of Women Voters of Texas - 4/21/2020

153

1  provided by the Secretary of State.

2       **Q.   Got it.  And it seems to me that the intent of**

3  **this slide would be just to provide these as other**

4  **resources to folks who want to find out more?  Is that**

5  **how someone would use this slide in a talk?**

6       A.   Because they are probably -- the League

7  members are probably talking to VDRs.  Or the next

8  step -- when you become a VDR, the next step is how to

9  become a really excellent VDR.  Then this would probably

10 be the place where they may talk about what our lawsuit

11 is about, which is the DPS issues, because I suppose

12 that's why this says Motor/Voter on it, because that is

13 one of the main issues.

14       So to me, this may be where they would talk

15 about the DPS driver --

16      **Q.   Got it.  Got it.  Appreciate that.**

17      **And the links on this page and the links on**

18 **the next two pages that have other "Voter Registration**

19 **Resources," is what it says on 18, and "References" on**

20 **No. 19, you didn't review any of these links or what**

21 **they linked to to prepare for this deposition; correct?**

22      A.   I did not.  I do know who Nonprofit VOTES is

23 and what they provide.  I really appreciate them.  It's

24 a national organization.  I know who they are.  I go to

25 some of their training things.

1          The LWV-TX resources, that's specifically for

2    educators.  That's a special page we have on our

3    website.

4          And then National Voter Registration Day is

5    one of the days that the League is really involved in.

6    Leagues and other groups from all over the nation, that

7    is a huge national voter registration day to get

8    everybody registered to vote.  It has different social

9    media tools and other tools we use.  It's good.

10          And then the "References," Elizabeth Erkel, as

11   I said before, is a PhD person.  So she's big into

12   references.  I commend her for that.  I do not click on

13   those.

14       Q.   I totally understand that you're familiar with

15   a bunch of these generally.  But I guess my specific

16   question is:  You didn't sit down and click on each of

17   these links and review these materials to prepare for

18   the deposition?

19       A.   No, I did not.  No.

20       Q.   And that is a hundred percent fine.  I would

21   not have expected you to.

22       A.   Okay.

23       Q.   And then the next couple of pages, it looks

24   like the presentation ends on slide 19, but then the

25   next two pages are maybe a handout that goes with this

1  presentation.

2         Do I have that correct, or do you know?

3     A.   I don't know.  It says 3.  Why does it say 3?

4  There's a 7.  Then there's a --

5     Q.   I'm looking at Bates No. 299 and 300.

6     A.   299 is a handout.  It looks like a handout

7  that we've created that's just -- that could be used

8  during one of these presentations.

9     Q.   That's what it looks like to me, too.  So that

10 makes sense.

11    A.   And more references, like I said, that's who

12 she is, and it's good.

13    Q.   Then after that handout, starting on Bates

14 No. 301 going through Bates No. 318, that looks to me

15 like --

16    A.   It's the same thing.

17    Q.   -- it's the same thing.

18         Can you please take a minute and look through

19 this?  I think this one is only 18 slides.  Maybe that's

20 the difference is that one of the slides got cut off.

21 Can you please look through that and tell me if it is

22 the same or if there are any, you know, substantial

23 differences between this one and the one we just --

24    A.   Yeah, I'm almost through, just a second.

25    Q.   Thank you.  I appreciate it.

League of Women Voters of Texas - 4/21/2020

156

1      A.   (Reviewing document.)  It looks the same.

2 What about this?  "What to Say:  Talking About Voter

3 Registration," I don't remember that one.  Was that

4 there?

5      Q.   **Which Bates number are you looking at?**

6      A.   319.

7      Q.   **Yeah.  I think that's the new document or at**

8 **least that's how I'm interpreting it.  So the PowerPoint**

9 **slides --**

10      A.   Were the same.

11      Q.   **-- ending 318, those all look the same to you?**

12      A.   Yeah, they do.

13      Q.   **Fair enough.  So Bates 319, says, "What to**

14 **Say:  Talking About Voter Registration," and that looks**

15 **like a two-page document.  Again, at the bottom has**

16 **Dr. Erkel's name.  Can you explain a little bit about**

17 **what I'm looking at here?**

18      A.   So this one is like we were talking earlier

19 about the Get-Out-the-Vote program, about how to stay

20 positive, about how to make sure that they -- to use

21 your own experiences, right there up on the upper

22 right-hand side.  And then to try to find out if they

23 need to have their voter registration.  "Do you want to

24 register to vote?"  "Have you moved recently?"

25           It's a back-and-forth between the VDR.  It's

 1  an example of some back-and-forth language.  Huh, I'm

 2  going to change that.  Okay.

 3      Q.   **What would you like to change?**

 4      A.   I'm not telling you.  No, I can tell you if

 5  you want.

 6      Q.   **I am curious actually.**

 7      A.   The Vote.org.  "Would you like to sign up for

 8  voting and election reminders?"  Why is it sending it to

 9  Vote.org instead of our own texting resource?  Doesn't

10  make any sense.  So probably this may -- I don't know if

11  it's dated or not.  But --

12      Q.   **Gotcha.**

13      A.   Anyway.

14      Q.   **All right.  I think I understand what I'm**

15  **looking at on this document.  I think we talked pretty**

16  **much about the substance of all these types of things in**

17  **connection with the presentation.  So --**

18      A.   This is also where a person would bring up and

19  it would come up if it was -- how did they register to

20  vote?  How is it -- how do you know you're registered to

21  vote?  So if there is an issue that they can do it in a

22  nice and pleasant way.  Reassuring.

