UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

---oOo---


JARROD STRINGER, et al.,        )
                                )
          Plaintiffs,           )
                                )
vs.                             )   No. SA-20-CV-46-OG
                                )
RUTH R. HUGHES, et al.,         )
                                )
          Defendants.           )
                                )
_____   )




Remote Videotaped Oral Deposition of

HILLIARD DREW GALLOWAY

MOVE Texas Civic Fund

30(b)(6)

Thursday, April 23, 2020




Reported by:
KIMBERLEE SCHROEDER, CSR, RPR, CCRR
TX CSR 10925 - CA CSR 11414

1                    APPEARANCES

2         (All Appearances Via Remote Videoconference)

3  For the Plaintiffs:

4     TEXAS CIVIL RIGHTS PROJECT
       By:  MIMI MARZIANI
5            RYAN COX
             HANI MIRZA
6            JOAQUIN GONZALEZ
             BETH STEVENS
7            Attorneys at Law
       1405 Montopolis Drive
8      Austin, Texas 78741
       Ph:  512-474-5073
9      E-mail:  mimi@texascivilrightsproject.org
                ryan@texascivilrightsproject.org
10               hani@texascivilrightsproject.org
                joaquin@texascivilrightsproject.org
11               beth@texascivilrightsproject.org

12
   For the Plaintiff-Intervenor:
13
       PERKINS COIE, LLP
14      By:  EMILY BRAILEY
            Attorney at Law
15      700 13th Street, NW, Suite 800
       Washington, D.C. 20005
16      Ph:  202-654-6200
       E-mail:  ebrailey@perkinscoie.com

17

18 For the Defendants:

19     OFFICE OF THE ATTORNEY GENERAL OF TEXAS
       By:  ANNE MARIE MACKIN
20          Assistant Attorney General
       General Litigation Division
21      P.O. Box 12548, Capitol Station
       Austin, Texas 78711
22      Ph:  512-463-2798
       E-mail:  anna.mackin@oag.texas.gov

23

24 Also Present:

25     BRIAN CHRISTOPHER, Videographer

1                        I N D E X

2   DEPOSITION OF HILLIARD DREW GALLOWAY

3   EXAMINATION                                    PAGE

4  BY MS. MACKIN                                      6
    BY MS. MARZIANI                                  144
5
    ERRATA AND SIGNATURE                             147
6   REPORTER'S CERTIFICATION                         149
                        ---oOo---
7
    DEFENDANTS'                                    PAGE
8
    Exhibit 1   Defendants' Notice of Oral            9
9               Deposition Pursuant to Federal Rule
                of Civil Procedure 30
10
    Exhibit 2   Multi-page document, Bates No.       13
11              MOVE-000001 through MOVE-000370
12
    Exhibit 3   Declaration of Hilliard Drew        140
                Galloway
13
                        ---oOo---
14

15

16

17

18

19

20

21

22

23

24

25

1          BE IT REMEMBERED that on Thursday,

2     April 23, 2020, commencing at the hour of 10:04 a.m.,

3     via remote videoconferencing, before me,

4     KIMBERLEE SCHROEDER, a Certified Shorthand Reporter in

5     and for the State of Texas and the State of California,

6     duly authorized to administer oaths pursuant to

7     Section 30(c) of the Federal Rules of Civil Procedure

8     and the Texas Rules of Civil Procedure, personally

9     appeared

10              HILLIARD DREW GALLOWAY,

11    called as a witness herein by the Defendants, who,

12    having been duly sworn, was thereupon examined as

13    hereinafter set forth.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                P R O C E E D I N G S

 2    Thursday, April 23, 2020                    10:04 a.m.

 3                        ---oOo---

 4              THE REPORTER:  This is the deposition of

 5    MOVE Texas Civic Fund in the matter of Jarod Stringer,

 6    et al. v. Ruth R. Hughes, et al.  We are appearing

 7    remotely via Zoom due to the coronavirus pandemic.  We

 8    are on the record at 10:04 a.m.

 9              My name is Kim Schroeder, and my business

10    address is with Integrity Legal Support Solutions,

11    P.O. Box 245 Manchaca, Texas 78652.

12              Would all persons present please introduce

13    themselves for the record?

14              MS. MACKIN:  This is Anna Mackin with the

15    Texas Attorney General's office on behalf of the

16    defendants.

17              MS. MARZIANI:  This is Mimi Marziani from the

18    Texas Civil Rights Project on behalf of the plaintiffs.

19              THE WITNESS:  My name is Hilliard Drew

20    Galloway on behalf of MOVE Texas Civic Fund.

21              MS. BRAILEY:  My name is Emily Brailey here

22    with Perkins Coie on behalf of the intervenors.

23              MS. STEVENS:  This is Beth Stevens.  I am with

24    the Texas Civil Rights Project here on behalf of

25    plaintiffs.
```

1          MR. COX:  Ryan Cox, C-o-x, also with the Texas

2    Civil Rights Project.

3          MR. MIRZA:  Hani Mirza with the Texas Civil

4    Rights Project on behalf of plaintiffs.

5          MR. GONZALEZ:  Joaquin Gonzalez with Texas

6    Civil Rights Project on behalf of plaintiffs.

7          MS. MACKIN:  And I would like to note on the

8    record that the parties have agreed that we will be

9    taking the oath remotely.

10                  HILLIARD DREW GALLOWAY,

11   after being first duly sworn by the Certified Shorthand

12   Reporter, was examined and testified as follows:

13                       EXAMINATION

14   BY MS. MACKIN:

15       **Q.   Good morning, Mr. Galloway.  If I could have**

16   **you please speak and spell your name for the record.**

17       A.   Good morning.  My name is Hilliard Drew

18   Galloway.  That's H-i-l-l-i-a-r-d, D-r-e-w,

19   G-a-l-l-o-w-a-y.

20       **Q.   Good morning, Mr. Galloway.  My name is Anna**

21   **Mackin.  I am an attorney with the Texas Attorney**

22   **General's Office, and I represent the defendants in the**

23   **lawsuit in which you are giving this deposition.**

24          **Have you been deposed before?**

25       A.   No.

1    Q.   So I'm going to go over a couple of ground

2    rules just to keep things in order, and it's especially

3    important that we all be diligent about it because we

4    are doing this through a video conference.

5         Please try to remember to give a verbal answer

6    to my questions.  So "yes," "no," rather than nodding

7    your head or shaking your head because that doesn't come

8    across on the record.  And please try to avoid saying

9    "uh-huh," "huh-uh," things like that we say in normal

10   conversation because Ms. Schroeder is writing down

11   everything, and it might not be clear in the record what

12   "uh-huh" or "huh-uh" means.  Okay?

13   A.   Yes, I understand.

14   Q.   Thank you.  And please try to let me finish my

15   questions before you begin your answer.  I will endeavor

16   to allow you to finish your answer before I ask my next

17   question.  Again, this will help us get a clear record

18   and help us not needlessly complicate the Court

19   Reporter's job in writing down everything we're saying.

20   Okay?

21   A.   Yes, I understand.

22   Q.   If you don't understand one of my questions,

23   will you please tell me so I can rephrase it?

24   A.   I will.

25   Q.   Okay.  And that oath you just took, you know

 1   you're sworn to tell the truth as if you were testifying

 2   in front of a judge or a jury.  You understand?

 3        A.   Yes, I understand.

 4        Q.   Okay.  So this is not an endurance contest.

 5   You are the talent here.  If you ever need to take a

 6   break, use the rest room, stretch your legs, just let me

 7   know.  I'll have you answer any question that's pending,

 8   but as soon as we wrap that up, we'll go ahead and take

 9   that break.  Okay?

10        A.   Yes.  Thank you.

11        Q.   And is there any reason you might not be able

12   to answer my questions honestly, completely and

13   accurately today?

14        A.   Not to my knowledge.

15        Q.   Okay.  Thank you.  During today's deposition,

16   I'm going to be showing you some documents by putting

17   them on the screen.  I also understand that your

18   attorneys have made available to you some documents that

19   ya'll produced in anticipation of this deposition; is

20   that right?

21        A.   Yes.  That's correct.

22        Q.   Okay.  So if I'm publishing a document on the

23   screen, if you have any trouble seeing the document,

24   just let me know.  If you need me to zoom in or out,

25   scroll up or down, I'm happy to do that.  Just let me

 1  know.  Okay?

 2       A.   Yes, I understand.

 3       Q.   And so just to practice, I'm going to show you

 4  Exhibit 1.  Bear with me just a minute.  I want to make

 5  sure it comes up.

 6            (Exhibit No. 1 was marked for identification.)

 7            MS. MACKIN:  Q.  All right.  I am showing you

 8  a document that will marked Exhibit 1.

 9            Can you see the document on your screen?

10       A.   I can, yes.

11       Q.   Do you recognize this document?

12       A.   Yes, I do.

13       Q.   Okay.  And so, again, as we move through the

14  day, if I show you a document, I'm going to assume you

15  can see it clearly unless you tell me otherwise.  Okay?

16       A.   Yes.  That's correct.

17       Q.   Okay.  So do you understand that you are here

18  today pursuant to this notice that I am showing you on

19  the screen, the Notice of Oral Deposition of MOVE Texas?

20       A.   Yes.  That's correct.

21       Q.   And I'm scrolling down to page 5 of the

22  document which lists 30(b)(6) representative deposition

23  topics.  So do you understand that through this

24  document, MOVE has been instructed to designate one or

25  more persons to testify on its behalf, and that it has

1 designated you to testify on each topic listed in this

2 notice?

3       A.   Yes, I understand.

4       Q.   Okay.  And that the testimony that you give is

5 on behalf of MOVE Texas Civic Fund and will bind MOVE

6 Texas Civic Fund in this lawsuit?

7       A.   Yes, I understand.

8       Q.   Okay.  And so just to be clear, today when I

9 say "MOVE" or "MOVE Texas," I'm referring to MOVE Texas

10 Civic Fund unless I specify otherwise.  Okay?

11       A.   Thank you for that clarification.

12       Q.   And can we agree when you say "MOVE" or "MOVE

13 Texas," I'll understand you to be referring to MOVE

14 Texas Civic Fund unless you tell me otherwise?

15       A.   Yes, I understand.

16       Q.   Okay.  So I'm going to just go through these

17 seven topics in this notice.

18            With respect to MOVE Texas, topic No. 1 is

19 your mission.  Are you designated to testify on this

20 topic?

21       A.   Yes.

22       Q.   And then topic No. 2, which says, "Your

23 organization, including your organizational structure,

24 employees, physical assets, parent and sibling entities,

25 tax status and history, the services you provide, and

1    the activities you perform," are you designated to

2    testify on this topic?

3        A.   Yes.

4        Q.   Thank you for that.

5            And topic 3, "Your funding amounts,

6    operational expenses, and operational budget between

7    January 1st, 2018, and the present," are you designated

8    to testify on this topic?

9        A.   Yes.

10       Q.   Okay.  And pardon the tedium.  I just need to

11   get all of this on the regard.

12           Topic No. 4, "All activities on which you have

13   spent funds or to which you have dedicated resources in

14   Texas between January 1st, 2018, and the present," and

15   then it lists various activities.  Are you designated to

16   testify on this topic?

17       A.   Yes.

18       Q.   Thank you.

19           And topic 5, "All activities on which you plan

20   to spend funds or to which you plan to dedicate

21   resources in Texas between the present and January 1st,

22   2024," are you designated to testify on this topic?

23       A.   Yes.

24       Q.   All right.  Thank you.

25           And topic 6, "The allegations in your

1  complaint and the factual basis therefore."

2      A.   Yes.

3      Q.   You're designated to testify on that topic.

4  And when I say "your complaint," you understand that to

5  mean the complaint filed in this lawsuit on your behalf

6  by your attorneys?

7      A.   Yes, that I understand.

8      Q.   Okay.  And then finally, topic 7, the

9  documents produced in response to the subpoena duces

10  tecum, which I believe you have available to you, are

11  you designated to testify on this topic?

12      A.   Yes.

13      Q.   Okay.  Great.  Thank you for that.  I'm going

14  to close out Exhibit 1 for now.

15          Mr. Galloway, how did you prepare for today's

16  deposition?

17      A.   I received the Notice of Deposition.  I spoke

18  with my attorneys.  I spoke with the Alliance For Youth

19  Organizing and their attorney.  I instructed our

20  organization to pull the required documents and produce

21  those to our attorneys.  And then I reviewed the final

22  deposition documents.

23      Q.   When you say "the final deposition documents"

24  that you reviewed, what are you referring to?

25      A.   I am referring to the abated or time

```
 1  stamped or stamped --

 2       Q.   Bates stamped?

 3       A.   Bates stamped, I'm sorry.  The Bates stamped

 4  documents.

 5       Q.   Okay.  And just so we are super clear on the

 6  record, I believe that is the documents marked MOVE 1

 7  through MOVE 370.

 8       A.   Yes.  That's correct.

 9       Q.   Okay.  Those have been provided to me by your

10  attorneys.  We will make those Exhibit 2 to this

11  deposition, and we will come back to those and discuss

12  those in a little while.

13            (Exhibit No. 2 was marked for identification.)

14            MS. MACKIN:  Q.  Other than those documents

15  that are Bates numbered that we just discussed, did you

16  review any other documents to prepare for today's

17  deposition?

18       A.   Only the complaint and the deposition notice.

19       Q.   Did you meet with anyone at MOVE Texas to

20  prepare for today's deposition?

21       A.   No, I did not.  I just instructed our staff to

22  pull the documents as required.

23       Q.   Okay.  And did you meet with your counsel to

24  prepare for today's deposition?

25       A.   Yes.
```

1      Q.   And you mentioned also speaking with counsel

2  for the Alliance For Youth Organizing.

3      A.   Yes.

4      Q.   What is the Alliance For Youth Organizing?

5      A.   The Alliance For Youth Organizing is MOVE

6  Texas Civic Fund's 501(c)(3) fiscal sponsorship

7  organization.

8      Q.   What is a fiscal sponsorship organization?

9      A.   We, essentially, as -- as MOVE Texas Civic

10  Fund is a, I think in lay terms would be considered like

11  a subsidiary or doing-business-as organization of the

12  Alliance For Youth Organizing, and so therefore, we have

13  a Fiscal Sponsorship Agreement that lays out how we --

14  how we collaborate together.

15      Q.   Okay.  We'll go into some details about that

16  later.  But just to kind of wrap up our laying the

17  ground work here, are you adequately familiarized with

18  the facts to testify about MOVE's records and the topics

19  in the notice?

20      A.   Yes.

21      Q.   Okay.  Thank you for that.

22           I want to talk a little bit about your

23  background.  You are the executive director of MOVE

24  Texas Civic Fund; is that right?

25      A.   Yes.

1      Q.   And how long have you held that position?

2      A.   I joined the organization in April 2016.

3      Q.   During your entire time with MOVE Texas Civic

4  Fund, you've held the title of executive director?

5      A.   Yes.

6      Q.   Okay.  What are your duties in that role?

7      A.   My general duties are to oversee the

8  direction, mission, strategy of the organization, to

9  work with our board of directors and partners to execute

10 that mission and to ensure that our program -- programs

11 and fundraising are aligned with that mission.

12     Q.   Have there been any changes in your job duties

13 during your tenure as executive director?

14     A.   For the most part, no.  My job is to oversee

15 the mission of the organization.

16     Q.   And how much decision-making authority would

17 you say you have as executive director?

18     A.   As executive director of the organization, I

19 do have, you know, I do have broad decision-making power

20 with the idea that I answer to the board of the

21 directors.  And I, through our Fiscal Sponsorship

22 Agreement with the Alliance For Youth Organizing, I

23 collaborate with them.

24     Q.   So what types of decisions would you be able

25 to make independently versus what types of decisions

1    would you have to take to your Board of Directors to get

2    approval?

3         A.   Our Board of Directors approves our budget

4    size and approves our general work plan, which is a work

5    plan that I, myself, work together with our staff to

6    write every year.  We also, you know -- we additionally,

7    like I can hire for the organization and everything, but

8    the board can -- the board hires for the executive

9    director role.

10        Q.   Okay.  So other than the Board of Directors,

11   do you report to anyone in your capacity as executive

12   director of MOVE Texas Civic Fund?

13        A.   No.

14        Q.   And I would presume some folks do report to

15   you, however; right?

16        A.   That is correct.

17        Q.   How many people report to you?

18        A.   Currently, I have -- I have seven direct

19   reports currently.

20        Q.   Okay.  We'll jump into the organizational

21   structure a little bit more later.  Right now, I want to

22   get a sense of your experience, your work experience

23   before you joined MOVE Texas Civic Fund.

24             Before you became executive director of MOVE

25   Texas, what was your job?

1      A.   My job before I was hired at MOVE Texas was I

2   was the program coordinator for the New Politics Forum

3   at the Annette Strauss Institute for Civic Life at the

4   University of Texas at Austin.

5      **Q.   Just briefly, what were your job duties in**

6   **that role?**

7      A.   I managed a program called the New Politics

8   Forum, which was a nonpartisan program that helped

9   millennials and young people get involved in civics

10  across the state.

11     **Q.   When you say "civics," can you tell me a**

12  **little bit more about what you mean?**

13     A.   Civics I use as like a broad term.  But that

14  means, you know, like the actual part of volunteerism,

15  philanthropy, and electoral participation.

16     **Q.   And how long did you hold that position at the**

17  **Annette Strauss Institute?**

18     A.   I believe I was at the Institute for roughly a

19  year before coming here.

20     **Q.   How did you obtain that position?**

21     A.   I was hired for that position.

22     **Q.   Sure.  Who hired you?**

23     A.   At that time, I was hired by the person

24  overseeing that entire department.  I was hired by the

25  person overseeing the New Politics Forum program.

```
1       Q.    Do you recall their name?

2       A.    Emily Beshear is her name.

3       Q.    And why did you leave your position at the

4  Annette Strauss Institute?

5       A.    To join MOVE Texas.

6       Q.    Before Annette Strauss, what was your job?

7       A.    I was an intern in the White House Office of

8  Social Innovation and Civic Participation.

9       Q.    Oh, cool.  That must have been awesome.

10            How long were you in the White House?

11      A.    I was there for the fall semester of 2014 and

12 a little bit of early 2015.

13      Q.    And what were your job duties?

14      A.    I served at the pleasure of the Special

15 Assistant to the President.  His name was Jonathan

16 Greenblatt.

17      Q.    And that was under President Obama?

18      A.    That's correct.

19      Q.    And what sort of responsibilities did you have

20 on a day-to-day basis in that role?

21      A.    I created Mr. Greenblatt's daily schedule book

22 and wrote speeches for him and pulled information he

23 needed as requested.

