IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JARROD STRINGER, et al.,      *
     Plaintiffs,             *
                       *
v.                            *      No. SA-20-CV-46-OG
                       *
RUTH R. HUGHS, et al.,        *
     Defendants.             *

VIDEOCONFERENCED DEPOSITION OF

THE CORPORATE REPRESENTATIVE OF

THE TEXAS DEMOCRATIC PARTY,

TOMMY GLEN MAXEY

Monday, April 27, 2020


VIDEOCONFERENCED DEPOSITION OF TOMMY GLEN

MAXEY, produced as a witness at the instance of the

Defendants, and duly sworn, was taken in the

above-styled and numbered cause on Monday, April 27,

2020, from 10:03 a.m. to 2:04 p.m., before Debbie D.

Cunningham, CSR, in and for the State of Texas, remotely

reported via Machine Shorthand, pursuant to the Federal

Rules of Civil Procedure.

--ooOoo--

```
 1                    APPEARANCES

 2

 3   FOR PLAINTIFFS:

 4        TEXAS CIVIL RIGHTS PROJECT
          1405 Montopolis Drive
 5        Austin, Texas  78741
          (T) 512.474.5073
 6
          By:  Joaquin Gonzalez, Esq.
 7             joaquin@texascivilrightsproject.org

 8
     FOR PLAINTIFF INTERVENOR:
 9
          PERKINS COIE
10        700 13th Street, NW, Suite 800
          Washington, D.C.  20005-3960
11        (T) 202.654.6200

12        By:  John Geise, Esq.
               jgeise@perkinscoie.com
13                    AND
               Aria C. Branch, Esq.
14             abranch@perkinscoie.com
                      AND
15             Emily Brailey, Esq.
               ebrailey@perkinscoie.com
16

17   FOR DEFENDANTS:

18        OFFICE OF THE ATTORNEY GENERAL OF TEXAS
          General Litigation Division
19        300 W. 15th Street
          Austin, Texas  78701
20        (T) 512.463.2120

21        By:  Anne Marie Mackin, Esq.
               anna.mackin@oag.texas.gov
22                    AND
               Christopher D. Hilton, Esq.
23             christopher.hilton@oag.texas.gov

24
     VIDEOGRAPHER:  Brian Christopher
25
```

Texas Democratic Party - 4/27/2020

3

INDEX

APPEARANCES                                        2


EXAMINATION OF TOMMY GLEN MAXEY:

BY MS. MACKIN                                      6

BY MR. GEISE                                       112

BY MS. MACKIN                                      115



REPORTER'S CERTIFICATION                           117

4

1                    EXHIBIT INDEX

2

3   Exhibit Number      Description                    Page

4
    Exhibit 1      Defendants' Notice of Oral            9
5                  Deposition Pursuant to
                   Federal Rule of Procedure 30
6
    Exhibit 2      Plaintiffs' Production in            17
7                  Response to Subpoena

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

```
 1                   (Monday, April 27, 2020, 10:03 a.m.)

 2                    P R O C E E D I N G S

 3                   THE REPORTER:  Today is April 27th, 2020.

 4   This is the deposition of the Texas Democratic Party

 5   Representative, Glen Maxey, in the matter of Jarrod

 6   Stringer, et al. versus Ruth R. Hughes, et al.  We are

 7   remotely situated due to COVID-19 and are appearing via

 8   Zoom conference.  We are now on the record at

 9   10:03 a.m., Central time.

10                   My name is Debbie Cunningham; and my

11   business address is P.O. Box 245, Manchaca, Texas.

12                   Would all persons present please

13   introduce themselves for the record?

14                   MS. MACKIN:  This is Anna Mackin with the

15   Texas Office of the Attorney General on behalf of the

16   Defendant.

17                   MR. GEISE:  This is John Geise from the

18   law firm of Perkins Coie, LLP, on behalf of Plaintiff

19   Intervenor Texas Democratic Party.

20                   MS. BRANCH:  This is Aria Branch from

21   Perkins Coie on behalf of the Plaintiff Intervenor,

22   Texas Democratic Party.

23                   MS. BRAILEY:  This is Emily Brailey also

24   from Perkins Coie on behalf of the Plaintiff Intervenor,

25   Texas Democratic Party.
```

1            THE WITNESS:  I'm Glen Maxey from the

2  Texas Democratic Party.

3            MR. GONZALES:  This is Joaquin Gonzales

4  on behalf of Plaintiffs, Jarrod Stringer, et al.

5            (Witness sworn by the reporter.)

6            MS. MACKIN:  And I'd just like to note on

7  the record that the parties have stipulated that that

8  oath can be taken remotely.

9                      GLEN MAXEY,

10 having taken an oath to tell the truth, the whole truth,

11 and nothing but the truth, was examined and testified as

12                       follows:

13                     EXAMINATION

14 BY MS. MACKIN:

15     Q.   All right.  Good morning, Mr. Maxey.

16     A.   Good morning.

17     Q.   Please speak and spell your name for the

18 record.

19     A.   Tommy Glen Maxey, T-O-M-M-Y G-L-E-N M-A-X-E-Y.

20     Q.   Thank you.

21            My name is Anna Mackin.  I represent the

22 Defendants in this case, and I'm going to be asking you

23 some questions today.  You have been deposed before; is

24 that right?

25     A.   That's correct.

1    Q.   Okay.  So you're probably familiar with what

2    we're about to cover; but I want to briefly go over some

3    ground rules, which are especially important given that

4    we're remotely situated and using this videoconference

5    technology to take your deposition today.

6              Please try to give a verbal answer to my

7    questions.  "Yes" or "no" works a lot better than

8    "uh-huh" or "huh-uh" because it makes sure that the

9    record is clear and Ms. Cunningham is writing down

10   everything that we say.  Okay?

11   A.   All right.

12   Q.   Okay.  And please try to let me finish a

13   question before you begin your answer.  I will also

14   endeavor to allow you to finish your answer before I

15   ask my next question.  This is, again, so that

16   Ms. Cunningham can get an accurate record of everything

17   that is said.  Okay?

18   A.   Okay.

19   Q.   And if you don't understand one of my

20   questions today, will you please tell me so that I can

21   rephrase it?

22   A.   Yes, ma'am.

23   Q.   Thank you.

24              And if you do answer, I will assume that

25   you have understood the question.  Is that fair?

1      A.    That's fair.

2      Q.    Okay.   A reminder:   You are under oath, sworn

3  to tell the truth as if testifying at a courthouse in

4  front of judge and a jury under penalty of perjury if

5  you do not tell the truth.   Do you understand that?

6      A.    I do.

7      Q.    Okay.   And this is not an endurance contest.

8  You are the talent here.   So if you ever need a break,

9  need to stretch your legs, use the restroom, please just

10 let me know; and we'll take a break.   I'll just ask that

11 you answer any question that is pending before we go on

12 break.   Okay?

13     A.    All right.

14     Q.    All right.   Is there any reason that you might

15 not be able to answer my questions honestly, completely,

16 and accurately today?

17     A.    Nothing at all.

18     Q.    Okay.   So during today's deposition I'm going

19 to show you some documents by publishing them on the

20 screen.   If you have trouble seeing a document, just let

21 me know.   I can zoom in or out, scroll up or down

22 however you need me to.   Just let me know that I need to

23 do that.   Okay?

24     A.    All right.   Let me just say that I learned

25 last time that with my progressive glasses, sometimes

 1  I'm going to have to move the screen to see.  So I

 2  might -- my picture might go out of the frame while I'm

 3  tilting the computer.

 4       Q.   Okay.  Understood.  And we also have a way to

 5  send around a little link.  If it's not really working

 6  for me to publish the document on the screen, I can

 7  share a link in the chat box; and that will allow

 8  everybody to download whatever document we're talking

 9  about.  So we can explore what we need to do to make

10  sure that you're seeing the documents clearly.

11       A.   Thank you.

12       Q.   Of course.  So let's go ahead and practice

13  with what's going to be Exhibit 1 to this deposition.

14            MR. GEISE:  Can we actually just send

15  around the chat links as a matter of course so that

16  counsel can download them as well?

17            MS. MACKIN:  Sure, sure.  That's fine.

18  Let me stop this share, and I will circulate...

19            MR. GEISE:  Yeah, we've had these hiccups

20  before; and it just ended up being easier.

21            MS. MACKIN:  Not a problem.  We are all

22  learning on the job a little bit when it comes to these

23  depositions.

24            MR. GEISE:  I was in a deposition where

25  Debbie got cut out because she -- her house got struck

```
 1  by lightening, so that was a particular --
 2              MS. MACKIN:  Oh my gosh.  Are you all
 3  right?
 4              THE REPORTER:  Yes.
 5              MR. GEISE:  That was particularly
 6  different.
 7              MS. MACKIN:  Yeah.
 8              All right.  So I've sent around the
 9  document in the chat box.
10              MR. GEISE:  Yeah, I got it.  It worked
11  for me.  Thank you.  Appreciate it.
12              MS. MACKIN:  Sure.
13              (Exhibit 1 marked.)
14      Q    (BY MS. MACKIN)  Mr. Maxey, are you able to
15  view that document?
16      A.   Yes.
17      Q.   Okay.  And have you seen this document before?
18      A.   Yes.
19      Q.   What is it?
20      A.   It's the Defendants' Notice of Oral Deposition
21  pursuant to Federal Rule of Civil Procedure 30, in
22  Jarrod Stringer versus Ruth Hughs.
23      Q.   And do you understand that you are here today
24  giving this deposition pursuant to this Notice of
25  Deposition?
```

1      A.   Yes.

2      Q.   And that your testimony today is on behalf of

3  the Texas Democratic Party, and your answers will bind

4  the Texas Democratic Party?

5      A.   That's correct.

6      Q.   Okay.  And throughout this conversation today

7  when I say "TDP," I'm going to be referring to the Texas

8  Democratic Party, just to be clear about that; and if

9  you say "TDP," I'll also understand you to be referring

10  to the Texas Democratic Party unless you tell me

11  otherwise.  Okay?

12      A.   All right.

13      Q.   All right.  So I'd like to -- before we jump

14  into the substance, I'd like to go over the seven topics

15  for this corporate representative deposition.  So if I

16  could have you please scroll down to page 5 of this

17  notice.

18      A.   All right.

19      Q.   So Topic 1 is your mission, "your" meaning

20  that of TDP.  Are you designated to testify on this

21  topic?

22      A.   Yes.

23      Q.   Okay.  And Topic 2, "Your organization,

24  including your organizational structure, employees,

25  physical assets, parent and sibling entities, tax

1  status, and history; the services that you provide and

2  the activities that you perform."  Are you designated to

3  testify on this topic?

4       A.   Yes.

5       Q.   And Topic 3, "Your funding sources, funding

6  amounts, operational expenses, operational budget, and

7  funding activities between January 1st, 2014 and the

8  present."  Are you designated to testify on this topic?

9       A.   Yes.

10      Q.   Topic 4, "All activities on which you have

11 spent funds or to which you have dedicated resources in

12 Texas between January 1st, 2014 and the present."  And

13 then it lists, "including," several subtopics.  Are you

14 designated to testify on Topic 4?

15      A.   To the level that they are not protected under

16 our organizational First Amendment rights.

17      Q.   And what do you mean by that?

18      A.   Well, it's my understanding that, as an

19 entity, that we have the ability to not disclose our

20 day-to-day operational things; but I can, to the level

21 my attorney tells me, answer this question -- these

22 questions in Number 4.

23      Q.   And there isn't another person who would be

24 designated to testify on Topic Number 4, is there?

25      A.   No.  I am it.

Texas Democratic Party - 4/27/2020

13

```
1        Q.   You are it.  All right.

2                  Topic 5, "All activities on which you

3   plan to spend funds or to which you plan to dedicate

4   resources in Texas between the present and January 1st,"

5   2014 [sic.]  Mr. Maxey, are you designated to testify on

6   this topic?

7        A.   Well, it's 2024, not 2014, but --

8        Q.   Correct.  Apologies.

9        A.   Yes, I am.

10        Q.   Thank you for keeping me honest.  I appreciate

11   it.

12                  Topic 6, "The allegations in your

13   Complaint and the factual bases therefor."  Are you

14   designated to testify on this topic?

15        A.   I am.

16        Q.   And the word "Complaint" as used in Topic 6,

17   do you understand that to mean the Complaint that your

18   attorneys filed on behalf of the Texas Democratic Party,

19   the DSCC and the DCCC in this lawsuit?

20        A.   Yes.

21        Q.   Okay.  Thank you.

22                  And then Topic 7, "Your members who are

23   eligible to use the DPS website for a driver license

24   renewal or change-of-address transaction and intend to

25   do so."  Are you designated to testify on this topic?
```

1    A.   Yes.

2    Q.   All right.  And, finally, Number 8, "The

3  documents produced in response to the subpoena duces

4  tecum," described and attached to the Deposition Notice.

5  Are you designated to testify on this topic?

6    A.   I have no idea what those words mean, but I

7  suppose I am.

8    Q.   Okay.  Is it your understanding that some

9  documents have been produced to the Defendants by your

10  attorneys --

11    A.   Yes.

12    Q.   -- and that we can talk about them today?

13    A.   Absolutely.

14    Q.   All right.  Sounds good.

15         All right.  So how did you prepare for

16  today's deposition, Mr. Maxey?

17    A.   I reviewed all of the documents that were

18  shared to me by my attorney.  I had conversations with

19  my attorney about the general scope of what we would

20  discuss today.

21    Q.   And which documents did you review?

22         MR. GEISE:  Objection, attorney-client

23  privilege.  I think he said he reviewed documents

24  provided to him by counsel.  So I would instruct the

25  witness only to answer any documents that were not

1    provided by counsel.

2              MS. MACKIN:  Is it your position that

3    we're going --

4              (Simultaneous speakers.)

5              MS. MACKIN:  -- document is that that's

6    privileged because I'm not asking him about advice of

7    counsel.  I'm simply asking which documents he relied

8    upon to prepare to testify on the topics.

9              MR. GEISE:  I think that if he was

10   provided documents by counsel, then which documents he

11   was provided to review in preparation for the deposition

12   is attorney work product and goes to the mental

13   impressions of counsel.

14             So if you reviewed any documents outside

15   of those provided by counsel, I would -- you can answer

16   that.  If the only documents you reviewed were documents

17   which counsel provided you to review, I would instruct

18   you not to answer.

19             I think he's allowed to answer how many

20   documents he reviewed, but -- or the general topics of

21   documents he reviewed.

22             But I think that specific documents you

23   reviewed, I would instruct you not to answer.  So with

24   that instruction, you can answer the number of documents

25   you reviewed and the general scope of the documents you

Texas Democratic Party - 4/27/2020

1   reviewed.

2              MS. MACKIN:  I'd just like to note on the

3   record that I don't think that's correct.  Of course,

4   the witness is able to answer to the extent that he

5   feels is appropriate; but the mere fact of reviewing a

6   document and the nature of what the document is is not

7   protected.

8              MR. GEISE:  And, again, I would instruct

9   the witness that I believe that reviewing specific

10  documents selected by counsel goes to the mental

11  impressions and work product of counsel.  And I would

12  instruct the witness to answer a summary, a general

13  summary of the documents -- well, a general summary of

14  the documents you reviewed at a high level and the

15  number.  And that's what I would instruct the witness to

16  answer.

17       A.   So I reviewed approximately, I would say,

18  maybe about 50 documents that were sent to me by counsel

19  that all appeared to be the filings in this case alone.

20  I have not looked at any document, done any research

21  outside of my general knowledge about the Texas

22  Democratic Party in response to doing this deposition.

23  I have not looked at anything outside of what came that

24  appeared all to be things that have already been

25  produced into the record or will be produced into the

17

1  record in this lawsuit.

2      Q.   So you did not search any files for documents

3  in preparation for today's deposition?

4      A.   No.  My brain is it.

5      Q.   Did you bring any documents with you today?

6      A.   Nope.

7      Q.   Your attorneys have produced 55 PDF files to

8  us as a response to the subpoena attached to this

9  Notice.  I'm going to make all of those files Exhibit 2

10  to this deposition.

11              (Exhibit 2 marked.)

12      Q.   (BY MS. MACKIN)  We will pull up a few of them

13  later on to look at them, but the documents that were

14  produced to us all appear to be e-mails sent by the

15  Texas Democratic Party to, be it -- well, it was not

16  clear who they were sent to; but they appeared to be

17  externally- sent e-mails, not within the Party, but sent

18  outside of TDP.  Did you review any of those documents

19  in preparation for your deposition?

20      A.   I did.  I went through each one of them

21  opened.  There were some of them that were garbled that

22  I couldn't read, but they seemed to be in the same vein

23  as the previous ones; and historically every one of

24  those e-mails I also received in my inbox when they were

25  originally sent.

1             MS. MACKIN:  Okay.  And I'm just going to

2    memorialize, again, on the record our objection to

3    withholding documents that the witness reviewed in

4    preparation for today's deposition, and we do request a

5    supplementation of that production to ensure --

6             THE WITNESS:  I --

7             (Simultaneous speakers.)

8             MR. GEISE:  Well, Glen, you don't --

9    Glen, you don't have to answer.

10            We can discuss that after the deposition

11   or off the record of the deposition.  We are happy to

12   discuss our -- we maintain that the Texas Democratic

13   Party has publicly available financial records and that

14   anything that is an internal Party document is subject

15   to the First Amendment privilege, is not critical to the

16   needs of this case or critical to establishing the Texas

17   Democratic Party's standing and that --

18            MS. MACKIN:  I think, Counsel, we can

19   discuss --

20            MR. GEISE:  We can discuss that off the

21   record.  We don't need to have that discussion now.

22            MS. MACKIN:  I'm just preserving our

23   objection on the record.

24            MR. GEISE:  Yes, understood.  And I'm

25   preserving our response; but, yes, we can talk after.

1     Q    (BY MS. MACKIN)  All right.  Mr. Maxey, did

2  you meet with anyone at TDP to prepare for today's

3  deposition?

4     A.   No, ma'am.

5     Q.   And how many times did you meet with counsel

6  to prepare for today's deposition?

7     A.   Once.

8     Q.   And how long did you meet with counsel?

9     A.   I think approximately an hour.

10    Q.   Okay.  And are you adequately familiarized

11 with the facts to testify as TDP's representative today?

12    A.   I believe so.

13    Q.   Okay.  Just a brief discussion of your

14 background, Mr. Maxey.  You are currently employed by

15 TDP; is that correct?

16    A.   That's correct.

17    Q.   What is your job title?

18    A.   Currently my job title is Primary Director.

19    Q.   How long have you held that position?

20    A.   Well, I work for the Texas Democratic Party

21 year round; and I use different titles depending on the

22 time of the election cycle.  For instance, during the

23 legislative session, I am the Legislative Director.  I

24 lobby for the Party and election issues before the Texas

25 Legislature.  So during the primary season, which begins

1   approximately September 1st of the odd year, through the

2   month after the runoff election, which is now going to

3   be August, I have the title of Primary Director because

4   we're in the period of having our Democratic primary and

5   primary runoff.

6         Q.   Do you report to anyone in your role with the

7   Texas Democratic Party?

8         A.   I report to the chairman of the Party,

9   Gilberto Hinjosa and Manny Garcia.

10        Q.   And does anyone report to you?

11        A.   I'm -- I do not have general employees

12   reporting to me.  I am a senior advisor.  So many of the

13   employees come to me for advice about election law, job

14   descriptions, things that I am knowledgeable of, since

15   I've been doing this over 50 years and most of them are,

16   you know, in their twenties.  And Luke Warford, who is

17   the Director of Voter Registration -- or Voter

18   Expansion, which is voter registration and vote by mail

19   and those kind of programs, reports directly to me.

20        Q.   Okay.  So Luke Warford is your direct report;

21   and then for others, you are a wealth of institutional

22   knowledge, so to speak?

23        A.   Yes.

24        Q.   Okay.  Who made the decision that the Texas

25   Democratic Party would join this lawsuit?

1              MR. GEISE:  Objection.  I think that that

2     goes to attorney-client privilege as well as the First

3     Amendment privilege.  I would instruct the witness not

4     to answer.

5              MS. MACKIN:  To be clear, I'm not asking

6     why the Texas Democratic Party decided to join this

7     lawsuit.  I'm simply, under the topic of the

8     organizational structure, seeking to understand those

9     lines of authority.

10             MR. GEISE:  I don't think that how the

11    Texas Democratic Party makes strategic litigation

12    decisions -- I think that's First Amendment privileged

13    and not relevant to this lawsuit.  I would instruct the

14    witness not to answer.

15             MS. MACKIN:  And I'll note again I didn't

16    ask how that decision was made.  I asked for the

17    identity of the individual with the decision rights to

18    make it.

19             MR. GEISE:  Understood.  I would still

20    instruct the witness not to answer.

21       A.   Therefore, I will not answer under the advice

22    of counsel.

23       Q.   (BY MS. MACKIN)  You're following the advice

24    of your counsel.  Okay.

25             All right.  I want to jump into Topic 1.

1   What is the mission of the Texas Democratic Party?

2       A.   The mission of the Texas Democratic Party is

3   to elect people who call themselves Democrats to public

4   office at all levels, from president to public offices,

5   such as city councils and school boards, that are

6   non-partisan.  But anybody who believes in the

7   Democratic philosophy, agrees with our platform.  We

8   educate voters.  We register voters so that they are

9   capable of casting a ballot.  We inform voters about

10  issues and candidates.  We run coordinated campaigns to

11  elect those Democrats.  There are literally thousands of

12  different pieces of all of that, but generically it's

13  electing Democrats to public office.

14      Q.   Okay.  Has the mission of the Texas Democratic

15  Party changed over time?

16      A.   No.  I mean, the fundamental mission, you

17  know, began when the Party was formed in the early 1800s

18  to be the mission of electing people of our Party, with

19  our general philosophy and support our platform, to

20  public office.  That's always been our mission.  I don't

21  think we've deviated very far with that.  How we do

22  that, methodologies, have changed radically over time;

23  and certainly radically just in the last decade,

24  radically in the last months because of the pandemic.

25  So methodologies have changed, but mission has not.

23

1      Q.    And when you say methodologies have changed,

2  how have those methodologies changed?

3      A.    Well, there was not a -- when I started in

4  this business doing Democratic Party work, there were

5  no computers.  I started out on a manual typewriter

6  without -- not even with white-out or a corrective

7  ribbon.  So the access to cellphones versus land lines

8  versus party lines over the 50 years I've been doing

9  this, access to whether you could do -- you know, I have

10  been from hand address the envelope, to stick on the

11  adhesive label, to laser printing at a mail shop over

12  the 50 years that I've been doing this.

13             So, I mean, all kinds of technology, all

14  kinds of communications, the fact that you can now talk

15  to tens of thousands of people simultaneously through

16  an e-mail is radically different than when we had to

17  phone each individual voter one by one when I started a

18  mere -- in the 1980s, you know.  So the methodologies of

19  communicating and the fact that we have a voter

20  registration system where a person has to fill out the

21  paper form and put a wet signature on it that has

22  changed over the years to the ability of people who can

23  be registered to vote when they get their driver's

24  license renewed or registered or get a driver's license

25  for the first time, which brings us all the way to this

```
 1   lawsuit.  The State of Texas is refusing to follow

 2   federal law in registering a person to vote when they

 3   change their driver's license address.

 4              MS. MACKIN:  I'm going to object to the

 5   last sentence as nonresponsive to the question.

 6        Q.   (BY MS. MACKIN)  I would like to ask you,

 7   Mr. Maxey, you mentioned that in the past few months,

 8   even, methodologies have changed in light of the

 9   pandemic.  Can you tell me a little bit about how that

10   has changed?

11        A.   Well, I would have had right now literally

12   dozens upon dozens of TDP employees knocking on doors

13   and being in the living rooms of voters or on their

14   porch having conversations about registering to vote.

15   Because of the COVID-19 those person-to-person

16   interactions are not happening.  So now we're having to

17   do things in a different way of e-mail and phone calling

18   and other kinds of things, sort of a throwback to what

19   we did 50 years ago.  So person-to-person communications

20   are not possible in social-distancing situations or at

21   least not advisable.  We're not putting people at risk

22   to even put people in the situation that they have to be

23   6 foot apart.  We don't want anybody to -- until the

24   governor and the president say it's all clear, we won't

25   be doing that kind of door-to-door campaigning.
```

1      Q.   Okay.  I want to talk about TDP's

2  organizational structure.  Can you explain to me how TDP

3  is structured?

4      A.   How it's structured governance-wise?

5      Q.   Yes, sir.

6      A.   The Texas Democratic Party has an Executive

7  Committee that's elected at our quadrennial state

8  conventions by delegates that are elected that consist

9  of a chairman and a vice chair and then 62 people, 31 --

10 two from each of the 31 state Senate districts, a man

11 and a woman.  So it's a 64-member Executive Committee

12 that's outlined in the Texas Election Code statutorily,

13 membership of that committee.  They make the policy.

14 The Executive Director hires -- I mean, the State Chair

15 hires an Executive Director.  The Executive Director

16 hires a staff.  The staff reports to the Executive

17 Director.  The Executive Director reports to the State

18 Chair.

19     Q.   And within that structure, would you fall

20 under the staff category?

21     A.   Yes.

22     Q.   Okay.  And how many other staff members does

23 TDP have right now?

24     A.   As reported in our staff meeting last week, we

25 had 61 staffers.

1     Q.   And how are TDP staff members paid?  I'm not

2  asking how much, just where the funds come from.

3     A.   They come from donations that are made legally

4  and through federal and state law from donors,

5  individuals, organizations, political action committees.

6     Q.   Okay.  I'm going to jump ahead to Topic 4.

7  And as you were alluding to earlier, Mr. Maxey, I

8  understand that there are various permutations of how

9  TDP furthers its mission and sort of engages in its

10  activities; but I would like to understand kind of the

11  main buckets of activity, the main categories of

12  activity, that TDP is engaged in.

13          From what you said earlier, I wrote down:

14  Elect Democrats, educate voters, and register voters.

15  But I don't want to sort of pin you to that if there's

16  kind of a better way to describe the main categories of

17  activity that TDP engages in.

18     A.   Sure.  Let me just run down sort of job titles

19  of the 61 people, and that will give you an idea.

20     Q.   Cool.  Perfect.

21     A.   We have a comptroller who receives and expends

22  the funds, who makes all the reports to the Federal

23  Election Committee and Texas Election Committee.  She

24  has two assistants that also deal with HR and hiring and

25  doing Human Relations kind of hiring and removing

1  employees.

2              We have a data team that works on the

3  voter files, targeting, preparing lists for phone

4  banking, voter contact all through technology systems.

5  It's basically data work.

6              We have a fundraising team that consists

7  of four people that raise money from individual donors

8  and major donors and organizations.

9              As I said, we have an Executive Director.

10  We have an Assistant Executive Director who also does

11  sort of the political work of the organization.

12              We have a political team that has two

13  people that work directly with candidate services, two

14  people who work directly with volunteers for the

15  candidates, two people who work directly with the county

16  parties, with their plans, funding plans, coordinated

17  plans, training county chairs and county executive

18  committees and volunteers at the county level.

19              I'm sort of going around my office.

20              We have a five-member voter protection

21  team that deal with voter laws and educating people to

22  comply with all election laws and assist where we find

23  voters who have had problems casting their ballot or

24  getting registered, to make sure that everybody is

25  legally able to participate.

1          There's the voter expansion team, Luke

2    Warford, who does voter registration, vote by mail.  I

3    work a lot in that program.

4          We have a communications staff, typical

5    communication directors, research director, digital

6    team, people who do all of our online, whether it's

7    e-mails, Instagram, Facebook, Twitter, all of those kind

8    of programatic things.

9          And we have an organizing team that works

10   in the field.  We have constituency organizers for

11   allied groups within the Party, African-Americans,

12   Hispanic, disability community, LGBT community, the

13   women's community, Asian Pacific Islanders community.  I

14   might be missing one of those groups, but there's a

15   staffer there.

16         And then there are literally -- there

17   will be by November approximately a thousand people in

18   the field talking to voters all over the state of Texas.

19         And that's how we do it.

20   Q.   That's how the sausage is made.

21         Okay.  So I appreciate that rundown.  And

22   it sounds, from what you've said, like some of those

23   apparatuses are necessary to engage in a variety of

24   activities, like, it's not like you just have a -- like,

25   for example, your comptroller, that's sort of

1 infrastructure that's, like, necessary for the whole

2 organization to run, right?

3     A.  Well --

4            MR. GEISE:  I'm just going -- I think

5 it's -- I'm just going to object to preserve the First

6 Amendment objection and just instruct the witness.  I

7 think this is all fine.  You can continue to answer at a

8 high level.  I just -- you know, if we start getting

9 into more and more detail, I just wanted to preserve

10 that objection for the record.

11            THE WITNESS:  I understand.

12     A.  So let me just say that nothing's siloed.

13 Everybody on our staff is trained to register a voter.

14 Everybody on our staff is trained to answer a voter's

15 questions so that no matter where -- what department

16 you're in, we're all supportive; and we're cross-

17 trained.  Nothing is -- I mean, there are some people

18 who do just the same thing every day; but I work in

19 pretty much all of those areas.

20            I'm the author of many of the

21 communication e-mails we send out, perhaps, on voter

22 registration.  And I think that's the whole nut of where

23 we're going with this is that we are having to move

24 money from all of those departments to deal with voter

25 registration because the State, in this case, is not

```
 1   doing its work in registering people appropriately.

 2       Q.   (BY MS. MACKIN)  Okay.  And so I'm trying to

 3   get a list of the main activities of the Texas

 4   Democratic Party.  And so based on what you've said, it

 5   sounds like there is fundraising.  There is candidate

 6   services.  There is county services, voter protection,

 7   voter expansion, and maybe organizing.  I mean, if you

 8   had to break it down into categories of activity, how

 9   would you do that, because I appreciate the explanation

10   of kind of the departments and the structure?

11       A.   Every day we communicate with voters.  We

12   educate voters.  We help Texans who are not registered

13   get them registered in myriads of ways to make sure that

14   we expand the voting pool.  We educate them how to cast

15   a vote, when to cast a vote, where to cast a vote, and

16   who to cast a vote for, pure and simple.

17            Our main goal right now is to register

18   approximately 2.6 million people to vote, which we're

19   spending lots of money on doing because the State of

20   Texas is not following the federal law in registering

21   people when they change their driver's license.

22       Q.   And just to be clear on the record, Mr. Maxey,

23   are you an attorney?

24       A.   No, and I never claimed to be one.

25       Q.   Okay.  And --
```

1      A.   But let me just say this, though:  I'm not an

2  attorney, but I was a legislator for 12 years.  I have

3  drafted in the last four election cycles more than 150

4  pieces of election law.  I have gotten legislators to

5  file them.  I have testified on behalf of those bills,

6  and I have rewritten major sections of the Election Code

7  through things that I have drafted.  So I am not an

8  attorney, but I understand the law.

9      Q.   Okay.  And I appreciate that.

10          I want to come back to what I'm trying

11  to understand with this question about TDP's activities.

12  So TDP engages in communications, right?  You

13  mentioned -- when I just tried to get a list the last

14  time, you said communication, education, and voter

15  registration; but that doesn't seem to capture

16  everything that you talked about.

17      A.   Please ask something specifically about what

18  you want to know, and I'll answer it.

19      Q.   Sure.  So what are the main categories of

20  activities that TDP is engaged in?  And I think I did

21  ask that already, but I'll ask it again.

22          MR. GEISE:  Objection to the form.

23          You can answer.

24      A.   I'll answer it yet again.  Our mission is to

25  educate voters to vote for Democratic candidates.  In

1   order to do that, we must register them to vote.  We

2   must educate them when, where, and how to vote.  That's,

3   pure and simple, everything that we do.  Candidates,

4   training, it's all about getting them elected.  We train

5   them how to campaign, but our overarching goal is to

6   have more votes for Democrats than for Republicans,

7   Green Parties or Libertarian candidates or Write-in

8   candidates.  That's our goal, pure and simple:  Elect

9   Democrats.  Number 1 on that is to have more Democrats

10  registered to vote, and that's the problem we're having

11  here is that we have impediments to doing that.  We're

12  having to move funds into --

13      Q.   (BY MS. MACKIN)  Okay.  But I'm not hearing an

14  answer to my question.

15      A.   Sorry.  Don't interrupt me.  You told me I

16  could answer a question before you would interrupt.

17           So our goal is to register voters to

18  vote, and there is an impediment by the State of Texas

19  not registering voters when they update their driver's

20  license.

21           MS. MACKIN:  Okay.  Objection,

22  nonresponsive.

23      Q    (BY MS. MACKIN)  Mr. Maxey, what are the main

24  categories of activities that TDP is engaged in?

25           MR. GEISE:  Objection, asked and

1  answered.

2           MS. MACKIN:  I didn't hear an answer to

3  my question.

4      A.   The main activities are voter registration,

5  voter education, candidate recruitment, candidate

6  education, and telling people when, where, and how to

7  cast a ballot.  That's it in a nutshell.  Whether we

8  raise money, whether we do data work, whether we do

9  communication, it's all about registering people to

10  vote, getting them to go vote for Democratic candidates.

11  Answered.

12      Q.   (BY MS. MACKIN)  And so is there a difference

13  between -- I just want to make sure I have the list

14  correct.  I have as the main activities:  Communication,

15  voter education, voter registration, candidate

16  recruitment, and candidate education.  Do I have that

17  right?

18      A.   Well, I don't know if it's limited to that.

19  I've been talking for 15 minutes here about the mission

20  of the Party and what we do and named every staffer with

21  a job description title.  I think any logic is that all

22  of those things go back to having an educated electorate

23  of Democrats who know when an election is, where to go

24  vote, how to cast a ballot, how to do it legally, how to

25  do it, whether in person or by mail.  All of that stuff

1  is our mission to get to the goal of electing Democrats

2  to office, pure and simple.

3           Please be specific because I've answered

4  that five times now.

5      Q.   The thing that I'm struggling with, though --

6      A.   You want me to give you a tick-tock of hours

7  from 8:00 to 5:00 every day of what I do?  Is that what

8  you --

9      Q.   No, sir.

10     A.   Okay.  Then think of a question other than the

11 one you've asked five times now, that I've answered.

12     Q.   But respectfully, sir, it's a fair question;

13 and I'm just trying to make sure that I have the answer

14 clear because I'm a little bit confused by the way that

15 it's being answered.

16          So the list I have of the main activities

17 that TDP is engaged in, the list that I have of the main

18 activities -- I understand your mission is to elect

19 Democratic candidates, pure and simple.  I've heard

20 that.  I appreciate that.  In terms of the specific

21 activities in which TDP is engaged, the main

22 activities -- I'm not asking for each granular thing;

23 but if you kind of divide it up, the work that TDP does,

24 I have five categories based on what you've said.  And I

25 want to make sure that I understand that right and that

1  I have everything down as a list.  So the list that I

2  have --

3      A.   (Inaudible.)

4      Q.   Go ahead.

5      A.   I'm not -- you've not asked a question.  Ask a

6  question.

7      Q.   Okay.  You started speaking, so I wanted to

8  give you an opportunity to do so.

9           The list that I have for the main

10 activities that TDP is engaged in includes:

11 Communication, voter education, voter registration,

12 candidate recruitment, and candidate education.  Is that

13 an accurate and complete list of the main categories of

14 activities that TDP is engaged in?

15          MR. GEISE:  Objection, mischaracterizes

16 the testimony.

17          But you can answer.

18     A.   I don't think -- when you say is it a complete

19 list -- because I don't want to -- you know, it sounds

20 like a trick question here.  If you want me to add on to

21 it, we raise money to do those activities.  We do data

22 work to do those activities.  We do work with county

23 parties and candidates and volunteers and activists and

24 voters to do those activities.  It seems like I'm in a

25 circular question here.

Texas Democratic Party - 4/27/2020

1    Q.   I'm not trying to --

2    A.   We want voters to cast ballots.  The main --

3  the only mission we have is for voters to vote for

4  Democratic candidates and for those Democratic

5  candidates to win.  Anything more than that is getting

6  into granular things of how we do that.  And I can talk

7  for hours if we want to do that; but you keep saying, "I

8  want to just go at the top level of stuff."  So let's

9  stay at the top level.  We educate voters.  We register

10  them to vote.  We educate them again about when the

11  election is, how to vote, where to vote to cast a vote

12  for a Democrat.  That is the mission of TDP, pure and

13  simple; and that is it.

14         You might have five things on your list.

15  There's one thing on the list:  Educate voters, register

16  voters, turn them out to vote.  And I don't know what

17  else you're trying to get to.  Be more specific.

18    Q.   So does TDP participate in any activities that

19  don't fall into either communication, voter education,

20  voter registration, candidate recruitment, candidate

21  education, or fundraising?

22         MR. GEISE:  I'm going to object, asked

23  and answered.

24         But you can answer.

25    A.   Sure.  We just had a staff party.  None of

 1  that was about voter education or voter registration or

 2  turning out a vote.

 3           I mean, we're a big institution.  We do a

 4  lot of things.  I don't think any activities that are

 5  officially done in a job description of an employee of

 6  the Texas Democratic Party is outside of the goals of

 7  educating voters, registering voters, and getting them

 8  to cast a ballot for Democratic candidates.  So, no, I

 9  don't think we do anything outside of that mission.

10       Q.   (BY MS. MACKIN)  Educating, registering,

11  getting them to cast a ballot for Democratic candidates?

12       A.   If you know something you only answer "yes" or

13  "no" when you do it, please ask me; but I can't think of

14  anything that's outside of that mission that the

15  employees of the Texas Democratic Party or its Executive

16  Committee or Chair does.

17       Q.   Okay.  Thank you.

18           All right.  How would you describe TDP's

19  efforts to educate voters?

20       A.   We communicate by e-mail, by text message, by

21  Twitter, by direct mail, by speeches by various

22  candidates, party officers, staffers.  We go door to

23  door.  We make phone calls.  Any kind of communications

24  that humans possibly have, we do to talk about

25  Democratic values, registering to vote, how to get

1  registered to vote, when to go vote, and how to vote for

2  Democrats.  So we communicate in all of those ways.

3       Q.   And have you produced documents that reflect

4  those communications?

5       A.   There are documents of e-mails that we have

6  sent to voters that were produced.

7       Q.   Is there documentation of those other types of

8  communications that you mentioned?

9            MR. GEISE:  Objection on the basis of the

10 First Amendment privilege.

11            I think you can answer "yes" or "no"

12 whether other types of communication with voters exist;

13 but other than that, I'm going to object on the basis of

14 the First Amendment privilege and instruct you not to

15 answer other than whether or not other types of

16 communications exist.

17            MS. MACKIN:  And just to be clear, have

18 you-all produced a privilege log of documents responsive

19 to the subpoena that are being withheld?

20            MR. GEISE:  Not -- well, no.  I don't

21 think that a privilege log would need to hold every

22 communication that the Texas Democratic Party has with

23 voters because that would be millions, and that wasn't

24 what the subpoena requested.  But, again, I don't think

25 that that needs to be a discussion for this deposition.

1              I would instruct the witness:  You can

2    answer "yes" or "no" whether there are communications

3    outside of e-mails that the Texas Democratic Party has

4    with voters.

5              MS. MACKIN:  And we can talk offline

6    about the scope of the objection; but based upon what

7    we've heard so far today, it appears that the response

8    to the subpoena's incomplete and that we have some

9    issues to resolve with respect to that.

10             MR. GEISE:  Well, I don't know that

11   that's a topic for the witness; but you can answer "yes"

12   or "no" --

13             MS. MACKIN:  I --

14             MR. GEISE:  All right.  So you can answer

15   "yes" or "no" whether or not there are communications

16   other than e-mails that the Texas Democratic Party has

17   with voters.

18      A.   Can you be more specific what you mean by

19   that?

20      Q    (BY MS. MACKIN)  The question I asked --

21             MS. MACKIN:  Ms. Cunningham, would you

22   mind reading back my last question?

23             THE REPORTER:  Okay.

24             MS. MACKIN:  Thank you.

25             (The requested material was read as

 1  follows:

 2              "QUESTION:  Is there documentation of

 3  those other types of communications that you

 4  mentioned?")

 5      A.   Generically in my answer I was talking -- you

 6  said what kind of communications do we have with voters,

 7  I think was the original question; and I said we have

 8  direct mail.  That would be the glossy kind of mail that

 9  you send a candidate -- to voters about issues or

10  candidates and giving voter information.  I suppose we

11  have those laying around from the past election cycle.

12  We've not done those this election cycle yet.

13              But there's -- if we're asking if there's

14  communication about this case, no, I don't know of

15  anything that we have.  I have no knowledge of anything

16  like that being in existence.

17              I was talking about generically what a

18  volunteer -- an organizer would -- how they would

19  communicate -- you asked how do we communicate, and so

20  that's what I was saying.  The LGBT organizers talking

21  to LGBT voters could be passing out literature or hand

22  them a palm card or something that says about getting

23  ready to vote or passing out voter registration cards.

24  That's the kind of communication I was talking about.

25              You seem to be talking about

1    communications about this lawsuit; and, no, I don't have

2    any of those, never have seen any of those.

3        Q.   (BY MS. MACKIN)  Okay.  How much did TDP spend

4    on voter education in 2014?

5        A.   You know, I don't know that I can break out

6    voter education.  I mean, the staff salaries for all of

7    the people we had in 2014, whether they're the data

8    person or the fundraising person or the comptroller's

9    salary or the executive director's salary or my salary,

10   I know that generically in 2014, we spent around

11   $2 million, raised and spent.

12       Q.   Total?

13       A.   Total.

14       Q.   So not limited to voter education, but

15   overall?

16       A.   Well, there's -- I don't have any knowledge

17   about how to pull that out of my brain about what was

18   voter education and what was just institutional

19   organizational payroll and things.  We could ferret out

20   that the comptroller is doing voter education if she's

21   processing the money that we pay for voter education.

22   So I don't know how you find -- I don't know the details

23   of how much was voter education versus any other

24   mission -- part of the mission.  Approximately

25   $2 million -- all of this is public record at the FEC

42

1  and TEC.

2       Q.   So you couldn't tell me --

3       A.   What we spent I cannot tell you, no, not

4  today, not from my memory how much of the $2 million was

5  specific on voter communication, however nebulous that

6  is.

7       Q.   How about voter registration efforts in 2014,

8  could you tell me how much TDP spent on voter

9  registration efforts in 2014?

10      A.   No, ma'am.

11      Q.   Okay.  What about in 2015?

12      A.   No.  I mean, because --

13      Q.   What about in 2016?

14      A.   You're asking me --

15           MR. GEISE:  Objection, asked and

16  answered.  I think the witness has answered that it

17  would be impossible to calculate those numbers.

18           But you can answer to the extent of your

19  ability.

20      A.   Well, I will just say that, you know, we

21  passed out a lot of voter registration applications,

22  most of those provided to us by the Secretary of State

23  at no cost.  We did online voter registration.  There's

24  a cost to maintaining that and staffing that.  We mailed

25  out voter registration applications when people

1  requested them.  We did rallies with voter registrars,
2  volunteer voter registrars.  So to ferret out exactly
3  how much generally educating a volunteer how to do voter
4  registration and how much that time of training cost
5  down to the cent, I can't do.  I cannot ferret it out.
6  It's impossible for us to even do that.
7            So part of -- part of our budget went to
8  voter registration; but figuring it out to the penny or
9  even a gross amount -- because, like I said, everybody
10 on our staff in almost every department, whether the
11 digital people are sending out links to go fill out a
12 voter registration application, whether an organizer's
13 standing at a door, whether an organizer is door
14 hanging, whether a college student is tabling on the
15 university campus, all of which are things that we
16 organize and train volunteers to do, the cost of that is
17 impossible to ferret out because everybody in our
18 department is somehow touching that.  So I can't tell
19 you a number.  It's impossible.
20      Q.   (BY MS. MACKIN)  And is that true for every
21 year between 2014 and 2020?
22      A.   Yes.
23      Q.   Okay.
24      A.   Now, if you asked -- you know, at some point
25 in time, a person -- if we had done a mailing and I had

1   time to go research it, I could probably find out some

2   things; but I don't know that -- anything from memory

3   that I could pull out and give you a cost on.

4        Q.   But you were designated to testify on Topic

5   4(d) in the Deposition Notice, were you not?

6        A.   Yes, ma'am.

7        Q.   Okay.

8        A.   And I did not go and do ten years of stuff and

9   have it in my brain for this deposition this morning.

10  So, no, I don't know the details.

11             MS. MACKIN:  So to that extent, then,

12  we're going to have to object to the preparedness of the

13  witness.

14             MR. GEISE:  I think the witness -- I

15  think the witness said that it would be -- and I can

16  clean this up with some questions after; that's fine.

17  I'll wait to do that.  But I think the witness testified

18  that it would be impossible to determine those numbers,

19  and he gave a top-line number for the question you

20  asked.  So he can testify top line how much was spent.

21  He's indicated that all of the Texas Democratic Party's

22  spending is publicly available on both the FEC and the

23  Texas Ethics Communication website and is happy to

24  testify about any specifics of those that you want to

25  provide him for and ask him about.

```
 1              And I don't think that the witness needs
 2   to be prepared to do something which is impossible.
 3   He's testified that he can give top-level amounts.  He's
 4   prepared to talk about programatic aspects of every one
 5   of those years, the programs they did; and I think that
 6   top-line amounts and programs is, from the witness'
 7   testimony, the only level of detail that would be
 8   possible for anyone to testify to.  So I don't know how
 9   we would prepare anyone to do more than that.  Having
10   said that --
11              MS. MACKIN:  I think that this --
12              MR. GEISE:  Again, this is a discussion I
13   suppose should be offline.
14      Q.   (BY MS. MACKIN)  Just to make sure everything
15   is perfectly clear, all activities on which TDP has
16   spent funds or to which TDP has dedicated resources in
17   Texas between January 1st, 2014 and the present
18   including, total funds spent on voter registration
19   efforts, that number is not -- is it your testimony,
20   Mr. Maxey, that that number is not knowable?
21      A.   It is not knowable.
22      Q.   Okay.  How does the Texas Democratic Party
23   track the success of its voter education efforts -- or
24   let me ask that better.
25              Does the Texas Democratic Party track the
```

1   success of its voter education efforts?

2        A.   I think that's a broad question.  We do

3   metrics, you know.  We know when we send an e-mail how

4   many people open the e-mail.  We don't know if they read

5   it or not.  We know that they opened it.

6             We know that -- studies are done over

7   time that there are areas of Texas where we do door-

8   to-door activities or have done series of mailings to

9   voters to persuade them or educate them; and after an

10  election, we do analysis of are the turnout patterns

11  bigger where we did those efforts or didn't.

12            We make a phone call to a voter.  We tell

13  them to go vote.  We then look at daily, during early

14  vote, whether that voter has cast a ballot or not.  If

15  we had done a million of those calls and nobody that we

16  called voted, we would probably stop making the phone

17  calls.

18            So, yes, we track all of this stuff to

19  the best of our abilities using technology, pen and

20  paper, you know, marks on a walk sheet about who we

21  talked to, whether that person then went to vote.  And

22  whether in those precincts where we have done activities

23  we won the precinct or didn't win the precinct tells us

24  a lot about activities.  So yes, yes, we do.

25        Q.   And so does TDP adjust -- I mean, I think you

1  said this; but I want to make sure it's clear.  Does TDP

2  adjust its activities based on the success rate?

3      A.   Sure.  I mean, let me just say that, you know,

4  in my world of asking the Legislature to do things, I've

5  asked the Legislature to pass bills allowing people to

6  go online and register to vote.  If that were the case

7  in Texas, we would not be spending the time and effort

8  to go door to door, to table, to mail out voter

9  registration applications to newly -- new arrivals in

10  Texas or people who moved in.  We wouldn't be doing all

11  that activity, expending that money, expending that

12  staff time if we had more accessible voter registration

13  in Texas.  So, yes, we are changing our programatic

14  stuff in response to the voter suppression in Texas day

15  by day.

16          So that is our mission is to educate

17  voters.  We have big impediments in Texas for voter

18  registration, the most restrictive state in the nation

19  for registering people to vote.  And so we spend a

20  myriad amount of money and adjust our budget accordingly

21  to all of the impediments that are put in front of us.

22          MS. MACKIN:  Objection, nonresponsive.

23      Q.   (BY MS. MACKIN)  I don't think my question was

24  very clear.  I apologize.

25          We've talked about registering voters.

1  Are TDP's voter registration efforts focused on

2  targeting Democratic voters?

3          MR. GEISE:  I'm just going to object on

4  the basis of the First Amendment privilege.  I think the

5  question is fine.

6          But I would instruct the witness again

7  that based on the First Amendment privilege, all these

8  things going into specific strategy of the Texas

9  Democratic Party, I would instruct the witness you can

10 answer at a high level.

11         So I think that specific question is

12 fine, but I just want to continue to note that objection

13 for the record.

14         MS. MACKIN:  If we could please limit the

15 speaking objections, to keep objections to the rules and

16 an instruction not to answer, I would appreciate it.

17     A.    Yes.

18     Q    (BY MS. MACKIN)  Okay.  The Texas Democratic

19 Party began a new voter registration campaign in January

20 of 2020; is that correct?

21     A.    That's correct.

22     Q.    Okay.  I am going to show you some

23 documents -- actually, rather than show you, I will send

24 around a link so that you can view them.  And these

25 documents were produced by your counsel in response to

49

1    the subpoena duces tecum related to this deposition.

2              If you received that file, if you would,

3    please pull it up for me, Mr. Maxey; and let me know

4    when you're ready to discuss it.

5        A.   I got it.

6        Q.   Okay.  And do you recognize this document?

7        A.   Yes, it's an e-mail that was sent out by our

8    digital department from me to people on our e-mail list,

9    asking for donations to do voter registration and vote

10   by mail.  I guess this one is a vote-by-mail thing.

11       Q.   And how does the Texas Democratic Party --

12   well, strike that.

13             You mentioned your e-mail list.  Who

14   would be on that e-mail list?

15       A.   Anybody who has requested to be on the list.

16   People who give us an e-mail at events, at our

17   convention, asking to be on our list.

18       Q.   And a little ways down on this e-mail it talks

19   about a contribution to our vote-by-mail fund.  Do you

20   see that?

21       A.   Yes.

22       Q.   What is the vote-by-mail fund?

23             MR. GEISE:  I'm going to object on the

24   basis of the First Amendment.

25             You can talk generally -- actually, no.

1  You can answer that question.  To the extent it doesn't

2  implicate internal strategic matters of the Democratic

3  Party, you can answer that question at a high level.

4       A.   It's a euphemism for money we would like

5  people to give to us that we might use for sending out

6  applications for seniors, disabled, and people out of

7  the county to vote by mail.

8       Q.   (BY MS. MACKIN)  And do you know if the funds

9  that were raised in response to this e-mail went

10  directly to the vote-by-mail fund?

11            MR. GEISE:  I'm going to object on the

12  basis of the First Amendment privilege.  I think that

13  the internal financial matters of a political

14  organization are core First Amendment protected.  And I

15  would instruct the witness not to answer.  I think he's

16  answered at the level that is adequate under a First

17  Amendment privilege.

18            MS. MACKIN:  The Protective Order entered

19  in this case allows you to designate any portion of this

20  transcript as confidential if you wish, so --

21            MR. GEISE:  There's case law on a

22  privilege -- on a Protective Order still not infringing

23  or not requiring the infringement of the First Amendment

24  privilege.  So I would still instruct the witness not to

25  answer on the basis of the First Amendment privilege

1   that the internal financial matters of a political

2   organization are core First Amendment protected.  I

3   would instruct the witness not to answer.

4                  MS. MACKIN:  I'm not asking about

5   internal financial matters.  I'm asking a question that

6   appears on the face of this document which was produced

7   to us.

8                  MR. GEISE:  He answered what the

9   vote-by-mail fund was.  I think that asking the next

10  question, which is what I objected to -- I think that

11  asking the next question beyond that about internal

12  financial decisions of the Texas Democratic Party is

13  core First Amendment protected.  I would instruct the

14  witness not to answer.

15                 MS. MACKIN:  I'm not inquiring into

16  internal financial decisions of the Texas Democratic

17  Party.  The issue of spending -- okay.

18       Q    (BY MS. MACKIN)  Are you going to decline to

19  answer my question on the advice of your counsel,

20  Mr. Maxey?

21       A.   I do.

22       Q.   Okay.  So down here it also says, "Can you

23  make a $7 contribution to our vote-by-mail fund so we

24  can send 21 Texans their application?"  Did I read that

25  correctly?

1    A.   That's what it says.

2    Q.   And so how much does it cost to send one Texan

3  a vote-by-mail application?

4    A.   Do you want to know the postage?

5    Q.   I want to know how much it costs the Texas

6  Democratic Party.

7    A.   Well, approximately -- I mean, if you're doing

8  the math here, you can divide $7 by 21; and you'll sort

9  of get what the cost is.  There is the actual postage.

10  There's the printing.  There's the lasering.  There's

11  paying of the mail house.  There is the cost of the

12  paper.  There is all of that.  I would have to have a

13  calculator to do the math here, but I'm thinking it's

14  around about 30 to 33 cents.

15          It's different in each county, depending

16  on whether I am sending a hundred thousand into a postal

17  zone or whether I'm sending fifty, because it's a

18  different postage rate.  So I cannot tell you

19  definitively the cost of a single piece.  On average

20  they're probably about 32 cents.

21    Q.   Are you aware that Texans can request a

22  vote-by-mail application be mailed to them for free on

23  the Texas Secretary of State's website?

24    A.   Do what?

25    Q.   Are you aware that on the Texas Secretary of

53

1　State's website Texans have an ability to request that a

2　vote-by-mail application form be mailed to them for

3　free?

4　　　　A.　Yes.

5　　　　Q.　I'm going to show you another document which

6　is part of Exhibit 2 and begins at TDP 33.

7　　　　　　　　THE REPORTER:　Excuse me, Ms. Mackin.

8　I'm sorry.

9　　　　　　　　MS. MACKIN:　Yes.

10　　　　　　　THE REPORTER:　That last document that

11　you displayed, did you want that marked as an exhibit?

12　　　　　　　MS. MACKIN:　So all of these documents

13　that begin with the TDP preface, they're all going to be

14　Exhibit 2.

15　　　　　　　THE REPORTER:　Okay.　Thank you.

16　　　　　　　MR. GEISE:　Is now a good -- I know we've

17　been going for a little over an hour.　Is now a good

18　time for a break?

19　　　　　　　Glen, I don't know if you want one.　I

20　could use a five-minute break.

21　　　　　　　THE WITNESS:　I need to use the restroom.

22　　　　　　　MS. MACKIN:　Sure.

23　　　　　　　MR. GEISE:　I figured.　All right.

24　　　　　　　MS. MACKIN:　Come back at 11:25.

25　　　　　　　MR. GEISE:　Great.

1             THE REPORTER:  We're going off the record

2    at 11:18 a.m.

3             (Off the record from 11:18 to 11:27 a.m.)

4             THE REPORTER:  We are back on the record

5    at 11:27 a.m.

6             MR. GEISE:  We can't see you, Glen.  I

7    don't know if you can bring us back up.

8             There you go.

9             THE WITNESS:  The technician must have

10   turned my camera off.

11            MR. GEISE:  Yeah.  Just fire that guy.

12            MS. MACKIN:  All right.

13            THE WITNESS:  Are we talking about a

14   document?

15            MS. MACKIN:  TDP 33.

16            THE WITNESS:  Okay.  Got it.

17            MR. GEISE:  Sorry.  Did you -- is it in

18   the -- it's not in the -- oh, there it is.  It just came

19   up for me.

20       Q    (BY MS. MACKIN)  Do you recognize this

21   document, Mr. Maxey?

22       A    It's an e-mail sent by the Texas Democratic

23   Party, yes.

24       Q    And it looks to me that there's a box that

25   says, "What we did this year," colon, and that there is

1   no text underneath that.  Do you know if that's how the

2   e-mail went out to your Listserv?

3       A.   I expect that this is a technical thing of it

4   not showing on this thing.  I'm sure it had things that

5   we had did -- we had done that year.

6       Q.   Okay.

7           MS. MACKIN:  And I guess we'll just

8   request a supplementation with a legible copy.

9           MR. GEISE:  Yes, I will make a note of

10  that.

11          MS. MACKIN:  And I don't think I need to

12  show it to the witness.  I'll just let you know,

13  Counsel, the same issue was present in TDP 37 as well.

14          MR. GEISE:  Okay.  Okay.

15      Q    (BY MS. MACKIN)  Okay.  I'm going to circulate

16  the document marked TDP 43.  Mr. Maxey, please take a

17  look at that and let me know when you're ready to

18  discuss it.

19      A.   All right.

20      Q.   Do you recognize TDP 43?

21      A.   It's an e-mail from Cliff Walker that went out

22  to our e-mail list.

23      Q.   Okay.  And it looks like it's a forward of an

24  e-mail from Representative Gina Calanni; is that right?

25      A.   Yes.

1      Q.    And down on the page marked TDP 44, about

2   25 percent of the way down the page --

3      A.    Uh-huh.

4      Q.    -- it says, "Texas Democrats' vote-by-mail

5   program made the difference between my victory and my

6   defeat.  Without their vote-by-mail initiative, I

7   wouldn't be where I am today."  Did I read that

8   correctly?

9      A.    Yes.

10      Q.    And how did TDP know that

11   Representative Calanni's 113-vote margin of victory was

12   attributable to Texas Democrats' ballot-by-mail program?

13      A.    I mean, this is like everything in an

14   election.  If you win by a small margin, most any

15   program you did is that margin.  We do know in this

16   district -- I don't know the numbers offhand -- but we

17   do know that several thousand seniors voted by mail as a

18   result of the application we mailed them because we

19   track the senior getting the application through the

20   mail and mailing it back to their clerk.  So because we

21   did a vote-by-mail program, several thousand seniors

22   voted in her district; and that number of voters is more

23   than her margin of victory by a long shot.

24      Q.    How do you know that all those voters voted

25   Democrat -- well, specifically, how do you know that all

1   those voted for Representative Calanni?

2       A.   We don't.   But I'll elaborate:   The chances

3   are that if you send an application to a person who's

4   voted in multiple Democratic primaries and then they

5   vote in a general election, they -- more than likely,

6   there is probably a high percentage -- in the 85

7   percentile or above -- that they voted for a Democrat.

8                Parties don't send stuff to opposing

9   voters.   We target and, therefore, the people we sent

10  the application to almost entirely are people who voted

11  in the Democratic primaries.

12      Q.   And then down at the bottom, the last sentence

13  says, "Can you make a $7 contribution to the Texas

14  Democratic Party so we can send 21 Texans their

15  application?"  Were all of the funds generated by this

16  e-mail used to send Texans applications to vote a ballot

17  by mail?

18               MR. GEISE:  I'm going to, again, object

19  on the internal use of fundraising of a political party

20  as core First Amendment protected and instruct the

21  witness not to answer on the internal use of funds on

22  the basis of the First Amendment.

23      A.   I decline to answer on advice of counsel.

24               MS. MACKIN:  Okay.  And so to the extent

25  that I have anymore questions about the e-mails that

1    were produced that were asking for contributions and

2    then what those contributions were ultimately used

3    for --

4              MR. GEISE:  Yeah, we're -- the witness is

5    going to -- I mean, I'm going to instruct the witness

6    not to answer on the internal financial decisions of the

7    Texas Democratic Party on the basis of the First

8    Amendment privilege as going to the core of the First

9    Amendment.

10             He can talk generally -- the witness --

11   just so we're clear, I think that if you ask general

12   questions about how the Texas Democratic Party makes

13   funding decisions, how they decide where to allocate

14   funds, the witness can answer at a high level, that that

15   does not go into specific internal strategy or a

16   specific use of specific funds.

17             I think the First Amendment protects the

18   core; but if you want to ask the witness high level, how

19   does the Texas Democratic Party decide to allocate

20   funds, how do they decide to allocate funds, even in a

21   specific year, at a high level, I think that you're

22   entitled to inquire into that.  It's just I think the

23   specific use of specific funds is core First Amendment

24   protected by numerous decisions, and I would instruct

25   the witness not to answer.

1          MS. MACKIN:   And is it your position that

2    the e-mails that were produced which make a specific ask

3    for a contribution fall within that category?

4          MR. GEISE:   Well, I don't think -- I

5    think that asking once someone sent the Texas Democratic

6    Party specific funds in response to a specific e-mail,

7    where did those funds go is core First Amendment

8    protected by numerous decisions that would go to -- and

9    even with a Protective Order, a Protective Order in

10   multiple cases does not entitle you -- it's the same way

11   it doesn't inquire [sic] you to entitle [sic] into the

12   attorney-client privilege.   It doesn't entitle inquiry

13   into things that are protected by the core of the First

14   Amendment.   So I would instruct the witness not to

15   answer.

16        A.   Let me answer a general answer so that we're

17   clear.   All fundraising that the Texas Democratic Party

18   asks donors to make is done in the context of --

19   typically of:   Help us pay for a program, which is what

20   this is.   Help us send out vote-by-mail applications.

21   By law we cannot dedicate -- if a donor gives us a

22   hundred dollars and says spend this only on vote by

23   mail, a donor may not do that.   We cannot target their

24   donation.   The Party must and does make decisions on all

25   of its funds coming in on how to spend.   It cannot be

1  directed by the donor to go for a specific candidate or

2  a specific program.  They can donate toward it, and we

3  can then choose to use it for that program or not.

4          In this particular issue on the specific

5  question you asked about the $7 for 21 applications, in

6  all of these vote-by-mail programs, the cost of the

7  program is considerably larger than what the individual

8  donors donate.  And it comes from county parties.  They

9  come from candidates.  It's come from major donors to

10 perhaps raise, you know, a quarter million dollars to do

11 a program like this.  The individual $7 somebody spent

12 may or may not be used exclusively in that program.

13 Typically, because it's less than the program, you could

14 say you give it towards the program; we used it there.

15 But the donor is not ultimately -- the money is not

16 directly for mail-outs.

17          MS. MACKIN:  Okay.  Thank you for that

18 explanation.

19          Just to make sure that we are clear, to

20 the extent that I would inquire about other e-mails

21 produced and about what the funds generated in response

22 to that e-mail were used for, you would object and

23 instruct the witness not to answer, Counsel; is that

24 right?

25          MR. GEISE:  Yes.  And I would instruct

 1  him to answer in the manner that he just did, which is,

 2  I think, that the funds can't be -- even if the donor

 3  wanted to, funds are not, by law, allowed to be put to

 4  X, Y, or Z, which I think he's answered.  So I think

 5  he's provided an answer to the question at the level

 6  that we believe Counsel is entitled to inquire into.

 7       Q.   (BY MS. MACKIN)  And, Mr. Maxey, again, just

 8  to be clear, if I were to inquire into the use of funds

 9  in response to a specific e-mail produced today, you

10  would follow your attorney's instruction not to answer

11  such questions; is that right?

12       A.   That is correct.

13       Q.   Okay.  Thank you.

14       A.   My answer about targeting funds would apply.

15            MS. MACKIN:  Okay.  I'm going to share

16  a document with everyone on the chat function marked

17  TDP 63.

18       Q.   (BY MS. MACKIN)  Mr. Maxey, please let me know

19  when you've had a chance to open up that document and

20  are ready to discuss it.

21       A.   All right.

22       Q.   Do you recognize this document?

23       A.   It's an e-mail from Manny Garcia to our e-mail

24  list.

25       Q.   And this e-mail discusses -- the second

1  sentence of the e-mail reads, "There are about

2  2.6 million unregistered voters in Texas who are likely

3  to vote Democratic if registered."  Did I read that

4  correctly?

5      A.   That's correct.

6      Q.   And what is the source of that statistic?

7      A.   There are many groups that do analytics on the

8  population of the state of Texas.  The Texas Legislative

9  Council does such work, how many people are in Texas,

10 how many are registered to vote, how many are voting age

11 population or not.  So you take the number, which is

12 around, I think -- well, I don't know it off the top of

13 my head -- but there is a bigger number than 2.6 million

14 people who are unregistered in Texas who are legal

15 citizens who could register.  You can apply a simple

16 algorithm to it of how many people in the general

17 population did have similar characteristics of income,

18 geography, ethnicity, age, those kinds of analytics to

19 come up with that there's 2.6 million unregistered

20 Texans who are likely to vote Democratic.

21     Q.   And so did TDP come up with this 2.6-million

22 figure?

23          MR. GEISE:  I'm going to object and

24 instruct the witness to not answer to the extent it's

25 internal strategic information.  I think the witness has

1  provided a broad overview of how that number could be

2  arrived at -- well, I guess the witness -- you can

3  answer "yes" or "no."  But I think any inquiry other

4  than that would be prohibited by the First Amendment.

5      Q.  (BY MS. MACKIN)  To be clear, I'm just trying

6  to determine the source of this statistic that is

7  provided in this e-mail.  I'm not asking how it was

8  calculated.

9      A.  To my knowledge, this is a number that's come

10  from a source outside of TDP's staff.  We did not crunch

11  the numbers to get here.  This was something that's been

12  published along the way, and I don't have memory of

13  where it was published.

14      Q.  Fair enough.

15      A.  If the Legislative Council comes up with a

16  number of unregistered Texans and then we -- our data

17  team could come up with a demographic about what

18  percentage of those people were likely to be Democrats,

19  I would expect; but I'm not fully aware.

20      Q.  Okay.  So this e-mail describes -- well, the

21  third sentence says, "That's why we're launching a voter

22  registration program unlike any other in Texas history

23  by" and then it lists -- there's five bullets underneath

24  that.  The first one says, "Investing in cutting-edge

25  data programs to turn out new voters."  Can you tell me

1  at a high level about those programs, not going into

2  anything --

3      A.   Sure.

4      Q.   -- internally sensitive or First Amendment

5  protected?

6      A.   For instance, there's approx- -- there are

7  tens of thousands of new people moving into Texas every

8  day from around the country.  We know by data source of

9  where they were registered to vote before they got here,

10  what their demographics of being a Democrat were, their

11  sort of data score being Democratic.  And so we know

12  they're in Texas.  We know their name and their address

13  from the post office.  And so using cutting-edge data,

14  we can figure out approximately 30,000 Democrats move to

15  Texas each month that we need to get registered to vote.

16  That's one example of using cutting-edge data to target

17  people who are likely to be Democrats who are

18  unregistered who need to be registered.

19          We have the same kind of technology to

20  figure out that when somebody moves from Dallas to

21  Houston, they are no longer able to vote in general

22  elections unless they get registered in Harris County

23  unless they vote a limited ballot, which is highly

24  difficult to do; and then they won't be able to vote in

25  down-ballot races.  So we use cutting-edge data programs

1  to identify those improperly registered Texans, to get

2  them registered in their appropriate county.

3        That's it.

4     Q.   Okay.  Thank you for that.

5        And then the second bullet point says,

6  "Deploying 1,000 field organizers and canvassers on the

7  ground to register voters in person."  I think we've

8  talked about this.  I think that seems pretty clear on

9  its face what that is.

10        The third bullet, "Adopting a digital

11  approach to voter registration through our online hub

12  MyTexasVotes.com."  What is MyTexasVotes.com?

13     A.   It's a website maintained by the Texas

14  Democratic Party that gives basic voting information.

15  You can look up your precinct on the early vote

16  locations nearest you, find your voting center or

17  precinct for election day, get a map to that location,

18  find out the hours of early voting or hours of voting on

19  election day.  You can check your voter registration.

20  You can request a mail ballot application.  You can

21  request a voter registration application, or you can

22  fill out an application online and print it out through

23  the system that is provided.  It's a voter education --

24  it's an activation website.

25     Q.   And where does the data on MyTexasVotes.com

1  come from?

2      A.   The Texas Secretary of State, local county

3  elected officials of polling places.

4      Q.   And are you aware that an individual can

5  request a postage-paid voter registration application be

6  mailed to them on the Texas Secretary of State's

7  website?

8      A.   When the website works.

9      Q.   So are you aware that an individual can --

10     A.   Yes, but we are making it -- this is making it

11 convenient to our voters.  A person in Texas can

12 register to vote by handwriting it out on a napkin and

13 putting it in an envelope and mailing it in.  You don't

14 have to use the Texas Secretary of State's website.

15          So, yes, you can do it on the Secretary

16 of State's website.  You can do it at MyTexasVotes.com.

17 You can do it at Vote.org, Register2Vote.com [sic.]

18 There's lots of places you can register to vote.

19     Q.   And you mentioned that MyTexasVotes.com makes

20 it more convenient or -- I don't remember specifically

21 what your words were -- but that it can make it more

22 convenient for some folks.  Can you explain that to me a

23 little more?  How does it make it more convenient?

24     A.   Well, every -- during an election season,

25 every piece of e-mail, every mail-a-candidate-across-

1    Texas, a thousand Democratic candidates, everything on

2    it says, "For voter information, go to MyTexasVotes."

3              So they go there.  They find everything

4    they might need to know in one location.  They're not

5    searching a very unfriendly website at the Secretary of

6    State or in -- let's just say -- I passed legislation

7    this last session -- I got legislation passed, drafted

8    and then lobbied it, to require election clerks to

9    actually have a website with their voting locations

10   because approximately a third of the counties in Texas

11   didn't post that information.

12             So MyTexasVotes is a way for us to tell

13   anybody that we come in contact with during an election

14   season, "If you need any of this information, where to

15   vote, when to vote, click on MyTexasVotes; and you can

16   find it there."

17        Q.   Okay.  And then the fourth bullet says,

18   "Mailing hundreds of thousands of voter registration

19   cards."  What do you mean -- what does the phrase "voter

20   registration cards" mean in this context?

21        A.   Voter applications.  A hard-copy piece of

22   paper that a person signs, puts in a postage-paid

23   envelope, and sends to their voter registrar.

24        Q.   And how does the Texas Democratic Party

25   determine whom to mail a voter registration application

1  to?

2       A.   People who we believe are not registered at

3  their current address.

4       Q.   Based on your data analytics?

5       A.   Yes.

6       Q.   And why not just go on the Secretary of

7  State's website and request that the State send a voter

8  registration application to their -- to those folks?

9       A.   Obviously, because, A, the voter would have to

10  find that SOS link, print out the paper -- and many

11  voters don't own a printer or print --

12       Q.   No, no, no, no.  I'm talking about the link on

13  the Secretary of State's website where one can request

14  that a postage-paid application be mailed --

15       A.   A, have the computer to do that.  But when you

16  get there, you can ask them, yes, to send you a form.

17  It is a laborious process.  It takes a week or more for

18  people to get that piece of paper.  Then they have to

19  fill it out and mail it in.

20            Often, we -- most people register -- I

21  mean, a considerable amount of people register in the

22  last weeks before the registration deadline.  And asking

23  the Secretary of State to send a blank piece of paper to

24  you for you to fill out and then send back in, to get it

25  in before that deadline often causes, let's say, tens of

1   thousands of people not to make the deadline.

2            So we make a decision of sending a

3   registration card in August to people that we know are

4   not registered to vote already, for them to have

5   convenience to fill it out.  That's what you call "how

6   you win an election."  We don't wait for people to

7   figure it out.  We make it available to them so that

8   they can take advantage of it by just filling in their

9   personal data, signing it, putting it in a postage-paid

10  envelope coming with the application.

11            In other words, we're not waiting for

12  people to ask.  We are sending people who are unaware

13  that they need to register to vote because they have not

14  been educated.  Remember that voter education project?

15  "Hey, you have to get on a registration list.  We're not

16  a state with automatic voter registration.  I'm sure you

17  vote -- you moved here from Washington, but you're not

18  going to automatically be on the voter registration

19  roles.  So you need to fill out a piece of paper."

20            That's why we mail it to them and not

21  just wait for people.  If we waited for people, then the

22  voter registration would be sorely lacking in Texas.

23  Q.   So --

24  A.   And, frankly, the majority of people in Texas,

25  just so I can say this again, register when they get

1    their driver's license.  That is the Number 1 place that

2    people register to vote for the first time; and they

3    could update their registration if the State of Texas

4    was following the federal law.

5         Q.   How do you know that the majority of people

6    register for the first time in connection with getting a

7    driver's license?

8         A.   The Texas Secretary of State announced that.

9         Q.   You mentioned a moment ago something about how

10   tens or hundreds of thousands of people would miss the

11   voter registration deadline by attempting to request a

12   form be mailed to them from the Secretary of State's

13   office.  Did I understand your testimony correctly?

14        A.   The deadline is 30 days before an election,

15   and we are depending on people to ask the Secretary of

16   State to send them by bulk e-mail a voter registration

17   paper form.  And a person asks for that a week before

18   the deadline.  The Secretary of State takes

19   approximately a week to mail that application to them.

20   They get it.  If they fill it out and drop it in the

21   mail, it will be after the deadline.  And across the

22   state of Texas in every general election, there are

23   thousands upon thousands of people whose application

24   comes in on the 29th, the 28th, the 27th, the 26th day

25   before an election.  They all get a letter saying,

1    "Sorry.  You're not registered to vote because you

2    didn't hit the magic 30-day deadline."

3         Q.   And how do you know that?

4         A.   How do I know that?

5         Q.   Yes.

6         A.   Because the election -- every -- I hear

7    anecdotally, as somebody who deals with voter protection

8    on our hotline, we have hundreds of people calling us

9    and say, "Well, I mailed my application."

10             And we investigate with the registrar,

11   "Did you receive an application from Joe Smith?"

12             And they say, "Yes, we received it 28

13   days before the election.  It was after the deadline."

14             So I've been doing this for 50 years.

15   Every election cycle there are people who are rejected

16   because their application comes in too late.

17             It is a known fact.  Any election

18   administrator talks about this problem.  If we had

19   automatic voter registration and online voter

20   registration, we wouldn't have this problem; but, you

21   know, that's an argument that we've made to the

22   Legislature and others about depending on people mailing

23   a signed piece of paper.

24        Q.   Is it your testimony that if Texas had online

25   voter registration, people would not submit their voter

72

1  registration applications after the deadline?

2       A.   No.  I'm going to say that the problem of the

3  U.S. Post Office delaying delivering an application

4  would go away.

5       Q.   How does the U.S. Post Office delay delivery

6  of a voter registration application?

7       A.   Because it takes -- it's not instantaneous.

8  If you could register online, when you hit submit, you'd

9  be registered to vote.  If I have to take a piece of

10  paper on three days before the deadline and drop it in

11  the mail -- and in rural Texas, it typically takes

12  something that's mailed in Taylor, Texas to go to

13  Georgetown, 5 miles away or 8 miles away, it has to go

14  first to Dallas and back to Georgetown; and it takes

15  three days.  So that person mailing it two days before

16  the deadline won't get registered because the post

17  office process of delivering mail takes more than

18  instantaneous.  Online voter registration is

19  instantaneous.  People --

20       Q.   Where?

21       A.   Huh?

22       Q.   Where?

23       A.   Thirty-eight states where people register

24  online.

25       Q.   It's instantaneous?

1       A.   As soon as you fill it in and hit "submit,"

2   you are registered to vote -- well, I mean, let me be

3   technical.  As soon as you do it, your application has

4   met the deadline.  The clerk then makes sure that you

5   are who you say you are and does all of the required

6   stuff, but you have met the 30-day deadline when you

7   submit it.

8       Q.   Do all of those states have a 30-day deadline?

9       A.   No, some of them have automatic registration.

10  You're on the list when you submit it to vote.  Texas is

11  the most archaic voter registration state in the United

12  States.  It has more impediments than any other state

13  imposed by Republicans for voter suppression.

14      Q.   What is the basis for that statement?

15      A.   Fifty years of personal knowledge.  Going back

16  to almost 50 years ago when I was turned away from being

17  a deputy voter registrar because I was a college

18  student, a federal lawsuit was filed by university

19  students at Prairie View.  I was at Sam Houston State.

20  I go back 50 years knowing about the problems of voter

21  registration in Texas that people in the other -- at

22  least another 40 states don't have, including --

23      Q.   This is based on your anecdotal experience in

24  the state of Texas, right?

25      A.   My personal.  Not anecdotal, my personal

1  experience.

2      Q.   Sure.

3      A.   You don't have to be deputized to register

4  someone to vote in almost any state in the country other

5  than Texas.  I've trained thousands of people to be

6  deputy voter --

7      Q.   Okay.  Mr. Maxey, I appreciate it.  I haven't

8  asked a question.  So if you could please just let me

9  ask a question and then answer, I would appreciate that.

10     A.   Glad to.

11     Q.   Thank you.

12          MS. MACKIN:  All right.  I am going to

13  share with everyone TDP 73.

14     Q.   (BY MS. MACKIN)  And please take the time you

15  need to review it and let me know when you're ready to

16  discuss it.

17     A.   Okay.

18     Q.   Do you recognize this document?

19     A.   An e-mail from me to our e-mail list.

20     Q.   Okay.  Dated February 7th, 2020?

21     A.   Yes.

22     Q.   Okay.  And this e-mail says, "We kicked off

23  our Voter Protection Fund so we can expand Texas voters

24  access to the ballot box."  Can you please tell me at a

25  high level what the Texas Democratic Party's Voter

1    Protection Fund is?

2         A.   It is a generic way to -- euphemistic way to

3    talk about money that we expend to do what is commonly

4    called "voter protection" being done by campaigns and

5    candidates and parties everywhere.  Voter protection

6    includes having things like a hotline where a voter can

7    call in and say, "I'm not on the voter registration

8    list.  Can you help me figure out why I'm not registered

9    to vote?"  And we then do the investigation and assist

10   that voter.

11              And so voters call in.  They call in and

12   ask about where their polling place is, hours of voting.

13   All of the information that we have on MyTexasVotes we

14   answer orally by phone call.

15              We have lawyers stationed around Texas

16   during voting periods that can go in person to a polling

17   place or to a clerk's office and assist a voter in

18   making sure their right to vote is not infringed upon.

19              We train volunteers in every county to

20   talk to voters, perhaps standing outside of polling

21   places, even, to give people information; or if they're

22   having problems, make sure that we rectify those

23   problems while the polls are still open.

24              All those things are generically called

25   voter protection; and that's why we raise money, to have

1  a staff of people.

2      Q.   Okay.  Thank you.  That's all I have on that

3  document.  I'm going to close out of that.

4           MS. MACKIN:  And then I'm going to share

5  with everyone the document marked TDP 139, still a part

6  of Exhibit 2, just as all of these documents are.

7  Actually you know what?  Rather than -- there we go.

8      Q.   (BY MS. MACKIN)  Mr. Maxey, please feel free

9  to take your time to review the document and let me know

10  when you're ready to discuss it.

11      A.   It's taking forever to load.

12      Q.   It's a bigger one than some of the previous

13  ones.

14      A.   It's about halfway.

15           Okay.

16      Q.   All right.  And if I can direct your attention

17  to the page marked TDP 140, there's a bit of white text

18  that's offset by a shadow of a ballot box behind it that

19  says, "Looking forward to 2020.  There remains 2.6 [sic]

20  unregistered voters in Texas who are likely to vote

21  Democrat if registered."  Just to clarify, that's based

22  on the same information as the e-mail we talked about

23  earlier that provided that 2.6-million figure?

24      A.   Yes.

25      Q.   Okay.  And then a little ways down the page,

1  right under that graphic, actually, it says, "During the

2  2018 midterm elections, thanks to our voter registration

3  initiatives, we helped 133,000 Democratic Texans

4  register shortly before the registration deadline and

5  120,000 of those who registered voted."  Did I read that

6  correctly?

7        A.  You did.

8        Q.  How did the Texas Democratic Party help

9  133,000 Democratic Texans register shortly before the

10  registration deadline in the 2018 midterms?

11        A.  We mailed out approximately a half million

12  voter registration applications to unregistered Texans

13  and tracked that 133,000 of those people returned those

14  applications to their voter registration clerk.  And

15  after the election, we checked the voter rolls to see

16  how many of the 133 people voted; and 120,000 of them

17  actually cast a ballot.

18        Q.  And in order to track who returned an app- --

19  well, how does the Texas Democratic Party track which

20  voters returned an application that the TDP sent the

21  voter to the county registrar?

22        A.  We use a program called Intelligent, I think,

23  of the U.S. Postal Service, by putting a bar code on the

24  application.  And the Post Office tells us when the

25  voter has mailed that application to their clerk.  It's

1   a business application that almost any direct mail

2   company -- I mean, direct mail that a business does uses

3   to track whether somebody has returned a payment or, in

4   our case, returned a voter registration application.

5        Q.   And so I know that after the election, it's

6   publicly available to find out whether somebody voted in

7   that election.  Is there a way to determine -- TDP can

8   determine that the application they sent was then sent

9   on to the county registrar.  Can they determine whether

10  or not the registrar accepted the application and

11  registered the voter?

12       A.   Yes.  We can -- we get a list of newly

13  registered voters.

14       Q.   Okay.

15       A.   And those that have been processed, we buy

16  those weekly -- or pay the fee to get them from the

17  Secretary of State weekly, put them in our file so we

18  can know that they're on the list.  If they're not on

19  the list, we inquire -- if there's time left.  Typically

20  this is happening right at the election.  But if we're

21  doing this long term, if the registration application,

22  we have tracked that it was returned but they don't show

23  up on the roll, then we can inquire with the voter

24  and/or the registrar the reason the application was

25  rejected and get that person re-registered correctly.

1    Q.   And I apologize if we've already covered this.

2  I just want to make sure I understand.  And it's getting

3  a little close to lunch, so my blood sugar is a little

4  lower; but before you send out the voter registration

5  applications, how do you determine whether an individual

6  is already registered?  Where does that information come

7  from?

8    A.   It's simple data analytics.  You take the list

9  you're going to mail to and you plop it against the

10  people who are on the list; and if they're on the list,

11  you remove them.  And the people left are the people

12  that are not registered.

13    Q.   Okay.  Thank you.

14            All right.  Let's scroll down to the next

15  page, TDP 141.

16    A.   Okay.

17    Q.   So this mentions, at the very top, that an

18  estimated 2.6 million Texans are likely to vote

19  Democratic if they are registered.  How does the Texas

20  Democratic Party intend to try to register those folks?

21            MR. GEISE:  And, again, I'm just going to

22  instruct the witness to answer at a high level without

23  infringing on anything that's First Amendment protected.

24    A.   We will (inaudible.)

25            (Reporter requests repeat.)

1              THE WITNESS:  Sorry.  I had a pillow on

2    my lap, and it probably covered up the...

3         A.   We will train tens of thousands of deputy --

4    or get trained through their clerk tens of thousands of

5    deputy registrars who will register people in their

6    communities.  We will have tabling on college campuses.

7    We do a program right on the deadline tabling in

8    probably 5- or 6,000 locations around Texas all day

9    long.  We will mail probably during this cycle close to

10   a million voter registration cards or applications out

11   to people we perceive that are unregistered in the

12   program we just talked about.  We will direct people

13   through social media, online digital ads to

14   RegisterTexas.com, a voter registration app that we

15   have.

16              We will have people phoning -- or

17   organizers going where -- you know, our LGBT organizer

18   will go to LGBT events; our Muslim organizer will go to

19   Muslim events and ask people to register to vote.

20              So there are literally dozens upon dozens

21   of voter contact ways.  Any and everything that we do,

22   there will be a voter registration component to it

23   between now and the 30-day deadline before the November

24   election.

25        Q.   What is RegisterTexas.com?  You mentioned it's

81

1   a voter registration application, but can you tell me a

2   little bit more about it?

3        A.   It's an online system where a person goes and

4   fills out their voter registration information, their

5   name, their address; and it will then -- when they

6   submit it, we will mail them a pre-populated voter

7   registration application with the information they have

8   given us.  When they get it, they sign it, put it in a

9   postage-paid envelope and drop it in the mail.  It's

10  already addressed to their voter registrar.

11            It's a shortcut for those people who

12  don't either own a printer, an envelope, or a stamp

13  because the biggest impediment for people to registering

14  on their own without a postage-paid envelope is the

15  inability to have a postage stamp.  People just don't

16  regularly have those in this day and age or have an

17  envelope, even, in this day and age, especially younger

18  voters.  So this is a way to:  Give us your information.

19  We will send you the application filled out.  You just

20  have to add in the personal information, like your

21  driver's license number that we don't have, those kinds

22  of things, IDing things, sign it, date it, put in the

23  postage-paid envelope.

24       Q.   About how long does that process take?  Like,

25  if I went on RegisterTexas.com and filled it out, how

 1  long, approximately, would it be until I got my

 2  application in the mail to sign and then forward along

 3  in the postage-paid envelope?

 4      A.   We're mailing them out weekly.  We will do

 5  that all the way up until a week before the election.

 6      Q.   Okay.

 7      A.   And most of this we wouldn't have to do if

 8  people could update their registration when people got

 9  their driver's license updated.

10          MS. MACKIN:  I'm going to object to the

11  last sentence as nonresponsive to a question that I've

12  asked.

13      Q   (BY MS. MACKIN)  Lower down on page TDP 141 --

14          MR. GEISE:  Does it make sense to take a

15  break after we're done with this document?

16          MS. MACKIN:  Sure, yes.

17          MR. GEISE:  Okay.

18          MS. MACKIN:  Good idea.  And I've only

19  got ten minutes, maximum, left on it, maybe less.

20          MR. GEISE:  Okay.

21      Q   (BY MS. MACKIN)  So it mentions that -- sorry.

22          MS. MACKIN:  I'm used to doing this on

23  paper, and the computer is an adjustment.  I know I'm

24  making this, like, inquisitive face into the camera.

25          MR. GEISE:  It's a whole different

1  process.  I got you.

2      Q.   (BY MS. MACKIN)  It's this first full

3  paragraph.  It says, "Through the shifting demographics

4  in Texas, amplified by Texas Democrats' aggressive voter

5  registration initiative, we anticipate the voter rolls

6  will swell to upwards of 18 million registered voters in

7  2020."  And without inquiring into any internal

8  proprietary information, can you tell me the source of

9  that projection?

10      A.   I think it's -- if you read down this page,

11  there's references to TargetSmart, which is an analytics

12  firm --

13      Q.   I see.

14      A.   -- that does data around registration.  You

15  know, they later say that 2.6 [sic] people registered

16  since 2016.  And you can do analysis on how many people

17  were registered at the beginning of this election cycle,

18  how many people are registering per month with the

19  Secretary of State, how many potential people are moving

20  in the state, the growth of population, the number of

21  18-year-old -- people coming onto the rolls who are 18,

22  the number of people who are dying off the roles.  You

23  do all that analysis, and you come up with an estimate

24  that we will move from the approximately 16 million that

25  were registered in 2018 to 18 million by 2020.

1      Q.   All right.

2      A.   The hard part of that will be the efforts of

3  the Democratic Party and the Republican Party to add new

4  people to the program, the kind of programs that we run

5  and they run.  Plus, as I said before, the number of

6  people moving into the state or changing address being

7  registered through the DPS.

8      Q.   All right.  I'd like to move down to TDP 142,

9  just the next page.

10     A.   Uh-huh.

11     Q.   What does this show, Mr. Maxey?

12     A.   It's an analysis of legislative districts and

13 those we -- let me make sure I'm doing this -- it's sort

14 of the Democratic voting strength by legislative

15 district and showing that there are 18 districts that

16 have -- potentially can flip to be Democratic districts

17 in the 2020 election if the registration trends and

18 voter turnout (inaudible.)

19               (Reporter requests repeat.)

20               THE WITNESS:  Voter turnout trends are

21 what we hope they are.

22     Q.   (BY MS. MACKIN)  And just to be clear, this

23 refers to State House Districts?

24     A.   Yes.

25     Q.   Okay.  And then scrolling down to the next

 1  page, TDP 143, what does this page show?

 2      A.   The same kind of analysis, potential new

 3  Democrats by Congressional Districts.

 4      Q.   All right.  And then down to page 1 -- well,

 5  actually -- page TDP 147, the second-to-last paragraph.

 6      A.   The one, "That's why we're coming together"?

 7      Q.   It begins, In January 2020."

 8      A.   Okay.  I was on 148.  All right.

 9      Q.   So it talks about a lawsuit challenging an

10  unconstitutional electronic signature ban spearheaded by

11  the Texas Secretary of State.  Do you know what that is

12  a reference to?

13      A.   Yes.

14      Q.   And what is that a reference to?

15      A.   The Secretary of State has made a ruling that

16  a person who signs a voter registration application and

17  then scans it and mails it -- e-mails it in has to be

18  rejected (inaudible.)

19               (Reporter requests repeat.)

20               THE WITNESS:  Because it's not wet ink.

21      Q.   (BY MS. MACKIN)  And what ruling is that?  You

22  referenced a ruling by the Secretary of State.

23               MR. GEISE:  And I'm just going to object

24  because it calls for a legal conclusion, but you can

25  answer.

1    A.   In 2018 an organization called Vote.org

2 suggested to Texas voters that they could fill out an

3 application, take a picture of their signature, place

4 that picture on the application, attach it to the

5 application, and e-mail it in, which complied with all

6 state law, as I understood it at this time, that it was

7 an application with a signature on it.  And the

8 Secretary of State issued a ruling at that point in time

9 or told Vote.org or election administrators not to

10 accept those apps -- voter registrars not to accept

11 applications because there was not wet ink on the paper.

12    Q.   Okay.

13         MS. MACKIN:  All right.  That's all I

14 have on this document.  So if we want to break for

15 lunch, how long do folks need?  I can be flexible.  I

16 think maybe somewhere between one and two hours left for

17 me today on this depo.

18         MR. GEISE:  Okay.  Glen, how long do you

19 want for lunch?  I mean, I can be pretty -- an hour,

20 half an hour, 45?  It's up to you.

21         THE WITNESS:  I can eat a sandwich in 20.

22         MR. GEISE:  So let's do -- half an hour's

23 fine by me if it's fine by everyone else.

24         MS. BRANCH:  Yep, half an hour sounds

25 good.  Is that okay with you, Anna?

 1              MS. MACKIN:  Can I add, like, five

 2   minutes and we come back at 1:00, just so we make it a

 3   round number?

 4              MR. GEISE:  Yeah, that's perfect.

 5              MS. MACKIN:  I'm ordering my Uber Eats

 6   right now.

 7              MR. GEISE:  Well, if you need more

 8   time -- I mean, if you need more time, that's totally --

 9   we can do 45 or whatever you want to do.  1:15?

10              MS. MACKIN:  How about we plan on 1:15

11   just to be safe?

12              MR. GEISE:  Yeah, that works.

13              MS. MACKIN:  Appreciate it.

14              MR. GEISE:  Yeah.

15              THE REPORTER:  We're going off the record

16   at 12:25 p.m.

17              (Off the record from 12:25 to 1:18 p.m.)

18              THE REPORTER:  Going back on the record

19   at 1:18 p.m.

20              MS. MACKIN:  All right.  I'm going to

21   share a document with everyone in the chat box, marked

22   TDP 92.

23       Q    (BY MS. MACKIN) Mr. Maxey, please let me know

24   when you've had a chance to pull up that document and

25   take a look at it.

1      A.    All right.

2      Q.    Do you recognize this document?

3      A.    It's an e-mail sent by Manny Garcia to the TDP

4  e-mail list.

5      Q.    On December 31st, 2019, correct?

6      A.    Correct.

7      Q.    All right.  And down about halfway through the

8  e-mail, underneath Protecting & Expanding the Vote, the

9  last sentence says, "We aren't done yet, but we have big

10 voting rights news to announce soon."  Did I read that

11 correctly?

12     A.    You did.

13     Q.    Okay.  Has that big voting rights news been

14 announced yet?

15     A.    Yes.

16     Q.    And what was that voting rights news?

17     A.    That news was that FairFight.org would be

18 giving the Texas Democratic Party a major grant to hire

19 voter protection staffers.

20     Q.    And what are those voter protection staffers

21 that are funded by the FairFight.org grant working on?

22     A.    All of the voter protection things that we've

23 already put in the record that we do.

24     Q.    And so those would be the hotline?

25     A.    Hotline, poll watchers, working with the

1    county clerks and election administrator on election

2    procedures.  That department is working with election

3    administrators and folks all over the state right now in

4    how to handle the Democratic primary election that I

5    run, but they are working on the logistics to make

6    polling places vote-by-mail accessible during the

7    COVID-19 crisis, those kinds of activities.

8         Q.   All right.  Thank you.  That's all I have on

9    that document.

10                  MS. MACKIN:  I'm now going to share a

11   link in the chat box to a document marked TDP 129.

12        Q.   (BY MS. MACKIN)  Please let me know when

13   you've had a chance to pull that up and are ready to

14   discuss it.

15        A.   Okay.

16        Q.   And this is an e-mail dated September --

17                  MR. GEISE:  It took me a second to do it,

18   too.

19                  MS. MACKIN:  Counting on my fingers.

20        Q.   -- September 24th, 2019 from Kassandra Aleman

21   sent out to the TDP Listserv; is that right?

22        A.   Correct.

23        Q.   Okay.  Down under that signature block, it

24   says in bold text, "Don't forget to register to vote or

25   share this e-mail with friends and family to help them

1   register.  Click here to update your registration today.

2   It only takes two minutes."  Do you know what that

3   "click here" language linked to?

4       A.   I'm going to surmise because I can't click the

5   link to figure that out, but I imagine it goes to our

6   website that links to Register2Vote.org, which is the

7   same kind of system as our RegisterTexas.org -- or dot

8   com that we just talked about where people can fill out

9   an application, print it out, and mail it in.

10              MR. GEISE:  And, Counsel, we can check.

11  I don't know if it's still live or if I could look and

12  see if there's a way to get back to you on what that

13  was, after.

14              MS. MACKIN:  Okay.  We'd appreciate that.

15  Thank you.

16      A.   The only thing that we would have had live in

17  September of 2019 is the Register2Vote.org site that's

18  branded to the TDP through an agreement.  And that's

19  where they fill in their information, Register2Vote.org

20  mails them an application, which they sign and put in

21  their personal ID information, put it in a postage-paid

22  envelope and send to the clerk to register.

23      Q.   (BY MS. MACKIN)  And how is Register2Vote.org

24  different from the other site that we were discussing

25  before lunch?  I'm blanking on the URL.  I think it was

1   RegisterMe.com or something like that.

2       A.    Register, the number 2, vote dot org.

3       Q.    Okay.

4       A.    It's an organization that does voter

5   registration kind of work.  We have a contractual

6   agreement as a vendor with them.  So they have a site

7   where people can do this, register.  Anybody can

8   register to vote, Democrats or Republicans.  And we've

9   contracted to have a version of that branded through the

10  Texas Democratic Party through a contractual agreement.

11      Q.    And what is the purpose of having both of

12  these systems?

13      A.    The first one was one we just branded and we

14  wanted to make it something that looked more specific to

15  the Texas Democratic Party and also that we would be

16  able to see the data of who registered through the data

17  agreement and contractual stuff.  So it's a new

18  iteration of the old system that's probably

19  discontinued.

20      Q.    Okay.  And are both systems still in operation

21  today, or is it just Register2Vote.org?

22      A.    Both are in operation today.

23      Q.    And the Texas Democratic --

24      A.    We're pointing people to the new system.  In

25  the past it was going there, and we didn't know who was

1  registering because it was a tool of Register2Vote.org

2  that we were just pushing people to.  Now, they're going

3  through our system; and we have a data-sharing agreement

4  by contract to know who has filled in the applications.

5      Q.   And what information does the Texas Democratic

6  Party receive about who has filled in those

7  applications?

8           MR. GEISE:  I'm just going to -- on the

9  First Amendment -- I mean -- yeah, I guess -- I think

10  you can answer broadly.

11           I'll withdraw the objection.  That's

12  fine.

13      A.   It's the information that's legally available

14  if I were to go to the Secretary of State and ask for a

15  list of voter registrars, the information they could

16  give us, their name, their address, their date of birth.

17  That's about it on the voter registration.

18      Q.   (BY MS. MACKIN)  That's it, first and last

19  name, address, and date of birth?

20      A.   Yeah.  I mean, the Secretary of State does not

21  give us, you know, the driver's license, the last four

22  of Social.  Any of that personal ID is prohibited by law

23  to be shared, so we never collect it.  We are very

24  careful not to ever collect things that would be

25  prohibited if we asked the Secretary of State to give

1    stuff off of the system.

2         Q.   And so just so I'm clear, under the data-

3    sharing agreement with Register2Vote.org, y'all collect

4    first and last name, address, and date of birth on the

5    individuals and no other information?

6         A.   No.  We get their phone number and e-mail, but

7    that is done prior to the person asking to fill out the

8    form.  We ask, "What's your e-mail?  What's your phone

9    number?"  And then we -- the question is, "Would you

10   like to register to vote?"  So if it had been asked in

11   a different manner, the e-mail and phone number -- or

12   the phone number because the e-mails are not on the

13   registration applications -- I guess phone numbers

14   aren't, either -- they may be; I can't remember.  But if

15   we were getting them after they registered and signed

16   it, then that would be illegal; but we ask up front

17   before they fill it out.

18        Q.   That's all I have on that document.  Thank

19   you, Mr. Maxey.

20             MS. MACKIN:  I am going to share with

21   everyone a file marked TDP 157.

22        Q.   (BY MS. MACKIN)  And, if you could, please let

23   me know when you have been able to pull up that document

24   and are ready to discuss it.

25        A.   Okay.  All right.

1      Q.   Do you recognize this document?

2               MR. GEISE:  I'm sorry, Counsel.  This was

3   meant to -- sorry.  I realize that this document -- we

4   can produce a better version of this, but we can talk

5   about that later.

6               MS. MACKIN:  Thank you.  I wasn't --

7      A.   I recognize it.  It's a screenshot of

8   something that pops up when you go to the page on our

9   website about Democratic leaders.  It's what's called a

10  pop-up.  Its asks people to give some money.

11     Q    (BY MS. MACKIN)  And do the identities of the

12  Democratic leaders appear on this copy?

13     A.   No, because it's a screenshot.  These are all

14  links to our website.

15     Q.   Okay.

16              MR. GEISE:  And I think for maybe three

17  of them -- we can talk after.  I think for three of

18  these we are providing in response to requests things

19  that were meant to be screenshots of the website; and

20  maybe if we provide the address, you guys would know

21  that address and go to it and that will -- rather than

22  trying to figure out a technical way to produce it so it

23  shows, we can just give that to you.  But I have a list

24  of those, and we can figure that out after.

25              MS. MACKIN:  Okay.  Thank you.  I

1  appreciate that.

2           All right.  I'm sharing with everyone a

3  file titled TDP 164.

4       Q    (BY MS. MACKIN) And, Mr. Maxey, please let me

5  know when you have that up on the screen and are ready

6  to discuss it.

7       A.   A very slow download.

8       Q.   It's a lengthier one of the files.

9       A.   I got it.

10      Q.   All right.  Do you recognize this document,

11 Mr. Maxey?

12      A.   A screenshot of our website on the section

13 dealing with our platform.  It has the platform spelled

14 out.

15      Q.   Okay.  Is this the current version of the

16 Texas Democratic Party platform?

17      A.   The version -- the platform adopted at the

18 2018 Democratic State Convention.  We'll adopt a new one

19 in June of this year in our virtual state convention.

20      Q.   You will adopt a new one in June of this year,

21 you said?

22      A.   Every (inaudible.)

23           (Reporter requests repeat.)

24           THE WITNESS:  Every two years at our

25 biennial state convention, we update our platform.

1      Q.   (BY MS. MACKIN)  And so is TDP 164 an accurate
2   reflection of the current Texas Democratic Party
3   platform?

4      A.   (Inaudible.)

5      Q.   I'm sorry.  Did you -- you broke up a little
6   bit.

7                MR. GEISE:  I think he said "verbatim."

8                THE WITNESS:  Verbatim.

9                MS. MACKIN:  Thank you.

10     Q.   (BY MS. MACKIN)  And so it would be a fair and
11  accurate representation of TDP's positions on issues?

12     A.   Our values and positions on legislative and
13  policy issues, yes.

14     Q.   Okay.  Thank you for that.  That's all I have
15  on that document.

16                MS. MACKIN:  I am sharing with everyone
17  TDP 256.

18     Q.   (BY MS. MACKIN)  And please let me know when
19  you have that pulled up and are ready to discuss it.

20     A.   I've got it.

21     Q.   Do you recognize this document?

22     A.   It's an e-mail from Cliff Walker, our Deputy
23  Section Director, to our e-mail list.

24     Q.   And how would you describe this e-mail?  What
25  type of activity by the Texas Democratic Party would you

1  say that this falls under?

2      A.   Organizing.  This is going out from -- to our

3  list about our organizing efforts in the -- when

4  COVID-19 hit, our organizers who were doing door-to-door

5  stuff were sort of sidelined and we've gone into more of

6  an e-mail online organizing, asking people to go into

7  what we call Connect Texas, where there are local people

8  who are working in their communities -- volunteering to

9  work in their communities around educating people about

10 public health, who are doing wellness checks of senior

11 citizens who are Democratic voters and talking to them,

12 all in the mode of checking on them, getting them

13 COVID-19 information, where appropriate, and asking if

14 they're registered to vote or they need a vote-by-mail

15 application, and other kinds of things that we can do in

16 the age of COVID-19, Connect Texas.

17     Q.   Thank you for that.  I think that's all I have

18 on documents.

19          I want to follow up on a couple of more

20 points.  Is TDP a membership organization?

21     A.   Yes.

22          MR. GEISE:  I'm just going to object to

23 legal conclusion.  You can answer.

24     Q.   (BY MS. MACKIN)  And who are TDP's members?

25          MR. GEISE:  Same objection.  You can

1  answer.

2           THE WITNESS:  And so you say objection; I

3  can't answer?

4           MR. GEISE:  No, I said you can answer.  I

5  said same objection to a legal conclusion, but you can

6  answer.

7      A.   The Texas Election Code states that members of

8  a political party are the voters who cast a ballot in

9  their primary election or sign an Affidavit of

10 Affiliation with a Party -- it's spelled out in the

11 Election Code -- with a Party officer.  And so our

12 members, in a legal sense, are approximately 2,084,000

13 Texans who voted in the March 3rd Democratic primary.

14     Q.   (BY MS. MACKIN)  Does TDP maintain a list of

15 those members?

16     A.   They are in our voter file as having cast a

17 ballot.  They are -- we don't deal with them as a

18 membership list on a regular basis.  They are legally

19 members.

20          MR. GEISE:  And I think the question

21 asked whether or not there's a membership list.  I think

22 any further inquiry into membership is core First

23 Amendment protected under a number of the cases.

24 (Inaudible.)

25          THE WITNESS:  Can I just say that there's

 1  feedback when Mr. Geise is speaking?  Are y'all hearing

 2  it?

 3              MS. MACKIN:  I was hearing it.

 4              THE REPORTER:  I'm sorry, Mr. Geise.  I

 5  can't hear you now.

 6              MR. GEISE:  Can you hear me?

 7              THE REPORTER:  It's still very staticky.

 8              MS. BRANCH:  Can you try it -- we can't

 9  hear you.  Can you try it without the headphones?  Will

10  that help?

11              For what it's worth, I think there was an

12  objection to form, legal conclusion, and --

13              MR. GEISE:  I think I fixed it now.

14              THE WITNESS:  Yeah.

15              MR. GEISE:  You can hear me?

16              THE WITNESS:  Yes.

17              MR. GEISE:  (Inaudible.)  You can't hear

18  me?

19              THE REPORTER:  It's still very staticky

20  on my end.

21              MR. GEISE:  Does this work better?

22              MS. MACKIN:  I'm getting a lot of static,

23  still, as well.

24              MR. GEISE:  Okay.  Well, I can try to

25  change it to --

1          MS. MACKIN:  Well, wait.  That just got a

2    little better.

3          MR. GEISE:  Yeah.  Okay.

4          THE VIDEOGRAPHER:  It's still there in

5    the background.

6          MR. GEISE:  I mean, I can try to use my

7    laptop microphone and see if that would improve it.  Let

8    me try switching to that.

9          Is this better?

10          THE WITNESS:  Yes.

11          MR. GEISE:  Okay.  Well, I will listen in

12    on the headset unless, you know, it kind of breaks up;

13    and I will talk through my PC microphone.  So hopefully

14    you don't hear my cat in the background too much.

15          MS. MACKIN:  That's much better.  You

16    just -- if you could -- I can still hear you, but it's a

17    lot quieter.  So if you want to make a forceful

18    objection, you might speak up a little bit more.

19          MR. GEISE:  All right.  I'll try to --

20    okay.  Well, I will awkwardly be close to the

21    microphone.

22          MS. MACKIN:  There is nothing about this

23    process that is not awkward, so.

24          MR. GEISE:  So, anyways, I'm sorry.

25    Sorry for that interruption.

1    Q    (BY MS. MACKIN)  All right.  Mr. Maxey, can

2  the Texas Democratic Party apportion a specific cost to

3  each new voter that it registers?

4    A.   I think that's an impossibility because it's

5  wrapped up in multiple levels of employee salaries,

6  whether that message went through the technology, the

7  data targeting, who we talked to, the communication

8  method that happened -- it could have been through a

9  text message.  It could have been through a piece of

10  mail.  It could have been through -- you know, so

11  pulling all that apart is just an impossibility.  I

12  mean, to allocate some of my salary, just as Luke

13  Warford, as the voter expansion, the data team's salary,

14  the communications salary, the end cost to mail

15  something, the postage cost if we mailed it.  You know,

16  I guess you could go through and figure out the cost of

17  a particular mailing, but not the overall cost by voter.

18    Q.   When the Texas Democratic Party reaches out to

19  someone to attempt to register them to vote, do you

20  check whether that individual has engaged in an online

21  transaction with DPS?

22    A.   No, we would not know that.

23    Q.   Does the Texas Democratic Party believe that

24  any increase in voter registrations will benefit

25  Democrats?

1        A.    I think that's pretty much a given that the

2   more people that vote, the more likelihood -- I mean,

3   this is my opinion now, if that's what you're asking.

4   If you look at the demographics of the people that we

5   believe are unregistered in Texas, they are

6   overwhelmingly African-American, Hispanic, and Asian.

7   They are overwhelmingly under the age of 35, and they

8   are overwhelmingly in Democratic areas of Texas -- or

9   communities that vote overwhelmingly for Democrats.  So,

10  yes, we believe that gross amount of registration inures

11  to our benefit a lot.

12       Q.    Okay.  I'd just like to go through -- turning

13  back to Exhibit 1, the Notice of the Deposition -- I

14  think if we scroll up to the chat box, it's still

15  available there.

16       A.    Sorry.  I'm readjusting my water cup.

17       Q.    No problem.

18             And once you are there, please join me on

19  page 7.

20       A.    Of what?

21       Q.    Of the Deposition Notice.

22       A.    Are you sharing it with me?

23       Q.    Oh, it's -- I can share it again; but if you

24  go to the group chat and go all the way to the top, it

25  will be the first document that we're sharing.

103

 1      A.    You're right.  Okay.

 2      Q.    All right.  On page 7 this is a list of the

 3  categories of documents that Defendants have requested

 4  TDP to produce, and I'm just going to go through each

 5  one with you.  Category 1 says, "Documents sufficient to

 6  substantiate the factual allegations in Paragraphs 11

 7  and 29 through 35 of your Complaint."  I'd be happy to

 8  pull up the Complaint if that's helpful, but my question

 9  is whether you've produced documents responsive to this

10  category.

11            MR. GEISE:  And I'm just going to object.

12  And you can answer any of this other than if -- I mean,

13  you can answer to the extent any of this doesn't

14  implicate conversations or documents that you produced

15  that -- I mean, to the extent it doesn't implicate

16  conversations with counsel, you can answer this; but if

17  your only answer is that you produced documents in

18  consultation with counsel, I think that's the extent of

19  that inquiry.

20            MS. MACKIN:  We are entitled to inquire

21  into compliance with the subpoena.

22            MR. GEISE:  Well, but you can ask -- I

23  mean, yes; and you can ask him if they produced

24  documents, I mean.

25            MS. MACKIN:  And that's what I'm asking.

1          MR. GEISE:  All right.

2      A.    Well, I believe that we have produced

3  documents sufficient to substantiate the allegations.

4      Q.    (BY MS. MACKIN)  Okay.

5          MR. GEISE:  And I'm also going to then

6  object that that calls for a legal conclusion, but you

7  can continue.  Sorry.  I just wanted to get that on

8  record.

9      Q.    (BY MS. MACKIN)  Are there any other documents

10  that I would need to look at to substantiate the factual

11  allegations that TDP is making in this lawsuit?

12      A.    Not that I'm --

13          MR. GEISE:  Objection, calls for a legal

14  conclusion.

15          But you can answer.

16      Q.    (BY MS. MACKIN)  All right.  Moving on to

17  Category 2, "All communications between you, TDP, and

18  any person to assist them in registering to vote or

19  updating their voter registration information after a

20  driver's license renewal or change of address

21  transaction on the DPS website."  Did you produce

22  documents responsive to this category?

23      A.    I'm unaware of any documents that we have in

24  our possession or have ever even created that is a

25  conversation between TDP staffers and voters after

1  they've completed this transaction as far as a document.

2  I mean, most -- everything we know about this process is

3  anecdotal or people reporting us -- to us through oral

4  conversations on our hotline or clerks telling us of

5  these problems of people getting registered after going

6  to the DPS.  We get many, many reports from county

7  clerks and election officials of people who believe they

8  have registered with DPS or when they changed their

9  address, but it didn't happen.  And we've relied on

10  reports from some studies from Battleground Texas about

11  that process.  But us reaching out and finding a voter

12  one by one as they've used DPS -- because we have no

13  knowledge personally of that unless that voter calls us

14  and tells us that they used DPS and didn't get

15  registered to vote.

16      Q.  So is it your understanding that TDP doesn't

17  have anything responsive to this category?

18      A.  Nothing that's e-mail or writing.  Almost all

19  of this conversation -- is conversations between voters

20  and our hotline people or voter protection people or us

21  talking about the problem of it, not with the voter but

22  with the clerks or election administrators.

23      Q.  And would there be any documentation of those

24  conversations that you mentioned?

25      A.  Not that I'm aware of.

1     Q.   All right.  Moving on to Category 3,

2  "Documents sufficient to show all information described

3  and/or requested in Deposition Topic Numbers 2, 3, 4, 5,

4  and 7, as described in Attachment A."  Please join me on

5  the previous page if it's helpful.  Did you produce

6  documents responsive to this category with respect to

7  30(b)(6) Topic 2?

8               MR. GEISE:  And -- well, I guess,

9  Mr. Maxey, you can answer that to the extent you're

10  aware and whether or not you're aware of whether or

11  not Counsel has provided the State with publicly

12  available -- with the locations of publicly available

13  information other than the documents produced.

14     A.   I'm sorry.  Are we talking about Number 2,

15  "Your organization, including your organizational

16  structure, employees, physical assets..."?

17     Q.   (BY MS. MACKIN)  Yes, sir.  I am asking

18  whether you produced documents sufficient to show TDP's

19  "organization, including organizational structure,

20  employees, physical assets, parent and sibling entities,

21  tax status, and history, the services that you provide,

22  and the activities you perform."

23               MR. GEISE:  And I will instruct the

24  witness that you can answer to the extent of your

25  knowledge of whether or not non-privileged, non-First

 1  Amendment privileged documents were produced in response

 2  to that request.

 3      A.  I believe they have been.  I don't know if

 4  there were any questions or documents about our tax

 5  status.  So I can answer that if you want to know our

 6  tax status, but I don't know if there's a document

 7  anywhere in this about that.

 8      Q.  What is your tax status?  Sure, go ahead and

 9  provide that.

10      A.  Political parties are an IRS 527, created by

11  the IRS Code; and we are legally established through the

12  Texas Legislature.

13      Q.  All right.  Moving on to 30(b)(6) Topic 4,

14  have you produced documents sufficient to show the

15  activities on which TDP has spent funds or to which it

16  has dedicated resources in Texas between January 1st,

17  2014 and the present?

18          MR. GEISE:  I'm going to just, again,

19  object.  It calls for a legal conclusion.

20          And you can answer to the extent that you

21  believe that non-privileged documents have been produced

22  or indicated to Defendants where they are publicly

23  available.

24      A.  Well, I think all our non-privileged documents

25  have been produced; and all this information is publicly

1  available on the Texas Ethics Commission and the Federal

2  Election Commission websites.

3      Q.   Okay.  Did you -- moving on to Deposition

4  Topic Number 5, did you produce documents sufficient to

5  show the activities on which TDP plans to spend funds or

6  to which it plans to dedicate resources between the

7  present and January 1st, 2024?

8          MR. GEISE:  And, again, I would instruct

9  the witness that you can answer to the extent you are

10  aware of non-privileged, non-public documents regarding

11  Request Number 5.

12      A.   I mean, this whole Number 5, everything would

13  be privileged under our First Amendment.  And I will

14  tell you that we will spend all the money we raise.

15      Q.   But you have not produced documents responsive

16  to -- you have not produced documents sufficient to show

17  the information in Topic 5 on advice of Counsel?

18      A.   I am saying exactly that.  There is nothing on

19  this list that's not protected under our First Amendment

20  organizing rights.

21      Q.   Okay.  And then have you produced -- jumping

22  down to Topic 7, have produced documents sufficient to

23  show your members who are eligible to use the DPS

24  website for a driver's license renewal or change of

25  address transaction and intends to do so?

1          MR. GEISE:  I'm just going to object,

2    asked and answered, to the earlier conversation about

3    whether or not such documents exist.  So to the extent

4    you're aware of whether or not such documents exist, you

5    can answer.

6          A.   We have no such document to produce.  It's

7    just common knowledge that every Texan who's over the

8    age of 16 who might want to get a driver's license or

9    change their address may use the DPS system.  So it is

10   pretty much all of our members and those that have some

11   kind of disability that they cannot drive a car, such as

12   a blind person.

13         Q.   But you haven't identified any specific

14   individual member, have you?

15         A.   Well, there are named Plaintiffs in this

16   lawsuit.  I think that almost all of our members are

17   similarly situated that at some point every six years

18   they will have to go to a DPS office and renew their

19   driver's license unless they use the online system to

20   change their address in between those six-year periods,

21   which doesn't get them registered to vote.  So, no, we

22   don't have a list because it's everybody.

23         Q.   All right.  Back to the categories of

24   documents, Number 4 requests "Documents sufficient to

25   show your organizational structure and employee -- and

1  internal employee hierarchy, including an organizational

2  chart and job description of all employees."  Have you

3  produced documents responsive to this category?

4              MR. GEISE:  The same instruction.  You

5  can answer to the extent you're aware of non-privileged

6  responsive documents or to the extent that you don't

7  believe you've testified to this matter.

8              MS. MACKIN:  I don't think it's a valid

9  objection.

10             MR. GEISE:  All right.  You can answer to

11  the extent you are aware of non-privileged responsive

12  documents.

13     A.   I'm aware of not -- I'm not aware of any

14  non-privileged responsive documents to that question.

15  It's all internal to our First Amendment rights.

16     Q.   (BY MS. MACKIN)  And so just to make it

17  perfectly clear --

18     A.   Who our employees are and what we pay them is

19  on the TEC or FEC websites.

20     Q.   And this does not request what your employees

21  are paid.  It requests organizational structure,

22  including an organizational chart and job descriptions.

23  And as I understand your counsel, is it TDP's position

24  that that information is protected under the First

25  Amendment?

1              MR. GEISE:  Yes.  Although, I believe

2     that Mr. Maxey has testified to the public nature of

3     that information.  If you're aware that any -- and that

4     we provided the publicly available organizational chart,

5     which I understand did not come through correctly; and

6     we will supplement the production in that manner with

7     that website.  But I believe that anything other than

8     that is privileged.

9          A.   All of our staff and their job titles, at

10    least, is posted on our website; and the links were in

11    the document that we produced.

12         Q.   All right.  And then the final category, "To

13    the extent not already produced in response to Items 1

14    through 4 above, all documents reviewed in preparation

15    for your deposition."  Have you produced documents

16    responsive to this category?

17              MR. GEISE:  I'm just going to object.  I

18    mean, you are able to answer that question "yes" or

19    "no."  But I believe that any specific documents you

20    reviewed are subject to the attorney-client privilege.

21    You can answer "yes" or "no" whether all documents you

22    reviewed in preparation for this deposition have either

23    been produced or Counsel has been -- or, to your

24    knowledge, whether or not Counsel has been directed to

25    the appropriate publicly available websites.

1      A.   So my answer is:  Every document I reviewed in

2  response to this has been produced or I have told you

3  where to find it on a publicly available website.

4      Q.   Okay.

5           MS. MACKIN:  We'll request

6  supplementation, as was discussed with my colleague,

7  Chris, earlier and was discussed today; and we will hold

8  this deposition open to ask any questions about

9  documents that have been supplemented.  But subject to

10  that, we pass the witness.

11           MR. GEISE:  All right.  And we'll --

12  well, I just have a couple of questions, Mr. Maxey.

13                    EXAMINATION

14  BY MR. GEISE:

15      Q.   Now, Mr. Maxey, without reviewing or

16  discussing any specific documents you reviewed in

17  preparation for this deposition, did you review or come

18  to understand the total expenditures spent by the Texas

19  Democratic Party for every year from 2014 through 2019?

20      A.   Yes, I looked at the documents or the FEC and

21  TEC to get a general understanding of about how much we

22  spent each calendar year during that period.

23      Q.   And now, Counsel asked you about -- and the

24  Deposition Notice provides specific certain breakdowns

25  of those funds, including voter persuasion, Get Out the

1  Vote, voter registration, funds spent on supporting

2  Democratic candidates through fundraising, funds spent

3  on supporting Democratic candidates through organizing.

4  And I believe your testimony -- and correct me if I'm

5  wrong -- was that such numbers are unknowable.  And

6  could you briefly explain why that is?

7       A.   As I stated early on, every employee that

8  comes to the TDP is asked to become a deputy voter

9  registrar.  Every employee has -- every department has

10  some level of educating voters or candidates or

11  activists on how to register somebody or how to get

12  registered for the target registration.  And so every

13  staffer we have at some point during their time with us

14  does voter registration.  I can recall when our

15  comptroller sat at a table registering people to vote at

16  a music festival.  So we are all doing that.

17            The cost of all our technology, our data

18  systems, is done for targeting and voter registration

19  and vote by mail and Get Out the Vote; and so you can't

20  just pull out which -- how much of that -- those

21  computers, those data files, those employees are doing

22  voter registration.

23            The same thing with communication.

24  You're talking about all kinds of topics.  On a regular

25  basis they talk about voter registration.  Pulling out

1    the cost of their technology, their subscriptions, their

2    access to Twitter or Instagram, Facebook, other digital

3    platforms, and e-mail communications, you can't pull out

4    an exact cost of those programs that was used just for

5    voter registration.  It would be impossible to do

6    because it's all in the same -- sort of the same pot.

7              Everybody's doing voter registration

8    activities.  You know, the closest I could ever get is

9    if somebody wanted to see the cost of a specific

10   mailing; and that is publicly available on the FEC or

11   TEC because it would have been a bill paid to a vendor.

12             You know, it's the cost of -- I process

13   about -- right now about, through volunteers, about 300

14   vote-by-mail applications and dozens of voter

15   registration applications each week.  They go through a

16   postage meter, and we do not determine which postage

17   stamp went on a voter registration application being

18   mailed out versus a vote by mail versus a Get Out the

19   Vote or a thank you note for fundraising.  It's all in

20   the same pot.  So you can't ferret out these costs.

21             The same thing with copy machines, making

22   copies of voter registration applications to mail to

23   somebody who asks for one.

24             You know, hand addressing an envelope.

25   The cost of envelopes, we buy them by the case.  We

115

1    don't say, "Oh, these five were voter registration."

2                 So you cannot ferret it out and cannot

3    give a specific answer.

4                 MR. GEISE:   Thank you.

5                 No further questions for me.

6                 MS. MACKIN:   And I just have one follow-

7    up.

8                        FURTHER EXAMINATION

9    BY MS. MACKIN:

10       Q.   Mr. Maxey, you just talked about how you did

11   review documents to ascertain the Texas Democratic

12   Party's total expenditures for the years 2014 through

13   2020; is that right?

14       A.   I did.

15       Q.   But that those aren't able to be broken down

16   into discreet activities, correct?

17       A.   I looked at the FEC totals and the TEC totals

18   because that was on that list.

19       Q.   On which list?

20       A.   On your list of Depo Notice things that you're

21   going to ask about, total expenditures.  So I looked at

22   FEC and TEC and I jotted those down on a piece of paper,

23   that I'm not reviewing now, because I didn't memorize

24   them totally.  But I did not then scroll through the

25   tens of thousands of entries to see if I could find

 1    anything that said "voter registration" because I would

 2    have been doing that for the past week.

 3             So does that answer the question?  I've

 4    sort of forgotten it.

 5        Q.   I just wanted to make sure that if I looked at

 6    the publicly available filings --

 7        A.   You're going to see them.

 8        Q.   Okay.  Thank you.

 9             And then, yeah, subject to additional

10    document production and the witness being unprepared or

11    improperly instructed to answer, we're holding the

12    deposition open.

13             But I pass the witness at this time.

14             MR. GEISE:  We have no further questions.

15             THE REPORTER:  Going off the record at

16    2:04 p.m.

17             (Deposition recessed at 2:04 p.m.)

18             (Signature was not request on the

19    record.)

20                  --ooOoo--

21

22

23

24

25

1  STATE OF TEXAS)

2

3                    REPORTER'S CERTIFICATION

4

5            I, DEBBIE D. CUNNINGHAM, CSR, hereby

6  certify that the witness was duly sworn and that this

7  transcript is a true record of the testimony given by

8  the witness.

9            I further certify that I am neither

10 counsel for, related to, nor employed by any of the

11 parties or attorneys in the action in which this

12 proceeding was taken.  Further, I am not a relative or

13 employee of any attorney of record in this cause, nor am

14 I financially or otherwise interested in the outcome of

15 the action.

16            Subscribed and sworn to by me this day,

17 May 3, 2020.

18

19

20

21            _____

               Debbie D. Cunningham
22             Certified Shorthand Reporter
               CSR No. 2065 - Expires 6/30/21
23             INTEGRITY LEGAL SUPPORT SOLUTIONS
               P.O. Box 245
24             Manchaca, Texas 78652
               www.integrity-texas.com
25             512-320-8690; FIRM # 528

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JARROD STRINGER, et al.,        §
    *Plaintiffs,*        §
                 §
v.        §        No. SA-20-CV-46-OG
                 §
RUTH R. HUGHS, et al.,        §
    *Defendants.*        §

**DEFENDANTS' NOTICE OF ORAL DEPOSITION
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30**

TO:    Plaintiff-Intervenor TDP, by and through its attorney of record, Aria C. Branch, Perkins Coie LLP, 700 13th Street, NW, Suite 600, Washington, DC, 20005, via email to abranch@perkinscoie.com.

Defendants hereby notice the deposition upon oral examination of the Texas Democratic Party, including all subsidiaries, DBAs, and aliases, ("**TDP**") at **10:00am** on **April 27, 2020**, and continuing from day to day until complete. The deposition will be held virtually and recorded via Zoom videoconference and transcribed by a certified court reporter designated by Defendants. Defendants reserve the right to use this deposition for any purpose permitted under the Federal Rules of Civil Procedure or Federal Rules of Evidence.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), TDP is directed to designate one or more officers, directors, managing agents, or other persons who will testify on TDP's behalf regarding all information known or reasonably available to TDP with respect to the matters set forth in **Attachment A**. Defendants request that TDP provide written notice to undersigned counsel at least five business days before

1



Exhibit
Glen Maxey

**1**

4/27/20 DC

the deposition of the name(s) and employment position(s) of the individuals designated to testify on TDP's behalf.

Pursuant to Federal Rules of Civil Procedure 30(b)(2) and 45, TDP is also requested to produce at least 24 hours before the deposition, all documents in response to the subpoena *duces tecum* in **Attachment B**.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

*/s/ Christopher D. Hilton*
ANNE MARIE MACKIN
Texas Bar No. 24078898
CHRISTOPHER D. HILTON
Texas Bar. No. 24087727
Assistant Attorneys General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2798 | FAX: (512) 320-0667
anna.mackin@oag.texas.gov
christopher.hilton@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

CERTIFICATE OF SERVICE

I certify that on April 14, 2020, this notice was served upon TDP's counsel of

record via email to:

    Aria Branch
    abranch@perkinscoie.com
    John M. Geise
    jgeise@perkinscoie.com
    Emily Brailey
    ebrailey@perkinscoie.com
    Chad W. Dunn
    chad@brazilanddunn.com

and upon counsel for Plaintiffs via email to:

    Mimi Marziani
    mimi@texascivilrightsproject.org
    Rebecca Harrison Stevens
    beth@texascivilrightsproject.org
    Hani Mirza
    hani@texascivilrightsproject.org
    Ryan Cox
    ryan@texascivilrightsproject.org
    Joaquin Gonzalez
    joaquin@texascivilrightsproject.org
    Caitlyn E. Silhan
    csilhan@waterskraus.com

                 /s/ Christopher D. Hilton
                 CHRISTOPHER D. HILTON

3

**ATTACHMENT A**

## Definitions

1.  "Person" means the plural as well as the singular and includes:  natural persons, corporations, firms, associations, partnerships, joint ventures, trusts, estates, or any other form of legal entity; and governmental agencies, departments, units, or subdivisions thereof.

2.  "DPS" means the Texas Department of Public Safety, including without limitation representatives, employees, agents, or officers acting on its behalf with respect to any matter inquired about herein.

3.  "SOS" means the Texas Secretary of State, in her official capacity, including without limitation representatives, employees, agents, or officers acting on her behalf with respect to any matter inquired about herein.

4.  "Defendants" means DPS and SOS, including without limitation representatives, employees, agents, or officers of the Defendants acting on their behalf with respect to any matter inquired about herein.

5.  "You" or "your" or "yours" means TDP, all DBAs, aliases, and subsidiaries, and any representative acting or purporting to act on its behalf with respect to any matter inquired about herein, including without limitation, employees, attorneys, consultants, agents, contractors, or volunteers.

6.  "Plaintiffs" means MOVE Texas Civic Fund, the League of Women Voters of Texas, Jarrod Stringer, John Harms, or Nayeli Gomez, including without limitation any employees, agents, or other representative acting on their behalf with respect to any matter inquired about herein.

7.  "Complaint" means your live pleading in this Lawsuit—at the time of service of this Notice, Docket Entry 28 in *Stringer v. Hughs*, No. 5:20-cv-00046 (W.D. Tex.—San Antonio Div.) (filed January 21, 2020).

**30(B)(6) CORPORATE REPRESENTATIVE DEPOSITION TOPICS**

1. Your mission.

2. Your organization, including your organizational structure, employees, physical assets, parent and sibling entities, tax status, and history; the services that you provide and the activities you perform.

3. Your funding sources, funding amounts, operational expenses, operational budget, and fundraising activities between January 1, 2014 and the present.

4. All activities on which you have spent funds or to which you have dedicated resources in Texas between January 1, 2014 and the present, including:

   a. Total funds spent on all activities in Texas;
   b. Total funds spent on voter persuasion efforts in Texas;
   c. Total funds spent on GOTV efforts in Texas;
   d. Total funds spent on voter registration efforts in Texas;
   e. Total funds spent on supporting Democratic Party candidates through fundraising in Texas;
   f. Total funds spent on supporting Democratic Party candidates through organizing in Texas;
   g. Activities other than voter persuasion efforts, GOTV efforts, voter registration efforts, supporting Democratic Party candidates through fundraising, and supporting Democratic Party candidates through organizing on which you spent funds in Texas; and total funds spent on those activities.

5. All activities on which you plan to spend funds or to which you plan to dedicate resources in Texas between the present and January 1, 2024, including:

   a. Total funds you plan to spend on all activities in Texas;
   b. Total funds you plan to spend on voter persuasion efforts in Texas;
   c. Total funds you plan to spend on GOTV efforts in Texas;
   d. Total funds you plan to spend on voter registration efforts in Texas;
   e. Total funds you plan to spend on supporting Democratic Party candidates through fundraising in Texas;
   f. Total funds you plan to spend on supporting Democratic Party candidates through organizing in Texas;
   g. Activities other than voter persuasion efforts, GOTV efforts, voter registration efforts, supporting Democratic Party candidates through fundraising, supporting Democratic Party candidates through fundraising, and supporting Democratic Party candidates through

organizing on which you plan to spend funds in Texas; and total funds you plan to spend on those activities.

6. The allegations in your Complaint and the factual bases therefor.

7. Your members who are eligible to use the DPS website for a driver license renewal or change-of-address transaction and intend to do so.

8. The documents produced in response to the subpoena duces tecum described in Attachment B.

## ATTACHMENT B

Definitions from Attachment A are incorporated herein by reference.

1. Documents sufficient to substantiate the factual allegations in Paragraphs 11 and 29-35 of your Complaint. This request does not seek all documents relating to these factual allegations, it seeks only those documents necessary to substantiate these factual allegations.

2. All communications between you and any person to assist them in registering to vote or updating their voter registration information after a driver license renewal or change-of-address transaction on the DPS website.

3. Documents sufficient to show all information described and/or requested in deposition topic numbers 2, 3, 4, 5, and 7 as described in Attachment A to this notice. This request does not seek all such documents, it seeks only the minimum number of documents sufficient to show this information.

4. Documents sufficient to show your organizational structure and internal employee hierarchy, including an organizational chart and job descriptions of all employees. This request does not seek all such documents, it seeks only the minimum number of documents sufficient to show this information.

5. To the extent not already provided in response to items 1-4 above, all documents reviewed in preparation for your deposition.

**From**:       Glen Maxey [yellowdog@txdemocrats.org]
**Sent**:       12/9/2019 10:07:28 AM
**To**:         Luke Warford [lucas.dylan.warford@gmail.com]
**Subject**:    Luke, this is important

Hi Luke,

I know we're always asking you for help and I know that flooding your inbox is a frickin' pain.

**But this is really important.** I've been doing this for a long time and I know that without a doubt that elections are won and lost because of vote by mail.

That's why this old man is asking for your help, Luke. Because I know that without your help, we won't have the resources to send seniors and disabled Texans their vote-by-mail applications.

We've set a huge goal of sending 925,000 applications and we need to fully fund our Vote-by-Mail Fund by this Friday to do it. Reaching this goal means that we're sending a message to Trump Republicans that Texas Democrats are running a strong grassroots campaign that will win.

**We know that 925,000 vote-by-mail applications is a hell of a goal, and I know we can do it with your help. Can you make a $7 contribution to our Vote-By-Mail Fund so we can send 21 Texans their application? It's absolutely critical to us winning in 2020.**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*



Thank you for chipping in,

**Exhibit
Glen Maxey

2**

4/27/20  DC

Glen Maxey

Former State Representative

---

**The only way we will take back our country is if we all work together. We need to fund 925,000 vote-by-mail applications by this Friday. Can you rush a $7 contribution to fund our vote-by-mail program?**

**YES I'LL CHIP IN**

00 DAYS    00 HOURS    00 MINUTES    00 SECONDS

---

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

**From:**   Glen Maxey [yellowdog@txdemocrats.org]
**Sent:**   10/15/2019 8:07:05 PM
**To:**   Luke Warford [lucas.dylan.warford@gmail.com]
**Subject:**   got a min?

Hi Luke, Are you watching this debate right now? Our candidates make me so hopeful that we'll end this national nightmare. Things are getting out of hand -- just look at who is our President. I'd take anyone on that stage in a heart beat over the menace in the White House.

I've been doing this for a long time now and I can't stress this enough -- this is the most important frickin' election of our lifetimes. We are so damn close to turning Texas blue.

**We have a responsibility to ourselves, our friends and future generations to leave this nation and state better than it is today!**

We're working tirelessly on the ground to make sure we win the White House, take out John Cornyn, flip the Texas House and elect more Democrats -- because when we do, hardworking Texans will have a better future.

**We must keep fighting for every single Texan. That's why I'm personally asking you, Luke, will you make your first $7 contribution of 2019 right now so we can elect Democrats from the White House to the schoolhouse?**

YES, I'LL CHIP IN $7

Let's fight like hell,

Glen Maxey
Former State Representative

---

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

---

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want

to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000004

**From**: Brittany Switzer [yellowdog@txdemocrats.org]
**Sent**: 2/13/2020 3:11:30 PM
**To**: Lucas Warford [lucas.dylan.warford@gmail.com]
**Subject**: fwd: you deserve this ⬜

Hey Lucas -- I wanted to make sure you saw this email because we all deserve a sweet treat!

**Whether you're getting yourself a "Texas is the biggest battleground state" mug or a "Texas pride" t-shirt for someone you love, celebrate Valentine's Day with your favorite Texas Democrats swag:**



See you online,

Brittany Switzer

Senior Brand Director, Texas Democratic Party

---------- Forwarded message ----------

Sender: Texas Democrats

Subject: you deserve this



TDP_000006

*Shop now >> http://act.txdemocrats.org/vday*

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

**From**:        Texas Democrats [yellowdog@txdemocrats.org]
**Sent**:        2/11/2020 9:42:30 AM
**To**:          Lucas Warford [lucas.dylan.warford@gmail.com]
**Subject**:     you deserve this 🖤



TDP_000009

*Shop now >> http://act.txdemocrats.org/vday*

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000010

**From:** Glen Maxey [yellowdog@txdemocrats.org]
**Sent:** 9/27/2019 10:55:57 AM
**To:** Luke Warford [lucas.dylan.warford@gmail.com]
**Subject:** re: 161

Hi Luke,

In my time doing this important work, I've witnessed 10 presidents sit in the Oval Office (although I only saw Harry Truman if mom leaned the bassinet toward the black and white TV, I guess). I've attended over 28 state conventions and 12 national conventions.

This was my first year to attend a Presidential Democratic Debate in Houston. That's a BIG deal.

We've said this for a long time now, but it seems like the rest of the country is finally catching on -- Texas is the BIGGEST battleground state. Now, we gotta get to work and win.

**We have a plan to do just that. With your help, we will:**

- Register 2,600,000 new voters,

- Make voting easier by sending over 1,500,000 vote-by-mail applications,

- Mobilize more than 1,000 field organizers and canvassers

**We must hit every single fundraising goal if we're going win. We need you to make a $7 contribution before our huge end-of-quarter fundraising deadline to hit our September goal. Luke, can I count on you to make your first contribution today?**



Goal: 161 new donors

Let's fight like hell,

Glen Maxey

Former State Representative

**September Fundraising Deadline**

**Texas is the BIGGEST battleground state in the country. Invest in your party and your future before our midnight end-of-quarter deadline.**

**Requested contribution before our deadline: $7**



Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

TDP_000012

**From**: Gilberto Hinojosa [yellowdog@txdemocrats.org]
**Sent**: 9/18/2019 2:25:23 PM
**To**: Luke Warford [lucas.dylan.warford@gmail.com]
**Subject**: one hell of a week

Writing to you from Brownsville, after one hell of a week, Luke. I can't stop thinking about how Texas Democrats showed the nation that we are the biggest battleground state -- and I can't thank you enough for your support.

Last week started with a bang when we rolled out our **Texas Democrats Path to victory.** Cliff wrote to you about how Texas has a rapidly expanding and engaged electorate. Our program is to register 2,600,000 new voters, to send over 1,500,000 vote-by-mail applications, and to have 1,000 field organizers and canvassers on the ground in 2020.

TDP_000013



*Myself, DNC Chair Tom Perez, Representative Gina Calanni, and Representative Jon Rosenthal talking to suburban voters.*

Right after, we had not one but two new polls showing the same thing. **Texas is the biggest battleground state.** A poll from Univision/University of Houston showed Democrats beating Trump by 5%. Republicans are running scared.

TDP_000014



TDP_000015

*Myself, Houston Mayor Sylvester Turner, and DNC Chair Tom Perez at the third debate.*

Then on Thursday, we welcomed our Democratic presidential candidates at the Houston Democratic Presidential Debate. I was extra proud to welcome everybody to deep blue Harris County.

TDP_000016



TDP_000017

*Folks were fired up at the Houston Democratic Presidential Debate.*

TDP_000018



TDP_000019

*Texas Democratic Party & Harris County Democratic Party's Midnight Rally.*

We just finished our first ever Staff the Movement campaign academy. These students have been working day and night planning town hall events, days of action, building finance and fundraising plans, and learning about the tools and skills needed to run winning campaigns. Participants graduated from our four-month program and now they will be managing campaigns across Texas for Democrats on the ballot in 2020.



TDP_000021

*Staff the Movement graduating class of 2019.*

Thank you for ensuring that we have the resources to win BIG in 2020.

**We can only do all this and more with your support, Luke. That's why I'm asking you to chip in your first $7 donation of 2019 to help fund resources to build the infrastructure necessary to win in 2020:**



We're three months away from 2020. We must keep knocking on doors, talking to voters, mobilizing, and organizing like never before.

We need you to do everything in your power to win. **Can I count on you?**

**act.txdemocrats.org/recap**

Adelante,

Gilberto Hinojosa

Chair, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

TDP_000022

**From:**      Brittany Switzer <yellowdog@txdemocrats.org>
**Sent:**      Friday, December 6, 2019 11:32 AM
**To:**        Luke Warford
**Subject:**   fwd:   2019 Holiday Gift Guide

Hey Luke -- real quick: Did you see our 2019 Holiday Gift Guide?

**Spread the holiday joy by gifting your favorite Texas Democrat something blue from our online store today. Make sure you get your order in by Dec. 10 if you want your delivery before Christmas. Click here to shop now:**



See you online,

Brittany Switzer

Senior Brand Director, Texas Democratic Party

---------- Forwarded message ----------

Sender: Texas Democrats

Subject: 2019 Holiday Gift Guide





TDP_000024





**Shop now >>** http://act.txdemocrats.org/giftguide

**All store items are union printed in the USA and help elect more Democrats.**

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please
visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.

**From:**          Texas Democrats <yellowdog@txdemocrats.org>
**Sent:**          Wednesday, December 4, 2019 10:44 AM
**To:**            Luke Warford
**Subject:**          2019 Holiday Gift Guide





TDP_000028





**Shop now >>** http://act.txdemocrats.org/giftguide

**All store items are union printed in the USA and help elect more Democrats.**

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please
visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.

| | |
|---|---|
| **From:** | Susan Bankston [yellowdog@txdemocrats.org] |
| **Sent:** | 12/12/2019 10:30:04 AM |
| **To:** | Luke Warford [lucas.dylan.warford@gmail.com] |
| **Subject:** | re: Granny |

Hi Luke,

Your granny wants you to know that it's a stinkin' goat rodeo out there. I would know, I talk to her at the Granny Club.

Not only do we have to defeat Donald Trump and all his down-ballot gremlins, we have to do it while fighting Republican voter suppression. That means Granny has to find her ID, wait in line, and then cast her ballot. **I've got a solution for Granny...**

For about 33 cents, you can help your hell-raising granny get a ballot by mail for the whole year of 2020. That's what it costs us to send her a vote-by-mail application for every election the whole damn year. That's a bargain.

But, wait, there's more!

For $7, you can send a ballot by mail application to every Democratic grandparent in Dickens County. For $178, you can "adopt" Cooke County, kind of like investing in the neon concession in Las Vegas.

**Your party has a critical deadline coming up Friday at midnight -- they must send 925,000 Texans their vote-by-mail applications. Can you make a $7 contribution to the Texas Democratic Party so we hit this important goal? We gotta send all 925,000 applications:**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

$7 = 21 APPLICATIONS

$25 = 75 APPLICATIONS

$50 = 150 APPLICATIONS

$100 = 300 APPLICATIONS

$250 = 750 APPLICATIONS

CHIP IN MORE

Granny doesn't like Donald Trump and never will, so sponsor a ballot-by-mail applications in her honor.

Just thought you'd want to know.

Susan Bankston

Juanita Jean and the ladies at the Beauty Shop, juanitajean.com

**The only way we will take back our country is if we all work together. We need to send 925,000 vote-by-mail applications and we only have 283,161 left to fund by Friday at midnight. Can you rush a $7 contribution to fund our vote-by-mail program?**

**YES, I'LL CHIP IN**

| 00 | 00 | 00 | 00 |
|----|----|----|----|
| DAYS | HOURS | MINUTES | SECONDS |

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

**From:**      Texas Democrats <yellowdog@txdemocrats.org>
**Sent:**      Monday, December 30, 2019 12:01 PM
**To:**        Luke Warford
**Subject:**   look what we did -- thanks to you!

Can you believe the year we've had?
It's no surprise because

# Texas is the
# BIGGEST
# battleground state.

## What we did this year:





TDP_000034

# Let's keep electing more Democrats together in 2020.

**We must keep this momentum going. Can we count on you to activate your 2020 Texas Democratic Party membership?**

**DONATE**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

**EXPRESS DONATE: $7**

**EXPRESS DONATE: $10**

**EXPRESS DONATE: $25**

**EXPRESS DONATE: $50**

**EXPRESS DONATE: $100**

**OR, DONATE ANOTHER AMOUNT**

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.

TDP_000036

**From**: Texas Democrats [yellowdog@txdemocrats.org]
**Sent**: 9/26/2019 10:07:08 AM
**To**: Luke Warford [lucas.dylan.warford@gmail.com]
**Subject**: clear momentum

TDP_000037



TDP_000038

**In order to win, we're going to:**

WE HAVE CLEAR MOMENTUM.

**Polls show Texas is 'essentially tied' for the 2020 presidential race, and Republicans are scared.**

TDP_000039



TDP_000040

# This plan NEEDS you.

## We need your help to win.

## It has never been more critical to stand with Texas Democrats. Can I count on you to step up and make your first contribution of 2019?

**Donate now**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

**EXPRESS DONATE: $7**

**EXPRESS DONATE: $10**

**EXPRESS DONATE: $25**

**EXPRESS DONATE: $50**

**EXPRESS DONATE: $100**

TDP_000041

**OR, DONATE ANOTHER AMOUNT**

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

TDP_000042

| | |
|---|---|
| **From:** | Cliff Walker [yellowdog@txdemocrats.org] |
| **Sent:** | 12/13/2019 11:30:48 AM |
| **To:** | Luke Warford [lucas.dylan.warford@gmail.com] |
| **Subject:** | fwd: so close |

Hi Luke,

We're so close to reaching our vote-by-mail goal and time is running out.

Our Democratic candidates are giving it their all. We must be there to support them. Representative Gina Calanni won by **113 votes** because of Texas Democrats' extensive vote-by-mail program.

We only have 99,416 applications left to fully fund our vote-by-mail program.

**Luke, can you make a $7 contribution so 21 Texans can receive a mail ballot application before our critical midnight deadline?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

$7 = 21 APPLICATIONS

$25 = 75 APPLICATIONS

$50 = 150 APPLICATIONS

$100 = 300 APPLICATIONS

$250 = 750 APPLICATIONS

CHIP IN MORE

In the fight,

Cliff Walker

Deputy Executive Director, Texas Democratic Party

---------- Forwarded message ----------

Sender: Gina Calanni

Subject: so close

Hi Luke,

I'm writing you today to ask you to help get more Texans their vote-by-mail applications. Before I do that, I want to explain why your $750 donation is so important.

When I ran for the Texas House as a Democrat in District 132 last year, after the polls had closed, and I waited for results to come in, I kept waiting... and waiting... and waiting.

Our race remained in limbo. Even though we were ahead, it was too close to call.

When all the votes were finally counted, I beat my Republican opponent by only 113 votes. **We won by one of the slimmest margins in the Texas House.**

The Texas Democrats vote-by-mail program made the difference between my victory and defeat. Without their vote-by-mail initiative, I wouldn't be where I am today. More importantly, we wouldn't have been able to restore funding to our neighborhood public schools, end surprise medical billing, and protect your voting rights in this past Texas Legislative session.

**We're so close to flipping the Texas House. I need your help to do it. So, I'm asking:**

**Your Texas Democratic Party needs to send 925,000 vote-by-mail applications. Can you make a $7 contribution to the Texas Democratic Party so they can send 21 Texans their application?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*



It's hard to believe 2020 is almost here. Everything we do right now puts us one step closer to flipping the Texas House and I can't thank you enough for everything you do.

Together, we can make this happen!

Gina Calanni

Texas State Representative, House District 132

**The only way we will take back our country is if we all work together. We need to send 925,000 vote-by-mail applications and we only have 99,416 left to fund by tonight at midnight. Can you rush a $7 contribution to fund our vote-by-mail program?**

**YES, I'LL CHIP IN**

**00** **00** **00** **00**
DAYS  HOURS  MINUTES  SECONDS

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

| | |
|---|---|
| **From:** | Gina Calanni [yellowdog@txdemocrats.org] |
| **Sent:** | 12/11/2019 2:44:57 PM |
| **To:** | Luke Warford [lucas.dylan.warford@gmail.com] |
| **Subject:** | so close |

Hi Luke,

I'm writing you today to ask you to help get more Texans their vote-by-mail applications. Before I do that, I want to explain why your $7 donation is so important.

When I ran for the Texas House as a Democrat in District 132 last year, after the polls had closed, and I waited for results to come in, I kept waiting... and waiting... and waiting.

Our race remained in limbo. Even though we were ahead, it was too close to call.

When all the votes were finally counted, I beat my Republican opponent by only 113 votes. **We won by one of the slimmest margins in the Texas House.**

The Texas Democrats vote-by-mail program made the difference between my victory and defeat. Without their vote-by-mail initiative, I wouldn't be where I am today. More importantly, we wouldn't have been able to restore funding to our neighborhood public schools, end surprise medical billing, and protect your voting rights in this past Texas Legislative session.

**We're so close to flipping the Texas House. I need your help to do it. So, I'm asking:**

**Your Texas Democratic Party needs to send 925,000 vote-by-mail applications. Can you make a $7 contribution to the Texas Democratic Party so they can send 21 Texans their application?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*



It's hard to believe 2020 is almost here. Everything we do right now puts us one step closer to flipping the Texas House and I can't thank you enough for everything you do.

Together, we can make this happen!

Gina Calanni

Texas State Representative, House District 132

---

**The only way we will take back our country is if we all work together. We need to send 925,000 vote-by-mail applications and we only have 376,623 left to fund by Friday at midnight. Can you rush a $7 contribution to fund our vote-by-mail program?**

**YES, I'LL CHIP IN**

| 00 | 00 | 00 | 00 |
|----|----|----|----|
| DAYS | HOURS | MINUTES | SECONDS |

---

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org.** Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

TDP_000047

TDP_000048

**From:**       Gilberto Hinojosa [yellowdog@txdemocrats.org]
**Sent:**       11/13/2019 9:46:56 AM
**To:**         Luke Warford [lucas.dylan.warford@gmail.com]
**Subject:**    re: impeachment

Hi Luke,

As we watch the impeachment hearing today, we plan to follow the facts.

We encourage elected officials on both sides of the aisle to put their country ahead of partisan politics because the American people deserve to know the truth.

They deserve a president who will protect our constitution. A president who will put our country first, not abuse their power. A president who will defend our American democracy and the rule of law.

The truth is, Trump cannot win the White House without Texas. We can't win Texas without you, Luke. So I need to ask:

**Can you make your first $7 contribution right now? If we keep hitting our goals, we will win in 2020. We need your continued support. So help us close the gap:**



This is our chance to change the course of history. When we elect our next president, we can elect a leader who celebrates diversity and inclusion, not division and corruption.

Adelante,

Gilberto Hinojosa

Chair, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

TDP_000049

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000050

**From:**   Dr. Eliz Markowitz [yellowdog@txdemocrats.org]
**Sent:**   10/30/2019 9:38:00 AM
**To:**   Luke Warford [lucas.dylan.warford@gmail.com]
**Subject:**   let's take back the Texas House

Hi Luke,

There's an open Texas House seat -- and I'm running for it. Right now.

The clock is ticking and I'm running out of time to get more voters to the polls. That's why I'm asking for your help.

We're less than a week away from Election Day with a real shot to win this. My victory in Texas House District 28 will be the beginning of taking back the Texas House and flipping our state.

**So I'm asking, Luke: will you split a donation of $7 between my campaign and the Texas Democratic Party so we can finish this election strong?**



Deadline: TOMORROW, October 31

Goal: 152 New donors

We deserve a Texas Legislature that prioritizes our neighborhood public schools, passes legislation to end gun violence, helps Texans rebuild after natural disasters, and fights for a fair shot for all. That's what I am fighting for -- and every dollar you give today will make our future a reality.

We only have a few days left before the final votes are cast.

Let's achieve together,

Dr. Eliz Markowitz

Candidate for Texas House District 28

**P.S. There's still time left to vote early! Go vote in the Texas constitutional amendment election.**

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000052

**From:** Brittany Switzer [yellowdog@txdemocrats.org]
**Sent:** 11/29/2019 6:31:39 AM
**To:** Luke Warford [lucas.dylan.warford@gmail.com]
**Subject:** fwd: we're THANKFUL for you!

Hey Luke -- Hope you had a great Thanksgiving. Before I get some more mashed potatoes, I wanted to make sure you saw this very important email because we only do this once a year!

**If you've had your sights on our pop art Ann Richards tees or our brand new "Save Texas, Save the Country, Save the World" mugs, today is the day to treat yourself to something blue. Use the code THANKFUL to take 15% off our entire TxDems store:**



*Sale ends on Monday, Dec. 2 at midnight*
***Code: THANKFUL***

See you online,

Brittany Switzer

Senior Brand Director, Texas Democratic Party

---------- Forwarded message ----------
Sender: Texas Democrats
Subject: we're THANKFUL for you!



TDP_000054



**All store items are union printed in the USA and help elect more Democrats.**

TDP_000055

**Shop now >> http://act.txdemocrats.org/store**

**Code: THANKFUL for 15% off**

---

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

---

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

**From:** Manny Garcia [yellowdog@txdemocrats.org]
**Sent:** 1/10/2020 3:02:48 PM
**To:** Luke Warford [lucas.dylan.warford@gmail.com]
**Subject:** we're hiring!

Hey Luke -- Behind every phone bank, block walk, training, and event, your Texas Democratic Party team is working to pull everything together and make our movement stronger than ever.

Texas Democrats are building state party infrastructure unprecedented in its capacity and momentum. Our team is bigger than it has ever been at this point in the election cycle -- and we need more people to join our team!

**If you have an interest in working in politics, check out our "Work with Us" page:**



**Help get the word out about this opportunity to join the Texas Democratic Party team:**



Thanks -- now let's get to work,

Manny Garcia

Executive Director, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

**From**:          Texas Democrats [yellowdog@txdemocrats.org]
**Sent**:          2/27/2020 8:58:58 AM
**To**:            Lucas Warford [lucas.dylan.warford@gmail.com]
**Subject**:       big news

TDP_000058



is the biggest battleground state in the country.

JUST ANNOUNCED THIS WEEK:

TDP_000059



# Democrats adding six new states to 2020 target list, including Ohio and Texas

What we do right now means the difference between victory and defeat.

TDP_000060

# There is only

**00** DAYS   **00** HOURS   **00** MINUTES   **00** SECONDS

## till our midnight deadline! Can you rush a contribution right now before our critical end-of-month fundraising deadline?

**donate**

## $5,387 left to goal

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

**EXPRESS DONATE: $63**

TDP_000061

EXPRESS DONATE: $100

EXPRESS DONATE: $250

EXPRESS DONATE: $500

EXPRESS DONATE: $1000

OR, DONATE ANOTHER AMOUNT

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

TDP_000062

**From**: Manny Garcia [yellowdog@txdemocrats.org]
**Sent**: 1/15/2020 9:41:53 AM
**To**: Luke Warford [lucas.dylan.warford@gmail.com]
**Subject**: re: 2,600,000

Hey Luke --

We're doing some big things right now, and we're barely 15 days into the new year! **There are about 2,600,000 unregistered voters in Texas who are likely to vote Democratic if registered.** That's why we're launching a voter registration program unlike any other in Texas history by:

- Investing in cutting-edge data programs to turn out new voters,

- Deploying 1,000 field organizers and canvassers on the ground to register voters in person,

- Adopting a digital approach to voter registration through our online hub, **MyTexasVotes.com**

- Mailing hundreds of thousands of voter registration cards,

- And so much more!

**We're so close to hitting our first Voter Registration Fund goal of $10,000. We know Republicans are watching everything we do. They're freaked out because we have a plan and a path to win.**

**Now, I need you to make a $7 contribution so we can send 14 Texans a voter registration card. We're only $3,211 away from our goal. Can I count on your support?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

$7 = 14 REGISTRATION CARDS

$25 = 50 REGISTRATION CARDS

$50 = 100 REGISTRATION CARDS

$100 = 200 REGISTRATION CARDS

$250 = 500 REGISTRATION CARDS

CHIP IN MORE

Together, we made Texas the biggest battleground state and we aren't done yet. Let's show our strength as Democrats and hit this voter registration goal.

Thanks -- now let's get to work,

Manny Garcia

Executive Director, Texas Democratic Party

**The only way we will take back our country is if we all work together. Can we count on you to chip in 7 so we can mail 14 Texans a voter registration card?**

YES I'LL CHIP IN $7

00 DAYS    00 HOURS    00 MINUTES    00 SECONDS

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000064

**From:**      Brittany Switzer [yellowdog@txdemocrats.org]
**Sent:**      1/15/2020 3:40:39 PM
**To:**        Luke Warford [lucas.dylan.warford@gmail.com]
**Subject:**   BIGGEST

Hey Luke -- real quick:

Texas is the **biggest** battleground state. That means we need to have:

Our **biggest** organizing team ever.

Our **biggest** voter registration program ever.

And our **biggest** fundraising goals ever.

When we register an electorate that's more progressive and diverse, we will be celebrating one of the **biggest** wins in American history.

**To get there, I need you to make your biggest donation ever. Chip in $7 so we can mail 14 Texans a voter registration card:**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

$7 = 14 REGISTRATION CARDS

$25 = 50 REGISTRATION CARDS

$50 = 100 REGISTRATION CARDS

$100 = 200 REGISTRATION CARDS

$250 = 500 REGISTRATION CARDS

CHIP IN MORE

Thanks for always being our biggest supporter.

See you online,

Brittany Switzer

Senior Brand Director, Texas Democratic Party

TDP_000065

**The only way we will take back our country is if we all work together. Can we count on you to chip in 7 so we can mail 14 Texans a voter registration card?**

YES, I'LL CHIP IN $7

00 00 00 00
DAYS  HOURS  MINUTES  SECONDS

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000066

**From:**       Manny Garcia [yellowdog@txdemocrats.org]
**Sent:**        10/29/2019 10:19:43 AM
**To:**          Luke Warford [lucas.dylan.warford@gmail.com]
**Subject:**    let's flip a longtime red seat to blue

Hey Luke --

Democrats from our country have stepped up to help Dr. Eliz Markowitz's team mobilize voters in the emergency Texas House District 28 special election.

We're in the final days of this emergency special election and only hours away from our last fundraising deadline. If we win this race, we'll flip a longtime red seat to blue and put another Democrat in the Texas Legislature. Time is running out to make a difference.

In order for us to win, we have to keep getting out the vote -- and if we're going to do that, I need you.

**Luke, can you rush your first $7 contribution of 2019 before our last fundraising deadline of this election? Split a donation between Dr. Markowitz's campaign and the Texas Democratic Party today:**

YES, I'LL CHIP IN $7

Deadline: October 31
Goal: 244 New donors

These last few days are crucial.

Thanks -- now let's get to work,

Manny Garcia

Executive Director, Texas Democratic Party

**P.S. Early voting is happening right now. Find your polling place and then go vote!!**

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

| | |
|---|---|
| **From:** | Gilberto Hinojosa [yellowdog@txdemocrats.org] |
| **Sent:** | 9/19/2019 9:15:11 AM |
| **To:** | Luke Warford [lucas.dylan.warford@gmail.com] |
| **Subject:** | hello |

# TEXAS ★ DEMOCRATS

Hi Luke -- Your Texas Democratic Party Chairman here!

**I wanted to be the first to personally welcome you and thank you for joining us at the Texas Democratic Party. One small request:**

**Make sure to add yellowdog@txdemocrats.org to your email contacts.**

This means you'll receive important voting alerts and information about how we're going to keep growing our Party. Because when we are all invested in and powering our movement, we win! This means:

- Funding our voter turnout operations to engage new Democratic voters,
- Working to recruit, train, and elect Democrats from the schoolhouse to the White House,
- Protecting hard working families from Trump Republicans.

This is what your state party does every single day. We're never going to stop fighting for a better Texas. We're going to keep bringing Texans together. That's why we're thrilled to welcome you to our online community. Together, we can build the infrastructure in Texas to win.

You'll hear from us again soon, so keep an eye out for important updates. I'm glad that you're here.

Muchísimas gracias,

Gilberto Hinojosa

Chair, Texas Democratic Party

**P.S. We're in these tough fights to win, but we can't do it without a strong state party. Can you make a $1 donation to the Texas Democratic Party today?**

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000070

**From:**      Cliff Walker [yellowdog@txdemocrats.org]
**Sent:**      10/28/2019 10:59:51 AM
**To:**        Luke Warford [lucas.dylan.warford@gmail.com]
**Subject:**   BIGGEST deadline of the year

Hi Luke, Halloween is one of our biggest deadlines of the year. I need your help right now.

We know that Texas is the biggest battleground state and we are fighting to turn Texas blue with everything we've got. We need 9 seats to take back the Texas House and we can get a head start by flipping a Texas House seat now.

Dr. Eliz Markowitz is the only Democrat running in the emergency Texas House District 28 special election. An educator, leader, and fighter, Dr. Markowitz will fight for quality healthcare, strong neighborhood schools, fix our infrastructure to protect Texans from hurricane disasters, streamline disaster relief so displaced Texans can rebuild faster, and an economy that works for everyone.

**But time is running out to elect Dr. Markowitz. Our fundraising deadline is a few days away and we need supporters like you so we can win. Can we count on you to split a donation of $7 between Dr. Markowitz and the Texas Democratic Party to elect Eliz to the Texas House?**

YES, I'LL CHIP IN $7

Deadline: October 31

Goal: 300 New donors

In the fight,

Cliff Walker

Deputy Executive Director, Texas Democratic Party

**P.S. Early voting is happening right now. Find your polling place and then go vote!**

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000072

**From:** Glen Maxey [yellowdog@txdemocrats.org]
**Sent:** 2/7/2020 12:20:17 PM
**To:** Lucas Warford [lucas.dylan.warford@gmail.com]
**Subject:** fwd: want to introduce myself

Hi Lucas,

Did you see Rose's email yesterday? We've launched the most expansive voter protection program in Texas history -- that's pretty damn cool if you ask me. And I've been in this fight for a long time now.

Protecting Texas voters means every single ballot counts. The right to vote is one of the most critical elements of a democracy, and we'll never stop fighting tooth and nail to protect it.

**The Democratic movement wouldn't be as strong as it is without you, Lucas. We kicked off our voter protection fund so we can expand Texas voters' access to the ballot box. Now, can I count on you make a $63 donation today?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

EXPRESS DONATE: $63

EXPRESS DONATE: $100

EXPRESS DONATE: $250

EXPRESS DONATE: $500

EXPRESS DONATE: $1000

OR, DONATE ANOTHER AMOUNT

When we all vote, our democracy is a hell of a lot stronger. When we turn Texas blue, we'll save the whole damn country.

Glen Maxey

Former State Representative

---------- Forwarded message ----------

Sender: Rose Clouston

Subject: re: want to introduce myself

Hi Lucas,

I've got an announcement the size of Texas, but first I want to introduce myself.

My name is Rose Clouston, and I am the new Voter Protection Director at the Texas Democratic Party. I have spent my career expanding voters' access to the ballot box and in 2020, I wanted nothing more than to dedicate myself to protecting voters in the biggest battleground state.

With that said, I wanted to be the first to tell you:

**In partnership with Stacey Abrams' Fair Fight, Texas Democrats have launched the most expansive voter protection initiative in Texas history.**

We are going to make it easier for folks to vote. Our program includes:

- **A full-time voter protection team,**

- **A year-round voter assistance hotline** where voters can get the information they need to register and vote (our dedicated team can be reached at 844-TX-VOTES),

- **MyTexasVotes.com** our online voter information hub where voters can learn more about voter registration, voter participation, or voter protection,

- **A voter protection council** made up of hundreds of Democratic volunteers devoted to voter protection efforts,

- **A poll-watching program,** and more.

**We're fighting for you, Lucas, because every eligible voter in Texas has the right to participate in our democracy. Now, I have to ask: Can you spread the word on social media?**

**SHARE ON FACEBOOK**

**SHARE ON TWITTER**

Texas Democrats are fighting to make sure this next election -- the most important in our lifetime -- is free, fair, and accessible. This is the fight of our generation.

Thanks,

Rose Clouston

Voter Protection Director, Texas Democratic Party

**P.S. Read our full Voter Protection plan here.**

<div style="border: 1px solid black; padding: 10px; text-align: center;">

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

</div>

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

| | |
|---|---|
| **From:** | Cliff Walker [yellowdog@txdemocrats.org] |
| **Sent:** | 2/24/2020 4:04:32 PM |
| **To:** | Lucas Warford [lucas.dylan.warford@gmail.com] |
| **Subject:** | hey do you have a minute? |

Hi Lucas,

Wanted to drop you a note about a few things that have been on my mind since I left my polling place this weekend.

I was proud to play my small but monumental part in creating a better Texas -- for my friends, my neighbors, my state, and myself. We all have a part to play in this election.

I cannot thank you enough for being a part of our movement. You were one of our first donors of 2020! Your donation last month made a huge impact and helped register voters. I know we can beat them and take back our state, because we are building a powerful movement and we are building it together.

While we're organizing, Republicans are plotting to stop us and they're getting millions from their wealthy insider donors. If we want to take back our state and change our country, we're going to need to build the biggest organizing program this state has ever seen. I know this team is up for the challenge.

So with about a week to go until Election Day, I need to ask:

**We need to raise $75,000 before our critical end-of-month deadline, our last deadline before Election Day. Can you rush in a $63 contribution before our end-of-month deadline?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

EXPRESS DONATE: $63

EXPRESS DONATE: $100

EXPRESS DONATE: $250

EXPRESS DONATE: $500

EXPRESS DONATE: $1000

**OR, DONATE ANOTHER AMOUNT**

Texas is looking bluer by the day. Let's organize, mobilize, energize, and win.

In the fight,

Cliff Walker

Deputy Executive Director, Texas Democratic Party

**P.S. Be a voter in the Texas Primary -- confirm your polling place, make your voting plan and more at MyTexasVotes.com.**

**You play one of the biggest roles in the work that we do. Everything we do now will determine how far we go in November, we need you in this fight. We need to raise $75,000 before our end-of-month deadline, our last deadline before Election Day. So I'm asking: can you rush a $63 contribution before our critical deadline?**

**CHIP IN $63**

00 00 00 00
DAYS HOURS MINUTES SECONDS

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want

TDP_000077

to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000078

**From:**      Texas Democrats <yellowdog@txdemocrats.org>
**Sent:**      Thursday, October 31, 2019 9:35 AM
**To:**        Luke Warford
**Subject:**   MIDNIGHT DEADLINE



*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

**EXPRESS DONATE: $7**

**EXPRESS DONATE: $10**

**EXPRESS DONATE: $25**

**EXPRESS DONATE: $50**

**EXPRESS DONATE: $100**

**OR, DONATE ANOTHER AMOUNT**

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.

| | |
|---|---|
| **From:** | Manny Garcia [yellowdog@txdemocrats.org] |
| **Sent:** | 2/26/2020 9:59:12 AM |
| **To:** | Lucas Warford [lucas.dylan.warford@gmail.com] |
| **Subject:** | this is our moment |

Hi Lucas,

Texas is changing, and the eyes of the world are on all of us to get this done and turn Texas blue.

Thanks to Democrats like you, we've made serious gains. We launched the most expansive voter protection initiative in Texas history, not to mention we're spearheading a statewide voter expansion program, and registering millions of new Democratic voters.

Every single day, we get up and go to work to fight for Texas and our families. I got a 15-year-old and a 9-year-old. I know what Texas Democrats do every day blazes the trail for them.

**We can't win this fight without you. Everything we do leading up to the November election will determine how far we go. This isn't going to be easy, and we need you on our side. We're only $9,856 away from reaching our fundraising goal. So I have to ask, can you rush a $63 contribution before our end-of-month deadline?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

EXPRESS DONATE: $63

EXPRESS DONATE: $100

EXPRESS DONATE: $250

EXPRESS DONATE: $500

EXPRESS DONATE: $1000

OR, DONATE ANOTHER AMOUNT

We must win it all. And don't let anyone tell you it cannot be done. Everything is at our grasp now.

Thanks -- now let's get to work,

Manny Garcia

Executive Director, Texas Democratic Party

**P.S. Visit MyTexasVotes.com to find your polling place, make your voting plan, and more. Be a voter in the Texas Primary!**

---

**We're building the biggest Democratic movement in Texas history because the people of this great state deserve real leadership. We can't win this election without you, so I have to ask: can you rush a $63 contribution before our critical deadline?**



```
00        00        00        00
DAYS      HOURS     MINUTES   SECONDS
```

---

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

**From**:          Texas Democrats [yellowdog@txdemocrats.org]
**Sent**:          1/30/2020 2:58:39 PM
**To**:            Lucas Warford [lucas.dylan.warford@gmail.com]
**Subject**:       we can't do this without you

Texas is the BIGGEST battleground state --

Tomorrow at midnight is your last chance to become a card-carrying Democrat.

TDP_000084

# Your contributions helped:

✓ **Launch our biggest voter registration program,**

✓ **Hire on constituency organizers,**

✓ **Start our second Staff The Movement Academy, and**

✓ **Send over 925,000 Texans vote-by-mail applications.**

TDP_000085

WE CAN'T DO ANY OF THIS WITHOUT YOU.

YOUR CONTINUED SUPPORT IS HOW WE WILL KEEP FIGHTING IN THE MOST IMPORTANT ELECTION OF OUR LIFETIMES.

TDP_000086



**Your First & Last Name**        **2020**

# Activate your 2020 Texas Democratic Party Membership before our midnight deadline:

**donate**

TDP_000087

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

EXPRESS DONATE: $63

EXPRESS DONATE: $100

EXPRESS DONATE: $250

EXPRESS DONATE: $500

EXPRESS DONATE: $1000

OR, DONATE ANOTHER AMOUNT

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic

Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000089

| From: | Gilberto Hinojosa [yellowdog@txdemocrats.org] |
|---|---|
| Sent: | 2/5/2020 3:35:42 PM |
| To: | Lucas Warford [lucas.dylan.warford@gmail.com] |
| Subject: | a dark day for our democracy |

Hi Lucas --

Today is a dark day for our democracy.

The evidence was overwhelming and irrefutable. Trump betrayed our democracy, our national security, and our entire country. No party, no president, no member of Congress is above the law. The House was right to impeach Trump.

It is the solemn duty of the Senate to seek justice, deliver a full and fair trial, and uphold the Constitution. We watched as Republicans, led by Mitch McConnell and John Cornyn, acquitted this corrupt president and administration.

**Let's be clear: Donald Trump abused the power of the presidency, and John Cornyn actively worked to cover up the president's corruption.**

We must defeat Donald Trump and John Cornyn. Trump cannot win the White House without Texas. We cannot win Texas without you, Lucas. So, I'm asking:

**Can you rush a $63 contribution to your Party right now so we can defeat Trump and Cornyn?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

EXPRESS DONATE: $63

EXPRESS DONATE: $100

EXPRESS DONATE: $250

EXPRESS DONATE: $500

EXPRESS DONATE: $1000

OR, DONATE ANOTHER AMOUNT

Our entire democracy depends on it. We must change the course of American politics, and that begins right here in Texas. This is the most important election in modern history.

Adelante,

Gilberto Hinojosa

Chair, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

TDP_000091

**From**: Manny Garcia [yellowdog@txdemocrats.org]
**Sent**: 12/31/2019 9:24:56 AM
**To**: Luke Warford [lucas.dylan.warford@gmail.com]
**Subject**: it's been a great year, thanks to you

Hey Luke --

This year, Texas Democrats came together like never before. I'm deeply thankful for your support. Whether you were one of the more than 7,000 people who chipped in to power this movement or attended one of the more than 6,000 events Democrats hosted or both, Texas is the biggest battleground state because of you.

Next year, we will continue fighting, day in and day out, to turn Texas blue. How are we going to win next year? You guessed it -- we're going to keep building the biggest organizing program in Texas history.

## Protecting & Expanding the Vote

More than 2 million Texans are expected to register to vote for the first time in 2020. We're launching our year-round voter protection hotline with a team who will be ready to answer any voter's questions. We are in court to reverse the Republican ban on mobile voting. We aren't done yet, we have big voting rights news to announce soon.

## Organizing Every Community

We're going to have 1,000 field organizers and canvassers on the ground in 2020. We've hired new staff to engage every part of our Democratic coalition -- including our AAPI, African-American, Latinx, LGBTQ, and Disability communities and narrowing the gap in our rural communities. We must and we will knock, dial, text, and connect digitally with every community in Texas. **(We're hiring! Check it out.)**

## Training Activists & Campaign Staff

We have a full-time training director and training team. Our Staff the Movement program has already trained 57 campaign staff and we're expecting to train another 60+ campaign staffers to work on campaigns here in Texas. Our online learning platform has already served thousands of activists and will serve thousands more. Plus, in-person trainings to support everyone.

**We have a plan to win. We need to reach our fundraising goals before our midnight deadline tonight to keep our plan on track. Can I count on you to activate your 2020 Texas Democrats membership right now?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

EXPRESS DONATE: $7

**EXPRESS DONATE: $10**

**EXPRESS DONATE: $25**

**EXPRESS DONATE: $50**

**EXPRESS DONATE: $100**

**OR, DONATE ANOTHER AMOUNT**

Thanks -- now let's get to work,

Manny Garcia

Executive Director, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

TDP_000093

| | |
|---|---|
| **From:** | Gilberto Hinojosa [yellowdog@txdemocrats.org] |
| **Sent:** | 12/13/2019 5:27:52 PM |
| **To:** | Luke Warford [lucas.dylan.warford@gmail.com] |
| **Subject:** | [VOTE BY MAIL] Need your help |

Hi Luke,

I'm writing again because Texans need you to make an investment in our ballot-by-mail program. Reaching this goal is how we will flip Texas blue in 2020. Each dollar you give means we can send 3 vote-by-mail applications.

**We're so close. We only have 59,274 applications left to fund. Can you rush a $7 contribution before midnight?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

$7 = 21 APPLICATIONS

$25 = 75 APPLICATIONS

$50 = 150 APPLICATIONS

$100 = 300 APPLICATIONS

$250 = 750 APPLICATIONS

CHIP IN MORE

Adelante,

Gilberto Hinojosa

Chair, Texas Democratic Party

**The only way we will take back our country is if we all work together. We need to send 925,000 vote-by-mail applications and we only have 55,759 left to fund by TONIGHT at midnight. Can you rush a $7 contribution to fund our vote-by-mail program?**

YES, I'LL CHIP IN

00 00 00 00
DAYS  HOURS  MINUTES  SECONDS

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000095

**From:**    Manny Garcia [yellowdog@txdemocrats.org]
**Sent:**    2/14/2020 10:57:02 AM
**To:**    Lucas Warford [lucas.dylan.warford@gmail.com]
**Subject:**    HUGE NEW POLL out this morning

Hey Lucas -- Did you see this new University of Texas/Texas Tribune poll that shows Donald Trump has **lost the support of 52%** of Texas voters?



This is a big deal. Texas is the biggest battleground state in the country -- and we can't miss this opportunity to keep up our momentum.

**Will you rush $63 or more right now so we can turn Texas blue? This is a crucial moment and Democrats are counting on you to make your first donation of 2020:**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*



TDP_000096

We can take back our state and change our country forever. It's because we're all in this together.

Thanks -- now let's get to work,

Manny Garcia

Executive Director, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

TDP_000097

| | |
|---|---|
| **From:** | Manny Garcia [yellowdog@txdemocrats.org] |
| **Sent:** | 1/28/2020 2:16:38 PM |
| **To:** | Lucas Warford [lucas.dylan.warford@gmail.com] |
| **Subject:** | support our grassroots movement. |

Hey Lucas --

Can you believe what we're accomplishing, and we're only 28 days into the new year? That should tell you the kind of work we're doing to flip Texas and take our victory all the way to the White House.

The truth is that the strength of our movement comes from the number of people knocking on doors, calling voters, and investing in our state party. Your small-dollar donations go towards critical efforts that will turn Texas blue up and down the ballot. The investments that we make right now fund important programs like the biggest voter registration program in our history, expansive voter protection efforts, our second Staff the Movement Academy, and so much more.

Defeating Trump means building a coordinated effort as big as Texas, and we're able to do it because of you. Republicans are freaking out because they know we're registering millions of voters and strengthening our Democratic coalition in our fight to take back Texas.

**So I need to ask: Can you contribute $63 -- or whatever you can afford -- so your state party can hit our $90,000 end-of-month fundraising goal? No amount is too big or small:**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

EXPRESS DONATE: $63

EXPRESS DONATE: $100

EXPRESS DONATE: $250

EXPRESS DONATE: $500

EXPRESS DONATE: $1000

OR, DONATE ANOTHER AMOUNT

I'm proud that we've built our movement on donations of $25, $63, $150. Investments right now will determine the outcome of this election.

Thanks -- now let's get to work,

Manny Garcia

Executive Director, Texas Democratic Party

**The only way we will take back our country is if we all work together. Can you rush a $63 contribution to activate your 2020 Texas Democrats membership today?**



```
00      00      00      00
DAYS    HOURS   MINUTES SECONDS
```

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

**From**:     Texas Democrats [yellowdog@txdemocrats.org]
**Sent**:     12/11/2019 10:50:25 AM
**To**:       Luke Warford [lucas.dylan.warford@gmail.com]
**Subject**:  re: friday





**Because of YOU we have almost reached our goal!**

401,457 left to go!

## How many Texans can count on you?

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

$7 = 21 TEXANS

$25 = 75 TEXANS

$50 = 150 TEXANS

$100 = 300 TEXANS

$250 = 750 TEXANS

CHIP IN MORE

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

| | |
|---|---|
| **From:** | Gilberto Hinojosa <yellowdog@txdemocrats.org> |
| **Sent:** | Wednesday, September 25, 2019 4:00 PM |
| **To:** | Luke Warford |
| **Subject:** | fwd: one hell of a week |

Hi Luke, wanted to follow up because we've had a remarkable month! Since I emailed you last week, a lot has happened.

Yesterday, Speaker Nancy Pelosi announced an official impeachment inquiry into President Trump. The American people deserve the truth about our president and his administration.

Then today, the Texas House Democratic Caucus announced that Representative Celia Israel will serve as the Texas House Democratic Campaign Committee Chair. Celia has proven time and time again that her priority is fighting for a fair shot for all Texans. She is the leader who will flip the Texas House.

One thing is absolutely clear -- **Texas Democrats are rising.**

**Can I count on you to make a $7 contribution to your party today? You'll help us catch up to our September fundraising goal so we can win in 2020. Luke, with your support, we can do this.**



Not only are we taking action against this president's actions, we have a strong leader who will help us win the majority in the Texas House in the 2020 elections.

Thank you for your continued support. It means a lot to me to know we're in this together.

Adelante,

Gilberto Hinojosa

Chair, Texas Democratic Party

---------- Forwarded message ----------

Sender: Gilberto Hinojosa

Subject: one hell of a week

Writing to you from Brownsville, after one hell of a week, Luke. I can't stop thinking about how Texas Democrats showed the nation that we are the biggest battleground state -- and I can't thank you enough for your support.

Last week started with a bang when we rolled out our **Texas Democrats Path to victory.** Cliff wrote to you about how Texas has a rapidly expanding and engaged electorate. Our program is to register 2,600,000 new voters, to send over 1,500,000 vote-by-mail applications, and to have 1,000 field organizers and canvassers on the ground in 2020.

TDP_000104



*Myself, DNC Chair Tom Perez, Representative Gina Calanni, and Representative Jon Rosenthal talking to suburban voters.*

TDP_000105

Right after, we had not one but two new polls showing the same thing. **Texas is the biggest battleground state.** A poll from Univision/University of Houston showed Democrats beating Trump by 5%. Republicans are running scared.



TDP_000106

*Myself, Houston Mayor Sylvester Turner, and DNC Chair Tom Perez at the third debate.*

Then on Thursday, we welcomed our Democratic presidential candidates at the Houston Democratic Presidential Debate. I was extra proud to welcome everybody to deep blue Harris County.

TDP_000107



*Folks were fired up at the Houston Democratic Presidential Debate.*

TDP_000108



*Texas Democratic Party & Harris County Democratic Party's Midnight Rally.*

TDP_000109

We just finished our first ever Staff the Movement campaign academy. These students have been working day and night planning town hall events, days of action, building finance and fundraising plans, and learning about the tools and skills needed to run winning campaigns. Participants graduated from our four-month program and now they will be managing campaigns across Texas for Democrats on the ballot in 2020.



*Staff the Movement graduating class of 2019.*

Thank you for ensuring that we have the resources to win BIG in 2020.

**We can only do all this and more with your support, Luke. That's why I'm asking you to chip in your first $7 donation of 2019 to help fund resources to build the infrastructure necessary to win in 2020:**



We're three months away from 2020. We must keep knocking on doors, talking to voters, mobilizing, and organizing like never before.

We need you to do everything in your power to win. **Can I count on you?**

**act.txdemocrats.org/recap**

Adelante,

Gilberto Hinojosa

Chair, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.

**From:** Texas Democrats <yellowdog@txdemocrats.org>
**Sent:** Monday, September 30, 2019 1:17 PM
**To:** Luke Warford
**Subject:** re: this month

# What a month! In September:



We launched our 2020 Path to Victory.

✓ Register 2,600,000 new voters,
✓ Send over 1,500,000 vote-by-mail applications, and
✓ Mobilize 1,000 field organizers and canvassers

Then, two new polls showed Democrats beating Trump in Texas.

**Univision/University of Houston**
September 10, 2019

Democrats 47%
Trump 42%

Democrats 40%
Cornyn 41%

**Quinnipiac**
September 11, 2019

Not Trump 48%
Trump 35%
Unsure 14%

Not Cornyn 35%
Cornyn 23%
Unsure 30%

# We hosted the Democratic Presidential Debate in Houston.



# Our first Staff the Movement Campaign Academy graduated!



TDP_000114



# There's no doubt about it -- Texas Democrats are rising.

## We must hit every single fundraising goal if we're going win.

## We need you to make a contribution before our huge end-of-quarter fundraising deadline.
## Can we count on you?

**donate now**

## Goal: 67 new donors

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

**EXPRESS DONATE: $7**

**EXPRESS DONATE: $10**

**EXPRESS DONATE: $25**

**EXPRESS DONATE: $50**

**EXPRESS DONATE: $100**

**OR, DONATE ANOTHER AMOUNT**

TDP_000116

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.

**From**:      Texas Democrats [yellowdog@txdemocrats.org]
**Sent**:      1/24/2020 3:47:51 PM
**To**:        Lucas Warford [lucas.dylan.warford@gmail.com]
**Subject**:   Get your TxDem Voter Registration Kit!





TDP_000119

# All store items are union printed in the USA and help elect more Democrats. Shop now >> http://act.txdemocrats.org/r2v

# Register to vote at http://MyTexasVotes.com

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

TDP_000120

| | |
|---|---|
| **From:** | Glen Maxey [yellowdog@txdemocrats.org] |
| **Sent:** | 2/25/2020 9:38:27 AM |
| **To:** | Lucas Warford [lucas.dylan.warford@gmail.com] |
| **Subject:** | you got a sec? |

Hi Lucas,

Believe me when I tell you, we're working like hell during this Primary. >From hiring a voter protection team to bringing on constituency organizers, we are laying the groundwork to win Texas. And I mean it when I say that the stakes haven't ever been this damn high.

Early voting for the Texas Primary ends in three days. That means the window to meet our $75,000 end-of-month fundraising goal, our final deadline before Election Day, is also approaching fast. We're only **$16,748 away** to reaching our target and we can't get there without you.

**We're just getting started, and Republicans should be frickin' terrified of what we're building. But for all of us to keep fighting, and to make it to November and beyond, we need your continued support. Can you chip in a $63 contribution before our end-of-month deadline, our last deadline before Election Day?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

EXPRESS DONATE: $63

EXPRESS DONATE: $100

EXPRESS DONATE: $250

EXPRESS DONATE: $500

EXPRESS DONATE: $1000

OR, DONATE ANOTHER AMOUNT

We know damn well that once Texas goes blue, the Republican path to the White House will be blocked.

Let's fight like hell,

Glen Maxey

Former State Representative

**P.S. Be a voter in the Texas Primary -- visit MyTexasVotes.com to confirm your polling place, make a plan to vote, and more.**

**P.P.S. And I want to see you at your County Convention on March 21st! Click here to pre-register now.**

---

**Everything we do now will determine how far we go in November. We need you in the fight with us. We need to raise $75,000 before our end-of-month deadline, our last deadline before Election Day. So I'm asking: can you rush a $63 contribution before our critical deadline?**



| 00 | 00 | 00 | 00 |
|----|----|----|----|
| DAYS | HOURS | MINUTES | SECONDS |

---

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

TDP_000123

| | |
|---|---|
| **From:** | Manny Garcia [yellowdog@txdemocrats.org] |
| **Sent:** | 12/10/2019 11:53:41 AM |
| **To:** | Luke Warford [lucas.dylan.warford@gmail.com] |
| **Subject:** | 461,736 to go |

Hey Luke,

We need to know how many vote-by-mail applications we can send to Texas voters by Friday.

The truth is, for years, Republicans have been doing everything they can to make it harder for Texans to vote. Every year, the Texas Democratic Party has been there to help voters hurt by Republican voter suppression. That's why our vote-by-mail program is so important and why we need your help.

We need to send 925,000 applications and we still have 461,736 left to fund. This is the biggest vote-by-mail program the Texas Democratic Party has ever done.

**Fully funding our vote-by-mail program will be the difference between victory and defeat. You have never let us down before. I know if everybody chips in a bit, we can reach this goal together. So today, I'm asking for your help to meet this challenge:**

**Can you make a $7 contribution so 21 Texans can receive a mail ballot application?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

$7 = 21 APPLICATIONS

$25 = 75 APPLICATIONS

$50 = 150 APPLICATIONS

$100 = 300 APPLICATIONS

$250 = 750 APPLICATIONS

CHIP IN MORE

By helping more Texans vote-by-mail, we're closer to a Democratic victory in 2020. It is so important that we are all in this together.

Thanks -- now let's get to work,

Manny Garcia

Executive Director, Texas Democratic Party

**The only way we will take back our country is if we all work together. We need to fund 925,000 vote-by-mail applications by this Friday. Can you rush a $7 contribution to fund our vote-by-mail program?**

YES I'LL CHIP IN

00 00 00 00
DAYS   HOURS   MINUTES   SECONDS

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here**.

TDP_000125

**From:** Texas Democrats <yellowdog@txdemocrats.org>
**Sent:** Tuesday, December 31, 2019 5:47 PM
**To:** Luke Warford
**Subject:** ready for 2020





*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

**EXPRESS DONATE: $7**

**EXPRESS DONATE: $10**

**EXPRESS DONATE: $25**

**EXPRESS DONATE: $50**

**EXPRESS DONATE: $100**

**OR, DONATE ANOTHER AMOUNT**

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.

| From: | Kassandra Aleman [yellowdog@txdemocrats.org] |
|---|---|
| Sent: | 9/24/2019 10:58:54 AM |
| To: | Luke Warford [lucas.dylan.warford@gmail.com] |
| Subject: | Happy National Voter Registration Day! |

Hi Luke, Happy National Voter Registration Day! (**If you need to update your voter registration, click here.** If you want to help us register voters, keep reading!)

**This is the biggest election of our lifetime. That's why we've got big plans to register 2,600,00 new voters. This has never been done before and we can't do it without you!**

I wanted to personally reach out and ask for your help. We know the future of our country depends on getting every eligible Democrat registered and voting. The only way this will be possible is if YOU help us get the necessary resources to register as many voters as we can.

**Luke, we need your support right now to keep registering voters. Can I count on you to rush your first $7 contribution of 2019?**

**YES, I'LL CHIP IN $7**

It is more important than ever that this year, Texas Democrats in every corner of our great state come together and take action. Let's make sure everyone is registered to vote.

Thank you for taking action,

Kassandra Aleman

Deputy Organizing Director, Texas Democratic Party

**P.S. Don't forget to register to vote or share this email with friends and family to help them register! Click here to update your voter registration today. It only takes two minutes!**

---

**September Fundraising Deadline**

**Voting is the most powerful tool we have in our democracy. Your voice is so critical for what happens in 2020 and our future. Invest in your party and your future before our midnight end-of-month deadline.**

**Requested contribution before our deadline: $7**

**CHIP IN $7**

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to lucas.dylan.warford@gmail.com. If you would like to contribute to the Texas Democratic Party **click here.** If you want to learn more about the Texas Democratic Party, please visit **www.texasdemocrats.org**. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please **click here.**

TDP_000130

Case 5:20-cv-00046-OLG-JES-DDG  Document 78-1  Filed 06/12/20  Page 255 of 392

 

# Texas Democrats launch largest voter registration campaign to hobble GOP's grip on the state

*Texas Democrats are working with Stacey Abrams' Fair Fight on voter protection.*

By **Kendall Karson**
January 13, 2020, 6:01 AM • 10 min read



▷  00:00 / 05:20  ◁ ✕          ⤢ ↗ ⚙ ⤢

**News headlines today: Apr. 15, 2020**
*Catch up on the developing stories making headlines.*

Texas Democrats, fueled by the party's nearly quarter-century-held dream of turning Texas blue, are mounting an aggressive ground-game operation with the largest voter registration program in the state's history, according to the state party, and an expansive voter protection effort ahead of the 2020 election.

The two-pronged campaign, which aims to add to the party's 2018 gains up and down the ballot, will target unregistered voters who they believe are potential new Democrats, and safeguard the right to vote for Texans, in partnership with Fair Fight 2020, the multi-million dollar initiative launched by Stacey Abrams, a Georgia Democrat who considered a bid for president and the U.S. Senate last year.

ADVERTISEMENT

## Top Stories

**Texas Democrats launch largest voter registration campaign to hobble GOP's grip on the state**
Jan 13, 6:01 AM


**Coronavirus updates: Americans should prepare for 'another battle,' CDC director says**
9 minutes ago


**How did we get here? Americans' response to coronavirus in March**
Apr 06, 7:03 AM


**Convoy protesting stay-at-home orders targets Michigan's capital**
Apr 15, 5:09 AM


**Where's the money? Most Americans still waiting for COVID-19 stimulus boost**
Apr 14, 1:47 PM


◎  ABC News Live



*24/7 coverage of breaking news and live events*

TDP_000131

"The rapidly emerging Democratic coalition in Texas has set the stage for historic Democratic gains at the ballot box," Cliff Walker, the deputy executive director of the state party, said in a statement announcing the program. "We are committing our resources to register and engage a new electorate that is more progressive and represents the diversity of our great state. Shifting the electorate in Texas is our top priority."

For Abrams' group, Texas is one of the 20 battleground states that Fair Fight 2020 is targeting to promote voters' rights and fair election policies ahead of November. Fair Fight began investing resources in Texas last month.

"Fair Fight is proud to partner with the Texas Democratic Party to fund, train and support a robust voter protection initiative through our Fair Fight 2020 initiative," said Seth Bringman, a spokesman for Fair Fight. "Republicans in Texas have, for a long time, sought to make it harder to vote, particularly for voters of color, and it takes a dedicated voter protection team on the ground well before Election Day to make sure all Texans' voices can be heard."



Stacey Abrams, Democratic nominee for governor of Georgia, speaks during an election night watch party in Atlanta, Nov. 6, 2018.
Kevin D. Liles/Bloomberg via Getty Images

At the core of the registration effort, which the state party says will be in collaboration with the Democratic Congressional Campaign Committee, the campaign arm for U.S. House Democrats, is an ambitious goal to register "a share of the estimated 2,600,000 Texans who are likely to vote Democratic," by using data-driven programs, deploying 1,000 field organizers and canvassers on the ground, and mailing hundreds of thousands of voter registration applications to unregistered voters across the state.

TDP_000132

+ MORE: Stacey Abrams launches multi-million dollar voter protection initiative
in 20 states; rules out run for president

In a nine-page memo outlining their 2020 game plan on voter registration
and protection, Walker and Lauren Pully, the state party's data and
analytics director, contend that "in order to close the statewide gap and win
in 2020, we must register and engage a new electorate that is more
progressive and represents the diversity of our great state."

The second focus of their strategy -- voter protection, access and ending
voter suppression -- will be bolstered by a number of initiatives
spearheaded by the Texas Democratic Party, with the help of Fair Fight,
among other national groups. Texas Democrats are expected to roll out
more specifics on the protection effort at the end of the month, but in the
coming week, the state party is launching a year-round voter assistance
hotline for quick access to voting information and voting-related issues.

As part of the voter protection effort, the state party is also already moving
forward on the legal front. Earlier this month, the Democratic Senatorial
Campaign Committee, the DCCC, and Texas Democrats filed a lawsuit, part
of an eight-figure investment across seven battleground states by the
national groups, to challenge the electronic signature ban in the state.
Democrats argue the original or "wet" signature requirement is
unconstitutional because it makes it more difficult for voters to gain access
to the polls, particularly after upwards of 2,400 voter registration
applications were rejected in 2018, due to the current rule.

"This unconstitutional ban does not make an ounce of sense, and it is the
kind of arbitrary voter suppression that we're working to tear down right
now before even more harm is done to our Democracy," said DCCC
Chairwoman Cheri Bustos in a statement announcing the lawsuit.

The unparalleled investments Texas Democrats are pouring into 2020 are
in part a response to "the polarizing nature of the Trump presidency," the
memo reads. But they also reflect the zeal of the party to narrow their
deficit in a state still in the GOP's grip.



TDP_000133

Voters cast their ballots at the Rummel Creek Elementary polling place, Nov. 6, 2018 in Houston, Texas.
Loren Elliott/Getty Images

Democrats are banking on the Trump factor to boost their chances of further solidifying their foothold in November. The president roiled the political waters in Texas -- and across the country -- "destabilizing" the Republican majority in the state, according to political experts.

Democratic pick ups in 2020, said Cal Jillson, a professor of political science at Southern Methodist University, will be determined by long-term demographic changes, the number of open seats and whether "Trump is as destabilizing of the Republican coalition in 2020 as he was in 2018."

+ MORE: Live From Austin: Will Texas Be A Battleground State In 2020?)

"(The) declining Anglo-population is Republican and the rising minority population is Democrats, so that long term shift is endangering the traditional Republican majority," Jillson told ABC News. "This partisan competition in Texas creates the opportunity for Democrats to pick up seats that they had not been competitive for in the past."

In the most recent midterm elections, those factors cost Republicans "two U.S. House seats, two Texas Senate seats and 12 Texas House seats, as well as hundreds of local county races (and) city races," he previously noted.

Texas has not elected a Democrat to statewide office since 1994. But in 2018, former Texas Congressman Beto O'Rourke received more votes than any Democrat has in the history of Texas in his competitive, upstart Senate bid against Republican Sen. Ted Cruz. And changing demographics within the state -- including what FiveThirtyEight calls population growth "in and around the state's cities" -- suggest that Texas could be a key battleground in 2020.

While O'Rourke failed to find success in the Senate contest, the race between him and Cruz was the closest Texas has seen in recent decades. Republicans eked out a victory by three points, but O'Rourke carved a path for Democrats, making significant inroads for the party both statewide and lower on the ballot.

TDP_000134



Senate candidate Rep. Beto O'Rourke (D-TX) addresses a campaign rally at the Pan American Neighborhood Park, Nov. 4, 2018, in Austin, Texas.
Chip Somodevilla/Getty Images

The Texas Democratic Party -- already identifying their prime targets down the ballot -- has set their sights on registering voters in a slate of state house districts, including 210,000 potential new Democrats in 12 districts that flipped in 2018, and 315,000 potential new Democrats in 18 targeted Texas Legislature districts for 2020.

**Texas will see 'battles all over the state' in 2020**

In mid-September, ahead of the Democratic presidential debate in Houston, Texas Democratic Party Chairman Gilberto Hinojosa told ABC News, "This debate is happening in Texas because the Democratic National Committee has determined that Texas is a battleground state. That being said, that makes Texas the biggest battleground state in the country."

But still, Democrats are up against lofty challenges -- Trump carried Texas by nine points in the 2016 presidential election, and some anticipate the incumbent will win it again.

"I expect Trump will carry Texas maybe by five or six points, instead of the nine he won it by last time," Jillson said.

＋ (MORE: Democrats target suburban voters in key battlegrounds ahead of 2020)

While Democratic hopefuls might affirm the notion that the state is a battleground, Jillson said he sees the battle lines differently.

"Texas is a battleground state in places," he said. "And those places are the suburbs of the major cities of Texas. Texas itself is not a battleground state."

"There are battles all over the state, particularly in U.S. House races, and Texas House and Senate races," he continued. "There are battlegrounds all over the state, even if the state is not yet a battleground."

💬 Comments (154)

TDP_000135



Before You Go

**Top Gut Doctor Explains How To Entirely Empty Your Bowels Each Morning**
Wellnessguide2020 | Sponsored

**Gut Doctor "I Beg Americans To Throw Out This Vegetable Now"**
Wellnessguide2020 | Sponsored

**Celebrity Trainer: This Is How You Can Refresh Your Gut Without Leaving Your House**
PowerLife by Tony Horton: Foundation Four Supplements | Sponsored

**Randy Jackson: "This Drink Is Like A Powerwash For Your Gut"**
Unify Health Labs Multi-GI 5 Supplement | Sponsored

**Feeling A Little Anxious? Feals Can Help**
FindKarma for Feals | Sponsored

**The Best Way To Wipe Out Up To $10,000 Of Debt**
NerdWallet | Sponsored

CNN anchor Chris Cuomo says he's frustrated at his TV role

Melania Trump's Speechwriter Comes Forward to Apologize

**Celebrity Trainer: "Muscle Loss in Seniors is Real, But It Doesn't Have to Be"**
Powerlife | Sponsored

**If You Like to Play, this City-Building Game is Addictive. No Install.**
Forge of Empires - Free Online Game | Sponsored

**How To Clean Your Car to Reduce the Spread of Germs**
Kelley Blue Book | Sponsored

**Little-Known Method To Kill All Indoor Odors, Mold & Bacteria Without Lifting A Finger**
Airjoi | Sponsored

**If You Buy Workout Gear Online, This Trick Can Save You Serious Cash**
Honey | Sponsored

Florida man used coronavirus quarantine rules to cover up his wife's murder, police say

Timeline on 78-year-old man suspected of being one of the 'most prolific serial

TDP_000136

killers in US history'

Our $5 Wines Are Better Than Most $50 Wines
Firstleaf | Sponsored

High-interest savings accounts that earn you piles of cash
NerdWallet | Sponsored

Shower Head That Beats All Shower Heads
Merch Master | Sponsored

Melania Trump is having a moment during coronavirus pandemic

Paul Walker's daughter settles wrongful death lawsuit with Porsche

The Five Guys Ordering Secret You Need To Know
Wikibuy | Sponsored

Veterinarian: Add this one ingredient to your cat's dry food
UPN - For Feline Longevity | Sponsored

ResMed's New Most Minimal Full Face CPAP Mask | Available Wednesday!
Easy Breathe, Inc. | Sponsored

Muslim Father Arrested for Running Over 'Westernized' Daughter

Teen kidnapped from Florida hospital as a newborn describes new life

5 Productive Things You Can Do While In Quarantine - Make The Best Of Your
Time At Home
Money.com | Sponsored

The Pillow Taking The Internet By Storm...
Sleepgram | Sponsored

Don't Ignore Your Dog's Dental Hygiene, Try This Simple Tip
Petlab Co. | Sponsored

ABC News Network | Privacy Policy | Your CA Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | Terms of Use | Do Not Sell My Info | Contact Us

Copyright © 2020 ABC News Internet Ventures. All rights reserved.

TDP_000137

TDP_000138



## Chip in to our biggest organizing program ever >>

The stakes have never been higher -- we're building out an organizing program that will redefine what it means to organize in Texas.

| $25 | $50 |
| $100 | $250 |
| $500 | or chip in another amount |

*If you've saved your information with ActBlue Express, your donation will go through immediately.

JANUARY 13, 2020   /   MEDIA

# 2020 Series: Let's Register Texans to Vote



SHARE

*Texas Democrats 2020 Series is a multi-part look on Texas Democrats' path to victory in 2020. In today's post, we look at Texas' rapidly growing electorate and how we're going to get more Texans registered to vote.*

Texas is the biggest battleground state in the country.

TDP_000139

The rapidly emerging Democratic coalition in Texas has set the stage for historic Democratic gains at the ballot box. In order to close the statewide gap and win in 2020, *we must register and engage a new electorate that is more progressive and represents the diversity of our great state.*

Texas Democrats are building state party infrastructure unprecedented in its capacity and momentum — and we're undertaking the most expansive voter registration program in our party's history. We have been working diligently to register more Texas voters ahead of the 2020 election and we are thrilled to share our voter registration plans with you today.



*Looking forward to 2020, there remain 2,600,000 unregistered voters in Texas who are likely to vote Democratic, if registered.*

During the 2018 midterm elections, thanks to our voter registration initiatives, we helped 133,000 Democratic Texans register shortly before the registration deadline — and 120,000 of those who registered, voted. These efforts and successes of registering 133,000 voters represent a high watermark among progressive efforts and surpass any Republican effort.

These investments had a monumental impact and contributed to — and in some cases equaled — the margin of victory in congressional and legislative districts that flipped from Republican to Democrat.



This year offers even greater potential to add more Democrats to the rolls. Looking ahead to the October deadline, the Texas Democratic Party is

TDP_000140

focused on registering a share of the estimated 2,600,000 Texans who are likely to vote Democratic if they register to vote.

Through the shifting demographics in Texas, amplified by Texas Democrats' aggressive voter registration initiatives, we anticipate the voter rolls will swell to upwards of 18,000,000 registered voters in 2020.

Texas Democrats have been putting in the work to ensure November 2020 marks a new era in Texas politics — one where every single Democrat is ready, able and mobilized to vote. But these trends didn't just start in 2018. A look at how voter registration has changed over the past decade reveals more Texans have been registering. One thing we know is that most new voters are voting for Democrats.

## 2020 Data

### Registered Voters in Texas



According to an *independent analysis by TargetSmart*, "2,644,532 people have registered to vote in Texas" since the 2016 Election Day and "1,660,173 of those new voters are people of color and/or under the age of 25. Trump carried the state by 807,179 votes."

These recently registered voters and those we register this cycle are primed and ready to be mobilized to the polls. Turnout is highly expected to increase in 2020, not only because turnout normally surges in presidential elections compared to midterms, but also due to the polarizing nature of the Trump presidency.

### Where are potential new Democratic voters?

TDP_000141



**Potential New Democrats
House Districts**
* as of June 2019

Key

PND (All)
| | 5634 – 10000 |
| | 10000 – 15000 |
| | 15000 – 20000 |
| | 20000 – 25000 |
| | 25000 – 30000 |
| | 30000 – 33163 |

## TEXAS ★ DEMOCRATS

There are Democrats to register in most of Texas' 8,000+ precincts — but to maximize our pick-ups this November, Texas Democrats are adopting targeted strategies to grow the Texas electorate.

For instance, there is a concentration of unregistered voters in target State House districts, including 210,000 potential new Democrats in 12 districts that flipped in 2018. Additionally, there are 315,000 potential new Democrats in 18 targeted State House districts for 2020.



## Potential New Democrats
## US Congressional Districts





| Key | |
|---|---|
| **PND (all)** | |
| ☐ | 46000 - 61000 |
| ☐ | 61000 - 76000 |
| ☐ | 76000 - 91000 |
| ☐ | 91000 - 106000 |
| ■ | 106000 - 122000 |

### TEXAS ⭐ DEMOCRATS

At the congressional level, we estimate there are 495,000 potential new Democrats in the eight DCCC-targeted districts. In order to turn Texas blue up and down the ballot, we're strategically ramping up our voter registration efforts to ensure we flip these districts come November.

Engaging African American, Asian American, and Latinx constituencies



**Unregistered Democrats by ethnicity**

Our African American, Asian American, and Latinx communities represent a significant portion of unregistered voters in Texas. There are also major opportunities to register and expand participation among the LGBTQ+ community, and people with disabilities.

Texas Democrats are recruiting and training constituency organizers tasked with mobilizing these communities and strategically spearheading voter registration efforts among these likely Democratic voters. We will talk more about our constituency organizing programs below.



TDP_000143

Turning Out Young Voters



Texas Democrats know that turning out the youth vote will be critical to our success in 2020. There are 1,600+ high schools in Texas with students who are turning 18. Additionally, there are 600+ colleges, community colleges, and trade schools in Texas with unregistered students. The Texas Democratic Party is working alongside fellow Democratic organizations to ensure these young voters are pinpointed for voter registration and mobilization.



## How We're Going to Register More Voters

The Texas Democratic Party works diligently to ensure that all eligible Texans are registered and energized to turn out and vote. We're making unprecedented investments in voter registration in order to maximize on the unparalleled enthusiasm amongst Democrats in Texas. In order to engage with as many unregistered Texans as possible, Texas Democrats are launching and expanding various strategies that will set the stage for a blue Texas.

### Data-driven strategies

Early, major investments in data programs are key to turning out new and low propensity voters. The Texas Democratic Party is growing the data team significantly in order to capture and identify new registrants earlier. We are building machine-learning-based models to quickly identify the partisanship-

leaning of new and low propensity voters so that campaigns can mobilize Democratic voters. Additionally, we are hiring support staff to embed directly with campaigns to support local organizing efforts.

### Registering voters in person

In order to win the White House, take out John Cornyn, send more Texas Democrats to Congress, flip the Texas House, and elect hundreds of local Democrats across the state, Texas Democrats are spearheading an expansive, statewide grassroots initiative to reach every part of our growing Democratic movement.

We are going to have 1,000 field organizers and canvassers on the ground in 2020. We are proactively chasing voter registration forms sent to new Texas residents, knocking on the doors of Texans who need to get registered, partnering with organizations doing high school and college campus organizing, and developing and fostering a culture of registration amongst Texans.

We have hired dedicated staff to engage every part of our Democratic coalition — including our AAPI, African-American, Latinx, LGBTQ+, youth, and Disability communities — and to narrow the gap in rural committees. Texas Democrats' constituency organizers are identifying the highest impact means to reach the most people. They're reaching out to small businesses, faith groups, chambers of commerce, and community leaders with strong networks — enlisting and mobilizing advocates for voter registration and participation among within each community.

"Hotspot" registration, or registration drives at public venues where potential Democratic voters gather, is one of the most common registration tactics. This is a tried and true method, and our team will continue to train and mobilize volunteers in every corner of the state in using these best practices. But Texas Democrats are also gearing up to reach our voters directly where they live.

In the coming weeks, we will announce significant partnerships and investments in door-to-door registration. First, a mobile toolkit that empowers volunteers to easily find, canvass, and efficiently register potential new Democrats. And soon, we'll deploy our first round of field staff to neighborhoods in targeted districts with the most Democrats to register.

If you're looking to join our registration teams, the first step is becoming a volunteer deputy registrar. Volunteer deputy registrars are responsible for officially registering voters in the State of Texas. Appointed by county voter registrars, deputy registrars are tasked with helping increase voter registration across our great state. *To learn more about becoming a Volunteer Deputy Registrar, visit the Secretary of State's website and make sure you've signed up to volunteer with the Texas Democratic Party for registration opportunities.*

### Adopting a Digital Approach to Voter Registration

Through our online hub for expanding and protecting the vote — *MyTexasVotes.com* — Texans can register to vote, learn more about voting, find their polling place, print their Democratic ballot, report any challenges

while voting, and more. We must amplify efforts to reach voters who may be unfamiliar with their voting options.

Thanks to our partnership with Register2Vote, eligible Texans can sign up to register at *My-TexasVotes.com* and receive a pre-filled application in the mail with a stamped envelope addressed to their local elections office. We're equipping the thousands of candidates, local parties, precinct chairs, and partners to use their online networks to spur more registration, and we are amplifying their efforts by investing in the aggressive digital promotion of this one-stop-shop for all things related to voting.

Registering voters by mail

We're making it easier to register to vote and challenging the hurdles erected by Republicans to make it harder to vote. Republicans know that the only way they continue to win elections is through suppressing the vote because when more people vote, Democrats win.

One big way that we're engaging with unregistered Texans is through voter registration by mail. The Texas Democratic Party is gearing up to mail hundreds of thousands of voter registration applications to unregistered voters across the state. Once we've sent the registration cards, we follow-up with texts, calls, and knocks, to guarantee these Democratic Texans are on track to vote.

This program is a priority for Texas Democrats; voter registration is the first critical step on the path to victory for flipping our state. By registering and mobilizing this significant chunk of unregistered Texans, Texas Democrats will be that much closer to turning Texas blue up and down the ballot.



FOR JUST $1, YOU COULD SPONSOR 2 VOTER REGISTRATION CARDS FOR UNREGISTERED, LIKELY DEMOCRATIC VOTERS

Let's register more Texans. Chip in today:

| $25 | $50 |
| $100 | $250 |
| $500 | ...or chip in another amount |

*If you've saved your information with ActBlue Express, your donation will go through immediately.

Maintaining free and fair elections is crucial in a democracy, which is why there are few things more important than the sanctity of the vote.

When we amplify our voices at the ballot box, we take ownership of our collective future as Texans, and as Americans.

This leads us into our next major voter expansion project:

Stopping Republican Voter Suppression

It's no secret that Texas Republicans actively work to suppress voting access — and we will fight back every one of their attempts to silence the voices of Texans who have registered or are trying to register.

Texas Democrats set into motion a successful 2020 election when we stopped former Secretary of State David Whitley from threatening the voting rights of thousands of Texans. When Whitley unsuccessfully attempted to purge 100,000 voters from the registration rolls, through fabricated claims of noncitizens voting, it was *Texas Senate Democrats, the Texas Democratic Party, and voting rights activists* who fought day in and day out to put an end to the corrupt Republican effort. Democrats in the Texas Senate kept a watchful eye on Republicans who sought to scare, confuse, and intimidate Texans from participating in their democracy. Their uncompromising will and determination led to the ouster of an anti-voter Secretary of State for the first time in memory and helped protect our right to vote.

The right to vote remains under unprecedented attack. The Republican establishment in Texas has developed a systematic scheme to keep Texans of color from being heard and represented. Texas Democrats are fighting these attacks head-on and working harder than ever to protect and expand the vote, including by challenging these voter suppression efforts in court.

In January 2020, The Texas Democratic Party, the Democratic Senatorial Campaign Committee and the Democratic Congressional Campaign Committee filed a lawsuit challenging an unconstitutional electronic signature ban spearheaded by the Texas Secretary of State. In an effort to make it harder to vote, the Texas Secretary of State urged counties to reject thousands of voter registration forms with electronic or imaged signatures, claiming they lacked the required original signatures. We're challenging the ban in court because not only is it inconsistent with a federal court ruling that found no "legal impediment" to using electronic signatures, but it's also an unconstitutional tool in the broader Republican effort to suppress voting access.

Texas Democrats filed a motion in an ongoing lawsuit to force the Texas Department of Public Safety (DPS) to comply with the National Voter Registration Act. DPS has failed to properly register voters who submit forms in person at DPS offices. Not only that, but DPS has aided Republicans' illegal voter purge efforts. During the 18 months between September 2013 and February 2015, the Secretary of State's Elections Division received more than 4,600 complaints from voters about voter registration practices at DPS. We have joined the fight against DPS for actively participating in Republican schemes to limit voting resources and make it harder for Texans to vote.

TDP_000147

The best and most lasting way to improve the lives of every Texan, especially the most marginalized among us, is to ensure continued access to the polls. We are actively fighting against Republican efforts to hinder voting access, because when we all vote, the better we all do.

Voter Protection

Texas Democrats are launching a myriad of initiatives with the sole purpose of protecting the vote. In addition to the strategies outlined above, Texas Democrats are partnering with national organizations founded on the mission to protect voting access. We have a few more big announcements at the end of this month. Stay tuned!

In the coming week, we're launching a year-round voter assistance hotline. Like MyTexasVotes.com, this resource ensures Texans have quick access to voting information and can flag any problems they may have related to voting. We have dedicated staff to answer any voter's questions and make it easier for Texans to be heard.

## Investment and Conclusion

Democracy works better when more people vote, not less. To boost participation in a state as diverse as Texas, both in terms of our people and our geography, Texas Democrats know that there is no one-stop strategy.

That's why we're coming together like never before to expand voter registration. We're mobilizing our core supporters, and engaging new Texans residents. We've expanded our voter information hub, *MyTexasVotes*, to ensure every Texan has access to voting information. We've recruited and trained constituency organizers tasked with mobilizing and energizing every part of our Democratic coalition. We're launching new partnerships to amplify our voter protection efforts. Texas Democrats are going to turn Texas blue up and down the ballot through our expansive, unparalleled voter registration initiatives.

This is the fight of our generation. Help us close the statewide gap by donating to the Texas Democratic Party. When we as Democrats register ourselves, our friends, our families, and our neighbors, we will save our state, save our country, and save our planet.

FOR JUST $1, YOU COULD SPONSOR 2 VOTER REGISTRATION CARDS FOR UNREGISTERED, LIKELY DEMOCRATIC VOTERS

## Let's register more Texans. Chip in today:

| $25 | $50 |
|------|------|
| $100 | $250 |
| $500 | ...or chip in another amount |

*If you've saved your information with ActBlue Express, your donation will go through immediately.

▢ Back to news

☐Previous Post

**RELEASE: Texas Democratic Party Announce Largest Voter Registration Program in Texas History**

January 13, 2020

Next Post☐

**Texas Democratic Party on Republican Governor Greg Abbott Opting Out of Refugee Program**

January 10, 2020



Home     Our Party     Get Involved     Events     Media     Donate

ABOUT
Our Party
Party Platform
Our Leaders
Elected Officials
County Parties
Party Officers
Executive Committee
DNC Members
Party Resources
Staff
Work with Us
Media Center

ACTION CENTER
Volunteer
Donate
Find My County
Find an Event
Submit an Event
Request a Speaker
Run for Office
Request VAN access
Voting Resources
Training Resources
Register to Vote
Shop

BUILD TOGETHER
African Americans
Asian Americans
Texas Democrats with Disabilities
Environmental Democrats
Hispanics & Latinos
Labor
LGBTQ Community
Non-Urban, Rural Texans
Students & Young Texans
Veterans
Women

PO Box 15767, Austin, TX 78761

yellowdog@txdemocrats.org  |  press@txdemocrats.org

Office: 512-478-9800  |  Privacy Policy  |  Contact Us

Paid for by the Texas Democratic Party, www.texasdemocrats.org.
This communication is not authorized by any candidate or candidate's committee.

©2020 Texas Democratic Party. All Rights Reserved.

* By providing your cell phone number you consent to receive periodic voting reminders and updates on
how you can help elect more Democrats via text message from your Texas Democratic Party when you
enter your cell phone number. Text STOP to cancel or HELP for help. Msg & Data rates may apply.

TDP_000150

## Chip in to our biggest organizing program ever >>

The stakes have never been higher -- we're building out an organizing program that will redefine what it means to organize in Texas.

| | |
|---|---|
| $25 | $50 |
| $100 | $250 |
| $500 | ...or chip in another amount |

*If you've saved your information with ActBlue Express, your donation will go through immediately.

JANUARY 13, 2020  /  MEDIA, PRESS

# RELEASE: Texas Democratic Party Announce Largest Voter Registration Program in Texas History

Austin, TX —— Today, the Texas Democratic Party announced its innovative 2020 voter registration program — the largest in Texas history.

*To read about the new, expansive program, click here.*

For our voter registration program, the Texas Democratic Party plans to put 1000 field staff and canvassers on the ground across the state, mail Texans who need to get registered a voter registration card, proactively chase voter registration forms sent to Texans, working alongside

SHARE

| Volunteer | Register to vote | Donate |
|---|---|---|

launched a year-long voter protection hotline where voters can get the information they need to register to vote and cast their ballot.

**More highlights from the programs include:**

- We are going to have 1,000 field organizers and canvassers on the ground in 2020.
- The Texas Democratic Party is gearing up to mail hundreds of thousands of voter registration applications to unregistered voters across the state.
- We're launching a year-round voter assistance hotline.
- We are building machine-learning-based models to quickly identify the partisanship-leaning of new and low propensity voters so that campaigns can mobilize Democratic voters.
- We are hiring dedicated staff to engage every part of our Democratic coalition — including our AAPI, African-American, Latinx, LGBTQ+, youth, and Disability communities — and to narrow the gap in rural committees.
- The Texas Democratic Party is working alongside fellow Democratic organizations to ensure these young voters are pinpointed for voter registration and mobilization.

**By the numbers:**

- We anticipate the voter rolls will swell to upwards of 18,000,000 registered voters in 2020.
- The Texas Democratic Party is focused on registering the estimated 2,600,000 Texans who are likely to vote Democratic if they register to vote.
- At the congressional level, we estimate there are 495,000 potential new Democrats in the eight DCCC-targeted districts.
- We estimate 210,000 potential new Democrats in the 12 state house districts that flipped in 2018. Additionally, there are 315,000 potential new Democrats in 18 targeted State House districts for 2020.

**Texas Democratic Party Deputy Executive Director Cliff Walker issued the following statement:**

"Texas is the biggest battleground state in the country. We know that our democracy works better when more people vote, not less. The rapidly emerging Democratic coalition in Texas has set the stage for historic Democratic gains at the ballot box. That's why the Texas Democratic Party is proud to be launching our most expansive voter registration program yet.

"We are committing our resources to register and engage a new electorate that is more progressive and represents the diversity of our great state. Shifting the electorate in Texas is our top priority. We will win the White House, take out John Cornyn, send more Texas Democrats to Congress, break the supermajority in the Texas Senate, flip the Texas House, and elect hundreds of local Democrats across the state."

*For more reading, check out ABC's exclusive story here.*

###

☐ Back to news

☐ Previous Post

## RELEASE: Trump and Cornyn Continue to Lie

Next Post ☐

## 2020 Series: Let's Register



READY TO GO?

# Let's elect more Texas Democrats

I want to receive text messages from my Party. *

I'm in



Home        Our Party        Get Involved        Events        Media        Donate

ABOUT                    ACTION CENTER              BUILD TOGETHER

Our Party                Volunteer                 African Americans

Party Platform           Donate                    Asian Americans

Our Leaders              Find My County            Texas Democrats with Disabilities

Elected Officials        Find an Event             Environmental Democrats

County Parties           Submit an Event           Hispanics & Latinos

Party Officers           Request a Speaker         Labor

Executive Committee      Run for Office            LGBTQ Community

DNC Members              Request VAN access        Non-Urban, Rural Texans

Party Resources          Voting Resources          Students & Young Texans

Staff                    Training Resources        Veterans

Work with Us             Register to Vote          Women

Media Center             Shop

PO Box 15707, Austin, TX 78761

yellowdog@txdemocrats.org  |  press@txdemocrats.org

Office: 512-478-9800  |  Privacy Policy  |  Contact Us

Paid for by the Texas Democratic Party, www.texasdemocrats.org.
This communication is not authorized by any candidate or candidate's committee.

©2020 Texas Democratic Party. All Rights Reserved.

\* By providing your cell phone number you consent to receive periodic voting reminders and updates on how you can help elect more Democrats via text message from your Texas Democratic Party when you enter your cell phone number. Text STOP to cancel or HELP for help. Msg & Data rates may apply.

TDP_000156



# Chip in to our biggest organizing program ever >>

The stakes have never been higher -- we're building out an organizing program that will redefine what it means to organize in Texas.

$25

$50

$100

$250

$500

...or chip in another amount

*If you've saved your information with ActBlue Express, your donation will go through immediately.

## TEXAS DEMOCRATS



En español

## TEXAS DEMOCRATS

# Democratic Leaders

SHARE

f

Our Party

Leaders

Volunteer | Register to vote | Donate

TDP_000157



County Parties

Resources

Training

Contact

We are the party of countless Texans who believe in a fair shot for all. We stand on the shoulders of giants, like President Lyndon B. Johnson, Sam Rayburn, Barbara Jordan, Henry B. Gonzalez, and Ann Richards. **Get to know our Party leaders who work each day to make Texas a better place for your family:**

### Elected Officials

Meet your Democratic champions in office.

### Party Officers

Learn more about your Texas Democratic Party officers.

Volunteer | Register to vote | Donate

TDP_000158

## County Parties

Connect with your county party.

## Executive Committee

Meet the governing body of your
Texas Democratic Party.

## DNC Members

Get to know the Texans who
represent you at the DNC.

## Staff

Don't be afraid to drop us a note.

| Volunteer | Register to vote | Donate |

TDP_000159





TDP_000160



TDP_000161



Our Leaders – Texas Democrats

Donate

Find My County

Find an Event

Submit an Event

Request a Speaker

Run for Office

Request VAN access

Voting Resources

Training Resources

Register to Vote

Shop

BUILD TOGETHER

African Americans

Asian Americans

Texas Democrats with Disabilities

Environmental Democrats

Hispanics & Latinos

Labor

LGBTQ Community

Non-Urban, Rural Texans

Students & Young Texans

Veterans

Women

PO Box 15707, Austin, TX 78761

yellowdog@txdemocrats.org

press@txdemocrats.org

Office: 512-478-9800

Privacy Policy

Contact Us

Paid for by the Texas Democratic Party. www.texasdemocrats.org.
This communication is not authorized by any candidate or candidate's committee.

Volunteer      Register to vote      Donate

TDP_000162

©2020 Texas Democratic Party. All Rights Reserved.

* By providing your cell phone number you consent to receive periodic voting reminders and updates on how you can help elect more Democrats via text message from your Texas Democratic Party when you enter your cell phone number. Text STOP to cancel or HELP for help. Msg & Data rates may apply.

Volunteer | Register to vote | Donate

TDP_000163



TEXAS DEMOCRATS

# Platform

Party Resources          Party Platform          Party Rules          Our Texas Bill of Rights

Executive Committee          County Parties

# Texas Democratic Party
# 2018 – 2020 Platform

STATE REPRESENTATIVE CELIA ISRAEL, CHAIR
PASSED BY THE PLATFORM COMMITTEE
JUNE 23, 2018

NOTE: GRAMMATICAL AND TECHNICAL CORRECTIONS WILL BE MADE
TO THIS DOCUMENT IN A TIMELY MANNER.

SHARE

| Volunteer | Register to vote | Donate |

> *Texas Democrats believe government exists to achieve together what we cannot achieve as individuals; and government must serve all people. A representative democracy is only truly representative if every single citizen is guaranteed the inalienable right to vote in fair and open elections.*

PREAMBLE, TEXAS DEMOCRATIC PARTY PLATFORM

## PREAMBLE

Texas Democrats believe government exists to achieve together what we cannot achieve as individuals and that government must serve all people. A representative democracy is only truly representative if every single citizen is guaranteed the inalienable right to vote in fair and open elections.

## EQUALITY & FREEDOM

Texas Democrats believe in equal opportunities and freedom for all human beings no matter a person's race, disability, religion, gender identity, sexual orientation, socioeconomic or immigration status.

## SMART GOVERNMENT

Texas Democrats believe in a fair criminal justice system serving all people; robust public and higher education opportunities are critical for our future; and our economy must benefit all Texans.

## A HEALTHY TEXAS

Texas Democrats believe healthcare is a right; women's rights are human rights; we owe future generations a clean and healthy planet; and a strong social safety net creates opportunity for all Americans.

---

## Principles of the Texas Democratic Party

Texas Democrats believe democratic government exists to achieve as a community, state, and nation what we cannot achieve as individuals; and that it must serve all its citizens.

We believe every Texan has inalienable rights that even a majority may not take away:

- the right to vote;
- the right to fair and open participation and representation in the democratic process;
- the right to health care; and
- the right to privacy.

We believe in freedom:

- from government interference in our private lives and personal decisions;
- from discrimination based on race, ethnicity, national origin, disability, gender, sexual orientation, gender identity/expression or any other improper grounds;
- to exercise civil and human rights; and
- of religion and individual conscience.

We believe in responsibility:

TDP_000166

- that religion and individual conscience can never serve to excuse hatred and discrimination;
- that people are responsible for their actions;
- that we, who have benefited so greatly from our state and country, have a responsibility to support and give back to all our communities and public institutions; and
- that corporations are not people and should not be used to shield individuals from the responsibilities of their actions.

We believe in equal rights:

- guaranteed in Section 3 of the Texas Bill of Rights;
- equality under the law guaranteed in Section 3a of the Texas Bill of Rights; and
- that no state may deny any person equal protection of the laws or due process under the law as guaranteed in the 14th Amendment to the U.S. Constitution.

We believe in equal opportunity:

- to receive a quality public education, from childhood through college;
- to find a good job with dignity;
- to buy or rent a good home in a safe community;
- to breathe clean air and drink clean water; and
- to have our voices heard and not be drowned out by the power of unlimited money to influence or buy elections and legislation.

We believe a growing economy should benefit all Texans:

- that the people who work in a business are as important as those who invest in it;
- that every worker should be paid a living wage of at least $15-an-hour;
- that good business offers a fair deal for customers;
- that regulation of unfair practices and rates is necessary;
- that the burden of taxes should be fairly distributed;
- that government policy should not favor corporations that seek offshore tax shelters, exploit workers, or pollute our environment; and all people, including those with disabilities.

We believe that our lives, homes, communities and country are made secure:

- by appropriately staffed, trained and equipped military, law enforcement and emergency services;
- by retirement and pension security;
- by responsible gun ownership;
- by encouraging job security where it is possible and providing appropriate assistance and re-training when it is not;
- by the preservation of our precious natural resources and quality of life;
- by ensuring that families have easy access to good food with clear understanding of the food quality and source, so they may make informed decisions on their family's health and well-being;
- by compassionate policy that offers a safety net for those most vulnerable and in need; and
- by family values that are promoted through policies that value all our families.

We believe in America:

- made stronger by the men and women who put their lives on the line when it is necessary to engage our military to secure our nation; and
- made more secure by competent diplomatic leadership that uses the moral, ethical, and economic assets of a powerful, free nation to avoid unnecessary military conflict.

We believe in Texas:

- made stronger by the individual strengths of our diverse population;
- blessed with opportunities provided by agriculture, "old" and "new" energy sources, renowned medical and research institutions and high tech industries;
- and we believe in the need for an honest, ethical state government that serves the public interest, not the special financial interests of those who "pay to play."

---

## CRIMINAL JUSTICE REFORM

Texas Democrats believe that our criminal justice system should be transformed and focused on barriers to justice, root causes of crime, and alternatives to imprisonment. We must address the institutional and implicit biases that lead people of color and low-income people to be prosecuted

more harshly than whites arrested for the same crimes, as well as laws and practices that are unfair and failing. We also support restorative justice, proposals to reduce mass incarceration, and justice for the most vulnerable in our society – particularly people with mental illness and intellectual or developmental disabilities, immigrants, veterans, and the LGBTQ community. As Democrats, we cannot accept a criminal justice system that is ineffective at reducing violence, preventing recidivism, or addressing the root causes of crime. Texas Democrats are committed to accountability and crime reduction as the necessary response to Texas' expanding prison industrial complex. We support programs that provide training of law enforcement, legal professionals, and victim service professionals to address barriers to justice for impacted individuals. In lieu of incarceration, Texas Democrats support practical solutions of diversion, rehabilitation, and the use of screenings to correctly identify disabilities and that provide fiscal benefits to our state and our communities.

Bail Reform

The Texas criminal justice system discriminates against the poor and people of color. Studies have revealed irrefutable evidence of racial and ethnic disparities throughout the criminal justice system, beginning with the initial contact with a law enforcement officer and arrest, proceeding through charging and bail and culminating with sentencing and appeal. Systemic racism and discrimination in the criminal justice system leads to disproportionate differences in rates of arrest, detention, conviction, and length of prison sentence.

Counties throughout the state maintain pretrial justice systems that process arrested persons in an assembly-line manner. Money, or the lack thereof, determines whether these pretrial detainees will be released or held in custody.  County jails are overcrowded and poorly funded.  People who cannot afford to be released on money bail languish in deplorable conditions for months on end while their case proceeds slowly through the court system. This often causes defendants who maintain their innocence to seek plea agreements and to plead guilty simply to be released from jail so they can return to their families and employment.

On any given day, thousands of people who are charged with misdemeanors and nonviolent crimes are housed in the nation's jail system who have not been convicted of a crime, and are in jail for no reason other than they cannot afford the money bail they required to be released

TDP_000169

pending disposition of their cases.  These people are disproportionately poor and people of color, and pose no public safety risk to the community.

Across the country, criminal justice reformers are moving to reform the pre-trial release system and replace money bail with a system that relies on risk assessment tools. As of 2017, twenty-nine cities and states have adopted computerized risk-assessment bail systems that determines an individual's flight and safety risk scores, primarily based on a defendant's age, criminal history, and nature of the charged offense.  A risk-assessment bail system allows judges to release low or medium risk defendants on their own personal recognizance by adding conditions specifically calculated to ensure the defendant will appear in court.

The State of Texas should join the states, counties, and municipalities across the nation that have soundly rejected the excruciatingly unfair money bail system and replace it with risk-assessment bail systems. A risk assessment bail system would save Texas taxpayers hundreds of millions of dollars in pretrial detention costs, and would remove corruption from the pretrial criminal justice system caused by a money bail system.

The bail system in Texas must change. Justice should not be measured by wealth and privilege. Fairness, due process, and equal protection should be the overriding goals of the criminal justice system. The Texas Democratic Party believes that all people must be afforded the same access to justice regardless of socio-economic status, race, religion, country of origin, or sexual orientation.

The Texas Democratic Party Supports amending Texas Constitution Art. 1 § 11, § 13 and Texas Code of Criminal 17.01 and 17.02 to create a pre-trial release system that:

- presumes release on personal recognizance for people charged with non-violent offenses who have little or no criminal history;
- requires immediate release of low-risk defendants under the least restrictive conditions necessary to guarantee appearance at court proceedings;
- requires judges to use an automated, pretrial risk assessment system designed to release low-risk, non-violent detainees on personal recognizance bond as soon as possible;
- requires judges and magistrates to make detention decisions within 48 hours after arrest; and
- requires judges and magistrates to determine "clear and convincing evidence" of risk when they deny bail.

The Texas Democratic Party supports:

- enacting legislation that requires people suspected of minor, non-violent misdemeanors be issued summons to appear in court rather than placed under arrest;
- enacting legislation requiring counsel at all initial pre-trial release hearings in which a person will not be immediately released on personal recognizance;
- legislation requiring staffed pretrial release service programs tasked with preparing initial entry risk assessments for hearing officers, prosecutors, and defense counsel;
- enacting legislation requiring all pretrial release hearings be held in public, open courts with a meaningful opportunity for defense counsel to present information supporting pretrial release under the least onerous conditions;
- enacting legislation that will require pretrial release on personal recognizance pending trial under the least restrictive conditions necessary;
- therapeutic jurisprudence approaches to criminal and juvenile justice, including the utilization of treatment programs and deferring adjudication to avoid permanently criminalizing or incarcerating individuals; and
- the establishment of diversification courts, commonly referred to as "drug courts" and "veterans courts" whose jurisdiction includes veterans, juveniles and nonviolent drug offenders.

**Reentry**

Texas Democrats support programs that decrease recidivism by providing ex-offenders with a pathway back to productive participation in society. Texas Democrats support reducing recidivism by:

- restoring funding that Republicans have cut from the state prison system's Windham School District and from programs for inmates to take higher education courses, and expanding access to those courses;
- increasing access to rehabilitation and re-entry programs, with a special emphasis on reducing drug use among people released from prison, including the reversal of policies that deny student loans and grants to those who have completed sentences for drug felonies; and
- allowing appropriate partnerships with faith-based programs that address re-entry preparation.

Texas Democrats support policies that:

- provide sensitive treatment for the victims of crime, and stronger emphasis on compensation to crime victims by the criminals themselves;
- reform probation to more closely supervise probationers in their communities and provide alternate means of punishing them, such as local jail time, house arrest, additional counseling, and self-help programs, without sending them to a state prison or imposing excessive registration requirements which prevent re-entry;
- significantly reduce the number of people re-incarcerated for technical violations of parole or probation, such as missing an appointment with a supervisory officer;
- staff the Parole Division to achieve the 60:1 ratio of parolees to parole officers; and
- enforce existing laws that reinstate an ex-offender's right to vote once they have paid their debt to society. We support expunging the criminal records of defendants successfully completing deferred adjudication supervision in nonviolent misdemeanors and felonies.

## Mass Incarceration

Texas has the 5th highest incarceration rate in the United States. Though the U.S. accounts for only about 4 percent of the world's total population, we have about 22 percent of its prison population. Texas spends more than $60 million each year to incarcerate drug users, not traffickers and the net result is a 63% re-arrest rate. Revocations from probation are also a leading cause of mass incarceration and continue to contribute to significant number of new intakes.

Our criminal justice system is failing Texans and as a result, our law enforcement is forced to jail individuals who would be better served with substance abuse or mental health treatment.

Though drug offenses are the major driver of the incarceration rate for federal prison populations, most inmates in state prisons are there for violent crimes. Simply stated, the most significant driver of incarceration overall is the length of sentences in state prisons. So-called "three strikes" laws, mandatory minimums, "truth in sentencing" laws, and other changes in recent decades have increased the average time actually served for a crime. Texas Democrats support:

- reducing the number of people entering jails and prisons by eliminating the extreme laws and policies that drive extraordinarily long prison terms;

streamlining our parole and probation systems so that the small number of individuals who pose little or no risk can be safely allowed to reenter their communities;

- allowing judges to use discretion to reduce sentences where the specifics of the situation justify it;
- ending the practice of sending poor people to jail or prison for inability to pay fines and court costs;
- revising sentencing guidelines to eliminate mandatory minimums for all non-violent offenders;
- repealing "three strikes" legislation and "truth in sentencing" legislation that limits eligibility for parole. Texas currently requires that at least 50% of a sentence be served before eligibility;
- eliminating prosecutorial abuse, where the emphasis should be on justice rather than on conviction rates;
- expanding evidence-based opportunities for release that promote safety and success for those returning to their communities;
- eliminating incarceration as a penalty for low-level, non-violent offenses, especially when these offenses are the result of mental illness, drug addiction, or first-time offenses;
- ending the practice of arresting individuals for offenses that call for a citation;
- treating drug use as a public health challenge rather than as a crime;
- reducing possession of small amounts of controlled substances, per the prescribed schedules in the Controlled Substances Act, to a misdemeanor, even when it is a repeat offense;
- accessible, affordable, community-based outpatient care and insurance for mental health treatment;
- incentive programs to expand psychiatric residency programs and increase the availability of trauma-informed mental health services for the poor and veterans;
- redirecting mentally ill offenders from the criminal justice system to treatment programs when the risk to public safety is low;
- using the savings on prison and jail costs to fund mental health services, drug treatment programs and rehabilitation programs; and
- ending the practice in Texas of using jails as the largest providers of mental health services, as the practice is inhuman, ineffective, and expensive.

## School to Prison Pipeline

Texas Democrats are dedicated to reforming the methods by which discipline is imposed in the public school system. We adamantly oppose all policies that lead our children from the steps of the schoolhouse directly to the halls of the juvenile criminal justice system. The school-to-prison pipeline is a concept that describes how "zero tolerance" educational policies dictate severe consequences for minor infractions. Texas Democrats support

- an increased budget for counseling services to assist student at all of our Texas school districts;
- including comprehensive training of school district, administration, staff and law enforcement (school resource officers), including training for Children's Crisis Intervention Training (CCIT), trauma-informed care (TIC) and restorative justice (also known as restorative discipline);
- creating more recovery-oriented educational supports, such as School-Wide Positive Behavioral Interventions and Support (SWPBIS) and classroom-based Social and Emotional Learning (SEL);
- using positive behavioral interventions and support on a school-wide basis;
- discontinuing the use of extreme measures such as restraint and seclusion, as well as any measures that cause the physical, emotional, or psychological pain of students, with or without disabilities, for any reason;
- reducing the use of punitive discipline, up to and including police arrests, as manifest in the "school-to-prison pipeline," in which students–disproportionately African American–are alienated from academic pursuits and become increasingly subject to the criminal justice system;
- expanding the use of proactive, trauma-informed, equity-driven approaches that lead to more positive behavioral outcomes, including but not limited to Positive Behavioral Interventions and Supports (PBIS) and Social Emotional Learning (SEL);
- repealing traditional, exclusionary approaches to discipline, such as expulsion and suspension, which disproportionately affect racial and ethnic minority students, as well as special education students;
- repealing the use of any measures that cause the physical, emotional, or psychological pain of students, with or without disabilities, for any reason, such as the use of extreme measures, such as restraint and seclusion.

**Juvenile Justice**

Juveniles are presumed to be less culpable for their crimes than adults and therefore have a constitutional right to be treated differently. Current neuroscience tells us that a child's brain continues to develop into the mid-twenties. Prison-style incarceration does young offenders more harm than good. The use of tasers and pepper spray at Texas Juvenile Justice Department (TJJD) facilities, recent scandals related to sexual assault by staff on youth, and issues of understaffing require that we start to finally close our largest most dangerous facilities and finish the process of moving youth closer to home. Community-based juvenile justice prevention and intervention programs can ultimately reduce adult crime, Texas' high incarceration rate, and the need for prison construction. Texas Democrats support:

- ensuring that the primary goal of juvenile justice is to rehabilitate youth – not to create a feeder system for privatized for-profit, adult prison facilities;
- raising the age of criminal prosecution from 17 to 18 years of age; and
- further reducing the incarceration of youth in large state facilities to ensure that youth are housed in smaller, better staffed, child-focused, family-centered facilities closer to home, with the ultimate goal of eliminating the warehousing state facilities all together.

## Policing and Building Community Partnerships

Texas Democrats believe that our law enforcement agencies should embrace and reflect the diversity within their ranks and the communities that they serve. The most vital element connecting law enforcement and the people they protect and serve is trust. Unfortunately, poor relations between community members and law enforcement officers have created feelings of distrust, anger, and fear. For far too long, a disproportionate number of citizens have been subjected to violations and injustice suffered at the hands of those sworn to serve and protect. Over the last few years, the advent of social media has revealed numerous tragic events as they unfolded in real time, exposing the rest of America to what persons of color have experienced far too often.

Law enforcement must engage the communities they serve, and establish relationships with their citizens based on mutual respect and trust. The mantra "to serve and protect" must be applied equally to all communities, and we applaud police departments who have moved from a "warrior" to a "guardian" ethos in training and policies.

Democrats believe in a community-policing based on best practices that support communities rather than outmoded "broken windows" theories of justice that lead to the over incarceration of adults and youths, and destroying families. Texas Democrats support restoring trust between police and our communities by:

- creating a statewide comprehensive education and training program for Peace Officers on civil rights, racial sensitivity, implicit bias, and cultural diversity;
- establishing policies and procedures, with the cooperation of police officers and the community, to create guidelines for dealing with implicit bias and cultural diversity;
- instituting appropriate disciplinary actions for officers who violate these departmental policies;

- implementing community policing strategies where the officers and the community work as partners;

- recruiting police officers from the community to create a more diverse law enforcement agency and work on retention and advancement of the officers;

- providing training to officers throughout the state and in jails on responding to persons with mental and developmental disabilities, and support local initiatives to move mental health first response to teams made up of health care, EMS, and social workers where the goal is assessment and treatment and jail is not the final destination;

- preventing officers, who have been terminated for violating civil rights and using unwarranted and excessive force, from moving to another police department within the state;

- requiring officers to get written or recorded consent prior to conducting a search during traffic stops and require them to inform people of their right to decline to give such consent;

- expanding statewide use of force reporting to include all incidents resulting in injury to either an officer or a civilian;

- establishing de-escalation as a norm in both policy and training for all departments; and

- supporting peace officers with the bests equipment, technology, and training to balance their dual role to serve and protect;

- rejecting further militarization of our state and local police forces and the continued receipt of restored, surplus military-grade weaponry provided under the Pentagon's 1033 program;

- creating independent crime labs so that scientists evaluating evidence are impartial and the conviction of innocent people is reduced;

- ending racial profiling in searches and traffic stops and allowing racial profiling data to be used as evidence in lawsuits alleging racial profiling;

- ensuring that any use of firearms or Tasers is carried out only when necessary to prevent loss of life or serious bodily injury;

- ensuring civil asset forfeiture only upon a criminal conviction;

- requiring independent or special prosecutors to investigate police officer involved actions that result in fatalities among citizens; and

- supporting independent police oversight and review programs at every government level.

Eliminating Private Prisons

Texas leads the nation with the most people incarcerated in its 35 private prisons operated by five private companies. The goal of a private prison is not to effect individual rehabilitation or any other widely-recognized way to prevent recidivism. The objective of a private prison is to house

TDP_000176

inmates and to make a profit. In contrast, state-operated corrections facilities understand that 95 percent of prison inmates eventually return to society. Part of a state operated institution's mandate is to expend the effort and resources necessary to facilitate a successful reentry back into the community for their discharged inmates. Private prisons make profit off a confined inmate, not a discharged one. These profit-driven corporations benefit when released inmates fail in society. Their recidivism generates more profit for shareholders. By treating prisons as profit centers, for-profit prisons are incentivized by mass incarceration and aggressively lobby lawmakers for more inmates. In 2016, the U.S. Department of Justice discontinued its use of private prisons to house federal inmates. The decision to eliminate the use of private prisons came after the Justice Department's Office of Inspector General issued a scathing report that found private prisons to be both less safe and less effective than government run facilities, all without offering significant savings on cost. Texas Democrats support:

- ensuring the primary purpose of incarceration should be rehabilitation, reasonable punishment and public safety;
- ending the business model of incarcerating individuals for long periods of time for profit, which is unacceptable and immoral;
- amending the Texas Constitution to require state and local governments to directly operate and perform all core services at prisons, jails, and detention facilities within the State of Texas, and expressly prohibit the use of private prisons, jails, and detention facilities within the State of Texas;
- supporting legislation that bars state and local governments from contracting with private prisons, jails, and detention facilities; and
- denying corporate status, licenses, permits, and tax incentives to companies that operate private prisons, jails and detention facilities.

## Criminalizing Intentional Prosecutorial Misconduct

Texas Democrats believe that the primary duty of prosecuting attorneys, including any special prosecutors, not to convict, but to see that justice is done. Prosecutorial misconduct is a blight on the fundamental notions of fairness, transparency and due-process that must be demanded of the criminal trial process. For the criminal justice system to regain trust and respect among those communities it serves, it must rededicate its mission to ensure that the interests of justice are served.

TDP_000177

In 2012, The Innocence Project researched the cases of prosecutorial misconduct heard by Texas appellate courts. The research revealed 91 criminal cases between 2004 and 2008 in which prosecutorial misconduct was confirmed, yet not one resulted in any disciplinary action against the prosecutors involved.

Attempts to pass legislation in Texas that would prevent prosecutorial misconduct have failed. This stems from prosecutors' almost absolute immunity from state civil suits and federal civil rights claims that occurred from actions taking in a prosecutor's official duties. In addition, disciplinary actions from district attorney's offices and the State Bar of Texas remain rare.

The State of Texas should follow what California lawmakers did in 2016 an make it a felony crime for prosecutors to intentionally withhold exculpatory evidence. Prosecutors who violate this law are subject to 3 years in prison. The new law addressed intentional prosecutorial misconduct with both criminal sanctions and enhanced ethical requirements. Texas Democrats support:

- requiring prosecutors disclose all material and evidence that the prosecutor knows, or reasonably should have known, that would cast doubt on a prosecution witness's testimony;
- holding prosecutors accountable for disclosing evidence discovered by law enforcement and ensuring that all such evidence is disclosed by law enforcement to prosecutors;
- holding prosecutors accountable for disclosing evidence discovered by any non-lawyer personnel or agents (such as investigators) in the prosecution's office;
- encouraging prosecutors to follow the highest ethical standards that ensure the release of the innocent; and

- criminalizing intentional prosecutorial misconduct to further improve both the quality and integrity of the Texas criminal justice system.

DEMOCRACY

Texas Democrats believe that a healthy democracy is based on free, fair, and transparent elections; that our constitutional right to vote should be protected at all costs by elected officials

who exhibit ethical public service.

Voting Rights & Fair Elections

We must adopt policies to eliminate the barriers to voting and encourage full participation in elections. As Texas Democrats, we support:

- repeal of the highly restrictive Texas photo Voter ID law;
- automatic voter registration upon age 17 years and 9 months for all persons who meet Texas voter registration requirements;
- same day voter registration;
- online voter registration;
- voter outreach and education efforts, especially for youth and underserved communities;
- existing voter protection policies under the federal Voting Rights Act and the Texas Voting Rights Act, and restoration of the federal preclearance policies in the Voting Rights Act that were overturned by the S. Supreme Court;
- protect extended early voting periods;
- instituting no excuses vote by mail for all elections, federal state and local;
- public ownership of all election processes, software and equipment;
- the creation of a nonpartisan redistricting commission to end gerrymandering in our redistricting process;
- robust auditing procedures that include absentee ballots; and
- a constitutional amendment to eliminate the electoral college and award the presidency to the winner of the nationwide popular vote, and failing that, urge all states to join the National Popular Vote Interstate Compact, so that candidates must campaign everywhere and not just in swing states.

Campaign Finance Reform

Texas Democrats believe money should not determine who wins and loses elections. Campaign spending limits and keeping corporate money out of politics is essential to a healthy, responsive democratic system that can be trusted by voters. We support:

- overturning, by Constitutional Amendment if necessary, the decision in *Citizens United v. Federal Elections Commission* that allows corporations to give unlimited amounts of money to political campaigns, and to clarify that corporations are not persons and constitutional rights are for natural

TDP_000179

persons only, and to end the doctrine that money is speech;

- legislation to move towards public campaign and election financing;
- full disclosure of funding sources for political advertisements, including the largest major funders of all political television, radio, print, slate mailer, and online advertising for ballot measures, independent expenditures, and issue advocacy; and
- the reinstatement of the federal Public Service and Equal Time requirements, so that companies given monopoly use of public television and radio frequencies cannot limit access to only candidates that can afford the high costs of advertising.

Ethics

In a healthy democracy, officeholders must adhere to the highest ethical standards and be accountable to taxpayers by avoiding real or perceived conflicts of interest. No elected official is above the law. We believe that:

- state employees should be free to do their job free of political considerations and oversight with only the public good in mind;
- Texas officials should not be exploiting public funds to pay for personal or political activities;
- corporations should not be writing legislation as proxy to legislators, as occurs, for example, with the American Legislative Exchange Council;
- we should end the double-dipping of retirement for elected officials;
- the abuse of personal leave policies and bonuses by state officials should be eliminated; and
- too often, political considerations outweigh sound policy, violating ethical standards in contracting and the use of public funds.

*We support overturning, by Constitutional Amendment if*

> *necessary, the decision in Citizens United v. Federal Elections Commission that allows corporations to give unlimited amounts of money to political campaigns, and to clarify that corporations are not persons and constitutional rights are for natural persons only, and to end the doctrine that money is speech.*
>
> TEXAS DEMOCRATIC PARTY PLATFORM

## GOOD JOBS BUILD STRONG COMMUNITIES

Texans want to work in order to support their families and invest in their future. They need jobs that provide good wages, benefits and safe working conditions.

- Texas Democrats oppose all forms of forced or coerced labor, such as human trafficking. We also support the payment of a living wage. For example, we support requiring a minimum wage that is at least $15-an-hour and that is indexed to inflation.
- Texas Democrats support a ban on sub-minimum wage i.e. Fair Labor Standards Act (FLSA) 14 (c). No hard-working Texan should be paid poverty-level wages that require him or her to rely on public benefits to make ends meet.
- We support unions and the value they bring to the American worker and state economy.
- We support the right of employees to negotiate collectively with their employer. We oppose union-busting proposals, such as so-called "right-to-work" laws and prohibitions on payroll deduction of union dues.
- We support the payment of prevailing wages for public projects.
- We support equal pay for equal work.
- We support paid sick leave for all Texas workers.

- We support equal access for women of all ages to training, jobs and promotions, and the right to sue for equal pay, capital, equity and contracts.

- We support the expansion of workplace rights such as flex time, compensatory time, and paid family leave in all employment contracts, and workplace time for child nursing.

- We support the funding and expansion of pre-apprenticeship programs in order to prepare workers for high-skill building trades.

- We support policies that strengthen existing protections and create meaningful consequences for employers who commit wage theft.

- We support an immediate study, followed by policy proposals, to address the effect of new technologies, such as automation, robotics and artificial intelligence, on jobs and the economy.

- We support the protection of workers' retirement pensions and savings. All working Texans should have access to a decent retirement.

- We support capital and government investment in modernizing our infrastructure, such as roads, bridges, utilities, internet services, schools, ports, parks and public buildings.

- We support free and fair trade deals that support our economy and workers, and oppose deals that outsource American jobs to lower wage countries. We support a re-negotiated NAFTA that protects workers' rights and raises wages and labor standards for workers in the United States and Mexico. Trade policy must protect worker health and safety, combat child and slave labor, environmental degradation, and other practices that turn global trade into a race to the bottom.

- Democrats support modernizing the TABC's 3 tier system because Texas's craft breweries create jobs, encourage tourism, grow the economy, revitalize communities and add incremental tax revenues. Democrats support legislation allowing craft breweries to enjoy the same rights as their competitors in every state that allow them to sell and market their products directly from their breweries to consumers for take-home consumption, and ensure fairness in distribution across the state.

- Every American should have a right to a job; therefore, federally funded jobs paying at least a living wage with health insurance and other typical benefits on projects selected by the states and local governments must be available in or near every community.

- The civil rights of labor organizers, campaign workers, and those working to improve workers' rights should be protected. Violations of those rights should be prosecuted to the fullest extent of the law.

## EDUCATION

Texas Democrats believe a world class education system is a moral imperative and an economic necessity. Every child should be provided the opportunity to succeed – not just a select few. Achieving student success requires an unwavering state commitment to provide every Texas child the opportunity to receive a quality education from pre-K through college or career programs. The changing demographics of the Texas student population pose new challenges that must be met to keep the Texas economy strong and our communities prosperous. Owing to inadequate investment in public education, minority and economically disadvantaged Texas students continue to suffer from a persistent achievement gap. Every child should have access to an educational program that values highly skilled teachers and encourages critical thinking and creativity, without the harmful impact of high stakes standardized testing.

### Public Education Funding

The Texas Constitution guarantees the right to a suitable free public education for all Texas children. Texas Democrats condemn the unanimous decision by Texas Supreme Court justices and the Governor who declared "victory" when the Court refused to enforce the constitutional right that guarantees a free public education for every Texas child. The Republican legislative majority has shortchanged education funding every session since taking control of both houses. In 2011, Republicans cut public school funding by $5.4 billion despite having more than enough in the state "Rainy Day Fund" and still haven't fully restored those funding cuts. Correcting the deficiencies in funding Texas public education must be a legislative budget priority. Texas Democrats believe:

- the state should establish a 100% equitable school finance system with sufficient state revenue to provide every child the opportunity to learn in an exemplary program;
- the state should equitably reduce reliance on "Robin Hood" recapture;
- state funding formulas should fully reflect all student and district cost differences and the impact of inflation and state mandates; and
- the federal government should fully fund all federal education mandates and should fully fund the Every Student Succeeds Act.

### Preservation of the Texas Public Education System

TDP_000183

Texas Democrats support the Constitution's "duty of the legislature" to provide suitable support for a system of "free public schools" and prohibition on using public school funds for the support of "any sectarian school." Texas Democrats:

- oppose the misnamed "school choice" schemes of using public tax money for the support of private and sectarian schools;
- believe "school choice" is a deceptive marketing frame that purports to advocate something that already exists – school choice – but whose true purpose is to divert public school funds to vouchers on tax credit systems supporting private and sectarian schools;
- That adoption of any vouchers or tax credit scheme would unavoidably financially and academically damage public schools in

## A Moratorium on Charter Schools

Charter schools in Texas have proliferated under lax state oversight, little accountability and great cost to taxpayers. Ongoing problems of fiscal mismanagement, self-dealing, increased segregation of students and the inefficiency of publicly funding a parallel system of schools require a time out to examine these problems and their impact on students and the state budget. Therefore, we support:

- a moratorium on new charter schools and on the expansion of existing charter school networks and a thorough study of charter school impact on students and taxpayers;
- strengthening state oversight and academic and financial standard for charter schools to provide the same level of transparency and accountability required of neighborhood schools;
- requiring charter schools that receive public funds have elected boards that meet in public;
- requiring that property purchased by charter schools with public funds be declared to be public property; and
- prohibiting publicly-funded charter schools from contracting with for-profit management companies.

## PreK and Early Childhood Education

Early childhood education is essential to help students from all backgrounds begin to cultivate the skills that will last the rest of their lives. We believe:

- every eligible Texas child must have access to high-quality, full-day Pre-K and kindergarten;
- the Texas Education Agency should establish appropriate quality standards for Pre-K programs to insure that students are receiving the highest quality instruction;
- schools and teachers must be equipped with resources and effective techniques to ensure that every

TDP_000184

child performs at grade level in reading, social studies, math, and science by third grade;

- state support should be provided for family literacy programs that enable parents to assist their children; and
- resources must be provided to reverse the loss of teachers' aides due to the 2011 cuts.

## Every Student Should Have a Highly Qualified Teacher

Half of new teachers leave the profession within five years, leaving many students taught by teachers who are not certified to teach the subjects they are teaching. Early career educators are driven from the profession by low teacher pay, the constraints placed on them by high stakes testing, and inadequate funding that forces teachers to spend hundreds of dollars from their own pockets for for their classrooms. Democrats believe we must work to attract the best teachers and keep them in our classroom.

- Bring Texas teacher pay in line with the national
- Increase the state contribution to health insurance for educational employees, which has remained stagnant for 14 years while premium costs have eaten away at take home pay for teachers and other school
- Guarantee early acceptance to college and a teaching job to high school students in the top 20% of their class who commit to a teaching career upon
- Enhance the Teach for Texas Loan Repayment Program by tying loan forgiveness to years of teaching service, opening the program to all fields of study and allowing current teachers to go back to school to get additional certification in critical needs fields.
- Restore funding for the Educational Aide Exemption to help teachers' aides go back to school to get certified as full-time
- Prepare high school students for careers in teaching by creating an educational endorsement pathway specific to teaching
- Restore, respect and safeguard the rights and benefits of education
- Guarantee that every class has a teacher certified to teach that
- Recruit and train teachers who reflect the state's
- Provide a mentor or master teacher for every novice
- Oppose test-based performance
- Respect support personnel by providing them due process employment rights and a salary schedule.

TDP_000185

Quality Classroom Learning Environment

Crowded classrooms and an overreliance on high stakes standardized tests that stifle creativity and leave little time for genuine teaching and learning. Smaller class sizes improve student performance, but class size waivers are all too common. Teachers have sued TEA over plans to increase the testing stakes by imposing a statewide test-based "Value Added Measure" as a teacher evaluation metric, despite research that demonstrates such measures are not valid. Parents have sued TEA over numerous flaws in the STAAR test. There is a better way to create an excellent classroom learning environment to help students think critically and succeed. Therefore, Texas Democrats support:

- extending appropriate class size limits to all grades and enforce those limits;
- replacing high-stakes tests that effectively punish students, teachers and schools, with multiple measures designed to diagnose student needs and improve instruction;
- a prohibition on awarding taxpayer dollars to corporations to develop high-stakes tests;
- rejecting efforts to impose a corporate-designed test-based "Value Added" teacher evaluation system and base teacher evaluation on multiple measures designed by practicing educators;
- ending inappropriate testing of students with disabilities whose individual education plans call for alternative assessments of their educational progress;
- providing free, accurate and updated instructional materials aligned with educationally appropriate, non-ideological state curriculum standards and tests, including ethnic studies and environmental education programs;
- equipping classrooms with free computers, high-speed internet access and digital instructional materials; and
- adequately defining and funding programs targeted to increase student proficiency in Science, Technology, Engineering, and Mathematics (STEM).

Community Schools: A Proven, Sustainable Way to Improve Schools

Parental and community involvement in neighborhood schools has long been the hallmark of successful public schools. The community school model, engaging parents, educators and community in designing and implementing school improvement plans, offers a proven blueprint for restoring excellence in public education. This model provides real local control and accountability that detached, corporate-run schools simply cannot match. Texas should:

- require every school to meet high standards and repeal "home rule" and "innovation" statutes that allow standards to be reduced and serve as a pathway to privatization;
- oppose A-F school ratings, which serve only to stigmatize schools and undermine struggling communities while doing nothing to improve children's education;
- oppose the creation of a statewide so-called "achievement" or "recovery" school district that would grant control of a neighborhood school to Austin-based bureaucrats who could contract with private operators to run neighborhood schools without local accountability;
- utilize existing statutes and encourage expansion of neighborhood charter schools that are run by parents and teachers who establish curriculum and policy within state standards;
- strengthen state oversight and academic and financial standards for charter schools to provide the same level of accountability required of neighborhood schools;
- strengthen state oversight of homeschooling; and
- reject efforts to provide state funds for and shift students into for-profit, low-quality, unaccountable "virtual schools" at taxpayers'

## Opportunity for Every Child

Many children who enter school with unique needs have extraordinary potential, if we simply address their needs and provide them an opportunity to succeed. Texas should:

- reject efforts to destroy bilingual education;
- promote multi-language instruction, beginning in elementary school, to make all students fluent in English and at least one other language;
- support Title IX protections for gender equity in public education institutions;
- support child nutrition acts that provide for free school breakfasts, lunches, and after school snacks, as well as summer lunch programs;
- ensure that every student has access to appropriate academic counseling services, as well as psychological and social services provided by competent and licensed professionals;
- provide and appropriately fund high-quality career and technical education programs;
- provide arts and music education in all schools;
- ensure that every school has a fully funded and staffed library, fully equipped with both print and electronic media, that is regularly open and accessible to students and faculty;
- provide universally accessible after-school programs for grades pre-K-12; and
- develop peer-reviewed curriculum for mandatory ethnic studies classes, such as Indigenous, Chicano,

TDP_000187

and African-American studies.

To make the promise of educational opportunity a reality for students at risk of dropping out or failing academically, we believe the state should support:

- school-community collaboration that brings educational and social services together under one roof to help at-risk students and their families;
- dual-credit and early-college programs that draw at-risk students into college and career paths while still in high school;
- equitable distribution of highly qualified teachers, to change practices that too often match the most at-risk students with the least experienced and least prepared teachers;
- Focus efforts to close the academic achievement gap through the equitable distribution of high qualified teachers, eliminating disproportionate administration of disciplines impacting African-American and Latino students, and advocating culturally relevant learning and wraparound services to meet students' social, emotional, and health needs;
- comprehensive age-appropriate sex education programs with a contraception component, to reduce dropout rates due to unintended pregnancy; and
- access to affordable programs for adults who have dropped out of the education process.

### Preserving the defined benefit pension for retired teachers

Most retired teachers worked for years with inadequate pay and have no Social Security. Texas Democrats support:

- protecting the TRS defined benefit pension system against attempts to turn it into a risky 401-k plan that could put most retirees' pensions at risk;.
- providing a regular COLA for every retired teacher;
- repealing the federal government pension offset and windfall elimination provisions that unfairly reduce Social Security benefits for Texas educational employees; and
- improving the TRS-Care health insurance program for retired educators.

### SBOE Reform

All too often, extremists on the State Board of Education have made a laughingstock of our state's process by approving curriculum standards and textbooks that violate the integrity and reliability

of mainstream science and social studies, leading even conservative think tanks to call our social studies curriculum standards a "politicized distortion of history." Texas Democrats believe the State Board of Education should:

- develop curriculum standards and textbook requirements based on peer-reviewed research and written by subject matter experts, not the opinions of partisan extremists;
- adopt instructional materials that preserve and teach the methods and content of professional science and social studies experts without censorship or illegitimate editing;
- insist on the exercise of sober fiduciary responsibility for the Permanent School Fund;
- expose and prohibit conflicts of interest; and
- insist on due diligence in the screening of charter applicants and quickly rescind the charter school applicants and quickly rescinding the charters of schools that violate Texas public school education statutes.

Making Schools Safe and  BullyFree

Students, teachers and school personnel should be safe from acts of violence and must be protected from bullying, including cyber-bullying. We support fair enforcement of disciplinary standards, early interventions and mediation which support the success of every child regardless of their current socio-economic circumstances.

- School campuses and functions must be weapon-free and drug-free.
- Teachers deserve support when they exercise their statutory right to remove a disruptive student from class as guaranteed in the Texas Education
- Full compliance with Title IX implementing regulations regarding a student's gender identity and with the DOE and DOJ directive to school principals contained in the document "Examples of Policies and Emerging Practices for Supporting Transgender "
- Implementation of systematic programs should be utilized to identify instances of bullying and implement school-wide positive behavior interventions and supports, to prevent violence, disruption, bullying, and harassment:
- Eliminate disparities in discipline based on race, ethnicity, national origin, disability, gender, sexual orientation, gender identity/expression or any other improper grounds.

In light of Texas current discriminatory suspension and expulsion rates, Texas Democrats have

TDP_000189

taken the lead in passing legislation to eliminate disparities in discipline based on race, ethnicity, national origin, disability, gender, sexual orientation, gender identity/expression, or any other improper grands. The Texas Education Agency should be directed to investigate and correct any patterns of apparent discriminatory enforcement or non-enforcement of discipline standards, including standards for out-of-school suspension.

Texas Democrats have enacted and will work to implement measures to stop indiscriminate use of misdemeanor ticketing for minor infractions on campus and indiscriminate expulsion or placement of students in disciplinary alternative education programs for trivial misconduct. Students referred to disciplinary alternative education programs should continue to receive strong academic instruction. When a student's misconduct is serious enough to warrant disciplinary placement, the state should make sure the disciplinary setting offers a full array of educational and social/behavioral services to help that student get back on track.

Higher Education

Texas Democrats believe all Texans should have the opportunity and be encouraged to pursue affordable higher education at public universities, community colleges, and technical schools. Today, too many students are saddled with a mountain of debt when they graduate from college, and Republicans have made damaging cuts to formula funding, deregulated tuition and restricted financial aid, policies that threaten our ability to meet state "Closing the Gaps" goals essential to our economic future. We believe the opportunity of higher education to be a right of all those that may seek it, regardless of race, gender, sexual preference, socioeconomic, or immigration status. We support policies that provide opportunity, free from debt, and a vision for tuition-free higher education system for college students, including:

- restoration of formula contact hour funding, adjusted for inflation and student growth;
- rollback of tuition and fees to affordable levels to reflect the restored funding;
- federal income tax credits for college tuition, fees and books;
- increased funding of TEXAS Grants and reforming the mismanaged state Prepaid Tuition Program, to provide higher education to more Texans without excessive debt burden;
- programs to develop alternative repayment plans for students struggling under significant debt burden by capping monthly payments and/or refinance existing loans to a lower rate tied to the current prime rate;

- legislation to reduce the inordinately high costs of college textbooks, technical manuals and other instructional materials;
- an increase in the maximum allowable financial aid set-asides;
- adequate compensation, security, professional status, and benefits for all faculty and fair market wages for college employees;
- higher education research funding to spur economic development and locate a Tier 1 public research and teaching university in every region of the state;
- collaborative public/higher education partnerships from pre-K to completion of bachelor's degree to enhance learning and teacher preparation;
- enhanced, equitable funding for Prairie View A&M and Texas Southern University and for higher education in South Texas and all border communities;
- efforts to place a voting student regent on the appointed governing board of each state-supported four-year institution of higher education;
- the continuation of the Texas DREAM Act and passage of the federal DREAM Act;
- pay and working conditions sufficient to attract faculty, including adequate pay and reasonable workload for contingent faculty;
- equitable pay for part-time faculty; and
- the fundamental principles of academic freedom, equality of opportunity, and human dignity.

## Community Colleges

Texas Democrats recognize and support the essential role of Texas community colleges, where the vast majority of Texas' post-secondary students are enrolled. By combining affordability, high quality and responsiveness to community needs, these institutions provide an education to those who would be otherwise excluded.

State funding for community colleges has been drastically reduced and that burden has been shifted onto students, their families and property taxpayers. In addition, state funding for community college employee benefits has been cut, adding that burden onto tuition and local property taxes. The resulting, reduction in per student state funding has been exacerbated by cutting formula funding for community colleges by an additional 10% to fund a "performance funding" scheme. To maintain community colleges' role in providing job skills lifelong education, we endorse:

TDP_000191

- providing tuition-free community college to Texas high school graduates;
- full formula funding of the cost of instruction and the growth in student enrollments;
- requiring that any "incentive" funding be on top of formula funding rather than funded at the expense of the actual cost of operations;
- sufficient financial aid to cover eligible community college students for whom aid is not available;
- fully state-funded full time employee group health insurance and proportional health benefits for part-time instructors and restoration of funding for employee retirement;
- funding for new campuses and program expansions;
- funding for community colleges to assist local school districts in development of programs for the new career and technology endorsements and applied mathematics curriculum;
- requiring establishment of rules to ensure full transferability of community college credit hours to four-year institutions;
- sufficient funding for Adult Basic Education to fully cover the demand for services; and
- elimination of financial aid rules that penalize students who transfer to universities from community colleges.

To prevent further erosion of community colleges' ability to serve their communities, Texas Democrats oppose:

- shifting the basis of formula funding away from actual costs and
- "incentive" programs that would discriminate against colleges and programs serving disadvantaged and non-traditional students or against non-degree skill-building and retraining programs.

Diversity and Safety

Texas Democrats support innovative approaches to ensure diversity and safety in every Texas institution of higher education. We strongly support:

- maintaining the "Top 10% Rule" established by Democrats that guarantees access to our universities for the best students from all communities and regions of Texas;
- encouraging universities to offer culturally competent and culturally diverse curricula, student activities, and student recruitment policies that promote understanding, respect and acceptance;
- strict enforcement of policies that prohibit discrimination or harassment in any Texas institution of higher education against any person on the basis of race, sex, color, religion, national origin, ancestry, age, marital status, disability, sexual orientation, gender identity/expression, citizenship or military

TDP_000192

status;

- repealing campus carry policies for public university and community college campuses; and
- comprehensive programs to combat the campus sexual assault crisis.

---

## JOBS AND THE ECONOMY

### Good Jobs at Home

Hardworking Texans have the right to good jobs to support their families and invest in their future. Texas Democrats understand we must have an economy that works for all, not just the wealthy. The Texas Republicans reckless reductions in state funding for education at all levels will leave us vulnerable in attracting the jobs of the future. To this end we propose the following as the correct approach to providing the jobs to make our communities strong and resilient long into the future:

- We support requiring a minimum wage that is at least $15-an-hour that is indexed to keep it from eroding again. No longer should corporate profits be subsidized by letting corporations pay poverty-level wages that leave the taxpayer footing  the  bill  for  public benefits to their
- We support the ability of individuals to come together collectively and negotiate their wages, healthcare and work conditions to improve job safety and eliminate the stagnation of wages and reduction of benefits. We oppose anti-union laws and policies, such as so-called "right-to-work" laws, and support laws and agencies that protect the safety of workers and the payment of prevailing wages for public
- We support working with our friends in Labor to maintain the social safety nets that Social Security, Medicare and Medicaid provide, stop attacks on public sector workers and assist in the fights to restore a sound banking system, reinstate Glass-Steagall, and make homes, healthcare and college affordable
- We oppose discrimination in employment and support the Employment Non-Discrimination
- We categorically oppose the Trans-Pacific
- We also categorically oppose so-called "free trade" proposals which hurt American jobs and workers, the environment, and the American consumer. We support fair trade deals to bring back and protect Texan and American jobs. Trade policy must combat child and slave labor, sweatshops, environmental degradation and other practices that turn global trade into a race to the bottom. Trade policy should "level up" wages and working conditions by ensuring that foreign workers share in their country's

TDP_000193

economic gains and become customers for American

- We support eliminating tax policies that reward businesses for shipping jobs overseas and encourage reform that strengthens investment in domestic job creation and
- We support strengthening small business by replacing the Republican "margins tax" with a fair business
- We urge our energy sector to transition to a much needed balance between fossil and renewable
- We support appropriate regulation of utilities, banks and insurance to assure affordability and stability;
- We support holding individuals in Wall Street, big business and government personally accountable to prevent mortgage, antitrust, loan and insurance abuses and to protect workers' retirement pensions and savings;
- We oppose foreign practices that effectively restrict access to markets for American businesses;
- We support promotion of and assistance for the arts and music:
- We oppose foreign-owned U.S. toll roads that require Americans to contribute to the balance-of-trade deficit when they travel on local
- We support a complete overhaul of our infrastructure to bring roads, bridges, utility and internet services, schools, ports, parks and public buildings up to appropriate standards and the capital investment needed for such an
- We support the U.S. space program, including both manned and unmanned flight using the U. S.-developed and built CST-100 Space Transportation System, and the revitalized International Space
- We urge governmental entities to "Buy Texas" and Buy America" and we support investigation into the speculative manipulation of food, fuel and metal markets.

---

## HEALTHCARE FOR ALL

The Texas Democratic Party asserts that healthcare is a human right, not a privilege for the few. Texas Democrats recognize that the health and well-being of Texas residents cannot be based on decisions made by non-healthcare professionals whose primary concern is the financial well-being of a corporation rather than the well-being of an individual.

### Universal Healthcare

Texas Democrats support an affordable, high-quality, universal health care that would provide

TDP_000194

privately-delivered, publicly-funded healthcare for all residents of Texas. In order to address comprehensive healthcare and guarantee that all Texas residents will have access to quality healthcare Texas Democrats support the passage of legislation [The Healthy Texas Act of 2019] that provides guaranteed access to affordable universal comprehensive healthcare through a system that would cover:

- medical, dental, hearing, and vision care treatment including primary and preventive care;
- prescription drugs;
- surgical care;
- gender-conforming surgery;
- emergency services;
- hospitalization;
- outpatient services;
- mental health and substance abuse counseling;
- treatment and reproductive health services that respect a woman's right to choose;
- physical therapy and rehabilitation;
- latest assistive technology including Complex Rehab Technology (CRT);
- chiropractic care;
- home health care; and
- long-term care.

Effectively crafted legislation would:

- replace insurance premiums, deductibles and co-pay with progressive stable financing;
- allow patients to choose their providers;
- continue the long-term care benefits of Medicaid while expanding those benefits with an emphasis on community and home-based care giving;
- eliminate co-pays for Medicare Part B;
- lower prescription drug costs;
- include funding for community-based and telemedicine health services;
- expand the advances made by the Affordable Care Act; and
- eliminate exclusion from coverage for pre-existing conditions.

Prevention

TDP_000195

The underlying philosophy of the Patient Protection and Affordable Care Act is to move our country forward to a preventive based system where a priority is placed on the health and wellness of all Americans. Democrats support the legislation's elimination of copayments for preventive services, as well as plans to expand community health centers and the number of primary care physicians and healthcare practitioners. Texas Democrats support promoting vaccinations and immunizations, increasing K-12 education about nutrition and healthy living, and expanding opportunities for physical activity in schools.

### Protecting and Improving Medicaid

Texas Democrats join a long list of Texas business associations and local governments in support of a Texas Solution for Medicaid expansion. We believe that accepting the billions of federal dollars for the state's Medicaid program can provide coverage to those working Texans that fall between the cracks and are denied or cannot afford private coverage. It would keep those working Texans out of the emergency room where they often cannot afford to pay their bills and would stop those costs from being passed on to Texans through higher insurance premiums and property taxes.

In order to protect and improve Medicaid, Texas Democrats advocate restoring Texas Medicaid to a fee-for-service model and reject privatization of Medicaid via managed care that denies, delays or restricts access to healthcare services. We further:

- reject attempts by Republican officials to cut, cap, or block grant existing Medicaid services;
- support increasing reimbursement rates for physicians;
- believe cuts to Medicaid reimbursement rates for children's therapy services like physical therapy, speech therapy, and occupational therapy limit our ability to provide care to children who need it most;
- oppose discrimination based on pre-existing conditions and believe that Texans with disabilities and chronic illnesses should have access to coverage at an affordable price;
- believe that insurance companies should not be allowed to violate the protections of the Patient Protection and Affordable Care Act by finding ways to deny coverage;
- support working with the U.S. Department of Health and Human Services to transition away from the 1115 waiver towards real long-term funding solutions;
- require all nursing care facilities do accept Medicaid to prevent the eviction of nursing residents after

TDP_000196

Medicaid qualification spenddown;

- authorize the secretary of Health and Human Services to negotiate drug prices on behalf of Medicare and Medicaid patients, and authorize the state to negotiate drug prices on behalf of Medicaid patients;

- support for EMPOWER Care Act which allows certain Texans who are eligible for Medicaid and living in nursing facilities to transition to a least restrictive community-based setting of their choice, and receive services and supports;

- support the enforcement of the U.S. Supreme Court Olmstead decision and call for the closure or consolidation of State Supported Living Centers (SSLC) to allow people with disabilities the civil right to choose where to live;

- support the inclusion of a "Single Payer Option" as an addition to the plans currently offered under the state exchange systems;

- support changes to the Affordable Care Act in relation to the "Cadillac Tax" language to be a credit as opposed to a deduction, which would provide for tax relief as opposed to a floating type deduction;

- support the rights of workers to be able to collectively bargain for good dependable healthcare for its members, members' families and retirees;

- support the inclusion of severe penalties on corporations and businesses who would manipulate costs on healthcare contributions could being used as financial revenue stream; and

- oppose any work requirements for Medicaid eligibility.

## Improving Medicare

Texas Democrats support the security for seniors that the Medicare programs has delivered for decades. Democrats support the Medicare provisions in the Patient Protection and Affordable Care Act that provide improved quality of care, increase services to rural areas, crack down on waste and abuse and ensure more money goes to benefits and not insurance providers. We reject the backdoor privatization of Medicare. Democrats support the Medicare reforms enacted by Democrats in Congress to close the costly prescription drug "donut hole" that burdened seniors.

## Mental Health and Substance Use Disorder Services

Texas Democrats support the parity for mental health coverage and treatment for alcoholism and substance use disorder. We support the coverage allowed for by the Affordable Care Act for mental health and substance use disorder services and encourage Texas to accept the federal Medicaid dollars so as to deliver coverage to those Texans living in the coverage gap care that has so far been denied coverage by Republican leaders. Texas Democrats:

TDP_000197

- support a robust continuum of care that offers choices in community-based supports that meet the range of needs that individuals with mental health needs present with, including peer operated services, community drop in centers, psychosocial rehabilitation, and access to a range of vocational supports such as supported employment and supported housing;
- support ways to eliminate stigma surrounding mental illness, alcoholism, and substance use disorder;
- support education awareness and health services to further suicide prevention;
- support increasing access to mental health and substance use disorder services by increasing the number of treatment facilities while ensuring their financial viability;
- support increasing psychiatric and psychological follow-up care session times beyond what Medicare currently allows;
- support federal government initiatives increasing Medicaid funding for substance use disorder treatment–both medication assisted and counseling–which allow individuals to have access to outpatient treatment and allows intensive outpatient treatment to become more cost effective;
- encourage more "reality-based" substance abuse education at all school levels;
- encourage courts to allow outpatient treatment including counseling and medication management as the first option for drug offenders when appropriate, an option which is less costly than incarceration;
- support community-based mental health services for children and adults;
- support funding for needle exchange programs in at risk communities;
- support qualitative evaluation of all treatment modalities, interventions, agency and individual providers so that proven, efficacious treatments – administered by the most qualified providers – are utilized to improve significantly the lives of service recipients; and
- support sufficient private non-profit, state and federal funding for evaluation research and provider training to rank Texas number 1 in mental and behavioral health and substance use disorder services in the nation.

## Education and Services to Prevent and Treat Communicable Infections

Texas Democrats support increased education initiatives and services to address prevention and treatment of communicable diseases, such as Viral Hepatitis, HIV/AIDS, Sexually Transmitted Diseases, and Tuberculosis. Effective treatment and therapy for all communicable diseases improves the quality of life and encourages a return to the workforce. Texas Democrats:

- support coordination with federal officials toward a goal of expanding the Ryan White CARE Act and

TDP_000198

the Act's attendant and complementary programs, such as AIDS Drug Assistance Program and Housing Opportunities for Persons With HIV/AIDS;

- support the elimination of the outdated ban on non-celibate gay men donating blood and apply a uniform, non-discrimination policy;
- support former President Barack Obama's national HIV/AIDS strategy to expand access to mental health and substance use disorder services;
- oppose cuts to support restoration of HIV service funding;
- oppose Congressional reductions to discretionary funding for such programs in any future budget.

## Eliminating Health Disparities

Health studies have long indicated disease and mortality does not uniformly impact everyone in our state. Millions of Blacks, Latinos, Asians, Pacific Islanders, Indigenous Peoples, people with disabilities, and LGBTQ persons, living in America should not be disadvantaged by income, gender, region, immigration status, and discrimination. Texas Democrats:

- support efforts and programs focused on educating the community through early detection, highlighting the benefits of an active lifestyle and a healthy diet, and routine medical checkups to increase the likelihood of early detection;
- support legislation and efforts to combat the state's maternal mortality crisis;
- support efforts to ensure women are educated and have proper access to the best medicines, state-of-the-art prevention and treatment and detection techniques;
- oppose any politicization of providers of reproductive health services and closures to further limit health care access to women; and
- support research, policy, and legislation to eliminate health disparities among racial, ethnic, geographic, socioeconomic, disability status, and other groups in order to enable all Texans to live longer healthier, and more productive lives.

## Choice and Family Planning

Texas Democrats believe in the fundamental American values of freedom, privacy and personal responsibility. We believe in the right to make sound, responsible personal healthcare choices for ourselves and our families. Texas Democrats:

- trust Texans to make personal and responsible decisions about whether and when to bear children, in

TDP_000199

consultation with their families, physicians, personal consciences, and/or their faith;

- believe parents have the right to raise their children in safe and sustainable communities free from individual and state violence;

- oppose TRAP (targeted regulation of abortion providers) legislation, which create dangerous restrictions on Texans' access to abortion care;

- support using sound, mainstream medical science and evidence-based data to guide reproductive health care policies;

- support targeted efforts to reduce high rates of teen pregnancy and repeat teen pregnancy in Texas, including the provision of evidence-based, accurate and effective, comprehensive age-appropriate sex education programs with an abstinence and contraception component and information about communication, consent and healthy relationships; and support the rights of adolescents to access and provide their own consent to contraception and other reproductive health care;

- recognize the product of a joined egg and sperm has no independent status, standing, entitlements or rights that would in any way usurp or supersede the rights of the mother or woman which are paramount;

- support individuals' rights to acquire all forms of contraception, including long-acting reversible contraception, abortion care, or other reproductive services through their health insurance provider without additional premiums;

- support resources for pregnant and parenting teens while encouraging them to continue their education and career development;

- support family planning funding for pregnancy prevention and preventive health care by all qualified providers in regulated, licensed medical facilities, including Planned Parenthood;

- remove funding for crisis pregnancy centers (CPCs) whose misrepresentations and arguably fraudulent customer acquisition and service practices draw unsuspecting young women through their doors;

- fund research and counseling for postpartum depression;

- support access to affordable prenatal care, including pregnancy insurance and prenatal vitamins;

- support access to contraception, including long-acting reversible contraception, in the immediate postpartum period;

- support access to accurate information about reproductive health, adoption and related resources; and

- support affordable, quality childcare.

TDP_000200



*Every family deserves quality healthcare they can count on and a secure and stable system that ensures access to affordable medical care. Texans deserve a Texas Solution to fix our medical coverage gap - a solution that should also consider a single payer option.*

TEXAS DEMOCRATIC PARTY PLATFORM

## CANNABIS REFORM

Cannabis legalization reform can improve public safety, boost the economy, reduce mass imprisonment and stigmas to our citizens, and generate revenue for the state budget. Cannabis prosecutions has disproportionately affected our youth, people of color and the poor. America's prison population is now the largest in the world. A criminal record can destroy a young life forever. Texas Democrats support:

- Texas legislation to legalize possession and use of cannabis and its derivatives and to regulate its use, production and sale as is successfully done in Colorado, Washington and other States;
- Due to the increased impact of the enforcement of the prohibition of cannabis, ensure grants and priority of licenses shall be created to ensure economic empowerment for cannabis businesses, their

TDP_000201

patients, and the communities most affected by the war on drugs;

- The immediate legalization of medical cannabis use, and ensure coverage for medical cannabis through universal health care options;
- Support federal legislation to remove cannabis as a Schedule 1 Controlled Substance and to remove all criminal penalties for use and possession of cannabis;
- Appropriate employment and benefit protections for users of cannabis;
- In the interim, urge the President and the Congress to support legislation that the Federal Government will not interfere nor attempt to enforce federal cannabis laws in states that have legalized cannabis;
- The immediate release of individuals incarcerated for possession of cannabis and expungement of criminal records of persons convicted or receiving Deferred Adjudication for misdemeanor cannabis offenses; and
- In the interim in Texas, urge use of pre-trial diversion programs for all cannabis offenses.

---

## GUN VIOLENCE PREVENTION

The Texas Democratic Party supports the 2nd Amendment to the U.S. Constitution. We also recognize the immediate need for a balanced approach between upholding and respecting our fundamental constitutional rights and protecting the rights of Texans from those seeking to cause harm. Gun violence has reached epidemic proportions in our State and in our country, as evidenced by the Sutherland Springs and Santa Fe High School shootings and by the high number of deaths by suicide where a firearm is involved. We believe in a comprehensive approach recognizing gun violence as both a criminal justice and public health issue.

In the Heller v. DC case, conservative Justice Antonin Scalia wrote in his decision for the majority that the government has the right to regulate & make laws to prevent certain weapons. "We think that the limitation is fairly supported by the historical tradition of prohibiting the carrying of 'dangerous or unusual' weapons," Justice Scalia wrote.

We strongly support:

- Strengthening and reforming current laws that require passing a background check prior to the

TDP_000202

purchase of a firearm by requiring a sufficient waiting period to provide adequate time for law enforcement officials to conduct a mandatory, background check;

- Closing loopholes that allow guns to be sold or traded without passing a mandatory and thorough background check;
- Strengthening the national background check system to incorporate all necessary records, including criminal, domestic violence, and mental health records, for both dealers and purchasers;
- Enacting legislation to require all individuals charged with domestic violence, human trafficking, sexual assault, domestic or foreign terrorism, stalking or any violent felony to temporarily surrender all weapons and ammunition in their possession to law enforcement pending adjudication of their case(s);
- Enacting legislation empowering law enforcement officials to confiscate all firearms and ammunition in the household or in the possession of a suspect arrested for domestic violence, human trafficking, sexual assault, domestic or foreign terrorism, stalking or any violent felony pending adjudication of their case(s);
- Enacting legislation requiring magistrates to make it a condition of any bond being granted that any individual charged with domestic violence, human trafficking, sexual assault, domestic or foreign terrorism, stalking or any violent felony be prohibited from possessing by either owning, borrowing or using a firearm during the pendency of their case(s);
- Enacting sensible gun laws to curtail the availability of weapons with extended ammunition magazines, including rapid-fire, magazine-fed, military-style assault weapons;
- Enacting legislation prohibiting the manufacture, sale, or possession of bump stocks, binary trigger systems and trigger cranks that increase the rate of fire;
- Repealing laws that allow the open carry of handguns and assault rifles;
- Outlawing the personal possession of use of body armor and armor piercing bullets;
- Gun free zones;
- Improving training and licensing requirements for all Texans wishing to carry a firearm;
- No Congressional prohibition which limits the CDC research on gun violence;
- Allowing families to anonymously request pre-emptive, judicial action restricting the possession or purchase of firearms for loved ones in crisis threatening harm to themselves or others;
- Repealing federal legislation granting immunity from civil liability to manufacturers and marketers of firearms;
- Encourage the research, development and marketing of weapons utilizing "smart gun" technologies;
- Establishing a statewide firearms education and public safety campaign – with an emphasis on safely

TDP_000203

securing guns in the home and denying unsupervised access to minors;

- Appropriately enforce criminal penalties for individuals who negligently fail to control access to firearms in homes where minors and others are present;
- Requiring manufacturers to develop and sell childproof handguns;
- The accepted standard of care allowing physicians and mental health professionals to discuss the presence and safe storage of guns with all patients and parental guardians;
- Fully funding the Bureau of Alcohol, Tobacco, Firearms and Explosives so that it may conduct more frequent inspections of FFL dealers; and
- Allocating a portion of funds collected from state License to Carry Fees toward programs dedicated to the physical and emotional rehabilitation of gun violence victims and their families

---

## SEXUAL ASSAULT AND DOMESTIC VIOLENCE

Texas Democrats believe violence and abuse affects Texans of all demographics and effective programs must be established at the individual, family and community levels to combat this scourge on our society.  We understand that interpersonal violence and abuse – including child abuse, sexual assault, human trafficking, and family and domestic violence – are crimes that affect all genders, races, ethnicities, and classes. Violence and abuse often involve cyclical, generational patterns which affect the safety and well-being of all Texans. These issues cannot be adequately addressed without simultaneously improving access to housing, protections for workers and students, access to affordable medical and mental health care, and criminal and civil justice responses. Texas Democrats' believe that we must do everything in our power to end these crimes, they will continue to damage not only the social fabric of this generation but of future generations. We support:

- Strong enforcement of Texas laws to hold offenders accountable and increase the likelihood that victims will come forward to report these crimes;
- Early prevention efforts focused on youth to decrease the incidence of sexual and domestic violence prior to victimization or perpetration;
- Requiring school districts to include evidence-based programs in schools (such as the Expect Respect program) to promote social emotional learning, safe and healthy relationships, and age appropriate sex

TDP_000204

education as a part of their curriculum – this should include fully implementing Section 37.0831 of the Education code that was established by HB 121 with a focus on dating violence awareness and prevention education for teachers, students, parents and the whole school community;

- A strong statewide initiative to reduce child abuse and neglect through investment in effective early prevention and positive parenting programs;

- Training programs for law enforcement, prosecutorial, judicial, healthcare, mental health and education professionals to promote increased understanding of and improved response to the crimes of domestic violence, sexual assault, sexual harassment, child abuse, and human trafficking; these programs must emphasize the importance of starting interactions by believing victims;

- Ensuring swift and just responses to sexual harassment, with acknowledgment that sexual harassment occurs not only in the workplace, but also in schools, on the street, and in the community at large;

- Sexual harassment policies adopted by the Texas House & the Texas Senate, with significant penalties for elected officials, including censure or expulsion;

- Increased funding for family violence shelters and non-residential programs, including increased funding for counseling services and expanded housing options including supportive housing for survivors of violence and abuse and their families;

- Ensuring state managed resources are directed to historically marginalized or vulnerable communities – immigrants, LGBTQ, disability, elderly, etc.;

- Providing resources to support service providers in incorporating best practices that address the intersections of Racial/Economic Justice with domestic violence and sexual assault;

- Requiring every defendant charged with a domestic violence crime placed on either a probation, deferred adjudication, or deferred prosecution program be ordered to complete a Battering Intervention & Prevention Program (BIPP);

- Requiring Battering Intervention & Prevention Programs (BIPPs) be established in every county in Texas (including on-line options for counties with populations under 50,000) and ensuring that all state-funded BIPPS adhere to minimum standards of practice and trainings developed by allied partners in the domestic violence field;

- Ensuring every county and district attorney's office in the state, upon the victim's qualification and request, must file a protective order on behalf of victims and represent the victims before the court;

- Ensuring resources to support state agencies to upload bond conditions and protective orders into TCIC;

- Establishing Domestic Violence High Risk teams in all counties to systematically reduce the likelihood of fatality;

- Ensuring the CPS system is responsive and sensitive to needs of families affected by domestic violence;

- Expanding existing support services and funding currently targeted at sex trafficking of minors to include adult survivors of trafficking;

- Allowing every survivor of sexual assault access to comprehensive sexual assault examination and treatment provided by either a certified Sexual Assault Nurse Examiner (SANE) or a licensed physician and increasing access to the same;

- Ensuring all costs of the sexual assault examination and treatment including medications are covered through the Crime Victims Compensation Fund and do not become the financial responsibility of the victim, regardless of whether the victim chooses to report to law enforcement;

- Covering all costs for the performance of strangulation exams and domestic violence medical forensic exams through the Crime Victims Compensation Fund; and

- Enacting legislation criminalizing the act of touching, for the purpose of sexual gratification, another person's breast, anus, or any part of their genitals, even though clothing, without the effective consent of that person.

---

## DEATH PENALTY

Death penalty exonerations have revealed deep flaws in the Texas criminal justice system. Despite 13 death row exonerations in Texas in the last 11 years, the death chamber and its machinery are still fully operational in Texas. Evidence, including scientific evidence, extensive studies by Innocence Project, major newspapers, and university research, strongly suggests that Texas has already executed innocent defendants including Carlos DeLuna, Ruben Cantu, and Cameron Todd Willingham. We must take every step to ensure there is never another innocent person executed. Texas Democrats support and urge:

- The passage of legislation that would abolish the death penalty and replace it with the punishment of life in prison without parole;

- Strong opposition to the expansion of death penalty laws at the state and federal levels;

- The election of district attorneys who prioritize justice over convictions and duly exercise their discretion with regard to charging and sentencing options; and

TDP_000206

- The Texas Legislature to impose a moratorium on capital punishment in order to conduct an unbiased and objective study of the entire process, from arrest, conviction/sentencing, appeals at all state levels, and the execution process itself is shown to be reliable and without such grievous failures as have been evident in the recent past.

---

## ENERGY & THE ENVIRONMENT

Texas Democrats recognize that climate change is a real and serious threat that is causing drought, crop failure, heat waves, more extreme hurricanes, torrential storms, and extreme climate events. Recent events have shown how these extreme climate disruptions are ravaging our economy and environment, and it is time for Texas to become a leader in combating climate change. We recognize that Texas has some of the dirtiest coal plants in the nation, and our residents are at great risk from the health effects of carbon pollution and climate disruption.  We also recognize that drought, crop failure, famine and disease caused by climate disruption can lead to political instability and violence throughout the world. To mitigate these risks, we recommend statewide and national clean energy and transportation policies that will spur economic development and reduce carbon emissions in Texas and the nation through the use of renewable energy and energy efficiency.

Texas has long been a world energy leader, and Texas can continue that dynamic leadership in a transition to diverse, clean, abundant energy as we tap our wealth of alternative energy sources – solar, wind and geothermal resources, and work to increase energy efficiency. We support:

- the EPA's historic carbon pollution reduction initiative, the Clean Power Plan, and the proposed rules to cut carbon dioxide emissions from existing power plants  by  30% (below 2005 levels) by 2030, and the EPA's Regional Haze Rule and Methane Rule, all of which the current administration is seeking to roll back;
- rejoining the Paris Climate Accord;
- institution of a revenue neutral fee on the $CO_2$ content of fossil fuels, with the revenue returned to households on a per capita basis, and a broader adjustment to protect American jobs;
- development of technical and academic programs and research in renewable energy, green building

TDP_000207

technologies and energy storage at state post-secondary institutions;

- public education programs that promote methods and benefits of energy conservation;
- requiring all electric utilities to offer homeowners and business owners fair value for on-site solar and wind energy, either through a net-metering or value of solar agreement;
- energy efficiency standards and green building policies;
- financial incentives for the manufacturing of American-made equipment for alternative energy production, for the development of energy storage technologies and for both homeowners and landlords to invest in conservation and energy efficiency;
- actions that cut fossil fuel emissions, choosing instead to embrace a cleaner, cheaper, more reliable and more desirable future with renewables, injecting billions into the economy, empowering people to make independent energy choices, spurring innovation and building demand for low-carbon consumer products;
- the investigation and resolution of the deleterious effects of fracking, including the increased incidence of earthquakes from the disposal of liquids into injection wells;
- a transportation policy that encourages the development of affordable, fuel efficient vehicles that can run on electricity and alternative fuels and wider use of public transportation; and
- continuation of the Texas Emissions Reduction Plan (TERP) to offer incentives to cleaner vehicles and infrastructure, including electric vehicles, and of the Low Income Vehicle Repair and Replacement (LIRAP) Program, which are key to developing new technologies and to cleaning our dirty skies.

## A Moratorium on Fracking

Science has shown that large quantities of methane are released in fracking operations, and that such releases are much more powerful in heating our climate than carbon emissions. Therefore, an aggressive phasing out and the end to the ecologically destructive extraction method known as hydraulic fracturing, commonly known as "fracking" in the state of Texas and throughout the world is necessary. Texas Democrats support:

- a moratorium on new fracking wells;
- the retraining of workers from an industry that is damaging to the environment to an industry that is beneficial to our environment;
- set a goal of shutting down existing fracking wells by 2026;
- set a goal of ending the practice of injecting wastewater by 2023;

- incentivizing the cleaning of water that is used in fracking;
- incentivizing the use of recycled water;
- the rights of local governments and voters to regulate oil and gas operations within their communities, including the right to establish setbacks and bans on hydraulic fracturing near residences, businesses, schools and hospitals;
- the establishment of industry standards for industrial water users who pollute community water sources to provide restitution for community efforts to clean water impacted by relevant operations; and
- strengthening and enforcing regulations to significantly and rapidly reduce methane emissions from oil + gas operations.

## Clean and Available Water

Texas Democrats understand that global climate change has accelerated and that Texas water resources are being impacted by this development, a situation which calls for enhanced water conservation, management and protection. Clean Water from publicly managed resources is critical to our future and our health. Access to clean drinking water is a human right. Therefore, we support:

- access by all Texans to clean and dependable water supplies;
- implementation of aggressive water conservation and reuse practices;
- a well-funded state water education campaign to inform Texans of the sources of their water and how to conserve and protect it;
- development and implementation of effective drought response plans by water suppliers;
- protection of Texas bays, estuaries, in-stream flows, and wetlands;
- enhanced authority and resources to groundwater conservation districts coupled with well-funded research on groundwater resources and the hydrologic connections between groundwater and surface water;
- expanded testing of fish and shellfish for mercury, radionuclides, and other contaminants and public notification of health risks from water pollution;
- a comprehensive effort to reduce and manage flooding that emphasizes floodplain management, advance planning, and low-impact development; and
- actions to prevent depletion and exploitation of water resources, including banning the use of non-brackish water for fracking, prohibiting speculative water marketing, and acquiring open space to

TDP_000209

protect aquifers and watersheds.

Environmental Protection, Regulation and Enforcement

The purpose of government is to promote the common good and the protection of all, not the exploitation of resources for the profit of a handful of individuals and corporations. To that end, environmental protection, regulation, and enforcement is essential to preserve the health of our people, the quality of life, and to secure long-term economic growth. It is vital that the Texas Commission on Environmental Quality (TCEQ) protect the health and welfare of Texans through environmental stewardship. We support:

- Texans' right to know if hazardous chemicals and materials are being stored in their communities;
- Implementation of the Chemical Safety Rule, which the current federal Administration has attempted to roll back, even as we see the impacts that failure to require such a rule can have during events like Hurricane Harvey;
- For major hazard facilities, the implementation of risk assessment and mitigation requirements that take natural hazards into account;
- the State of Texas fully enforcing environmental laws instead of ceding its responsibility to protect Texans' health;
- TCEQ and the EPA making human health and quality of life paramount when deciding whether or not to grant either an air or wastewater permit;
- retiring the oldest, heavy-polluting, coal burning Texas power plants that are so outdated that pollution controls are not an economically viable option;
- ending the destruction of our forests, water, and other natural resources by coal strip mining;
- the enforcement of the Clean Air Act and Clean Water Act for all industries;
- strengthening the violation penalties so that it does not pay to pollute;
- EPA's rule to reduce emissions of toxic air pollutants from power plants, specifically mercury and air toxics standards (MATS) for power plants that will reduce emissions from new and existing coal- and oil-fired electric utility steam generating units;
- requiring TCEQ to protect the health of Texans by enforcing the Clean Air Act and analyzing cumulative pollution impacts on downwind communities before making permitting decisions;
- the rights of all citizens to participate in the permitting process and contested hearing in order to protect their property, health and the environment, including reversing recent efforts by the Texas Legislature to make it more difficult for citizens to participate in contested case hearings;

- the enactment of laws and regulations to protect low-income communities and communities of color from environmental racism and environmental injustice;
- halting the plan to import high-level radioactive waste for consolidated storage or disposal in Texas due to risks of water contamination, security concerns and transportation accidents, and we oppose transport of high-level radioactive waste on our highways or railways;
- requiring green completions of wells by requiring excess gases to be captured; stricter limits on flaring, a sustainable yield permit for water withdrawals and recycling or appropriate disposal of tainted water; and a prohibition of known carcinogenic or toxic chemicals used in this process;
- efforts to protect our cities, towns and communities from the dangers presented by the dramatic increase in shipments of highly flammable oil and gas products by train; and
- the appointment of new TCEQ commissioners who will enforce state and federal laws that protect our air, water, and land from those who pollute for profit.

The Texas Railroad Commission has been tasked with overseeing the operation of Texas' natural gas wells. However, they have become little more than a rubber stamp for businesses that damage air and water supplies in the name of profit. We support the Sunset Commission's recommendations to improve the functionality of this agency as it relates to transparency, conflict of interests, ethics and changing the name of the agency to better reflect its role and jurisdiction.

We believe that:

- the members of the Railroad Commission should use their regulatory power as a means of protecting the health, welfare and property of Texans, rather than using it as a political tool;
- statutory jurisdiction should use require the Railroad Commission to use using scientific, peer-reviewed research to consider quality of life factors and seismic activity when evaluating drilling and disposal permits;
- the Railroad Commission should adopt newer, stricter rules on injection wells to prevent earthquakes and provide more safety for underground water supplies and nearby communities;
- the impact of methane emissions on climate should be recognized and controlled;
- political contributions to Railroad Commissioners from the oil and gas industry should be banned;
- penalties levied by the Railroad Commission should be significant enough to deter energy production practices that cause pollution;
- the Legislature should review the ethics and rule of conduct of the Railroad Commission's elected

TDP_000211

offices as it relates to its recusal policy and revise as necessary to ensure the commissioners' awareness of, and compliance with, these requirements;

- legislative action should be taken to require the Railroad Commission to implement a transparent process to confirm that entities declaring common carrier status for pipelines are actually operating as common carriers and not as private entities. Such legislation should also establish a process for landowners to contest a determination by the Railroad Commission that an applicant is a common carrier;

- legislative action should be taken to direct the Railroad Commission to ask for expanded authority over intrastate pipelines to inspect, monitor and review pipeline safety and maintenance to assist the Pipeline and Hazardous Materials Safety Administration in its federal regulatory responsibilities; and

- legislative action should be taken to require the Railroad Commission to establish a searchable, downloadable web database so the public can access information about inspections, enforcement and compliance with environmental rules and regulations.

The preservation of recreational and open spaces is essential to a healthy Texas. We support:

- increased funding for the upkeep, maintenance, and acquisition of state park land and for the protection of state park land in the event of natural disasters such as the recent drought-caused wildfires;

- rewarding those who voluntarily protect endangered species on their lands through Safe Harbor Agreements and similar measures;

- encouraging the large-scale planting of native trees and drought hearty species to absorb greenhouse gases, improve wildlife habitat, and promote beautification; and

- strong enforcement of laws that provide full public access and  restoration  of public lands, parks, beaches, and waters. We affirm the Texas Open Beaches Act and the Texas Constitution's guarantee of public access to beaches. We oppose any actions that endanger this right.

Recycling & Waste Reduction

Reducing the use of natural resources is the best option, followed by reuse and then recycling. Texas Democrats support:

- programs that encourage the reduction of use of unnecessary single use plastics;

- retailer take-back programs for electronics that will keep e-waste out of the waste stream that does not

TDP_000212

merely ship the problem to other countries; and

- financial and other incentives for communities to provide residential recycling.

We oppose any attempts by the Texas Legislature to stifle efforts of municipalities to regulate litter and pollution through city ordinances and regulations that ban bottles, bags, Styrofoam, or other wasteful packaging. Municipalities should be allowed to address waste reduction locally without state interference and allowed to enact ordinances to combat the problem that may be more restrictive than state laws if it is of the will of the local community.

## FISCAL RESPONSIBILITY

Texas Democrats believe responsible, accountable and progressive state budget policy is necessary to restore trust between taxpayers and elected officials in Austin. Earning that trust requires leaders who will talk straight about the challenges facing Texans today and in the future – unlike Republican politicians who have created short-term and long-term budget problems and then have blocked solutions.

These Republican budget policies intentionally created a long-term "structural deficit" by cutting school property taxes while not providing the substitute revenue they promised from business taxes. At the same time, they have refused to use the Texas Economic Stabilization Fund, popularly called the "Rainy Day" Fund, for its intended purpose – ensuring continuation of appropriate services during economic downturns. They have even failed to use it to recover from our recent truly rainy days and other natural disasters. The price for these irresponsible state fiscal policies has fallen squarely on the backs of hardworking Texans for more than a decade.

Drastic state budget cuts in education, healthcare and other areas have shifted the tax burden to local governments, often requiring cities, counties and school boards to cut services or increase local property taxes or regressive sales taxes. As Texas Democrats, we support:

- Reversing the $5.4 billion in cuts to public education that were made in 2011 and the additional $1.7 billion cut made in the recent legislative session, which have caused many public school employees,

TDP_000213

including teachers, to lose their jobs while more students were crammed into crowded classrooms;

- Restoring funding for proven services in the women's health programs, where cuts left millions of women without basic preventive care and screening services;

- Adopting the Medicaid expansion provided under the Affordable Care Act so that billions of our federal tax dollars will come back to Texas, improving the health of our citizens, saving our rural hospitals from closure and reducing the property tax burden that currently pays for indigent care;

- Supporting college students and their parents, who have been hit with tuition rates that have doubled at the same time Republicans made significant cuts in state financial aid;

- Forward-looking traffic and mobility solutions that address traffic congestion;

- Long-term funding solutions for the state water plan;

- Ending debt, diversions, and deception in the state budget process;

- Fully funding our state park systems to ensure all Texans can have access to the natural beauty of our great state;

- An update for state emergency services, including 911 systems that allow communities to manage crisis situations that can arise from floods, hurricanes, and tornadoes; and

- Appropriate assistance to Texans and Texas communities attempting to recover from Hurricane Harvey and other natural disasters.


State government must invest wisely and efficiently to meet the needs of our rapidly growing population and develop the human resources that are the key to our economic future. Texas must reform state fiscal policy and develop reliable revenue sources that grow with the economy to provide essential state services for a growing population. Texas Democrats support policies to restore responsible state fiscal policy, including:

- a progressive tax system based on the principle that all taxpayers should pay based on their ability to pay;

- the end to Republican policy that provides tax breaks to the wealthy at the expense of the vast majority of working Americans;

- enacting a constitutional amendment to prevent extending the sales tax to food and Medicine, while opposing Republican efforts to impose a sales tax to replace local property taxes with a tremendous increase in state sales taxes;

- reforming the business "margins tax" policy to provide fairness to all economic sectors, especially small businesses;

- eliminating tax loopholes and unproductive special breaks, such as Chapter 313 agreements, to

simplify the tax system and provide revenue for essential services;

- the federal government discouraging economic incentive policies that pit one community against another;

- reforming the property tax appraisal system to guarantee uniform appraisals and eliminate the loopholes that allow business, mineral and commercial properties to be taxed at far below market value, which shifts the burden onto homeowners;

- structured property tax relief to benefit all homeowners fairly and prevent families from being taxed out of their homes when land values rise inordinately, and extend the benefits of property tax relief to renters when landlords receive the full benefit of those reductions;

- requiring proposed revenue policy to be clearly established in a transparent process and determined by open, public debate and votes cast by elected representatives;

- stabilizing trauma center funding by repealing the Driver Responsibility Program fees, which many Texans cannot afford and never pay, and replacing the funding other budgetary means;

- requiring state government to spend taxes and fees for the reason they were collected;

- adopting strict guidelines requiring that procurement contracts and taxpayer-funded incentives to businesses must target, when possible, small businesses, including minority-, women-, veteran-owned businesses, and prohibit such awards to companies that export jobs or utilize tax loopholes to avoid state or federal taxes; and

- enacting and enforcing regulations to prevent the continued use of the Texas Enterprise Fund as a corporate slush fund that rewards businesses owned by political cronies and contributors, despite their failure to meet hiring targets and other program requirements.

## Privatization of Government Services

Under Republicans, Texas has entered into a series of questionable contracts with private companies that have reduced and harmed state services. Therefore, we support:

- state agencies hiring state workers at adequate levels to ensure timely and accurate delivery of state services;

- regular audits of state contracts to ensure services are delivered properly and on time;

- enforcement of fines for corporations and entities receiving contracts that fail to deliver on services outlined in state contracts;

- legislation that would close contractor and trade secret loopholes in the Texas Public Information Act, while providing due process protections for private companies wishing to keep trade secrets private;

and

- ending and banning any agreements with any contractor that has relocated outside the United States to evade taxes.

........................................................

## FAMILY SECURITY

Texas Democrats support initiatives to ensure the security of our families. Every parent should be able to provide housing, nutrition, clothing and health care for his or her family. Families have a right to strong and healthy communities, including the right to produce, process, access, distribute, and eat healthy food and to understand the sources, quality, and nutritional value of their food regardless of race, class, gender, ethnicity, citizenship, ability, religion, or community.

### Care for Children and Families in Need

Many Texas state agencies – including the Department of Family Protective Services, Health and Human Services Commission, and Department of Child Protective Services – play a direct role in ensuring Texans' health, safety, and security. Abuse within the CPS system, failed managed care contracts overseen by HHSC, and questionable practices by DFPS are all the direct result of a Republican-led state government that have prioritized profits over people. Texas Democrats support:

- Greater oversight of private and state facilities and institutions that serve children and vulnerable adults;
- An end to privatization of the Department of Family Protective Services;
- Sufficiently funding CPS to reduce caseloads, ensure compliance with federal guidelines for caseworker/client meetings and adequately compensate experienced caseworkers to reduce turnover;
- Child protective programs that provide safe, secure environments for children and ensure there is no discrimination in the foster care system;
- Adoption of children by loving qualified parents regardless of marital status, sexual orientation, gender identity or expression, and the rights of families created by those adoptions;
- A stronger managed care system that ensures medically fragile Texans have access to the complete

TDP_000216

care they need, as well as the option to be served through Medicaid; and

- Allow a state inspector general to review complaints from parents and families regarding the quality of care from managed-care companies, with the goal of improving patient outcomes.

## Long-term Services and Support

Texas Democrats believe that elderly and disabled Texans of all ages should have access to long-term services and supports that promote independent living in the most integrated setting possible. We believe the state must comply with the Americans with Disabilities Act. Therefore, we support:

- transitioning the long-term care system to focus on home and community based services (HCBS) where funding for services "follows the person";
- providing elderly and disabled Texans with choices about where they want to live and receive support services, and protecting individual homesteads from repossession when recovering the cost of long-term care;
- coordination of accessible, affordable, integrated housing and other support services;
- establishing a registry of direct service and providers and developing a training and certification program that interfaces with similar initiatives; and
- access to non-medical services to contain cost and allow greater individual control;
- appropriate Medicaid reimbursement rates for long-term care.

## Social Security

Texas Democrats believe that we must maintain the promise of Social Security and keep the system strong and certain for all working Americans. Therefore we support:

- That all Americans who have paid (or whose family members have paid) into the system should receive the benefits those payments should entitle them to regardless of other systems they may benefit from;
- A more level playing field that requires raising or removing the income caps, since the vast majority of earners pay into the system from the first to last dollar earned;
- Using CPI-E for calculating cost-of-living adjustments (COLA) for the elderly;
- Maintaining of smaller town Social Security offices; and
- Maintaining Social Security as a program of the federal government.

TDP_000217

## Retirement Security

Millions of workers have invested in public or private pensions to secure their retirement. We believe it is a legitimate role of government to protect the position of stakeholders in these pension systems. Therefore we support;

- legal protections for participants in any retirement system for the full amount to which they are entitled;
- automatically freezing funds of companies filing for bankruptcy or encountering legal problems to keep funding for the pension plan in place;
- putting in place time limits to allow the expedient transfer of pensioners' funds to the pensioner within the confines of IRS regulations;
- state Retirement Systems be preserved as defined benefit systems consistent with the  Texas Constitution; and
- federal employees retiring under Federal Employee Retirement System be treated the same as Civil Service retirees for purposes of sick-leave credit.

## Access to Affordable Property Insurance

Democrats believe that Texans must have access to insurance protecting our homes and businesses at an affordable rate. Therefore we support:

- strict enforcement of policies requiring companies to justify rates or roll them back;
- providing the Insurance Commissioner the authority to deny or approve rates;
- eliminating unfair underwriting practices such as redlining, the use of credit scoring and other discriminatory practices;
- outreach and education efforts to homeowners on the proper home insurance necessary to protect against major disasters, including floods and hurricanes; and
- greater consumer representation on the Insurance Commission.

## Utility Regulation

Democrats understand that Texans must have affordable utilities and deregulation has failed to drive down rates and has produced an always confusing and often times misleading marketplace. Therefore we support requiring the Public Utility Commission to construct policies that force all

providers to display all products using the same language terminology and industry measurements, including cancellation policies, and to describe those products so that they might be easily understood and compared.

## Housing

Texas Democrats believe quality, affordable housing strengthens families and revitalizes communities. As the population of Texas continues to grow, the importance of housing policy extends beyond the critical value of shelter. Chronic homelessness is on the rise. Quality, affordable housing improves school performance, diminishes health problems for both children and adults, and decreases psychological stress – among other benefits. We support:

- increasing investment of public funds to expand the supply of housing that is affordable and accessible to lowest income households;
- establishing housing stability as the primary purpose of low-income housing policy, which views allowing Texans to live in the neighborhood of their choice as foundational to good health, employment, educational achievement, and child well-being;
- continuing and improving programs that promote concrete resources to advance the dream of homeownership for all Texans;
- legislation such as property tax circuit-breakers, that prevent people from being taxed out of their homes; and
- ensuring the housing needs of our most vulnerable Texans, including persons with disabilities, persons experiencing homelessness, persons living with HIV/AIDS, seniors, youth, children, and families, is a priority in all housing policy decisions.

## IMMIGRATION

Texas Democrats recognize that the United States is a vibrant nation of immigrants. We value those who come from different countries and cultures. Immigrants add prosperity and resilience to this great country. They hold professional jobs, own businesses, build our homes, and work in several other industries. We believe in fostering better bilateral relationships with all nations including our southern neighbor whom we share an extensive border with. Importantly, viewing

immigrants through a lens of fear and prejudice only hurts our nation and Texas. Our government's failure to enact meaningful, long-term immigration reform has left us with the broken system we have today. Through a more fair and equitable immigration system our county is strong. We therefore:

- strongly oppose the Trump Administration's policy abusing children by of separating children from their parents at the southern border and denounce housing children in tent cities;
- strongly oppose "tender age" shelters for infants and small children;
- strongly oppose the Trump Administration so called "zero tolerance" approach to immigration;
- strongly oppose the Trump Administration's policy to no longer recognize asylum claims or Temporary Protected Status for refugees fleeing forced gang recruitment and violence perpetrated by gangs and refugees fleeing domestic violence;
- support securing and protecting our border, while treating asylum seekers humanely;
- strongly oppose any type of bans based on religious affiliation or country of origin;
- strongly oppose efforts to build a border wall of any size and the unrealistic claim, and possibly abandoned claim, that a foreign country will pay for a border wall;
- strongly oppose Section 287g programs of the Immigration and Nationality Act which allow memorandums of understanding between ICE and local law enforcement agencies to act as federal immigration officials;
- strongly oppose the immigration detention facility bed mandate that creates perverse incentives to increase deportations for private profit;
- strongly oppose and call for the shutdown to all family detention centers;
- strongly oppose efforts to grant child care licenses to family detention centers;
- strongly oppose efforts to limit and interfere with established federal, state, and faith-based refugee programs;
- denounce all xenophobic, racist, vigilante, and bigoted efforts which scapegoat immigrants including any efforts in which dog whistle words are used;
- strongly oppose Senate Bill 4(the "Show Me Your Papers" law) and call on the Texas Legislature to repeal Senate Bill 4;
- strongly oppose any efforts by DPS to share information and statistics of the legal status of any person stopped for a traffic offense;
- strongly oppose efforts by cities and local law enforcement agencies to enforce federal immigration laws prohibited by preemption;

TDP_000220

- support comprehensive immigration reform, including an attainable path to citizenship;
- support the Deferred Action for Childhood Arrivals ("DACA"), its expansion, and Deferred Action for Parents of Americans and Lawful Permanent Residents ("DAPA") programs and denounce the Republican and Trump Administration efforts to end DACA;
- support the passage of a clean DREAM Act;
- support the expansion of visa availability in order to expedite family reunification and lessen visa wait times;
- support the 14th Amendment provision of the U.S. Constitution which makes all persons born in this country citizens of this country;
- support expanding the Affordable Care Act to cover undocumented immigrants;
- call on Congress to clarify that the Childhood Status Protection Act allows pending visa applicants to retain their place for visas if they aged out;
- support providing equal housing opportunities to all immigrants and denounce all xenophobic or racist conduct that denies equal housing to immigrants;
- support the lawful and humane treatment of immigrants by all law enforcement and correction officers;
- support strict enforcement and appropriate punishment against those who exploit undocumented workers rather than targeting the workers themselves;
- support providing everyone, especially children, individual legal representation in front of immigration judges;
- support reducing the current backlogs in U.S. Immigration Court by adding sufficient judges and providing individual legal assistance to those who come before the court;
- support law enforcement agencies disseminating information and assisting immigrants who are victims of crimes or human trafficking and may be eligible for U and T visas and including efforts to reduce turnaround time for certification requests;
- support the abolishment of re-entry bans for nonviolent legal permanent resident applicants and increase the approvals of hardship waivers;
- support increasing U Visa availability;
- support allowing all Texas residents to obtain a driver's licenses regardless of immigration status;
- support counties and Sheriffs who end the voluntary cooperation with ICE;
- support efforts which prevent law enforcement or others from inquiring about immigration status for malicious purposes;
- support the current in-state tuition statute which allows undocumented students to obtain a higher

TDP_000221

education and denounce all repeal efforts; and

- support the fair and just treatment of all people in immigration proceedings regardless of race, gender, national origin, sexual orientation, gender identity, or other characteristics.

*Texas Democrats recognize that the United States is a vibrant nation of immigrants. We value those who come from different countries and cultures.*

TEXAS DEMOCRATIC PARTY PLATFORM

## TRANSPORTATION

Like most Texas road-users, Democrats support fully funding transportation projects to alleviate congestion and improve the safety of our roadways.  No funding source should be eliminated and each community should decide which projects are the most important to that community. The positive growth of population and business in Texas has had a negative effect on our traffic congestion – raising concerns about air quality, traffic safety and lost productivity from commute wait times. Texas Democrats support:

- investing state dollars in mass transportation projects with public support and the potential for matching federal funds and incentives for increased usage of mass transportation;
- transportation projects to encourage building safe sidewalks, curb cutouts for accessibility to people with disabilities, and bicycle lanes;
- reviewing creative programs like telecommuting and buses on shoulders of major highways to encourage mobility;
- improving para-transportation services to meet the needs of Texans with disabilities;
- preventing infrastructure built with public funds from being used as private entities;
- allowing optional toll-managed lanes, private/public partnerships and other creative means of financing to complete large transportation projects with a minimal impact on the state budget, the taxpayers, businesses along the project and residents who access those roads;
- legislation to demand transparency in how toll roads are financed and how funds are managed; and
- the development of a state rail plan for increased participation in intra-state rail projects that do not harm the environment or infringe upon property rights.

---

## CONSUMER PROTECTION

Texas Democrats believe government has a responsibility to protect the people from dangerous products and fraudulent, unfair and discriminatory business practices. Therefore we support:

- repealing laws and regulations that restrict redress for buyers of new homes that discover shoddy work after the purchase is completed;
- protection of consumers' private data and accountability for companies that manage it;
- stricter laws targeting unscrupulous telemarketing, internet marketing and price fixing;
- the rights of communities to provide public utilities at their discretion including "wi-fi" internet access;
- the enforcement function and authority of the Consumer Financial Protection Bureaus;
- repealing the cap on mass tort liability to allow for appropriate damages tempered by the current legal process;
- allowing class certification related to credible product liability and personal injury claims; and

- the elimination of predatory lending practices particularly payday loans and sell/lease back transactions.

---

## WOMEN'S RIGHTS

The Texas Democratic Party recognizes Texas women are strong, independent and powerful. Texas is the proud home of pioneering women who have blazed new trails in business, entrepreneurship, culture, and politics. The Texas Democratic Party seeks to address persistent inequalities that make women's economic, physical and legal well-being subject to circumstance, prejudice, sexism and antiquated views of women's role in society.

The Texas Democratic Party demonstrates its commitment to Texas women through women's leadership at all levels of party activity and by working for policies, laws and elected officials that share our commitment to women's full, equal, and essential role in Texas' future success. As the Party that truly values Texas women and their families, the Texas Democratic Party will:

- support and affirm equal rights for all women, and oppose any attempts to limit those rights;
- address disparities in health care, criminal justice, and education experienced by women of color and transgender women;
- support affirmative action, the rights accorded to women in Title IX, the U.N. Convention on the Elimination of All Forms of Discrimination Against Women (CEDAW), and the ratification of the Equal Rights Amendment (ERA) to the U.S. Constitution;
- preserve confidential, unrestricted access to affordable, high quality, culturally sensitive health care services, including the full range of reproductive services, contraception and abortion, without requiring guardian, judicial, parental, or spousal consent;
- opposes any and all attempts to overturn Roe v. Wade;
- promote health insurance and medical coverage of the full range of mental health services, including Planned Parenthood, and treatment for women, including early screening and intervention for postpartum depression;
- increase parenting and job skills for women through available, comprehensive education and training for women who were formerly incarcerated;

TDP_000224

- strive to get more women elected to better reflect and represent the population of women in Texas;
- promote the engagement of young women in our political process in order to develop a pipeline for new leadership with diversity of experience within the Texas Democratic Party; and
- support the right of a woman to report hostile and abusive work environments without retribution.

## LGBTQ RIGHTS

Texas Democrats support and welcome all people, regardless of their sexual orientation, gender identity or gender expression. We recognize that lesbian, gay, bisexual, transgender, and queer (LGBTQ) Americans continue to encounter discrimination and must be treated as fully equal in all areas of life.

We therefore support:

- the immediate passage of the Equality Act by Congress;
- the right of all people to use facilities and participate in all aspects of life in a manner that is consistent with their gender identity or expression, irrespective of the gender they were assigned at birth;
- the classification of discrimination against transgender individuals as discrimination on the basis of gender;
- streamlined processes for transgender individuals to obtain legal documents consistent with their gender identity, including state IDs, regardless of surgical status;
- the inclusion of gender confirmation surgery in Medicaid; and fully inclusive transgender healthcare coverage in employer-based insurance;
- municipal, state, and federal nondiscrimination laws which protect LGBTQ individuals in all aspects of their lives including housing, employment, adoption, education, commerce, healthcare and public accommodation;
- a ban on so-called "reparative" therapy and recognize its practice as abuse;
- the use of best practices in the delivery of services to all Texans regardless of sexual orientation or gender identity by social, healthcare, and public service professionals;
- the factual inclusion of the LGBTQ movement and individuals in history and social studies classes in public education;

- the right of all students to learn in a bullying and harassment-free environment;
- programs to combat suicide and homelessness among LGBTQ youth;
- programs to provide inclusive and comprehensive housing and healthcare for LGBTQ seniors; and
- the Constitutional protections afforded to all people in the United States which guarantee the full and equal treatment of the laws.

Furthermore, we oppose:

- efforts to defy the U.S Supreme Court decisions which guaranteed marriage equality and the full benefits of marriage to all couples; and
- the use of hate speech, disguised as free speech and religion, that fosters and promotes bigotry and violence against LGBTQ citizens.

## DISABILITY RIGHTS

Texas Democrats believe in the right of every Texan to lead a productive life, enjoy liberty, and to pursue happiness. Texas Democrats want all Texans with disabilities, including veterans, to ensure their right to live independently in the community in the most integrated setting of their choice. Disability rights are civil rights and no person should face discrimination based on disability status.

Texas Democrats believe that this is not only a civil right, but is also part of the economic vitality and interest of Texas. This requires increased access and availability of affordable, home and community-based long term services and supports.

We support necessary changes to preserve and enforce all state and federal disability rights laws, particularly the landmark Americans with Disabilities Act (ADA) and the Olmstead decision. Olmstead, the U.S. Supreme Court ruling based on the ADA that affirms that people with disabilities have a qualified right to receive state funded supports and services in the community rather than institutions. Due to lack of enforcement, supportive legislative policy, and sufficient accessible, affordable housing, thousands of Texans with disabilities, ready to transition to a home

TDP_000226

and community-based setting, are stopped from relocating because they cannot get access to vouchers or to accessible, affordable, and integrated housing options.

Access to affordable accessible public and private transportation is essential to the employment, safety, health and well-being of Texans with disabilities. Due to age and/or changes in health status many people with disabilities do not drive or have surrendered their licenses. In addition, Texans with disabilities are not always involved in transportation planning and budgeting of transportation, with the focus being on roads vs. mass transit, tolls vs. no tolls. Paratransit and taxi vouchers are often the only forms of transportation for Texans with disabilities. Voters with disabilities are denied the right to vote in person due to the onerous photo ID requirement.

Texas Democrats support:

- Reversing the priority of Medicaid funding from state supported living centers (SSLCs, institutions for the developmentally disabled) to home and community-based services;
- Reducing the decade long waitlists for home and community based services by increasing the number of subsidized housing vouchers and ensuring sufficient available, accessible, and affordable housing for 1.8 million Texans with disabilities;
- Paying caregivers a $15/hour minimum base wage, essential to maintaining independence;
- Removing the roadblock to voting by eliminating the photo ID requirement;
- Enforcing the Americans with Disabilities Act requirements for public and private organizations;
- Ensuring that students with disabilities receive an appropriate early childhood, secondary, and postsecondary education in the least restrictive environments, including access to the full range of services and supports called for in their individual education plans at all learning institutions;
- Supporting the Convention on the Right of Persons with Disabilities, its expansion and ongoing mission to deliver quality support to all Texans with disabilities; and
- Resisting burdensome work requirements to receive SNAP benefits as it relates to people living with disabilities.

---

# VETERANS AFFAIRS

TDP_000227

Texas Democrats believe that our veterans should be given the benefits they have earned and they have been promised, honored for their service, and accepted back into society with open arms. Providing education benefits to veterans for their service enables them to be the next generation of leaders, business owners, and highly skilled workers. Historically, empowering returning veterans to obtain education, at any level, has benefited America as a whole, and ushered in eras of prosperity. Texas Democrats wish to see this continue, and will do so by:

- Preventing the privatization of the veterans administration, and instead fund it more fully;
- Supporting and maintaining dedicated women's health care services and clinics, including OB/GYN doctors, to ensure women veterans have access to the care they need, as well as women's clinics to ensure increased access to care through VA services;
- Supporting the VA to combat opioid abuse;
- Supporting and maintaining the Post 9/11 GI Bill for those who separated before 1 Jan. 2013 (Chapter 33) in its entirety;
- Supporting the new GI Bill which eliminates the 15-year time limit to use their GI Bill;
- Supporting the full funding of the VA MISSION Act, to ensure the 33,000 unfilled positions at the VA are properly staffed;
- Enabling the direct translation of military job training – such as EMT, vocational. Communications, and helmets-to-hardhats – be recognized by the states and federal programs;
- Working to ensure successful transition successful transition into civilian employment, including increased funding for companies that employ veterans, trade school programs, and mental health care that includes mindfulness meditation amongst other performance enhancing practices;
- Supporting the full state funding of the Hazelwood Act entitlements, and allow the transfer of those entitlements to dependents, and study allowing non-Texas enlistees to use those entitlements;
- Supporting and encouraging school cooperation with veterans struggling with physical disabilities and PTSD and provide reasonable accommodations;
- Encouraging every school, public and private, to participate in the Yellow Ribbon Program;
- Allowing for the transfer of remaining Chapter 31 and Chapter 33 entitlements to dependents, regardless of time in service; and
- Allowing Basic Allowance for housing (BAH) to be collected in both Chapter 31 and Chapter 33 programs.

Veterans put both their bodies and their minds on the line when they answered their call to

service. Many return home with physical wounds, and many more return home with wounds invisible to their fellow citizens. Texas Democrats know that the death of even one veteran on the home front, be it self-inflicted or by lack of access to healthcare, is a tragedy to the entire nations, and having veterans live on the street is shameful. Texas Democrats wish to remedy this by:

- Extending the Operation Enduring Freedom/ Operations Iraqi Freedom coordinator program to all separated service members, regardless if they served in a conflict;
- Increasing the Combat Related Special Compensation entitlement payments; and
- Extending Tricare Standard /Extra / Prime health insurance eligibility to all service members who served in any conflict or hazardous duty area.

---

## RURAL TEXAS AND AGRICULTURE

Texas Democrats understand the obstacles faced in rural Texas, and we are committed to providing our rural communities with the tools necessary to maintain their quality of life and create enhanced opportunities for future generations of rural Texans.  All areas of Texas need access to natural and economic resources to grow and thrive, yet rural communities' assets are under increased pressure from forces beyond their control.  We support rural communities in their efforts to protect the materials necessary for their economic livelihood.

Water is a necessity for private individuals, agricultural businesses, and emergency management in rural areas.  In the face of climate change, ongoing droughts, and threatened aquifers, we support:

- Preparation of a substantive plan to mediate the threat of mega droughts that is plausible and environmentally sensible;
- Establishment of programs for industry, agriculture and individuals to limit non-essential water use in times of extended drought;

TDP_000229

- Preservation of our environment from damages resulting from well development;
- Protection of groundwater recharge areas and enhancement of groundwater recharge;
- Actions to ensure that rural areas will have the water resources they need to sustain their people and their economies;
- Construction of desalination plants using renewable energy, employing state-of-the-art salt water concentrate disposal, such as reverse osmosis, and operated by well-trained staff;
- Promotion of rainwater collection and graywater systems to use water more efficiently;
- Control of storm water runoff in order to slow erosion and keep water systems healthy;
- Encouragement and facilitation of recycling of water used for fracking; and
- Efforts to address flooding issues in rural as well as urban areas.

Texas Democrats understand that the backbone of our food supply is and should be local, family owned farms. There can be a healthy balance between ensuring a nutritious, affordable, and reliable food supply for consumers, safe working conditions for farmers and farmworkers, protecting our environment and using modern, conventional production techniques to ensure good crop yields, healthy livestock and economically sustainable farms. There must be a concerted effort by the Teas Department of Agriculture to support the local family farmer, reduce reliance on synthetic pesticides and fertilizers. In order to do so, Texas Democrats will work to:

- decrease the cost and administrative burdens associated with USDA Organic Certification;
- engage conventional agribusinesses in finding alternatives to the use of petrochemicals and synthetic pesticides on produce, especially those that are most susceptible to absorption (strawberries, tomatoes, etc.);
- pass a farm bill that provides accessible safety-net programs for small and diversified farmers and imposes reasonable limits on subsidies to corporate mega-farms;
- support the legalization of hemp for agricultural purposes;
- establish consistent policy with respect to support for land conservation easements to allow rural landowners to access private foundations and government matching funds for preservation of open space and family holdings;
- work with the Texas Parks and Wildlife and USDA to manage the wild hog population, and provide small scale farmers with support to establish site-appropriate management plans;
- in coordination with the Texas Department of Agriculture, establish effective global and local marketing programs using updated technology to promote and sell products;

TDP_000230

- create a cost-share program to supplement farmers' expenses related to compliance with the Food Safety Modernization Act and GLOBAL.A.P. Certification;
- pass legislation to improve certification, monitoring, and compliant responsiveness for fuel pumps and market scales;
- support USDA efforts to toughen meat industry antitrust laws to protect the small scale independent farmer from marketplace inequality;
- strengthen and support OSHA health & safety regulations in the industrial meat-packing industry;
- protect family farms from predatory lending, and allow a greater ability for the individual to refinance farm related business debt;
- establish agricultural property tax valuation guidelines that accommodate small-scale and diversified farm operations and encourage farm ownership among first time farmers;
- establish protections that safeguard farmers from inadvertent use of patented and or proprietary seeds;
- expand programs that incentivize consumers to use WIC and SNAP benefits at farmers markets;
- uphold the restriction on the sale of horses to Mexico for the purpose of consumption and ban the round-up of wild horses for slaughter;
- establish evidence-based regulation of pesticide to limit the negative impact on non-target species and the environment in general, including a ban on neonicotinoids, a pesticide chemical linked to massive honeybee die-offs.

Access to quality healthcare in rural Texas is critical; many areas in rural Texas are underserved or have their current service threatened because of the failure of Republican leadership to either expand Medicaid under the ACA or provide alternative funding mechanisms and/or stronger incentives to protect rural health care delivery. In order to remedy this:

- move to construct level 2 trauma centers and hospitals, with women's health facilities, in underserved areas with supporting populations;
- create programs to incentivize physicians, nurses, nurse practitioner, and EMT's to work and stay in underserved areas;
- give grants in aid and zero interest loans to rural counties to construct public clinics and hospitals;
- encourage installation of video teleconference systems in public hospitals to allow specialists in higher level hospitals to quickly communicate to outlying facilities or to remote patients; and
- expand Medicaid under the Affordable Care Act guidelines, in order to alleviate the pressure to close additional rural hospitals.

Education in Texas is an important priority in rural areas.  Lack of jobs and economic opportunities have forced many talented young people to leave rural communities. To remedy this, Texas Democrats support policies that would:

- incentivize teachers to work in underserved communities;
- partner high schools with local business and community colleges to allow students to receive dual credits and industry certifications from apprenticeships in vocational trade programs;
- oppose the Republican call for the consolidation of rural school districts;
- support community based schools over large, centralized school districts in rural areas;
- utilizing remote learning and distance education to facilitate learning in rural areas, within the public school system;
- provide free vaccinations for low-income families; and
- maintain the Top 10% rule that levels the opportunity playing field for rural kids.

The protection of private property is a cornerstone of freedom and liberty and is central to the Texas Constitution.  The use of eminent domain for "private" gain by corporations, foreign and domestic, is a practice that our nation's founders did not envision, would not have stood for, and neither will the Texas Democratic Party.  Texas Democrats understand that obtaining private property through the condemnation process should be allowed only in cases where necessary and for a clear and rightful "public" purpose. In regard to eminent domain:

- condemnation should be used only where necessary, and only for needed projects such as transportation and utilities that serve a clear public interest;
- those facing condemnation must be afforded a clear and transparent process to defend and negotiate a fair and equitable outcome;
- proposed interstate pipelines that cross Texas borders should not be allowed to be segmented to avoid meaningful environmental review to protect our land, water and natural resources; and
- amend the Texas Constitution and relevant laws to eliminate giving private entities the blanket governmental authority to exercise the powers of eminent domain in condemnation of private property; all entities seeking eminent domain authority should be required, before any eminent domain is exercised, to prove that they are deserving of condemnation authority and prove that their project serves the public good.

TDP_000232

Texas Democrats know that internet access is essential to support economic development in rural Texas including healthcare, education, and agriculture. As many as 1 in 3 adult Texans don't have access to broadband internet service, and most of them live in rural areas. Texas Democrats also know that public private partnership between federal, state, and cooperatively owned utilities can bridge the digital divide between rural Texans and their urban counterparts. Consider that in 1935 only 11 percent of U.S. farms had access to electricity. To electrify the countryside, President Franklin D. Roosevelt established the Rural Electrification Administration, which led to the formation of electric co-ops. By 1946, more than 50 percent of American farms had electricity. Texas electric cooperatives can bring internet access to rural Texans in the twenty-first century just like they brought electricity to the last century. To support the expansion of internet service in rural Texas, Texas Democrats support policies that:

- incentivize Texas electric cooperatives to deploy broadband technologies which can make the electric grid smarter while also providing rural Texans with high speed internet access;
- remove barriers for electric cooperatives to utilize existing easements for the deployment and provision of broadband service;
- remove undue financial burdens that hinder electrification efforts;
- give grants in aid and zero interest loans to electric cooperatives that deploy broadband technologies;
- remove archaic telephone rules and regulations to protect the incumbent telecommunications providers who have refused to upgrade broadband technologies, while also implementing a new communications policy that supports broadband networks owned and operated by electric cooperatives. We do not support the removal of telecommunication companies from any list including but not limited to the "last right of refusal."

## RELIGIOUS FREEDOM

Texas Democrats believe that religious freedom is a fundamental right for all Americans as provided by the Texas and U.S. Constitutions. We recognize the importance of religion and prayer in the lives of Texans and support our Constitution's guarantee of every individual's right to practice his or her own beliefs without imposing them on others. We support the U.S.

TDP_000233

Constitutional provision that no religious test shall be required as a qualification for public office. We believe:

- that, just as personal faith and values guide and inspire us to further the well-being of our community, we must never use the power of government at any level to promote one religion or denomination over others or to impose our personal religious observances;
- government must not inhibit the free exercise of religion, but religion can never be used as an excuse to discriminate against or harm others;
- government must not use public resources to support purely religious positions or activities;
- entangling government with religion is dangerous to both government and religion;
- America is the most religiously observant country in the West because our founders wisely provided for separation of church and state, which allows religion to flourish in freedom and respects those who have no religious faith; and
- the religious test for public office in the Texas Constitution must be removed.

Democrats hold political views motivated by deeply held personal beliefs. No political party and no extremist group hold a lock on religious or ethical beliefs and values. We believe that religion should not be invoked to supersede the rights of others. These rights include:

- nondiscrimination laws including those protecting LGBTQ Texans;
- nondiscrimination for individuals in service or public accommodations in the private sector;
- workplace laws regarding wages and compensation;
- laws protecting children's welfare;
- laws ensuring access to healthcare, particularly for women and families; and
- provision of goods and services by government directly or through grants and contracts.

## FOREIGN POLICY

Texas Democrats believe peace, prosperity, and national security are assured by maintaining a strong national defense, promoting democracy, and advancing development abroad. Diplomacy through our State Department should be prioritized, and military action should be used only as a

TDP_000234

last resort and authorized only as allowed by our Constitution. We support consistent diplomacy and development efforts abroad in coordination with our allies. We believe the most important element in our military is the individual service member, and it is absolutely critical that we keep faith with those who serve and defend us. We strongly oppose the Trump administration's attempts to drive out skilled diplomats and replace them with partisan, ideologically-driven political appointees.

## National Security and Development

Texas Democrats believe that the security of our nation is best achieved through: legitimate conduct, strong international leadership, sustained international engagement, nurturing proven alliances, and the maintenance of robust military capabilities. We recognize that we harm our relationships around the globe when we do not honor our treaty obligations. Therefore we believe America must:

- prioritize working with allies whose values promote freedom and justice:
- address the sources of security risks that stem from state weakness, poverty, corruption, and social breakdown abroad;
- maintain and improve the capacity of our military and diplomatic organizations to meet the threats from non-state groups and those nations that provide them support and protection;
- work closely with allies and lead international efforts to prevent the further spread of nuclear arms and to eliminate weapons of mass destruction;
- work with Central American neighbors to end cartels, gang violence, and the infiltration of gangs in the operation of foreign governments;
- obtain assistance from countries in the Middle East to help stabilize the region;
- encourage Iraq to ensure security within its borders by renouncing sectarian violence and promoting a responsive and inclusive democracy that ensures minority rights and  equitable access to resources;
- oppose the regime-sponsored violence occurring in Syria by expanding assistance to vetted opposition groups — particularly our Kurdish allies, expanding humanitarian aid, leading efforts to facilitate a negotiated political solution within Syria, leveraging alliances in the region to constrict the flow of resources to radical groups, and leading regional efforts to counter Russian dominance and prevent the establishment of Iranian bases in Syria;
- support verified efforts to denuclearize North Korea as a prerequisite for lifting sanctions;
- continue to support development of Afghanistan's civil and economic infrastructure through sustained

TDP_000235

support for economic development, governance capacity,  and corruption reduction;

- minimize civilian casualties to the maximum extent possible consistent with the safety of our troops serving in foreign nations;

- withdraw U.S. troop support from Afghanistan as rapidly as possible, consistent with  their safety and in a manner that does not destabilize the region or place more lives in danger;

- maintain our long-standing policy that a true, mutually respectful peace with safe and secure borders for two states dedicated to peace and democracy – a Jewish homeland in Israel and a Palestinian homeland – can only result from direct negotiations between willing and responsible partners;

- work to ensure that new governments and societies become true democracies that promote responsive governance, ethnic and religious  minority  rights, individual freedoms, and economic opportunity;

- support the passage of the Global Respect Act, the International Human Rights Defense Act, and implementation of the World Bank's Environmental and Social Framework;.

- work with our allies to facilitate safe haven for the millions of refugees fleeing conflict and persecution, to welcome these vulnerable people in the United States when properly vetted, and to assist in their eventual safe return home;

- withdraw support for foreign or domestic agencies and programs that promote hatred and intolerance;

- develop a new strategic approach to fragile states that prioritizes prevention, aligns policies across U.S. agencies, and leverages the full range of U.S. diplomacy, defense, development, and democratic engagement tools;

- make every reasonable effort to utilize our military, economic, diplomatic, and technological capabilities to assist victims of natural disasters worldwide;

- implement nationally standardized information security policies to more effectively protect our communications networks and critical national infrastructure from all foreign or domestic cyber security and piracy threats, and work to enforce the adoption of those policies unilaterally across all public and private sector agencies;

- identify and prevent all sources of foreign meddling in our elections and those of our allies and, in particular, continue to strongly sanction Russia until it ceases its attacks on democracy;

- assist the economic development of our allies, particularly neighbors, where high unemployment creates immigration pressures;

- restore U.S.  leadership in reducing greenhouse gas emissions, promoting clean energy, and mitigating the effects of global climate change;

- adopt policies that advance our national security by freeing us from dependence on the resource of any nation or region, including foreign oil;

work with the African Union and the UN to bring stability to the continent by defeating terrorist organizations such as Boko Haram, Al Shabab, and other Central African terror groups;

- encourage universities and colleges to participate in foreign exchange programs and conduct joint research projects with foreign institutions;

- remove legal barriers that prevent highly skilled foreign nationals, educated in U.S. universities, from continuing to work and live in the United States;

- support the continued ban on the use of all methods of torture, including waterboarding, indefinite detention of persons without charges or legal representation, and other policies that violate or conflict with the values embodied by the Bill of Rights and the U.S. Constitution;

- support the immediate closure of the Guantanamo Bay detention facility and set up a special court to hear the cases for detainees;

- establish legal oversight over all privatized military security forces, because military security contractors operating without government oversight have put America at risk;

- focus on practical, nonviolent solutions to the problems of domestic and international conflict where possible;

- support the mission and efforts of the United States Peace Corps;

- oppose privatization and support funding of an air traffic control system that is fully equipped and staffed by public employees; and

- strengthen port security, including inspection of currently unchecked containers.

## Trade Policy

Texas Democrats know that the economic and employment conditions of American workers depend on trade that is both free and fair. Therefore, American trade policies must:

- encourage the sale of domestic products and services in foreign markets and oppose foreign practices that restrict access to markets for American businesses;

- support the strengthening of labor and human rights protections and stronger health, environmental, and consumer safety standards in any trade agreements to prevent U.S. job losses, sweatshop conditions and human rights abuses in developing countries,  and environmental degradation;

- protect American companies from intellectual property theft, especially from state sponsored companies, and file lawsuits through the World Trade Organization when theft occurs;

- protest through the World Trade Organization when countries artificially manipulate their currency to foster trade imbalances;

TDP_000237

and oppose arbitrary tariffs that harm our allies.

UP NEXT

Party Resources

READY TO GO?

Let's elect more Texas Democrats

TDP_000238



Home        Our Party        Get Involved        Events        Media        Donate

ABOUT                          ACTION CENTER                    BUILD TOGETHER

Our Party                      Volunteer                        African Americans

Party Platform                 Donate                           Asian Americans

Our Leaders                    Find My County                   Texas Democrats with Disabilities

Elected Officials              Find an Event                    Environmental Democrats

County Parties                 Submit an Event                  Hispanics & Latinos

Party Officers                 Request a Speaker                Labor

Executive Committee            Run for Office                   LGBTQ Community

DNC Members                    Request VAN access               Non-Urban, Rural Texans

Party Resources                Voting Resources                 Students & Young Texans

Staff                          Training Resources               Veterans

Work with Us                   Register to Vote                 Women

Media Center                   Shop

PO Box 15707, Austin, TX 78761

yellowdog@txdemocrats.org  |  press@txdemocrats.org

TDP_000239

Office: 512-478-9800  |  Privacy Policy  |  Contact Us

Paid for by the Texas Democratic Party, www.texasdemocrats.org
This communication is not authorized by any candidate or candidate's committee.

©2020 Texas Democratic Party. All Rights Reserved.

* By providing your cell phone number you consent to receive periodic voting reminders and updates on
how you can help elect more Democrats via text message from your Texas Democratic Party when you
enter your cell phone number. Text STOP to cancel or HELP for help. Msg & Data rates may apply.



## Chip in to our biggest organizing program ever >>

The stakes have never been higher -- we're building out an organizing program that will redefine what it means to organize in Texas.

$25

$50

$100

$250

$500

...or chip in another amount

*If you've saved your information with ActBlue Express, your donation will go through immediately.

TEXAS DEMOCRATS

# Our Party

Our Party    Leaders    People    County Parties    Resources

Training    Contact

SHARE

Volunteer    Register to vote    Donate

Founded in 1846, Texas Democrats continue the march towards a state as great as its promise.

A fair shot for all, that's what drove Democrats to build this great state, and that is what drives us today. A belief that no matter who you are, what you look like, where you come from, or who you love if you work hard in Texas, you can make it.

Texas Democrats have never shied away from big, bold ideas. From Lyndon B. Johnson, Henry B. Gonzalez, Barbara Jordan and Ann Richards to today's Democratic champions, Texas Democrats have crafted the landmark programs, policies, and institutions that make Texas one of a kind.



*"Yesterday is not ours to recover, but tomorrow is ours to win or lose."*

PRESIDENT LYNDON B. JOHNSON

## Building our State

From skyscrapers to homesteads on the ranch, Texas was built by workers, doers, and dreamers. It is a story of Texan grit and determination.

TDP_000242

Together, we set our sights beyond the horizon and we do whatever it takes to get there. Together, we blazed the trails for towards a better state for all.

Texas Democrats that came before us recognized the promise of this great place and built the infrastructure that allowed us to enjoy it, everything from the best highways in the world to good schools and great universities.

When people were being held back, Texas Democrats broke down the barriers. From the first kindergarten programs to bilingual education, children's healthcare, Social Security, the Civil Rights Act, the Voting Rights Act, workers' rights, and women's rights, Democrats fought for the dignity of all and made opportunity a reality.



*"From El Paso to Beaumont, Brownsville to Amarillo,*
*Texans are demanding real solutions, not petty nonsense.*
*It's time to take a stand. ¡Si se puede!"*

GILBERTO HINOJOSA, TEXAS DEMOCRATIC
PARTY CHAIR

Our Shared Values

TDP_000243

Texas Democrats believe democratic government exists to achieve as a community, state, and nation what we cannot achieve as individuals.

We believe in equal opportunity, fairness, freedom, family, community, and a responsibility to ourselves and each other. These are the values our elders passed down to us, the values we hope to share with our children, and the values we expect from our elected officials.

The Texas Democratic Party is a movement of millions of Texans coming together to fight for our Texas values. We know our state cannot succeed when the deck is stacked against working Texans and their families.

At our core, we are all about a fair shot for all. That's why Texas Democrats have a plan for jobs with fair pay, strong neighborhood schools, health care for all, debt-free college, investment in job training and technical education, a dignified retirement, and expanded family leave options, so Texans never have to choose between their job or caring for a sick loved one. We will never stop fighting for an economy that works for everybody, not just those at the top.

## Fighting for our Future

Our movement is growing from the ground up, block by block, neighborhood by neighborhood, city by city. We can change this state and country.

Texans have entrusted Democrats to lead some of the greatest cities and counties in the nation. In Houston, San Antonio, Dallas, Austin, El Paso, the Rio Grande Valley, and more, Texas Democrats are delivering solutions for working Texans and their families.

We are rising, but to achieve our common cause more is required. If you're willing to talk to a friend or knock on your neighbor's door, we can build a better future. We will never stop fighting for everyone's fair shot to get ahead, protecting our communities, and defending the dignity and respect of all Americans.

Our destiny is shaped by each and every one of us. A brighter day will come if you're willing to work for it.

This progress is never easy. But remember, Texas Democrats have never shied away

TDP_000244

from big, bold ideas.

Visit the Action Center

Become a party member



TAKE ACTION

Find the perfect way to get involved



Home        Our Party        Get Involved        Events        Media        Donate

### ABOUT
Our Party
Party Platform
Our Leaders
Elected Officials
County Parties
Party Officers
Executive Committee
DNC Members
Party Resources
Staff
Work with Us
Media Center

### ACTION CENTER
Volunteer
Donate
Find My County
Find an Event
Submit an Event
Request a Speaker
Run for Office
Request VAN access
Voting Resources
Training Resources
Register to Vote
Shop

### BUILD TOGETHER
African Americans
Asian Americans
Texas Democrats with Disabilities
Environmental Democrats
Hispanics & Latinos
Labor
LGBTQ Community
Non-Urban, Rural Texans
Students & Young Texans
Veterans
Women

TDP_000246

PO Box 15707, Austin, TX 78761

yellowdog@txdemocrats.org  |  press@txdemocrats.org

Office: 512-478-9800  |  Privacy Policy  |  Contact Us

Paid for by the Texas Democratic Party, www.texasdemocrats.org.
This communication is not authorized by any candidate or candidate's committee.

©2020 Texas Democratic Party. All Rights Reserved.

* By providing your cell phone number you consent to receive periodic voting reminders and updates on
how you can help elect more Democrats via text message from your Texas Democratic Party when you
enter your cell phone number. Text STOP to cancel or HELP for help. Msg & Data rates may apply.

TDP_000247



Brittany Switzer <pr.brittany@gmail.com>

## Why is DPS preventing Texans from voting?

**Emmanuel Garcia, Texas Democratic Party** <yellowdog@txdemocrats.org>   Tue, Jun 16, 2015 at 12:52 PM
Reply-To: yellowdog@txdemocrats.org
To: Brittany Switzer <pr.brittany@gmail.com>

# TEXAS ★ DEMOCRATS

## TAKE ACTION: Texas is systematically denying Texans their right to vote. Add your name and protect the right to vote in Texas >>>

Dear Brittany —

Can you spend two minutes protecting the right to vote in Texas?

A shocking recent letter from our partners at Battleground Texas reveals that Texas is systematically denying Texans their right to vote.

All Department of Public Safety (DPS) offices are supposed to offer Texans the opportunity to register to vote when they apply for a driver's license or other ID cards. **It's federal law.**

Yet far too often, Texans who register to vote with their local DPS office or update their information on DPS' website are unable to cast a ballot because the Secretary of State and DPS are not working together to ensure that everybody who registers at their DPS office appears on the voter rolls.

√ Yes, I want to help fix this problem before the next election and protect the right to vote in Texas.

Since September 2013, the Secretary of State's Elections Division has received close to 5,000 complaints from voters about voter registration practices at DPS. **The system is broken.**

TDP_000248

**Texans have a right to make their voices heard on Election Day – and the state of Texas has a responsibility to ensure all eligible Texans can register to vote.**

It's time to take action and force the state of Texas, DPS, and the Texas Secretary of State to fix this problem.

**It only takes two minutes to demand that the Secretary of State and DPS follow the law. Sign your name right now:**

http://act.txdemocrats.org/Fix-Voter-Registration-at-DPS

We'll deliver your signature directly to Secretary of State Carlos Cascos and top officials at the Department of Public Safety.

Thank you for taking action.

Emmanuel Garcia
Deputy Executive Director, Texas Democratic Party

P.S. Make sure to forward this to your friends and family. We need Texans across the state speaking up to defend the right to vote in Texas!



 

Paid for by the Texas Democratic Party (www.txdemocrats.org) and not authorized by any candidate or candidate's committee.

Click here to unsubscribe.



Hannah Lifshutz <hannah@txdemocrats.org>

---

## what we need right now

Gilberto Hinojosa <yellowdog@txdemocrats.org>                              Tue, Mar 31, 2020 at 4:24 PM
Reply-To: yellowdog@txdemocrats.com
To: Hannah Lifshutz <hannah@txdemocrats.org>

Hi Hannah,

I know things aren't easy right now. I can't stop thinking about my family, my friends, my neighbors, and every single one of you.

Everything seems uncertain right now, but what I do know is that this moment calls for real leadership. We need leaders who put families, workers, and our healthcare first. We are fighting for a brighter future. We are working harder than ever to elect leaders who will prioritize healthcare, workforce policies, and unemployment resources for the people of Texas.

That's why we must keep mobilizing, energizing, and registering more Texas Democrats -- because that's how we will win in November. By registering Texans to vote, we elect Democrats from the schoolhouse to the White House.

That is where our March Voter Registration Fund comes in. This fund supports our voter registration programs and for every $1 you are able to contribute, we can send 2 Texas a voter registration card. This will lift our eventual nominees and candidates to victory in November.

**We need your help. Things aren't easy right now. If you're able to help hit our midnight fundraising deadline, you'll be putting this team in the best position possible to win across our state.**

**We can't do this without you, Hannah. Chip in $7 right now, so we can send 14 Texans a voter registration card:**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

$7 = 14 REGISTRATION CARDS

$25 = 50 REGISTRATION CARDS

$50 = 100 REGISTRATION CARDS

$100 = 200 REGISTRATION CARDS

$250 = 500 REGISTRATION CARDS

CHIP IN MORE

Together, we will get through this. Together, we will turn Texas blue up and down the ballot.

Adelante,

Gilberto Hinojosa
Chair, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org) and not authorized by any candidate or candidate's committee.

This email was sent to hannah@txdemocrats.org. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.

TDP_000251



Hannah Lifshutz <hannah@txdemocrats.org>

---

## re: real quick

**Brittany Switzer** <yellowdog@txdemocrats.org>
Reply-To: yellowdog@txdemocrats.com
To: Hannah Lifshutz <hannah@txdemocrats.org>

Mon, Mar 30, 2020 at 3:06 PM

Hey Hannah -- real quick:

Our first quarterly fundraising deadline of 2020 is tomorrow. I know these are challenging and uncertain times. The coronavirus has completely changed everything.

I know our work must continue because Republicans' response to the coronavirus has been disorganized and chaotic. Their lack of leadership is hurting people. We must vote Trump and Cornyn out in November. That is clear.

Part of how we're going to do that is by registering 2.6 million new voters. I need your help to keep our voter expansion program running. I'm worried we won't hit our March Voter Registration Fund goal. For every $1 you are able to donate, we can send 2 Texans a voter registration card.

We might not be able to knock doors or hold in-person events right now. We can still mail Texans a voter registration card and follow up with them over the phone about registering to vote.

If we're going to elect leaders who fight for healthcare, paid sick leave, and lower prescription drug costs, we need to hit this voter registration goal. Any amount you are able to give will make a huge impact.

**That's why I'm asking, can you rush a $7 contribution so we can mail 14 Texans a voter registration card?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

$7 = 14 REGISTRATION CARDS

$25 = 50 REGISTRATION CARDS

$50 = 100 REGISTRATION CARDS

$100 = 200 REGISTRATION CARDS

$250 = 500 REGISTRATION CARDS

CHIP IN MORE

Thank you so much for everything you do for our Party. I know we can hit this goal.

See you online,

Brittany Switzer
Senior Brand Director, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to hannah@txdemocrats.org. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.



Hannah Lifshutz <hannah@txdemocrats.org>

---

**we need real leadership**

Gilberto Hinojosa <yellowdog@txdemocrats.org>                    Wed, Mar 25, 2020 at 9:41 AM
Reply-To: yellowdog@txdemocrats.org
To: Hannah Lifshutz <hannah@txdemocrats.org>

Hi Hannah,

The most corrupt president in U.S. history has demonstrated to the American people just how incapable he is of leading our country through a crisis.

> **Donald J. Trump** ✅
> @realDonaldTrump
>
> This is the way the @nytimes finished a story on me. "You can see the contrast between the steady, assured, informed and strong leadership that VP Biden (Sleepy Joe) has shown, and the bungling, chaotic and dishonest start-stop approach that Mr. (not Pres.) Trump has shown....
>
> 9:44 PM · Mar 23, 2020 · Twitter for iPhone

In fact, Donald Trump went as far as misquoting my statement in a recent *New York Times* story in his effort to deflect any responsibility. Let's be clear: I spoke openly and honestly about Donald Trump's failures because the American people deserve to know what real leadership looks like.

> "You can see the contrast between the steady, assured, informed and strong leadership that Vice President Biden has shown and the bungling, chaotic and dishonest start-stop approach that Mr. Trump has shown us since the beginning of this crisis," said Gilberto Hinojosa, chairman of the Texas Democratic Party.

Democrats across the country are showing the leadership we all desperately need, while the president continues to lie, tweet, and ignite chaos. If these last four years have proven anything, it's that we need a leader who will protect and fight for everyone.

That's what we're fighting for. Leaders who will expand healthcare, fight for paid sick leave, and make sure folks don't go broke because of a health crisis.

**The American people are experiencing a public health crisis and the president has only created more chaos. Enough is enough. We're only a few months away from Election Day and it's time we elect real leadership. So I have to ask, Hannah, can you rush a $7 contribution so we can defeat Trump in November:**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

EXPRESS DONATE: $7

EXPRESS DONATE: $10

EXPRESS DONATE: $25

EXPRESS DONATE: $50

EXPRESS DONATE: $100

OR, DONATE ANOTHER AMOUNT

Donald Trump can't win the presidency without Texas. So let's turn Texas blue.

Adelante,

Gilberto Hinojosa
Chair, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org) and not authorized by any candidate or candidate's committee.

This email was sent to hannah@txdemocrats.org. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.



Hannah Lifshutz <hannah@txdemocrats.org>

---

## all the more important

---

**Cliff Walker** <yellowdog@txdemocrats.org>                                      Fri, Mar 27, 2020 at 2:37 PM
Reply-To: yellowdog@txdemocrats.com
To: Hannah Lifshutz <hannah@txdemocrats.org>

Hi Hannah, I'm going to ask you to chip in to our March Voter Registration Fund but first I wanted to share my thoughts with you.

To state the obvious, the world as we know it has changed a bunch in the past few weeks. Just a few weeks ago, we were hiring up for the biggest organizing program in Texas Democratic Party history.

We had made our first round of organizing hires, and were prepared to start knocking doors to register voters. Now, like many of you, our team is sheltering at home to protect ourselves, the people we care about, and countless others we don't know who will suffer if we don't flatten the curve.

But just because we can't organize the way we planned doesn't mean we're powerless.

One morning ritual that motivates me for the day is reading and reciting the quote by John Wesley:

> *"Do all the good you can, by all the means you can, in all the ways you can, in all the*
> *places you can, at all the times you can, to all the people you can, as long as ever*
> *you can."*

Right now, there are countless people out there who are scared, anxious for what the future holds for them and their families, and unsure that they'll have the resources they'll need to get by. They're the reason why doing nothing is not an option.

We have had to get creative and adapt. And we've adjusted our organizing plans to offer something desperately needed by not just our voters and activists right now, but every person on the planet: community.

As the Party mobilized after Hurricanes Harvey, Katrina and Rita to provide services to Texans, we're shifting our whole organizing effort to strengthen the social fabric of our communities and better help folks access information and resources, even while keeping a physical distance.

That led us to create and launch ConnectTexas, an online hub connecting folks who want to be part of something bigger, a diverse community of regular people sharing ideas and taking the actions we can to support each other as we forge through this moment. By leading with empathy,

helping people connect, and getting creative about supporting folks however we can, we're going to build a community from neighborhood to neighborhood.

Finally, I want to say that we are not, must not, will not lose sight of what we need to get done in November. If anything, it's become painfully clear how important it is that we flip the Texas House and hold Greg Abbott accountable for his negligence, that we kick John Cornyn's ass out of office, that beat Donald Trump so decisively that neither we nor our children ever have to go through this kind of avoidable horror ever again.

Flipping Texas is going to take registering more voters, and one of our best strategies is still effective right now: registering voters by mail. Actually, getting people registered while we should be staying home and taking care of ourselves has made our registration by mail program all the more important.

We know that in order to make a change and put in place leadership that is better prepared to deal with public health threats like this one, we must engage, support, and register a new electorate that reflects our progressive values and represents the diversity of our great state.

**Our collective success depends on you. If you're able, help us keep on track and meet our March Voter Registration Fund goal by giving what you can.**

**Can you send a $7 contribution so we can mail 14 Texans a voter registration card?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

EXPRESS DONATE: $7

EXPRESS DONATE: $10

EXPRESS DONATE: $25

EXPRESS DONATE: $50

EXPRESS DONATE: $100

OR, DONATE ANOTHER AMOUNT

If there's a silver lining in this big, dark, grey cloud, it's that more folks are realizing that we're truly all in this together. If there was ever an all-hands-on-deck moment during our lives, it's right now.

We're going to ask you more than we ever have. Not just to chip in what you can -- but to give your time, and to do what you can to take care of yourself and help others in our community.

I know we're going to come out of this moment stronger. What gives me hope is that I know you're in this fight with me.

Hopefully,

Cliff Walker
Deputy Executive Director, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org) and not authorized by any candidate or candidate's committee.

This email was sent to hannah@txdemocrats.org. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.

TDP_000258



Hannah Lifshutz <hannah@txdemocrats.org>

---

## checking in

---

**Manny Garcia** <yellowdog@txdemocrats.org>                                    Tue, Mar 31, 2020 at 11:23 AM
Reply-To: yellowdog@txdemocrats.com
To: Hannah Lifshutz <hannah@txdemocrats.org>

Hey Hannah --

This pandemic is testing every single one of us. Times are tough, but we won't back down.

I wanted to give you an update on where your Texas Democratic Party is at before the month ends. This team isn't going to stop until we turn Texas blue. A lot has changed. However, our mission stays the same. We are still focused on the core goals of our Party: organizing our communities, supporting Democrats running for office, and expanding the vote.

This crisis has made it clearer than ever before that we must elect leaders who will put workers and our public health first. That brings me to our work to expand the vote.

We know that in order to win in November, we must register and engage a new electorate that is more progressive and represents the diversity of our great state. There are more than 2 million Texans we could register this year. We have just over 6 months to do it.

**Our success depends on meeting our March Voter Registration Fund goal. Our success depends on you, Hannah, and your generous support during these challenging times.**

**So I have to ask, Hannah, can you chip in $7 so we can send 14 Texans across the state a voter registration card?**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

$7 = 14 REGISTRATION CARDS

$25 = 50 REGISTRATION CARDS

$50 = 100 REGISTRATION CARDS

$100 = 200 REGISTRATION CARDS

$250 = 500 REGISTRATION CARDS

CHIP IN MORE

Voting is how we will win and you are part of the equation. Let's send people across Texas a voter registration card.

Thanks -- now let's get to work,

Manny Garcia
Executive Director, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org) and not authorized by any candidate or candidate's committee.

This email was sent to hannah@txdemocrats.org. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.



Hannah Lifshutz <hannah@txdemocrats.org>

---

## i'll be quick

---

**Gilberto Hinojosa** <yellowdog@txdemocrats.org>                              Tue, Mar 3, 2020 at 8:11 PM
Reply-To: yellowdog@txdemocrats.com
To: Hannah Lifshutz <hannah@txdemocrats.org>

Hi Hannah, while we wait for the results from tonight to come in, I wanted to send you an email. I hope you'll take a few minutes to read it.

I cannot express how thankful I am for your support. It gives me hope to know that we have people like you on our side.

Everything we've done through the years has brought us to this moment. Our movement is growing across the state and that can be seen in the sheer number of Democrats who voted in the Texas Primary.

Winning this election will require people from different communities, from different backgrounds, from different faiths, and from different generations to talk with their friends, family, and neighbors about the stakes in November.

When we win Texas, it will be because of the millions of Texas Democrats like you who knocked on a few more doors and chipped in a few dollars when you could. We know Republicans will be watching everything we do. They are in denial about how rapidly our state is changing. We're going to keep going.

**All eyes are on us right now. We can't stop. Can I count on you to chip in for the first time today? Make your first contribution here:**

*If you've saved payment info with ActBlue Express, your donation will go through immediately:*

### EXPRESS DONATE: $7

### EXPRESS DONATE: $10

### EXPRESS DONATE: $25

### EXPRESS DONATE: $50

**EXPRESS DONATE: $100**

**OR, DONATE ANOTHER AMOUNT**

This great state is our hope for the future. Not just for Democrats, but for the country and the world.

Thank you for everything you do to power our Texas Democrats movement.

Adelante,

Gilberto Hinojosa
Chair, Texas Democratic Party

---

**The only way we will take back our state is if we all work together.
Can you rush a $7 contribution right now?**

**YES, I'LL CHIP IN $7**

---

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to hannah@txdemocrats.org. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.

≡

**TEXAS ★ DEMOCRATS**

En español

APRIL 21, 2020  /  MEDIA, PRESS

# RELEASE: Texas Democratic Party Launches RegisterTexas.com, Allows Texans the Ease and Access to Register to Vote During the Time of Coronavirus

**Austin, TX** — Today, the Texas Democratic Party unveiled RegisterTexas.com — a new, expansive online platform to help Texans register to vote in the safety of their own home during the time of coronavirus.

*To read more about RegisterTexas.com, click here.*

RegisterTexas.com provides an innovative voter registration form that a user can fill out online. The Texas Democratic Party then sends every voter that completes the form at RegisterTexas.com a filled out application with a postage-paid envelope pre-addressed to the voter's county voter registrar.

**All the voter has to do is sign the pre-filled application and then put it in the mail.**

Texas is one of 11 states that does not have online voter registration. RegisterTexas.com aims to fill that void and allow voters the opportunity to register to vote without having to risk their health in a time of a pandemic. RegisterTexas.com is part of the *Texas Democratic Party's path to victory*, which takes into account the nearly 2.4 million unregistered Democrats. The goal for our combined registration efforts is to support registration for upwards of 1 million new voters, helping us on our path to turn Texas blue.

*To view the expansive online platform, click here.*

SHARE

f

𝕐

✉

TDP_000263

**Texas Democratic Party Voter Expansion Director Luke Warford issued the following statement:**

"For decades, Texas Republicans have put forth some of the toughest voter registration laws in the country, like restricting online voter registration. In the time of coronavirus, these suppressive laws can be the difference between having the ability to vote and not.

"To ensure that every Texan can register to vote safely in the time of coronavirus, the Texas Democratic Party built RegisterTexas.com, an innovative online platform to help Texans vote and fight back against Republican attempts to suppress the vote.

"RegisterTexas.com will achieve two goals at once: helping Texas Democrats on our path to victory and fighting back against Texas Republican efforts to suppress the vote. For us, this is about inclusion and ensuring that every eligible Texan can access their constitutional right to register and vote safely.

"In the age of coronavirus, in a state with no online voter registration, RegisterTexas.com could very well be the difference between winning and losing this election."

<p align="center">###</p>



‹ **Back to news**



Previous Post

TDP_000264



# RELEASE: Cornyn Acknowledges Public Healthcare System Isn't Ready for the Demand of Patients, Still Refuses to Support the Affordable Care Act or Medicaid Expansion in Texas

April 21, 2020

**Next Post**

## RELEASE: Where Are the Tests?

April 20, 2020

READY TO GO?

# Let's elect more Texas Democrats

Email address

ZIP code

Cell Phone (optional)

☐ I want to receive text messages from my Party.*

TDP_000265



I'm in

Home    Our Party    Get Involved    Events    Media    Donate

ABOUT
Our Party
Party Platform
Our Leaders
Elected Officials
County Parties
Party Officers
Executive Committee
DNC Members
Party Resources
Staff
Work with Us
Media Center
ACTION CENTER
Volunteer
Donate
Find My County
Find an Event
Submit an Event



Request a Speaker

Run for Office

Request VAN access

Voting Resources

Training Resources

Register to Vote

Shop

BUILD TOGETHER

African Americans

Asian Americans

Texas Democrats with Disabilities

Environmental Democrats

Hispanics & Latinos

Labor

LGBTQ Community

Non-Urban, Rural Texans

Students & Young Texans

Veterans

Women

PO Box 15707, Austin, TX 78761

yellowdog@txdemocrats.org

press@txdemocrats.org

Office: 512-478-9800

Privacy Policy

Contact Us

Paid for by the Texas Democratic Party, www.texasdemocrats.org.
This communication is not authorized by any candidate or candidate's committee.

© 2020 Texas Democratic Party, All Rights Reserved.

TDP_000267



* By providing your cell phone number you consent to receive periodic voting reminders and updates on how you can help elect more Democrats via text message from your Texas Democratic Party when you enter your cell phone number. Text STOP to cancel or HELP for help. Msg & Data rates may apply.

TDP_000268