1      Q.    Why is registering voters in Texas important?

2      A.    Voter registration is important in Texas

3  because we have several priority targeted races.  We

4  have two -- we call them frontline districts, as well as

5  a handful of red-to-blue districts, that signify

6  priority within the DCCC.  And registering voters makes

7  sure that we are broadening the people who are turning

8  out to vote for these candidates and members of

9  Congress.

10          MR. HILTON:  All right.  Maybe now is a

11  good time to switch over and talk about -- we had a

12  discussion earlier about the Blue Texas Fund and

13  documents showing DCCC's, you know, relationship

14  involved with something related to the Blue Texas Fund.

15  And, Ms. Branch, I believe you had a Bates number that

16  we could refer to?

17          MS. BRANCH:  Yes.  Let me just pull that

18  up.

19      Q.    (BY MR. HILTON)  And -- I'm sorry -- one more

20  question I had on the -- going back to the vendor that

21  y'all hired in Texas.

22      A.    Yes.

23      Q.    Did you produce any documents related to what

24  that vendor is going to do for the DCCC?

25          MS. BRANCH:  Objection, those documents

1 | are privileged.  This calls for attorney-client

2 | privileged conversations regarding our discussions on

3 | what we produced in response to the subpoena.

4 |     **Q.   (BY MR. HILTON)  Okay.  I'm not intending to**

5 | **ask for any conversations between you and your counsel,**

6 | **Ms. Newman.  I just want to know if any such documents**

7 | **have been produced.  You have the entire production**

8 | **there in front of you, and you testified earlier that**

9 | **you're familiar with it.  So that's why I asked you.**

10 |     A.   And can you repeat the original question?

11 |     **Q.   Are there any documents that will show what**

12 | **this vendor that you've engaged in Texas is going to do**

13 | **for the DCCC in the production?**

14 |     A.   I don't believe so, other than maybe a press

15 | release sharing that we're engaging in voter

16 | registration.

17 |     **Q.   Okay.  And can DCCC identify any voters who**

18 | **have been registered to vote after -- by the DCCC, after**

19 | **they changed their address or renewed their driver's**

20 | **license online with DPS?**

21 |     A.   No, not that I'm aware of.

22 |     Q.   Okay.

23 |              MR. HILTON:  All right.  And going back

24 | to this Blue Texas Fund issue.

25 |              MS. BRANCH:  So it's Bates Number 665 is

1  one of the Blue Texas Fund mail pieces, and it shows a

2  paid-for-by disclaimer.

3           MR. HILTON:  665, you said?

4           MS. BRANCH:  Correct.

5           MR. HILTON:  Okay.  Great.  Bear with me

6  one second while I pull it up.

7      **Q.   (BY MR. HILTON)  Oh, and, I guess, Ms. Newman,**

8  **the same question:  Could your vendor identify any such**

9  **voters?**

10          MS. BRANCH:  Objection, First Amendment

11  privilege.  I'm going to instruct the witness not to

12  answer.

13     **Q.   (BY MR. HILTON)  Are you going to follow your**

14  **counsel's instruction, Ms. Newman?**

15     A.   Yes.

16          MR. HILTON:  Where am I going to find

17  this document?

18          Gosh, that was on the record, wasn't it?

19  I'm so used to talking to myself while I putz around my

20  computer that it's really gotten me in trouble on this

21  Zoom depo stuff.  Sorry you have to watch my face while

22  I confusedly look through my files here.

23          All right.  And it was -- I'm sorry --

24  665?

25          MS. BRANCH:  665 is the page -- one of

1 the pages that contains the disclaimer.

2      Q    (BY MR. HILTON)  All right.  Ms. Newman, can

3 you pull up page 665?

4      A.   Yes.

5      Q.   Let me know once you're there.

6      A.   I'm there.

7      Q.   All right.  What is this -- what is this

8 document?

9      A.   This is a mailing from the Blue Texas Fund;

10 and I guess to confirm what we discussed earlier, this

11 is a joint fundraising committee that is with Colin

12 Allred for Congress, Elizabeth Pannill Fletcher, for

13 Congress, and the DCCC.

14      Q.   Okay.  So those are all the folks who are part

15 of this joint fundraising committee?

16      A.   Yes.

17      Q.   Okay.  I appreciate that.  And I see here

18 there are a couple of other kind of targeted races, I

19 guess, listed in this mailing; but those campaigns are

20 not part of the Blue Texas Fund?

21      A.   Correct.

22      Q.   So the Blue Texas Fund is raising money on

23 their behalf, or what's the relationship to these other

24 campaigns?

25      A.   The Blue Texas Fund currently raises money for

1   just the committees that are listed in the disclaimer.

2          Q.    Okay.

3          A.    And, you know, again, these are two of our

4   members of Congress who won in the 2018 election in

5   Texas; and they are part of our highest priority races

6   across the country and in Texas.

7          Q.    Okay.  I'd like to turn to another page from,

8   I think, what we marked as Exhibit 4.  It's the

9   production from DCCC.  It's a two-page document starting

10  at Bates DCCC 661.  Please let me know when you have

11  that pulled up.

12                MS. BRANCH:  You say Exhibit 4?

13                MR. HILTON:  Yeah, the entire DCCC

14  production is designated as Exhibit 4 for the purposes

15  of the deposition.  So I'm just referring to particular

16  pages out of that.

17         A.    I have this pulled up.

18         Q    (BY MR. HILTON)  All right.  661, we had

19  looked at that earlier; it wasn't what I thought it was.

20  So maybe you can kind of explain to me what I'm looking

21  at here.  It's a map of the United States, obviously.

22  And it has a bunch of races listed, and there's a key

23  for certain symbols.  So maybe you can kind of break

24  this down for me.

25         A.    Sure.  This is our House battlefield that

1  highlights our frontline candidates.  These are our, you

2  know, kind of our targeted members who are running for

3  re-election.  And you'll see, again, that includes

4  Lizzie Fletcher and Colin Allred in Texas.

5       **Q.   And so what are each of the categories listed**

6  **here?  Like, it says, Frontline Candidates, Red to Blue,**

7  **Offensive Battlefield Districts, Expanded Battlefield**

8  **Districts, and a bunch of different campaigns or states**

9  **listed under each category.**

10           **Could you go through each of these**

11  **categories and explain to me what they are and how they**

12  **differ from each other?  I understand you're saying**

13  **they're all targeted in some way, but maybe you could**

14  **explain why they're broken out separately on this**

15  **document.**

16       A.   Sure.  So our frontlines are incumbent members

17  of Congress.  Red to Blue are the first tier of targeted

18  challenger races.  So these are people who are hoping to

19  unseat a Republican member of Congress.  And this

20  document actually might be slightly out of date because

21  we have Texas 21 and Texas 23 listed here as red-to-blue

22  districts, but we've also recently added Texas 22 to

23  this list.

24       **Q.   I see -- I'm sorry to interrupt.  I see a date**

25  **at the bottom that's March 5th, 2020.  Would this list**

```
 1  be accurate as of that date?

 2      A.   Yes.  Yes, it is.

 3      Q.   Okay.  You can continue from there.  I

 4  appreciate that.

 5      A.   Well, I think coming out of the recent Texas

 6  primary, we were able to add an additional district to

 7  this.  And then we have our Offensive Battlefield

 8  Districts; and, you know, this is almost like -- if Red

 9  to Blue was our top priority, then this is the next

10  priority.

11      Q.   It looks like you're trying to unseat a

12  Republican incumbent or claim an open seat that was

13  previously held by a Republican?

14      A.   Yes, exactly.  And then our Expanded

15  Battlefield Districts.  It is also a version of that,

16  kind of showing the priority.

17           And then there's just some helpful other

18  information here that may or may not be relevant to

19  Texas, remaining districts that were won by Hillary

20  Clinton but still held by Republicans.  Democrats

21  running in districts that Trump won.  Districts that

22  have Republican retirements this year or this cycle.

23  And then where we have battle stations, which are

24  offices -- that's what we like to call them -- and field

25  managers on the ground.
```

1      Q.   Okay.  Politics is a full-contact sport.  So

2  you've got to get into the mindset.  I get it.

3           It sounds like these categories are

4  listed in rough order of priority, seem to be.  That was

5  my impression from how you were describing them.  Is

6  that fair?

7      A.   Yeah.  I think, you know, kind of through the

8  expanded battlefield districts; and then those remaining

9  sections are more just information points.

10     Q.   Got it.

11          And I think I have one more document that

12 I wanted to review with you, and that's DCCC 455.  And

13 this is part of Exhibit 4, which is DCCC's document

14 production.  And just let me know when you have that up.

15     A.   455?

16     Q.   Yes.

17     A.   Okay.  I have that up.

18     Q.   All right.  And 455 is the first page of a

19 two-page document.  Can you tell me what this document

20 is, please?

21     A.   Sure.  This is, I guess, a two-page memo, not

22 necessarily a one-pager, that overviews our member

23 programs, our member dues program, in particular.  And

24 this is shared with members within our caucus and speaks

25 to how we recognize members who participate through

DCCC — 4/28/2020

108

1  paying dues to the DCCC.

2        Q.   Who are the members of the DCCC?

3              MS. BRANCH:  Objection to the extent that

4  this calls for a legal conclusion.

5              But you may answer the question.

6        A.   Yeah.  I realize now that there's a very legal

7  definition for the term "member" that I can't

8  necessarily speak to; but in the DCCC's mind, our

9  members are members of -- Democratic members of Congress

10 that are in our caucus.

11             I think that "member" in kind of a

12 broader term, we also think about Democratic voters as a

13 whole who participate in any of our activities, whether

14 it's donating to us or volunteering or supporting and

15 voting Democratic.  You know, those people who we see as

16 our constituents because we represent them also kind of

17 sometimes get thrown around as, like, a member; but,

18 really, it's our members of Congress.

19       Q.   (BY MR. HILTON)  Okay.  And I'm not asking for

20 a legal definition.  I understand you're not an

21 attorney.  I'm trying to understand how DCCC uses that

22 term, I guess.  And I understand that it's the members

23 of Congress and then, in a broader sense, the

24 constituents who are members of the Party.  Which of --

25 which people would participate in the member dues

1   program?

2       A.    The majority of our members participate in

3   this.

4       Q.    And by that, you mean the Democratic --

5       A.    Members of Congress.

6       Q.    And then it has, I guess -- this document

7   describes -- like, is this tiers of membership or

8   different types of membership?  Can you explain to me

9   what the DCCC Gavel Society, the Leadership Circle, and

10  Point Guards are?

11              MS. BRANCH:  Objection to the extent that

12  it calls for privileged information.

13              But you can describe at a high level, and

14  you can certainly speak to what the document states.

15              MR. HILTON:  And that's my question.

16      A.    Yeah.  What's laid out here is -- it is

17  basically levels of recognition for participating in

18  this program, yeah.

19      Q.    (BY MR. HILTON)  And how is it -- how do

20  you -- how does a member qualify for the Gavel Society

21  or the Leadership Circle or as a Point Guard?

22      A.    That's a discussion with our member dues team.

23      Q.    Is it based on, like, the amount of

24  fundraising that they contribute?

25              MS. BRANCH:  Objection, First Amendment

DCCC - 4/28/2020

110

1   privilege.

2              Jacqui, if this is something that's

3   publicly available or not internal to the D-Trip, you

4   can answer it.

5              But, otherwise, I'm going to instruct the

6   witness not to answer.

7       A.   It has been publicly reported that members

8   generally can earn -- and this is kind of laid out in

9   the Point Guard section -- earn points for participating

10  in activities with the DCCC or through paying dues and

11  raising money for the committee.

12      Q.   (BY MR. HILTON)  Are you withholding

13  information on the basis of your counsel's objection?

14      A.   No.  That is basically it.

15      Q.   Okay.  I appreciate that.

16              Is there any other way to get a DCCC

17  coffee mug, or do you have to get 150 points in the

18  Point Guard program?

19      A.   Sometimes asking nicely does end in a coffee

20  mug.

21      Q.   I'll keep that in mind.  Do you have a coffee

22  mug?

23      A.   I do.

24      Q.   Do you have it handy?  I'm kind of curious as

25  to what it looks like.

1    A.   I don't have it handy.  I keep it at work

2  because it's, like, 24 ounces.

3    Q.   Oh, I gotcha.  Lots of late nights, I suppose,

4  at the DCCC, where you need a lot of coffee.

5         All right.  Bear with me just one second.

6  Let me look at my notes here.  I think this is about all

7  I have.

8         I appreciate your patience with the

9  technological issues, with going through these

10  documents, with kind of the mechanical nature of my

11  questions, and, you know, again, your patience with your

12  counsel and I while we discussed our disagreements.

13         I hope I've otherwise been professional

14  to you as we've gone through this.

15         And that reminds me, I should have asked:

16  On the two breaks that we took today -- I think it was

17  two, maybe three -- did you discuss the substance of

18  your testimony with anyone during those breaks?

19         MS. BRANCH:  Objection to the extent that

20  this calls for attorney-client privileged information.

21         You can answer as to whether or not you

22  spoke with anyone, but you can't discuss the content of

23  the conversations.

24    A.   I did check in with my counsel on the breaks.

25    Q    (BY MR. HILTON)  And did you discuss the

112

```
 1  substance of your testimony?
 2              MS. BRANCH:  Objection, and I'm going to
 3  instruct the witness not to answer.
 4              MR. HILTON:  Okay.  I'll just note for
 5  the record that I believe I'm entitled to that
 6  information since the witness has been under oath all
 7  this time.
 8       Q.   (BY MR. HILTON)  All right.  So I think the
 9  last thing we need to do is turn back to Exhibit 1,
10  which is the Deposition Notice.
11       A.   Okay.
12       Q.   And I'd like to go to the last page of
13  Exhibit 1.  That's the document request.
14       A.   Okay.
15       Q.   And I'd like to just kind of go through each
16  of these and make sure I understand -- or just have you
17  confirm again that we've gotten a full production.
18              So Document Request Number 1, did the
19  DCCC produce documents responsive to this request?
20              MS. BRANCH:  Objection to the extent that
21  this calls for attorney-client and attorney work
22  product.
23              But, Jacqui, if you are able to answer,
24  you may.
25       A.   Yes, I believe we've turned over everything
```

DCCC - 4/28/2020

113

1  that we could here.

2      Q.   (BY MR. HILTON)  Okay.  And when you say "we

3  could," I assume you're referring to your counsel's

4  privilege -- her objection related to privilege?

5                MS. BRANCH:  Objection, attorney work

6  product, attorney-client privilege.  I think the record

7  speaks for itself on that.

8                You're inquiring about whether we

9  instructed -- or, you know, how we put together the

10  production and our discussions about asserting the First

11  Amendment privilege, which I think is a conversation

12  itself that is privileged.

13                MR. HILTON:  I'm sorry.  Let me clarify

14  my question.

15      Q.   (BY MR. HILTON)  Ms. Newman, you said that you

16  thought you'd turned over all the documents that you

17  could; and I'm trying to understand what you meant by

18  "you could."  And I'm assuming that it's related to the

19  privilege objection; and if so, I think that's the end

20  of my questioning.  But if there's something else that

21  you're referring to, that's what I was trying to find

22  out.

23                MS. BRANCH:  You may answer that

24  question, Jacqui.

25      A.   Yeah.  Yes.

114

1    Q.   (BY MR. HILTON)  So when you said you turned

2  over all the documents you could, that was in reference

3  to the privilege issues?

4    A.   Yes.

5    Q.   Okay.  That's all I was trying to ask.  And,

6  again, I am not trying to ask for attorney-client

7  privileged information.

8            Were documents withheld that would

9  otherwise be responsive to this request?

10            MS. BRANCH:  Again, I'm going to object

11  on the basis of attorney work product and attorney-

12  client privilege; and I'm going to instruct the witness

13  not to answer that.

14    Q.   (BY MR. HILTON)  Do any other documents exist

15  in the possession of DCCC that would substantiate the

16  factual allegations of Paragraphs 13 and 29 to 35 of

17  your Complaint?

18            MS. BRANCH:  You can answer that,

19  Ms. Newman.

20    A.   Hold on.  I just want to look at the

21  Complaint.

22    Q.   (BY MR. HILTON)  Yeah, of course.  Please take

23  your time.  Of course.

24    A.   Can you remind me which --

25    Q.   Exhibit 2.

115

1    A.   Thank you.  You said Paragraphs 13 to...

2    Q.   **13 and 29 through 35.  That's what's in the**

3    **document request.  And so I'm just trying to understand**

4    **from you whether there are any documents that exist that**

5    **would substantiate the factual allegations in these**

6    **paragraphs that have not been produced to us.  I'm just**

7    **asking about the existence of such documents.**

8    A.   I believe we've turned over all the documents

9    we could produce here.

10   Q.   **Okay.  Great.**

11        **Number 2.  Number 2 on Exhibit 1, on the**

12   **last page, the second document request, did DCCC produce**

13   **documents responsive to this request?**

14   A.   Yes.

15   Q.   **Okay.  Are any -- do any documents exist that**

16   **would be responsive to this request that were not**

17   **produced?**

18   A.   I'm sorry.  What number are we looking at now?

19   Q.   **This is Document Request Number 2, which is on**

20   **the last page of Exhibit 1, which is the Deposition**

21   **Notice.**

22        **I'm sorry.  I haven't found a better way**

23   **to do this in my career; and it's hard and kind of**

24   **mechanical, but I just need to wrap -- you know, put a**

25   **bow on the document.**

1    A.    To my knowledge, we did not withhold anything

2  related to this.  I believe we've turned over everything

3  we could.  It might shock you to learn that the majority

4  of our conversations are just sending press clips back

5  and forth to one another.

6    **Q.    That was a little surprising, actually,**

7  **because that was the bulk of the production.  I'm not**

8  **trying to ask for anything privileged or strategic, but**

9  **I'm just kind of curious as to why that is.  I mean,**

10 **it's just such a foreign kind of work flow to me.  I'm**

11 **curious as to why that constitutes most of your**

12 **communications.**

13   A.    I think that is -- you know, press clips are

14 really the best way to guide what our strategy is and

15 what's happening on the ground in all of these

16 districts.  You know, keep in mind, we're kind of

17 looking at a 30,000-foot view of, you know, 30 to 50

18 districts across the country; and so we're constantly up

19 to date on what's happening there, what issues are

20 arising in the districts, and how they might relate to

21 the Congressional campaigns in those districts.

22   **Q.    Okay.  I appreciate that.  It's always**

23 **interesting.  That's one of the things I like about my**

24 **job is I get insight into how other people do their**

25 **jobs.  I appreciate that.**

1          **So if I understand you correctly, you**

2   **have produced documents responsive to Request Number 2**

3   **and that no other documents exist that would otherwise**

4   **be responsive?**

5              MS. BRANCH:  I'm going to object just on

6   the -- you know, the use of the term "responsive" and

7   the legal conclusions and legal background associated

8   with that term.

9              But, Jacqui, to the extent that you can

10  answer based on your knowledge, you may.

11     A.   Yes, I believe so.

12     Q    (BY MR. HILTON)  Number 3.  Has DCCC produced

13  **all the documents responsive to Number 3?**

14     A.   I believe we've produced documents that speak

15  to these topics as long as they don't conflict with our

16  strategy and attorney-client privilege.

17     **Q.   So that was my next question, privilege**

18  **assertions...**

19              MS. BRANCH:  Same objection, attorney

20  work product, attorney-client privilege.  The decision

21  on --

22              THE WITNESS:  Did we just lose him?

23              MS. BRANCH:  Oh, I think we did.

24              THE VIDEOGRAPHER:  It appears that he did

25  drop out of the meeting.