23      Q.   **Got it.  Then the next page --**

24          THE REPORTER:  Uh-oh.  Looks like he froze

25  again.  I'm going to go off the record, Mimi.

1          MS. MARZIANI:  Okay, thank you.  Let's take a

2   five-minute break.

3          (Recess taken:  3:05 p.m. to 3:14 p.m.)

4          MR. HILTON:  Okay.  Great.  Again, sorry that

5   my video cut out again.  You know, I don't think it was

6   too bad a time for us to cut out because we had been

7   talking about one document.  I was pretty much ready to

8   move to another one anyway.  I don't think I need you to

9   read anything back or anything.

10         **Q.   I guess I have one question about one of the**

11   **last topics we were talking about.  One of the topics on**

12   **this two-page handout, Bates Nos. 319, 320, is someone**

13   **who thinks they're registered or isn't sure whether**

14   **they're registered.  And you touched on that a little**

15   **bit.**

16         **You said some of the follow-up questions would**

17   **be like:  "How did you register?"  "How do you know**

18   **you're registered."  That kind of thing.  Is that**

19   **fair -- a fair characterization of what we were just**

20   **talking about?**

21         A.   "How did you register?"  "How do you know you

22   were registered?"  "Did you get a voter registration

23   card in the mail?"  Oftentimes, they may think they're

24   registered even though they moved.  Or it's just -- lots

25   of things.

159

1      Q.   Right.  There's lots of different -- there are

2  a number of different ways that folks could register to

3  vote; correct?

4      A.   Yes.  These are just examples.

5      Q.   Right.  I'm not asking for an exhaustive list.

6      A.   Yeah.

7      Q.   And there are a number of different reasons

8  why someone might be unsure whether they're registered

9  to vote; correct?

10     A.   Yes.

11     Q.   Do league members or league volunteers or

12 someone who is engaging in these outreach efforts, do

13 they keep track of the particular reason why each person

14 who approaches them is not registered to vote?

15     A.   No, not that I know of.

16     Q.   And do they keep track of how someone tried to

17 register to vote before they came and talked to a

18 volunteer?

19     A.   They don't keep track of it, but they listen

20 for that.

21     Q.   I understand.  They don't write it down

22 anywhere and keep tabs on numbers or anything like that?

23     A.   No.

24     Q.   Okay.  Turning back to the documents, I think

25 right before I cut out, I was trying to ask you about

 1  **Bates No. 321.  So I was hoping if you would just kind**

 2  **of explain, you know, what this timeline is, what's it a**

 3  **timeline of, where this document came from, just kind of**

 4  **give me a sense of what I'm looking at.**

 5       A.   This is Nonprofits.org; right?  Yeah,

 6  NonprofitVOTES.org.  It's a nonpartisan national

 7  organization that encourages nonprofits and -- to

 8  register to vote, register their clients to vote and to

 9  encourage voter registration.

10            So this is just an example of -- especially

11  for those organizations new to voter registration for

12  the timeline that they would perhaps need to follow

13  based on when an election is happening.  This is not a

14  document the League created.

15       **Q.   And so this is not a document the League**

16  **created?**

17       A.   This is not a document the League created, but

18  we do share it on our web page.

19       **Q.   Got it.  Does this reflect a typical timeline**

20  **for league activities?  I mean, I understand ya'll**

21  **didn't create it and that it's not a detailed**

22  **description of League-specific activities, but is this**

23  **the kind of thing that the League engages in?**

24       A.   The only thing I would say that is different

25  is that this is for an organization it looks like, such

1  as a health clinic, right, would be a nonprofit

2  organization that would use this.  And the difference in

3  the League is that our voter registration efforts are

4  year-round with emphasis at certain times of the year.

5  But not necessarily based on this.

6         So this is information probably to give to a

7  partnering organization, maybe a food bank, maybe a

8  daycare center or something that want to be involved

9  with the registering voters, but they haven't set it up

10  yet.  Does that make sense?

11     **Q.   I see.  I think I understand.  I think I**

12  **understand.  This document is geared towards an**

13  **organization that isn't centered around voter**

14  **registration, voter education, Get-Out-the-Vote?**

15     A.   Right.  That would be us.  And this would be

16  to -- because our Get-Out-the-Vote isn't just our

17  organization, but for partnering organizations.  And so

18  this is a timeline for a partnering organization who may

19  be doing something else to put -- to encourage their

20  clients to register to vote.

21     **Q.   And as we talked about earlier, the League --**

22  **the core mission is voter registration, voter education,**

23  **Get-Out-the-Vote.  So those activities are happening all**

24  **the time; whereas, this timeline would be about ramping**

25  **up to Election Day?**

1    A.   Right.  This is for -- this is for a

2  healthcare clinic, a food bank, or something else that's

3  ramping up; whereas, we may ramp up before the last day

4  to register to vote, but we register our people to vote

5  all year around.

6    Q.   Okay.  This timeline isn't going to tell me a

7  whole lot about the League's ramp-up efforts in a

8  lead-up to an election?

9    A.   No, it might not.  I don't know.  Doesn't seem

10  to.

11    Q.   There may be some similarities, but that's not

12  what it's directed toward?

13    A.   Yeah.

14    Q.   Got it.  Next page, Bates 322.  I'm just not

15  sure what I'm looking at here.

16    A.   Over on the left-hand side, it says Emily Eby.

17  Emily Eby is one of our members who moved from Travis

18  County to Harris County.  This is her league membership

19  date.