24      Q.    And was that -- you mentioned it was an

25 internship.  I know they're highly selective in the
```

1  White House, so it's not like just an internship.  But

2  how is that -- was that funded?  Was it through a

3  fellowship or anything, or were you just unpaid and

4  living off of your own support in DC?

5      A.   I was there as a University of Texas System

6  Archer, Bill Archer Fellow.

7      Q.   Very cool.  One of my sorority sisters did

8  that.  I was going to ask why you left, but I presume

9  it's because the fellowship ended.

10     A.   That's correct.

11     Q.   So before your work in the White House, where

12  did you work?

13     A.   I was a full-time student at the University of

14  Texas at San Antonio College of Public Policy.  During

15  that time, I also interned at the City of San Antonio

16  with then Councilman Ron Nirenberg and additionally with

17  Bexar County Commissioners Court under then Precinct 4,

18  County Commissioner Tommy Atkinson.

19     Q.   And how about before that?

20     A.   Before that, I was a store manager for Specs

21  Family Partners, which is the wine store --

22     Q.   I'm familiar, yeah.

23          So how long did you work in the wine industry?

24     A.   Total, I worked in the wine industry for

25  almost ten years.

1      Q.   So that seems like something of a hard pivot

2   from sommelier to civic activist/organizer.

3            What prompted you to make that change?

4      A.   When I landed in San Antonio, came here to

5   live for Specs Family Partners, I fell in love with

6   local organizing, and essentially just, like, I knew

7   this is, like, what I wanted to do.  And so I decided to

8   go back to school at the University of Texas at

9   San Antonio for public administration because I wanted

10  to work in government.  I wanted to work in nonprofits.

11     Q.   And are you happy with your decision?

12     A.   I am very happy.

13     Q.   Good.  Good.  You said you fell in love with

14  kind of community organizing.  Is there like a

15  foundational experience or sort of a something that

16  really made you realize "this is what I want to do"?  Or

17  was it just kind of an overall realization?

18            That was a terrible question.

19            MS. MARZIANI:  Objection.  Vague.  But yes.

20            MS. MACKIN:  Yes.  Let me try it again.

21     Q.   Like, if you're at a dinner party and somebody

22  asked you why you got involved, do you have an anecdote

23  that you would offer?

24     A.   Yes.  When I found out that there was no law

25  protecting LGBTQ individuals and families from landlords

1 forcing them to leave their lease because of their

2 sexual identification, I began to work in the community

3 in San Antonio on the nondiscrimination ordinance in

4 2013. And that was a foundational experience for me.

5     **Q. Okay. Well, let's pivot then a little bit**

6 **back to MOVE Texas Civic. Sounds like you have quite a**

7 **bit of fascinating experience in both wine and local**

8 **organizing that I would love to talk about, but I know**

9 **we have to get out of here today.**

10     **So when was MOVE Texas Fund first established?**

11     A. So MOVE Texas Civic Fund was formally known as

12 MOVE San Antonio Foundation. And MOVE San Antonio

13 Foundation became a fiscal sponsor program of the

14 then-called Bus Federation in 2014.

15     **Q. You say the "then-called Bus Federation."**

16 **What is that called now?**

17     A. That's called the Alliance For Youth

18 Organizing.

19     **Q. And who established MOVE San Antonio?**

20     A. Just to be clear, MOVE San Antonio is a

21 501(c)(4) organization that has now been named MOVE

22 Texas Action Fund.

23     **Q. Okay.**

24     A. But that was established by seven students at

25 the University of Texas at San Antonio.

1     Q.   Were you one of those students?

2     A.   No, I was not.

3     Q.   To the best of your knowledge, why was -- I

4  want to be very clear what we're talking about because I

5  know sometimes as organizations evolve, there's a

6  501(c)(3) and a 501(c)(4), and they're renamed.  I'm not

7  trying to clutter things.  I just want to make sure

8  we're clear.

9          So first, there was MOVE San Antonio, which is

10  now MOVE Texas Action Fund?

11     A.   That's correct.

12     Q.   Okay.  And then came MOVE Texas Civic Fund.

13  And when was that established?

14     A.   The -- so first came MOVE San Antonio

15  Foundation, which again, as part of us becoming a fiscal

16  sponsor with the Bus Federation in 2014, was founded at

17  that point.  And then at -- then essentially, the name

18  for both entities was changed in the last couple of

19  years.  MOVE San Antonio Foundation became MOVE Texas

20  Civic Fund, and the Bus Federation became the Alliance

21  For Youth Organizing.

22     Q.   And the Bus Federation, which is now the

23  Alliance For Youth Organizing, do you know how they were

24  first connected with those seven students who started

25  MOVE San Antonio?

1    A.    Anecdotally, because I wasn't there, the seven

2  students or a few of them were connected to the

3  leadership of the Bus Federation which is or was and

4  still is a federated model of youth organizations across

5  the United States, and they help -- they help these

6  groups like grow and raise money and learn from each

7  other and that kind of thing.  And they were connected

8  through the leadership of the Bus Federation.

9    **Q.    Do you know any individuals in the leadership**

10  **of the Bus Federation by name who were involved in**

11  **making that connection?**

12    A.    The executive director at that time was Matt

13  Singer.

14    **Q.    Do you know why the decision was made to**

15  **establish a 501(c)(3) in addition to the existing**

16  **501(c)(4)?**

17          MS. MARZIANI:  Objection.  Vague.

18          Can you clarify whose decision-making you're

19  talking about?

20          MS. MACKIN:  Sure.

21    **Q.    The decision on behalf of the folks at MOVE**

22  **San Antonio Foundation, which eventually decided to**

23  **create the 501(c)(3) that is called MOVE Texas Civic**

24  **Fund.  I don't know if that was any better.**

25          MS. MARZIANI:  Objection.  Mischaracterizes

1   prior testimony.

2          MS. MACKIN:  Q.  I just want to make sure I'm

3   clear.  The MOVE San Antonio Foundation started in 2013;

4   right?

5      A.   MOVE San Antonio was started in 2013 and 2014

6   as a 501(c)(4) organization in the State of Texas.

7      Q.   Okay.

8      A.   And that group then decided to have a

9   501(c)(3) fiscally sponsored organization as part of the

10  Bus Federation which then became MOVE San Antonio

11  Foundation.

12     Q.   Okay.  And I'm not trying to be confusing.  I

13  think I'm just confused.  I understood your testimony to

14  be that MOVE San Antonio Foundation was the first

15  organization that was established, and it was

16  established as a 501(c)(4).

17          Is that correct, or is that not right?

18     A.   No, that's not correct.

19          MOVE San Antonio Foundation is now -- is the

20  old name -- the old -- is now named MOVE Texas Civic

21  Fund.

22     Q.   Okay.

23     A.   Which is the 501(c)(3) fiscally sponsored

24  organization.

25     Q.   Okay.  So the first organization from which

1  the genesis of the Civic Fund and the Action Fund was a

2  501(c)(3)?

3       A.   The genesis organization was MOVE San Antonio,

4  which is a 501(c)(4) organization.

5       Q.   Thank you.  I'm sorry I missed that.

6            So you have the genesis organization, which is

7  MOVE San Antonio, which is a (c)(4)?

8       A.   That's correct.

9       Q.   And then after that, the decision was made to

10 establish a 501(c)(3) called the MOVE San Antonio

11 Foundation; right?

12      A.   That's correct.

13      Q.   Okay.  And when was that decision made?

14      A.   That decision was when we joined the Bus

15 Federation.  And so MOVE San Antonio Foundation is the

16 fiscally sponsored unaffiliated association of the Bus

17 Federation.

18      Q.   And how was the (c)(4) MOVE San Antonio funded

19 when it was first established?

20           MS. MARZIANI:  Objection.  This is outside the

21 scope of the notice.  He's here on behalf of the Civic

22 Fund.

23           MS. MACKIN:  Q.  You can answer unless your

24 attorney tells you not to.

25      A.   It was -- MOVE San Antonio was funded by

1   donors.

2       Q.   Then when was the decision made to rename the

3   MOVE San Antonio Foundation MOVE Texas Civic Fund?

4       A.   That decision was sometime in 2018.  I want to

5   say late 2018, but the decision was made because we grew

6   outside of San Antonio.

7       Q.   Was that decision made at the same time that

8   the decision was made to rename MOVE San Antonio MOVE

9   Texas Action Fund?

10      A.   Yes.

11      Q.   Okay.  Thank you for that.

12           I just want to make sure I'm clear on

13  something.  Where is MOVE Texas Civic Fund incorporated?

14      A.   MOVE Texas Civic Fund, as it is today, is a

15  fiscally sponsored organization of the Alliance For

16  Youth Organizing, which is a 501(c)(3) organization that

17  is incorporated in Oregon.

18      Q.   So MOVE Texas Civic Fund doesn't have its own

19  charter of incorporation; instead, it is a subsidiary

20  for the Alliance For Youth Organizing.  Is that right?

21      A.   When you use "subsidiary," we use the word

22  "fiscal sponsor," yes.

23      Q.   But otherwise, that is right?

24      A.   I'm not sure about the legal word

25  "subsidiary," but yes.

1      Q.   Okay.  And what is MOVE Texas Civic Fund's

2  mission?

3      A.   MOVE Texas Civic Fund is a grassroots,

4  nonpartisan, nonprofit organization that builds power

5  for young people through civic education, leadership

6  development, and issue advocacy.

7      Q.   You sound like you may have said that a few

8  times before.  Just rolls off the tongue.

9           So I want to talk through -- well, actually,

10  who developed that mission statement?

11      A.   The mission statement was developed by the

12  founding students and has evolved over the years to

13  shorten or become more clear, but that statement has

14  been largely created by the founding students.

15      Q.   Has the mission of MOVE Texas Civic Fund

16  changed over time?

17      A.   Our core mission is to help young people get

18  involved in civics, their local government, state

19  government.  That mission has not changed.  Some of the

20  strategies and how to do that have changed over time.

21      Q.   Okay.  I want to talk about MOVE Texas Civic

22  Fund's organizational structure.  I think it might be

23  easier to do this with a document.  I'm going to pull up

24  the page Bates labeled MOVE 361.

25           All right.  I have placed on the screen the

1    page of Exhibit 2 labeled MOVE 361.

2         Can you see that document, Mr. Galloway?

3    A.   I can.

4    Q.   Do you recognize that document?

5    A.   I do.

6    Q.   What is it?

7    A.   This is the MOVE Texas Civic Fund

8    organizational chart.

9    Q.   And so I see over to the -- in the top left

10   corner, there is a bubble that says "MOVE Texas Civic

11   Fund."

12   A.   That's correct.

13   Q.   And there's the bubble that says "MOVE Texas

14   Action Fund."

15   A.   That's correct.

16   Q.   So do MOVE Texas Civic Fund and MOVE Texas

17   Action Fund share employees?

18   A.   All of the employees listed here are -- are

19   paid by MOVE Texas Action Fund, but MOVE Texas Civic

20   Fund directs portions of their work.

21   Q.   Okay.  Does MOVE Texas Civic Fund have any

22   employees that are not reflected on this page?

23   A.   No.

24   Q.   Okay.  Are any of the employees reflected on

25   this page only providing services to MOVE Texas Action

1  Fund, or are they all providing services to both the

2  Civic Fund and the Action Fund?

3      A.   They provide service to both entities.

4      Q.   Okay.  All of the employees do?

5      A.   To my knowledge, yes.

6      Q.   Okay.  Thank you for that.

7           So I want to talk through the individuals

8  listed on this chart.  Take all the time you need to

9  review it.  I'm not trying to rush you.  But just to

10 save a little time, I'm trying to get a sense of whether

11 this is still an accurate reflection of all of the

12 employees employed by MOVE Texas Civic Fund and what

13 their roles are.

14     A.   That is correct.  We have made job offers for

15 the field director and the two advocacy organizers that

16 say "TBD," but they have not started their first day

17 with us yet.

18     Q.   We had someone start their first day the day

19 we all got sent home and told not to come back.  So I

20 can understand that, whether or not that was the reason

21 that the start has been delayed.

22     A.   We just made the job offers recently.

23     Q.   Is MOVE Texas Action Fund's mission different

24 from MOVE Texas Civic Fund's mission?

25     A.   The core mission is the same, to build power

1  through civic education and leadership development and

2  youth advocacy.

3      **Q.   Are the salaries of the individuals listed on**

4  **MOVE 361, are they all paid from the same funding**

5  **source?**

6          MS. MARZIANI:  Objection.  Vague.

7          MS. MACKIN:  Q.  You can answer if you

8  understand.

9      A.   All of the employees listed here are paid for

10  -- paid from MOVE Texas Action Fund, and we, through a

11  -- through our accounting processes, reimburse the

12  (c)(4) from the (c)(3) per our Fiscal Sponsorship

13  Agreement.

14      **Q.   Okay.  So all of these employees are paid both**

15  **by -- all of these employees are paid by the (c)(4), but**

16  **part of the money the (c)(4) pays these employees comes**

17  **from the fiscal sponsorship of the Alliance For Youth**

18  **Organizing.  Do I have that right?**

19      A.   That's not correct.

20      **Q.   Okay.  How am I wrong?**

21      A.   All of these employees are paid for, like

22  their time sheet is paid for from MOVE Texas Action

23  Fund.  And then we take their time sheet, which is

24  broken down by job description and by (c)(3) and (c)(4)

25  activities, and we reimburse -- we create an invoice

1  from MOVE Texas Action Fund that is then sent to MOVE

2  Texas Civic Fund.

3        MOVE Texas Civic Fund audits that invoice for

4  accuracy to ensure that all of those activities are

5  501(c)(3) compliant.  And upon that audit, then approves

6  that invoice, which then pays that invoice amount back

7  to MOVE Texas Action Fund.

8     **Q.   Got it.  Do all of these employees have to**

9  **maintain records of their time and separate it out into**

10 **the activities that they worked on?**

11    A.   Every employee maintains a time sheet for the

12 pay period.  And that time sheet has information on how

13 many hours they worked total, how many hours they worked

14 on certain projects, how many hours they worked on

15 (c)(4) activities, and how many hours they worked on

16 501(c)(3) activities.

17    **Q.   Okay.  And do the employees themselves make**

18 the determination of whether their activity is a (c)(3)

19 **activity or a (c)(4) activity?**

20    A.   We have guidelines for that, and then their

21 supervisors verify that information.

22    **Q.   And then it's audited as well?**

23    A.   That's correct.

24    **Q.   Okay.  Thank you for that.**

25       **I'm going to pull down this screen share.  I**

1    don't think we need it anymore.

2            So I want to talk now about MOVE Texas Civic

3    Fund's activities.  And I want to get a full list of

4    sort of the buckets of activity that MOVE Texas Civic

5    Fund pursues.  So I'm going to start with my

6    understanding of what those buckets are based on looking

7    at the documents that ya'll provided.  But please,

8    correct me if I'm wrong; fill in any gaps.  I'm just

9    trying to get an understanding.

10           As I'm reading the documents, it looks like

11   MOVE Texas Civic Fund pursues issue advocacy?

12       A.   MOVE Texas Civic Fund only pursues 501(c)(3)

13   issue advocacy, which is more of an education based --

14       Q.   I understand.  You're not advocating for

15   political candidates.  I used to work at a 501(c)(3), so

16   I totally get it.  Not trying to suggest issue advocacy

17   that is not permissible for a 501(c)(3).

18       A.   That's correct.

19       Q.   And civic education as well?

20       A.   That's a large bucket of other smaller

21   projects, but yes.

22       Q.   And would it be fair to say that leadership

23   development is a bucket?

24       A.   Leadership development is another large bucket

25   within that program or within that organization, yes.

1      Q.   And Get-Out-the-Vote efforts?

2      A.   There are very specific Get-Out-the-Vote

3  efforts that are done by MOVE Texas Civic Fund, MOVE

4  Texas Civic Fund, including Parties at the Polls, which

5  is a program that is done on college campuses, that kind

6  of thing.

7      **Q.   Would it be fair to say that Get-Out-the-Vote**

8  **is a bucket, or would that kind of be nested under**

9  **another broad category of activities?**

10     A.   I would say that that would be nested

11  underneath civic education.

12     **Q.   Okay.  What about voter registration efforts?**

13     A.   That's a program underneath civic education,

14  but it is one of the more dominant programs.

15     **Q.   Okay.  So I generally have a sense of three**

16  **buckets:  issue advocacy, civic education and leadership**

17  **development.  Does that kind of capture MOVE Texas Civic**

18  **Fund's activities, or did I miss a bucket of activities?**

19     A.   Yes.  Those are the three, the three

20  activities that we list in our mission statement.

21     **Q.   So I want to go through kind of each of the**

22  **buckets.  I understand that there are some projects that**

23  **maybe are smaller or maybe kind of fit in both buckets**

24  **or may be kind of weird, like not easy to fit in a**

25  **bucket.  So I'm not trying to pin you down on every**

1 single thing that has been done, but just to kind of get

2 a broader understanding of your primary activities.

3         So I want to start with talking through issue

4 advocacy.  How would you describe MOVE Texas Civic

5 Fund's issue advocacy activity?

6     A.   Issue advocacy is the smallest of the three

7 buckets for MOVE Texas Civic Fund, and predominantly --

8 it predominantly includes voting rights advocacy or

9 voting rights, like --

10    Q.   And what types of activities specifically with

11 respect to this voting rights issue advocacy does

12 MOVE Texas Civic Fund participate in?

13    A.   That would include educating voters about, you

14 know, like things like online voter registration would

15 also include polling locations on college campuses.

16 There is a, like, active campaign called Democracy From

17 the Ground Up within that bucket.

18    Q.   And this might not be an easy question to

19 answer.  So if the answer is complicated, let me know,

20 and I can try to ask it better.

21         Who develops the issue advocacy plan for MOVE

22 Texas Civic Fund?

23    A.   That's developed by myself and staff members.

24    Q.   Anyone in particular who you work with a lot

25 on developing that?

1      A.    Raven Douglas is our political director and

2   oversees much of that work.

3      **Q.    Who implements MOVE Texas Civic Fund's issue**

4   **advocacy activities?**

5      A.    That would be done by the -- in conjunction

6   with the political director and the advocacy manager and

7   his or her team.

8      **Q.    So it would be staff?**

9      A.    Staff, fellows, interns, volunteers.  Those

10   are the majority of the folks.

11      **Q.    As the executive director, do you approve all**

12   **issue advocacy activities that MOVE Texas Civic Fund**

13   **pursues?**

14      A.    Can you define "approve"?

15      **Q.    Sure.  Well, let me ask it differently.**

16           **You have the final sign-off on the issue**

17   **advocacy plan; right?**

18      A.    I help the staff develop the plan, which is

19   typically an annual plan, and then take that plan to the

20   board for approval.  And then in instances where there

21   are potentially rapid response requirements, I approve

22   those.

23      **Q.    Okay.  If it's easier to answer this question**

24   **by referring to a document, we can do that.  Just let me**

25   **know and we'll find the right document.  But do you know**

1    **approximately how much MOVE Texas Civic Fund spent on**

2    **issue advocacy activities in 2018?**

3        A.   Best way to pull that up would be to look at

4    the 2018 budget that we produced.

5        **Q.   Okay.  Do you happen to know offhand what**

6    **Bates number that is at?**

7        A.   It's in the latter part.  I want to say in the

8    range of 350.  Per your request, I do have the

9    deposition production open, so I'm going to just look at

10   that.

11       **Q.   I'm looking through it as well, so hopefully**

12   **we can find it.**

13            MS. MARZIANI:  I believe it's 363.  Everybody

14   should double check me.

15            MS. MACKIN:  Q.  Does that look right,

16   Mr. Galloway?

17       A.   I'm pulling it up on my screen right now.

18   Sorry.

19       **Q.   Sure.  No problem.**

20       A.   This is our general accounting budget, that is

21   correct.

22       **Q.   So does it reflect how much MOVE Texas Civic**

23   **Fund spent on issue advocacy activities in 2018?**

24       A.   Issue advocacy would have been built into

25   several of these accounting buckets, and to that time

1  would have been listed into "Wages and Salaries," which

2  is Category 5000, and then "Fellowship and Educational

3  Stipends," which is bucket No. 6300.

4      **Q.   So if I am trying to piece together the**

5  **approximate amount that MOVE Texas Civic Fund spent on**

6  **issue advocacy activities in 2018, how would I do that**

7  **based on this document?  Part of the reason I became a**

8  **lawyer is because I was told there would be no math.**

9      A.   There is the way that we -- like from this

10  accounting document is that those two buckets house the

11  -- their time stamps, or like when they report they do

12  MOVE Texas Civic Fund issue advocacy, it is built into

13  those two buckets.

14      **Q.   If I just added up the Category 5000 and**

15  **Category 6300, would all of those funds be dedicated to**

16  **issue advocacy, or would some other activities be**

17  **reflected in that total?**

18      **A.   That would also include other activities.**

19      **Q.   Would it include activities from all three**

20  **buckets of the Civic Fund's activities?**

21      **A.   Yes, most likely.**

22      Q.   If we added up -- for 2018, for example, if we

23  added up Category 5000 plus Category 6300, would it be

24  fair to say that that reflects -- let me ask it a

25  different way.

1          So if I were to ask you how much did MOVE

2    Texas Civic Fund spend on issue advocacy in 2018, could

3    you give me a precise figure?

4          A.   Not based on this document.

5          Q.   Is there another document that might allow you

6    to do that?

7          A.   I'm unsure.

8          Q.   How about let's pivot to MOVE Texas Civic

9    Fund's civic education activities.   How would you

10   describe those activities?

11         A.   Civic education includes voter registration

12   and voter education.

13         Q.   Okay.

14         A.   And also be very specific, voter mobilization

15   that I mentioned earlier.

16         Q.   Get-Out-the-Vote.

17         A.   (Nods head.)

18         Q.   And if I could just get a verbal yes, I'm

19   sorry.

20         A.   I'm sorry, yes.

21         Q.   No problem.   I know you were not being

22   evasive.   It's old habits.

23              So we talked a little bit earlier about how in

24   consultation with specific staff you helped develop MOVE

25   Texas Civic Fund's issue advocacy initiatives.

1          Would it be fair to say you also helped

2   develop MOVE Texas Civic Fund's civic education

3   initiatives in consultation with staff?

4        A.   That's correct.

5        Q.   And will those also need to go to the board

6   for approval unless it's a rapid response issue?

7        A.   Our -- yes.  Yes.

8        Q.   Would you be able to tell me how much MOVE

9   Texas Civic Fund spent on civic education activities in

10  the year 2018?

11       A.   Again, according to this budget, that would

12  have been built into those two categories.

13       Q.   The category --

14       A.   5000, "Wages and Salaries," and 6300,

15  "Fellowship and Educational Stipends."

16       Q.   Okay.

17       A.   And there is obviously some other areas like

18  "Office Supplies," 7210.

19       Q.   Where it's overhead but kind of applies to a

20  lot of categories?

21       A.   Printing, pens, clipboards.

22       Q.   Is the same true for 2019?

23       A.   2019, there is a document Bates stamped --

24  sorry, I can barely see it -- 368, which lists expenses

25  for categories under Youth Organizing Civic Education.

1      Q.    Okay.   On MOVE 368, the line item "Youth

2  Organizing," what does that reflect?

3      A.    That reflects some of the expenses for civic

4  education and overhead, which is also, again, wages and

5  salaries.   Fellowship stipends or fellowship pay would

6  also be included into that area as well.

7      Q.    Does it reflect all expenses for civic

8  education in 2019?

9      A.    To the best of my knowledge.

10     Q.    Is that figure broken down by specific types

11  of civic education anywhere?

12     A.    Not to my knowledge.

13     Q.    Okay.   How about if we wanted to talk about

14  MOVE Texas Civic Fund's civic education activities for

15  2020?   Is there a document that reflects how much has

16  been spent?

17     A.    There is a budget that we produced, which was

18  MOVE-000362.   And again, very similar to the document

19  that you just saw, that was youth organizing and

20  overhead for MOVE Texas Civic Fund.

21     Q.    And that youth organizing bucket includes all

22  the civic education activities budgeted for 2020?

23     A.    That's correct.

24     Q.    Is that broken down by the type of civic

25  education activity anywhere?

1       A.    Not to my knowledge.

2       Q.    All right.  Let's talk about MOVE Texas Civic

3  Fund's leadership development activities.

4              Tell me about those.  What types of activities

5  does MOVE Texas Civic Fund pursue towards leadership

6  development?

7       A.    We have three programs that fall under

8  leadership development.  Our fellowship program, which

9  is a paid student opportunity that students learn

10  hands-on activities, including voter registration.  And

11  they also get training on a variety of subjects and

12  access to speakers.

13              The internship program, which is an unpaid

14  opportunity for students, high school students, but

15  often does a lot of the same similar, like, civic

16  activities and has access to the same educational

17  resources.

18              And then our volunteer program, which is also

19  an unpaid, you know, opportunity for anybody in the

20  community to come help with our civic education work and

21  that kind of stuff.  And we help build skills within

22  that volunteer base.

23       Q.    Who develops -- it sounds like you have three

24  different buckets in that leadership bucket.  Is that

25  fair to say?