118

1                    THE REPORTER:  We're going off the record

2    at 1:48 p.m.

3                    (Off the record from 1:48 to 1:48 p.m.)

4                    THE REPORTER:  We're back on the record

5    at 1:48 p.m.

6                    MR. HILTON:  All right.  I'm sorry about

7    that.  Literally my last handful of questions, and my

8    Internet connection's going out on me here.

9        **Q    (BY MR. HILTON)  So I think my question was,**

10   **for Number 3, whether documents have been withheld on**

11   **the basis of privilege assertion.**

12                   MS. BRANCH:  And I have an objection on

13   that because the decision to withhold is attorney work

14   product, and it was made by us.  So I'm going to

15   instruct the witness not to answer that.

16                   MR. HILTON:  Okay.  So I just want to

17   know whether any documents at all have been withheld,

18   and you're instructing Ms. Newman not to answer that

19   question?

20                   MS. BRANCH:  Yes.  I think she's also

21   testified to this multiple times throughout the

22   deposition.

23                   MR. HILTON:  Be that as it may, with

24   respect to Number 3, you're instructing her not to

25   answer whether any documents are being withheld?

```
 1                    MS. BRANCH:  Correct.

 2                    MR. HILTON:  Okay.

 3        Q.   (BY MR. HILTON)  With respect to Request

 4   Number 3, other than what's been included in the

 5   production, do any other documents exist that would show

 6   the information described or requested in the listed

 7   deposition topic numbers?

 8                    MS. BRANCH:  Objection, attorney work

 9   product, attorney-client privilege.

10                    You may answer the question if you know

11   the answer.

12        A.   Yes.

13        Q.   (BY MR. HILTON)  And some documents exist that

14   would otherwise be response to Number 3 that have not

15   been produced to us?

16                    MS. BRANCH:  Objection.  Same objection.

17   I'm going to instruct the witness not to answer.  I

18   think this is the same question, just kind of in a

19   different phrase.

20                    MR. HILTON:  I'm sorry.  I thought it

21   was -- I'm trying to -- I mean, with respect,

22   Ms. Branch, I think that I have the right to know

23   whether documents have been withheld.

24                    I'm not, even at this point, asking for a

25   privilege log, which I also think I'm entitled to.  I
```

DCCC — 4/28/2020

120

1   just want to know if other documents exist because if

2   they don't, then I don't think we have anything to

3   quarrel about.

4              So you're instructing the witness not to

5   answer the question of whether documents exist that have

6   not been produced?

7              MS. BRANCH:  So I think that that's a

8   conversation that you and I can have; but I think that

9   whether not documents exist on these topics, like, that

10  reflects -- the answer that she's going to give is going

11  to reflect our conversations.  And so that is my basis

12  for the objection.

13             MR. HILTON:  I'm sorry.  I just don't

14  understand.

15        Q.   (BY MR. HILTON)  I just want to know if

16  documents exist that would be responsive to Number 3.

17             MR. HILTON:  And I'm asking Ms. Newman.

18  And if you're going to let her answer, I'd like to know

19  the answer; and if not, then we move on.

20             MS. BRANCH:  I am going to instruct the

21  witness not to answer.

22        Q.   (BY MR. HILTON)  Are you going to follow that

23  instruction, Ms. Newman?

24        A.   Yes.

25        Q.   With respect to Document Request Number 4, did

121

1   DCCC produce documents responsive to this request?

2       A.   I believe we did.

3       Q.   Okay.  You can refer to Exhibit 4 and double-

4   check if you are uncertain.

5       A.   I don't know, then.

6       Q.   So you don't know whether documents responsive

7   to Request Number 4 have been produced?

8       A.   I mean, this -- a lot of this is public

9   information that I think you've shown or gone over in

10  other parts of this discussion.

11      Q.   Okay.

12           MR. HILTON:  I'm going to object to that

13  answer as nonresponsive.

14      Q.   (BY MR. HILTON)  I just want to know if it's

15  included in DCCC's production.

16           MR. HILTON:  I'm sorry.  It looks like

17  I'm having a technical issue again.  Was there an

18  answer?

19           THE REPORTER:  There wasn't an answer

20  that I heard.

21      A.   I mean, we've produced what we have.

22      Q.   (BY MR. HILTON)  That's responsive to

23  Number 4?

24      A.   Yes.

25      Q.   Okay.  So no other documents exist that would

1  **be responsive to Number 4 other than what we've**

2  **discussed today and that's included in the production?**

3          MS. BRANCH:  Same objection.  And I just

4  want to note, Chris -- and this might be a discussion

5  for offline -- but the subpoena clearly states that it

6  seeks only the minimum number of documents sufficient to

7  show the information.  So the fact that things are being

8  withheld is in compliance with the subpoena.  Whether or

9  not they're being held on the basis of the First

10  Amendment privilege, though, is an attorney work product

11  and a privileged conversation.  So that's my objection

12  to the line of questioning.

13          MR. HILTON:  I appreciate that.  I am

14  trying to ask both things.  Okay?  I'm trying to

15  understand whether documents have been withheld on the

16  basis of privilege and I'm trying to understand whether

17  other documents exist that would otherwise be responsive

18  but have not been produced because they were not

19  necessary to be produced because of how we drafted our

20  subpoena.

21          MS. BRANCH:  I think all of that is

22  attorney work product and strategic decisionmaking on

23  the part of Ms. Newman's attorneys, and I'm going to

24  instruct the witness not to answer.

25          MR. HILTON:  Okay.  And, Ms. Branch, in

123

1   case I'm being unclear, I'm not asking for the substance

2   of any communication.  I'm not asking for the substance

3   of any documents.  I'm not even asking for how many

4   documents at this point.  I'm just asking whether such

5   documents exist, and you're claiming that's privileged

6   information?

7             MS. BRANCH:  I think she can answer the

8   question as to whether additional documents exist, but

9   the basis upon which they were withheld is attorney work

10  product.  That reflects our strategic decisionmaking.

11  So I don't -- I mean, I don't think that was the

12  question on the table.  If the question is, "Are there

13  additional documents that exist within the DCCC on this

14  topic," she can answer that.  But we can't -- she can't

15  answer why they were or were not produced.

16             MR. HILTON:  Debbie, can you read back my

17  last question?

18             THE REPORTER:  Okay.

19             (The requested material was read as

20  follows:

21             "QUESTION:  So no other documents exist

22  that would be responsive to Number 4 other than what

23  we've discussed today and in the production?")

24             THE REPORTER:  Is that the question you

25  were looking for?

124

1           MR. HILTON:  That's exactly it.

2           MS. BRANCH:  And that's with respect to

3  Number 4?

4           MR. HILTON:  I think that's what Debbie

5  just read back, yes.

6           MS. BRANCH:  You can answer that, Jacqui.

7      A.   Yes, I think other documents exist; but we've

8  produced what we've needed to to answer this request.

9      Q.   (BY MR. HILTON)  Let me ask you about that,

10  actually.  Currently on the DCCC's website there are a

11  number of job openings posted; is that right?

12     A.   Yes.

13     Q.   And it's dccc.org/jobs, and it has a bunch of

14  jobs listed.  And if you click those jobs, it brings you

15  to a job description.  Are you familiar with what I'm

16  talking about?

17     A.   Yes.

18     Q.   And did you produce job descriptions for

19  current employees?

20     A.   I don't believe so.

21     Q.   Okay.  Do job descriptions for current

22  positions in DCCC exist?

23     A.   Mostly.

24           I'm sorry.  If you were talking, I just

25  heard nothing.

1       Q.    I'm sorry.  Did you produce all documents that

2  you reviewed in preparation for your deposition?

3       A.    I'm sorry.  Can you ask that again?

4       Q.    Did DCCC produce all documents that you

5  reviewed in preparation for this deposition?

6       A.    I believe so.

7       Q.    Would you like to check the production?

8       A.    I mean, I think there are some documents in

9  here that come from...

10              Yes, I believe we did.

11              MR. HILTON:  And, Ms. Branch, you're not

12  going to allow the witness to answer whether documents

13  were withheld on the basis of privilege with respect to

14  any of these requests?

15              MS. BRANCH:  No.  I think that that is a

16  conversation that reflects our privileged discussions;

17  and, frankly, I don't know that she knows.  She's not a

18  lawyer.

19              MR. HILTON:  Well, if that's her answer,

20  then I don't really know why we're fighting about it.

21              MS. BRANCH:  Can we have a discussion

22  about this separately?  I think that Jacqui, Ms. Newman,

23  has answered a lot of the questions related to the

24  production to the best extent of her knowledge; but I

25  don't want to get into a situation where she's talking

1  about strategic decisions that attorneys made.  And she

2  honestly probably can't testify to those, anyway; but

3  they would reflect our conversations, which I think we

4  both agree are privileged.

5           MR. HILTON:  Okay.  I'm not asking about

6  privileged conversations.  I'm not asking about any

7  strategic determinations.  You've put forth Ms. Newman

8  as a 30(b)(6) representative for the DCCC to speak on

9  behalf of the documents produced in response to the

10  subpoena.  And so, you know, I'm just not asking for

11  privileged information.  And she has a duty to be

12  prepared as to these topics.

13           Ms. Newman, this is not a reflection on

14  you at all.

15           But I'm going to object to this witness

16  being insufficiently and inadequately prepared for this

17  deposition today as to a number of topics.  I'm also

18  going to object to insufficient document production.

19  You're not even letting me explore the ways in which it

20  was insufficient, so I don't even know the depth of the

21  insufficiency.

22           I'm going to object to your failure to

23  provide a privilege log, your failure to disclose

24  whether documents have even been withheld on the basis

25  of a privilege.

1              And I'm going to object to your improper

2    instructions not to answer and your improper objections

3    throughout this deposition.

4              On the basis of that, we're going to hold

5    this deposition open.  We reserve the right to seek

6    whatever relief is appropriate.

7              And I truly hope we can work something

8    out offline with each other because I don't think this

9    should be that difficult.  I'm truthfully not trying to

10   get privileged information.  I have no interest in

11   attorney-client privileged information.  And to the full

12   extent that you have a privilege, an associational

13   privilege, you know, you have a privilege; but you're

14   not even giving me the basic information to begin to

15   evaluate it.  And so I just -- I think this entire

16   deposition could have been a lot smoother.

17             And I'm sorry, Ms. Newman, that it was so

18   difficult in spots.

19             But there's a lot of information here

20   that I believe I'm entitled to that you're not allowing

21   the witness to testify to.  So on that basis --

22             MS. BRANCH:  I did want --

23             (Simultaneous speakers.)

24             MR. HILTON:  You can respond; but I'd

25   like to finish, please.

1                On that basis, we're going to hold the

2    deposition open.

3                Ms. Newman, I don't have anything else

4    for you.

5                And I pass the witness.

6                MS. BRANCH:   I do want to just respond on

7    the record to counsel's objections.   We have covered

8    each of the 30(b)(6) deposition topics that were Noticed

9    here; and Ms. Newman, I believe, has testified to each

10   one of them.   She was prepared for the deposition.

11               In response to the document request, the

12   subpoena specifically states that it seeks only the

13   documents necessary to substantiate the allegations or

14   to provide the minimum number of documents sufficient to

15   show information responsive to each of the requests; and

16   the DCCC's production has satisfied that.

17               We've also tried to point you to public

18   information related to each of these topics.   Because

19   the DCCC is a national party committee, for instance,

20   they are required to publicly report all of their

21   funding sources, which is -- that was requested in Topic

22   Number 3; and there's a request related to that.   If the

23   DCCC were to produce every single document related to

24   all its funding sources, we would have given you, like,

25   mountains and mountains of paper.

1          So I think that our document production

2     responded to the topics in accordance with the subpoena

3     instructions which asked for the minimum number of

4     documents.  I am happy to discuss whether there are more

5     documents that, you know, we could try to negotiate

6     over; but I'm not going to -- I do not agree with the

7     objection that the witness was inadequately prepared or

8     that the subpoena -- the production in response to the

9     subpoena was inadequate.  I'm happy to meet and confer

10    about that.

11          I've tried to be as open as possible

12    about it; but, you know, you're recognizing the

13    associational privilege that the DCCC has; and we have

14    asserted that.  We've also produced the minimum number

15    of documents on each of the topics that are not

16    privileged.

17          And the witness doesn't know which

18    documents are privileged and which are not.  So I don't

19    think that's an appropriate line of questioning.  My

20    objections were not to block the witness -- or block you

21    from getting information from the witness, but rather,

22    to protect the privilege.

23          MR. HILTON:  I disagree with all your

24    characterizations.  I think we understand each other's

25    positions.  Hopefully, we can work it out; and if not,

DCCC - 4/28/2020

130

1  we'll see what the Court has to say about it.  But my

2  objection stands.

3           And, again, Ms. Newman, this is not a

4  reflection on you.  And I appreciate your time today

5  answering my questions.

6           THE REPORTER:  Ms. Branch, do you have

7  any questions of the witness?

8           MS. BRANCH:  I do not.

9           THE REPORTER:  Are you ordering a copy of

10 the transcript?

11          MS. BRANCH:  Yes.

12          THE REPORTER:  All right.  Thank you.

13 We're going off the record at --

14          MS. BRANCH:  And we'd --

15          THE REPORTER:  -- 2:05 p.m.

16          MS. BRANCH:  -- like to read and sign as

17 well.

18          (Deposition recessed at 2:05 p.m.)

19                  --ooOoo--

20

21

22

23

24

25

DCCC - 4/28/2020

131

1                    CHANGES AND SIGNATURE

2    WITNESS NAME:              DATE OF DEPOSITION:

3    JACQUELINE NEWMAN          April 28, 2020

4    PAGE/LINE     CHANGE            REASON

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

1    I, JACQUELINE NEWMAN, have read the

2    foregoing deposition and hereby affix my signature that

3    same is true and correct, except as noted herein.

4

5    _____

6    JACQUELINE NEWMAN

7

8    THE STATE OF _____   )

9    Before me, _____, on

10   this day personally appeared JACQUELINE NEWMAN, known to

11   me (or proved to me under oath or through

12   _____) (description of identity card or other

13   document) to be the person whose name is subscribed to

14   the foregoing instrument and acknowledged to me that

15   they executed same for the purposes and consideration

16   therein expressed.

17   Given under my hand and seal of office on

18   this _____ day of _____, _____.