20    Q.   I got you.  So it's showing she is a member

21  during this time period?

22    A.   Yes, sir.

23    Q.   Got it.  Do you know if she was a member

24  before December 18th, 2018?

25    A.   I don't know.  But you could find out.  I just

1   don't know.

2       Q.   And you talked about Emily Eby in one of your

3   declarations.  Do you recall that?

4       A.   Yes, kind of.  I would have to look at it to

5   see exactly what I said.

6       Q.   If you don't mind, I'm going to pull it up on

7   the screen share so we can have a look at it and see if

8   I have any questions about it.  This is already an

9   exhibit to the deposition.  I apologize.  I can't

10  remember a number because I was pretty sloppy when we

11  were going through earlier.  I apologize to everyone.

12  I'm sure we'll figure it out later.

13           But we're looking at the Supplemental

14  Declaration of Grace Chimene; is that right?

15      A.   Yes.

16      Q.   And in paragraphs 4 and 5 of the Supplemental

17  Declaration, it mentions Emily Eby; is that correct?

18      A.   Yes, it does.

19      Q.   And paragraph 3 as well?

20      A.   Yes.

21      Q.   Then turn to the second page of this

22  declaration, she's again discussed in paragraph 6 and 7?

23      A.   M-hm.

24      Q.   In paragraph 4, you testified a minute ago

25  Travis County to Harris County in November 2019.  Do you

League of Women Voters of Texas - 4/21/2020

164

1    know if she intends to move again?

2         A.    No, but I figure -- I figure she will.

3         Q.    But you don't know specifically her plans on

4    whether she intends to move?

5         A.    I do not know specifically her plans.

6         Q.    Okay.  Got it.  And paragraph 5, it says she

7    used the DPS online system in December of 2019 to change

8    her address.  Do you know what date in December she used

9    that system?

10        A.    I do not know.

11        Q.    That's fine.  "I don't know" is an acceptable

12   answer, as I'm sure your Counsel has told you.

13             Then in paragraph 7 of this declaration, it

14   says, "Emily Eby remains unregistered to vote in Harris

15   County as of today's date."

16             Did I read that correctly?

17        A.    Yes.

18        Q.    That date is the date you executed it,

19   January 28th, 2020; is that right?

20        A.    Yes.

21        Q.    Do you know if Ms. Eby subsequently registered

22   to vote?

23        A.    I don't know.

24        Q.    That's totally fine for today's purposes.  So

25   I think that's all I have on that.

1          Turning back to the League Bates-numbered

2    documents, we had just looked at Emily Eby's membership

3    page, which shows the dates of her membership.

4          So turning now to Bates No. 323, it says,

5    "Administrative Coordinator Job Description"; is that

6    correct?

7          A.    Yes.

8          Q.    This is the three-quarters employee that we

9    talked about earlier?

10         A.    Yes.

11         Q.    And does this reflect all of -- what was her

12   name again?  I'm sorry, I can't recall.

13         A.    The three-quarters person's name is Karen

14   Kelly.

15         Q.    And does this accurately reflect her job

16   duties?

17         A.    It did at the time, but she -- may I say --

18   add something and say she has been invaluable in leading

19   us through having an online Zoom convention.  She's our

20   techie person to help us for that.

21         Q.    A job duty that no one could have anticipated

22   she would need.  I don't see a date on this --

23          I'm sorry, Mimi?  I wasn't sure if it was an

24   objection.

25          MS. MARZIANI:  No.  I was just laughing about

1   the Zoom convention.

2           MR. HILTON:  We're all experts on Zoom.  I

3   didn't even know what Zoom was until two weeks ago.  So

4   there you go.

5       Q.   I'm not seeing a date on this job description.

6            Do you happen to know what date this was

7   created?

8       A.   No.  No, I'm sorry, I don't.

9       Q.   That's okay.

10      A.   There was nobody there before her.  So we --

11      Q.   When was she hired?

12      A.   I -- I don't know that date specifically

13  either.

14      Q.   Okay.  To the extent that you know for any

15  reason, I'm sure Mimi can inform me later.

16      A.   Okay.  That would be great.

17      Q.   Yeah, I don't think that's particularly

18  important, but if it becomes important, we'll deal with

19  it later.

20      A.   Okay.

21      Q.   Then the next couple of pages beginning Bates

22  325 continuing to Bates 326, that's another job --

23  that's an employment agreement for a full-time executive

24  administrator.  Do I have that right?

25      A.   Yes, sir, m-hm.

League of Women Voters of Texas - 4/21/2020

167

1    Q.   I'm also not seeing a date on this, but if you

2    could just remind me who the executive administrator is

3    and tell me what their duties are if there's any not

4    reflected on this document.

5    A.   Aileen McMurrer, and she is invaluable.

6    Imagine, there was just one person until we got Karen.

7    There was just one person doing all of this.  She

8    coordinates between -- so she's the main go-to person at

9    the office that League members can call and ask

10   questions, voters can call and ask questions.  She

11   refers people different places.

12        She's invaluable.  She does newsletters.  She

13   does development, which means creating whatever is

14   needed to try to bring in money.  And this is basic, but

15   her, again, just like Karen, you know, both of them are

16   ready and willing at any time to step up and do whatever

17   is needed to get the work of the League done.