```
 1        A.    That's fair to say.

 2        Q.    Who develops those leadership development

 3   opportunities?  Is it specific to which of the three

 4   categories it falls into?

 5        A.    The majority of the program is overseen by our

 6   leadership development manager who reports to, at this

 7   time, our political director -- ultimately will report

 8   to me in the future -- but she develops a lot of the

 9   curriculum, and you know, helps us identify potential

10   fellows, interview, hire them, that kind of thing.

11        Q.    And this is a little bit my personal curiosity

12   because I did a similar fellowship program where we were

13   placed at partner organizations like nonprofits around

14   the community for four days a week, and one day a week

15   we came in for classes and speakers and things like

16   that.  You mentioned the fellowship program.  Did you

17   say that's a paid opportunity for students?

18        A.    We occasionally have a few people that aren't

19   students or maybe going to vocational school.  But the

20   majority of fellows are either undergraduate or graduate

21   students.

22        Q.    Did they work directly for MOVE Texas Civic

23   Fund, or are they placed kind of at other places in the

24   community?

25        A.    They, again, are paid by MOVE Texas Action
```

1  Fund.

2        Q.    Oh, okay.

3        A.    And MOVE Texas Civic Fund directs them, their

4  work.

5        Q.    Okay.  Do they work for the Civic Fund or the

6  Action Fund, or do they work for --

7        A.    Can you repeat that question?

8        Q.    Sure.

9              The fellows, when they come to report to work,

10 do they -- is it a MOVE Texas entity, or is it an

11 outside entity?

12       A.    It's a MOVE Texas entity.

13       Q.    Okay.  It's the Action Fund, if I'm

14 understanding?

15       A.    The Action Fund is the entity that actually

16 pays them.

17       Q.    Okay.

18       A.    But again, they could be doing MOVE Texas

19 Civic Fund duties or MOVE Texas Action Fund duties.

20       Q.    And do they track that --

21       A.    That's correct.

22       Q.    -- what the employees do?  Okay.

23       A.    They're paid employees.

24       Q.    Does MOVE Texas track the success of its issue

25 advocacy efforts?

1      A.   Yes.

2      **Q.   How?**

3      A.   We have -- just to clarify, we're talking

4  about MOVE Texas Civic Fund's --

5      **Q.   Yes.**

6      A.   -- Youth Advocacy programs?

7      **Q.   Yes.**

8      A.   We have clear items that we are working on

9  within that, like, very small bucket of this work.  And

10 we measure success by either helping more young people

11 get involved, and that could be showing up to an

12 educational seminar or attending some sort of like town

13 hall, or that could be, you know, getting young people

14 involved in research on things like online voter

15 registration or vote by mail, that kind of stuff.  And

16 then also just like the general, like, increasing access

17 to democracy work that's being done.

18     **Q.   Can MOVE Texas Civic Fund apportion the cost**

19 **of influencing each person on an issue?**

20     A.   Can you define "influencing," and can you

21 define "person"?

22     **Q.   Sure.**

23          **So when you look at the data that ya'll**

24 **maintain, the information ya'll have, and say, "Okay, we**

25 **spent X amount of dollars" -- I'm just making it up --**

1  let's say we spent a hundred dollars on this program,

2  and we know that we reached a hundred people, so it cost

3  $1 per person to engage in this issue advocacy program.

4      A.   Sure.  From a broader perspective, when it

5  comes to, like, data collection and reporting, not just

6  on the issue advocacy work but just in general, there

7  are programs that we can monitor like the actual, like,

8  cost per activity.

9          And then there are certain activities that

10  either occur unexpectedly or that are either -- that

11  occur out of, like, an existing plan.  Like, it's a

12  deviation of the existing plan that can't be measured or

13  that we just don't have the ability to measure at the

14  cost-per-person or cost-per-activity level.

15      Q.   How does MOVE Texas Civic Fund decide what

16  civic education efforts to pursue?

17      A.   Civic education is defined, again, as voter

18  registration, which is the largest of those programs

19  within civic education, voter education, and then again

20  a very, very small amount of voter mobilization.  And

21  voter registration has always been at the core of our

22  mission because we see that as the first step for young

23  people getting involved in democracy.

24          And so we make decisions on how to register

25  voters, like when to register voters, and how many

1    voters to register every year based on our

2    organizational capacity and what we think are, like, our

3    campus growth roles, stuff like that.

4         **Q.   You have limited resources, as all**

5    **organizations do, so you try to allocate them to where**

6    **they're going to have the most impact?**

7         A.   That's correct.  We have, you know, like, we

8    can't be everywhere.  And so, therefore, we have to

9    determine, like, where we will be at and how we will

10   accomplish that.

11        **Q.   What inputs do you look at to make those**

12   **decisions?**

13        A.   We look at geography.  So are we already in

14   the city.  Are we, you know, is it a new expansion

15   effort.  We look at the, you know, our relationships

16   with the campus administrators.  Most of our work

17   happens on college campuses, university campuses,

18   community colleges, vocational schools and high schools.

19        We analyze our relationships and determine

20   whether new relationships have to be built or existing

21   relationships can be leveraged.  And then we look at our

22   ability to fund that work for the long-term.

23        **Q.   Anything else?**

24        A.   I'm sure there's other, like, micro concerns,

25   like, depending on the city or specific campus, but

1  those are typically major -- I would say the major

2  buckets I would think of when we're considering work.

3      **Q.   Do you adjust your activities based on success**

4  **rate?**

5      A.   We adjust our -- we adjust our programs based

6  on success rate.  We adjust our strategies based on

7  success rate.  And then we adjust our relationships

8  based on like how or at least our relationship

9  strategies.

10          Does that make sense?

11     **Q.   I adjust my relationships from time to time,**

12  **too.**

13          **When it comes to making those adjustments**

14  **doing that fine-tuning, evolving your programs, is that**

15  **something, a decision that -- are those decisions you**

16  **kind of make in consultation with your staff, and then,**

17  **if necessary, you take it to the board for approval?**

18     A.   That's correct.  So I, often the field

19  organizers and fellows and interns have a much better

20  grasp of what is happening and what's successful on

21  their campus or in the field.  And so I listen to that.

22          I work with either the other directors or

23  other managers to implement changes to those strategies

24  or expand relationships as-needed.  And then if there's

25  additional, you know, items that need either approval by

1  the board or recommendations or consultation, we will

2  take it, too.

3       Q.   I just want to touch on something that I think

4  I glossed over earlier.

5            In terms of MOVE Texas Civic Fund's leadership

6  development activities, if I wanted to identify how much

7  MOVE Texas Civic Fund spent on those leadership

8  development activities for 2018, is there a document

9  that would show me that information?

10      A.   The best document to show you, like, what we

11 spent in 2018 would be the 2018 budget, which was --

12 which was MOVE Exhibit 363.

13      Q.   Then in terms of 2019, that would be on MOVE

14 368?

15      A.   That is -- let's see.  The best to see what we

16 actually spent was the 2019 budget, which is 364.

17      Q.   It looks to me like on 364, there is no

18 specific category for leadership development.  There is

19 just that, the two line items that we were putting

20 together wages and salaries and -- okay.

21           So for leadership activities in 2019,

22 leadership development activities in 2019, I'm looking

23 at the 2019 budget at 364.  Where would I see that

24 expenditure for leadership development activities?

25      A.   Leadership development activities are built

1  into category 5000, "Wages and Salaries."  And then

2  other expenses are built into like things like 8110,

3  "Travel and Staff Meals."  And additionally, 8140,

4  "Facilities Rental and Catering," and 9200, "Printing,

5  Copying, Publications."  Those are portions of that

6  program.

7       **Q.   But there's no way to give me an exact figure**

8  **for how much MOVE Texas Civic Fund spent on leadership**

9  **development in 2019; is there?**

10      A.   That is the way that we do our accounting in

11  that budget there.

12      **Q.   So is that a yes?**

13      A.   Can you repeat the question?

14      **Q.   Sure.**

15           **Is there a way to identify a precise dollar**

16  **amount that MOVE Texas Civic Fund spent on leadership**

17  **development activities in 2019?**

18      A.   Our leadership development program is built

19  into this budget.

20      **Q.   And so the budget doesn't reflect the precise**

21  **amount that was spent on leadership development**

22  **activities?**

23      A.   Leadership development activities are part of

24  these categories, which are recommended for us to track

25  via our CPA and bookkeeper.

1      Q.   Sure, sure.  I'm sorry, I'm not trying to

2  suggest like funny accounting.  That's not what I'm

3  getting at.  I'm just trying to figure out if the way

4  that -- to figure out if the records would enable ya'll

5  to give a precise dollar amount that was spent on these

6  leadership development activities in 2019.  I'm not

7  suggesting you're legally required to have that.  I'm

8  just trying to figure out if it exists.

9      A.   This is the only thing that exists to my

10 knowledge.

11     Q.   Then for leadership development 2020, what

12 would be the best reflection of how much MOVE Texas

13 Civic Fund spent on leadership development activities in

14 2020?  Would that be the 2020 budget?

15     A.   That's correct.  Because 2020 is still under,

16 it's in progress.

17     Q.   Right.  When I say "spent," I mean both has

18 spent and intends to spend.

19     A.   That's correct.  Yes.

20     Q.   Then within this bucket of issue advocacy,

21 which I want to just make sure I'm clear on the record

22 because these were topics in the notice and it's

23 completely fine if you're unable to parse it out to the

24 level of detail that I am asking whether or not you

25 have.  I just want to make sure that I have the closest

1    thing that's available to ya'll.

2              So for issue advocacy in 2018, the best

3    reflection of what MOVE Texas Action Fund spent would be

4    the 2018 budget at MOVE 363; is that correct?

5         A.   That is correct.

6         Q.   Issue advocacy expenses are a part of item

7    5000, "Wages and Salaries," and item 6300, "Fellowships

8    and Educational Stipends"; is that right?

9         A.   That is correct.

10        Q.   And those two buckets, 5000 and 6300, would

11   they also include expenditures in 2018 for civic

12   education?

13             MS. MARZIANI:  Objection.  I want to make sure

14   the record is clear, Anna.  We are talking only about

15   MOVE Texas Civic Fund.  You said "Action Fund" by

16   accident.

17             MS. MACKIN:  Oh, thank you for that.

18        Q.   Yes, I meant Civic Fund in terms of the funds

19   that MOVE Texas Civic Fund has spent on civic education

20   activities in the year 2018, the best reflection of that

21   would be at MOVE 363, the 2018 budget?

22        A.   That is correct.

23        Q.   And it is part of "Wages and Salaries" and

24   "Fellowships/Educational Stipends"?

25        A.   Can you repeat which category that was again?

1      Q.   Sure.  I'm getting a little confused, too.

2   Sorry.  Civic education in 2018.

3      A.   Civic education includes voter registration,

4   voter education, and a very small amount of very

5   specific voter mobilization.  So, therefore, it would be

6   those activities, payments for those activities would be

7   included in places like category 5000, "Wages and

8   Salaries," Category 6300, "Fellowship and Educational

9   Stipends," Category 7210 -- sorry -- 7210, "Office

10  Supplies," and Category 8110, "Travel and Staff Meals,"

11  and 8140, "Facility Rental and Catering," and 9200,

12  "Printing, Copying and Publication."

13     Q.   Okay.  But within all of those categories you

14  just listed, are any of those broken out based on how

15  much was spent on civic education activities in

16  particular?

17     A.   The way that we monitor our spending and

18  budgeting is through this accounting method.

19     Q.   So I'm just asking if MOVE Texas Civic Fund

20  has any way to determine with certainty how much of each

21  of those categories you mentioned was dedicated to civic

22  education as opposed to issue advocacy or leadership

23  development?

24     A.   To my knowledge, there is no, like, auto run

25  report that could be done that way, if that makes sense.

 1  There's no report that has already been made that can

 2  track that.  I would imagine that if we, like, audit all

 3  of 2018, that there was a way to break all of that

 4  apart, but that is not currently available.

 5      **Q.   In order to kind of break it apart to parcel**

 6  **it out by issue advocacy, civic education, and**

 7  **leadership development, what information would you need**

 8  **to look at?**

 9      A.   I would need to consult our CPA and our

10  accountant and then determine, like, actual records of

11  work or projects and to see if those are available or

12  how those would be created, if they could be created.

13      **Q.   And would your answer be the same for 2019?**

14      A.   Yes.

15      **Q.   And for 2020 so far?**

16      A.   2020 so far, if you look at the budget, there

17  are those buckets that are -- that you identified, which

18  is civic education/youth organizing, leadership

19  development, and issue advocacy.  Understanding that

20  overhead is also part of those, those programs.

21      **Q.   All right.  I would like to refer you to the**

22  **document production which your attorneys made available**

23  **to you.  And I would like to go through these documents,**

24  **hopefully not in an excruciating level of detail.  But**

25  **just so that I have an understanding of what each one is**

1    and what it shows.

2             So if I could direct your attention to the

3    document marked MOVE 1.  I'm going to omit the leading

4    0s so we don't burn time saying "00000."

5             This appears to me to be a single document on

6    just one page; is that right?

7        A.   That's correct.

8        Q.   And what is this document?

9        A.   This appears to be a block-walking script that

10   would be used by field organizers, fellows, interns or

11   volunteers on how to -- guiding them on a conversation

12   to have with people when they knock on their doors.

13       Q.   This document would fall within which of the

14   three buckets of the Civic Fund's activities?

15       A.   This would be either -- this would be in

16   either the issue advocacy bucket and/or voter education

17   bucket.

18       Q.   And how would you know the difference?

19       A.   It would be determined on like, essentially,

20   like the supervisor would determine that as they built

21   out the project.

22       Q.   So like a script like this could be used for

23   issue advocacy, or it could be used for civic education?

24   You would have to tweak it based on the specific issue

25   or whether you're doing voter registration, but it could

1    go either way; is that fair?

2        A.    Yeah.

3        Q.    Okay.

4        A.    This seems to be, like, they are educating

5    people on our Democracy From the Ground Up campaign and

6    then asking them to volunteer.

7        Q.    I notice that this script -- strike that.

8             All right.  I would like to turn your

9    attention to the next document in the stack.  It appears

10   to me that MOVE 2 through MOVE 23 are a single

11   PowerPoint presentation.  Take some time to review it

12   and let me know if my understanding is correct.

13       A.    Thank you.  (Reviewing document.)

14            That appears to be correct, yes.

15       Q.    Thank you.  What is this PowerPoint used for?

16       A.    This is a PowerPoint that is -- that

17   essentially talks about our civic leadership -- civic

18   leadership program, which is what we call leadership

19   development.  And it is an overview of training on

20   advocacy and how, you know, fellows, interns, volunteers

21   can be active in that.

22       Q.    Who developed this PowerPoint?

23       A.    This was made in spring 2020, so I believe

24   this was made by our leadership development manager in

25   conjunction with probably other folks within the

1   organization.

2          Q.   And the leadership development manager is,

3   what's their name?

4          A.   Cecilia Montesdeoca.

5          Q.   Monte -- I'm sorry?

6          A.   Montesdeoca.

7          Q.   The date on this is spring 2020.

8               Were there prior versions of this advocacy

9   training that were used in the past?

10         A.   Potentially.  I'm unsure if this is a

11  brand-new PowerPoint or if this was built out from like

12  -- if it was built from scratch or added onto.

13         Q.   Okay.  Who receives this training?

14         A.   A variety of people:  our fellows, members of

15  the fellowship; the internship, members of the

16  internship; and then also this could be utilized for

17  volunteers.

18         Q.   Okay.  And who presents it?

19         A.   This would often be presented by a variety of

20  people:  our leadership development manager, since this

21  deals with some of our democracy like expansion

22  campaigns or access campaigns; that would be also Raven

23  Douglas, our political director; and/or Alex Birnal, our

24  advocacy manager.

25         Q.   Which of the three main buckets would you say

1   this falls into?

2       A.   This is an issue advocacy presentation.

3       Q.   **While we're here, I want to jump back quickly**

4   **to Document 1.  Does Document 1 -- I know you mentioned**

5   **it could be used for either issue advocacy or civic**

6   **education, specifically it could be used in like a voter**

7   **registration effort.  But -- I'm sorry, go ahead.**

8       A.   I did not say that it would be utilized in a

9   voter registration effort.

10      Q.   **Oh, okay.  Okay.**

11      A.   I did say voter education.

12      Q.   **Education, got it.  Thank you.  All right.**

13          **Let's move down to MOVE 3.  What is the source**

14  **of this map on MOVE 3, if you know?**

15      A.   I'm unsure.

16      Q.   **As kind of the landing page, the first page of**

17  **this presentation, tell me how this sets the tone.  Tell**

18  **me how this relates to MOVE's mission.**

19      A.   This is what we call a grounding slide, and it

20  helps set the tone that there has been, you know, that

21  there's been community organizing work happening before

22  us and that there will be community organizing work

23  happening after us and our work is important.

24      Q.   **Moving on to slide 4 -- I promise I'm not**

25  **going to be this granular on all 370 pages -- tell me**

1  about this slide.

2      A.   This is what we call a "Community Agreements"

3  slide.  When we bring people together, we want to, like,

4  sort of set the, like, have an agreement set so that

5  everybody understands that, like, what's expected of

6  them, you know, and their behavior, and the way they

7  conduct themselves.  And so this is part of that.

8      Q.   I just have to ask for my own edification, can

9  you tell me a little -- what is "One Diva, One Mic"?

10     A.   That instructs our class to not to talk over

11  each other.  So if one person is talking, listen.  So

12  one person talking at a time.

13     Q.   You are the diva of the moment.

14          I understand what "Land the Plane" means.

15  "Jargon Giraffe," what is that?

16     A.   That is our most famous community agreement.

17  That is when somebody uses typically an abbreviation or

18  an acronym that some folks don't understand, like if you

19  say fiscal sponsor and I don't know what that means,

20  then I will throw up my Jargon Giraffe and the speaker

21  understands to clarify that term.

22     Q.   Maybe we should start using that in

23  depositions or something.

24          MS. MARZIANI:  That would be hard for lawyers.

25          MS. MACKIN:  Yes, it would.  We all have

1  jargon.  That could be a powerful tool.

2      Q.   Then what is "Bicycle Rack" down at the

3  bottom?

4      A.   Often ideas come up within discussions that

5  aren't completely relevant to that discussion at the

6  moment.  And so often when we present, we have like a

7  piece of paper on the wall that's called a Bicycle Rack.

8  And so if we're talking about a nonprofit structure and

9  I bring up something that's not relevant, we will add it

10  to that Bicycle Rack so that it can be clarified later

11  or discussed later.

12      Q.   I've actually heard of that concept, but I

13  heard it referred to as the Idea Parking Lot, and the

14  Bicycle Rack is much more earth friendly.

15          I want to jump down to MOVE 6.  The second

16  bullet under "Objectives of CLP Trainings" is

17  "Internalize Values."  What does that mean in this

18  context?

19      A.   MOVE has a couple of core values.  We believe

20  that young people are powerful.  We also believe that

21  that we need to create spaces, like diverse spaces that

22  are welcoming and open and for a wide variety of ideas.

23          We also believe that regardless of the

24  position that the person is in, they have a voice, and

25  they have power.  And so because of that, you know, I

1  can learn from an intern just as much I can learn from a

2  director at MOVE.

3      So it's values like that that we're trying to

4  teach fellows, teach interns, teach volunteers.  And

5  that is core to our mission.

6      **Q.   Down under "Training #3," the first bullet,**

7  **"Learn how the advocacy team drives policy change."**

8  **Tell me about that.  Tell me about mission's advocacy**

9  **work to -- pardon me -- MOVE's advocacy work to drive**

10 **policy change?**

11     A.   I want to clarify.  This is MOVE Texas Civic

12 Fund?

13     **Q.   Yes.  I know I said that at the beginning of**

14 **the deposition.  I know we've been talking a lot about**

15 **it.  The continued clarifications are totally welcome.**

16 **I will still understand it to mean the Civic Fund unless**

17 **I specify otherwise.**

18     A.   Yes.  MOVE Texas Civic Fund, you know, again,

19 our advocacy team is there to help young people research

20 the issues that matter to them and then figure out how

21 they themselves can take action, whether that is not

22 inside our organization or whether that is an active

23 campaign our organization is working on.  For instance,

24 Democracy From the Ground Up.

25     **Q.   Scrolling down, just a quick passing on No. 7,**

1  what happens at a Youth Power Happy Hour?  And can I go?

2      A.   I think you should attend.

3          Youth Power Happy Hours are where we invite

4  young people, especially folks that we've either

5  registered to vote or that have signed pledge to vote

6  cards for us or on the campuses we work with.

7          And sometimes these Youth Power Happy Hours

8  are just for young people to get together and build

9  community.  And sometimes if it's near elections, then

10 we invite all political candidates, regardless of party,

11 to those spaces to interact with young people and talk

12 about the issues that they care about.

13     Q.   Let's go down to MOVE 9.  The slide says,

14 "Issue advocacy at MOVE Texas," meaning MOVE Texas Civic

15 Fund.  And it mentions "Current Campaigns."

16     A.   Yes, it does say that.

17     Q.   Is this -- it lists "Democracy Done Right."

18 Is Democracy Done Right its own campaign, or are those

19 three bullets nested under it sort of separate

20 campaigns?

21     A.   Democracy Done Right is our sort of, like,

22 larger brand of democracy, like democracy education and

23 democracy advocacy.  Each one of these underneath those,

24 whether you want to call them campaigns or projects, are

25 relevant to that larger bucket of how we want to get

1  more young people involved in our democracy.

2      **Q.   So is Democracy Done Right sort of an**

3  **existing, like you said -- I forget the exact words you**

4  **used -- mantra, and then the three "Democracy From the**

5  **Ground Up," "Redistricting," "Census," have those always**

6  **been sort of the elements of Democracy Done Right, or do**

7  **those focus areas change over time?**

8      A.   Just to clarify your question --

9      **Q.   Please do.**

10     A.   -- I think what you're asking is:  Does

11  Democracy Done Right evolve or shift?  You know, so

12  Democracy Done Right is a campaign that we work on year

13  after year after year.  And then the, let's say, for

14  instance, if we want to call them projects or sub

15  campaigns of Democracy From the Ground Up, and

16  Redistricting and Census are specific things that, you

17  know, are maybe time-based, maybe place-based.

18     **Q.   And so this first one, Democracy From the**

19  **Ground Up, it says, "Set of 11 reforms focused at the**

20  **county level to improve voting rights and election**

21  **infrastructure."**

22         **How does this project further the mission of**

23  **MOVE Texas Civic Fund?**

24     A.   This project under MOVE Texas Civic Fund

25  educates young people about how improvements to our

1    elections infrastructure, that could be online voter

2    registration, automatic voter registration, polling

3    locations on college campuses, et cetera, can help

4    increase access and the ability for young people to

5    participate in democracy, cast their vote in elections.

6        **Q.   Then this next project area, "Redistricting,"**

7    **how does this project further the mission of MOVE Texas**

8    **Civic Fund?**

9        A.   You know, like we have some campuses that we

10   work on that are in completely two -- maybe the campus

11   line runs down or the district line runs down the middle

12   of the campus, and that causes confusion for young

13   people.  Maybe even the county line runs down through

14   the middle.

15        So those are things that we are talking about

16   or educating young people about how they can be involved

17   in that process and how they can show up to those field

18   hearings to learn more.

19        **Q.   And it says down here, "Look at the impact of**

20   **new electoral maps on college campuses."**

21        **How is MOVE Texas Civic Fund evaluating the**

22   **impact of new electoral maps on college campuses?**

23        A.   I don't know if we are evaluating the impact

24   of that.  I think that we are educating young people on

25   if they are interested in redistricting in their area or

1  their campus, we are showing them the ways they can be

2  involved in that.

3      **Q.   Then it talks about diminished and diluted**

4  **representation.  Whose diminished and diluted**

5  **representation is MOVE focused on?**

6          MS. MARZIANI:  Objection.  Vague.

7          MS. MACKIN:  Q.  You can answer if you

8  understand my question.

9      A.   We believe that young people need to be

10  involved in our democracy.

11     **Q.   Do you know approximately what percent of**

12  **MOVE's issue advocacy resources are being dedicated to**

13  **this redistricting project?**

14     A.   I do not know the percentage or the dollar

15  amount off the top of my head, but it's a very small

16  amount.

17     **Q.   I neglected to ask that question about the**

18  **Democracy Done Right project.  Do you know the**

19  **approximate percent of the issue advocacy resources that**

20  **MOVE has dedicated to the Democracy Done Right project?**

21     A.   Democracy From the Ground Up is the largest of

22  these three projects.

23     **Q.   I'm sorry, I just want to be clear on the**

24  **record.  It was my understanding that Democracy From the**

25  **Ground Up redistricting and Census were subprojects of**