19

20

21   _____

22   NOTARY PUBLIC IN AND FOR

23   THE STATE OF _____

24   My Commission Expires:_____

25

DCCC - 4/28/2020

133

```
 1  STATE OF TEXAS      )

 2                      REPORTER'S CERTIFICATION

 3              I, DEBBIE D. CUNNINGHAM, CSR, hereby

 4  certify that the witness was duly sworn and that this

 5  transcript is a true record of the testimony given by

 6  the witness.

 7              I further certify that I am neither

 8  counsel for, related to, nor employed by any of the

 9  parties or attorneys in the action in which this

10  proceeding was taken.  Further, I am not a relative or

11  employee of any attorney of record in this cause, nor am

12  I financially or otherwise interested in the outcome of

13  the action.

14              Subscribed and sworn to by me this day,

15  May 11, 2020.

16

17

18

19              Debbie D. Cunningham,

20              Texas CSR 2065
                Expiration:  6/30/2021
21              INTEGRITY LEGAL SUPPORT SOLUTIONS
                P.O. Box 245
22              Manchaca, Texas 78652
                www.integrity-texas.com
23              512-320-8690; FIRM # 528

24

25
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JARROD STRINGER, et al.,                §
     *Plaintiffs,*                        §
                                     §
v.                                      §     No. SA-20-CV-46-OG
                                     §
RUTH R. HUGHS, et al.,                  §
     *Defendants*.                       §

### DEFENDANTS' NOTICE OF ORAL DEPOSITION
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30

TO:   Plaintiff-Intervenor DCCC, by and through its attorney of record, Aria C. Branch, Perkins Coie LLP, 700 13th Street, NW, Suite 600, Washington, DC, 20005, via email to abranch@perkinscoie.com.

Defendants hereby notice the deposition upon oral examination of DCCC, including all subsidiaries, DBAs, and aliases, at **10:00am** on **April 28, 2020**, and continuing from day to day until complete. The deposition will be held virtually and recorded via Zoom videoconference and transcribed by a certified court reporter designated by Defendants. Defendants reserve the right to use this deposition for any purpose permitted under the Federal Rules of Civil Procedure or Federal Rules of Evidence.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), DCCC is directed to designate one or more officers, directors, managing agents, or other persons who will testify on DCCC's behalf regarding all information known or reasonably available to DCCC with respect to the matters set forth in **Attachment A**. Defendants request that DCCC provide written notice to undersigned counsel at least five business days

1



before the deposition of the name(s) and employment position(s) of the individuals designated to testify on DCCC's behalf.

Pursuant to Federal Rules of Civil Procedure 30(b)(2) and 45, DCCC is also requested to produce at least 24 hours before the deposition, all documents in response to the subpoena *duces tecum* in **Attachment B**.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

*/s/ Christopher D. Hilton*
ANNE MARIE MACKIN
Texas Bar No. 24078898
CHRISTOPHER D. HILTON
Texas Bar. No. 24087727
Assistant Attorneys General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2798 | FAX: (512) 320-0667
anna.mackin@oag.texas.gov
christopher.hilton@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on April 14, 2020, this notice was served upon DCCC's counsel of

record via email to:

Aria Branch
abranch@perkinscoie.com
John M. Geise
jgeise@perkinscoie.com
Emily Brailey
ebrailey@perkinscoie.com
Chad W. Dunn
chad@brazilanddunn.com

and upon counsel for Plaintiffs via email to:

Mimi Marziani
mimi@texascivilrightsproject.org
Rebecca Harrison Stevens
beth@texascivilrightsproject.org
Hani Mirza
hani@texascivilrightsproject.org
Ryan Cox
ryan@texascivilrightsproject.org
Joaquin Gonzalez
joaquin@texascivilrightsproject.org
Caitlyn E. Silhan
csilhan@waterskraus.com

*/s/ Christopher D. Hilton*
CHRISTOPHER D. HILTON

**ATTACHMENT A**

## Definitions

1.  "Person" means the plural as well as the singular and includes: natural persons, corporations, firms, associations, partnerships, joint ventures, trusts, estates, or any other form of legal entity; and governmental agencies, departments, units, or subdivisions thereof.

2.  "DPS" means the Texas Department of Public Safety, including without limitation representatives, employees, agents, or officers acting on its behalf with respect to any matter inquired about herein.

3.  "SOS" means the Texas Secretary of State, in her official capacity, including without limitation representatives, employees, agents, or officers acting on her behalf with respect to any matter inquired about herein.

4.  "Defendants" means DPS and SOS, including without limitation representatives, employees, agents, or officers of the Defendants acting on their behalf with respect to any matter inquired about herein.

5.  "You" or "your" or "yours" means DCCC, all DBAs, aliases, and subsidiaries, and any representative acting or purporting to act on its behalf with respect to any matter inquired about herein, including without limitation, employees, attorneys, consultants, agents, contractors, or volunteers.

6.  "Plaintiffs" means MOVE Texas Civic Fund, the League of Women Voters of Texas, Jarrod Stringer, John Harms, or Nayeli Gomez, including without limitation any employees, agents, or other representative acting on their behalf with respect to any matter inquired about herein.

7.  "Complaint" means your live pleading in this Lawsuit—at the time of service of this Notice, Docket Entry 28 in *Stringer v. Hughs*, No. 5:20-cv-00046 (W.D. Tex.—San Antonio Div.) (filed January 21, 2020).

## 30(B)(6) CORPORATE REPRESENTATIVE DEPOSITION TOPICS

1. Your mission.

2. Your organization, including your organizational structure, employees, physical assets, parent and sibling entities, tax status, and history; the services that you provide and the activities you perform.

3. Your funding sources, funding amounts, operational expenses, operational budget, and fundraising activities between January 1, 2014 and the present.

4. All activities on which you have spent funds or to which you have dedicated resources in Texas between January 1, 2014 and the present, including:

   a. Total funds spent on all activities in Texas;
   b. Total funds spent on voter persuasion efforts in Texas;
   c. Total funds spent on GOTV efforts in Texas;
   d. Total funds spent on voter registration efforts in Texas;
   e. Activities other than voter persuasion efforts, GOTV efforts, and voter registration efforts on which you spent funds in Texas; and total funds spent on those activities.

5. All activities on which you plan to spend funds or to which you plan to dedicate resources in Texas between the present and January 1, 2024, including:

   a. Total funds you plan to spend on all activities in Texas;
   b. Total funds you plan to spend on voter persuasion efforts in Texas;
   c. Total funds you plan to spend on GOTV efforts in Texas;
   d. Total funds you plan to spend on voter registration efforts in Texas;
   e. Activities other than voter persuasion efforts, GOTV efforts, and voter registration efforts on which you plan to spend funds in Texas; and total funds you plan to spend on those activities.

6. The allegations in your Complaint and the factual bases therefor.

7. Your members who are eligible to use the DPS website for a driver license renewal or change-of-address transaction and intend to do so.

8. The documents produced in response to the subpoena duces tecum described in Attachment B.

ATTACHMENT B

Definitions from Attachment A are incorporated herein by reference.

1. Documents sufficient to substantiate the factual allegations in Paragraphs 13 and 29-35 of your Complaint. This request does not seek all documents relating to these factual allegations, it seeks only those documents necessary to substantiate these factual allegations.

2. All communications between you and any person to assist them in registering to vote or updating their voter registration information after a driver license renewal or change-of-address transaction on the DPS website.

3. Documents sufficient to show all information described and/or requested in deposition topic numbers 2, 3, 4, 5, and 7 as described in Attachment A to this notice. This request does not seek all such documents, it seeks only the minimum number of documents sufficient to show this information.

4. Documents sufficient to show your organizational structure and internal employee hierarchy, including an organizational chart and job descriptions of all employees. This request does not seek all such documents, it seeks only the minimum number of documents sufficient to show this information.

5. To the extent not already provided in response to items 1-4 above, all documents reviewed in preparation for your deposition.



FILED

JAN 2 1 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY



## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

JARROD STRINGER; BENJAMIN
HERNANDEZ; JOHN WOODS,

        Plaintiffs,

    and

TEXAS DEMOCRATIC PARTY; DSCC; DCCC,

        Intervenor-Plaintiffs,

    v.

RUTH HUGHS, in her official capacity as the
Texas Secretary of State;[1] STEVEN C. MCCRAW,
in his official capacity as the Director of the Texas
Department of Public Safety,

        Defendants.

Civil Action

Case No. 5:16-cv-00257-OLG

## INTERVENOR-PLAINTIFFS TEXAS DEMOCRATIC PARTY, DSCC, AND DCCC'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### NATURE OF THE CASE

1.    This action seeks declaratory and injunctive relief to redress Defendants'

systematic and continuing violation of the U.S. Constitution's guarantee of equal protection.

Intervenor-Plaintiffs, who have invested and plan to invest substantially in voter registration efforts

throughout the state and among whose membership are eligible Texas voters who utilize the

Department of Public Safety's ("DPS") online portal for renewal and change of address

transactions, have been injured by Defendants' continuing unconstitutional treatment of these

individuals, who are arbitrarily subject to differential treatment regarding their efforts to register

---

[1] Intervenor-Plaintiffs have substituted the name of the current Texas Secretary of State in this case
pursuant to Fed. R. Civ. P. 25(d).

1

Exhibit
Jacqueline Newman

2

4/28/20 DC

to vote solely because they choose to utilize DPS's online portal for renewal and change of address transactions rather than accomplishing these tasks in person or by mail. Texas voters will continue to be shut out of the democratic process unless and until Defendants reform their registration practices.

2.     Defendants permit certain Texas driver's license holders to renew their license and/or update the address on their license online on DPS' website at www.txdps.state.tx.us.  While there have been many different iterations of this online process over the years, *see Stringer v. Pablos*, 320 F. Supp. 3d 862, 869, 871, 876,  (W.D. Tex. 2018), none have offered any means for simultaneous voter registration. Today, despite years of litigation over this issue before this Court, Defendants still fail to allow for simultaneous registration with online renewals and changes of address. *See* Press Release, Ken Paxton, Attorney General of Texas, Fifth Circuit Rules in Favor of Texas Voter Registration System in "Motor Voter" Lawsuit (Nov. 14, 2019), https://www.texasattorneygeneral.gov/news/releases/fifth-circuit-rules-favor-texas-voter-registration-system-motor-voter-lawsuit ("Currently, Texans who use the DPS driver license renewal and change-of-address website are sent to a separate page – administered by the Texas Secretary of State – where they can complete an online application, print it out, sign it, and mail it to their county voter registrar to ensure their ability to vote in upcoming elections.").

3.     In contrast to the multi-step process required for a driver using DPS's online systems to update their voter registration, DPS's in-person driver's license applications, ECF No. 93, exh. A-7, in-person renewal/replacement/change of address forms, ECF No. 93, exh. A-8, and mail in change of address forms, ECF No. 93, ex. A-9, serve as simultaneous voter registration applications.

4.    Defendants' current practices treat similarly situated voters differently based solely on how those voters choose to transact with DPS without any adequate justification, in violation of the U.S. Constitution's requirement of equal protection.

5.    Defendants must not be permitted to continue to ignore constitutional law. Intervenor-Plaintiffs respectfully request that this Court enjoin Defendants from further violations of the law and grant the relief set forth below.

## JURISDICTION AND VENUE

6.    Intervenor-Plaintiffs sue under 42 U.S.C. §§ 1983 and 1988 to redress the deprivation under color of state law of rights secured by the United States Constitution.

7.    This Court has original jurisdiction over the subject of this action under 28 U.S.C. §§ 1331 and 1343 because the matters in controversy arise under the Constitution and laws of the United States.

8.    This Court has personal jurisdiction over Defendants, who are citizens of the State of Texas and sued in their official capacity only.

9.    Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events that caused Intervenor-Plaintiffs' claims occurred in this judicial district, and each Defendant conducts business in this district.

10.    This Court has the authority to enter a declaratory judgment and to provide injunctive relief under Rules 57 and 65 of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 2201 and 2202.

## PARTIES

11.    Plaintiff the Texas Democratic Party ("TDP") is the statewide organization representing Democratic candidates and voters throughout the State of Texas within the meaning

3

of Section 117 of Texas's Election Code and all other applicable provisions of the election laws. TDP's purpose is to elect Democratic Party candidates to public office throughout Texas. To accomplish its purpose, TDP engages in vitally important activities, including supporting Democratic Party candidates in national, state, and local elections through fundraising and organizing; protecting the legal rights of voters; and ensuring that all voters have a meaningful ability to cast ballots in Texas. TDP has millions of members and constituents from across Texas, including millions of Texans who are registered with the Texas Department of State's Division of Elections as Democrats, millions of Texans who are drivers who interact with DPS, and many other Texans who regularly support and vote for candidates affiliated with the Democratic Party.

12. Plaintiff DSCC is the national senatorial committee of the Democratic Party, as defined by 52 U.S.C. § 30101(14), and its mission is to elect candidates of the Democratic Party to the United States Senate, including in Texas. DSCC works to accomplish its mission across the country and in Texas by, among other things, assisting state parties throughout the country, including in Texas. In 2018, DSCC made contributions and expenditures in the tens of millions of dollars to persuade and mobilize voters to support Democratic Senate candidates. In 2020, DSCC expects to invest millions in support of the Democratic candidate selected as the nominee to run against Republican Senator John Cornyn. Texas's conduct directly harms DSCC by frustrating its mission of, and efforts in, electing the Democratic Party candidate to the U.S. Senate in Texas by suppressing the access of eligible Texas citizens to the franchise. DSCC is aware of Texas's online portal system and will have to expend and divert additional funds and resources on ensuring that eligible citizens are not misled into believing that they have effectively registered to vote, and are in fact registered to vote, as well as to support GOTV, voter persuasion efforts, and

4

other activities in Texas, at the expense of its other efforts to defeat Senator Cornyn, as well as its efforts in other states, to combat the effects of Texas's conduct.

13.     Plaintiff DCCC is the national congressional committee of the Democratic Party, as defined by 52 U.S.C. § 30101(14). DCCC's mission is electing Democratic candidates to the U.S. House of Representatives from congressional districts across the United States, including from Texas's 36 congressional districts. DCCC works to accomplish its mission across the country and in Texas by, among other things, assisting state parties throughout the country, including in Texas in its efforts to elect Democrats to public office.  In 2018, DCCC made contributions and expenditures in the tens of millions of dollars to persuade and mobilize voters to support Democratic congressional candidates—several million dollars of which were spent for those purposes in Texas. For 2020, DCCC has identified at least eight congressional districts in Texas (Congressional Districts 7, 10, 21, 22, 23, 24, 31, and 32) as targeted races, in which it will expend resources to support the Democratic candidate, including specifically through expenditures on voter registration efforts. Overall, in 2020, DCCC expects to make contributions and expenditures in the millions of dollars to persuade and mobilize voters to support Democratic candidates in congressional elections around the country, including in Texas. Defendants' conduct directly harms DCCC by forcing DCCC to spend additional money on voter registration instead of other critical priorities. Defendants' conduct also frustrates DCCC mission of, and efforts in, electing Democratic Party candidates to the U.S. Congress in Texas by suppressing the access of eligible Texas citizens to the franchise. DCCC is aware of Texas's unconstitutional online portal system and will have to expend and divert additional funds and resources on voter registration and on ensuring that eligible citizens are not misled into believing that they have effectively registered to vote when they have not. Additional resources will need to be allocated to these efforts at the

expense of DCCC's other efforts to elect Democrats to Congress from Texas, as well as its efforts in other states, in order to combat the effects of Defendants' conduct.

14.     Defendant RUTH HUGHS is sued in her official capacity as the Secretary of State of Texas. The Secretary is a person within the meaning of 42 U.S.C. § 1983 and acts under color of state law in her official capacity. The Secretary's official responsibilities include serving as the Chief Election Officer for Texas, assisting county election officials and ensuring the uniform application and interpretation of election laws throughout Texas. *See* Tex. Elec. Code Ann. § 31.001(a). As the head of the Elections Division of her office, the Secretary is charged with administering the Texas Election Code.

15.     Defendant STEVEN C. MCCRAW is the Director of DPS, and is sued in his official capacity. DPS is Texas' motor vehicle bureau. DPS operates offices around the state, issues driver's licenses and other state identification cards, and is responsible under state and federal law for providing voter registration services and transmitting voter registration information to the Texas Secretary of State. *See* 52 U.S.C. §§ 20503-20504; Tex. Elec. Code Ann. §§ 20.063, 20.066.

## STATEMENT OF FACTS AND LAW

### A. The Fourteenth Amendment

16.     The Fourteenth Amendment's Equal Protection Clause is implicated any time a state subjects voters to disparate treatment or places arbitrary restrictions upon the right to vote. U.S. Const. amend. XIV, § 1.

17.     There is no "litmus test for measuring the severity of a burden that a state law imposes on . . . an individual voter, or a discrete class of voters. However slight that burden may appear, . . . it must be justified by relevant and legitimate state interests 'sufficiently weighty to justify the limitation.'" *Crawford v. Marion Cty. Election Bd.*, 553 U.S. 181, 191 (2008) (Stevens,

J., announcing judgment of Court); *accord Obama for Am. v. Husted*, 697 F.3d 423, 429 (6th Cir. 2012) ("When a plaintiff alleges that a state has burdened voting rights through the disparate treatment of voters, we review the claim using the flexible standard outlined in *Anderson v. Celebrezze* . . . courts must weigh the burden on voters against the state's asserted justifications and make the hard judgment that our adversary system demands." (quotation marks and citations omitted)).

**B. Texas Election Code**

18.     Texas state law specifies that DPS must use "a form and procedure that combines the department's application form for a license or card with an officially prescribed voter registration application form." Tex. Elec. Code Ann. § 20.062(a).

19.     DPS must also provide a "change of address form and procedure that combines department and voter registration functions," *id.* § 20.062(b), so that when a voter submits a change of address, that "serves as a change of address for voter registration" as well, unless the individual indicates otherwise. *Id.* § 20.063(c).

20.     In addition, if a "correct driver's license number or personal identification card number" or if "correct residence address or mailing address" information is missing from a registration application, DPS employees have a duty to correct the voter's application by "enter[ing] the information on the application." *Id.* § 20.063(d).

21.     Finally, voter registration applications and change-of-address forms must be promptly delivered to election officials. Specifically, "[n]ot later than the fifth day after the date a person completes a voter registration application and provides an electronic signature to the department, [DPS] shall electronically transfer the applicant's voter registration data, including the applicant's signature, to the [Texas Secretary of State]." *Id.* § 20.066(b); *see also id.* § 20.065.

**C. DPS does not provide simultaneous voter registration with online transactions despite doing so with mail and in-person transactions**

22.     DPS's in-person driver's license applications, ECF No. 93, exh. A-7, in-person renewal/replacement/change of address forms, ECF No. 93, exh. A-8, and mail in change-of-address forms, ECF No. 93, ex. A-9, serve as simultaneous voter registration applications.

23.     DPS encourages Texans to use a number of online services through its website, www.txdps.state.tx.us, an official governmental website for the State of Texas.

24.     DPS invites many Texas driver's license holders to renew their license and/or update the address information associated with their license online through a portion of its website entitled "Driver License Renewal, Replacement, Change of Address or Change of Emergency Contacts," available at https://txapps.texas.gov/tolapp/txdl/.