18        She goes with us to do the regional training.

19   She does trainings herself at regional trainings.  She

20   does trainings and helps out with everything for

21   convention.  Can you imagine an organization that I've

22   been talking about all day long, and we only had one

23   employee, and now we have one and a half.  And it's just

24   great.  We could use more.

25   Q.   They must be as dedicated and passionate as

1  **you to get it all done.**

2      A.   They are, and I really appreciate them.

3      **Q.   So I think we're on the last page of this pdf**

4  **anyway, Bates 327.  I really don't know what I'm looking**

5  **at here.  If you can explain it to me, I would**

6  **appreciate it.**

7      A.   So it came to my attention that it would be

8  important to know -- now I understand a little bit

9  more -- to know if a member of the League moved from one

10 place to another, and so we -- because that means they

11 would need to update their DPS driver's license; right?

12          So I contacted the LWVUS national office, and

13 they had a -- they have an IT person who does their

14 membership and coordinates all the membership, which is

15 very difficult, as you can imagine listening to me all

16 day long, local league, state league, national league.

17          And I had him look through the members and

18 find out -- and I'm sure there's more of them; these are

19 the ones he says were the most obvious -- that had moved

20 -- had changed their address on their membership data

21 that he has access to.  So that's what this is.

22          Then it says the name of the League and

23 whether they're members who moved, inactive members who

24 moved.  And sometimes it says "inactive," it's just at

25 one point in time, because they can update their

League of Women Voters of Texas - 4/21/2020

169

1   membership at any time.

2          Anyway, it's an example showing that League

3   members do move from place to place and have to update

4   their driver's license and their voter registration.

5       Q.   **And you said this information came from some**

6   **sort of IT or technical-type person at the National**

7   **League of Women Voters?**

8       A.   We don't have that access to that information.

9   We can input membership data, but we can't like analyze

10  or pluck out.  We can -- we can find members.  We can

11  see they are a member or were a member, but we can't

12  play with it.  LWVUS, the first name is Jason, is able

13  -- was able to do this when I requested it from him.

14          The numbers on the left-hand side -- and it's

15  interesting because the numbers on the left-hand side

16  are each league and league-at-large, but these are just

17  leagues over there.  They're not all of them.  Each

18  local league is given a number.

19          So TX100, right, and then on the right-hand

20  side is the name of the League that they were a member

21  of.  So the ones that are members of LWV of Texas are

22  the ones who are members probably as a league-at-large,

23  because I don't see any leagues-at-large in there.

24      Q.   **That's exactly what I was going to ask.**

25           **This is a reflection of the number of local**

1    leagues, or sometimes you call them independent leagues,

2    as of 4/18/20, but the leagues-at-large are not

3    reflected separately on this document?

4         A.    Each league-at-large is not reflected

5    separately.

6         Q.    Got it.

7         A.    The LWV of Texas, I'm not sure exactly what

8    that is.  I suspect that it is the leagues-at-large, and

9    also there are members who don't belong to any local

10   league or unit.  They are just people who live in

11   West Texas, and there is not enough people to form a

12   league.

13        Q.    Got it.  If I wanted to know -- I'm sorry.

14             If I wanted to know specifically who these

15   members were, I would have to talk to that person whose

16   name you mentioned at LWVUS?

17        A.    Right.  Absolutely.

18        Q.    Neither you nor anyone at League of Women

19   Voters of Texas could tell me that, in other words?

20        A.    That's correct.  It would be LWVUS.

21        Q.    And similarly, if I wanted to know whether any

22   of those people had plans to move again in the future,

23   nobody at the League of Women Voters of Texas could tell

24   me that?

25        A.    No.

1    Q.   Okay.   I think that's all I have for this

2    document for now.   If we can, I would like to switch

3    over to one of these other pdfs of documents that were

4    produced to us.   This is the one that has "second

5    supplement" in the file name.   It's Bates Nos. 330

6    through 344.   That's also reflected in the file name.

7         A.   Yes.

8              MR. HILTON:   We'll make this the next exhibit

9    to the deposition.   I think we're on Exhibit No. 8, but

10   I hesitate to even guess because I've done such a sloppy

11   job keeping track of that.

12             THE REPORTER:   It's 8.

13             MS. MARZIANI:   I believe that's correct.

14             MR. HILTON:   Sorry about that.   We'll try to

15   be better next time.   I think it's Exhibit 8.

16             (Defense Exhibit No. 8 was marked for

17             identification.)

18             MR. HILTON:   I'm used to being able to stamp

19   them in person and keep track of them that way.

20   Definitely next time on the Zoom depo, we've got to get

21   that straightened out.   Sorry, Ms. Chimene, you're

22   dealing with my ineptitude today.

23        Q.   Do you have that document in front of you?

24        A.   Yes, sir.

25        Q.   What is this document?

1    A.   Okay.  So this is a PowerPoint presentation

2 called "Ready to Vote" created by the League of Women

3 Voters Hays County.  And it looks like it was created

4 for elections in 2019.  That's what it says.  "Hays

5 County Election 2019."

6    **Q.   When was the first time you saw this document?**

7    A.   Yesterday.

8    **Q.   And again, it looks to be a 15-slide**

9 **PowerPoint presentation.  Do you know whether that's the**

10 **case?**

11    A.   I would have to count, but it looks like --

12    **Q.   Well, they're numbered at the bottom.  Let me**

13 **strike the question.**

14       **Is this -- do you know whether this is a**

15 **PowerPoint presentation?**

16    A.   Yes.  To me, it appears to be a PowerPoint

17 presentation.