```
 1 | Democracy Done Right?
 2 |     A.   Democracy -- just to clarify, Democracy From
 3 | the Ground Up is the largest of the Democracy Done Right
 4 | campaigns or projects.
 5 |     Q.   Got it.  Okay.
 6 |          Then the third project or sub campaign listed
 7 | here is "Census."  Why is MOVE pursuing an issue
 8 | advocacy campaign related to the Census?  I think I can
 9 | probably guess what the answer is going to be, but
10 | asking for the record.
11 |     A.   We believe that young people are often
12 | undercounted in the Census, and so we are actively
13 | encouraging young people across the areas we work at to
14 | fill out the Census.
15 |     Q.   And how are you encouraging them to do that?
16 |     A.   That is done a multitude of ways.  Mostly
17 | social media, especially in this era of like the
18 | COVID-19 now where we aren't interacting with people in
19 | the field.  But we are also doing phone calls and text
20 | messages on them.
21 |     Q.   Then would you be able to tell me the
22 | approximate percent of MOVE Texas Civic Fund's issue
23 | advocacy resources that are being dedicated to this
24 | Census project?
25 |     A.   If I can -- if I rank them from like size
```

1    level from a financial standpoint, Democracy From the

2    Ground Up is number one, Census is number two, and

3    redistricting is number three under Democracy Done

4    Right.

5         Q.   But you couldn't give me a specific dollar

6    amount?  I'm not suggesting you need to be able to.  I'm

7    just trying to ascertain if it exists.

8         A.   I do not have that information off the top of

9    my head.

10        Q.   Would it be possible to get it?

11        A.   I'm not sure.

12        Q.   Let's jump down to MOVE 10.

13             And just as a housekeeping matter, I think

14   that when I get through this PowerPoint, I think it

15   might be a good time to take a quick break for lunch.  I

16   don't think I can get through everything else that I

17   have without, you know, us taking a lunch.  If that's

18   okay with everybody, we can plan on that.

19             Oh, actually, you mentioned something that I

20   want to come back to quickly.  How is COVID-19 impacting

21   MOVE Texas Civic Fund?  How is it impacting your

22   activities?

23        A.   It's impacting us greatly.  We are working

24   completely remote at this time per the governmental

25   guidelines and our organizational guidelines.  Out of

1  the Civic Fund's general activities, voter registration

2  has taken the largest impact of that because of a lack

3  of digital infrastructure at the state level.  So

4  therefore, if we can't meet voters in the field and ask

5  them to sign the application, then that work stops.

6      Q.  Back to 10, this list still under issue

7  advocacy, "We the Young People," is that another large

8  campaign area like Democracy Done Right?

9      A.  That is correct.

10      Q.  And then listed under that, I see "Criminal

11  Justice Reform Work," "Climate Justice," and

12  "Immigration Work."  Would it be fair to say those are

13  projects or sub campaigns of We the Young People?

14      A.  That is correct.

15      Q.  Okay.  How does the Criminal Justice Reform

16  Project further the mission of MOVE Texas Action Fund --

17  MOVE Texas Civic Fund rather?  I'm sorry.

18      A.  We believe that young people should be

19  involved in all aspects of our democracy and community,

20  and that work furthers that.

21      Q.  And how specifically -- can you tell me a

22  little bit more about the relationship between, for

23  example, listed under "Criminal Justice Reform Work," it

24  says, "Cite and Release."  How is Cite and Release

25  related to youth involvement?

1        A.   Often young people are like -- are stopped by

2   law enforcement and are likely to have low-level

3   misdemeanor-type offenses that potentially could land

4   them into jail.  And so, therefore, Cite and Release is,

5   you know, our policies that help, you know, that help

6   prevent that.

7        Q.   **And then how about Climate Justice, how does**

8   **that program further the mission of MOVE Texas Civic**

9   **Fund?**

10        A.   Our fellows are interns.  Our volunteers are

11   passionate about climate and see that as a pinnacle

12   issue of our generation.  And so, therefore, they --

13   they request to work on that.  That's an issue that they

14   like.

15        Q.   **How about Immigration Work, how does -- how**

16   **does the Immigration Work project further the mission of**

17   **MOVE Texas Civic Fund?**

18        A.   We have several -- several -- we've had

19   members who are fellows and interns and volunteers

20   before who are DACA students or who come from families

21   of immigrants or may be immigrants themselves, and so

22   this work is another way that they ensure that their

23   voice is heard.

24        Q.   **And these three projects we just talked about,**

25   **are you able to tell me what percent of the issue**

 1  **advocacy resources of MOVE Texas Civic Fund are**

 2  **dedicated to each of these projects?**

 3      A.   Like the previous campaign, I can rank them by

 4  scale.  Climate Justice would be number one, Criminal

 5  Justice would be number two, and Immigration Work would

 6  be number three.

 7      **Q.   But you can't give me a dollar amount?**

 8      A.   Not off the top of my head.

 9      **Q.   And do you know if it would be possible to**

10  **identify a dollar amount?**

11      A.   I'm unsure about that.

12      **Q.   Okay.  Who developed MOVE's positions on these**

13  **issues?**

14      A.   These are policy issues that were identified

15  from the student level or volunteer level from the

16  grassroots.

17      **Q.   The people who developed these policy**

18  **positions would be who specifically?**

19      A.   These -- so, for instance, students have

20  identified that climate justice is a major -- is a

21  major, like, issue for them.  And so we often have town

22  halls.  We have listening sessions.  We have student

23  organizations that meet and come together and say, for

24  instance, "It is tying CEO pay to emissions reductions

25  possible in this city," say, for instance, San Antonio.

1          And then if that's the case, then that is

2    potentially a -- either a policy area campaign that is

3    then run by young people.

4          **Q.   Very cool.  I just have one more question on**

5    **this document.**

6          **Down on MOVE 17, the last bullet point talks**

7    **about proactively mailing voter registration forms and**

8    **information to eligible residents who aren't registered**

9    **to vote.  Is that still an initiative that MOVE Texas**

10   **Civic Fund is pursuing?**

11         A.   We do undertake that activity, and it is a --

12   it is a like -- it is an opportunity for us to reach

13   more voters, especially in rural areas.

14         **Q.   And how does MOVE identify those individuals**

15   **who it's going to reach out to with a voter registration**

16   **application?**

17         A.   We identify them by age.  So we do not qualify

18   them by political affiliation or party or previous

19   voting history or anything like that.  We qualify them

20   by age.

21         **Q.   Where do you get that data?**

22         A.   We get the data from either like they,

23   theirself [sic], identify that data.  And so, for

24   instance, they will fill out a Pledge to Vote card for

25   us that says they need to register to vote.  Or we

1  utilize, say, for instance, consumer-level data, that

2  kind of stuff.

3          MS. MACKIN:  All right.  I think this is a

4  good spot for us to take a break.  I probably have about

5  an hour and a half to go.  Maybe a little bit more.

6          So how long do folks feel like they need for

7  lunch?  I mean, I can take an hour.  I can do it

8  quicker, too.

9          MS. MARZIANI:  I don't think we need a whole

10 hour, especially because most of us can walk around.

11         MS. MACKIN:  Go to the kitchen.  Go to the

12 microwave.

13         MS. MARZIANI:  There are advantages.  We don't

14 have to stand in line at the rush hour.

15         MS. MACKIN:  Exactly.

16         MS. MARZIANI:  You want to come back at 12:45?

17         MS. MACKIN:  That sounds great.

18         THE WITNESS:  That works for me.  Thank you.

19         MS. MARZIANI:  Just a small housekeeping

20 matter, I remember the deposition on Tuesday that the

21 tech folks say it was better for us to mute and turn off

22 our video rather than leave the meeting.  I don't know

23 if that's still correct.  I wanted to advise everybody

24 on the line that's what we should.

25         THE REPORTER:  Anna, do you want me to go off

1    the record?

2            MS. MACKIN:  Yes, let's go off the record.

3            (Whereupon, the lunch recess was taken at

4    12:06 p.m.)

5                        ---oOo---

6                    AFTERNOON SESSION

7            (Time noted: 12:48 p.m.)

8            MS. MACKIN:  Q.  All right, Mr. Galloway.  I

9    want to ask you one thing that I forgot to ask you at

10   the beginning of the deposition.

11           You mentioned that you had staff look for

12   documents to respond to the subpoena and pull them.  And

13   I was just hoping to get the name of the person who you

14   had asked to pull documents and what you asked them to

15   look for.

16       A.   So if I understood your question, you are

17   asking about our search for the documents for the

18   deposition; is that correct?

19       **Q.   Yes.  That's right.**

20       A.   We e-mailed all full-time employees and asked

21   them to search for a variety of terms and search in

22   specific places, including their e-mail, their Google

23   drive, and their computer hard drive.  And then they

24   uploaded all of those documents to a Google folder where

25   our lawyers reviewed them.

1    Q.   Okay.  Do you know what terms they used?

2    A.   Let's see.  Off the top of my head, I believe

3  it was "voter registration," "driver's license,"

4  "driver's license and voter registration."  I believe

5  those were the three main terms.

6    Q.   Okay.  Thank you for that.

7         Pivoting back to these documents, and as we

8  did with the previous document, take your time to look

9  over the Bates range.  I just want to clarify where each

10  document begins and ends.

11        So I've taken a look, and it looks to me like

12  MOVE 20 through 40 is one single PowerPoint.  If you

13  wouldn't mind reviewing that and letting me know if that

14  appears to be the case?

15    A.   I believe, like, document Nos. 20, 21, 22, 23

16  --

17    Q.   I'm sorry, I misspoke.  Did I say 20 through

18  40?

19    A.   That's correct.

20    Q.   I meant 24 through 40, I apologize.

21    A.   Sure.  Let me review those, and I'll confirm.

22    Q.   Sure.

23    A.   (Reviewing document.)  That is correct, 24

24  through 40.

25    Q.   What is this PowerPoint, 24 through 40, used

1  for?

2      A.   This looks to be similar content to the

3  previous PowerPoint, which is talking about, like, our

4  education, leadership development, and issue advocacy

5  programs, with a focus on, like, voting and Democracy

6  From the Ground Up.

7      **Q.   Do you know who developed this PowerPoint?**

8      A.   I believe timeline-wise, this is older than

9  the PowerPoint that is above it.  And -- but this was

10  most likely worked on by our leadership development

11  manager and our political director.

12     **Q.   And do you know when this PowerPoint was**

13  **developed?**

14     A.   I want to say the timeline is roughly 2019.

15     **Q.   Do you know if there are prior versions of**

16  **this PowerPoint?  And I don't mean drafts.  Let me be**

17  **clear.  I mean another camera-ready version that was**

18  **presented to people receiving this training.**

19     A.   Not to my knowledge.  There might be bits and

20  pieces of this in other types of materials, but this is

21  part of, like, our just general civic leadership

22  programming.

23     **Q.   So who receives this training?**

24     A.   Very similar to the first PowerPoint, this

25  training is designed for staff, fellows, interns and

MOVE Texas Civic Fund - 4/23/2020

1  volunteers.

2      Q.   Who presents this training?

3      A.   Depending on the audience, this could be

4  presented by our advocacy team members, or this could be

5  presented by, like, some of our field team members if

6  like say, for instance, they were talking to students

7  about how to get involved.

8      Q.   Do you know how frequently this training is

9  offered?

10     A.   At the minimum, it would be once a semester.

11 But depending on the audience, it could be more than

12 that.

13     Q.   Okay.  So if it were used for staff, would it

14 be used for on-boarding purposes or what?

15     A.   Quite possibly it could be used as like a

16 reference material for on-boarding, but the more likely

17 version of this is that as our fellows begin to learn

18 about some of the various issues that we work on or that

19 we, you know, how let's say, for instance, the voting

20 rights like, you know, timeline has played out, like,

21 this would be an opportunity to teach them.

22     Q.   When you say "voting rights timeline," what do

23 you mean?

24     A.   Just like, you know, going all the way back

25 to, like, who was allowed to vote, when the country was

1  founded to, like, women's suffrage, to, you know, when

2  Civil Rights era.

3      **Q.   Voting Rights Act, all --**

4      A.   Yeah.

5      **Q.   Okay.  And what bucket of activity -- we**

6  **talked about the three main buckets before lunch.  What**

7  **bucket of activity would this training fall under?**

8      A.   This, depending on audience, could fall under

9  a couple of different buckets.  This could be leadership

10  development as we're training fellows and interns or

11  even staff development.  It also could be, if it's given

12  to, say, students or to volunteers, it could be part of,

13  like, an issue advocacy program as well.

14      **Q.   I'm sorry, I'm not trying to mischaracterize**

15  **your testimony.  I just missed it.  You said that this**

16  **could fall under issue advocacy or possibly --**

17      A.   Are you referring to the sentence I just said?

18      **Q.   Just, I think that you said it could fall**

19  **under -- potentially under two of the three buckets,**

20  **depending on the audience?**

21      A.   Yeah.  That would be, like, leadership

22  development, which is where, like, educating our fellows

23  and our interns would be housed at.  Or like, let's say,

24  for instance, if this was part of a Democracy From the

25  Ground Up presentation, that would fall under MOVE Texas

1  Civic Fund's issue advocacy work.

2       Q.   Okay.  Cool.

3            Jump down to MOVE to 27, talking about civic

4  education and grouping that into voter registration,

5  voter education, and voter mobilization.  You say

6  that -- I'm sorry if I'm asking you things that we've

7  already talked about.  I just want to make sure I'm

8  clear.  Would you say -- so we talked about the fact

9  that voter registration activities fall under civic

10 education; right?

11      A.   That is correct.  Voter registration

12 activities are 100 percent (c)(3) activity under civic

13 education.  That would be MOVE Texas Civic Fund.

14      Q.   Then in addition to voter registration, voter

15 education activities by MOVE Texas Civic Fund also fall

16 into that civic education bucket; is that right?

17      A.   That's correct.  And so the majority of voter

18 education work for us is 501(c)(3) compliant, and so

19 that is an opportunity -- like, that would also fall

20 under MOVE Texas Civic Fund.

21      Q.   I'm looking at slide 27, "Voter Registration,"

22 "Voter Education," and "Voter Mobilization," underneath

23 the "Civic Education" bucket.

24           Would it be fair to say that those three

25 activities, voter registration, voter education, and

1  voter mobilization, all fall into that civic education

2  bucket of activities that MOVE Texas Civic Fund pursues?

3       A.   Yes.  MOVE Texas Civic Fund, one of our core

4  missions is to increase civic education.  And we do it

5  through these three ways.

6       Q.   Are there any other ways?

7       A.   These are the three ways that we categorize

8  improving civic education.

9       Q.   Okay.  And I want to talk about each of those

10  sub buckets, if you will.  Underneath "Voter

11  Registration," three items are listed:  "Class Raps,"

12  "Tabling," and "Canvassing."

13            Are those the types of voter registration

14  activities that MOVE Texas Civic Fund pursues?

15       A.   Those are three types of voter registration

16  activities that occur.  I would argue three of the most

17  common type.  And so, yes.

18       Q.   Just to be clear, you said they occur.  MOVE

19  Texas Civic Fund pursues them; right?

20       A.   MOVE Texas Civic Fund, yes, part of our

21  mission pursues and directs them.

22       Q.   Are there any other voter registration

23  activities other than Class Raps, Tabling and Canvassing

24  that MOVE Texas Civic Fund is involved in?

25       A.   Yes.  Let's say, for instance, if there is a

1    concert, and so we would do voter registration at a

2    concert.  Or, like, let's say, for instance, there is a

3    community event, then we would go to that community

4    event, which would probably fall under Canvassing or

5    Tabling, depending on the sort of mechanism that's

6    chosen there.  But there are more nuanced versions of

7    voter registration, but they kind of all fall into at

8    least those three big buckets.

9         Q.    So yeah, not trying to do a "gotcha" on these

10   specific permutations.  Just kind of it's helpful to

11   have these general categories so I make sure I

12   understand the scope of the MOVE Texas Civic Fund voter

13   registration efforts.  So I just kind of want to ask

14   again to close the loop.

15             Would it be fair to say that all of MOVE Texas

16   Civic Fund's voter registration activities could be

17   classified as Class Raps, Tabling or Canvassing?

18        A.    Yes.

19        Q.    Okay.  Tell me about Class Raps.

20        A.    Class Raps is a term that we use for class

21   presentations.

22        Q.    You actually rap?

23        A.    We do not actually rap.

24        Q.    That is disappointing.

25        A.    I know.  We got to improve on that.

1          It's basically a class presentation.  We will

2    go into -- we will ask permission from professors to

3    take five to ten minutes of the first part of their

4    class, go in, and explain to students that they have a

5    powerful voice as a voter.  And then we will ask them to

6    register to vote or pledge to vote if they're already

7    registered to vote.  That all happens in that activity.

8          **Q.   And why the name "Class Raps"?**

9          A.   "Raps" is just a more fun way of saying

10   presentation.

11         **Q.   How frequently would you say that MOVE Texas**

12   **Civic Fund engages in these Class Raps?**

13         A.   It's a large portion of our voter registration

14   work or at least pre COVID-19.  We have worked hard to

15   build the trust of college professors and high school

16   teachers and community college professors.  And so

17   therefore, they allow us to come in and present to their

18   class.

19         **Q.   How -- how does MOVE Texas Civic Fund**

20   **cultivate those relationships with educators who then**

21   **kind of facilitate the Class Raps happening in their**

22   **classroom?**

23         A.   That can happen in a couple different ways.

24   For instance, our field organizer or maybe one of the

25   managers, regional organizing managers could introduce

1   themselves to a professor and build that relationship.

2   Maybe one of our fellows or interns could introduce

3   themselves and build that relationship.

4           Or often other professors hear about how

5   excited, you know, other professors are with the job

6   that we did in their classroom, and they will either

7   reach out to us to invite us in or we will reach out to

8   them.

9       Q.   Could you estimate a percentage of MOVE Texas

10  Civic Fund voter registration activities that fall into

11  this Class Raps category?

12      A.   Voter registration is our largest bucket of

13  work within MOVE Texas Civic Fund as a whole, and Class

14  Raps are honestly probably one of the largest buckets

15  underneath "Voter Registration."  So I would say out of

16  our entire voter registration efforts, Class Raps easily

17  probably would make up 50 percent of our voter

18  registration.

19      Q.   Okay.  And tell me about MOVE Texas Civic

20  Fund's "Tabling" voter registration efforts?

21      A.   Tabling is a strategy where we set up a table,

22  and like often on a college campus, you know, or on a

23  community college campus, maybe even in a high school

24  cafeteria during lunchtime.  And our organizers invite

25  people over to the table to learn about registering to

1   vote, to actually register to vote, to pledge to vote,

2   and to maybe, like, pick up stickers or buttons or

3   something like that.

4       Q.   When you say "actually register to vote," what

5   does that process look like?  Do you have the

6   registration applications there?  Or kind of what are

7   the mechanics of that?

8       A.   The first thing the organizer says is, "Are

9   you registered to vote at your current address?"  And if

10  the person says no, then they will say, "Would you like

11  to register to vote today?  We can help you within two

12  to three minutes."  And they invite the person over to

13  the table where there are paper voter registration

14  applications compliant with individual county elections

15  administrator's rules and regulations.

16          And they then help the person, you know, fill

17  out the form, answer any questions, ensure that the form

18  is compliant under the -- all of the Election Code, and

19  additionally, under the voter deputization requirements.

20          And then they, as a voter deputy volunteer,

21  then sign the receipt, hand the receipt to the voter,

22  and then take the voter's application, store that in a

23  secure place, where it's then dropped off at the county

24  elections department within five days per the

25  regulations.

1    Q.   And so each time MOVE Texas Civic Fund has a
2  tabling event for voter registration, do you have a
3  volunteer deputy registrar present at the event?

4    A.   Yes.  All of our fellows, interns, staff
5  members, are all volunteer voter deputy registrars.

6    Q.   So could you register me to vote today?