25.     This website page provides a single online portal for qualified holders of a Texas driver's license to renew their driver's licenses, update the address listed on their driver's licenses, or both.

26.     The online process involves nine "Steps to Complete," including the following steps: Welcome, Login, Select Services, Enter Address, Select Options, Review Order, Submit Payment, Emergency Contacts, and Receipt.

27.     Unlike Defendants' simultaneous voter registration services for license renewal or address update applications submitted in-person at a DPS office or through the mail, Defendants do not provide for simultaneous voter registration at any point during the online license renewal or address update process. Instead of providing any simultaneous opportunity for voter registration, the DPS website directs voters to an entirely different website, where voters must complete an online application, print it out, sign it, and mail it to their county voter registrar to ensure their ability to vote in upcoming elections.

28.     Even though Defendants refuse to use information from online change-of-address transactions to properly register voters at their new addresses, they are certainly capable of using this information to do so. In fact, Defendants may use the same online information to cancel a voter's prior registration record even though they fail to give voters any notice of this possibility. *See* Tex. Elec. Code Ann. § 16.031.

### D. Defendants' Voter Registration Failures Harm Countless Texas Voters

29.     As a result of Defendants' failure to register eligible voters equally, countless eligible Texas residents have been denied the right to voter registration.

30.     According to data already in the factual record before this Court, between September 2013 and February 2015, the Secretary's Elections Division confirmed over 1,700 incidents reported by voters who checked "yes" on their drivers' license applications at DPS, indicating they wanted to register to vote at that time, but did not appear on the voter rolls. ECF No. 1-4 at 7.

31.     The voters who complained almost certainly represent just a fraction of the total affected during that time frame. Indeed, the State's records capture only those voters who contacted election workers, specifically complained about registration problems at DPS, and had their files investigated — surely, not all affected voters complained; others may have reported problems but had their complaints disregarded by election workers. Further, this data comes from just 123 of Texas' 254 counties, strongly suggesting that the data set itself is incomplete. See ECF No. 1-3; ECF No. 1-4 at 9.

9

**CLAIMS FOR RELIEF**

**COUNT I**

**Violation of Fourteenth Amendment: Disparate Treatment**
**U.S. Const. amend. XIV; 42 U.S.C. § 1983; 28 U.S.C. §§ 2201, 2202**

32.     Intervenor-Plaintiffs reallege and incorporate by reference all previous and subsequent paragraphs as though set forth herein.

33.     By arbitrarily subjecting eligible voters to disparate voter registration standards, Defendants have denied voters an equal opportunity to participate in federal and state elections in violation of Section 1 of the Fourteenth Amendment. As a result of this disparate treatment, Intervenor-Plaintiffs were directly harmed in their mission to elect Democratic representatives, and those among their membership harmed through disenfranchisement.

34.     No legitimate state interest could justify the state's differential treatment, which creates arbitrary distinctions among Texas voters based on how they choose to interact with DPS.

35.     Absent relief, DSCC, DCCC, and TDP along with its members and constituents, will be denied an equal opportunity to participate in Texas's elections.

**PRAYER FOR RELIEF**

**WHEREFORE**, Intervenor-Plaintiffs respectfully request this Court enter judgment:

(a)     declaring, under the authority granted to this Court by 28 U.S.C. § 2201, that Defendants have violated Section 1 of the Fourteenth Amendment by denying voters an equal opportunity to participate in federal and state elections;

(b)     permanently enjoining Defendants, their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, from implementing practices and procedures that likewise violate Section 1 of the Fourteenth Amendment;

(c)     directing Defendants, under a court-approved plan with appropriate reporting and monitoring requirements, to take all appropriate measures necessary to remedy the harm caused by their violation, including, but not limited to providing for the electronic transfer of voter registration information collected through online transactions to the Secretary of State, similar to the existing system to transfer voter registration information collected through in-person transactions;

10

(d)      awarding Intervenor-Plaintiffs their costs, disbursements, and reasonable attorneys' fees incurred in bringing this action under 42 U.S.C. § 1988 and other applicable laws;

(e)      retaining jurisdiction over this action to ensure that Defendants continue to comply with their obligations under Section 1 of the Fourteenth Amendment; and

(f)      granting such other and further relief as the Court deems just and proper.

Dated: December 20, 2019.          Respectfully submitted,

/s/ *John R. Hardin*
John R. Hardin
Texas State Bar No. 24012784
PERKINS COIE LLP
500 N. Akard St., Suite 3300
Dallas, TX 75201
Telephone: (214) 965-7743
Facsimile: (214) 965-7793
JohnHardin@perkinscoie.com

Marc E. Elias*
John M. Geise*
Emily Brailey*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
jgeise@perkinscoie.com
ebrailey@perkinscoie.com

*Counsel for the Intervenor-Plaintiffs*

Chad W. Dunn
Texas State Bar No. 24036507
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

*Counsel for Intervenor-Plaintiff Texas*

11

*Democratic Party*

*\*Motions for Admission Pro Hac Vice*
*Forthcoming*

# Exhibit B

Exhibit
Jacqueline Newman

3

4/28/20  DC

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, et al. | Civil Action Case No. 5:16-cv-00257-OLG |
| Plaintiffs, | |
| v. | |
| ROLANDO PABLOS, in his official capacity as Texas Secretary of State and STEVEN C. MCCRAW, in his official capacity as Director of the Texas Department of Public Safety | CONSOLIDATED WITH |
| JARROD STRINGER, et al. | Civil Action Case No. 5:20-cv-00046-OLG |
| Plaintiffs, | |
| v. | |
| RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. MCCRAW, in his official capacity as Director of the Texas Department of Public Safety | |
| Defendants. | |

## DECLARATION OF ALEXANDER EDELMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, Alexander Edelman, testify that:

1.      I am over the age of 18, am competent to testify, and declare the following facts based on my own personal knowledge.

2.      I currently serve as the National Field Director for DCCC, also known as the Democratic Congressional Campaign Committee. I have held this position since February 2019.

3.      The mission of DCCC is to elect Democratic candidates to the U.S. House of Representatives. DCCC works to accomplish this mission by, among other things, funding voter

registration drives to register new voters who may support and vote for Democratic candidates across the country.

4. For the 2020 election cycle, DCCC has identified at least eight congressional districts in Texas (Congressional Districts 7, 10, 21, 22, 23, 24, 31, and 32) as targeted races, in which it will expend resources to support the Democratic candidate

5. As the National Field Director, I am responsible for the planning and execution of DCCC's National Field Program, which includes the supervision of field staff in congressional districts where DCCC is actively working to elect Democratic candidates to the U.S. House of Representatives.

6. DCCC has already invested hundreds of thousands of dollars dedicated to specifically registering voters in Texas, and plans to ultimately invest millions of dollars into registering and mobilizing voters in Texas in advance of the 2020 election. DCCC uses voter registration not only to expand the pool of individuals who are eligible to vote for Democratic candidates, but also to have important conversations with people about the importance of voting and about important causes to the Democratic Party.

7. For example, DCCC recently entered into an agreement for nearly $400,000 for a consultant to provide voter registration services in Texas Congressional District 23. This is a specific example of one of many voter registration expenditures DCCC expects to incur to register voters in Texas for the 2020 election.

8. DCCC also supports and participates in what is commonly referred to as the "coordinated campaign," in which it works collaboratively with the state party committees and other national Democratic committees to elect Democrats up and down the ticket within the state of Texas. In advance of the 2020 election, DCCC intends to give significant sums to the Texas Democratic Party to spend on its field program, which will necessarily involve, among many things, voter registration efforts, to help elect Democratic candidates from Texas to the U.S. House of Representatives.

9.      In fact, the Texas Democratic Party recently announced plans to launch the largest voter registration effort in the state's history. *See* Exhibit A. DCCC plans to actively support this effort financially and with staffing resources.

10.      Defendants' continued refusal to follow federal and constitutional law by not allowing for automatic voter registration with online transactions makes these efforts significantly more costly for DCCC. DCCC is aware of Defendants' continued violations and believes it must register additional voters to account for voters who mistakenly believe they have updated their registration and as a result are unable to vote, as happened to the original plaintiffs in this action.

11.      DCCC has dedicated additional financial resources to voter registration in Texas, diverting those funds from other mission-critical efforts nationwide, in part because of DCCC's recognition of numerous burdens which Defendant Hughs places on voters wishing to register in the state, including those that harm voters who utilize Texas Department of Public Safety's online resources, as detailed in this case, and those which form the basis of the complaint in *Texas Democratic Party v. Hughs*, No. 20-cv-00008 (W.D. Tex. 2020).

12.      Defendants' continued violations injure DCCC not only through increased cost in registration efforts, but also because they hamper DCCC's efforts to elect Democrats throughout Texas. By refusing to comply with the law and placing barriers to individuals registering to vote and updating their registration, Defendants harm the Democratic Party's election prospects.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2020.

DocuSigned by:

*Alexander Edelman*

CF9E9B8AA00A42E...

Alexander Edelman
National Field Director
DCCC

# Exhibit A to Edelman Declaration



**For just $1, you could sponsor 2 voter registration cards for unregistered, likely Democratic voters.**

Texas Democrats have launched the most expansive voter registration program ever. Let's register more Democrats to vote.

| $25 |
|---|
| $50 |
| $100 |
| $250 |
| $500 |
| ...or chip in another amount |

*If you've saved your information with ActBlue Express, your donation will go through immediately.

**TEXAS ★ DEMOCRATS**

En español

JANUARY 13, 2020   /   **MEDIA, PRESS**

## RELEASE: Texas Democratic Party Announce Largest Voter Registration Program in Texas History

Austin, TX — Today, the Texas Democratic Party announced its innovative 2020 voter registration program — the largest in Texas history.

*To read about the new, expansive program, click here.*

For our voter registration program, the Texas Democratic Party plans to put 1000 field staff and canvassers on the ground across the state, mail Texans who need to get registered a voter registration card, proactively chase voter registration forms sent to Texans, working alongside fellow Democratic organizations to ensure these young voters are pinpointed for voter registration and mobilization, and foster a culture of registration. The Texas Democratic Party has also launched a year-long voter protection hotline where voters can get the information they need to register to vote and cast their ballot.

**More highlights from the programs include:**

- We are going to have 1,000 field organizers and canvassers on the ground in 2020.
- The Texas Democratic Party is gearing up to mail hundreds of thousands of voter registration applications to unregistered voters across the state.
- We're launching a year-round voter assistance hotline.

SHARE





- We are building machine-learning-based models to quickly identify the partisanship-leaning of new and low propensity voters so that campaigns can mobilize Democratic voters.
- We are hiring dedicated staff to engage every part of our Democratic coalition — including our AAPI, African-American, Latinx, LGBTQ+, youth, and Disability communities — and to narrow the gap in rural committees.
- The Texas Democratic Party is working alongside fellow Democratic organizations to ensure these young voters are pinpointed for voter registration and mobilization.

**By the numbers:**

- We anticipate the voter rolls will swell to upwards of 18,000,000 registered voters in 2020.
- The Texas Democratic Party is focused on registering the estimated 2,600,000 Texans who are likely to vote Democratic if they register to vote.
- At the congressional level, we estimate there are 495,000 potential new Democrats in the eight DCCC-targeted districts.
- We estimate 210,000 potential new Democrats in the 12 state house districts that flipped in 2018. Additionally, there are 315,000 potential new Democrats in 18 targeted State House districts for 2020.

**Texas Democratic Party Deputy Executive Director Cliff Walker issued the following statement:**

"Texas is the biggest battleground state in the country. We know that our democracy works better when more people vote, not less. The rapidly emerging Democratic coalition in Texas has set the stage for historic Democratic gains at the ballot box. That's why the Texas Democratic Party is proud to be launching our most expansive voter registration program yet.

"We are committing our resources to register and engage a new electorate that is more progressive and represents the diversity of our great state. Shifting the electorate in Texas is our top priority. We will win the White House, take out John Cornyn, send more Texas Democrats to Congress, break the supermajority in the Texas Senate, flip the Texas House, and elect hundreds of local Democrats across the state."

*For more reading, check out ABC's exclusive story here.*

### 



< **Back to news**

< Previous Post

**RELEASE: Trump and Cornyn Continue to Lie About Protecting Pre-Existing Conditions**

| | |
|---|---|
| **From:** | jobsthatareleft@googlegroups.com [jobsthatareleft@googlegroups.com] |
| on behalf of | Kassandra Aleman [kassandraalemani@gmail.com] |
| **Sent:** | 9/30/2019 2:30:07 PM |
| **To:** | GAIN Jobs via JobsthatareLEFT [jobsthatareleft@googlegroups.com] |
| **Subject:** | [jobsthatareLEFT by GAIN] County Services Coordinator - Texas Democratic Party - Austin |

# County Services Coordinator

Texas is the biggest battleground state in the country, and Texas Democrats are poised to win. The polls are showing Donald Trump loses to a Democratic champion and we are in a dead heat for the United States Senate.

The Texas Democratic Party is hiring a County Services Coordinator, to work within the Texas Democratic Party's dynamic County Services Department.

County parties are the primary engines and facilitators of local Democratic mobilization, and in 2020 they will be essential partners in our pursuit of statewide victory. From assisting with party administration to building paid and volunteer-driven voter contact programs for county parties, the County Services Team is the service provider and trusted partner of Texas' Democratic county parties.

The County Services Coordinator, based in Austin, would serve county parties by:

- Serving as the primary point of contact for county chairs and Democratic clubs based in strategically targeted parts of Texas;
- Build volunteer and voter engagement programs for certain counties;
- Working with the Candidate Services team to identify potential county candidates;
- Working with the Data team to provide county-level data analysis projecting voter registration and GOTV opportunities;
- Building budgets and finance plans for voter engagement programs for strategic counties;
- Assisting in building coordinated campaign program plans for strategic counties;



**Exhibit**
**Jacqueline Newman**
**4**
4/28/20  DC

DCCC_000001

•     Tracking metrics and programmatic reporting on the local level, setting benchmarks and goals for programs;

•     Meeting internal department goals; and

•     Completing additional tasks and responsibilities as assigned by the County Services Director

Preferred qualifications for the County Services Coordinator position include:

•     At least two election cycles of managing a field program as a Field Director (candidate campaign, independent expenditure effort, or labor union);

•     Texas ties and / or battleground state experience

Send resume, cover letter to jobs@txdemocrats.org using the subject line: "County Services Coordinator: (First Name, Last Name)".

--
Jobsthatareleft is a listserv run by Democratic GAIN. Membership dues keep us going. Please consider becoming a full member of Democratic GAIN by checking your membership status at
https://www.democraticgain.org/members/membership.asp .
---
You received this message because you are subscribed to the Google Groups "GAIN Jobs via JobsthatareLEFT" group.
To unsubscribe from this group and stop receiving emails from it, send an email to
jobsthatareleft+unsubscribe@googlegroups.com.
To view this discussion on the web visit https://groups.google.com/d/msgid/jobsthatareleft/c7a35de7-d641-43a1-8319-686b7cf13b3f%40googlegroups.com.

DCCC_000002

From:       DSCC Press Team [press@dscc.org]
Sent:       1/8/2020 12:43:57 PM
To:         Jorge Aguilar [Aguilar@pelosiforcongress.com]
Subject:    MEMO: Democratic Campaign Committees Investing Millions to Protect Voting Rights Across Battleground States



**January 8, 2020**

TO: Interested Parties
FR: Catherine Cortez Masto, DSCC Chair
     Cheri Bustos, DCCC Chairwoman
RE: Democratic Campaign Committees Investing Millions to Protect Voting
Rights Across Battleground States

The Democratic Senatorial Campaign Committee and Democratic
Congressional Campaign Committee have made an eight-figure investment in a
legal strategy across key battleground states, including Arizona, Florida,
Georgia, North Carolina, South Carolina, and Texas that will take on
Republicans' decades-long voter suppression crusade and increase access to
the ballot for young people, communities of color, and rural voters. This legal
strategy is only more urgent as Republicans have been emboldened by
President Trump's baseless and disproven claims of voter fraud.

The DSCC and DCCC — along with the DNC, partner political organizations,
state parties and local stakeholders — are pursuing these challenges to
counteract arbitrary partisan advantage, end obvious voter suppression, and
expand access to the ballot. We are encouraged to have already achieved
changes to state voting laws and will continue to tear down barriers to

Democratic victory in 2020 and beyond, and most importantly, to protect the integrity of our Democracy.

**The DSCC & DCCC have engaged in three major types of litigation:**

**Voter Registration**
In South Carolina and Texas, the DSCC and DCCC are challenging barriers to voter registration for students, voters of color, and rural voters:

• South Carolina's requirement that prospective voters submit their full Social Security number, which requires individuals to risk identity theft in order to vote.

• Texas' "wet signature" requirement that severely limits the ability of citizens to register to vote, particularly impacting Texans without access to mailing facilities, or who require assistance.

• In Michigan, the DCCC launched a challenge to voter registration laws in Michigan that disadvantage college students -- resulting in an agreement that Michigan's Secretary of State will take steps to encourage student voter registration.

**Voting Issues**
The DSCC and DCCC are suing to overturn laws in North Carolina, Georgia, Texas, and Florida that have erected barriers to voting for targeted Democratic constituencies including voters of color.

• In North Carolina, the committees successfully challenged Republicans' decision to eliminate early voting on the final Saturday of the early voting period. Within days of filing the suit, the Republican controlled North Carolina legislature reversed course and reinstated the early voting day they previously eliminated.

○ In 2016, 193,138 voters cast ballots on the final Saturday of early voting -- making it the busiest day of early voting that year. The North Carolinians who vote on this day are disproportionately African-American.

• In Georgia, the committees are challenging the high rate of rejected ballots-- a likely result of a lengthy, confusing ballot that scores low on readability. We have also targeted Georgia's signature match process that currently allows election officials to throw out ballots for no lawful reason.

DCCC_000004

- In Texas, the committees are challenging the state's effective ban on mobile polling locations by requiring them to remain open for eight hours each day and stay open for the same number of days as the main early voting location in the county.

  o        In Travis County in 2018, more than 28,000 people, or nearly 6 percent of voters cast their ballots at these mobile early polling sites.

  o        In Dallas County, officials placed mobile polling locations on college campuses for two days in 2016 and expanded it to three days in 2018 due to popular demand.

  o        In Tarrant County, 11,000 votes were cast at early voting sites in 2018, including at the University of Texas at Arlington and Texas Christian University in 2020.

- The committees, along with the DNC are also supporting continued litigation regarding Florida's signature matching requirement for vote by mail and provisional voters.

**Ballot Order Litigation**

In Arizona, Florida, Georgia, Minnesota, and Texas, the DSCC and DCCC, along with the DNC in key instances, have challenged rules that arbitrarily dictate what order candidates are listed on the ballot. Studies have repeatedly shown that the candidate or political party consistently listed first has a "primary effect," increasing their vote share by as much as 5 percent.