18    **Q.   Okay.  But that's just based on you looking at**

19 **it now today?**

20    A.   Looks like a PowerPoint presentation.

21    **Q.   Got it.  Looks like that to me, too.  I'm just**

22 **trying to understand.**

23       **Do you know when or where this presentation**

24 **would be given?**

25    A.   Let me look.

1        Q.   Yeah, feel free to look at the document if it

2    will help you answer the question.

3        A.   Just a second.  Looks like a PowerPoint

4    presentation created to use for to educate the Hays

5    County area about the 2019 November 5th election.

6             Ah, so wonderful.

7             So I would suspect, because I did not create

8    it, they are a wonderful league that serves the Hays

9    County community.  They're very active.  They're

10   wonderful members of the League there.  It is an

11   interesting community because they -- I'm friends with

12   many of them.  I go to some of their meetings because

13   they're so close to Austin.

14             Tell me what the question was again.  I'm so

15   sorry.

16        Q.   That's all right.  I'm trying to get a sense

17   of when or where this presentation might have been

18   given.  It's helpful to know a little more about the

19   Hays County League because they're the ones who made it.

20             I understand your knowledge of this is

21   limited.  I just wanted to get at anything else that you

22   can tell me about it really.

23        A.   It's an example of how Leagues create voter

24   education for their community to educate their community

25   about upcoming elections.  They did a fantastic job.

```
 1   Their community includes rural/suburban areas and also

 2   the -- wait, Texas State.  So they have the Texas

 3   students there, too.

 4            So there's a lot of people coming in and out

 5   of the Hays County region.  A lot of people moving, and

 6   so it is -- every league meets the needs of their

 7   community, and this is a wonderful example of what a

 8   great job this league does.

 9        Q.   I'm sorry.

10        A.   Go ahead.

11        Q.   Is the Hays County League one of the

12   independent or local leagues?

13        A.   It is a local league.

14        Q.   So it's its own organization with its own

15   finances and its own bylaws and whatnot?

16        A.   It is, though, remembering that every member

17   of the League is a member of the Texas League and the

18   U.S. League.  We all are one organization, but with

19   three tiers so that they can meet the needs of their

20   local community.

21        Q.   Yeah, you explained that.  You explained that

22   previously.  That's what you were referring to?

23        A.   Yeah.

24        Q.   All right.  I think that's all I have on that.

25            I would like to turn now just to check my work
```

League of Women Voters of Texas - 4/21/2020

1   and see if there's anything I missed.  I would like to

2   turn to the 30(b)(6) notice.  I'm certain that is

3   already exhibit but I won't even guess as to which

4   number.  I can pull it up on my screen, but I think it's

5   No. 5.

6           MS. MARZIANI:  It's No. 5.

7           MR. HILTON:  5, thanks, Mimi.

8      Q.   I think you have a copy of that as well,

9   Ms. Chimene.  I can pull it up on the screen if you

10  would like me to.  But it is whatever is easier for you.

11          THE WITNESS:  Mimi, what would it be called?

12          MS. MARZIANI:  I sent it to you in the second

13  e-mail this morning with the complaint.  And it's called

14  -- there's some numbers, and then it says notice, N-O-T,

15  notice of depo, League of Women Voters of Texas.

16          Grace, we can also -- Chris, can pull it up on

17  the screen also.

18          THE WITNESS:  I think so because I've probably

19  got a hundred e-mails from people.

20          MR. HILTON:  Q.  If it's easier for me to pull

21  it up on the screen for you, I'm happy to do that.

22          MS. MARZIANI:  Yeah, let's do that.

23          MR. HILTON:  No problem.  All right.

24     Q.   Is that legible for you?

25     A.   Yes.

League of Women Voters of Texas - 4/21/2020

176

1      Q.   Okay, great.  We talked about this a little

2    earlier.  I'm going to scroll down to the list of

3    topics.  I'm going to go one-by-one.  I think we've

4    pretty much covered all this ground, or at least to the

5    extent I feel like we need to do today.  I want to check

6    them with you to make sure there's nothing else we need

7    to talk about.

8           I think we've covered your mission pretty well

9    today.  Is there anything else you would like to add

10   that's not something we talked about?

11     A.   No.  Our mission is, "Empower Voters,

12   Defending Democracy."  Woo-hoo!

13     Q.   And on No. 2, organization, organizational

14   structure, et cetera, et cetera, I think we've exhausted

15   your knowledge about that.

16           And Mimi, I think we discussed that as we went

17   along.  To the extent we have other questions about this

18   that we need the answers to, I think that's something

19   you said we can work through offline?

20           MS. MARZIANI:  Yes.

21           MR. HILTON:  Q.  Okay.  No. 3 is budget and

22   funding amounts, we talked about that.  There's a lot of

23   granular questions here about activities on which you

24   spent funds or which you dedicated resources in Texas

25   between January 1st, 2018, and the present, including

League of Women Voters of Texas - 4/21/2020

177

1  total spent on all activities, educating voters on

2  issues and candidates, et cetera, et cetera.

3       We went through those budget documents earlier

4  that contained some of this information.  Is there any

5  other information in the document production that

6  relates to any of these topics?

7       A.   I don't know what "document production" means.

8       Q.   **I'm sorry, all the Bates numbered documents**

9  **that we've spent the better part of the day going**

10  **through today.**

11       A.   Is there anything else?  I don't recall.  I

12  don't know.  I would have to look.  It's important to

13  notice resources since resources are important to know

14  about, Chris, because so much of our work is done by

15  individual members all across the state who belong to

16  the League.  They're all volunteers.