7    A.   What county do you live in?

8    Q.   Travis.

9    A.   I am registered -- I can register people in
10  Travis County.

11    Q.   I am registered, but...

12    A.   I'm glad.

13    Q.   But it's good to know that no task is too
14  small for the executive director.

15    A.   No.  You will often find me out in the field
16  days before the voter registration deadline.

17    Q.   At these tabling events, do -- does MOVE Texas
18  Civic Fund keep track of how many people it registers at
19  each event?

20    A.   That's correct.  Yes, we do.

21    Q.   And how do you track that?

22    A.   We track that through a couple of different
23  ways.  Through the number of voter registration
24  completed applications that we had during that shift,
25  and then also we track other things like Pledge to Vote

1   cards, which that is a count as well.  And then our

2   organizers take that information, fill out a quick form

3   on the voter registration shift so we can track that

4   information.

5       **Q.   And does MOVE Texas Civic Fund follow up with**

6   **the folks on whose behalf you've submitted a voter**

7   **registration application?**

8       A.   We're, by state law, only required -- only

9   allowed to take the name and the, you know, the address

10  of the person like of the information off the voter

11  registration card.  So we can't -- we do not in any way,

12  you know, record, say, their birth date or their phone

13  number or any contact information.

14          So the way that we follow up with voters is if

15  they opt into a program called Pledge to Vote.  At that

16  point, they will give us their preferred method of

17  contact.  Maybe they want election reminders via

18  cellphone SMS, or they want a phone call, or they would

19  prefer e-mail.  And that's where we collect that

20  information.

21      **Q.   And what do you use that information for?**

22      A.   A variety of things.  Sometimes they will say

23  that they want to volunteer, and so we invite them to

24  volunteer.  We will, if they check that they would like

25  elections reminders or elect for that, then we will

MOVE Texas Civic Fund - 4/23/2020

1  remind them of upcoming elections and the dates and if

2  they need mail-in ballots or things like that.  So it's

3  a variety of issues.

4      **Q.   Okay.  And what percentage, roughly, of**

5  **MOVE Texas Civic Fund's voter registration activities**

6  **would you say fall into the Tabling category?**

7      A.   Class Raps are 50 percent.  I would estimate

8  that Tabling is about 30 percent.

9      **Q.   I guess, let me go back to something I didn't**

10  **ask you about the Class Raps, but I'm curious.**

11      **At the Class Raps, do ya'll engage in a**

12  **similar process as you do when you are tabling, such**

13  **that individuals have -- you send a volunteer deputy**

14  **registrar and individuals have an opportunity to**

15  **complete an application right there, right then?**

16      A.   That is correct.  All of our staff, fellows,

17  and interns are deputized in the county and surrounding

18  counties that they work in.  And so, therefore, they are

19  able to complete those forms directly in the class.

20      **Q.   Okay.  And then tell me about Canvassing.**

21  **What is that?**

22      A.   Canvassing is an activity that rather than

23  having a centralized place to go, whether that's a

24  classroom or a table on campus, Canvassing involves

25  having voter registration materials and walking around

1  and directly talking to people like on foot.

2      Q.   By my math, if Class Raps are 50 percent of

3  MOVE Texas Civic Fund's voter activities and Tabling is

4  about 30 percent, would that make Canvassing about

5  20 percent?

6      A.   That is correct.

7      Q.   Okay.  Is it the same process where because

8  the canvasser is a volunteer deputy registrar, they can

9  register the individuals that they interact with on foot

10  there and then, that day, if the individuals wish to be

11  registered?

12      A.   Often there are some situations, like, let's

13  say, for instance, if we are working at a very large

14  concert and that concert hypothetically is in Dallas

15  County, those organizers are often deputized in Dallas

16  County and the surrounding counties, Tarrant, Collin,

17  Denton, et cetera.

18          But let's say somebody from Harris County came

19  to the concert all the way from Houston.  And so when we

20  ask them, "Are you registered to vote in your current,

21  like, in your current residence," and they're like, "I'm

22  not, but I'm from Harris County or I'm from Houston," if

23  that person is not deputized in Harris County, they are

24  unable to register that person to vote.

25      Q.   Okay.  And so when MOVE Texas Civic Fund is

1  **engaging in these voter registration activities through**

2  **either Class Raps, Tabling or Canvassing, do you check**

3  **to verify whether the individual is already registered**

4  **before getting them registered?**

5      A.    Occasionally, we'll have some people that say,

6  "I am registered to vote," and our organizers are

7  trained to say things like, "That's great.  When did you

8  register," or, "Did you register, like, recently," or,

9  "Have you moved since you've registered?"

10          That creates a little bit of like a loose

11  dialogue, similar to like the block-walking script you

12  saw a little earlier, that they have to, like, navigate.

13  And say, for instance, that is where often we'll learn

14  they're from a different county, and we can't help them,

15  and then we will give them some information of maybe how

16  to go to the Secretary of State's website or how to use

17  our digital tool or something like that.

18          And then say, for instance, we sometimes hear

19  of, like, "I registered to vote, but I registered to

20  vote when I renewed my driver's license," and then we

21  have to proceed through a line of questioning of, like,

22  "Well, when you did that, did you complete the form,

23  print it out, and mail it in?"  Or is there like a

24  misunderstanding of thinking they can check the box and

25  go.

1          And so, like, those are all, like, nuanced

2    conversations that happen, you know, orally.

3          **Q.   Did ya'll make any record of those**

4    **conversations?  Like each individual that is interacted**

5    **with, do you record kind of the nature of the**

6    **conversation?**

7          A.   We do not.  The scale, unfortunately, isn't

8    able to be able to, like, capture that nuance for

9    voters.  We registered 30,000 people in 2018 and 25,000

10   in 2019.  Because of that, we often are -- we often are

11   attempting to, you know, like, solve whatever issue that

12   comes up, that kind of thing.

13         **Q.   So do you record -- I think you maybe answered**

14   **this already, but I just want to make sure.**

15         **Do you record whether or not each individual**

16   **that you register, you know, for instance, whether they**

17   **have just moved from a different county to the new**

18   **county?**

19         A.   No.  The only thing we register per shift is

20   typically the voter registration application, the number

21   of those that were completed, and the number of Pledge

22   to Vote cards that were completed.  We also monitor how

23   many people say they want to volunteer with us.

24         **Q.   And so the -- you mentioned a moment ago a**

25   **digital tool.  Tell me about that.**

1      A.   We utilize a digital tool called Register to

2  Vote that is on our website.  That is

3  MOVETexas.org/register.  And we're using that tool more

4  now that we cannot reach voters in person.

5           But this is a tool that allows them to fill

6  out some basic information and then have a prepopulated

7  voter registration card mailed to their address and then

8  have a pre postage-paid envelope that they can mail it

9  back to the Secretary of State.

10     Q.   **Do you know who pays the postage on those**

11  **postage-prepaid applications?**

12     A.   MOVE Texas Civic Fund pays per voter that

13  fills out that tool.

14     Q.   **Oh, okay.  So MOVE Texas Civic Fund pays, I**

15  **guess, the owner or creator of the digital tool?**

16     A.   It's a vendor and -- that we have a contract

17  with.

18     Q.   **What is the name of the vendor?**

19     A.   The vendor's name is Civitech.

20     Q.   **Thank you.**

21           **Okay.  So I -- I don't necessarily need to go**

22  **into any more detail in each of these buckets under**

23  **"Civic Education" looking at slide 27.  But are you able**

24  **to estimate within MOVE Texas Civic Fund's expenditures**

25  **on civic education which percentage goes to voter**

1    registration, which percentage goes to voter education,

2    and which percentage goes to voter mobilization?

3             And it's okay if the answer is no.  I'm not

4    asking you to guess, but if you can give a rough

5    estimate.

6        A.   A rough estimate would be roughly 70 percent

7    voter registration; 20 percent voter education;

8    10 percent voter mobilization.

9        Q.   And what is that estimate based on?

10       A.   I believe that estimate is based on like just

11   the general -- the general scope of the work.  We do

12   voter registration all year long.  Voter education is

13   populated in between those times.  Maybe one or two

14   events per city per month.  And then voter mobilization,

15   as you know, is like specifically around, like, voting

16   election time, that kind of thing.

17       Q.   Okay.  All right.

18            I'm sorry if you mentioned this.  Who

19   developed this PowerPoint?

20       A.   I did already mention that.

21            I believe it was developed by our leadership

22   development manager and our political director.

23       Q.   Do you know if either of those folks is an

24   attorney?

25       A.   They are not attorneys.

1      Q.   So it appears to me, moving on down the stack,

2   that pages MOVE 41 through MOVE 44 are a single

3   document.  But let me know if I am misunderstanding

4   that.

5      A.   That is correct.

6      Q.   What is this document used for?

7      A.   Just one second.  I'm going to review it.

8      Q.   Sure.  Take your time.

9      A.   (Reviewing document.)  This looks to be a

10   block-walking instruction, block-walking script, if

11   that's the right term, for voter registration.

12      Q.   Do you know who developed this document?

13      A.   It most likely was developed by our field

14   leadership, which could have been our regional

15   organizing managers who are, at this time, you know,

16   when this document was most likely developed, Raven

17   Douglas was serving as our deputy director who was

18   overseeing, like, field and advocacy.  And so this --

19   she probably had some point to do with this as well.

20   But this is a very in-depth field document.

21      Q.   How does MOVE Texas Civic Fund use this

22   document?

23      A.   This document is used to train volunteers,

24   interns, fellows, and even potentially staff on how to

25   block-walk for voter registration, is what it appears to

92

 1  be.  And additionally how to stay safe in those

 2  environments, how to engage in conversations.  Again,

 3  how to have more, like, nuanced conversations, what we

 4  call deep canvassing conversations.

 5      **Q.  And so would this document fall into the civic**

 6  **education bucket of activity, specifically voter**

 7  **registration?**

 8      A.   That is correct.

 9      **Q.  Moving right along.  It looks to me like**

10  **pages MOVE 45 through MOVE 80 are a single PowerPoint**

11  **presentation.  Please take the time you need to look at**

12  **those pages and let me know if my understanding appears**

13  **to be correct.**

14      A.   Could you repeat those page numbers?

15  Apparently, I missed the end date or the end one on

16  that.

17      **Q.  No problem.  It's 45 through 80, eight-zero.**

18      A.   Thank you.  (Reviewing document.)

19          **Yes.  This is -- that's correct.  Those**

20  **numbers are correct.**

21      **Q.  So 45 through 80 is a single PowerPoint**

22  **presentation?**

23      A.   That is correct.

24      **Q.  And what is this PowerPoint presentation used**

25  **for?**

1      A.   This appears to be a presentation to a high

2   school group, International School of Americas, which is

3   based here in San Antonio.  Looks like it was done on

4   November 2018.  And was an opportunity to present to

5   high school students about our work and how they can get

6   involved with us.

7      **Q.   I'm from San Antonio, so I am familiar with**

8   **International School of the Americas.  I didn't go there**

9   **just regular -- regular Clark High for me, but...**

10     A.   It's a great school.

11     **Q.   Claw 'em, Cougars!  I can't believe I said**

12  **that out loud on the record.**

13          **Do you know who developed this PowerPoint**

14  **presentation?**

15     A.   It was developed, it appears to be by our

16  regional organizing manager at that time whose name is

17  Sean Rivera, and then our now political director but

18  then deputy director Raven Douglas, in conjunction with

19  our volunteer coordinator, who her name is -- she's no

20  longer with the organization, but her name is Elizabeth

21  Wootens.

22     **Q.   And do you know if it has, like, a similar**

23  **version of this PowerPoint has been used in other**

24  **schools, or was this only used for International School**

25  **of the Americas on November 27th, 2018?**

1       A.   This specific PowerPoint looks very specific

2  to that actual visit, but there are elements of this

3  that are potentially being shown, like as part of our

4  high school outreach or college outreach.

5       **Q.   And what bucket of activity would this**

6  **presentation fall under?**

7       A.   This would be civic education and would most

8  likely fall under, you know, like, depending on the age

9  of the students, it could be voter registration.  It

10  could be -- mostly, this is voter education materials.

11  And then additionally, there could be, like, some

12  opportunities to talk about leadership development in

13  this.  So that could be another part of that bucket of

14  programming.

15       **Q.   And so do you know, for example, like how Sean**

16  **would have coded his time for developing and presenting**

17  **this presentation?**

18       A.   Yeah.  He would have coded his time as, you

19  know, let's say this was a two-hour presentation.  He

20  would have coded it most likely half (c)(3) civic

21  education, half (c)(3) leadership development.

22       **Q.   And within civic education, would he have**

23  **coded it any more specifically than that?**

24       A.   We -- often we don't have further codification

25  of the time cards.  So it's just -- it's really just --

1      Q.   The main point is determining whether it's

2  (c)(3) or (c)(4) activity?

3      A.   That's correct.

4      Q.   All right.  I want to just quickly touch on

5  MOVE 52.

6      A.   One second.  I just need to get there.  I'm

7  sorry.

8      Q.   No problem.

9      A.   Yes.

10      Q.   Now, I have not compared the documents side by

11  side, so I'm not sure, but does this appear to reflect

12  the current organizational structure of MOVE Texas Civic

13  Fund?

14      A.   No, because this was nearly a year and a half

15  roughly ago, so our structure has changed.

16      Q.   And it is accurately reflected on that page we

17  looked at earlier, MOVE 363?

18      A.   The organizational chart that is -- that was

19  produced at the bottom of these documents is correct.

20      Q.   It might not be 363.  I don't remember.  Let

21  me make sure.

22      A.   I believe it's 361.

23      Q.   Okay.  Yes.  Okay.  Thank you.  All right.

24          Jumping down to -- actually MOVE 58.

25      A.   Yes.  I'm getting there.  I'm here.  Yes.

1      Q.   So MOVE 58 lists a few metrics for -- well,

2   appears to list a few, kind of, measures of the success

3   that MOVE Texas Civic Fund has had in its voter

4   registration efforts.  It says, "In the last five years,

5   we registered 25,000 voters in the San Antonio area."

6           And now, is that -- is that figure based on

7   the records that MOVE Texas Civic Fund has kept of the

8   results of its Canvassing, Tabling and Class Raps

9   efforts?

10     A.   Yes.

11     Q.   Okay.  And then in the second bullet, it talks

12   about increasing voter turnout by 300 percent.

13          How was that 300 percent figure measured?

14     A.   That 300 percent measure is based on the 2017

15   municipal election in San Antonio where there was a

16   large youth voter turnout in that 2017 municipal

17   election.  And we did -- and we did not only (c)(3)

18   voter mobilization, but also occasionally (c)(4) voter

19   mobilization as well.

20     Q.   And so how -- how were you able to attribute

21   that 300 percent to efforts by either MOVE Texas Civic

22   Fund or MOVE Texas Action Fund?

23     A.   We did voter turnout work inside that

24   election.  And so -- and then we monitored the number of

25   under-30 voters that increased.

1      Q.   And since, presumably, you were the main group

2  trying to get folks under 30 to the polls?

3      A.   That's correct.

4      Q.   Makes sense.

5           Then this third bullet, "In 2016, 68 percent

6  of the people we registered turned out to vote."

7           How did you identify that 68 percent figure?

8      A.   So we -- we take the voters that we register,

9  and we match them to the county voter registration mast,

10 or like voter, like the voter mast, and then we can see,

11 like, did this person turn out to vote.  And so that's

12 how that number, and in the 2017, 71 percent of the

13 people we registered vote.

14     Q.   You said you compare it to the voter -- I

15 didn't understand that word.

16     A.   Sure.  It's called mast, m-a-s-t.

17     Q.   Okay.

18     A.   It's like open records document, or

19 information that the counties release on, like, the

20 names of people who voted, early voting, and then who

21 ultimately vote on Election Day.  You can't see how they

22 voted or that type of thing.  You can just see did they

23 actually vote.

24     Q.   I'm sure that keeps some of your interns very

25 busy certain times of the year doing that matching.

1        The fourth bullet, "This year, we registered

2   over 29,000 new voters."

3        Now, again, this was prepared in 2018; is that

4   right?

5        A.    That is correct.  In 2018, we registered

6   nearly, like, very, very close to 30,000 voters.

7        Q.    And I understand how you tracked the number of

8   the total number of registrations that resulted from

9   your efforts.  How did you know that those voters were

10  new voters?

11       A.    Those are new voters to us.  So new voters

12  that we haven't registered before.

13       Q.    So it's theoretically possible that maybe some

14  of them were registered before, but --

15       A.    Theoretically, some needed to change their

16  address.  Theoretically, their dorm was moved or

17  something like that and needed to update that

18  information.  The vast majority of the folks that we

19  register are often first-time voters or not registered

20  to vote.  But there are -- there are folks that, you

21  know, come to us often to update their address or

22  something like that.

23       Q.    So this 29,000 new voters, "new" in that

24  context means you hadn't interacted with them before?

25  MOVE Texas hadn't registered them to vote before?

1      A.    That is correct.  So we designed that as

2  like -- it's not like we registered them in 2017 and

3  then 2018, and then we registered them in 2019.

4      Q.    You're not counting credit for them --

5      A.    Yeah.

6      Q.    -- over and over?

7            I gotcha.  Okay.  That is amazing, youth

8  midterm turnout was 500 percent.

9      A.    That was statewide in the 2018 November

10  midterm.

11      Q.    That's awesome.  Okay.

12            I am jumping down to MOVE 73.

13      A.    Yes.

14      Q.    Okay.  I am curious about statement 1.  It

15  says, "Texas is the most difficult state to register

16  voters in the country."

17            What is that based on?

18      A.    That's based on a wide variety of research,

19  predominantly by places like the Brennan Center and

20  other research organizations that monitor voter

21  registration across the United States.  But there's

22  other states that have pretty restrictive laws as well.

23            But once you add up the voter registration

24  laws, the voter deputization laws, and access to voter

25  registration, Texas is like ranked as the most

100

 1  difficult.

 2       Q.   And that was by the Brennan Center you said?

 3       A.   I'm sure that we used multiple different

 4  sources for that because, like I said, it's, you know --

 5       Q.   It's widely studied?

 6       A.   Exactly.

 7       Q.   Fair enough, okay.

 8            Then down on point 3, it says, "Each county

 9  elections department in Texas has its own rules and

10  regulations for registering voters."

11            What is that a reference to?

12       A.   That's a reference to county elections

13  administrators requiring different forms to be used.

14  Often it's the same content of the form, but it might be

15  on a different type of paper.  And so, for instance, I

16  believe Travis County prefers yellow sort of flimsy

17  paper.  And Bexar County prefers like cardboard, sort of

18  like white heavier card stock paper.

19            And so how that comes into play is, like, if

20  the county runs out of voter registration applications,

21  which is a pretty common occurrence, it's much more

22  difficult for us to print voter registration cards in

23  that area or in that county.  Also, there's some

24  counties that require, let's say, for instance, just a

25  receipt to be given to the voter, which is compliant to

1  local law.

2        Say, for instance, Bexar County has a

3  perforated receipt at the bottom of the voter

4  registration.  Meaning, Guadalupe County requires an

5  actual, like, log of voters registered.  And so anybody

6  deputized in that county has to understand those

7  specific rules and how that county manages the reporting

8  aspect and return of the voter registration cards by the

9  volunteer voter deputy.

10       **Q.  Is a volunteer deputy registrar allowed to use**

11  **the voter registration application that the Texas**

12  **Secretary of State publishes?**

13       A.  To my knowledge, there's several that they

14  publish.  I believe they publish a specific high school