- In response to the committees' litigation in November, a federal judge ruled that Florida's ballot order law was unconstitutional and provided an unfair advantage to members of the governor's party.

- In Arizona, the Republican candidate will be listed first in 11 of the state's 15 counties, where that 80 percent of the state's population lives.

- In Georgia, the Republican candidates have been and will be listed first on all of the state's ballots. Last election, races up and down the ballot were decided by slim margins: the governor was elected by a mere 1.39 percent; the Republican candidate for CD-7 was elected by only 0.14 percent.

- In Minnesota, the ballot order law would place Democrats last on the ballot, below candidates from the Grassroots-Legalize Cannabis Party, the Legal Marijuana Now Party, and the Republican Party.

- In Texas, the Republican candidates have been and will be listed first on all of the state's ballots.

DCCC_000005

**Bottom Line:**

When we expand access to the ballot, it's good for our democracy and it's good for Democrats. As the cycle moves forward, the DSCC and DCCC will continue to work with key partners to challenge laws that restrict access to the ballot or create a partisan disadvantage for Democrats.

Read this memo online here.



   

View this email in your browser

You are receiving this email through the DSCC press list.

Our mailing address is:
Democratic Senatorial Campaign Committee
120 Maryland Ave NE
Washington, DC 20002-5610

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

DCCC_000006

**From:**       Houston Chronicle | Texas Take [newsletters@mailer.houstonchronicle.com]
**Sent:**       9/11/2019 6:07:35 AM
**To:**         Miguel Arreola [Arreola@dccc.org]
**Subject:**    Texas leads nation in polling place closures, per report | Texas Take

## HOUSTON CHRONICLE

# TEXAS TAKE

## Texas has closed more polling places than any other state, report shows

Texas leads the nation by far in shuttering polling locations, a new study shows.

The state has closed 750 polling places since 2012, more than twice as many as the second-highest state, Arizona. Civil rights advocates have called the method a systemic attempt to block minorities from voting.

Most of the closures came after the Supreme Court in 2013 ruled states with a history of racial discrimination no longer had to get pre-approval from the federal government to pass new voting laws or make changes to the election process.

What do Democrats say needs to be done to combat this issue? And why else did Texas close some of the hundreds of locations?

*—Taylor Goldenstein, Austin Bureau reporter*

DCCC_000007

TEXAS POLITICS

DCCC_000008



# Democrats converge on Houston for presidential debates with loads of hype — and hope

The Democrats' unprecedented focus on Texas in 2020 has spawned a wide discussion about the potential to turn the state blue, or at least purple.

DCCC_000009

## Sen. Ted Cruz and actress Alyssa Milano talk gun control, without insults

Their exchange, which started with a clash on Twitter, became a real-life conversation about a major policy issue.

## Houston's last Democratic presidential debate was in 1987. Joe Biden was there, too.

Biden used language in that debate that is strikingly similar to what he's been saying on the campaign trail this year, particularly when it comes to warning about the standard of living for working people.

## Trump campaign plans event in Houston hours before Democratic debate

Trump's re-election campaign will host an event Thursday just 5 miles from where Democrats debate.

## Texas warden to face questioning on heat violations at Houston federal court hearing

One of the wardens will have to explain why temperatures this summer exceeded 88 degrees, the limit set by the agreement, and outline what they're doing to prevent future harm to heat-sensitive male inmates.

## Joe Biden picks up new Texas endorsements in advance of Houston debate

Former longtime Houston Congressman Gene Green is among the new endorsements for former Vice President Joe Biden.

DCCC_000010

## LOCAL POLITICS

DCCC_000011



## City to aid struggling taxi drivers with new rules, lower fees

Houston taxi drivers will face lower fees and fewer regulations under a plan to assist the cab industry amid increased competition from ride-hailing companies.

DCCC_000012

## 3 in Houston hospitalized with vaping-related lung illness

The hospitalizations all occurred within the past month and fit the profile of the national outbreak associated with the products.

## Houston-area colleges get high marks in U.S. News rankings

Several Houston-area universities fared well on U.S. News and World Report's annual college rankings for 2020.

## With board takeover looming, HISD candidates run into uncertainty

As November approaches and the threat of state intervention in HISD looms, school board candidates find themselves in the midst of a highly unusual election season.

## Fort Bend expands equal employment opportunity policy

The revisions include ensuring equal employment opportunities without regard to certain added classifications, including creed, sexual orientation and gender.

## Harris County boosts pollution efforts, staff in response to spring chemical fires

The $11.6 million investment will go toward purchasing new equipment and adding employees to the fire marshal's office, pollution control and public health departments.

DCCC_000013

## Harris County to commemorate four lynchings with downtown marker

The proposal by Precinct 1 Commissioner Rodney Ellis commemorates the killings of African Americans in the county between 1890 and 1928.

NATIONAL NEWS

## Trump ousts Bolton after dispute over negotiating with Taliban

John Bolton was the third person to formally occupy the White House's highest-ranking national security job under Trump.

## Trump officials say border crossings fell again in August

Acting U.S. Customs and Border Protection commissioner Mark Morgan credited President Donald Trump's June 7 immigration enforcement agreement with Mexico as the key factor in the decline.

## Harsh spotlight on Trump donors raises disclosure questions

The efforts have reignited questions about how much transparency is too much and whether the laws governing the balance between transparency and privacy are adequate and relevant.

WHAT WE'RE READING

DCCC_000014

- How a decade of voting rights fights led to fewer redistricting safeguards for Texas voters of color, Texas Tribune

- The Casualties of Texas' War on Voter Fraud, Texas Observer

- Why Southern white women vote against feminism [Opinion], Washington Post

- Dems stumble on impeachment messaging, POLITICO

FOLLOW US ON

Manage your preferences ❯
Sign up for more newsletters ❯
**Subscribe to HoustonChronicle.com** ❯
To ensure delivery of emails from Houston Chronicle, please add newsletters@mailer.houstonchronicle.com
to your address book.

Privacy Notice | Contact Us | Unsubscribe

© 2019 Houston Chronicle | 4747 Southwest Freeway, Houston, TX 77027

DCCC_000015

From:      Zapata, Tammy [Tammy.Zapata@mail.house.gov]
Sent:      1/13/2020 7:59:29 AM
To:        Zapata, Tammy [Tammy.Zapata@mail.house.gov]
Subject:   Bustos News Clips | 1.13.20

## Cheri on 2020 Election
1/10/2020 4:08:44 PM WMBD (CBS) - Peoria, IL WATCH

## Cheri on CNN
1/12/2020 7:35:33 AM CNN - U.S. Cable WATCH
1/12/2020 7:35:33 AM DIY Network - U.S. Cable WATCH

## Cheri on C-Span
1/12/2020 10:04:00 AM CSPAN - U.S. Cable WATCH
1/12/2020 10:14:46 AM CSPAN - U.S. Cable WATCH
1/12/2020 10:23:18 AM CSPAN - U.S. Cable WATCH
1/12/2020 10:33:08 AM CSPAN - U.S. Cable WATCH
1/12/2020 6:00 PM CSPAN - U.S. Cable WATCH
1/12/2020 6:10:46 PM CSPAN - U.S. Cable WATCH
1/12/2020 6:20:18 PM CSPAN - U.S. Cable WATCH
1/12/2020 6:30:08 PM CSPAN - U.S. Cable WATCH

### News Clips – January 13, 2020

Cheri on 2020 Election. 1
Cheri on CNN. 1
Cheri on C-Span. 1

#### Bustos News. 2

ABC News: Texas Democrats launch largest voter registration campaign to hobble GOP's grip on the state. 2
Politico: Playbook: Iran admits to shooting down jetliner 4
Politico: What does Trump want in his impeachment trial?. 13
Politico: Rose raises $1.2M in fourth quarter 17
The Hill: Ocasio-Cortez defends decision not to pay dues to House Democratic campaign arm.. 18
Fox News: AOC riles Dems by refusing to pay party dues, bankrolling colleagues' opponents. 20
The Morning Call: U.S. Rep. Susan Wild in step with Democratic colleagues facing tough 2020 reelections. 24
USA Today: Alexandria Ocasio-Cortez defends decision not to pay House Democratic campaign 'dues' 25
The Washington Free Beacon: DCCC Chair Dodges Multiple Times on Whether Ocasio-Cortez Is Good For the Democratic Caucus. 27
KSRO: Texas Democrats Launch Largest Voter Registration Campaign To Hobble GOP's Grip. 28
WFIN: Texas Democrats Launch Largest Voter Registration Campaign To Hobble GOP's Grip. 31
Fox 51: National Democrats jump into new lawsuit over Texas voter registration requirements. 33
The Daily Caller: Democrats Are Forming A Circular Firing Squad. 34
The Daily Caller: Top House Democrat Dodges Repeatedly When Asked One Simple Question About Ocasio-Cortez 35

#### IL-17 News. 36

DCCC_000016

Chicago Tribune: Seeking to give residents a break on property tax, legislative task force recommends expanding sales tax. Gov. J.B. Pritzker, who's pushing a graduated income tax, says there's got to be another way. 36
Quad-City Times: Illinois agency, volunteers join to fight human trafficking. 39
Galesburg Register Mail: Illinois economy grew slowly in 3rd quarter 2019. 39
Galesburg Register Mail: Ill. corn, soybean production drops by roughly 20%.. 40
Peoria Journal Star: Pritzker puts criminal justice reforms atop 2020 agenda. 42
Rockford Register Star: Slick roads in Rockford area cause numerous traffic crashes. 44
Rockford Register Star: Winnebago County budget woes leave cybersecurity, IT upgrades lacking. 44

National News. 46

The Hill: Pelosi set to send impeachment articles to the Senate next week. 46
The Hill: Job numbers, stocks boost Trump in election year 49
The Hill: Federal court upholds block keeping Air Force from discharging HIV-positive service members. 50
The Hill: UN cuts humanitarian aid to Syria in win for Russia. 51
Roll Call: Freshman national security Democrats seize political moment 52
Politico: Grassley pins blame for USMCA holdup on impeachment 55

## Bustos News

### ABC News: Texas Democrats launch largest voter registration campaign to hobble GOP's grip on the state

https://abcnews.go.com/Politics/texas-democrats-launch-largest-voter-registration-campaign-hobble/story?id=68150180
Posted 1/13/20
BY KENDALL KARSON

Texas Democrats, fueled by the party's nearly quarter-century-held dream of turning Texas blue, are mounting an aggressive ground-game operation with the largest voter registration program in the state's history, according to the state party, and an expansive voter protection effort ahead of the 2020 election.

The two-pronged campaign, which aims to add to the party's 2018 gains up and down the ballot, will target unregistered voters who they believe are potential new Democrats, and safeguard the right to vote for Texans, in partnership with Fair Fight 2020, the multi-million dollar initiative launched by Stacey Abrams, a Georgia Democrat who considered a bid for president and the U.S. Senate last year.

"The rapidly emerging Democratic coalition in Texas has set the stage for historic Democratic gains at the ballot box," Cliff Walker, the deputy executive director of the state party, said in a statement announcing the program. "We are committing our resources to register and engage a new electorate that is more progressive and represents the diversity of our great state. Shifting the electorate in Texas is our top priority."

For Abrams' group, Texas is one of the 20 battleground states that Fair Fight 2020 is targeting to promote voters' rights and fair election policies ahead of November. Fair Fight began investing resources in Texas last month.

"Fair Fight is proud to partner with the Texas Democratic Party to fund, train and support a robust voter protection initiative through our Fair Fight 2020 initiative," said Seth Bringman, a spokesman for Fair Fight. "Republicans in Texas have, for a long time, sought to make it harder to vote, particularly for voters of color, and it takes a dedicated voter protection team on the ground well before Election Day to make sure all Texans' voices can be heard."

At the core of the registration effort, which the state party says will be in collaboration with the Democratic Congressional Campaign Committee, the campaign arm for U.S. House Democrats, is an ambitious goal to register "a share of the estimated 2,600,000 Texans who are likely to vote Democratic," by using data-driven

programs, deploying 1,000 field organizers and canvassers on the ground, and mailing hundreds of thousands of voter registration applications to unregistered voters across the state.

In a nine-page memo outlining their 2020 game plan on voter registration and protection, Walker and Lauren Pully, the state party's data and analytics director, contend that "in order to close the statewide gap and win in 2020, we must register and engage a new electorate that is more progressive and represents the diversity of our great state."

The second focus of their strategy -- voter protection, access and ending voter suppression -- will be bolstered by a number of initiatives spearheaded by the Texas Democratic Party, with the help of Fair Fight, among other national groups. Texas Democrats are expected to roll out more specifics on the protection effort at the end of the month, but in the coming week, the state party is launching a year-round voter assistance hotline for quick access to voting information and voting-related issues.

As part of the voter protection effort, the state party is also already moving forward on the legal front. Earlier this month, the Democratic Senatorial Campaign Committee, the DCCC, and Texas Democrats filed a lawsuit, part of an eight-figure investment across seven battleground states by the national groups, to challenge the electronic signature ban in the state. Democrats argue the original or "wet" signature requirement is unconstitutional because it makes it more difficult for voters to gain access to the polls, particularly after upwards of 2,400 voter registration applications were rejected in 2018, due to the current rule.

"This unconstitutional ban does not make an ounce of sense, and it is the kind of arbitrary voter suppression that we're working to tear down right now before even more harm is done to our Democracy," said DCCC Chairwoman Cheri Bustos in a statement announcing the lawsuit.

The unparalleled investments Texas Democrats are pouring into 2020 are in part a response to "the polarizing nature of the Trump presidency," the memo reads. But they also reflect the zeal of the party to narrow their deficit in a state still in the GOP's grip.

Voters cast their ballots at the Rummel Creek Elementary polling place, Nov. 6, 2018 in Houston, Texas.Voters cast their ballots at the Rummel Creek Elementary polling place, Nov. 6, 2018 in Houston, Texas.

Democrats are banking on the Trump factor to boost their chances of further solidifying their foothold in November. The president roiled the political waters in Texas -- and across the country -- "destabilizing" the Republican majority in the state, according to political experts.

Democratic pick ups in 2020, said Cal Jillson, a professor of political science at Southern Methodist University, will be determined by long-term demographic changes, the number of open seats and whether "Trump is as destabilizing of the Republican coalition in 2020 as he was in 2018."

"(The) declining Anglo-population is Republican and the rising minority population is Democrats, so that long term shift is endangering the traditional Republican majority," Jillson told ABC News. "This partisan competition in Texas creates the opportunity for Democrats to pick up seats that they had not been competitive for in the past."

In the most recent midterm elections, those factors cost Republicans "two U.S. House seats, two Texas Senate seats and 12 Texas House seats, as well as hundreds of local county races (and) city races," he previously noted.

Texas has not elected a Democrat to statewide office since 1994. But in 2018, former Texas Congressman Beto O'Rourke received more votes than any Democrat has in the history of Texas in his competitive, upstart Senate bid against Republican Sen. Ted Cruz. And changing demographics within the state -- including what

FiveThirtyEight calls population growth "in and around the state's cities" -- suggest that Texas could be a key battleground in 2020.

While O'Rourke failed to find success in the Senate contest, the race between him and Cruz was the closest Texas has seen in recent decades. Republicans eked out a victory by three points, but O'Rourke carved a path for Democrats, making significant inroads for the party both statewide and lower on the ballot.

The Texas Democratic Party -- already identifying their prime targets down the ballot -- has set their sights on registering voters in a slate of state house districts, including 210,000 potential new Democrats in 12 districts that flipped in 2018, and 315,000 potential new Democrats in 18 targeted Texas Legislature districts for 2020.

Texas will see 'battles all over the state' in 2020
In mid-September, ahead of the Democratic presidential debate in Houston, Texas Democratic Party Chairman Gilberto Hinojosa told ABC News, "This debate is happening in Texas because the Democratic National Committee has determined that Texas is a battleground state. That being said, that makes Texas the biggest battleground state in the country."

But still, Democrats are up against lofty challenges -- Trump carried Texas by nine points in the 2016 presidential election, and some anticipate the incumbent will win it again.

"I expect Trump will carry Texas maybe by five or six points, instead of the nine he won it by last time," Jillson said.

While Democratic hopefuls might affirm the notion that the state is a battleground, Jillson said he sees the battle lines differently.

"Texas is a battleground state in places," he said. "And those places are the suburbs of the major cities of Texas. Texas itself is not a battleground state."

"There are battles all over the state, particularly in U.S. House races, and Texas House and Senate races," he continued. "There are battlegrounds all over the state, even if the state is not yet a battleground."

## Politico: Playbook: Iran admits to shooting down jetliner
https://www.politico.com/newsletters/playbook/2020/01/11/iran-admits-to-shooting-down-jetliner-488045
Posted 1/11/20
BY ANNA PALMER & JAKE SHERMAN

BREAKING OVERNIGHT … AP: "Under pressure, Iran admits it shot down jetliner by mistake," by Nasser Karimi and Joseph Krauss in Tehran, Iran: "Iran's Revolutionary Guard on Saturday acknowledged that it accidentally shot down the Ukrainian jetliner that crashed earlier this week, killing all 176 aboard, after the government had repeatedly denied Western accusations that it was responsible.

"The plane was shot down early Wednesday, hours after Iran launched a ballistic missile attack on two military bases housing U.S. troops in Iraq in retaliation for the killing of Iranian Gen. Qassem Soleimani in an American airstrike in Baghdad. No one was wounded in the attack on the bases.

"Gen. Amir Ali Hajizadeh, the head of the Guard's aerospace division, said his unit accepts 'full responsibility' for the shootdown. In an address broadcast by state TV, he said that when he learned about the downing of the plane, 'I wished I was dead.'

DCCC_000019

"He said Guard forces ringing the capital had beefed up their air defenses and were at the 'highest level of readiness,' fearing that the U.S. would retaliate. He said an officer made the 'bad decision' to open fire on the plane after mistaking it for a cruise missile." AP

-- UKRAINE RESPONDS via WaPo: "Ukrainian President Volodymyr Zelensky said Saturday that he expects 'a full admission of guilt' and for Iran 'to bring those responsible to justice.' 'This morning was not good, but it brought the truth,' Zelensky said on Facebook. Ukraine has sent a team of 45 experts and search-and-rescue personnel to Tehran to help with the investigation and plans to continue to participate, officials said.

"'We expect from Iran assurances of readiness for a full and open investigation, bringing the perpetrators to justice, returning the bodies of the dead, payment of compensations, official apologies through diplomatic channels,' he said. 'We hope that the investigation will continue in the future without artificial delays and obstacles.'"

MEANWHILE ... President DONALD TRUMP inserted another claim to justify authorizing a drone strike that killed Iranian Gen. Qassem Soleimani. Trump told LAURA INGRAHAM on her Fox News program Friday night that Iran was targeting four embassies, including the U.S. embassy in Baghdad. Trump's justification, which is already under scrutiny about whether it is accurate, came as his administration has struggled to explain the reasoning behind Trump's decision to target Soleimani.

TRUMP'S REVELATION certainly raises more questions than it answers. One thing is for certain: it's unlikely to stem the pressure from lawmakers to reveal more information about what the administration knew in the lead up to the attack.

THE EXCHANGE: INGRAHAM: "Did they have large scale attacks planned for other embassies? And if those were planned, why can't we reveal that to the American people. Wouldn't that help your case?

TRUMP: "I can reveal that I believe it would have been four embassies. And I think that probably Baghdad already started. They were really amazed that we came in with that kind of a force. We came in with very powerful force and drove them out. That ended almost immediately.

"But Baghdad certainly would've been the lead. But I think it would've been four embassies that had been military bases -- could've been a lot of other things too, but it was imminent. And then all of a sudden he was gone."

BUT, BUT, BUT -- WAPO'S SHANE HARRIS, JOSH DAWSEY and SEUNG MIN KIM: "But a senior administration official and a senior defense official, speaking on the condition of anonymity to discuss classified information, said they were only aware of vague intelligence about a plot against the embassy in Baghdad and that the information did not suggest a fully formed plot. Neither official said there were threats against multiple embassies.