17       Q.   **And No. 5, activities on which you plan to**

18  **spend funds or which you plan to dedicate resources in**

19  **Texas, I didn't see much of that in the documents that**

20  **we went through today.**

21       **Are there projections, plans, future budgets**

22  **for future years through 2024 per your activities?**

23       A.   So when we were going through the workbook for

24  this convention, the budget -- it was a budget.  It's a

25  two-year projected budget; right?  Isn't that what

League of Women Voters of Texas - 4/21/2020

178

1  you're looking for?

2       Q.   If that's what -- if that's what the League

3  has on this topic, then yes, that's what I'm looking

4  for.  I guess my question now is:  Is there anything

5  else other than that budget projection that the League

6  has or that you can tell me about the League's plans to

7  spend fund or dedicate resources?

8       A.   May I just say one -- something?

9       Q.   Please.

10       A.   The convention that we were going to have

11  included something called Fund a Need, and previously,

12  the Fund a Need funded the GOTV, things that Elizabeth

13  Erkel worked on.  Then the next one, Fund a Need funded

14  the texting services and technology needs.

15            This Fund a Need was dedicated to

16  Get-Out-the-Vote for the 2020 elections.  And we didn't

17  -- we didn't get to have it.  So it is difficult.  So

18  that is all about -- it was all about making the money

19  at convention to spend on these upcoming activities.

20            So we're going to try to recommence and get

21  that money back hopefully at a later date if we can have

22  some in-person meeting or through donations or through

23  grants or something.  So we're -- we have a plan.  We

24  just don't have the money at this time.

25            And so everything changed because of the

179

1  coronavirus.  We will still have the dedicated

2  volunteers working on this.  But the coronavirus is, you

3  know -- so the plan was to gather a lot of money, and I

4  suspect we would have gotten, you know, 30-, $40,000 or

5  something at convention.  And it's just a -- anyway, I

6  guess I'm a little tired.

7         So that was the plan, to use it for just

8  Get-Out-the-Vote, voter registration, and all the

9  different changes that we have to do with the voter

10  education with the members and the voters across Texas.

11  So...

12     Q.   I understand.  And I appreciate you sticking

13  with me today.  And you know, I can only imagine how

14  frustrating and disappointing and sad it must be to have

15  geared up for all of this and have everything change.

16  So I certainly appreciate you talking about it.  I know

17  it must be personally difficult for you.

18         So, that said, maybe I can ask my question

19  this way, and that will get me there.  We talked about a

20  very large number of activities that the League engages

21  in in pursuit of its mission.  We talked about your

22  mission in quite a bit of detail.

23         Are there any other activities that we haven't

24  touched on today that the League engages in?

25     A.   We haven't touched on high school voter

180

1    registration efforts that we have on hold going across

2    Texas.  We haven't touched on the changes to straight

3    party voting, which we need to educate voters on.

4            And we haven't touched on the fact that

5    without online voter registration, at this moment in

6    Texas, there isn't a way to register voters because most

7    of the people who register to vote don't have accesses

8    at this moment.  I have a printer, but most people do

9    not have a printer, and the only access they have to

10   voter registration is to fill out one of those forms and

11   print it and sign it and mail it in.

12           Well, there are no stamps.  The stores aren't

13   open.  And so we have to create, instead of doing what

14   my normal plan is, I'm working with the Secretary of

15   State's office and the leagues and the members and

16   voters and other partnering organizations to create a

17   plan so that we can have a vibrant democracy here in

18   Texas right now.

19           And so that is taking up a huge amount of time

20   and effort because voters at this moment do not have

21   access to voter registration due to the coronavirus,

22   which I know is different than what we've been talking

23   about.  But that is a huge effort that we're going to be

24   working on, too, and it is all about voter registration

25   and what the plans are here in Texas.

1          I'm sorry, I'm just very -- obviously or I

2    wouldn't be doing all this stuff.

3          **Q.   You would not put up with me for a whole day**

4    **if it weren't.  And I appreciate you bringing up how the**

5    **coronavirus has kind of changed things, because you're**

6    **right, that's not something we touched on today, and**

7    **obviously not something we had in mind when we put most**

8    **of this together.**

9          A.   But those are the things, so you got a lot of

10   them.  I see that, but that's just this huge other extra

11   stuff --

12         **Q.   Right.**

13         A.   -- lands on top of all of the members and each

14   of them is looking towards to -- towards somebody to

15   help them find a way to make sure that this -- the voter

16   registration in Texas that people can continue to be

17   registered to vote.

18         Anyway, so whatever.

19         **Q.   Any other activities or types of activities**

20   **that come to mind other than those?  I appreciate those**

21   **additions, but I just want to make sure we touched on**

22   **every type of activity.**

23         MS. MARZIANI:  I just want to say objection,

24   form.  Can you be a little more specific in that line of

25   questioning?

1          MR. HILTON:  Q.  I'm asking if there are any

2  other activities that the League engages in that we

3  haven't touched on today.

4          A.   No, I think that -- I think this is pretty

5  comprehensive.