15  one that's sent to high schools.  And then I think they

16  have like a standardized one and that kind of thing.

17        If it's a mail-in form, then that mail-in form

18  must be given to that voter, and they fill it out and

19  mail it in, if that makes sense.

20       **Q.  I see.  Yeah.  So like a volunteer deputy**

21  **registrar, are you saying they can't just say, "Here's**

22  **the Secretary of State form.  Fill it out.  I'm going to**

23  **take it from you and take it back to the county"?  That**

24  **voter would have to then send it on to the Secretary of**

25  **State to be sent to the county?**

1      A.    I believe there are certain counties that

2  allow taking a mail-in form and writing a handwritten

3  receipt to it and then writing the information on the

4  bottom, handing that handwritten receipt back, and then

5  turning that card in as like a deputized form.  But that

6  is -- we don't do that practice.  We utilize forms from

7  the county.

8      Q.    Then the last point, point 4, "Voter turnout

9  is intersectional."  Then it lists some statistics that:

10  "People of color are less likely to vote compared to

11  white voters."  "Lower income people are less likely to

12  vote compared to higher income people."  And those with

13  higher levels of degrees "...are more likely to vote

14  than someone with a high school diploma or no high

15  school diploma."

16          Where are these -- what's the source of these

17  points?

18      A.    I'm unsure of the source of those.  I'm sure

19  that those are statistics that we pulled from voting

20  rights, you know, websites or Census data, that kind of

21  stuff.

22      Q.    Okay.  All right.  That is all I have on that

23  document.  It appears to me that the next document

24  covers MOVE 81 through MOVE 135.  Please take a look and

25  let me know if that seems correct to you.

1       A.   Yes, just one second.  Thank you.

2       **Q.   Perfect.**

3       A.   (Reviewing document.)

4            **That is correct, Nos. 81 through 135.**

5       **Q.   This appears to me to be a PowerPoint**

6  **presentation that also includes some notes slides.**

7            **Does that -- is that consistent with your**

8  **understanding?**

9       A.   That is consistent with what I understand was

10  asked.

11       **Q.   And do you know what this PowerPoint is used**

12  **for?**

13       A.   This seems to be a PowerPoint that is used

14  to -- as a civic education tool to not only talk about

15  the voter registration process, it appears that there's

16  steps in the PowerPoint to get others registered to

17  vote, to talk about elections, and then identify those

18  elections, like opportunities to vote after they've

19  registered.

20       **Q.   Do you know how often this presentation has**

21  **been given?**

22       A.   This is probably a fairly common presentation

23  that's given throughout the organization, most likely at

24  student organizations, you know.  Potentially if there's

25  a longer class presentation that we're asked to give, we

1  obviously couldn't get through this in ten minutes.

2  Then just for general, like, civic education and

3  outreach.

4       Q.   And do you know who developed this

5  presentation?

6       A.   It appears that our old leadership development

7  manager Alyssa Pope and our regional organizing manager

8  Sean Rivera developed this because I can see their names

9  in the comments.

10      Q.   And I think you mentioned this earlier, but I

11  want to make sure I'm clear.  This would fall into the

12  civic education bucket of activity by MOVE Texas Civic

13  Fund?

14      A.   That is correct.  This is civic education and

15  voter registration.  It looks like there's elements of

16  voter registration in this as well.

17      Q.   And just to make sure we're still on the same

18  page, voter registration is nested within civic

19  education by MOVE Texas Civic Fund; is that right?

20      A.   That's correct.  I'm sorry, let me clarify.

21      Q.   Yeah, no problem.

22      A.   This is a civic education tool that would if

23  -- if we identified the subcategories, that would be

24  voter registration and voter education.

25      Q.   Thank you.  I appreciate that clarification.

1          All right.  Moving on to the next document, it

2     appears to me that MOVE 136 through MOVE 143 are a

3     single document.  Take the time you need to review it

4     and let me know if that seems right.

5          A.   Thank you.

6          Q.   Or it's possible that 136 through 138 are one

7     document and 139 through 143 are another.  But I am not

8     quite sure.

9          A.   I believe your latter assessment is correct.

10         Q.   Okay.

11         A.   So the first document begins on 136 and ends

12    on 138, and then the second document begins on 139 and

13    goes through 143.

14         Q.   And 136 through 138, what is that document?

15         A.   This looks like a general education document

16    on, like, some of our issue campaign -- advocacy

17    campaigns or advocacy issues.

18         Q.   And what is this document used for?

19         A.   I would assume that this document would be

20    used for like either notes for presentation or to give

21    -- to help guide a discussion on the things that

22    MOVE Texas Civic Fund works on.

23         Q.   When you say "notes for a presentation," do

24    you mean like MOVE's representatives are giving a

25    presentation, and this is like the handout they give to

1   **the audience?**

2        A.   No.  I believe this appears to be internal

3   because of like the "Who we are" and the "Values" and

4   "How values feed into the issues" and "Issue Areas,"

5   that kind of thing.  Those are two, like, the top three

6   bullet points are too vague to hand out to, like, an

7   external person without those being defined.  And so

8   this looks to be like, say, an internal document.

9        **Q.   And so at the top of this document, it says,**

10  **"Who we are," colon, and then it's blank, "Values,"**

11  **colon, and then it's blank, and "How values feed into**

12  **issues," colon, and then it's blank.**

13            **Can you tell me why that might be blank?**

14       A.   Most likely the presenter or the organizer

15  that's presenting on this, these are issues -- these are

16  items that we talk about often.  So, like, they are,

17  like, from day one taught about how to talk about MOVE

18  Texas and that we really value getting young people

19  involved, and you know, building youth power and that

20  kind of stuff.

21            So, like, I'm just assuming that whoever

22  prepared this did not need to, like, go into bullet

23  points on that because they already had it memorized.

24       **Q.   All right.  On page 137, under, "What we need**

25  **to get done in 2020," there's a second bullet that says,**

1   **"Call on cities and counties to explicitly endorse**

2   **student ID as voter ID."  I understand what that means.**

3            **Then it says "AVR."  What is AVR?**

4        A.    AVR stands for automatic voter registration.

5        **Q.   So in terms of, you know, the goals for MOVE**

6   **Texas Civic Fund in 2020, what would that mean to have**

7   **automatic voter registration?  What would that look like**

8   **in your ideal world?**

9        A.    Yeah.   There's other states that have

10  automatic voter registration and have implemented that.

11  It's essentially a system that is built into

12  governmental databases and other, like, whether that is

13  federal government or state government or city

14  government.  So that whenever, say, a -- hypothetically,

15  a mother goes to a WIC office in a state like Colorado,

16  then -- or Oregon that has automatic voter registration,

17  then if they updated their address in that system, it

18  would automatically update their voter registration

19  status using that same data.

20            And they would just receive a postcard in the

21  mail that said, "We've updated your voter registration

22  status per your change of address," you know, "on this

23  date.  If you don't want to change this address, check

24  this box and drop the postcard back in the mail."  That

25  would be a form of automatic voter registration.

108

1      Q.   I see, okay.  It's my understanding that,

2   like, currently when you go into a WIC office, the

3   office has to give you an opportunity to register, but I

4   think states do it differently.  But in some states, you

5   have to like check a box to opt in, for example.

6           And so would this just be everyone just gets

7   registered, and it doesn't present that option to -- it

8   doesn't require you to opt in; it just happens?

9      A.   Exactly.  Rather than an opt-in system, it's

10  opt-out system.  So everybody in the state is registered

11  to vote unless you don't want to be registered to vote

12  versus Texas that has an opt-in voter registration

13  system.

14     Q.   How does that look in terms of -- the example

15  we were talking about is like a WIC office.  But I don't

16  know, it seems to me there might be some people who

17  don't necessarily, for whatever reason, interact with a

18  government agency, or it might be really rare that they

19  do.  How -- I mean, how ideally from your perspective

20  would they be registered to vote?  I mean, this still

21  sounds like something where you have to kind of

22  affirmatively engage in an interaction with the

23  government to get registered.

24     A.   Yeah.  Another way I think that some states do

25  this -- I'm not, you know, I'm not an expert on

1  automatic voter registration, but I do know enough about

2  it to, like, speak on the programs and that kind of

3  thing generally.  But like let's say, for instance, you

4  change your address with the USPS, U.S. Postal Service.

5          That is another government interaction that

6  would potentially spur an automatic voter registration

7  update or change.  And so, you know, on average, you

8  know, like if you change your driver's license

9  information, that would then be automatically, like,

10  updated, that kind of thing.

11      Q.   And I want to ask about -- so after "AVR," I

12  see the acronym "OVR."  Does that stand for online voter

13  registration?

14      A.   That does.

15      Q.   Underneath that, there's a bullet point that

16  says, "The eight jurisdictions that implemented AVR," or

17  automatic voter registration, "in time for the 2018

18  elections automatically registered 22.2 million voters."

19          I'm sorry, go ahead, please.

20      A.   I'm sorry.  I think that that number is

21  2.2 million.

22      Q.   Okay.  The eight jurisdictions, do you know

23  what jurisdictions those are?  Like do you know if those

24  are inside of Texas?

25      A.   No.  Texas doesn't have automatic voter

1  registration.  Those would be other states that

2  implemented that.  I believe some of them are --

3  Illinois is a state that has automatic voter

4  registration.

5      **Q.   Okay.  I went to law school there.  I wonder**

6  **if I'm on the rolls.  I should probably check.  Okay.**

7      **Starting at MOVE 139 and going down to**

8  **MOVE 143, that appears to be a single document; is that**

9  **right?**

10     A.   That is correct.  Those numbers, again, are

11  139 through 143.

12     **Q.   What is this document used for?**

13     A.   This looks like a training agenda for our

14  field orientation, and this was from 2018.

15     **Q.   And who developed this document?**

16     A.   Again, this was most likely developed by field

17  organizers and the leadership development manager at the

18  time.

19     **Q.   Who would have attended -- and I'm not asking**

20  **for an individualized list, but just what types of folks**

21  **would have attended this 2018 summer orientation field**

22  **training?**

23     A.   This would be directed towards fellows and

24  interns beginning their summer semester with us and

25  would be led by the leadership development manager and

1  field organizers.

2      Q.   And how did MOVE Texas decide which topics to

3  cover in this summer orientation field training?

4      A.   The field organizers designed the agenda on

5  what they felt was the best things to train everybody in

6  the same settings.

7      Q.   What bucket of activity would this fall under?

8      A.   Since this deals with voter registration and

9  field training, which often has to do with voter

10 registration and voter education, that would be the

11 civic education bucket.  And then additionally, since

12 this deals with fellows and interns, this would be the

13 leadership development bucket.

14     Q.   On page MOVE 142, there's topic 4 that talks

15 about "Tabling/Canvassing Training & Pledge to Vote

16 Training."

17     A.   Yes.

18     Q.   When MOVE Texas Civic Fund is training people

19 on canvassing and tabling, do you talk about -- do you

20 train folks to help anybody who approaches you and asks

21 for assistance with voter registration?

22     A.   Yes.  We see ourselves as like a resource.

23 You know, our purpose, you know, let's say at a tabling

24 or canvassing shift is to register new voters and get

25 voters to pledge to vote.  But, you know, as I mentioned

MOVE Texas Civic Fund - 4/23/2020

1  before, often we will have, like, voters come and ask

2  questions.  And that kind of diverts us off of this like

3  sort of path of what we -- we showed up at, say,

4  San Antonio College to do voter registration and do

5  pledge to vote.  But if we have to answer questions,

6  say, for instance, on voter ID, like, "Can I vote with

7  my student ID," that's a common question, then we have

8  to like step off to the side and maybe answer that

9  question so that other folks can get registered to vote.

10  But yes.

11       **Q.   I'm going to jump down to what appears to be**

12  **the next document, 144 through 171.**

13       A.   Yes.  That is correct.  That was 144 to 171.

14       **Q.   And that appears to be a single PowerPoint**

15  **presentation; is that right?**

16       A.   That is correct.

17       **Q.   What is this PowerPoint presentation used for?**

18       A.   This looks to be additionally a civic

19  education PowerPoint that could be given to internal

20  people, let's say fellows and interns, or it could be

21  given publicly as well.

22       **Q.   Do you know who developed this PowerPoint?**

23       A.   I do not, no.

24       **Q.   Do you know who presents this PowerPoint?**

25       A.   This could be presented by individual field

1  organizers.  It could be presented by, say, for

2  instance, our advocacy manager if there's a specific

3  request to learn about like our Democracy From the

4  Ground Up programs.  That kind of thing.

5      **Q.  So what bucket of activity would this**

6  **presentation fall in?**

7      A.  This would fall under civic education, voter

8  education.  In addition to probably there was most

9  likely there was a voter registration ask or pledge to

10  vote ask at the end of this if it was given publicly.

11  And additionally, there are elements that would be

12  MOVE Texas Civic Fund issue advocacy.

13      **Q.  On page MOVE 150, this might actually get at**

14  **how you were answering when we were talking about a**

15  **similar slide right after lunch that listed out kind of**

16  **the three buckets of sub sub buckets underneath "Civic**

17  **Education," underneath "Voter Registration," kind of the**

18  **three general types of activities.**

19          **It says "Class Raps," which is the same as the**

20  **slide we talked about.  It says "Tabling," just the same**

21  **as the slide we talked about.  Then it says, "Free**

22  **Canvassing Community Events," where the previous slide**

23  **just said "Canvassing."**

24          **So is "Free Canvassing Community Events," is**

25  **that different from canvassing, or is it just a more**

1   fancy way to say it?

2       A.   Yeah.  I believe that's like a colloquialism.

3   Canvassing ultimately is the act of walking around and

4   asking people if they would like to register to vote.

5   Free Canvassing means that you just have to do that in a

6   larger area, I would assume is the meaning of that term.

7   And as I mentioned earlier, we canvass campuses,

8   community events, like, you know.

9           Let's say, for instance, there's a farmer's

10  market.  The farmer's market asks us to bring a table.

11  That would be a tabling at a community event.

12      Q.   Okay.  Makes sense.

13           Then under "Voter Education," one of the

14  bullets is "Voter Guide."  Can you tell me a little bit

15  about MOVE Texas Civic Fund's Voter Guide?

16      A.   MOVE Texas Civic Fund doesn't do a Voter

17  Guide.  We do some materials that are like voter

18  education related, but our Voter Guide is done from our

19  (c)(4).

20      Q.   Okay.  Gotcha.  What is included in the Voter

21  Guide?

22      A.   Just to clarify, are you talking about MOVE

23  Texas Civic Fund's, like, voter materials, or are you

24  talking about MOVE Texas Action Fund's Voter Guide?

25      Q.   Well, I'm talking about Voter Guide, however

1  it's being used as it appears on MOVE 150, the last

2  bullet under Voter Education.

3       A.   Voter Guide, in general, is a program under

4  MOVE Texas Action Fund that we -- that we build

5  questionnaires using the issues that students care

6  about, and then we give them to all available, like,

7  running candidates to fill out, and then we take those

8  responses and either print them or put them on a website

9  and hand those out during voter mobilization, which is

10  also done under MOVE Texas Action Fund.

11       Q.   Do you do that in every election?  Just --

12  well, I don't want to get outside the scope, so I'll

13  leave that.  I don't have anything else on that

14  document.  I told you it would get faster.

15            The next document appears to begin at MOVE 172

16  and continue through MOVE 223.  Please take the time you

17  need to take a look and let me know if that looks right.

18       A.   (Reviewing document.)

19       Q.   I would rather you be right than fast.

20       A.   So that document ends on No. 223.  So going

21  back up to the beginning, it begins on 172.  So 172 to

22  223.

23       Q.   And that is a single PowerPoint; is that

24  right?

25       A.   That is correct.  It looks like it's an All

1   Team Orientation from August 2018.

2       Q.   Do you know whether this document was used for

3   an All Team Orientation on August 14th, 2018?

4       A.   The only way that I can confirm that is that

5   it has the date on the front of it.  I most likely was

6   there, but I can't recall, like...

7       Q.   Okay.  Fair enough.

8            Do you know who developed this document?

9       A.   This was probably developed by our then deputy

10  director Raven Douglas, and then additionally, field

11  organizers and the leadership development manager.

12      Q.   And do you know who attended this

13  presentation?

14      A.   Since it was an all team meeting, that

15  indicates that it was staff, fellows and interns.

16      Q.   It's titled "All Team Orientation."

17           Do you know why there would have been an All

18  Team Orientation held on August of 2018?

19      A.   That was most likely the beginning of our fall

20  semester work.

21      Q.   Okay.  When you say "all team," who is

22  included in that?

23      A.   As I just defined, typically "all team" is the

24  entire organization.  And so that would be staff,

25  fellows and interns.  Some people might come in and come

1  out of this training, but in general, it's those three

2  big buckets of folks.

3      **Q.   Is something like this presented at the**

4  **beginning of every semester?**

5      A.   A similar presentation to this is given every

6  single, like, semester.  I'm sure that it's evolved from

7  this or, you know, but like when we start off the

8  semester with new fellows, new interns, the staff often

9  gets everybody together to like level set.

10      **Q.   Then what bucket of activity would this**

11  **presentation fall within?**

12      A.   This would be leadership development.

13      **Q.   All right.  It appears the next document**

14  **begins on page 224 and continues through page 225.**

15          **Please take a look and let me know if that is**

16  **consistent with your understanding.**

17      A.   That is correct.  224 through 225, I'm sorry.

18      **Q.   And what is this document?**

19      A.   This is the Application For Registration for

20  an assumed business name of MOVE Texas Civic Fund in the

21  State of Oregon.

22      **Q.   Have you seen this document before?**

23      A.   I've seen it as part of the deposition, but

24  this is a document from the Alliance For Youth

25  Organizing.

1      Q.   So do you remember if you saw it before it was

2   filed with the Oregon Secretary of State, it looks like

3   on July 26th, 2018?

4      A.   The Alliance For Youth Organizing would have

5   filed this and provided us a copy of it.

6      Q.   Okay.  Do you -- you don't specifically recall

7   seeing it; is that correct?

8      A.   I did not see this prior to it being filed

9   even though, like, it follows the guidelines of the

10   organization.

11      Q.   Okay.  Fair enough.  And who is Sarah Audelo?

12      A.   Sarah Audelo is the executive director for the

13   Alliance For Youth Organizing.

14      Q.   And that is the -- you have this lovely term

15   for it that I don't want to mess up.

16           How would you describe the relationship

17   between the Alliance For Youth Organizing and MOVE Texas

18   Civic Fund?

19      A.   The Alliance For Youth Organizing is our

20   501(c)(3) fiscal sponsor.

21      Q.   Fiscal sponsor, okay.  Thank you.

22           And then it appears on that note beginning on

23   MOVE 226 and continuing through MOVE 230, there is a

24   Fiscal Sponsorship Agreement.

25      A.   That is correct.  The document begins on 226

1  and ends on No. 230.

2      Q.   **This appears to have been executed**

3  **January 1st, 2018, between the Alliance For Youth**

4  **Organizing and MOVE San Antonio.**

5      A.   Yes.

6      Q.   **Is that right?**

7      A.   Yes.  This is -- I'm sorry.  Give me one

8  second.  (Reviewing document.)

9      Q.   **Of course, yeah.**

10     A.   This is our Fiscal Sponsorship Agreement from

11  2018.

12     Q.   **Okay.  From the document, it appears that at**

13  **the time -- well, let me just ask:  When this document**

14  **was executed on January 1st, 2018, what was the tax**

15  **status of MOVE San Antonio?**

16     A.   It appears there's a typo in the agreement.

17  It should say "MOVE San Antonio Foundation."