"The senior defense official did not directly contradict Trump but said there was concern that there might be an attempt to place a bomb at the Baghdad embassy, a heavily fortified structure in a secure area of the Iraqi capital. The senior administration official said that Trump has been fixated on not allowing an attack on a U.S. diplomatic facility, out of fear of being compared unfavorably to his predecessor.

"Trump is 'totally obsessed with not letting something like Benghazi happen to him,' the official said, referring to the 2012 attack on a U.S. facility in Libya that has achieved totemic status among Trump allies, who see it as evidence of former president Barack Obama's alleged weakness in the face of terrorism." WaPo

NO SURPRISE HERE ... MATT GAETZ UPDATE: "Trump angered by House ally's push to limit his authority on Iran," by WaPo's Josh Dawsey

DCCC_000020

BEHIND THE SCENES: "Swiss Back Channel Helped Defuse U.S.-Iran Crisis," by WSJ's Drew Hinshaw, Joe Parkinson and Benoit Faucon in Bern, Switzerland: "Hours after a U.S. strike killed Iranian Maj. Gen. Qassem Soleimani, the Trump administration sent an urgent back channel message to Tehran: Don't escalate. The encrypted fax was sent via the Swiss Embassy in Iran, one of the few means of direct, confidential communication between the two sides, U.S. officials said.

"In the days that followed, the White House and Iranian leaders exchanged further messages, which officials in both countries described as far more measured than the fiery rhetoric traded publicly by politicians. A week later, and after a retaliatory Iranian missile attack on two military bases hosting American troops that inflicted no casualties, Washington and Tehran seemed to be stepping back from the brink of open hostilities—for now.

"'We don't communicate with the Iranians that much, but when we do the Swiss have played a critical role to convey messages and avoid miscalculation,' a senior U.S. official said." WSJ

THERE'S MORE -- "U.S. Unsuccessfully Tried Killing a Second Iranian Military Official," NYT's Eric Schmitt, Edward Wong and Julian E. Barnes: "The American military unsuccessfully tried to kill a senior Iranian military official in Yemen on the same day a drone strike killed Maj. Gen. Qassim Suleimani, Iran's most powerful commander, according to American officials.

"The disclosure of a second mission indicated that the Trump administration had plans for a broader campaign than was previously known, intended to cripple Iran's ability to carry out proxy wars in other countries. After Iran's retaliatory missile strikes on Iraqi bases that host American troops, both Washington and Tehran appear to have stepped back from escalating the conflict further, at least for now.

"The unsuccessful airstrike in Yemen was aimed at Abdul Reza Shahlai, an official with Iran's Quds Force, a potent military organization that General Suleimani had led. Mr. Shahlai was known as a main organizer of financing for Shiite militias in the region. President Trump approved the strike against Mr. Shahlai in the same period that he authorized the strike against General Suleimani on Jan. 3, although it was unclear if the American attack in Yemen occurred at precisely the same time." NYT

TRAVEL BAN UPDATE: "White House considering dramatic expansion of travel ban," by AP's Jonathan LeMire, Lisa Mascaro and Jill Colvin: "The White House is considering dramatically expanding its much-litigated travel ban to additional countries amid a renewed election-year focus on immigration by President Donald Trump, according to six people familiar with the deliberations.

"A document outlining the plans — timed to coincide with the third anniversary of Trump's January 2017 executive order — has been circulating the White House. But the countries that would be affected if it moves forward are blacked out, according to two of the people, who spoke to The Associated Press on condition of anonymity because the measure has yet to be finalized.

"It's unclear exactly how many countries would be included in the expansion if it proceeds, but two of the people said that seven countries — a majority of them Muslim — would be added to the list. The most recent iteration of the ban includes restrictions on five majority-Muslim nations: Iran, Libya, Somalia, Syria and Yemen, as well as Venezuela and North Korea." AP

A message from Energy for Progress:

$CO_2$ emissions are at the lowest levels in a generation. Net oil imports are at 50-year lows. This is the kind of progress can we achieve when we work together. Learn more EnergyforProgress.org

Good Saturday morning. SPOTTED: Newly minted New Jersey Republican Rep. Jeff Van Drew at Prime Rib last night. Pic

WSJ: "Washington, Beijing Agree to New Dialogue to Pursue Reforms, Address Disputes," by Bob Davis and Alex Leary: "The U.S. and China have agreed to semiannual talks to push for reform in both nations and resolve disputes, reviving a format from previous administrations that Trump trade officials had once derided."

THE LATEST ON NORTH KOREA -- "North Korea says US 'deceived' Pyongyang on nuclear talks after Trump sends Kim birthday letter," by CNN's Joshua Berlinger: A top adviser to North Korean leader Kim Jong Un said that Pyongyang will not engage in the type of talks seen last year, when Kim met with US President Donald Trump in Hanoi, despite the rapport the two leaders have developed.

"In a statement published in English by North Korean state media, Kim Kye Gwan said Pyongyang believed it has been "deceived by the US" and said the US has wasted the last eighteen months, in which little progress has been made on denuclearization. 'We have been deceived by the US, being caught in the dialogue with it for over one year and a half, and that was the lost time for us,' the adviser said." CNN

BY THE NUMBERS -- "Stephanie Grisham: Trump's Press Secretary Who Doesn't Meet the Press," by NYT's Michael Grynbaum and Katie Rogers: "In six months as press secretary, Ms. Grisham has held zero briefings for reporters. When she does give interviews, she prefers to leave the West Wing via a side exit and is driven to a studio, rather than walk toward the cameras outside the White House and risk encountering a journalist along the way.

"Outside of appearances on Fox News, the One America News Network and the Sinclair Broadcast Group, she rarely goes on TV. Throughout her time in the job, Mr. Trump has wondered why she does not appear on television more often, according to two people familiar with his thinking." NYT

2020 WATCH ...

-- STATE OF PLAY: "Sanders and Biden Look for Dominance in Early States," by NYT's Alex Burns and Jonathan Martin: "Senator Bernie Sanders of Vermont and former Vice President Joseph R. Biden Jr., two front-runners in the Democratic presidential race, are mounting a late push to gain a decisive advantage in the early primary and caucus states, aiming to avert a monthslong delegate battle against two insurgent rivals — and each other.

"Mr. Sanders and Mr. Biden appear nearly deadlocked in the early states with Senator Elizabeth Warren of Massachusetts and former Mayor Pete Buttigieg of South Bend, Ind. Mr. Sanders held a slim lead in Iowa in a poll published Friday by The Des Moines Register and CNN, while recent polls in New Hampshire have found the leading candidates closely bunched. Mr. Biden has held a more consistent advantage in Nevada and South Carolina, the other states to vote in February.

"In a sign of how extraordinarily fluid the race remains less than a month before voting, all four of the top candidates are in a position to win both Iowa and New Hampshire, an outcome that could transform the race for any of them.

"Mr. Biden, the leading candidate in national polls, is especially determined to deny his challengers a chance to seize sudden momentum in the first few primary and caucus states. Hopeful of an early victory, Mr. Biden quietly dispatched his deputy campaign manager, Pete Kavanaugh, to move to Des Moines late last year to oversee his Iowa campaign. And in recent weeks Mr. Biden has made Iowa the most urgent priority on his travel schedule." NYT

DCCC_000022

-- ABOUT THAT BERNIE/WARREN SUPPORT: "Endangered Democrats sound the alarm on Bernie and Warren," by Ally Mutnick and Sarah Ferris: "A slate of endangered House Democrats is coalescing behind Joe Biden for president as the Iowa caucuses approach — a surge of support triggered by fears that Bernie Sanders or Elizabeth Warren at the top of the ticket would cost them their seats.

"More than a dozen swing-seat freshmen have taken part in at least one private call session with Biden, Amy Klobuchar or Pete Buttigieg in recent weeks. A handful have already gravitated toward the former vice president, and more are expected to follow before Democrats start voting on Feb. 3, according to interviews with 15 lawmakers, aides and campaign strategists.

"Others are still hearing out Klobuchar — who held her own call with a dozen members on Monday night — and Buttigieg. Both candidates are pitching themselves as middle-of-the-road Democrats who can stem the leftward surge of the party. 'I'm looking at all the moderates in the race,' said Rep. Anthony Brindisi (D-N.Y.), who holds a GOP-leaning district in upstate New York. 'If we're going to campaign on issues like Medicare for All and free college for everybody, we're not going to have a winning message in 2020.'" POLITICO

-- "Bloomberg and Steyer's spending binges start to pay off," by Christopher Cadelago, Maggie Severns, and Maya King

-- NYT'S JEREMY PETERS: "Why Pete Buttigieg Has Made Religion Central to His Campaign"

TRUMP'S SATURDAY -- The president has nothing on his public schedule.

CLICKER: Instyle magazine is featuring Speaker NANCY PELOSI as part of its "The Badass 50 2020" women. The list

GET SMARTER ABOUT THE WORLD IN 2020: POLITICO's man about town Ryan Heath will leverage the world's deepest politics and policy focused newsroom in "Global Translations," a weekly newsletter that unpacks essential global news, trends, and decisions. You're not going to want to miss out on this fun and enlightened read that connects you to the world with truly global perspectives. SUBSCRIBE TODAY.

PLAYBOOK READS
Jane Fonda and Martin Sheen
PHOTO DU JOUR: Actress and activist Jane Fonda talks with actor Martin Sheen during her last "Fire Drill Fridays" protest on climate change on Friday in Washington. | Jacquelyn Martin/AP Photo

BOEING BACK ON THE DEFENSIVE -- "Congress seethes over Boeing emails," by Brianna Gurciullo and Tanya Snyder: "Communications among Boeing employees involved with the 737 MAX, made public Thursday, have pushed the company's reputation on Capitol Hill to a new low, sparking bipartisan anger and bringing Congress closer to reining in what some say has been lax federal oversight of plane manufacturers.

"The emails and messages — which depict unnamed Boeing employees bragging about duping airlines, criticizing the MAX's design as done by 'clowns' and raising concerns about cost-cutting and schedule pressures — immediately prompted sharp bipartisan rebukes.

Sen. Ted Cruz (R-Texas), who chairs the aviation subcommittee of the Senate Commerce Committee, called the documents 'deeply disturbing.'

"'Boeing needs to explain to Congress why after multiple hearings and briefings the company continues to withhold correspondence critical to understanding what happened,' he added. 'I'm angry — and every member of the flying public should be too.'" POLITICO

DCCC_000023

VALLEY WATCH -- "Tech's newest leaders shrug off D.C.," by Nancy Scola, Cristiano Lima, and Cristiano Lima in Las Vegas: "Washington is one American power center. Silicon Valley is another. But if any national policymakers entertained the idea that most of the tech industry lives in constant dread of D.C. — with voters complaining about privacy and CEOs forced to testify before Congress — they would have gotten a wake-up call at this year's CES. ...

"Of the national policy debate, 'there's still a feeling that it's kinda far away,' said Zach Graves, the head of policy at the right-of-center tech advocacy group Lincoln Network, calling Washington too slow-moving and too ignorant of how tech works to merit much concern. 'There's still a little bit of the attitude of 'Build it, disrupt, and deal with the regulation later.''

"The conference did feature CES' first-ever discussion of breaking up the big tech companies — an idea getting a lot of debate, thanks to politicians like Elizabeth Warren, that once would have seemed unthinkable. But that proposal lacked any real champions. 'It would have been even more lively if a 'break 'em up' advocate was also on the panel,' said Information Technology and Innovation Foundation President Robert Atkinson, who spoke at Thursday's session on the topic and argued against breakups." POLITICO

MEDIAWATCH -- WSJ: "Trump Allies Explore Buyout of Conservative Channel Seeking to Compete With Fox News," by Juliet Chung, Corrie Driebusch and Rebecca Ballhaus: "Allies of President Trump are pursuing an effort to acquire right-leaning news channel One America News Network, according to people familiar with the matter, in a bid to shake up a conservative media market that has been dominated by Fox News.

"The investment firm Hicks Equity Partners is looking to acquire the channel and is pitching other wealthy GOP donors to arrange a bid of roughly $250 million for the channel's parent company, the people said. The firm is owned by the family of Thomas Hicks Jr., co-chairman of the Republican National Committee and a close friend of Donald Trump Jr.

"The efforts come as Mr. Trump has repeatedly rebuked Fox News for being too critical — despite its opinion-show hosts' general support of his administration — and has praised One America News Network. The channel's opinion programming is known among its cable-news peers for its praise of Donald Trump and its advocacy for conservative causes."

IN MEMORIAM -- "Harold Burson, a Giant in Public Relations, Dies at 98," by NYT's Robert D. McFadden: "Like many young veterans, Harold Burson came home from World War II full of ambitious dreams. He was 25, had worked in public relations before the war and decided to try it again in New York. It was 1946, and there were 540 local phone listings for 'public relations' and 'publicity' — a scrimmage of press agents who took reporters to lunch, hoping to plant items for clients.

"Who knows what happened to them all? But over the next five decades, Mr. Burson became one of the nation's most celebrated P.R. men, a founder of the giant Burson-Marsteller agency who broke ground not only by enhancing corporate images but also by helping clients soften the blows of potentially ruinous crises. These included a Tylenol-tampering case that panicked Americans in 1982, and the 1984 toxic gas leak that killed thousands in Bhopal, India, considered the world's worst industrial disaster.

"Mr. Burson, who was hailed by the industry publication PRWeek in 1999 as the most influential P.R. person of the 20th century, and whose standards gave a luster of respectability to a business often seen as a confraternity of spin doctors, died on Friday in Memphis, the city of his birth, where he had resided for the last six months. He was 98." NYT

CLICKER -- "The nation's cartoonists on the week in politics," edited by Matt Wuerker -- 17 keepers

A message from Energy for Progress:

DCCC_000024

Advertisement Image

Let's work together toward a future powered by cleaner American energy. EnergyforProgress.org

GREAT WEEKEND READS, curated by Daniel Lippman (@dlippman):

-- "A World Without Pain," by The New Yorker's Ariel Levy: "Does hurting make us human?" New Yorker

-- "'I Believe in Love': Elizabeth Wurtzel's Final Year, In Her Own Words" -- Medium: "The difficult final year of a much-loved and legendarily difficult woman." Medium

-- "The Gene Drive Dilemma: We Can Alter Entire Species, but Should We?" by Jennifer Kahn in the NYT Magazine: "A new genetic engineering technology could help eliminate malaria and stave off extinctions — if humanity decides to unleash it." NYT

-- "100 Women vs. Harvey Weinstein," by NY Mag's Irin Carmon in The Cut: "The disgraced movie mogul finally faces his day in court. But as his accusers know best, there might not be a Hollywood ending." The Cut (h/t Longform.org)

-- "Logging is corrupting these islands. One village fights back — and wins," by John Beck in the Solomon Islands in NatGeo: "The Solomon Islands is being stripped bare by foreign logging companies, in some cases acting illegally. A community takes action to preserve its future." NatGeo

-- "The Historian as Moralist," by Yuval Levin in National Review: "The fate of liberal societies must sometimes rest on the work of cohesive, confident, but small and insular communities of thinkers and writers." National Review (h/t TheBrowser.com)

-- "Can the Internet Survive Climate Change?" by Kevin Lozano in TNR: "How a warming world is sparking calls for a greener web." NatGeo

-- "The Deadliest Marksman's Cold, Brave Stand," by Michael Stahl in Narratively -- per TheBrowser.com's description: "Portrait of 'the finest killer in military history', a Finnish sniper called Simo Häyhä who reportedly killed more than 500 Russian soldiers during the 105-day Winter War of 1939-1940 — an average of five per day, with a reported single-day high of 25 dead. Häyhä was farm boy who learned by shooting animals; he survived the Winter War despite having his face shot off by an exploding bullet and being left for dead in the final week of fighting. He lived to be 96, dying of natural causes in a veteran's facility." Narratively

-- "The Fall of Donald Trump's Fixers," by Joe Palazzolo and Michael Rothfeld in the WSJ in an adaptation of "The Fixers: The Bottom-Feeders, Crooked Lawyers, Gossipmongers, and Porn Stars Who Created the 45th President": "On June 27, 2016, after Mr. Trump learned that [Karen] McDougal was shopping around her story of an alleged affair with him, he phoned [David] Pecker. Can you make this go away? Mr. Trump asked. Mr. Pecker bought the story for $150,000, under a contract designed to appear as a content pact guaranteeing the model two magazine covers." WSJ ... $28 on Amazon

-- "Haiti Is in the Eye of the Storm," by Amy Wilentz in The Nation: "Despite the current respite from months of protests and government violence, the country's rampant corruption threatens to unleash chaos once more." The Nation

-- "How Running Ruined My Relationship, Killed My Faith … and Saved My Life," by Allison Stockman in Narratively in April 2018: "My high school boyfriend and I made a bet: he'd learn about my religion, Mormonism, if I took up his religion, running. Neither of us was ready for what came next." Narratively

DCCC_000025

-- "History of Mel Brooks: Both Parts," by Jesse Tisch in the Jewish Review of Books' winter issue, reviewing "Funny Man: Mel Brooks," by Patrick McGilligan -- per ALDaily.com's description: "For Mel Brooks, excess was always the point. His comedy has a manic vitality. In private, however, he's deadpan, sullen, without personality." JRB ... $27.52 on Amazon

#RULEWITHUS AT DAVOS - POLITICO's Women Rule is partnering with the Female Quotient at the FQ Equality Lounge at the World Economic Forum in Davos from Jan. 21-23. Women Rule editorial director Anna Palmer will moderate engaging and empowering panel discussions, and a live-stream link will be provided when the events kick off. Stay up to date with the Women Rule community in 2020 by signing up for the newsletter and tuning in to the podcast.

PLAYBOOKERS
Send tips to Eli Okun and Garrett Ross at politicoplaybook@politico.com.

SPOTTED: House Majority Whip Jim Clyburn (D-S.C.) and Rep. Jeff Duncan (R-S.C.) in the American Airlines Admirals Club at DCA on Friday afternoon. ... House Minority Whip Steve Scalise (R-La.) and Rep. Garret Graves (R-La.) en route to New Orleans from DCA on Friday. ... Rep. Tulsi Gabbard (D-Hawaii) shopping at the Capitol Hill Trader Joe's on Friday afternoon.

BIRTHDAYS: Rep. Mike Turner (R-Ohio) is 6-0 ... Travis Shank ... Alex Stone, director of the White House Management Office, is 3-0 (h/ts Brian Jack and Grace McCaffrey) ... Steven Law ... Ben Finkenbinder, director of executive comms and strategic programs at Salesforce, is 35 ... Rashida Jones, SVP of specials for MSNBC/NBC News ... ABC News' Caragh Fisher O'Connor ... C.R. Wooters, partner at FIO360 ... John Emerson (h/ts Teresa Vilmain) ... Alex Sarp ... Joe Lai is 39 ... Caroline Ingram ... Ashley Czin, senior director of policy and research at PhRMA ... Jonathan Kott ... Melissa Miller ... John Dao ... Richard Posner is 81 ... Lynn Blitzer ...

... Chris Beauregard, National Space Council policy adviser, is 3-0 (h/t Will Boyington) ... Ben Barrett of the Aspen Institute ... Gerald Rafshoon ... Alex White ... Colton Henson ... Mary Jacoby (h/t Tim Burger) ... Randy Borntrager ... Goldman Sachs' Cat Morris ... Blair Brandt ... William Nelligan ... Ron Phillips ... Anne Cronin ... Daria Grastara, head of political strategy at Realtime Media ... Jim Hightower ... John Sonsalla ... Chris Jusuf ... Rachel Rodgers ... Helen Gym ... Catherine Andrews ... Kevin Mooney ... John Milne ... Brooke Anderson

SUNDAY SHOWS, via Matt Mackowiak, filing from Austin:

-- ABC's "This Week": Speaker of the House Nancy Pelosi (D-Calif.) ... White House national security adviser Robert O'Brien. Panel: Former Gov. Chris Christie (R-N.J.), Rachael Bade, Molly Ball and Patrick Gaspard.

-- CBS' "Face the Nation": Secretary of Defense Mark Esper ... former Secretary of State John Kerry ... Rep. Adam Schiff (D-Calif.) ... Sen. Tim Kaine (D-Va.) ... Sen. Mike Lee (R-Utah).

-- CNN's "State of the Union": Secretary of Defense Mark Esper ... Sen. Mike Lee (R-Utah) ... Tom Steyer. Panel: Rep. Chrissy Houlahan (D-Pa.), former Sen. Rick Santorum (R-Pa.), Wajahat Ali and former Rep. Mia Love (R-Utah).

-- NBC's "Meet the Press": White House national security adviser Robert O'Brien ... Sen. Rand Paul (R-Ky.) ... Sen. Michael Bennet (D-Colo.). Panel: Yamiche Alcindor, David French, Steve Inskeep and Andrea Mitchell.

-- "Fox News Sunday": White House national security adviser Robert O'Brien ... Sen. Chris Coons (D-Del.) Panel: Jonah Goldberg, Donna Brazile, Gillian Turner and Juan Williams.

-- Fox News' "Sunday Morning Futures": Secretary of the Treasury Steven Mnuchin ... Steve Bannon ... House Minority Leader Kevin McCarthy (R-Calif.) ... Rep. Devin Nunes (R-Calif.) ... Sen. Rick Scott (R-Fla.).

-- Fox News' "MediaBuzz": Gayle Trotter ... Griff Jenkins ... Ray Suarez ... Buck Sexton ... Jeanne Zaino ... Kat Timpf.

-- CNN's "Inside Politics": Panel: Julie Pace, Vivian Salama, Jeff Zeleny and Karoun Demirjian.

-- CNN's "Fareed Zakaria GPS": Panel: Ghaith Abdul-Ahad, Mina Al-Oraibi and Seyed Mohammad Marandi ... Reuel Marc Gerecht and Trita Parsi ... Bernard-Henri Levy.

-- CNN's "Reliable Sources": James Fallows and John Kirby ... former Gov. Bill Weld (R-Mass.) ... Nicholas Kristof and Sheryl WuDunn ... Hadas Gold ... Sally Buzbee.