6          **Q.   I think it was, too, and I appreciate your**

7  **effort to do that.  I appreciate that.  I'm just asking**

8  **the final question to make sure we got it covered.  And**

9  **we talked about -- we talked about expenditure of funds**

10 **in connection with the budget.  I just want to make sure**

11 **I understand it correctly.**

12         **Well, you know what, I'm certain I do because**

13 **we already went through all of that.  We're going to**

14 **skip those for now.**

15         **We're going to scroll down to Attachment B to**

16 **the Notice of Deposition, which was the document**

17 **requests.  No. 1 is documents sufficient to substantiate**

18 **the factual allegations in certain paragraphs of your**

19 **complaint.**

20         **Did the League produce the documents necessary**

21 **to substantiate those allegations?**

22         A.   Yes.

23         **Q.   Are there any other -- I'm sorry?**

24         A.   I produced all the documents I think that, if

25 I understand the question correctly.

 1     Q.   Yeah.  That's great.  That's all -- I'm just
 2  trying to confirm that we have all the documents we
 3  asked for basically.
 4     A.   I think so.
 5     Q.   Okay.  And are there any other documents
 6  related or, you know, that would prove the factual
 7  allegations in your complaint that you have not
 8  produced?
 9     A.   I do not have any other documents that I can
10  recall at this moment.
11     Q.   Okay.  No. 2, it's, "All communications
12  between you," meaning the League, "and any person to
13  assist them in registering them to vote or updating
14  their voter registration information after a driver
15  license renewal or change-of-address transaction on the
16  DPS website."
17          Did I read that correctly or substantially
18  correctly?
19     A.   Is this a whole sentence?
20     Q.   It is one long, horrible sentence that I think
21  I am guilty for actually.
22     A.   I'm trying to read it and understand it.
23          "All communication between you and any person
24  to assist them in registering to vote or updating their
25  voter registration information after a driver's license

 1  renewal or change of address" -- so, oh.  You're looking

 2  for all communications between me and a person?

 3      **Q.   Right, between the League and anyone helping,**

 4  **you know, assisting them with their voter registration.**

 5  **And we went through the Bates numbered documents**

 6  **produced to us.  I didn't see any e-mails or other**

 7  **communications.**

 8          **So I guess my question to you, Ms. Chimene,**

 9  **were there any communications that should have been**

10  **produced and weren't?  Or am I to understand that the**

11  **League doesn't have any documents reflecting such**

12  **communications?**

13      A.   I reviewed my e-mail, and it's a huge task,

14  and I don't recall a specific person asking me in

15  particular.  I don't believe that leagues would have

16  this type of communications kept anywhere.

17          Does that answer the question?

18      **Q.   I think so.**

19      A.   I look for communications.  I didn't find

20  communications, but all I had to look for was in my

21  e-mail.

22      **Q.   I think that answers my question, and I'm kind**

23  **of ending on a technical lawerly note, so I appreciate**

24  **you struggling here with me.**

25          **Paragraph 3 essentially says documents**

1   sufficient to show information requested in some of the

2   deposition topic numbers that we just went through.

3          Did the League produce all documents

4   sufficient to show that information?

5      A.   Yes.

6      Q.   Are there any other documents that were not

7   produced that would also show this information?

8      A.   Not that I know of at this moment.

9      Q.   That's perfectly fine.

10         And then No. 4 is documents sufficient to show

11  organizational structure, hierarchy, things like that.

12  Did the League produce these documents that were

13  requested?

14     A.   Yes.

15     Q.   Are there any other documents that would

16  reflect information -- reflect this information that

17  were not produced?

18     A.   Not that I can recall at this moment.

19     Q.   And the last one just asks for all documents

20  that you reviewed in preparation for your deposition.

21         Were all those documents produced or some of

22  them were publicly filed in this case?

23     A.   "To the extent not already provided in a

24  response to items 1 to 4, all documents reviewed in

25  preparation" -- the question --

1    Q.    The question is -- the important point for my

2  question is the last bit.  And that's do I have all the

3  documents that you reviewed in preparation for the

4  deposition?

5    A.    Yes.

6    Q.    Okay.

7    A.    Thank you.

8    Q.    As we were going through the deposition today,

9  since we're stuck doing this via Zoom, you were looking

10  on your computer and pulling up various files and

11  whatnot.

12    A.    (Nods head.)

13    Q.    Did you refer to any files or any documents

14  other than the ones that we've discussed and that were

15  produced to us?

16    A.    No, I did not.

17    Q.    Great.  So what I would like to do is take a

18  short five-minute break and review my notes one more

19  time and make sure that there's nothing else that I

20  absolutely have to ask --

21    A.    Okay.

22    Q.    -- (overlapping) went easy by kind of giving

23  me everything that I needed and that we asked for in

24  this notice.  And there were a couple areas where I

25  don't think you had answers to all my questions, which

 1  your Counsel has told me we can work through offline.

 2          To the extent that I need to, we'll reserve

 3  any objection to the preparedness of the witness.  But

 4  it sounds like we're going to be able to work through

 5  those issues separately.

 6          With that reservation, let me take a couple of

 7  minutes and review my notes, and we can go back on the

 8  record, and hopefully be done with it.

 9      A.   Okay.

10          MS. MARZIANI:  Wonderful.  So we're going to

11  take five minutes?

12          MR. HILTON:  Yeah, five minutes.  We'll go off

13  the record, and then hopefully the last thing we'll have

14  to do is I'll pass the witness, and we'll be done.

15          THE WITNESS:  All right.  Thank you.

16          MR. HILTON:  Thanks, ya'll.

17          THE REPORTER:  Off the record.

18          (Recess taken:  4:01 p.m. to 4:09 p.m.)