18     Q.   **Okay.**

19     A.   Because MOVE San Antonio Foundation at that

20  time is the 501(c)(3), like, unincorporated association

21  project of the Alliance For Youth Organizing.  So there

22  does seem to be a typo.  It's missing the word

23  "foundation."

24     Q.   **Is this the first Fiscal Sponsorship Agreement**

25  **entered into between the Alliance For Youth Organizing**

120

1  **and -- I want to capture -- MOVE San Antonio, MOVE**

2  **San Antonio Foundation, MOVE Texas Action Fund, MOVE**

3  **Texas Civic Fund, is this the first Fiscal Sponsorship**

4  **Agreement between the Alliance For Youth Organizing and**

5  **any of those four entities I just listed?**

6      A.    Just to help clarify --

7      **Q.    Thank you.**

8      A.    -- at this time in 2018, MOVE Texas Action

9  Fund and MOVE Texas Civic Fund were not -- that was a

10 different name.

11     **Q.    Did not exist?**

12     A.    That was afterwards.  So at this time, it

13 would have been MOVE San Antonio and MOVE San Antonio

14 Foundation.  So this is not the first Fiscal Sponsorship

15 Agreement between MOVE San Antonio Foundation and the

16 Alliance For Youth Organizing.

17         Every year that we've been a fiscal sponsor of

18 the Alliance For Youth Organizing and/or previous to

19 this, the Bus Federation, we have had to sign a Fiscal

20 Sponsorship Agreement which outlines much of these same

21 details.

22     **Q.    Fair enough.  It appears the next document**

23 **begins on MOVE 231 and ends on MOVE 249.  Please take a**

24 **look and verify I am understanding that right.**

25     A.    I believe this document is very long.  So I'm

1  going to name the starting number first --

2       Q.    Sounds good.

3       A.    -- and go to the bottom.

4       Q.    Okay.

5       A.    So this document does begin at 231 and goes to

6  249, to my knowledge.

7       Q.    And that is a single document; correct?

8       A.    That is correct.

9       Q.    Have you seen this document before?

10      A.    Yes.  This is the Alliance For Youth

11 Organizing and the Alliance For Youth Actions 990, which

12 is an IRS, like, annual form.  Or actually, this is an

13 auditor's report.  I'm sorry, not a 90.  I'm sorry.  So

14 this is an auditor's report of that, of our fiscal

15 sponsorship organization.

16      Q.    Okay.  Understood.

17            Who prepared this document?

18      A.    This document was prepared by an auditing

19 firm, which I believe the name of that audit form is

20 Han Group, LLC, and was worked on in conjunction with

21 the Alliance For Youth Organizing and Alliance For Youth

22 Actions staff.

23      Q.    Do you know why this document was prepared?

24      A.    Often nonprofit organizations do internal

25 audits to verify their finances, you know, add

1  transparency to donors.

2       Q.   I would like to direct your attention to

3  MOVE 235.

4       A.   Yes.

5       Q.   And this appears to be a combined statement of

6  financial position as of December 31st, 2018, of the

7  Alliance For Youth Organizing and Alliance For Youth

8  Action; is that right?

9       A.   That is my understanding of this.

10       Q.   Okay.  I just have a question about, under

11  "Net Assets," there is a category for assets with donor

12  -- "Without donor restrictions," and then a little bit

13  below that assets, "With donor restrictions."

14           Can you help me understand what is an asset

15  with a donor restriction versus an asset without a donor

16  restriction?

17       A.   Speaking in broad terms, donor restrictions

18  could -- are often, like, restrictions that are set by a

19  donor on specific work.  So, for instance, if a funder

20  wanted to fund MOVE Texas Civic Fund just for general

21  operating purposes, that would be without donor

22  restrictions.

23           But if they wanted to -- if they specifically

24  say in the grant agreement or the contract or anything

25  like that, that they would like to specifically fund a

1  fellow in Laredo.  That would be with a donor

2  restriction.

3        Q.   Or like I can say, "I will give you $20,000 if

4  you will fund a fellowship for a female graduate of

5  Tom C. Clark High School," that would be a donor

6  restriction?

7        A.   That would be a donor restriction.

8        Q.   Wish I had $20,000 to give away.

9        A.   I was going to say I'll take you up on that.

10       Q.   Yeah.  All right.  And so these listings on

11  financial position on 235, 236, 237, and 238, do those

12  all reflect both Alliance For Youth Organizing and

13  Alliance For Youth Action?

14       A.   To my knowledge, there is a clause in this

15  audit of -- one second, I'm sorry.

16       Q.   Perfect.  Take your time.

17       A.   (Reviewing document.)  To my knowledge, that

18  is correct, because according to document 233, the

19  opening statement, it says that it's audited via

20  accompanying combined financial statements of the

21  Alliance For Youth Organizing and Alliance For Youth

22  Action, collectively referred to as the organization

23  thereafter.

24       Q.   Is there a line item on any of these four

25  pages that reflects expenses for voter registration

124

1  **specifically?**

2       A.   According to these documents, there's no line

3  item that says voter registration.

4       **Q.   Do you know where voter registration**

5  **activities would fall on the expenses identified here?**

6       A.   Are you referring to document 236?

7       **Q.   Yes, sure.  Yeah.**

8       A.   To the best of my knowledge, that would fall

9  under the civic engagement program expense.

10      **Q.   What else would fall under civic engagement?**

11      A.   They have a specific box for voter education,

12  so they differ from us in that aspect.  It's not under

13  civic education as a bucket.  So I would assume that

14  most of civic engagement is -- relates to voter

15  registration or items like pledge to vote, like voter

16  contact outside of elections, like just normal

17  day-to-day civic contact.

18      **Q.   And then down on MOVE 241 -- actually,**

19  **nevermind.  I got confused.  Okay.**

20           **So as I understand it, the next document in**

21  **the stack begins at MOVE 250 and appears to continue to**

22  **252.  Does that look correct to you?**

23      A.   That is correct.  This document is MOVE -- is

24  MOVE 250 to MOVE 252.

25      **Q.   What is this document?**

125

1      A.   This is an Allocation of Costs and

2  Reimbursement of Expenses document between MOVE

3  San Antonio, which is the 501(c)(4) organization, and

4  the Alliance For Youth Organizing, which is our

5  501(c)(3) fiscal sponsor for then MOVE San Antonio

6  Foundation.

7      **Q.   Okay.  Something just jumps out at me as**

8  **something I hadn't seen before in the previous**

9  **materials.  In the second paragraph, it talks about the**

10 **social welfare purposes of MOVE, "...including but not**

11 **limited to building political power in underrepresented**

12 **youth communities through civic, leadership and**

13 **development, and progressive issue advocacy."**

14           **What is your understanding of the meaning of**

15 **the word "progressive" in this context?**

16           MS. MARZIANI:  Objection.  Outside the scope

17 of the notice.  This is referring to the (c)(4)

18 specifically.

19           MS. MACKIN:  Q.  You can answer unless your

20 attorney instructs you not to.

21      A.   We see "progressive" as meaning

22 forward-facing, not a partisan term or political party

23 based term.

24      **Q.   Forward-facing in terms of?**

25      A.   Moving society forward.

1     **Q.  Okay.  Then I think the next document is a**

2 **single page.  MOVE 253.**

3     A.  That is correct.

4     **Q.  Do you recognize this document?**

5     A.  Yes.  This is a letter that was written in

6 March 2019, signed by Sarah Audelo who is the executive

7 director of the Alliance Youth For Organizing.

8     **Q.  And do you know the intended audience of this**

9 **letter?  It just says, "To Whom It May Concern."**

10    A.  This letter is used to not only notify

11 funders, grantors, foundations, but also, like, say our

12 bank, any other like financial institution that

13 essentially our name changed.

14    **Q.  Okay.  Gotcha.  So it's basically just kind of**

15 **making clear that what was referred to as MOVE**

16 **San Antonio Foundation is now going to be referred to as**

17 **MOVE Texas Civic Fund?**

18    A.  And that we remain a fiscal sponsor of

19 Alliance Youth For Organizing and fall under their

20 501(c)(3) exempt status.

21    **Q.  Okay.  Makes sense.**

22         **Then MOVE 254 appears to be a letter from the**

23 **IRS reflecting Alliance For Youth Organizing's 501(c)(3)**

24 **status.  Is that a fair characterization?**

25    A.  That is correct.  254 is a letter from the

1   IRS.

2       Q.   Okay.  Then 255 also appears to be a

3   standalone document, a W-9 form filed by Alliance For

4   Youth Organizing on October 1st, 2018.

5           Does that look correct?

6       A.   That's correct.  This is a pretty standard W-9

7   that just identifies the employer identification number

8   of the Alliance For Youth Organizing.

9       Q.   Then the next document begins on MOVE 256 and

10  continues through MOVE 260; is that right?

11      A.   That is correct.

12      Q.   And it appears to be the Fiscal Sponsorship

13  Agreement entered into between the Alliance For Youth

14  Organizing and MOVE Texas Civic Fund on January 1st,

15  2019; is that right?

16      A.   That is correct.

17      Q.   Okay.  And do you know -- I can compare the

18  documents myself, and they speak for themselves, but

19  offhand, do you know of any significant changes to the

20  agreement that were made between 2018 and 2019?

21      A.   Off the top of my head without, like,

22  comparing them, like, line-by-line, there's -- every

23  year there's, like, a little, like, small changes, but

24  nothing that's dramatic.  It often reports -- it often

25  just is like resetting some timelines on reporting

1   standards and that kind of stuff.

2          Q.   Okay.  Fair enough.

3               And then let's see the next document -- well,

4   I think we can just be clear that the next few documents

5   are tax forms between, let's see, MOVE 261 -- I'm not

6   representing that these are a single document but just

7   that they are tax filings -- beginning MOVE 261 and

8   continuing through MOVE 299.

9          A.   That is correct.  Not being a CPA myself, I'm

10  not sure exactly if they were all put together or if

11  they, like, were all filed together, but they are all

12  IRS documents, tax documents, on behalf of the Alliance

13  For Youth Organizing.

14         Q.   Okay.  Fair enough.

15              And then the document beginning on MOVE 300

16  and ending on MOVE 305, that appears to be the Fiscal

17  Sponsorship Agreement entered into between Alliance For

18  Youth Organizing and MOVE Texas Civic Fund on

19  January 1st, 2020; is that right?

20         A.   That is correct.  That document starts on 300

21  and finalizes on 305.

22         Q.   And off the top of your head, are you aware of

23  any significant changes to the agreement between 2019

24  and 2020?

25         A.   The only thing that I know is that -- is that

1    there were more nuanced or, like, there's more detail

2    put in about, like, say, for instance, item No. 4,

3    subsection D, "Expense Cutoff," that is new for this

4    year.  And so there's -- and so there's some minor

5    things along those lines just like, you know, there's

6    some changes to the fiscal sponsorship fee structure as

7    well because that changed in the last -- last 12 to

8    18 months.

9         **Q.   And how did that change?**

10        A.   One second.  I'm going to read this clause to

11   make sure that I understand.  (Reviewing document.)

12             So for most of 2019, the Alliance For Youth

13   Organizing collected their typical -- their typical

14   business sponsorship fees from money that we raised from

15   MOVE Texas Civic Fund.  And towards the end of 2019,

16   they decided to stop collecting those fees.  And they

17   essentially said they would stop collecting those fees

18   through July 31st, 2020, and then at that time, would

19   make a decision whether to continue to, like, to start

20   collecting those fees again and -- or not to, and then

21   it sets out what those fees would look like if they did

22   start collecting them.

23        **Q.   And what would the fees be if the Alliance did**

24   **start collecting them?**

25        A.   The document says it would be "subject to a

1  3 percent fee starting August 1st, 2020.  The fee

2  structure will increase 1 percent each year to offset

3  administrative expenses incurred by the Alliance to

4  manage the fiscal sponsorship program.  A year will be

5  defined as one year from the effective date of this

6  contract."

7      Q.   And did MOVE Texas Civic Fund pay a fiscal

8  sponsorship fee to the Alliance For Youth Organizing in

9  2019?

10     A.   For most of the months we did, yes.  Again, as

11 I mentioned earlier, towards the end of the summer,

12 beginning of fall, maybe middle of the fall, Alliance

13 started to stop collecting sponsorship fees on

14 MOVE Texas Civic Fund.  But for most months, we did pay

15 a fiscal sponsorship fee.  That's not based on a monthly

16 amount; that's based on revenues raised.

17     Q.   Revenues raised by whom?

18     A.   By MOVE Texas Civic Fund.

19     Q.   Okay.  Did MOVE Texas Civic Fund pay a fiscal

20 sponsorship fee to Alliance For Youth Organizing in

21 2018?

22     A.   Yes.

23     Q.   And in 2018, what was that fee?  I don't need

24 the number, but I mean, was it a percentage?

25     A.   I believe it was a percentage.  I would need

131

1  to double-check the document to be sure, but I believe

2  it was in the 5 percent range.

3       Q.   And then for those months of 2019 when

4  MOVE Texas Civic Fund paid a fiscal sponsorship fee to

5  Alliance For Youth Organizing, do you recall what that

6  fee was?

7       A.   Again, I would need to double-check to verify,

8  but it goes up 1 percent every year.  So I believe that

9  that was 6 percent.

10      Q.   Do you know of why MOVE Texas Civic Fund has

11  elected to pay a fiscal sponsorship fee to Alliance For

12  Youth Organizing rather than just get its own 501(c)(3)

13  tax status that it can operate under?

14      A.   We're in the process of filing our 501(c)(3)

15  tax status currently.  And at that point, we will take,

16  like, independent control of our 501(c)(3) tax status at

17  the determination of, like, when the IRS grants that to

18  us.

19      Q.   Gives you your status, yeah.

20           You said that part way through 2019, the

21  Alliance For Youth Organizing stopped charging

22  MOVE Texas Civic Fund the fiscal sponsorship fee.

23           Do you know why that decision was made?

24      A.   We essentially asked them to reconsider the

25  fees because we felt they were too high.

1      Q.   It does seem like -- 6 percent seems like a

2  lot of a haircut right off the top.

3      A.   We know of other organizations that are

4  higher, but we just felt like -- we just felt like that

5  it needed to be renegotiated.

6      Q.   I would imagine, too, the bigger the

7  organization, the lower the percentage number should

8  probably be.  Because the more you're bringing in,

9  they're still getting money to cover their overhead.

10         Do you know how many other organizations are

11  fiscally sponsored by the Alliance For Youth Organizing?

12      A.   Give me one second.  (Reviewing document.)  If

13  I can direct your attention to document 244, there is a

14  list of fiscal sponsorship organizations there that

15  under subsection 7, MOVE Texas Civic Fund -- it should

16  be "Civic Fund," not "Civic Foundation" -- Engage Miami

17  Civic Foundation, Leaders Igniting Transformation

18  Education Fund, and those are the fiscally sponsored

19  organizations at that time in 2018 under the Alliance.

20         They might -- I believe they have one or two

21  other organizations currently.  Youth Engage Minnesota,

22  something along those lines, but there might be one or

23  two other fiscally sponsored, but at the time of 2018,

24  these were their fiscally sponsored organizations.

25      Q.   I see a line item underneath Engage Miami

1    Civic Foundation that just says "Voter Registration."

2              Do you know what that refers to?

3         A.    That could be just two other organizations

4    that are outside of the Alliance.  So say, for instance,

5    if there's a student organization on a college campus

6    that needs some voter registration funding, that could

7    be a grant that they gave out.  I don't have knowledge

8    of that, though.

9         Q.    Fair enough.  All right.  Then beginning on

10   page MOVE 306 and continuing through page MOVE 360,

11   those appear to be multiple documents with the

12   MOVE Texas letterhead at the top.

13        A.    One second.  I just want to verify the ranges

14   real quick.

15        Q.    Sure.  What I was going to ask you is these

16   look like they are job descriptions for both paid and

17   intern positions of various stripe with MOVE Texas.

18        A.    That is correct.  The document formed on 360

19   and began on, I believe, 306, and these are a collection

20   of different job applications, whether those are -- I'm

21   sorry, job descriptions -- whether those are staff or

22   fellowship or internship over the time requested.

23        Q.    2018 to the present?

24        A.    That's correct.

25        Q.    Okay.  You say they are a collection of job

1  descriptions.  How did you determine which job

2  descriptions to include?

3       A.   We included as many that we could find that

4  weren't significantly duplicative.  So if we had an

5  advocacy organizer that said Dallas, and then maybe one

6  that said Houston, we included the -- just the Dallas

7  one because it would essentially only change one word.

8       Q.   And were these all posted for between 2018 and

9  the present?

10      A.   To my knowledge, yes.

11           MS. MACKIN:  We have been going about two

12  hours, and I don't have very much left.  But if the

13  parties wouldn't mind if we take a quick five-minute

14  water break, and then we can come back at let's say

15  2:55, if that's okay with everyone.

16           THE WITNESS:  Yes.

17           THE REPORTER:  Off the record.

18           (Recess taken:  2:48 p.m. to 2:57 p.m.)

19           MS. MACKIN:  Q.  Okay.  Mr. Galloway, just to

20  wrap up a couple of things, I am going to pull back up

21  Exhibit 1, the Notice of Deposition, and I'm going to

22  share it on my screen.

23           I am on page 6 of that notice, which lists

24  five categories of documents that were subpoenaed for

25  today's deposition.  I just want to go through them and

MOVE Texas Civie Fund - 4/23/2020

135

1   make sure that we have documents responsive to each

2   topic and that I'm clear on what those are.

3            So starting with category 1, it requests,

4   "Documents sufficient to substantiate the factual

5   allegations in paragraphs 21 and 58 through 60 of your

6   complaint.  This request does not seek all documents

7   relating to these in factual allegations, it only seeks

8   those documents necessary to substantiate these factual

9   allegations."

10           So to make sure I have those documents, would

11   it be helpful for me to pull up the complaint, or do you

12   have an understanding such that we could talk about this

13   without looking at the complaint?

14       A.   I have the complaint as well up, if that's

15   helpful or if --

16       Q.   That's perfect.

17           So did you produce documents sufficient to

18   substantiate the factual allegations in paragraphs 21

19   and 58 through 60 of your complaint?

20       A.   I'm just going to review those quickly.

21       Q.   Of course.

22       A.   (Reviewing document.)

23           Yes.  We provided all known documents for

24   that.

25       Q.   And then Category 2, "All communications

1   between you and any person to assist them in registering

2   to vote or updating their voter registration information

3   after a driver license renewal or change of address

4   transaction on the DPS website."   Did you produce

5   documents responsive to this category?

6           A.   As I outlined earlier, we searched our

7   databases for those documents.   You know, again, all

8   full-time staff members, selected search terms, selected

9   search areas, those communications regarding updating

10  voter registration after a driver's license renewal,

11  change of address, DPS website, are often oral, like,

12  occurrences and are not -- we have no documents on that.

13          Q.   Category 3, "Documents sufficient to show all

14  information described and/or requested in 30(b)(6)

15  deposition topics No. 2, 3, 4, and 5, as described in

16  Attachment A to this notice.   This request does not seek

17  all such documents; it seeks only those documents

18  necessary to show this information."

19          So by reference, we can pop back up to

20  Exhibit 2.   Did you produce documents sufficient to show

21  the information requested in deposition topic 2?

22          A.   Yes, to the best of our knowledge.

23          Q.   Okay.   And did you produce documents

24  sufficient to show the information requested in

25  deposition topic 3, funding amounts, operational

1  expenses, and operational budget between January 1st,

2  2018, and the present?

3      A.   Yes, all the documents that we have existing.

4      Q.   Okay.  Did you produce documents sufficient to

5  show the information in topic 4, "All activities on

6  which you have spent funds or to which you have

7  dedicated resources in Texas between January 1st, 2018,

8  and the present"?

9      A.   Yes.

10     Q.   Did you produce documents sufficient to show

11  the information requested in topic 5, "All activities on

12  which you plan to spend funds or to which you plan to

13  dedicate resources in Texas between the present and

14  January 1st, 2024"?

15     A.   Yes.  I just want to note that we don't have

16  documents or plans past 2020 at this point.

17     Q.   Okay.  Fair enough.  Thank you for that

18  clarification.

19          Moving on to document category 4, "Documents

20  sufficient to show your organizational structure and

21  internal employee hierarchy including organizational

22  chart and job descriptions of all employees," did you

23  produce documents responsive to this category?

24     A.   Yes.

25     Q.   Thank you.  And then category 5, "To the