-- Univision's "Al Punto": Sen. Bob Menendez (D-N.J.) ... Otto Reich ... Pitbull ... Puerto Rico resident commissioner Jenniffer González Colón ... interim Venezuelan president Juan Guaidó ... Jamie Foxx.

-- C-SPAN: "The Communicators": Huawei Technologies USA chief security officer Andy Purdy, questioned by POLITICO's John Hendel ... "Newsmakers": DCCC Chair Cheri Bustos (D-Ill.), questioned by National Journal's Josh Kraushaar and The Wall Street Journal's Natalie Andrews ... "Q&A": Senate historian emeritus Donald Ritchie.

-- MSNBC's "Kasie DC": Sen. Jeff Merkley (D-Ore.) ... Rep. Chrissy Houlahan (D-Pa.) ... Rep. Anthony Brown (D-M.D.) ... Senate candidate Ross LaJeunesse (D-Maine) ... Ken Dilanian ... Ashley Parker ... Jake Sherman ... Betsy Woodruff Swan ... Sheryl Gay Stolberg ... Antonia Ferrier ... Matt Gorman.

-- Gray TV's "Full Court Press with Greta Van Susteren": Sen. Rick Scott (R-Fla.) ... Sen. Angus King (I-Maine).

-- Sinclair's "America This Week with Eric Bolling": White House press secretary Stephanie Grisham ... Alan Dershowitz ... Tony Shaffer ... Amber Phillips.

-- Washington Times' "Mack on Politics" weekly politics podcast with Matt Mackowiak (download on iTunes, Google Play, Spotify or Stitcher or listen at MackOnPoliticsPodcast.com: U.S. Sen. Mike Braun (R-Ind.).

**Politico: What does Trump want in his impeachment trial?**
https://www.politico.com/newsletters/huddle/2020/01/13/what-does-trump-want-in-his-impeachment-trial-488055
Posted 1/13/20
BY MELANIE ZANONA

Three weeks ago, President Donald Trump wanted a full, robust Senate impeachment trial — a chance to clear his name of the charges against him, and an opportunity to call witnesses from Adam Schiff to Hunter Biden. But by Sunday afternoon, Trump had changed his tune — now favoring an outright dismissal of the case, after lamenting the "stigma" of impeachment.

A dismissal, of course, is unlikely. But Trump's shifting positions put Mitch McConnell and the Senate GOP in a tough spot ahead of the trial's likely start date later this week. "Many believe that by the Senate giving credence to a trial based on the no evidence, no crime, read the transcripts, 'no pressure' Impeachment Hoax, rather than an outright dismissal, it gives the partisan Democrat Witch Hunt credibility that it otherwise does not

have," the president wrote on Twitter. Just 27 minutes earlier, though, Trump tweeted that he wanted to call Speaker Nancy Pelosi and Adam Schiff as witnesses.

Perhaps Pelosi got in Trump's head. On ABC's "This Week," Pelosi repeatedly declared that Trump will "forever" be an impeached president. "This president is impeached for life, regardless of any gamesmanship on the part of Mitch McConnell." She added: "There's nothing the Senate can do that can ever erase that." Sarah has more on Pelosi's rare Sunday morning sit-down, which included the speaker's defense of her delay in sending the articles across the Capitol: https://politi.co/36RBY1A.

Related reads: "A pact with Trump on impeachment? McConnell's Kentucky backers demand it," by WaPo's Griff White: https://wapo.st/2TuczHt; and "Logjam Over Impeachment Trial Leaves Trump Prosecutors Little Time to Prepare," from NYT's Emily Cochrane: https://nyti.ms/35PYXsp.

A message from GMA today, tomorrow the Consumer Brands Association:

Coming tomorrow, a new kind of trade association. You don't want to miss what the Consumer Brands Association has in store.

THE SKED AHEAD -- Pelosi will meet with her caucus tomorrow morning to discuss the next steps on impeachment. The speaker is expected to put a resolution on the floor naming the House's impeachment managers as soon as later that day. That vote triggers the start of the trial at 1:00 p.m. the following day — be it Wednesday, Thursday, et cetera.

But before the trial really heats up, senators first need to iron out some logistical details. Chief Justice Roberts needs to be sworn in and deliver the oath to senators, who are expected to sign their names in an oath book. Then, the chamber has to debate and vote on a rules package to set the parameters for the trial. After that, both sides will likely be given a few days to submit trial briefs, followed by a chance to respond. So the real action — a.k.a. opening statements, written questions and a debate on witnesses — likely won't come until after Martin Luther King Jr. Day. (And for those wondering, Clinton's trial did take a break for MLK day.)

Related: "'Fail Not:' What to watch ahead of Trump's Senate trial," via the AP's Laura Kellman: http://bit.ly/3826IwM.

Senate Majority Leader Mitch McConnell
Senate Majority Leader Mitch McConnell of Ky., arrives on Capitol Hill in Washington, Thursday, Dec. 19, 2019. (AP Photo/Susan Walsh) | Susan Walsh/AP Photo

SCHUMER'S SQUEEZE -- Mitch McConnell may have taken round one in the fight over impeachment witnesses — but the battle is far from over. Senate Minority Leader Chuck Schumer is vowing to force a series of tough votes during the impeachment trial that could come back to haunt vulnerable Republicans in November. Democrats plan to push for first-hand witnesses and documents, and at least one GOP senator — Susan Collins of Maine — has signaled that she is open to the idea.

Democrats believe public support is on their side: Polling from Hart Research found that 63 percent of voters in Arizona, Colorado, Maine and North Carolina — all states where there are vulnerable GOP senators up for reelection — would react unfavorably if their senator voted against calling witnesses or subpoenaing documents during the Senate impeachment trial. And another poll from Morning Consult found 57 percent of voters believe the Senate should call additional witnesses. Burgess and Marianne with the story: https://politi.co/3a9eN4W.

Related: "Schumer, Eyeing Senate's Top Job, Navigates Tricky Impeachment Terrain," by NYT's Sheryl Gay Stolberg: https://nyti.ms/2R5AgTi.

DCCC_000028

HAPPY MONDAY! Welcome to Huddle, the play-by-play guide to all things Capitol Hill, on this January 13. If your favorite design aesthetic is "congressional office" vibes, don't worry, this nearly $1 million home for sale on Capitol Hill has got you covered (and carpeted ... very carpeted.)

FRIDAY'S MOST CLICKED: Roll Call's report on Republicans opposing Iran language they once supported was the big winner.

GET SMARTER ABOUT THE WORLD IN 2020: POLITICO's man about town Ryan Heath will leverage the world's deepest politics and policy focused newsroom in "Global Translations," a weekly newsletter that unpacks essential global news, trends, and decisions. You're not going to want to miss out on this fun and enlightened read that connects you to the world with truly global perspectives. SUBSCRIBE TODAY.

GO WITH THE JOE -- Vulnerable House Democrats are rallying behind Joe Biden in the 2020 primary race, looking to head off a liberal nominee they fear would cost them reelection, report Ally Mutnick and Sarah. More than a dozen swing-seat freshmen have taken part in at least one private call session with Biden, Amy Klobuchar or Pete Buttigieg in recent weeks, but a handful have already gravitated toward the former vice president — and more are expected to follow ahead of the Iowa caucuses.

The surge in support for Biden comes amid growing fears that Bernie Sanders or Elizabeth Warren at the top of the ticket would cost them their seats. And a number of centrist Democrats have even studied internal polling showing Biden outperforming other Democratic contenders in head-to-heads with Trump in their respective districts. "The wrong person at the top of the ticket — and I'm not saying who that is — there would be down-ballot carnage all across the country, and I think that people are starting to recognize it," said Rep. Cedric Richmond (D-La.), a national co-chair of the Biden campaign. The dispatch: https://politi.co/3a1HKzr.

Related: "McCarthy says Pelosi holding articles of impeachment to hurt Sanders' Iowa chances," via Andrew O'Reilly of Fox News: https://fxn.ws/30eF64S; and "House Democrats who endorsed in 2020 primary signal they will unify behind eventual nominee," per WaPo's Jacqueline Alemany and Sean Sullivan: https://wapo.st/3a9hxzg.

TOP OP-ED -- Reps. Elaine Luria (Va.) and Max Rose (N.Y.) — a pair of ex-military, moderate Democrats — are defending their vote against limiting Trump's war powers in an op-ed for NYT. Here's what they said: "We voted against the War Powers Resolution that the House passed this week because it merely restated existing law. It addressed a de-escalated conflict with a symbolic vote that did more to distract than to fix the real challenges we face.

"If Congress wants to assert its power to declare war, we must take on the hard task of publicly debating a new Authorization for Use of Military Force, the A.U.M.F., as it's commonly called, as well as congressional appropriations for military operations. ... The War Powers Resolution passed by the House this week sends the wrong message to the American people and the world that our nation is heading toward or is currently engaged in war with Iran. Neither are true." More: https://nyti.ms/3aa8iij.

Related: "Democrats scramble to rein in Trump's Iran war powers," by The Hill's Jordain Carney: http://bit.ly/2tgmWDI.

Advertisement Image
WITH ALL DUE RESPECT -- Liberal Rep. Alexandria Ocasio-Cortez (D-N.Y.) is defending her decision to not pay dues to the House Democrats' campaign arm, pointing out that she fundraises for other Democrats and slamming the DCCC for refusing to work with any vendors who help candidates who are challenging incumbents. "DCCC made clear that they will blacklist any org that helps progressive candidates like me," AOC wrote on Twitter. "I can choose not to fund that kind of exclusion."

AOC — who toppled a veteran Democrat in a 2018 primary — is now launching her own PAC to boost progressive candidates in primary races. "The rumors are true. Today we're announcing the Courage to Change PAC - and we need your help," she tweeted ove the weekend. "We are pushing the envelope in DC by rewarding those who reject lobbyist money, fight for working families,& welcome newcomers." More from USA TODAY's Jeanine Santucci: http://bit.ly/2FIg196.

Watch: Newsmakers with DCCC Chairwoman Cheri Bustos, via C-SPAN: https://cs.pn/2tVC7SK.

MAKING CONGRESS MOVES? -- Rapper Cardi B says she wants to be a politician — and even teased that she might run for Congress one day. "I think I want to be a politician.I really love government even tho I don't agree with Goverment," she tweeted. "I do feel like if I go back to school and focus up I can be part of Congress.I deadass have sooo much ideas that make sense.I just need a couple of years of school and I can shake the table."

KEEPING UP WITH THE KANSANS -- If Mike Pompeo had decided to jump into the Kansas Senate race, he likely would have cleared the field. But now that Pompeo has decided to pass on a Senate bid, the state is poised for a long and bitter GOP primary, according to McClatchy. "[N]ational Republicans aren't in a rush to anoint [Rep. Roger Marshall] or any other candidate. None of the three other major contenders have been able persuade GOP leaders that they can close the gap with former Kansas Secretary of State Kris Kobach, the party's failed 2018 nominee for governor who leads the primary field in the party's internal polls," write Bryan Lowry and Jonathan Shorman. The story: http://bit.ly/2NpmpGG.

Related: "Money flows to Kansas Senate campaign with Pompeo out of the race," by Roll Call's Stephanie Akin: http://bit.ly/35KNBG1.

PUPDATE -- Our long national nightmare is over: AOC has finally named her French Bulldog puppy. She decided to name the pooch "Deco", as in "Art Deco" — a nod to her favorite design style and one that is popular in NYC architecture. And per our friends at Playbook, AOC, Deco and her boyfriend were all spotted having brunch at Dacha Navy Yard. Pic

#RULEWITHUS AT DAVOS - POLITICO's Women Rule is partnering with the Female Quotient at the FQ Equality Lounge at the World Economic Forum in Davos from Jan. 21-23. Women Rule editorial director Anna Palmer will moderate engaging and empowering panel discussions, and a live-stream link will be provided when the events kick off. Stay up to date with the Women Rule community in 2020 by signing up for the newsletter and tuning in to the podcast.

TRANSITIONS
Bridgett Frey will be a director of client services at Bully Pulpit Interactive. She previously was comms director for Sen. Chris Van Hollen (D-Md.).

Emily Bishop will be a senior associate for digital at FP1 Strategies. She previously was a press assistant for Sen. James Lankford (R-Okla.).

Hunt VanderToll is now legislative director for Rep. Andy Barr (R-Ky.). He previously served as Rep. Barr's military legislative assistant and before that was legislative correspondent for Senate Majority Leader Mitch McConnell.

TODAY IN CONGRESS
The House gavels in at noon, with votes postponed until 6:30 p.m. Today's agenda: http://bit.ly/2RcNmhI.

DCCC_000030

The Senate meets at 3 p.m. to resume consideration of the nomination of Peter Gaynor to be administrator of the Federal Emergency Management Agency. At 5:30 p.m., the Senate will vote on the motion to invoke cloture on the Gaynor nomination.

AROUND THE HILL
Fly-in day.

TRIVIA
FRIDAY'S WINNER: Matt Hudgins was the first person to correctly guess that if John Hickenlooper is elected to the Senate, he and his senior colleague from Colorado will have both graduated from the same undergraduate institution: Wesleyan University.

TODAY'S QUESTION: From Matt: Which Bernie Sanders supporter and drummer of a popular jamband from Vermont also serves as Board of Selectman of a town in Maine? First person to correctly guess gets a mention in the next edition of Huddle. Send your best guess my way: mzanona@politico.com.

## Politico: Rose raises $1.2M in fourth quarter
https://www.politico.com/states/new-york/albany/story/2020/01/12/rose-raises-12m-in-fourth-quarter-1250442
Posted 1/13/20
BY ALLY MUTNICK

Rep. Max Rose (D-N.Y.) raised more than $1.2 million in the fourth quarter of 2019 and is entering the election year with a massive stockpile of cash.

The freshman Democrat will report beginning 2020 with over $2.5 million in cash-on-hand for his first reelection in a Staten Island-based swing-seat.

Rose, a top Republican target in 2020, holds a district President Donald Trump carried in 2016 by a nearly double-digit margin. Yet he started January with over three times more cash-on-hand than his likely GOP challenger, state Assemblywoman Nicole Malliotakis.

Malliotakis raised just $306,000 last quarter and will report $723,000 in cash-on-hand, her campaign announced last week. She was the GOP's 2017 nominee for mayor and is a highly touted congressional recruit with endorsements from top Republicans, including House Minority Leader Kevin McCarthy.

The financial disparity underscores one of House Republicans' biggest obstacles to reclaiming the majority: Democrats have continued to raise staggering sums for the off-year of a presidential cycle.

The Democratic Congressional Committee Campaign has made strong fundraising a key piece of its strategy to defend the chamber. DCCC Chairwoman Cheri Bustos (Ill.) touted the party's success at a briefing last week, announcing that 75 percent of members in the committee's Frontline program for vulnerable incumbents had raised $500,000 or more last quarter.

"You're going to see this when all the reporting comes in," Bustos told reporters, "But many have more than $1 million cash-on-hand as we close out 2019."

Rose had the second highest quarter of all members in the Frontline program after Rep. Elissa Slotkin (D-Mich.), who raised $1.27 million.

In total, Rose, who ousted then-GOP Rep. Dan Donovan by 6 points last cycle, raised more than $3.4 million in 2019. He does not take money from corporate PACs or federal lobbyists.

DCCC_000031

The fourth-quarter reports, which are due to the Federal Election Commission on Jan. 31, will provide a look at which Republican challengers have the funds to mount serious challenges to Democratic incumbents, as well as an indication of the full financial impact of impeachment.

Republican insist the vote last year to impeach Trump has spurred their small-dollar donors to action, but it likely gave Democrats a sizable boost as well.

The $1.2 million sum is Rose's strongest quarter of the off-year. Similarly, Reps. Xochitl Torres Small (D-N.M.), Joe Cunningham (D-S.C.) and Ben McAdams (D-Utah) all had their best quarters over the final three months of 2019. Each raked in $900,000.

## The Hill: Ocasio-Cortez defends decision not to pay dues to House Democratic campaign arm

https://thehill.com/homenews/campaign/477705-ocasio-cortez-defends-decision-not-to-pay-dccc-dues
Posted 1/10/20
BY MAX GREENWOOD

Rep. Alexandria Ocasio-Cortez (D-N.Y.) on Friday defended her decision not to pay dues to the Democratic Congressional Campaign Committee (DCCC), saying she would instead seek to funnel money directly to Democrats in tough races.

Asked by The Hill if she intended to pay dues to the House Democratic campaign arm this cycle, Ocasio-Cortez replied, "I don't think so."

Ocasio-Cortez, whose unexpected win in a 2018 primary against longtime incumbent Rep. Joseph Crowley (D-N.Y.) propelled her to political stardom in progressive circles, has emerged as one of the Democratic Party's most prolific fundraisers in the House.

In the third quarter of 2019, she raised more money than any other House Democrat, including Speaker Nancy Pelosi (D-Calif.). Her most recent federal filing shows that she raked in more than $1.4 million between July 1 and Sept. 30.

Ocasio-Cortez has spoken critically of the DCCC in the past, particularly after it began sidelining vendors who work with candidates seeking to challenge incumbent Democrats in primaries.

She said that instead of paying the DCCC dues — about $250,000 for the 2019-2020 election cycle — she would seek to give directly to Democratic candidates.

"We are trying to raise the equivalent of my dues directly to other members," Ocasio-Cortez told The Hill. She said the money she has raised has so far gone to backing House Democrats, as well as nonincumbent candidates.

A spokesperson for the DCCC did not immediately respond to a request for comment.

Fox News reported Friday that Ocasio-Cortez's plan to withhold dues had rankled some congressional Democrats who worried the move could hurt the party's efforts to keep control of the House.

"Sometimes the question comes: 'Do you want to be in a majority or do you want to be in the minority?' " Rep. Gregory Meeks (D-N.Y.) told Fox News. "And do you want to be part of a team?"

Rep. Henry Cuellar (D-Texas), who is facing a primary challenge from a progressive Democrat backed by Ocasio-Cortez, expressed frustration over what he described as efforts to "purify" the Democratic Caucus by ousting members who aren't part of the party's progressive wing.

"To have people try to purify the caucus because they don't agree with them — 100 percent, I certainly don't agree with that," he told Fox News. "Hopefully, we will start to get away from this circular firing squad."

Despite Ocasio-Cortez's decision to not pay dues, the DCCC isn't hurting for money. Rep. Cheri Bustos (D-Ill.), chairwoman of the DCCC, announced Thursday that the group had raised $14.4 million in December, its best fundraising month in 2019.

Ocasio-Cortez told Fox News that she still backed some of her colleagues in their reelection bids, but noted that she was also willing to break with certain members of her party.

"I'm happy to support some incumbents, but it's not just a blanket rule," she said.

## Fox News: AOC riles Dems by refusing to pay party dues, bankrolling colleagues' opponents

https://www.foxnews.com/politics/aoc-riles-dems-by-refusing-to-pay-party-dues-bankrolling-her-colleagues-opponents
Posted 1/11/20
BY MARISS SCHULTZ
Rep. Alexandria Ocasio-Cortez has already topped the fundraising charts in her short time in Congress, but the liberal darling won't donate a cent of her millions to Democrats' House campaign organization -- a position that has rankled some of her colleagues, Fox News has learned.

Instead, Ocasio-Cortez is building her own fundraising operation for fellow progressive candidates to bypass the official Democratic Party infrastructure. Already, she's actively funding primary challengers to oust certain Democratic colleagues.

corbintrent
@corbintrent
Last quarter @aoc raised more than any Dem in the House. No call time, no wine caves. Average donation of $15.

She and @BernieSanders are proving that grassroots donors can beat corporate money, lobbyists and special interests. Help make waves --> https://secure.actblue.com/donate/aoc-goal-social-20191231?refcode=tw20191231 ...

"Sometimes the question comes: 'Do you want to be in a majority or do you want to be in the minority?'" Rep. Gregory Meeks, D-N.Y., told Fox News, when asked about AOC's stance. "And do you want to be part of a team?"

Democratic Congressional Campaign Committee (DCCC) Chairwoman Cheri Bustos downplayed Ocasio-Cortez's decision to shun dues and pointed to the record-breaking fundraising numbers the committee has notched without her.

"That's always up to individual members so I guess I don't think about it one way or another," Bustos said when asked about Ocasio-Cortez's stance. "We're raising record amounts of money from our members."

The DCCC declined to comment further on the matter of Ocasio-Cortez and her dues.

Another Democrat was less diplomatic: "Deadbeat Cortez should pay her bills," complained the Democratic source. "She's always whining about people paying their fair share and here she is leaving her friends with the bill."

Their gripe is that Ocasio-Cortez hasn't given any money to the DCCC, the party arm with the sole job of electing Democrats to the House. Records obtained by Fox News show the New York Democrat has failed to pay any of her $250,000 in "dues" to the DCCC.

Her goose egg of a contribution is no accident. Ocasio-Cortez says she has beef with the DCCC and she'll withhold her money in protest of how the Democratic Party won't back insurgent progressive primary candidates, like herself, in the name of protecting incumbents.

"For me personally, I'm not paying D-trip dues," said Ocasio-Cortez, using slang for the DCCC and citing a "myriad of reasons."

"One, I don't agree with the policy around blacklisting groups that help progressive candidates," she said, referring to a DCCC effort to sideline vendors who assist challengers to members of Congress. "I think we need to evolve as a party and make room for that."

'For me personally, I'm not paying D-trip dues.'

— Rep. Alexandria Ocasio-Cortez

Instead, Ocasio-Cortez is ramping up her donor base with the help of Sen. Bernie Sanders, I-Vt., whom she endorsed for president in October, to funnel money directly to progressive candidates.