19          MR. HILTON:  Back on the record.

20          Thank you for bearing with me today.

21  Unfortunately, I went about an hour over what I intended

22  to do today, which is very uncharacteristic for me, but

23  hopefully I've been otherwise professional and courteous

24  to you today.

25          THE WITNESS:  Yes, thank you.

League of Women Voters of Texas - 4/21/2020

188

1          MR. HILTON:  Well, I've enjoyed our

2  conversation.  I appreciate it, and we'll reserve any

3  remaining time in the remainder of our questions.  And

4  I'll pass the witness.

5          MS. MARZIANI:  Okay.  Thank you.  No direct

6  for me.

7          MR. HILTON:  And the intervenors were on for

8  awhile and dropped off.  I'm assuming they don't have

9  any questions.  So I think that's it.

10          MS. MARZIANI:  Yes, great.

11          MR. HILTON:  Did ya'll want to read and sign

12  or confirm, whatever it is?

13          MS. MARZIANI:  Yes, please.  Can we reserve

14  the right to make the corrections?

15          MR. HILTON:  Ms. Chimene, seriously, thank you

16  so much today.  I really appreciate you.  I know this

17  was a lot.  It's hard to slog through this.  I

18  appreciate you.

19          THE WITNESS:  I expect to see you at the next

20  League Making Democracy Work event.

21          MR. HILTON:  I hope that's an invitation.  I

22  will take you up on that for sure.

23          THE REPORTER:  Off the record?

24          MR. HILTON:  Yes.

25          MS. MARZIANI:  Yes, please.

1              (Discussion off the record.)

2              THE REPORTER:  Mimi, did you need to order a

3  copy of the transcript?

4              MS. MARZIANI:  Yes.

5              (Deposition adjourned at 4:11 p.m.)

6                          --oOo--

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

League of Women Voters of Texas - 4/21/2020

190

1                    ERRATA AND SIGNATURE

2    WITNESS NAME:              DATE OF DEPOSITION:

3    GRACE CHIMENE             Tuesday, April 21, 2020

4    PAGE/LINE     CHANGE              REASON

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

1          I, GRACE CHIMENE, have read the foregoing

2   deposition and hereby affix my signature that same is

3   true and correct, except as noted herein.

4

5          _____

6          GRACE CHIMENE

7

8   THE STATE OF _____   )

9          Before me, _____, on

10  this day personally appeared GRACE CHIMENE, known to me

11  (or proved to me under oath or through _____)

12  (description of identity card or other document) to be

13  the person whose name is subscribed to the foregoing

14  instrument and acknowledged to me that they executed

15  same for the purposes and consideration therein

16  expressed.

17          Given under my hand and seal of office on

18  this _____ day of _____, _____.

19

20

21          _____

22          NOTARY PUBLIC IN AND FOR

23          THE STATE OF _____

24          My Commission Expires:_____

25

League of Women Voters of Texas - 4/21/2020

192

```
 1   STATE OF TEXAS      )

 2                   REPORTER'S CERTIFICATION

 3            I, KIMBERLEE SCHROEDER, CSR, RPR, CCRR,

 4   Certified Shorthand Reporter for the State of Texas,

 5   License No. 10925 and the State of California, License

 6   No. 11414, hereby certify that the witness was duly

 7   sworn and that this transcript is a true record of the

 8   testimony given by the witness.

 9            I further certify that I am neither counsel

10   for, related to, nor employed by any of the parties or

11   attorneys in the action in which this proceeding was

12   taken.  Further, I am not a relative or employee of any

13   attorney of record in this cause, nor am I financially

14   or otherwise interested in the outcome of the action.

15            Subscribed and sworn to by me this day,

16   6th day of May, 2020.

17

18

19

20   _____
     KIMBERLEE SCHROEDER, CSR, RPR, CCRR
21   TX CSR No. 10925 - CA CSR No. 11414

22

23

24

25
```

LWV-000327

| | Active Members Who Moved | Inactive Members Who Moved | Name |
|---|---|---|---|
| TX000 | 1 | 4 | LWV Of Texas |
| TX100 | 2 | 10 | LWV Of Austin Area |
| TX102 | 1 | 0 | LWV Of San Antonio Area |
| TX103 | 1 | 0 | LWV Of Corpus Christi |
| TX104 | 4 | 4 | LWV Of Dallas |
| TX107 | 1 | 13 | LWV Of the Houston Area |
| TX109 | 1 | 0 | LWV Of Midland |
| TX111 | 1 | 0 | LWV Of El Paso |
| TX113 | 0 | 1 | LWV Of Tarrant County |
| TX114 | 4 | 1 | LWV Of Bay Area |
| TX121 | 2 | 4 | LWV Of Wichita Falls |
| TX123 | 0 | 1 | LWV Of Amarillo |
| TX124 | 0 | 3 | LWV Of Tyler/Smith County |
| TX127 | 0 | 0 | LWV Of Lubbock |
| TX135 | 0 | 0 | LWV Of Sherman/Grayson County |
| TX144 | 0 | 0 | LWV Of Irving |
| TX146 | 1 | 0 | LWV Of Denton |
| TX147 | 0 | 1 | LWV Of Richardson |
| TX148 | 0 | 0 | LWV Of Hays County |
| TX152 | 2 | 1 | LWV Of Collin County |
| TX160 | 3 | 1 | LWV Of Hill Country |
| TX162 | 1 | 1 | LWV Of Comal Area |
| TX167 | 0 | 0 | LWV of Lavaca County |
| Total | 25 | 45 | |
| | | 70 | Total Moved |

*Active as of 4/18/2020