```
 1   extent not already provided in response to items 1

 2   through 4 above, all documents reviewed in preparation

 3   for your deposition," did you produce documents

 4   responsive to this category?

 5        A.   Yes.

 6        Q.   Okay.  Do you know Erica Elliott?

 7        A.   I do.

 8        Q.   Who is Ms. Elliott?

 9        A.   Ms. Elliott is currently our regional

10   organizing manager, and she oversees three cities for

11   the organization.

12        Q.   Are you Ms. Elliott's supervisor?

13        A.   Currently, I am.

14        Q.   Are you familiar with her job duties and her

15   performance?

16        A.   Can you -- I'm sorry, you broke up.  Am I

17   familiar with her --

18        Q.   Her job duties and her performance?

19        A.   Yes.

20        Q.   To your knowledge, has Ms. Elliott ever turned

21   away a voter who has or an individual seeking to

22   register to vote who has sought her assistance?

23             MS. MARZIANI:  Objection.  Vague.

24             MS. MACKIN:  Q.  You can answer if you

25   understand my question.
```

1          A.    To my knowledge, no.

2          Q.    Has Ms. Elliott ever expressed to you that she

3     has had trouble handling the volume of people who come

4     seek her assistance with voter registration at either a

5     tabling or canvassing or other voter registration

6     activity?

7          A.    Can you -- can you restate the question?

8          Q.    Sure.  So let me ask you a different question.

9          Can you describe what Ms. Elliott's job duties

10    are with respect to voter registration efforts on behalf

11    of MOVE Texas Civic Fund?

12         A.    As a regional organizing manager, Ms. Elliott

13    -- Ms. Elliott helps implement our voter registration

14    activities in Dallas, Austin and San Marcos.  She trains

15    field organizers, and she trains fellows and interns and

16    volunteers.  She ensures voter registration compliance.

17    She ensures like our accountability goals, metrics, that

18    kind of thing.  And then as-needed, she often interacts

19    with voters in the field, in classrooms, tabling,

20    canvassing.

21         Q.    Has Ms. Elliott ever given you any indication

22    that MOVE Texas Civic Fund is unable to accommodate the

23    volume of individuals they encounter in their voter

24    registration efforts?

25         A.    Ms. Elliott might report to me that there is a

1  very busy, like, voter registration shift.  Like, let's

2  say, for instance, on Texas State in San Marcos.  But at

3  no time does anybody in our organization intentionally

4  turn away somebody that's trying to register to vote or

5  trying to, you know, get -- ask questions.

6      Q.   Okay.  Then I just have one more document to

7  show you.  I am going to publish on the screen what will

8  be Exhibit 3 to this deposition.

9           (Exhibit No. 3 was marked for identification.)

10          MS. MACKIN:  Q.  Do you recognize this

11  document, Mr. Galloway?

12      A.   I do.

13      Q.   And what is it?

14      A.   It is my declaration in coordination with this

15  case.

16      Q.   And that is your signature down at the bottom

17  of the last page?

18      A.   That is correct.

19      Q.   It was executed January 16th, 2020; is that

20  right?

21      A.   Yes.

22      Q.   Okay.  And who wrote this declaration?

23      A.   I believe it was written in conjunction with

24  my legal counsel.

25      Q.   And you reviewed it before you signed it;

 1   correct?

 2        A.   That's correct.

 3        Q.   I would like to direct your attention to

 4   paragraph 3, which states, "MOVE Texas is a grassroots,

 5   nonpartisan organization that builds power in

 6   underrepresented youth communities through civic

 7   education, leadership development, and issue advocacy."

 8             Did I read that right?

 9        A.   That's correct.

10        Q.   And are there any civic education, leadership

11   development, or issue advocacy activities that MOVE

12   Texas Civic Fund conducts that we haven't talked about

13   today?

14        A.   To my knowledge, we've talked about the

15   majority of all of our activities.  We might not have,

16   like, pointed it out to the documents that were, like,

17   there.  But yes, civic education is, again, voter

18   registration, voter education, very, very specific voter

19   mobilization.  Leadership development is fellows and

20   interns and volunteers.

21        Q.   So there may be like a specific little program

22   that we didn't directly touch on, but we talked

23   generally about the broad categories of activity that

24   MOVE Texas Civic Fund engages in; right?

25        A.   Yes, that's correct.

142

1    Q.   Okay.  And you testified that -- I'm going to

2  pull this down.  We don't need it anymore.  You

3  testified that voter registration is a key piece of

4  MOVE Texas Civic Fund's activities; right?

5    A.   That is correct.

6    Q.   Has that been the case ever since MOVE Texas

7  Civic Fund was established?

8    A.   That has been the case since MOVE San Antonio

9  Foundation was started, and then when we changed the

10  name to MOVE Texas Civic Fund, that work continued.

11    Q.   And do you anticipate that that will still be

12  a focus of MOVE Texas Civic Fund going forward into the

13  future?

14    A.   We anticipate that we will continue

15  registering voters until a larger more systemic voter

16  registration system is implemented by the State of

17  Texas.

18    Q.   So what does that mean to you?

19    A.   Voter registration is a core aspect of our

20  mission, and if the State of Texas implemented online

21  voter registration and/or even automatic voter

22  registration where young Texans in particular, but any

23  Texan, could register themselves to vote easily without

24  necessarily printing off forms from the website or

25  anything like that, then at that point, we would

1    determine whether we wanted to shift our mission at that

2    point away from voter registration.

3            But until that day comes, MOVE Texas Civic

4    Fund will be predominantly a voter registration

5    organization.

6        Q.   So correct me if I'm wrong because I'm not

7    trying to mischaracterize what you've said.  Essentially

8    you anticipate -- what I'm hearing you to say is that

9    you anticipate that MOVE Texas Civic Fund will continue

10   to be predominantly a voter registration organization

11   unless and until Texas provides for online voter

12   registration or some other process that is significantly

13   easier than what's available now?

14       A.   That is correct.

15       Q.   Okay.  Why did MOVE Texas Civic Fund decide to

16   join this lawsuit?

17       A.   We decided to join this lawsuit because we

18   feel that young people who engage in the -- who utilize

19   the Department of Public Safety website to update their

20   driver's license address are not -- believe they are

21   registered to vote after they do that process and are

22   not actually registered to vote often when we talk to

23   them.

24       Q.   What are your expectations from this lawsuit?

25   I don't mean you personally, but your understanding of

 1  **MOVE Texas Civic Fund's expectations?**

 2       A.   We are in alignment with the other plaintiffs

 3  that we believe a remedy to this problem is, you know,

 4  robustly fixing -- robustly altering the Department of

 5  Public Safety website to be able to -- to be able to

 6  meet these same standard of in-person driver's license,

 7  you know, voter registration that happens underneath the

 8  Voter Motor Act at the actual Department of Public

 9  Safety.

10       **Q.   Okay.  Have I been -- have I treated you**

11  **courteously during today's deposition?**

12       A.   Yes, you have.  Thank you.

13            MS. MACKIN:  Pass the witness.  Thank you for

14  your time.

15            MS. MARZIANI:  Thank you.

16                     EXAMINATION

17  BY MS. MARZIANI:

18       **Q.   I just have one quick question, which is,**

19  **Drew, earlier today, you spoke about the civic education**

20  **voter registration work being split into three**

21  **categories:  Class Raps, Tabling and Canvassing.**

22            **Earlier today, you also talked about mailing**

23  **voter registration forms.**

24            **So my question is:  Do you characterize**

25  **mailing voter registration forms into one of those three**

1  sub sub buckets, to use the term we used before, or is

2  it a separate fourth category?

3      A.   Yeah.  In the context of those PowerPoint

4  slides, those were the three sort of like traditional,

5  forward-facing, like more public versions of voter

6  registration that we do.  Again, that would be Class

7  Raps, or class presentations, Canvassing, and Tabling.

8          Those are the activities that target audience,

9  say, for instance, fellows, interns, volunteers, would

10  be actually engaged in when it came to voter

11  registration.  And when we think of voter registration

12  and the community thinks of voter registration, those

13  are activities that they see us involved in.

14          We've run one mail -- voter registration mail

15  program in late 2018 -- I'm sorry, late 2019, early

16  2020.  And the nature of that program is that it -- you

17  know, we, again, as I mentioned earlier, define a group

18  of unregistered voters under the age of 30, and then we

19  just mail them a voter registration card.

20          I believe the reason that that's not on that

21  PowerPoint is because that is a very, like,

22  behind-the-scenes strategy when it comes to voter

23  registration.  Fellows, interns, volunteers are not

24  involved in that process.  That is a -- that is like a

25  field director, executive director program.

MOVE Texas Civic Fund - 4/23/2020

146

1          MS. MARZIANI:  Thank you.  I'll pass the

2     witness to the plaintiff-intervenors, if they are on the

3     call and would like to ask any questions.

4          MS. BRAILEY:  Thank you.  We have no

5     questions.

6          MS. MARZIANI:  Thank you.

7          MS. MACKIN:  All right.  I think we're ready

8     to go off the record.

9          Ms. Schroeder, are there any spellings that

10    you need from any of us?

11         THE REPORTER:  At this moment, no, because I

12    believe a lot of them may have been on that org chart.

13    Okay.  But I did need to know if, Mimi, you need a copy

14    of the transcript?

15         MS. MARZIANI:  Yes.  And I would like to

16    reserve my right to review and correct.

17         THE REPORTER:  Okay.

18         (Deposition adjourned at 4:11 p.m.)

19                        --oOo--

20

21

22

23

24

25

147

1                        ERRATA AND SIGNATURE

2    WITNESS NAME:                DATE OF DEPOSITION:

3    HILLIARD DREW GALLOWAY       THURSDAY, APRIL 23, 2020

4    PAGE/LINE     CHANGE                REASON

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

MOVE Texas Civic Fund - 4/23/2020

148

```
1        I, HILLIARD DREW GALLOWAY, have read the

2   foregoing deposition and hereby affix my signature that

3   same is true and correct, except as noted herein.

4

5        _____

6        HILLIARD DREW GALLOWAY

7

8   THE STATE OF _____   )

9        Before me, _____, on

10  this day personally appeared HILLIARD DREW GALLOWAY,

11  known to me (or proved to me under oath or through

12  _____) (description of identity card or other

13  document) to be the person whose name is subscribed to

14  the foregoing instrument and acknowledged to me that

15  they executed same for the purposes and consideration

16  therein expressed.

17        Given under my hand and seal of office on

18  this _____ day of _____, _____.

19

20

21        _____

22        NOTARY PUBLIC IN AND FOR

23        THE STATE OF _____

24        My Commission Expires:_____

25
```

MOVE Texas Civic Fund - 4/23/2020

1  STATE OF TEXAS      )

2                     REPORTER'S CERTIFICATION

3         I, KIMBERLEE SCHROEDER, CSR, RPR, CCRR,

4  Certified Shorthand Reporter for the State of Texas,

5  License No. 10925 and the State of California, License

6  No. 11414, hereby certify that the witness was duly

7  sworn and that this transcript is a true record of the

8  testimony given by the witness.

9         I further certify that I am neither counsel

10 for, related to, nor employed by any of the parties or

11 attorneys in the action in which this proceeding was

12 taken.  Further, I am not a relative or employee of any

13 attorney of record in this cause, nor am I financially

14 or otherwise interested in the outcome of the action.

15         Subscribed and sworn to by me this day,

16 11th day of May, 2020.

17

18

19

20 _____
   KIMBERLEE SCHROEDER, CSR, RPR, CCRR
21 TX CSR No. 10925 - CA CSR No. 11414

22

23

24

25