Through social media posts and email solicitations, she's activated her donor network to support her hand-picked candidates. In 2019 alone, she funneled more than $300,000 to candidates she's endorsed by hosting online fundraising campaigns for them, according to records obtained by Fox News.

"I want to help frontline members by putting that money straight into their pocket," Ocasio-Cortez said.

Bucking the Democratic Party line, Ocasio-Cortez led online fundraisers for at least two progressives who are trying to defeat sitting Democratic members of Congress.

She solicited nearly $18,000 in donations for Marie Newman, who is taking on current Illinois Rep. Dan Lipinski, a conservative Democrat who opposes abortion. She also gave Newman an additional $5,000 directly from her campaign account. Ocasio-Cortez also raised nearly $35,000 in online donations for progressive challenger Jessica Cisneros, who is trying to defeat Rep. Henry Cuellar, D-Texas.

"Certainly, these are new times," Cuellar said of his colleague's effort to oust him,  "which is something that we certainly don't agree with."

Cuellar said Democrats should be focused on the larger goal of beating Republicans and retaining the House majority. "To have people try to purify the caucus because they don't agree with them – 100 percent, I certainly don't agree with that."

"Hopefully, we will start to get away from this circular firing squad," said Cuellar, who paid all his dues to the DCCC, records show.

Ocasio-Cortez views herself as a vehicle to help candidates who wouldn't ordinarily have access to DCCC resources and "to really bring in people from outside the traditional political process," she said.

But she does support some colleagues: "I'm happy to support some incumbents, but it's not just a blanket rule."

In one online appeal, Ocasio-Cortez urged her supporters to back "bold swing district Democrats" by donating to Rep. Mike Levin from California, Rep. Jahana Hayes of Connecticut, and Rep. Katie Hill (before she resigned from Congress amid a throuple sex scandal with a staffer).

AOC's supporters pitched in $38,000 for Levin and $35,500 Hayes -- both frontline DCCC members in competitive districts.

'Deadbeat Cortez should pay her bills.'

— Democratic source
Other beneficiaries of her online campaigns include Sanders (nearly $36,000) and fellow liberal squad members Reps. Rashida Tlaib (about $10,000), Ilhan Omar ($29,000) and Ayanna Pressley ($3,800).

Ocasio-Cortez gained nationwide fame when the former bartender from the Bronx upset powerful 10-term incumbent Rep. Joe Crowley, D-N.Y., in the 2018 primary. Now at just 30 years old, the Democratic socialist has turned into a fundraising juggernaut.

## REP. JOE CROWLEY DEFEATED IN DEMOCRATIC PRIMARY UPSET BY NEWCOMER ALEXANDRIA OCASIO-CORTEZ

In the third quarter of 2019, she raised $1.42 million -- more than any other House Democrat. She beat out top Democrats like Speaker Nancy Pelosi and Rep. Adam Schiff by rejecting corporate PAC dollars and traditional high-dollar fundraisers and instead relying on grassroots small-dollar fans who are rooting for the young pol and her unapologetic fight for progressive ideals, like the Green New Deal.

## AOC RAISES MORE THAN PELOSI, SCHIFF IN THIRD QUARTER

Her fourth-quarter fundraising is even bigger. Her campaign nearly hit its goal of raising $2 million in the final three months of 2019 from online donors from every state. That amount puts her 2019 fundraising at more than $5 million, a groundbreaking amount for the youngest female ever elected to Congress.

She's benefited from joint online fundraising campaigns with Sanders that's expanded her fundraising base and her commitments for reoccurring monthly contributions. His online appeals have raised more than $140,000 for Ocasio-Cortez, while she's raised about $36,000 for Sanders by appealing to her supporters, according to her campaign.

But with all that money comes certain expectations. Her decision not to spread the wealth around has some colleagues griping that she benefits from being in the House majority without giving back to the whole team.

Rep. Meeks suggested that not paying DCCC dues and actively trying to oust certain Democratic colleagues shows a lack of respect for the party and fellow reps who have to answer to constituents more conservative than her Bronx and Queens base.

AOC lashes out at Democrats' failure to impeach President TrumpVideo
"DCCC dues are about supporting others because you want to be part of the team," he said. "The goal is to be in the majority. And the goal is, when you are on a team I would think, to respect individuals whose districts are different than yours."

DCCC_000035

Meeks said he can't recall another time when sitting Democrats were actively trying to defeat other Democrats in Congress. Ocasio-Cortez is funding Cisneros in Texas and Newman in Illinois, who also has gotten financial backing from Rep. Ro Khanna of California.

"I would hope in the spirit of teamwork that we don't see any further incursions with other members," Meeks said. "I would hope at least it stops there."

Meeks also raised concerns about the Ocasio-Cortez alliance with Sanders: "His revolution is to not just to stop the Republicans, it's to blow up the Democratic Party."

Meeks said there's room in the party for AOC and her cohorts but appealed to them to invest in the movement. "Even if you want to change it, you've got to invest in it. That concerns me," he said.

Ocasio-Cortez isn't the only member who has yet to pay dues, but she's unique in that she's openly thumbing her nose at the DCCC out of principle. Last March, Ocasio-Cortez urged supporters to stop donating directly to the DCCC over its rule to "blacklist" vendors, calling it "extremely divisive and harmful to the party."

Alexandria Ocasio-Cortez



@AOC
The @DCCC's new rule to blacklist+boycott anyone who does business w/ primary challengers is extremely divisive & harmful to the party.

My recommendation, if you're a small-dollar donor: pause your donations to DCCC & give directly to swing candidates instead.

Some great ones:

Justice Democrats and other allied progressive groups have created an alternative vendor network to help out their liberal firebrand challengers – through the website dcccblacklist.com.

The DCCC assigned the 237 House Democrats (including four delegates) a certain amount of dues they must pay to help the party win elections in November. It's a routine practice for both Democrats and Republican House members. Amounts vary based on the level of leadership and committee assignments.

More high-profile members have to pony up more money to the DCCC, with Pelosi having the highest dues at $1 million. Newer members or less prolific fundraisers have the smallest goals of $150,000 for the two-year cycle.

The October final dues report shows that Pelosi already contributed $900,000 of her $1 million goal. Majority Leader Steny Hoyer paid $600,000 of his $900,000 dues and Rep. James Clyburn paid $350,000 of his $800,000. DCCC Chair Bustos already paid all of her $575,000 in dues.

Of the 237 members with dues, 97 of them -- or more than 40 percent -- hadn't paid anything as of October, records obtained by Fox News show. Party insiders say more members likely ponied up in the months since and they caution there's still plenty of time for other members to pay their 2020 dues. They expect nearly all the membership to contribute in the coming months, especially after some had to stockpile money for competitive primaries.

Former DCCC chairwoman Rep. Nita Lowey said, in her experience, most members pay their dues – "some more than others."

DCCC_000036

She said the DCCC is most effective when members work as a team.

"If you are a Democrat and you're here, you should be part of the effort," Lowey said from the Capitol. "But [Ocasio-Cortez] may not feel that way. Each to their own."

Asked if Ocasio-Cortez's refusal to pay up is a threat to the party, Lowey said, "if more people say they don't want to pay, of course."

But the DCCC touted raising an off-year record of $110 million through November of 2019, more than all of 2017.

And House Democrats outraised their GOP counterpart, the NRCC, every month through November by $33 million, according to the DCCC.

The purpose of the dues is to retain the House majority by helping support candidates in competitive races Democrats will need to win in November. The dues helped the DCCC back a diverse crop of 92 swing district candidates in 2018.

"The DCCC's primary purpose is to protect and expand this Democratic caucus which has made history for its diversity across racial, demographic, and socio-economic lines," said DCCC spokesperson Robyn Patterson.

While backing primary challengers while in Congress was once considered taboo, Ocasio-Cortez says the competition is good for the party.

"We have to earn our keep every time," Ocasio-Cortez said. "I think we have to make our case every single time."

## The Morning Call: U.S. Rep. Susan Wild in step with Democratic colleagues facing tough 2020 reelections

https://www.mcall.com/news/pennsylvania/capitol-ideas/mc-nws-pa-congress-7th-district-susan-wild-fundraising-20200110-ojcuo6s2lnf57cwvhk44bytxem-story.html
Posted 1/10/20
BY LAURA OLSON

Democratic U.S. Rep. Susan Wild raised more than $500,000 during the final three months of last year, her campaign told The Morning Call, her highest fundraising quarter so far as she heads into her first reelection campaign.

Wild's campaign said she had more than $1 million on hand at the end of December. Her campaign staffers released those top-line fundraising figures Friday, but the details of the exact contributions and spending won't be available until her full quarterly finance report is filed with the Federal Election Commission.

Last year, the most Wild had raised during any one fiscal quarter was $356,000, which she collected between July 1 and Sept. 30.

The new figures put Wild on pace with other House Democrats facing competitive reelection contests this year. The chairwoman of the Democratic Congressional Campaign Committee, Rep. Cheri Bustos of Illinois, told Politico this week 75% of the "frontliners" — the incumbents who the DCCC views as most vulnerable, a group that includes Wild — had raised at least $500,000 and that many had at least $1 million in the bank.

DCCC_000037

A former civil litigator who won election to Congress in 2018, Wild so far has drawn three Republican challengers seeking to unseat her in the 7th District, which spans Lehigh, Northampton and parts of southern Monroe counties.

They GOP candidates are former Lehigh County Commissioner Dean Browning; Lisa Scheller, another former Lehigh commissioner who heads a Schuylkill County manufacturing business; and former race car driver Matt Connolly.

None had filed their latest FEC report as of Friday afternoon. Those disclosure forms are not due until Jan. 31.

Browning had $221,000 on hand at the end of the last reporting period. Scheller and Connolly have not yet had to file a finance report.

In winning the 7th District race in 2018, Wild raised and spent $3.3 million, with outside groups spending a similar figure for and against the contenders vying in the open seat.

## USA Today: Alexandria Ocasio-Cortez defends decision not to pay House Democratic campaign 'dues'
https://www.usatoday.com/story/news/politics/2020/01/10/alexandria-ocasio-cortez-defends-her-decision-not-pay-dccc-dues/4435201002/
Posted 1/10/20
BY JEANIE SANTUCCI

Freshman Rep. Alexandria Ocasio-Cortez defended her decision not to donate money to the Democratic Congressional Campaign Committee in protest of a policy to "blacklist" organizations that back Democratic candidates running against incumbents.

"I give quite a bit to fellow Dems - we've fundraised over $300,000 for others (more than my 'dues'), w/ over 50% going to swing seats," Ocasio-Cortez tweeted on Friday.

"DCCC made clear that they will blacklist any org that helps progressive candidates like me," she said. "I can choose not to fund that kind of exclusion."

The New York congresswoman was reacting to an article by Fox News, which reported that some fellow House Democrats were upset with her decision not to pay the $250,000 dues. It also noted that there were 97 Democrats who hadn't paid as of records from October, but that more may have paid up before the end of the year.

The DCCC is the campaign arm of House Democrats. It made its policy official last year that it would not do business with vendors that work with Democratic caucus members' opponents. Ocasio-Cortez won her race in an upset over longtime incumbent former Democratic Rep. Joe Crowley in 2018.

How dues work: 'Extortion' or team effort? Lawmaker perspectives from 2016

The DCCC website says its mission is to "support Democratic House candidates every step of the way to fortify and expand our new Democratic Majority." The DCCC assigns fundraising amounts to congress members based on their levels of leadership and committee assignments, and money is used to boost Democratic members in contested races.

Lawmakers can meet these quotas by either fundraising for the DCC or donating from their own campaign, though meeting the quotas isn't mandatory.

DCCC_000038

"Sometimes the question comes: 'Do you want to be in a majority or do you want to be in the minority?'" Rep. Gregory Meeks, D-N.Y., said of Ocasio-Cortez, according to Fox News. "And do you want to be part of a team?"

Ocasio-Cortez says that she's not the only one who doesn't pay the dues. She said she wants to raise money for progressive candidates by "putting it straight into their pocket," according to Fox News. She raised more than any other House Democrat in the third quarter of 2019, according to reports.

"I'm happy to support some incumbents, but it's not just a blanket rule," she added.


Alexandria Ocasio-Cortez

@AOC
I give quite a bit to fellow Dems - we've fundraised over $300,000 for others (more than my "dues"), w/ over 50% going to swing seats.

DCCC made clear that they will blacklist any org that helps progressive candidates like me. I can choose not to fund that kind of exclusion. https://twitter.com/marisa_schultz/status/1215652173683531776 ...

Marisa Schultz
@marisa_schultz
SCOOP: @AOC withholding $250,000 in "dues" from the Democratic party in protest and building her own grassroots fundraising for progressives instead

AOC riles Dems by refusing to pay party dues, bankrolling colleagues' opponents
https://fxn.ws/39Q2bzg #FoxNews

"Expanding a House majority is critical, which is why I regularly (and happily) fundraise sizeable amounts for fellow members. I also believe that a Dem majority should be transformative, which is why I give strategically. Seems fair, no?" Ocasio-Cortez said.

This isn't the first time she's been critical of the DCCC. Last year, Ocasio-Cortez called on her supporters to "pause" donations to the DCCC in response to the policy.

"The @DCCC's new rule to blacklist+boycott anyone who does business w/ primary challengers is extremely divisive & harmful to the party," Ocasio-Cotez tweeted in March. "My recommendation, if you're a small-dollar donor: pause your donations to DCCC & give directly to swing candidates instead."

Massachusetts Rep. Ayanna Pressley, another freshman Democrat part of the progressive group of congresswomen of color dubbed "the Squad," also criticized the DCCC at the time.

"The fact that I challenged an incumbent meant a lot of folks were told not to come anywhere near my campaign. But I was lucky to build a dynamic, innovative team of staff & consultants who understood the challenges our campaign faced, and who were willing to take a risk," Pressley said.

The policy risked "undermining an entire universe of potential candidates and vendors - especially women and people of color - whose ideas, energy, and innovation need a place in our party," Pressley said.

AOC:'In any other country, Joe Biden and I would not be in the same party'

DCCC_000039

For its part, the DCCC has raised $125 million in 2019, surpassing its record for a non-election year, according to CNN. Its chairwoman, Cheri Bustos, told Fox News that paying the dues is "always up to individual members."

"We're raising record amounts of money from our members," Bustos said.

Ocasio-Cortez has criticized the Democratic Party as being "too big of a tent," and set herself apart ideologically from more moderate members, saying that they would not be part of the same political party were it not for the United States' two-party system.

She has endorsed Vermont Sen. Bernie Sanders, I-Vt., for president.

## The Washington Free Beacon: DCCC Chair Dodges Multiple Times on Whether Ocasio-Cortez Is Good For the Democratic Caucus
https://freebeacon.com/politics/dccc-chair-dodges-multiple-times-on-whether-ocasio-cortez-is-good-for-the-democrat-caucus/
Posted 1/12/20
BY ANDREW KUGLE

Democratic Congressional Campaign Committee chairwoman Cheri Bustos (D., Ill.) in a Sunday interview dodged multiple questions as to whether Rep. Alexandria Ocasio-Cortez (D., N.Y.) is good for the Democratic caucus.

Asked by CNN anchor Victor Blackwell if Ocasio-Cortez is "good for the Democratic caucus in the House," Bustos offered that "she has a lot of followers. I have respect for her. She brings a new voice to Congress." Pressed by Blackwell, Bustos added, "We've got members from all different spectrums. I respect her, and she brings a new voice. I think that's always welcome."

Angling for an answer to the same question, Blackwell brought up Ocasio-Cortez's fundraising prowess, noting that in the last quarter she outraised even Speaker of the House Nancy Pelosi (D., Calif.).

David Rutz breaks down the most important news about the enemies of freedom, here and around the world, in this comprehensive morning newsletter.

"I'm asking the chairwoman of the DCCC if this member, who is right now in the top ten of House members raising money, if she's good for the caucus. You can't give me a straight yes or no," Blackwell said.

"Look, I have respect for all 235 of the Democrats in our caucus. She is bringing a new voice. The fact that she has raised unbelievable amounts of money and the fact that she just announced she's willing to help our candidates who need—who could benefit with that financial help. That's welcomed," Bustos said.

"I'm trying to get to a simple answer. And I took four passes each at two questions. I didn't get there," Blackwell said.

Bustos's comments are just the latest contribution to the controversy surrounding Ocasio-Cortez's unwillingness to fork over the $250,000 in dues expected of all House Democrats. Responding to news of her nonpayment, several House Democrats publicly said they were angry about the freshman Democrats's refusal to pay up. The self-proclaimed democratic socialist in turn defended her choice, saying her move was a protest against the DCCC's policy of blacklisting any organization that helps primary opponents opposing Democratic incumbents.

DCCC_000040

The fundraising kerfuffle is not Ocasio-Cortez's only recent clash with fellow Democrats. In an interview with New York magazine, she criticized the party for being "too big of a tent" and said that she did not belong in the same party as former vice president Joe Biden.

## KSRO: Texas Democrats Launch Largest Voter Registration Campaign To Hobble GOP's Grip

https://www.ksro.com/2020/01/13/texas-democrats-launch-largest-voter-registration-campaign-to-hobble-gops-grip/
Posted 1/13/20

Texas Democrats, fueled by the party's nearly quarter-century-held dream of turning Texas blue, are mounting an aggressive ground-game operation with the largest voter registration program in the state's history, according to the state party, and an expansive voter protection effort ahead of the 2020 election.

The two-pronged campaign, which aims to add to the party's 2018 gains up and down the ballot, will target unregistered voters who they believe are potential new Democrats, and safeguard the right to vote for Texans, in partnership with Fair Fight 2020, the multi-million dollar initiative launched by Stacey Abrams, a Georgia Democrat who considered a bid for president and the U.S. Senate last year.

"The rapidly emerging Democratic coalition in Texas has set the stage for historic Democratic gains at the ballot box," Cliff Walker, the deputy executive director of the state party, said in a statement announcing the program. "We are committing our resources to register and engage a new electorate that is more progressive and represents the diversity of our great state. Shifting the electorate in Texas is our top priority."

For Abrams' group, Texas is one of the 20 battleground states that Fair Fight 2020 is targeting to promote voters' rights and fair election policies ahead of November. Fair Fight began investing resources in Texas last month.

"Fair Fight is proud to partner with the Texas Democratic Party to fund, train and support a robust voter protection initiative through our Fair Fight 2020 initiative," said Seth Bringman, a spokesman for Fair Fight. "Republicans in Texas have, for a long time, sought to make it harder to vote, particularly for voters of color, and it takes a dedicated voter protection team on the ground well before Election Day to make sure all Texans' voices can be heard."

At the core of the registration effort, which the state party says will be in collaboration with the Democratic Congressional Campaign Committee, the campaign arm for U.S. House Democrats, is an ambitious goal to register "a share of the estimated 2,600,000 Texans who are likely to vote Democratic," by using data-driven programs, deploying 1,000 field organizers and canvassers on the ground, and mailing hundreds of thousands of voter registration applications to unregistered voters across the state.

In a nine-page memo outlining their 2020 game plan on voter registration and protection, Walker and Lauren Pully, the state party's data and analytics director, contend that "in order to close the statewide gap and win in 2020, we must register and engage a new electorate that is more progressive and represents the diversity of our great state."
The second focus of their strategy — voter protection, access and ending voter suppression — will be bolstered by a number of initiatives spearheaded by the Texas Democratic Party, with the help of Fair Fight, among other national groups. Texas Democrats are expected to roll out more specifics on the protection effort at the end of the month, but in the coming week, the state party is launching a year-round voter assistance hotline for quick access to voting information and voting-related issues.

As part of the voter protection effort, the state party is also already moving forward on the legal front. Earlier this month, the Democratic Senatorial Campaign Committee, the DCCC, and Texas Democrats filed a lawsuit.

DCCC_000041