"If no one uses that info against her in paid communications and all [Moser] does is raise money, then you can call that a backfire," said a Democratic strategist, granted anonymity to offer a candid opinion of internal party strategy. "It will limit people's fear of this happening to them."

The DCCC is getting involved here because it sees Moser as a weak candidate against Culberson. But the stakes are even higher in California, where Democrats worry that their candidates could be locked out of districts entirely, since the top two vote-getters in the June 5 primary, regardless of party, advance to the general election.

"When I saw this attack [in] Texas, I thought, 'This might be coming to California,'" said Sam Jammal, one of eight Democrats running to replace Republican Rep. Ed Royce in Southern California. "But I'm not concerned because this is elections about the people of the 39th District — not people in D.C. that they haven't heard of."

But it's Jammal's race — along with the open race to replace Rep. Darrell Issa (R-Calif.) — where Democrats in the state expect that the DCCC will intervene in some way to avoid being locked out by Republicans.

"We've been having conversations with various candidates in various races — myself, my team, members of Congress and the DCCC staff — trying to do what we could to see if we could motivate some candidates to perhaps run for assembly or for school board," said Eric Bauman, the California state Democratic Party chairman. "Ultimately, some people are going to be offended no matter what happens; that's the reality."

Andy Thorburn, a self-funding businessman and former teacher, said he knows the DCCC would "rather see a smaller field" in his primary to replace Royce, but he'd be "very surprised" if the committee weighed in.

"If they dump opposition research on me, then I'm going to double down and run harder," Thorburn said. "I'd like them to be neutral — but even if they weren't, I don't think it'd change that I'm running."

The DCCC has come under fire in recent weeks — not just for its tactics in this Texas district, but also for leaked committee communications that cast doubt on the political prospects of single-payer health care and calling for stricter gun laws following last year's mass shooting in Las Vegas.

Despite that, some Democrats see merit in the DCCC's approach.

"Given what's at stake this year and historic opportunity to take back the House, it behooves [the DCCC] to maximize those gains by fielding candidates who have a good opportunity to win," said Ben Tulchin, a California-based Democratic pollster who worked on Sen. Bernie Sanders' 2016 presidential campaign. "But to make an omelet, you've got to break some eggs."

The Democratic tumult mirrors Republicans internal divisions earlier this decade, when the party faced blowback from tea party-aligned groups for picking more moderate favorites. In Florida, conservatives balked when the NRSC backed then-Gov. Charlie Crist — and endorsement that backfired when Marco Rubio outflanked Crist from the right and surged past him in the polls.

But in other races, Republicans in Washington blame conservatives for nominating inferior candidates who lost in general elections and squandered seats in the House and Senate.

Here in Texas, all eyes will be on the vote count Tuesday night. Lizzie Pannill Fletcher, an attorney endorsed by the pro-abortion-rights group EMILY's List, appears to be the front-runner — but almost certain to finish well short of the majority of the vote needed to clinch the nomination, forcing a May runoff for the Democratic nomination.

Moser is competing for the No. 2 spot with two other well-funded candidates: oncologist Jason Westin and nonprofit executive Alex Triantaphyllis.

The leading Republican super PAC for House races, Congressional Leadership Fund, gleefully released a poll on Friday that found Moser in second place, though Westin and Triantaphyllis were very close behind.

But all the candidates acknowledged in interviews that while the DCCC intervention has enraged some activists and progressive organizations, it hasn't trickled down to the average voter.

"We're not hearing it at the doors. We're not hearing it on the phones. So we're just staying focused on communicating our positive message to voters," Pannill Fletcher said. "We're so close to Tuesday that I think we should just let the candidates continue to get out their message."

Triantaphyllis spent his final Saturday going door-to-door off of Bellaire Boulevard, one of the most diverse neighborhoods in the district, greeting primary voters in Spanish.

As he block-walked, Triantaphyllis met Denise Padilla, an assistant manager of a Clark's shoe store, on her way to work. She said she planned to vote for Triantaphyllis.

Padilla, a 33-year-old Democrat, said she "[hadn't] heard anything about" the DCCC's attack on another candidate in the race.

"As a Democrat, that really does bug me," Padilla said. "Because then, what makes us different from anyone else?"

*To view online click here.*

Back

### Democrats using Trump as foil on Texas airwaves Back

By Elena Schneider | 03/05/2018 05:03 AM EDT

HOUSTON — Democratic congressional candidates want to talk about Donald Trump, even in battleground districts.

At least according to their television ads, nearly all of which urge voters in Tuesday's primary to back them in order to express opposition to the president, and not the Republican congressman they are vying to face in November. It's a short-sighted strategy aimed at attracting primary support — but it will require some fine-tuning in a general election, in which Trump is not at the top of the ballot.

"Right now, everyone wants to get past the primary, so everyone's talking about Trump," said Matt Angle, director of the Lone Star Project and the former DCCC executive director. "I think you'll see hits on the incumbents in TV ads develop more as time goes on. But even now, when you see Democrats talk about [John] Culberson or [Pete] Sessions, it's in tones that remind people that their opponent is part of a dysfunction in Washington that's resulted in Trump, and Trump's made it worse."

But Trump "can't be the only thing you're talking about," said another Democratic consultant, granted anonymity to discuss the Texas races. "That will not work."

Alex Triantaphyllis, a nonprofit executive running in a contested primary to take on Culberson, said he hopes to start talking more about jobs — if he wins the nomination. "Primary voters are in a different mindset," Triantaphyllis said. "They're concerned about Trump, so you have to meet them where they are."

In his TV ads, Triantaphyllis plays on his long, Greek last name — explaining that "the 'T' also stands for 'tough.'"

His "stand-by-your-ad" disclosure line? "It won't be easy to take our country back from Donald Trump, but I approve this message because I'll fight every day until we do,"

Consultants stressed that primary candidates need to find "a way to authentically connect" with the "frustration around the president," said Molly O'Shaughnessy, a Democratic pollster who's working on Jason Westin's campaign for Culberson's seat. "You've got to find a way to connect it to your story," she said.

O'Shaughnessy said that Westin's background as an oncologist gave him a "fresh way" to criticize the president. In one of his ads, Westin is talking to a patient, and then explains, "There's a cancer eating away at America."

"That cancer is ignorance, willful ignorance," Westin continues, as images of flooded streets flashes. "When President Trump denies facts, he's denying the very essence of America."

DCCC_000243

Still in Houston, Lizzie Pannill Fletcher's ads highlight her participation in a 1993 protest when "hundreds of us linked arms to keep the [Planned Parenthood] clinic open," she says.

"Now Donald Trump is threatening everything we stand for," says Fletcher, who's been endorsed by EMILY's List. "We have to fight back."

But Fletcher said in an interview that grounding her ad in that protest "is an important part of this story that I've been actively involved in this community for the last 25 years. ... It's shorthand for: I'm going to stand up and fight for the things that we value."

Laura Moser, the candidate opposed by the DCCC, did not talk about Trump in either of her ads, opting for addressing a hot-button issue that's dominating the news: gun control.

"Only a tiny fraction of members of Congress are mothers of school-age children," Moser says. "Do you think this would still be happening if we had more?"

One of the most Trump-heavy candidates is Ed Meier, an Obama-era State Department official running to take on GOP Rep. Pete Sessions in the Dallas suburbs. Meier tells his 2016 morning-after story that many first-time candidates cite as the moment they decided to run for office.

"The morning after Donald Trump was elected, my daughter Penelope asked, 'Daddy, is Donald Trump really going to do all those mean things he said he was going to do? I thought bullies never win,'" Meier says, over b-roll footage of him with his two young children.

"I told her, 'No matter what, whether it's here or in Washington, you have to keep standing up for what's right,'" Meier continues. "We need to hold Donald Trump accountable."

Meier's first ad, "Donald," is about his father, a pediatric surgeon, who happens to share his name with the president. The ad centers on health care, which Meier promises to "oppose Trump's plan to repeal Obamacare and fight to cover everyone by passing universal health care."

"When it comes to health care, I'll listen to Donald Meier, not Donald Trump," Meier says, with his arm around his father.

Out in San Antonio, Gina Ortiz Jones' first TV ad didn't address Trump, rather focusing on her mother's struggle with cancer and her commitment to health care because "every mother, every family, every child deserves health care that protects them." But by her second TV ad, Jones, who's vying to take on GOP Rep. Will Hurd, promised to "fight the tough fights and Donald Trump."

Jay Hulings, who's also running for the nomination against Hurd in the border district, started his ads with Trump's wall.

"Donald Trump wants $18 billion for another border wall. No way," Hulings said, standing in front of a fence. "We know what our families need, and it's not fear or walls."

*To view online click here.*


Back

### Trump announces PA-18 rally on March 10 Back

By POLITICO Pro Staff | 03/02/2018 05:27 PM EDT

President Donald Trump will hold a campaign rally in Moon Township, Pa., on March 10 — three days before a closely watched special election for Congress in the state's 18th Congressional District.

The rally is scheduled for 7 p.m. at the Atlantic Aviation facility adjacent to Pittsburgh International Airport. The facility's street address is within the confines of the 18th District.

Trump has endorsed GOP state Rep. Rick Saccone, who faces Democrat Conor Lamb in the March 13 special election to complete the unexpired term of former Rep. Tim Murphy (R-Pa.). Trump carried the district by 20 percentage points in 2016.

DCCC_000244

*To view online click here.*

Back

### VoteVets jumps into PA-18 with TV ad Back

By Elena Schneider | 03/05/2018 05:02 AM EDT

VoteVets Action Fund is launching a $350,000 TV ad buy in the final week of the special congressional election in western Pennsylvania, attacking Republican Rick Saccone and urging voters to "send in the Marine" by supporting Democrat Conor Lamb.

"Look closely. There's a million reasons to oppose politician Rick Saccone," the ad's narrator says. "In Harrisburg, Saccone gave himself $400,000 in perks, on top of nearly $600,000 in pay — all at taxpayer expense. We can't afford Saccone in Congress."

"After serving in the Marines, Conor Lamb prosecuted heroin dealers and violent criminals back home," the ad's narrator concludes. "Veterans know to fix Washington. Send in the Marine."

The ad will start airing on broadcast and cable stations in the district on Monday through Election Day on March 13.

Saccone has been boosted by millions in outside spending by Republican groups. But Lamb, who announced that he raised $3.2 million during the pre-primary period, has had less outside support.

Watch the ad here.

*To view online click here.*

Back

### Lamb drops 60-second, positive ad in PA-18 Back

By Elena Schneider | 03/03/2018 09:31 AM EDT

Democrat Conor Lamb is out with his latest TV ad, in which the former Marine emphasizes his support for public servants who don't always get as much attention as a military veteran.

"When I was on active duty in the Marines, I served overseas and we spent a lot of time in airports," Lamb says, recounting this story to a small crowd of voters. "Marines are pretty easy to pick out of a crowd because of our haircuts. And all the time, people would come up to me and they'd grab my hand and say, 'Thanks, Marine.'"

"Now that recognition — being thanked for your service — it is a great thing," Lamb, running in this month's special congressional election in Pennsylvania, continues in the minute-long ad. "But one thing always bothered me. I have a brother and a sister who are both teachers, and they get very little thanks and very little recognition."

"What's missing in our society is that same 'Thank you' to the people who serve every day in our schools, in our hospitals, on our streets and in our construction sites," Lamb says. "It helps us remember who to say 'Thank you' to and it helps us remember that service is the rent we pay for living."

The ad, which began airing this morning on broadcast TV in Pittsburgh, is not currently posted on Lamb's YouTube page.

*To view online click here.*

Back

### Trump to launch major donor initiative after disastrous week Back

By Alex Isenstadt | 03/03/2018 08:34 AM EDT

Donald Trump is wrapping up the most chaotic week of his presidency by rolling out a major new donor push — one of his most serious steps yet to prepare for a 2020 reelection campaign.

Trump will appear before big GOP givers at his Mar-a-Lago resort on Saturday for the launch of a fundraising initiative that mimics the famed George W. Bush "Pioneer" program, according to three senior Republicans familiar with the plans. As with Bush, the president will reward donors who've bundled thousands of dollars in contributions, giving them an entree to exclusive dinners, political briefings, and future retreats.

Under the plan, which is intended to provide a fundraising infrastructure that was lacking from Trump's 2016 campaign, donors who raise $25,000 will join the "Trump Train" and those who bundle $45,000 will be part of the "45 Club." The program, which will jointly benefit Trump's campaign and the Republican National Committee, will introduce higher class levels for larger dollar amounts in the future. Funds raised will also go toward the party's 2018 efforts.

The fundraiser, one of several big donor events Trump will host this weekend at Mar-a-Lago, shows how Trump is slowly building a 2020 campaign apparatus even as he endures the most tumultuous stretch of his presidency. While top advisers bolt the White House and a special counsel zeroes in on the president's ties to Russia, Trump is tapping a new campaign manager, taking steps to fend off would-be primary challengers, and lining up travel to critical 2020 states.

He has told friends privately that he wants to raise a massive amount of money in the months to come. Plans for the bundling program have been in the works for weeks.

"Just because the Democrats and many in the media refuse to get over 2016 doesn't mean President Trump should take his focus off 2020," said Jason Miller, a former senior Trump campaign aide who remains in touch with the president. "It's important that President Trump continue to lay the groundwork for a strong reelection campaign because he's not going to be able to drain the swamp overnight."

Trump took a major step toward the next election this week when he named Brad Parscale, his 2016 digital director, as his campaign manager. Since 2016, Parscale has taken the lead in overseeing the president's outside political operation and frequently visited the White House and Trump's getaway residences to offer him electoral advice. The 42-year-old Parscale, who recently moved from San Antonio to South Florida to be closer to the president and his inner circle, has been particularly focused on bolstering Trump's network of online supporters.

Trump's financial backers will hear from Parscale this weekend at a Republican National Committee donor retreat at the Four Seasons Resort in Palm Beach, Florida. The event is expected to draw a number of big donors, including sugar baron Jose Fanjul, venture capitalist Elliott Broidy, and lobbyist Brian Ballard.

Parscale is particularly close with Trump son-in-law Jared Kushner, and within the administration his appointment was widely perceived as an effort on the part of Kushner, who is under increasing scrutiny over his financial entanglements, to leave his imprint on the developing reelection campaign. Two White House aides and two others close to the president said they interpreted it as an effort to block former Trump campaign manager Corey Lewandowski, who feuded with Kushner during the 2016 campaign but who remains close with the president, from getting the top 2020 post.

During a Wednesday morning White House staff meeting, Kushner addressed the hire and outlined Parscale's background, said one person present.

At a time when his approval rating has plummeted to the low 40s, Trump is taking steps to ward off would-be primary challengers. Last month, his campaign committee printed glossy, 10-page pamphlets outlining Trump's accomplishments during his first year in office and delivered them to local GOP meetings in Iowa, home of the first-in-the-nation caucuses.

The slickly-produced pamphlets, which included topics like "protecting life," "ending job-killing regulations," and "making government accountable," were designed to reach the Republican activists who are most involved in party affairs and likely to participate in the caucuses two years from now.

DCCC_000246

The pamphlets help keep Trump "in the game, so to speak," until the 2020 campaign begins in earnest, said Karen Fesler, an influential conservative activist in the state. "Pointing out two years ahead of time what the president and his team have accomplished makes sure that caucus voters know that."

The White House has been monitoring potential Republican challengers, including three outspoken Trump detractors — Ohio Gov. John Kasich, Nebraska Sen. Ben Sasse, and Arizona Sen. Jeff Flake. Sasse blasted Trump repeatedly the past week over trade and guns. And Flake sparked a flurry of speculation about his political intentions when he announced a March 16 speech in New Hampshire.

To some, the Parscale announcement was designed to send a loud message to would-be Republican opponents.

"He just signaled to the GOP he is running and that should deter primary challenges," said former House Speaker Newt Gingrich, an informal Trump adviser.

Trump is also using his official office to prepare for his next campaign, focusing much of his travel to states that will play an outsize role in determining the outcome of the next presidential election. Since the inauguration, for instance, Trump has visited Pennsylvania a handful of times. He is slated to return to the state next week.

The state is so important to the president's team that last month they quietly dispatched White House deputy chief of staff Rick Dearborn to Harrisburg to keynote a Pennsylvania GOP dinner.

White House political director Bill Stepien is among those overseeing the travel. He keeps about 20 maps appended to the walls of his perch in the Eisenhower Executive Office Building. Last month, when Trump's team was looking to stage an event focused on selling the recently-passed tax reform bill, they chose the all-important electoral state of Ohio.

Stepien's office has also helped place roughly 300 former Trump campaign staffers into jobs throughout the administration. By keeping the staffers reengaged after the 2016 race, administration officials hope they'll be easily able to transition to a reelection campaign.

In a brief interview, Stepien, himself a former top Trump campaign staffer, said that as Trump's most urgent priority is following through on the promises he made in the last campaign, not the next one.

"It's clear that by successfully working to pass his agenda there are tremendous results in political value," he said.

*To view online click here.*

Back

### Senate Majority PAC ad connects Hawley to Greitens scandal Back

By Kevin Robillard | 03/02/2018 02:13 PM EDT

Senate Majority PAC is out with a new television ad attacking Missouri state Attorney General Josh Hawley — invoking the scandal engulfing GOP Gov. Eric Greitens, while calling Hawley "part of the problem in Jefferson City."

The ad from Senate Majority PAC, which is controlled by allies of Senate Minority Leader Chuck Schumer, opens with news footage covering Greitens' indictment on invasion of privacy charges stemming from a sex scandal.

"Scandals in Jefferson City, now real questions about Attorney General Josh Hawley," the narrator says in the ad. "He took about $3 million dollars from a single donor accused of an illegal pay-to-play scheme with lawmakers. But Josh Hawley's taken no action."

"Josh Hawley. He's just part of the problem in Jefferson City," the narrator concludes.

The ad debuted just over a week after a note was posted on Democratic Sen. Claire McCaskill's campaign website outlining many of the attacks as things "Missourians need to know." McCaskill is considered one of the most vulnerable Democrats facing reelection in 2018.

DCCC_000247

Watch the ad here.

*To view online click here.*

Back

**POLITICO New Jersey: Former Clinton, Obama staffer drops primary challenge against Menendez**
Back

By Ryan Hutchins | 03/02/2018 04:34 PM EDT

An attorney who worked on the Hillary Clinton and Barack Obama presidential campaigns says he is abandoning his Democratic primary challenge of Sen. Bob Menendez, just a month after the New Jersey lawmaker beat a federal corruption case that's dogged him for years.

Michael Starr Hopkins said in a statement Friday afternoon that he would suspend his campaign after concluding he had been unable to raise enough money to mount a serious challenge to Menendez, who has the support of virtually all of the top Democrats in the state.

"Unfortunately, in a campaign system requiring more and more money to run for public office, and running in one of the most expensive media markets in the United States, we fell shy of our financial goals," he said. "In a campaign system such as we have that is stacked against the average guy seeking public office to challenge an incumbent, prodigious fundraising is practically the only way to get the traction needed to keep a campaign afloat."

Menendez, who has served in the Senate since 2006, escaped a potential prison sentence last year when a jury deadlocked on 11 corruption charges against him centering on his relationship with Florida eye doctor Salomon Melgen, as well as one charge of filing false statements. According to one juror, most were in favor of acquitting Menendez.

In January, a federal judge acquitted Menendez of some of the charges and the Justice Department decided it would drop all the remaining counts, reversing an earlier decision to retry the case. The ruling left Menendez wounded from testimony but back on his feet, ready to run for reelection in November.

Hopkins' decision to drop out leaves Menendez, the state's senior senator and the ranking Democrat on the Senate Foreign Relations Committee, with no high-profile challenger in the primary a month ahead of the filing deadline. It was unclear if any other Democrats had filed, though. A spokesman for the New Jersey Department of State didn't immediately respond and no candidates are listed on its website.

Hopkins, who sometimes appears on cable news as a commentator, listed his address as Jersey City in a Nov. 30 filing with the Federal Election Commission. He was raised in Washington, D.C., and is a former New York City public defender who worked as Clinton's deputy state director of voter protection in Colorado, according to his personal website biography. He also hosts a podcast called "Irrelevantly Relevant." He worked as deputy state director in Florida for Students for Obama in 2008.

He had announced his plans to challenge Menendez in a December op-ed in which he said New Jerseyans should have "the chance to vote for someone who hasn't been tainted by the culture of corruption in Trenton and Washington."

Hopkins, while not endorsing Menendez, said Friday he understands "the importance of ensuring that New Jersey remains solidly blue."

"Our campaign may not have ended the way that we had hoped, but our fight to improve New Jersey, and the country as whole, will continue," he said. "I threw my name into this race because I love this country, and I want it to live up to its promises."

Menendez suffered in the polls during his trial. A Rutgers-Eagleton poll late last year found 51 percent of New Jersey voters think he does not deserve to be reelected. His approval rating is at 29 percent. The senator's ratings had also suffered when news of scandals surrounding him first broke in early 2013 but later recovered. His approval fell again when he was indicted in 2015, but bounced back yet again before the trial began.

DCCC_000248

After the mistrial was declared, Menendez immediately sewed up support for his reelection from leaders of New Jersey's powerful Democratic machine, including Gov. Phil Murphy, Sen. Cory Booker and South Jersey power broker George Norcross. Many more have endorsed him since the case was dropped in January.

Menendez is likely to face Republican Bob Hugin, a multimillionaire pharmaceutical executive, in the general election. Hugin had been facing a primary fight with Hirsh Singh, an engineer who finished a distant third in last year's Republican primary for governor, but Singh dropped out last month and instead announced he'd run for the seat held by retiring GOP Rep. Frank LoBiondo in South Jersey's 2nd Congressional District.

*This article first appeared on POLITICO New Jersey on March 2, 2018.*

*To view online click here.*

Back

## PAC to boost Abrams in Georgia with $2.5M in spending Back

By Daniel Strauss | 03/02/2018 12:33 PM EDT

PowerPAC Georgia, a political action committee, plans to spend $2.5 million to boost Democratic gubernatorial candidate Stacey Abrams, the former state House minority leader.

The focus of the campaign is to boost turnout among African-American voters in Georgia, a key pillar to Abrams' campaign strategy. Marvin Randolph, president of the Southern Election Fund, is running the effort.

The PowerPAC Georgia effort aims to turn out 80,000 additional black voters in the primary, especially from rural areas of the state. The effort will boost Abrams' name identification through digital and radio ads, calling 200,000 voters to help identify voters who back Abrams, and hire 250 organizers to mobilize new voters.

Abrams has argued that there is an untapped pool of voters throughout Georgia that could catapult a Democrat to victory in a state where Republicans have controlled the governor's mansion for four consecutive terms. Her campaign has emphasized outreach to African-American voters early on in the campaign.

Abrams is running against state Rep. Stacey Evans in the Democratic primary. Most polls show Abrams as the early front-runner.

*To view online click here.*

Back



Was this Pro content helpful? Tell us what you think in one click.

| Yes, very | Somewhat | Neutral | Not really | Not at all |

**You received this POLITICO Pro content because your customized settings include: Campaign Pro's Morning Score. To change your alert settings, please go to https://www.politicopro.com/settings**

# POLITICOPRO

**This email was sent to drago@dccc.org by: POLITICO, LLC 1000 Wilson Blvd. Arlington, VA, 22209, USA**

DCCC_000250

From:        Alice Visocchi [visocchi@dccc.org]
Sent:        3/4/2018 1:04:41 PM
To:          Comm - South [Comm-South@dccc.org]
Subject:     TX-all: Tweet: high D turnout compared to Rs

Dave Wasserman
https://twitter.com/redistrict/status/970076043640893442
Breaking: in TX's 15 largest counties, early voting in Dem primary spiked 105% (!) vs. 2014 midterm, vs. just 15% in GOP primary. Enthusiasm gap should be major warning for GOP.

Get Outlook for iOS

DCCC_000251

| | |
|---|---|
| **From:** | Alice Visocchi [visocchi@dccc.org] |
| **Sent:** | 2/21/2018 1:08:58 PM |
| **To:** | Comm - South [Comm-South@dccc.org] |
| **Subject:** | TX-all: Austin American Statesman: Growth of Texas Democratic early voters so far outpaces Republicans |

**Growth of Texas Democratic early voters so far outpaces Republicans**
Julie Chang // Austin American Statesman
http://www.statesman.com/news/state--regional-govt--politics/growth-texas-democratic-early-voters-far-outpaces-republicans/tAAELwFamoEBuZq6MoLUbL/

The University Democrats on the University of Texas at Austin campus West Mall encourage students to trick or vote early at the Flawn Academic Center Monday afternoon October 31, 2016. RALPH BARRERA/AMERICAN-STATESMAN

In Texas' 30 most populous counties, 51 percent more Democrats voted in their primary on Tuesday than in 2014, compared to the 16 percent growth rate in voters in the Republican primary.

According to early voting numbers released by the Texas Secretary of State's office on Wednesday, 33 percent more people showed up to the polls on Tuesday than they did on the first day of early voting in 2014. A bit more Democrats voted in person than Republicans in their respective primaries — 28,475 compared to 22,774, respectively.

Across Central Texas, voter turnout trends were similar when comparing Tuesday's and 2014 first early voting day figures:

• In Travis County, the number of Democratic voters more than doubled to 3,298 while the number of Republican voters grew by about 9 percent to 1,089.

• In Williamson County, the number of Democratic voters quadrupled to 825 while the number of Republican voters doubled to 1,127.

• In Bastrop County, the number of Democratic voters increased by 76 percent to 383 while the number of Republican voters increased by 67 percent to 141.

• In Hays County, the number of Democratic voters doubled to 449 while the number of Republican voters increased by 68 percent to 481.

Both 2014 and 2018 are gubernatorial election years.

DCCC_000252

**From:** Alice Visocchi [visocchi@dccc.org]
**Sent:** 2/20/2018 1:09:55 PM
**To:** Comm - South [Comm-South@dccc.org]
**Subject:** TX-07: Houston Chronicle: Harvey looms over Texas primary, but effect may be minimal

**Harvey looms over Texas primary, but effect may be minimal**

Rebecca Elliott // Houston Chronicle

https://www.houstonchronicle.com/news/houston-texas/houston/article/Harvey-looms-over-Texas-primary-but-effect-may-12625581.php

Hurricane Harvey may loom large in many Houston-area residents' minds, but the storm is expected to have a limited impact on participation in the Texas primary, which kicks off Tuesday with the start of early voting.

Nearly two weeks of early balloting precedes the Lone Star State's March 6 primary, the first in the nation.

"On one hand, we're going to see a decline in turnout among some individuals who are displaced. On the other hand, I think there are some people who will counterbalance that decline because they've become more politically active and aware as a result of Harvey," Rice University political scientist Mark Jones said. "The net effect is likely to be pretty neutral."

Harris County Clerk Stan Stanart, whose office administers local elections, agreed.

"If it does, it's going to be so small you won't be able to measure it," Stanart said. "Your primary voters are your core voters, your most loyal of voters, so those people tend to vote no matter what's happening. So, I don't anticipate much disruption in their voting patterns."

What you need to know: Houston voting essentials: When, where to vote and what's on the primary election ballot

Texas consistently is one the least civically engaged states in the nation, and primary turnout is usually scant, particularly in midterm election years.

Nearly 54,000 Harris County residents voted in the Democratic primary four years ago, with nearly 140,000 cast ballots in the Republican primary. Those figures jumped to roughly 227,000 on the Democratic side in 2016 - a presidential election year - and 330,000 on the Republican side.

Still, the state ranked 47th in voter turnout and 44th in voter registration that year, according to a recent study from the University of Texas at Austin.

This time around, Art Pronin, president of the Meyerland Area Democrats Club, is less worried about voter apathy than he is about confusion.

"What I'm finding is most people are going to vote, but there is some confusion about their address change because some of them aren't living in their houses, but they're wanting to vote," Pronin said.

Hurricane Harvey damaged an estimated 312,000 homes, and many of those residents remain displaced six months later. The Meyerland area was hit hard during Harvey, the third flood in as many years for many residents there.

James Lennon, co-founder of the Kingwood Tea Party, was unfazed about the prospects of a Harvey effect, even though parts of Kingwood suffered severe flooding.

"In the primary, I'm not worried about it, because all I care about is the Republican results," Lennon said, adding that if fewer Republicans turn out than normal, it shouldn't disadvantage one candidate more than another. "It could be more of an issue come November."

DCCC_000253

Meanwhile, Jones' colleague Bob Stein, also a political scientist, said he expects Harvey to "have a toll" in the primaries.

"I think it's naive to think that a voter who has voted in primaries before and who has just suffered what may be a major economic loss would not think seriously about voting in an election where they can register their satisfaction or dissatisfaction with their congressman's response to that event," Stein said.

Voters can cast ballots at any of Harris County's 46 polling places during early balloting, which runs through March 2.

Come Election Day, voters need to report to their home precincts, even if the hurricane displaced them temporarily. Those whose registration is in suspension remain eligible to vote, but will need to fill out statements of residence at the polls.

"We really encourage people to vote early in the primary," Stanart said.

Harris County voters can expect a lengthy ballot, thanks in part to a glut of congressional candidates on both sides of the aisle. A record 61 candidates are running for Harris County's nine congressional seats.

Among the competitive congressional primaries:

-2nd Congressional District: U.S. Rep Ted Poe's retirement has opened the door for nine Republican candidates and five Democrats.

-7th Congressional District: Seven Democrats and one Republican have lined up to challenge Republican U.S. Rep John Culberson.

-29th Congressional District: Longtime Democratic U.S. Rep. Gene Green's departure has cleared the way for seven Democratic hopefuls and four Republicans.

In other races, Gov. Greg Abbott has thrown his weight behind Susanna Dokupil, who is challenging state Rep. Sarah Davis in west Houston's District 134. Former Republican Land Commissioner Jerry Patterson also is aiming to wrest back his seat from George P. Bush.

DCCC_000254

| From: | Alice Visocchi [visocchi@dccc.org] |
|---|---|
| Sent: | 3/4/2018 12:34:30 PM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-all: Texas Tribune: Track how many Texans voted early in the 2018 primary election |

Lots of charts at the link. It lets you toggle a little between data sets.

**Track how many Texans voted early in the 2018 primary election**
Annie Daniel // Texas Tribune
https://apps.texastribune.org/texas-elections-2018-primary-early-voting/

We tracked how many Texans turned out to vote early in the 2018 primaries compared with primaries in 2010 and 2014, the last two midterm election years.

Coming off of a highly contested presidential election and with various high-profile statewide and congressional elections on the ballot, over 650,000 Texans voted early in the state's ten counties with the highest number of registered voters.

Overall, 370,219 Democrats voted early in those ten counties compared to 282,928 Republicans. Four years earlier, Republicans outvoted Democrats in early voting in those ten counties 253,019 to 184,489, respectively. That means Democratic turnout more than doubled from four years ago, while Republican turnout rose less than 15 percent.

When we factor population growth in these ten counties, Republican turnout was largely unchanged, with the percent of the voting-age population voting early remaining on-trend with previous years. Democratic turnout, however, was up in all ten counties except for Hidalgo County, which saw a drop in Democratic voter turnout from 6.1% of the voting age population voting early in 2014, to 5.1% in 2018.

Travis County saw the highest jump in Democratic voter turnout with over 6% of the voting age population, or 56,426 voters, showing up to vote early, a 4 percentage-point increase from the 2014 election.

This page provides two different ways to get a sense of turnout. One set of graphs compares raw in-person turnout with past numbers in the 10 counties with the highest number of registered voters. The other set of graphs takes population growth into account by showing the percentage of each county's voting-age population that showed up to vote each year. Toggle between both sets of graphs to see how early voting turnout fared for both Democrats and Republicans across the state.

Election day in Texas is March 6th. To see all the statewide and legislative races on the ballot, click here.

DCCC_000255

| From: | Alice Visocchi [visocchi@dccc.org] |
|---|---|
| Sent: | 3/4/2018 12:29:59 PM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-all: NPR: Ahead Of Texas Primary, Early Signs Of A 2018 Democratic Surge |

**Ahead Of Texas Primary, Early Signs Of A 2018 Democratic Surge**
Jessica Taylor // NPR
https://www.npr.org/2018/03/04/590313279/ahead-of-texas-primary-early-signs-of-a-2018-democratic-surge

The 2018 primary elections kick off this week, and Democrats are already seeing reasons to be excited deep in the red, beating heart of Texas.

The Lone Star State holds the nation's first primary on Tuesday, but the initial eight days of early voting through last Tuesday already showed Democrats reaching record levels in a midterm year. To that point, they'd surpassed GOP voter turnout and their own party's numbers during the same period in 2016, a presidential election year where voting numbers are typically much higher.

The rising Democratic enthusiasm mirrors what the party has already seen across the country in the nearly year and a half since President Trump was elected — more than three dozen state legislature seats changing hands, important wins in Virginia and New Jersey last year and mobilization through rallies and protests.

Texas's primary brings the first actual voting in the 2018 midterm cycle, giving both parties a chance for a more concrete measure ahead of November's elections. Early signs of such a swell in a bulwark red state could be an even more ominous sign for Republicans nationally this fall if it's borne out by Tuesday's results.

"Texas is the nation's bellwether right now," said Tariq Thowfeek, the communications director for the Texas Democratic Party. "It's a good gauge of the incredible progressive energy we have across the country in a state that is ranked at the bottom of the barrel in voter turnout."

After the last day of early voting on Friday, the Cook Political Report's David Wasserman found that in the top 15 counties in the state, the Democratic early vote had spiked 105 percent over 2014 numbers. On the Republican side, there had been only a 15 percent uptick.

A surge in Democrats on the ballot

It's not just an uptick in Democratic voters happening in Texas, but an increase in candidates putting their names on the ballot, too. Democrats are fielding a modern-day record number of candidates across the state. There are 111 U.S. House candidates running for the minority party, and they are spread across all 36 Texas congressional districts — the first time that's happened in 25 years, and a departure from two years ago when Democrats didn't run candidates in eight seats.

On a state legislative level, Democrats have candidates in 132 of the 150 state House districts and in 14 of the 15 state Senate districts up for election this year. That includes four Senate districts where Democrats didn't field candidates in 2014 or 2012, and 20 new House districts where they didn't have candidates in either 2016, 2014 or 2012.

Cal Jillson, a political science professor at Southern Methodist University, said that the Democratic surge is even more impressive given that it's usually GOP voters, not Democrats, who have been reliable in non-presidential years.

"It's one word — enthusiasm. In a midterm election like this, what you normally expect to see is the Republicans' primary turnout might be twice what the Democratic turnout is, so to have the Democrats even with, and even slightly ahead, of Republicans in this midterm election is really extraordinary," Jillson said.

DCCC_000256

Key suburban swing districts are likely to determine control of the House in 2018. There are several GOP-held districts like that which could be at play in Texas, such as Rep. Pete Sessions's suburban Dallas seat and Rep. John Culberson's suburban Houston district, which, along with Rep. Will Hurd's expansive border district that runs from San Antonio to El Paso, all voted for Hillary Clinton over Trump in 2016.

"Going into this year, there was an expectation following the Women's March, in the wake of the elections in New Jersey and Virginia and all these special elections that something similar was likely to happen in the first-in-the-nation Texas primary, and I think it has," SMU's Jillson said. "It signals a Democratic electorate that is motivated to make a statement against Donald Trump, and that motivation is nowhere more powerful than in female voters."

There's been a downside to the Democrats' surge of candidates in some places, however. In the primary to face Culberson, the Democratic Congressional Campaign Committee recently lobbed attacks against one candidate they didn't feel would be a strong challenger given past derisive comments about places in the state. That move prompted a backlash from some progressive groups and criticism from the head of the Democratic National Committee.

Matt Angle, a longtime Texas Democratic strategist and director of the Lone Star Project, said the sheer number of candidates was still a positive thing for Democrats in a state where they've had trouble recruiting in the past, and noted that other primaries have been more civil. Those are encouraging signs, he said, for the way the state is trending politically.

"Make no mistake — it's a tough lift in Texas. It's a state still that is a right of center state, but I'm very encouraged," Angle said. "The excitement being generated now among candidates will not only build, it will consolidate."

Backlash to Trump

President Trump under-performed past GOP presidential nominees in the state, carrying it in 2016 by only single digits, and a Gallup poll released at the end of January showed that the president's approval rating in Texas had dropped below 40 percent.

While Trump's approval among Republican base voters remains strong, that dissatisfaction with the president is certainly driving Democratic turnout and convincing more disaffected voters to turn blue, Angle argued. For example, that has helped Democratic Rep. Beto O'Rourke in his upstart campaign to unseat Republican Sen. Ted Cruz. While O'Rourke still remains an underdog, he's been drawing large crowds and has even outraised Cruz recently with the help of small-dollar donors.

"In Texas, I think what you do have a chance to do is build a really strong coalition of Democrats, independents and fair-minded Republicans who are disillusioned with the type of leadership they're getting," Angle said.

Texas GOP strategist Derek Ryan pointed out that Democrats do have some major statewide primaries, such as the gubernatorial race, that could be driving some turnout, but admitted that Democrats have done a good job of recruiting candidates across the board, thus making those competitive races more appealing to some voters.

Ryan also acknowledged that the rise in Democratic enthusiasm is worrisome for Republicans — especially because Democrats have gotten many low propensity voters to the polls. He's been diving into the early voting data, and his analysis found that many of those primary voters are ones that voted in 2016 — but haven't had a proclivity to vote yet in a midterm year when turnout typically drops off. And nearly a quarter of Democrats who cast early ballots were new voters who just registered in the past two years.

On the GOP side, Ryan found that first-time primary voters only made up about 10 percent of the early vote share, which is a dip from the 2014 midterm primaries. However, on the Democratic side, first time primary voters comprise over 22 percent of the early vote — way up from the 14 percent four years ago.

DCCC_000257

"While I don't think that Texas is going to turn blue this cycle, I do think with these turnout numbers, it could have a significant impact in some races, and some leaning Republican races in November," Ryan said.

Matt Mackowiak, another Republican strategist in the state and chairman of the Travis County GOP, argued that the true test of Democratic enthusiasm will be on Tuesday night. He pointed out that early voting numbers also looked strong for Clinton back in 2016, but that was her high watermark and Election Day voting couldn't match Republican totals.

"For Republicans, if this is evidence of a significant enthusiasm gap, then that would be something to worry about," Mackowiak said. "I'm not sure that it is yet, and just because you have stronger turnout in the primary doesn't mean it translates into Election Day vote in November."

But he admitted that the early numbers should give Republicans some pause and they certainly don't hold any good news if the trend continues on Tuesday.

"There's no way to look at this as positive for Republicans — it's either inconsequential, or it's bad," Mackowiak said.

DCCC_000258

From:        Alex Torpey [Torpey@dccc.org]
Sent:        11/2/2018 10:10:56 AM
To:          Comm - Expansion [comm-expansion@dccc.org]
Subject:     TX-31: This Insider: A Texas House candidate is calling out a toxic political culture after claiming that her family was
             harassed while trick-or-treating

https://www.thisisinsider.com/texas-house-race-torn-apart-by-accusations-of-halloween-harassment-2018-11

**A Texas House candidate is calling out a toxic political culture after claiming that her family was harassed while trick-or-treating**
**This Insider // Benjamin Gogger**

Halloween is supposed to be a night of escapism through candy and costume, but one Democratic House candidate claims that her opponent's campaign wouldn't offer her such a luxury — allegedly harassing her and her children while they were trick-or-treating on Halloween night.

In a fiery video posted to Twitter on Tuesday, Texas 31st District challenger Mary "MJ" Hegar alleged that incumbent Rep. John Carter's campaign has engaged in a targeted harassment campaign against her and her family that culminated in a confrontation on the evening of October 31st.

Hegar says the harassment is endemic of a toxic political culture that she's invested in changing.

According to a campaign representative, a pickup truck affiliated with Carter campaign made multiple attempts to engage with Hegar's children despite numerous requests to stop.

"The first pass they were throwing candy, and MJ and her husband made it clear they didn't want candy thrown at the kids... there wasn't a parade," said press secretary Kolby Lee.

"Then they looped back, stopped the vehicle, and persisted in trying to talk to MJ's children despite MJ and her husband making clear they didn't want them talking or engaging with the kids," continued Lee. "It was very targeted, the truck wasn't attempting to talk to or throw candy at any other passerbyers. This was an attempt to provoke her and distract from the issues."

The vehicle, which Hegar described as a "large 4-door white truck," matches a photo of a campaign vehicle found on Carter's Facebook page and security video that Hegar claims came from her home security system.

According to Hegar, the truck in the incident looks "very similar" to this truck found on Carter's Facebook page.

In a statement, Carter spokesman Bruce Harvie claimed that the incident was an attempt to gain attention: "Last night, campaign staff and volunteers for Congressman John Carter's campaign were canvassing their own and Rep. Carter's neighborhood passing out candy to children.

At one point in the evening, our team members encountered Ms. Hegar and her children. Our campaign wholly disagrees with Ms. Hegar's accounting of the encounter."

A Carter campaign representative claims that the group was mostly composed of young volunteers, and the Hegar began screaming at them after they tried to give her children candy. The Hegar campaign disagrees with that characterization of events.

Hegar says the incident came just a day after the campaign allegedly held a disruptive rally just 10 houses away from her own home, emphasizing the large size of the district which holds 853,799 people, where the same truck was present.

DCCC_000259

In her video, Hegar says that the alleged harassment "is exactly what's wrong with politics — it's egos, childish behavior that makes people not want to run for office."

"This is solely an attempt to distract voters from the issues. If the campaign is about the issues Carter will lose," says Lee.

Carter is an eight-term incumbent currently vying for his 9th. In the last election, he won by 21 points. But Hegar, who went viral with her ad focusing on her trajectory to Air Force combat search and rescue pilot and veteran, has now out-fundraised Carter. She thinks she can win by focusing on the large military population around Fort Hood.

The allegations of harassment come amid an already contentious early voting period in Texas, where numerous claims of voter intimidation have cropped up.

Dallas County election director Toni Pippins-Poole told Pro-Publica"I've been here for 30 years, and this harassment that's going on, I haven't ever seen the likes of this."

In Mesquite, one partisan poll watcher was reportedly escorted away from a voting site by police after watching voters and commenting on their ballots. The Texas Civil Rights Project reported anti-abortion campaigning near a Dallas poll site.

Despite this, early voting has more than doubled in Texas' largest counties. According to preliminary data, more young voters are turning out.

"Williamson County is experiencing the highest voter turnout in the state right now," says Lee. "People are coming to the polls in droves, and I think that's because they're fed up with the status quo."

Alex Torpey
Research Analyst · DCCC

(202) 741-1363

DCCC_000260

| | |
|---|---|
| From: | Alice Visocchi [visocchi@dccc.org] |
| Sent: | 3/3/2018 4:25:51 PM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-all: Austin American Statesman: Texans smash early voting record powered by Democratic surge |

**Texans smash early voting record powered by Democratic surge**
Jonathan Tilove // Austin American-Statesman
https://www.statesman.com/news/state--regional-govt--politics/texans-smash-early-voting-record-powered-democratic-surge/NMXgMt4JbHC2bWuQlesNoL/amp.html?__twitter_impression=true

People in voting booths complete their ballots at a poling station during the Texas primary 2018 at the Travis County Tax office on March 1, 2018.
Texans in the 15 largest counties have smashed the record for early voting in a non-presidential year, thanks largely to a huge surge in Democratic participation.

According to final figures posted Saturday by the Texas Secretary of State's office, 885,574 Texas voted early in person or by mail over 11 days of early voting, which ended Friday. The primary is Tuesday.

That figure is up from 592,153 early votes in the comparable period before the 2014 March primary in the last midterm elections — a nearly 50 percent increase.

In 2014, Republican participation outpaced Democratic participation — 365,423 voters to 226,730. This year, participation in Democratic primaries outstripped participation in Republican primaries — 465,245 to 420,329.

In other words, more than twice as many people voted early in the Democratic primaries in 2018 as in 2014, while Republican early voting crept up by 15 percent.

In Travis County, 61,772 people early voted on the Democratic side, and 21,483 voted on the Republican side. Four years ago, 23,088 people voted early on the Democratic side, and 17,249 voted early on the Republican side.

Early voting this year in the Democratic contests was so high in Travis County that it slightly exceeded participation in 2016, a presidential year, when 61,104 residents voted early in the Democratic primaries. That same year, 32,350 participated on the Republican side.

The same was true in Williamson County, where, while more people voted early in the Republican than Democratic primaries this year, early voting turnout was higher on the Democratic said than it was in 2016.

This year, in Williamson County, 20,826 people voted early on the Republican side and 14,894 on the Democratic side. Four years ago, 13,728 voted early in the Republican primary elections in Williamson County, and 4,044 voted early in the Democratic primaries, which means that while Republican participation was up by a little more than half, Democratic participation well more than tripled. And, as in Travis County, the Democratic number this year of 14,894, exceeded the 2016 figure of 12,981. In 2016, 31,745 citizens early voted on the Republican side.

More than 1.1 million Texans early voted in the largest fifteen counties in 2016.

DCCC_000261

| | |
|---|---|
| **From:** | Alice Visocchi [visocchi@dccc.org] |
| **Sent:** | 5/22/2018 7:53:15 AM |
| **To:** | Comm - South [Comm-South@dccc.org]; Comm - MAOV [comm-maov@dccc.org] |
| **Subject:** | TX/KY/GA: Newsweek: PRIMARY ELECTIONS 2018: MEET THE WOMEN CANDIDATES EYEING A PINK WAVE IN DEEP-RED TRUMP COUNTRY |

**PRIMARY ELECTIONS 2018: MEET THE WOMEN CANDIDATES EYEING A PINK WAVE IN DEEP-RED TRUMP COUNTRY**
Marie Solis // Newsweek
http://www.newsweek.com/primary-elections-2018-pink-wave-934633

Women are cleaning up in their Democratic primaries already this cycle, landing victories that have so far delivered on the promise of the "pink wave" foretold by the Women's March and the record number of women running for office in 2018.

Last week, women ran in 13 of Pennsylvania's 18 House districts, emerging as decisive victors in eight of those races. Four of the women have a good shot at winning November's general elections and putting an end to their state's all-male congressional delegation. On the same night, first-time candidate Kara Eastman stunned the Democratic establishment when she defeated her centrist competitor Brad Ashford, who lost despite support from the Democratic Congressional Campaign Committee. And, the week before, women in Indiana, North Carolina, Ohio and West Virginia made a strong showing, winning 17 of the 23 Democratic House contests that had at least one female candidate vying for the party nomination.

On Tuesday, women will test the strength of the movement in another handful of solid Republican states—Arkansas, Kentucky, Georgia and Texas—where primary results will begin to indicate whether Democrats can turn red Trump country pink.

Here are a few women to watch:

Lucy McBath
Lucy McBath could deal the Democratic establishment another blow on Tuesday, boasting a healthy chance of beating out Democratic Party favorites Bobby Kaple, a former TV anchor with local party support, and businessman Kevin Abel in Georgia's 6th congressional district. Women Democrats make up about 60 percent of the Democratic voter base in the district, while people of color make up about 25 percent. And, with over $800,000 in campaign funds, McBath tops both Kaple and Abel in fundraising.

McBath is a first-time EMILY's List-backed candidate who was inspired to run when her son Jordan was fatally shot in 2012 after a man opened fire on four teenagers he thought were listening to music too loudly at a gas station. Her son's murder turned McBath, a former flight attendant, into a full-fledged activist, advocating for gun control and civil rights.

New York Senator Kirsten Gillibrand, who has backed a number of first-time candidates this cycle both vocally and with campaign donations, voiced her support for McBath in a Sunday tweet.

Kirsten Gillibrand
✓
@SenGillibrand
.@LucyWins2018 is a mother, wife, businesswoman and social justice activist fighting to flip #GA06 blue in November! She's running to end the senseless gun violence against young black men in this country that took the life of her son over five years ago.

4:06 PM - May 20, 2018
353

DCCC_000262

141 people are talking about this

National Democrats are particularly sensitive about this district, being that another first-timer, Jon Ossoff, came tantalizingly close to upsetting Republican Karen Handel, the district's current incumbent, in an April 2017 special election, only to lose by fewer than 2 percentage points. Going into Tuesday's primary, they think Kaple and Abel are their best chance at flipping the seat, but McBath could prove otherwise.

### Stacey Abrams

Come November, Georgia could see its first black female governor in the form of Stacey Abrams, the former minority leader of the state's House of Representatives.

Abrams's progressive campaign has won her the endorsement of national women's groups like EMILY's List, NARAL Pro-Choice America and Planned Parenthood, as well as prominent members of Congress like independent Vermont Senator Bernie Sanders.

Abrams's national popularity has helped her bring in about $3.3 million as of the end of March, outraising her opponent Stacey Evans, a representative in Georgia's House running on platforms like raising the minimum wage, making health care affordable and accessible and reforming the criminal justice system. A recent NBC affiliate poll showed Evans lagging behind Abrams by 19 points, making Abrams the likely party nominee.

"I think that it is a deep honor to have the opportunity to do something no African American woman before me has done," Abrams told Newsweek in December, on the heels of Doug Jones's Alabama win, which was in large part thanks to black women voters. "The challenge ahead of me is not about whether I can do the job, but whether people are willing to invest in my ability to do it, and willing to break this last barrier and say, 'Yes, this is possible, and Stacey Abrams is the woman to get it done.'"

### Amy McGrath

Amy McGrath, a former fighter pilot and first-time candidate, wants to be the Democrat to topple three-term Republican incumbent Andy Barr in Kentucky's 6th congressional district, one that Trump won by more than 15 points.

McGrath is currently leading a pack of six Democratic candidates in fundraising, having raised over $2 million for her primary bid, just a few hundred thousand dollars less than Barr. Trailing McGrath is Lexington, Kentucky, Mayor Jim Gray, who was encouraged to run by the DCCC. Still, despite being the establishment pick, there are signs Gray could fall to McGrath: On Friday, the mayor released an attack ad against his leading primary competitor, drawing attention to her recent residence in Maryland. Being that Gray had "largely ignored" McGrath for most of the race, the attack ad suggested, according to the Lexington Herald Leader, that Gray "sees the race as competitive."

If McGrath wins Tuesday night, she would still face an uphill battle against Barr, who's sitting rather comfortably in a solidly red district. But like many Democratic challengers this cycle, McGrath is hoping she can win over disillusioned voters by positioning herself as a political outsider.

"People are tired of the dysfunction in Washington, they're tired of standard politicians," she told Cosmopolitan in February. "I'm not the establishment in the Republican or the Democratic side. I'm just an American who wants better government, who wants to represent the people, who served her country and knows we can do better."

Amy McGrath
✓
@AmyMcGrathKY
In just one week, Kentuckians will go to the polls. We can win this, but we need to finish this final stretch strong.

Check out my final ad for the primary here, and contribute what you can to help me keep it on the air through next Tuesday.https://secure.actblue.com/donate/mcgrath1week ...

DCCC_000263

3:22 PM - May 15, 2018
348
133 people are talking about this
Twitter Ads info and privacy

Laura Moser

The results of Tuesday night's runoff election in Texas's 7th congressional district will reveal whether first-time candidate Laura Moser's campaign survived a full-scale attack from the Democratic establishment.

The DCCC's campaign against Moser, who's backed by the Sanders-inspired progressive group Our Revolution, is perhaps the most extreme example of the committee's meddling in primary contests across the country. In March, the DCCC published opposition research against Moser, stating bluntly, "Democratic voters need to hear that Laura Moser is not going to change Washington." The DCCC sought to tear down Moser in favor of her opponent, Lizzie Pannill Fletcher, who landed the first-place spot in the March 6th primary with about 5 percent more of the vote.

With the two candidates neck-and-neck, Tuesday's race could be a nail-biter that ultimately spells further misery for the Democratic establishment, which has already seen at least one major upset so far this cycle. National Democrats worry about blowing their shot at defeating Republican Representative John Culberson, who's held the seat for almost two decades. The district went to Hillary Clinton in 2016, and Cook Political Report rates it as a toss-up, making TX-07 fertile ground for Democrats looking to flip the 23 seats they need to win back control of the House.

Moser has said she's just the person to recapture Trump voters and pick up the critical seat.

"They [the DCCC] think the only candidates who can win are kind of Republican-like candidates," Moser told ABC News in February, ahead of the first primary. "I'm attracting Republican voters not because I'm trying to be a Republican but because I'm a straight talker."

Laura Moser #TX07
✓
@lcmoser
To change our policies, we need to change who makes them. I'm a working mom, I'm a @MomsDemand Gun Sense Candidate, and I'm on the ballot in #TX07 on Tuesday.

Find your polling location: http://www.votelauramoser.com  #GunReformNow

1:20 PM - May 19, 2018
140
77 people are talking about this

Texas hasn't sent a new woman candidate to Congress in more than two decades, and, only three women currently represent the state's 38-member congressional delegation.

Gina Ortiz Jones wants to be one of the Texas women to change that. Ortiz Jones, an Air Force veteran who served in Iraq, worked for the Trump administration up until June 2017, when she resigned her director post in the Office of the U.S. Trade Representative. Back in January, she told Newsweek that she was ready for her latest challenge: winning Texas's 23rd congressional district's Democratic primary and, eventually, defeating Republican incumbent Will Hurd.

"As a woman, woman of color and member of the LGBTQ community, I think we're just done assuming someone can do for us what we can do for ourselves," Ortiz Jones said at the time. "Why not this? I've got the background, personal experience and the moral courage to stand up and speak for those who can't speak for themselves. This is the fight and I'm willing and able to do that."

DCCC_000264

The odds are looking good for Ortiz, who won Texas's March primaries with roughly 41 percent of the vote to runner-up Rick Treviño's 17 percent. And while Cook has deemed the district a "lean Republican," TX-23 is essentially a swing district that narrowly went to Clinton in 2016. With the DCCC's backing, Ortiz could turn the district seat blue again. By Ortiz's estimation, it's the Democrats' to lose.

"This a race we lose, not that they win," Ortiz told Newsweek. "It's important to put up candidates who represent and excite the base because when we do that, folks turn out to vote. And when folks turn out to vote, we win."

DCCC_000265

| From: | Alice Visocchi [visocchi@dccc.org] |
|---|---|
| Sent: | 3/1/2018 3:03:20 PM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-all: Vox: Texas Republicans are getting spooked by huge Democratic turnout in the primaries |

**Texas Republicans are getting spooked by huge Democratic turnout in the primaries**
What the spike in early Democratic voter turnout in Texas tells us.
Tara Golshan // Vox
https://www.vox.com/policy-and-politics/2018/3/1/17066848/texas-primary-early-voting-turnout

Democrats want to make Texas blue — or at the very least, purple — and a massive surge in voter enthusiasm is giving them hope.

Early vote totals for Texas's midterm election primaries are looking good for Democrats, who are showing extremely high levels of enthusiasm. Democratic turnout has increased by 90 percent compared to the 2014 midterms and is even above the 2016 presidential election year levels. Republican early voter turnout is up by 17 percent from 2014 but still lagging behind 2016 turnout.

With a primary Election Day on Tuesday that will determine the Democratic and Republican frontrunners for all 36 congressional districts, a US Senate seat, and a governor's office, Democrats are hoping this early surge of energy among their base can carry through to November.

The energy is beginning to spook Republicans in the state. Republican Gov. Greg Abbott is up for reelection, and his campaign told supporters the energy "should shock every conservative to their core."

At a GOP event, Texas Sen. Ted Cruz told supporters that Democrats would "crawl over broken glass in November to vote," warning that Republicans "could get obliterated at the polls."

To be sure, early voting numbers don't dictate the outcome of elections (Hillary Clinton's early voting totals also looked pretty good going into Election Day), and November is still a long way away. But in a state notorious for having some of the lowest voter turnout in the country, this is a major sign that Democrats are motivated to get out to the polls.

What we can — and cannot — take away from the early voting numbers
Early voting numbers aren't a good indicator of election outcomes, but they are a strong measure of voter enthusiasm; lots of early voters means lots of decided voters.

And in Texas's biggest counties, Democrats are even surpassing their early voting numbers from the 2016 primaries, a presidential year. (Midterm election years usually see depressed voter turnout.) The state hasn't tracked early voting in smaller, more rural counties, where Republicans likely have a much larger advantage.

Even so, the action is putting Republicans on their toes. Democrats have already won several deeply red state special elections around the country and come close in several others. Their high fundraising numbers also can't be overlooked. Democratic favorite Rep. Beto O'Rourke, who's aiming to challenge Cruz in November, has already out-fundraised the Republican incumbent.

More participation in primary elections doesn't necessarily correlate with higher voter turnout in general elections. Republicans could — and have in the past — turned out in much higher numbers in the general election than in the primary. But there's no question that enthusiasm is high among Democrats. This means that in November they'll need to keep up their voter mobilization efforts in urban counties if they have any hope of winning over some Republican congressional seats.

As Vox's Ella Nilsen explained, Democrats are eyeing three districts in Texas for November — around Dallas, Houston, and San Antonio — all of which Clinton carried by a couple of points in 2016 and have the potential to flip blue.

DCCC_000266

Democrats are banking on President Donald Trump's unpopularity to push people to the polls. And Republicans are taking the threat seriously. Trump's favorability in Texas isn't as high as a state with a deeply red reputation would suggest. In February, 78 percent of Democrats found Trump to be very unfavorable and only 53 percent of Republicans found him to be "very favorable."

Texas is known for having terrible voter turnout
Historically, Texas has consistently had some of the lowest voter turnout in the country.

The depressed electoral participation has been attributed to a host of reasons in the past, from acts of voter suppression to unmotivated voters. In 2010, slightly more than a third of eligible Texas voters decided the governor's race. Less than 30 percent voted in the 2014 midterm cycle's general election.

But as the Texas Tribune's Alexa Ura and Ryan Murphy point out, Texas's turnout is also deeply tied to demographics:

Hopes for a swell in voter turnout often hinge on the state's burgeoning Hispanic population. But a breakdown of the population by age shows a third of Texas Hispanics aren't even of voting age. In fact, those under 18 make up the state's largest Hispanic age group. Meanwhile, those aged 45 to 64 make up the biggest age group of white Texans.

To be clear, Hispanic adults participate in elections at lower rates than their white and black counterparts overall, which makes them an easy target for voter mobilization efforts. But when it comes to convincing Hispanic voters to play a bigger role in elections, it doesn't help that they're already starting from behind.

Generally speaking, Texas's older population is much more likely to participate in elections than the young population, with the largest turnout from voters 65 and up. So while Texas is a young state, older Texans make up most of the vote.

Democrats are hoping Trump's unique unpopularity — and his targeted attacks on the Hispanic population — can be enough to change the tide.

The enthusiasm for the primaries is proving to be some encouragement.

DCCC_000267

**From:**      Alice Visocchi [visocchi@dccc.org]
**Sent:**      3/1/2018 10:17:26 AM
**To:**        Comm - South [Comm-South@dccc.org]
**Subject:**   TX-all: Vox: Why Democrats are suddenly competitive in deep-red Texas

**Why Democrats are suddenly competitive in deep-red Texas**
"We're definitely seeing unbridled enthusiasm among Democrats."
Ella Nilsenella // Vox
https://www.vox.com/policy-and-politics/2018/3/1/17058372/democrats-2018-texas-primary-midterms-congressional-districts

For the first time in decades, Democrats are making a big play for Texas in 2018.

There are Democratic candidates running in all of the state's 36 congressional districts for the first time in 25 years. Democrats know they won't be competitive in every congressional district, but they have their sights set on the three they believe they have the best shot at winning — the Seventh Congressional District in Houston against incumbent Rep. John Culberson, the 23rd Congressional District outside San Antonio against incumbent Rep. Will Hurd, and the 32nd Congressional District in Dallas against incumbent Rep. Pete Sessions.

There were signs before 2018 that these three districts could be shifting blue; namely, the fact that Hillary Clinton carried all three by a couple of points in the 2016 election.

There's a popular Democratic Congress member, Rep. Beto O'Rourke, challenging (and out-fundraising) Sen. Ted Cruz in the race for US Senate. And though Democrats are facing tremendously steep odds in the governor's race against incumbent Greg Abbott, they are still trying, with two strong candidates leading a pack of nine candidates.

Democrats are also fielding candidates in three more Texas congressional districts they see as more of a long shot but still in play: the Second, 21st, and 31st.

"We're definitely seeing unbridled enthusiasm among Democrats," said Mark Jones, a political science professor at Rice University in Houston.

To be sure, competing seriously in Texas is still a long shot for Democrats. Sessions and Culberson, in particular, are formidable incumbents who have been in office since the early 2000s. But the fact that there are fields of seven Democratic candidates lining up to challenge each one is notable in a state where those primary fields were empty just two years ago.

In 2016, "They couldn't even find a gadfly to run," Jones said. Now, "Not only are you seeing a large number of Democrats file [paperwork to run], but you're seeing some really top-tier candidates. Democrats came out of the woodwork."

Democrats got a taste of good news in 2016 with Clinton's better-than-expected margins in these congressional districts. Fast-forward a year and a half; now Democrats have already pulled off a long-shot win in deep-red Alabama in 2017.

They could repeat that in Texas if they can do two things at once: spur Hispanic and Latino voters to turn out in droves, and peel off white, moderate suburbanites who don't like Donald Trump (particularly women).

To see whether Democrats can flip seats in Texas, these three congressional races are the ones to watch.

Why Texas could be in play for Democrats

DCCC_000268

In past years, the 23rd Congressional District was known as the only one that Democrats could plausibly win. Their map is expanding in 2018 for two big reasons: a national anti-Trump backlash and rapidly changing voter demographics in the state.

The president's approval rating in the Lone Star State is noticeably low — 39 percent, as opposed to the 54 percent of Texans who say they don't like him. This may seem surprising at first blush, given that Texas is thought of as the home of conservative politics. But Texas has a lot of college-educated, affluent, suburban voters, who historically don't like Trump that much — especially suburban white women.

View image on Twitter
View image on Twitter

Dave Wasserman
✓
@Redistrict
I've spent my career downplaying Dems' odds in Texas, but there's something different going on there this cycle.

5:21 PM - Feb 26, 2018
6,097
2,632 people are talking about this
Twitter Ads info and privacy

But it shouldn't actually be that surprising that the state is warming to Democrats, according to Dave Wasserman, an elections analyst and the US House editor of the Cook Political Report. There are a number of reasons behind that, chief among them that Texas's demographics are changing rapidly. The 2010 census showed about 51 percent of the state's overall population is Hispanic or Latino. An influx of 2.7 million new Texans has come into the state since 2010; more than half are Latino.

"Democrats are doing much better anywhere there's diversity. Texas is the ultimate multicultural state, maybe second only to California," Wasserman said.

And it's not just about Democrats making a play for Latino voters. There's a large number of suburban voters — particularly women — who are dissatisfied with Trump. They could be up for grabs, and Democrats are certainly making a play for them.

Democrats have the demographics — but do they have the votes?
The ultimate test for Texas Democrats in 2018 will be turnout. Republicans have a firm grip on state politics. Through a mix of voter suppression, gerrymandering, and noncompetitive races they've been able to keep turnout relatively low in the state for years.

For example, non-Hispanic whites in Texas make up less of the total population but more of the active voter population. According to the US Census Bureau's Current Population Survey, non-Hispanic whites made up 47 percent of all Texas adults in 2016 but also made up 61 percent of Texas voters that year.

A recent analysis by the Texas Tribune found part of that is due to age: A third of Texas's Hispanic population isn't old enough to vote yet. On the flip side, residents between the ages of 45 and 64 account for the largest age group of white Texans (and are ones who vote more).

But that also could be changing, as the latest early voting numbers trickling in suggest. More than 16,000 more Democrats have cast ballots than Republican voters in 2018 early voting so far; as of Sunday, 135,070 people had voted in the Republican primary and 151,236 in the Democratic primary, the Dallas Morning News reported. Compared to the same period in 2014, Democratic turnout shot up 69 percent, while Republican turnout saw a 20 percent bump.

DCCC_000269

Early voting numbers are a much better predictor of enthusiasm rather than actual turnout, but the numbers were enough to scare Texas Gov. Greg Abbott (R), who promptly sent out a fundraising email saying the numbers "should shock every conservative to their core."

"We had always hoped the liberal wave would never hit Texas, but these early voting returns aren't encouraging so far," Abbott's email read.

And Texas Republican gerrymandering could come back to bite them in 2018. That's because hyper-blue Travis County (home to Austin) was cut into five different congressional districts when Republicans redistricted. If Austin voters turn out heavily in their respective districts, it could help shift things toward the Democrats, especially in the 21st Congressional District.

"Partisan mapmakers tend to overreach," Wasserman said. "Just because the plan has worked well until now doesn't mean it will work well in 2018."

No matter what, 2018 will shed a lot of light on the question of whether Democrats can turn Texas into a new electoral opportunity in future elections. As Wasserman pointed out to me, Texas is part of a Southern bloc of states known as the Sunbelt, along with others like Arizona, Georgia, and North Carolina, plus Southern California and parts of Florida. It's a spot where Democrats are hoping to solidify their political future.

"That Democrats' future is in the Sunbelt ... their Midwestern seats may not be as friendly over the long term as some emerging opportunities in the South," Wasserman said.

Here are the key Texas primaries that will be decided next week:

Seventh Congressional District — Houston

Texas's Seventh Congressional district map.
Democrats
Joshua Butler, a health care administrator
James Cargas, a former Hill staffer
Lizzie Pannill Fletcher, a longtime Houston attorney
Laura Moser, a former freelance journalist and activist
Ivan Sanchez, an entrepreneur and precinct chair of the Harris County Democratic Party
Alex Triantaphyllis, a Houston nonprofit executive
Jason Westin, a doctor and cancer researcher
Republicans
Rep. John Culberson (R-TX) — incumbent
Edward Ziegler, energy business executive
Candidates to watch
Texas politics experts say the three Democratic candidates who have risen to the top of the field include Moser, Fletcher, and Triantaphyllis. Westin, the cancer doctor, has also gotten a lot of attention.


The DCCC has also drawn criticism for getting involved in the primary, publishing an opposition research memo against Moser, based on a 2014 Washingtonian piece she wrote in which she wrote she would "sooner have my teeth pulled out without anesthesia" than move back to her grandparents' home in Paris, Texas, and raising questions about contracts with her husband's consulting firm.

"When there's a truly disqualified general election candidate that would eliminate our ability to flip a district blue, that's a time when it becomes necessary to get involved in these primaries," DCCC spokesperson Meredith Kelly told Vox. "This district is too important to let it go without trying."

Two candidates will enter into a runoff if no one can garner 50 percent of the vote.

Issues

Expect disaster relief funding to become an issue as we move closer to the general election in fall. Houston was hit hard by Hurricane Harvey in 2017, and many residents are still feeling the impact.

32nd Congressional District — Dallas

Texas's 32nd Congressional District map.
Democrats
Colin Allred, a civil rights attorney and former NFL player
Ron Marshall, an aerospace engineer
Todd Maternowski, a small-business owner
Ed Meier, a former Obama administration official in the State Department and Hillary Clinton campaign staffer
George Rodriguez, an attorney
Lillian Salerno, a former Obama administration official who served as the deputy undersecretary for rural development
Brett Shipp, a former investigative reporter
Republicans
Rep. Pete Sessions (R-TX) — incumbent
Paul Brown, a US Marine Corps veteran and former intelligence analyst
Candidates to watch
Allred, Meier, and Salerno are seen as the three top candidates in a crowded field. The DCCC hasn't weighed in the same way it did in the Seventh Congressional District. When it gets to the general election, Democrats are sure to try to tie Sessions to Trump; Sessions's voting record aligns almost perfectly with Trump's policy priorities. Two candidates will enter into a runoff if no one can garner 50 percent of the vote.

Issues

All three frontrunners in the Democratic primary for the 32nd District are staunch progressives, running on issues including voting rights, education and the economy, and immigration.

23rd Congressional District — San Antonio area to the Mexico border

Texas's 23rd Congressional District map.
Democrats
Judy Canales, a former USDA official under the Clinton administration
Jay Hulings, a former federal prosecutor
Gina Ortiz Jones, a former US Air Force veteran and an official at the Office of the US Trade Representative under President Barack Obama
Rick Treviño, a San Antonio teacher
Angela "Angie" Villescaz, resident of Uvalde, Texas
Republicans
Rep. Will Hurd (R-TX) — incumbent
Alma Arredondo-Lynch, a dentist and teacher
Candidates to watch
Jay Hulings and Gina Ortiz Jones have made names for themselves in this district. Hulings is seen as the favorite of the Democratic establishment (he's been backed by House Minority Whip Steny Hoyer), but Ortiz Jones has the endorsement of Emily's List and LGBTQ and veterans groups along with strong fundraising numbers. The two candidates will enter into a runoff if neither can garner 50 percent of the vote.

Issues

Immigration is a huge issue in the massive 23rd Congressional District, which covers the vast majority of the US border with Mexico. Incumbent Rep. Will Hurd is a fairly well-liked, moderate Republican who has been trying to distinguish

DCCC_000271

himself on immigration. (He was a co-author of the Hurd-Aguilar bill to protect the young unauthorized immigrants known as DREAMers.) But Democrats are likely to try to tie Hurd's voting to Trump in the general election.

The Texas governor's race
Democrats face near-impossible odds in their attempt to unseat Abbott, an incumbent who is one of the most popular governors in the country. But like in other races, they're running a huge field of candidates.

Democrats
Adrian Ocegueda, a financial analyst
Andrew White, a business executive and son of former Texas Gov. Mark White
Cedric Davis, former mayor of Balch Springs, Texas
Grady Yarbrough, former teacher
James Jolly Clark, a business executive in Austin
Jeffrey Payne, a business executive
Joe Mumbach, an audio-video technician
Lupe Valdez, the former Dallas County Sheriff and a US Army veteran
Thomas Wakely, a former union organizer and business owner
Republicans
Gov. Greg Abbott — incumbent
Larry Secede Kilgore, a perennial Texas secessionist candidate
Barbara Kruger, a retired teacher
Candidates to watch
Valdez and White have been leading the Democratic primary from the start. White is the son of a former governor; Valdez was known for being the only Latina sheriff in the United States when she served as Dallas County sheriff from 2005 to 2017. Valdez has pulled ahead in recent polls, but she's still not above 50 percent, which would mean another runoff.

Whoever wins will face a very tough general election campaign. "The race between Valdez and White determines who loses to Greg Abbott in November," said Mark Jones, the Rice University professor. Still, outside political observers say the race could indicate where the future of Texas Democrats lies; Valdez will likely turn out Latino voters, while White could appeal to moderate suburban voters dissatisfied with Trump and the Republicans.

Issues
There is a slew of issues in the governor's race, but ones sure to come up in the Democratic primary includes the state's response to immigration and border security, infrastructure, disaster relief, education funding, and access to women's health clinics.

US Senate race
Democrats
Sema Hernandez
Edward Kimbrough
Rep. Beto O'Rourke (D-TX) — Congress member representing Texas's 16th Congressional District
Republicans
Sen. Ted Cruz (R-TX) — incumbent
Stefano de Stefano
Bruce Jacobson Jr.
Mary Miller
Geraldine Sam
Candidates to watch
This race will come down to O'Rourke and Cruz. O'Rourke is the progressive Democrat who has been campaigning across Texas Barack Obama-style, drawing crowds in even the most conservative areas, according to the Texas Tribune. He's

running on a platform calling for access to universal health care and progressive immigration policies (basically the antithesis of Cruz).

Issues

Cruz is certainly not the most well-liked Republican in the Senate, but he has a 50 percent approval rating among Texas voters, according to a Morning Consult poll. However, his fate is somewhat tied to President Trump's approval rating, which is much lower. O'Rourke faces extremely long odds, but Democrats will again try to tie Cruz to Trump as much as possible and hope that Trump's approval rating in the state dips even lower in the coming months.

DCCC_000273

| | |
|---|---|
| **From:** | Alice Visocchi [visocchi@dccc.org] |
| **Sent:** | 2/28/2018 11:50:03 AM |
| **To:** | Comm - South [Comm-South@dccc.org] |
| **Subject:** | TX-all: Dallas Morning News: Storm warning: Democratic wave could wash away key GOP Texas Senate, House members |

**Storm warning: Democratic wave could wash away key GOP Texas Senate, House members**
Gromer Jeffers // Dallas Morning News, Commentary
https://www.dallasnews.com/opinion/commentary/2018/02/28/storm-warning-democratic-wave-could-wash-away-key-gop-texas-senate-house-members

The surge in Democratic primary voters for the March 6 elections has sparked renewed talk of a great blue wave that will wash through Texas, and the rest of the nation in November.

Such predictions have merit.

While it's still a bridge too far to predict that Democrats will sweep statewide offices or knock off Texas Gov. Greg Abbott, Republicans are at risk for significant losses in the midterm elections. And even the race at the top of the ticket, Rep. Beto O'Rourke's challenge of incumbent Sen. Ted Cruz, could be much closer than originally expected.

Abbott sounded the alarm with a fundraising email this week, saying the early vote totals from the first week should "shock every conservative to their core."

The email comes from a heavily favored incumbent with $43 million in his campaign fund.

Abbott is right to be concerned.

In the 15 highest voting counties, Democratic turnout was 69 percent higher than the first six days of early voting in the last midterm primaries in 2014, while Republicans saw a 20 percent increase. Of the totals in Dallas County, 20 percent of the primary voters had not participated in a Democratic Party primary, while 30 percent had only voted in one Democratic Party primary and 22 percent had voted in two primaries. But in most cases they were voters who had participated in general elections, which indicates that they are either independent of Republican voters.

Democrats need those voters, along with a strong base turnout, to beat the GOP in November.

Said Abbott: "We had always hoped the liberal wave would never hit Texas, but these early voting returns aren't encouraging so far."

In February, Cruz told a group of GOP voters that Republicans could get "obliterated at the polls and that Democrats would "crawl over broken glass in November to vote."

Democrats say the motivating force is President Donald Trump.

"These aren't brand-new voters. These are new primary voters," said Matt Angle, director of Democratic research group Lone Star Project and who has been studying the vote totals. "There is no question everything is coming together for Democrats. These are people who are very unhappy that Donald Trump is president."

In 2016 Trump stunned the nation by defeating heavily favored Hillary Clinton for president. His victory led to a deep depression among Democrats, quickly followed by outrage and vows to avenge Clinton and the party in the midterm elections. In resisting Trump, Democrats are also exorcising the ghosts in the presidential election.

In Texas, that could manifest itself in a series of down-ballot victories, and many powerful GOP incumbents are at risk.

DCCC_000274

The wave could wash away the career of longtime incumbent Rep. Pete Sessions, R-Dallas, who will face one of seven Democratic contenders in the race for Congressional District 32. In Dallas County much of the Democratic voter surge is being driven by the District 32 contest, though the largest concentration of voters have been in the Dallas-anchored district represented by Democrat Eddie Bernice Johnson.

Two other Republican incumbents, Will Hurd of San Antonio and John Culberson of Houston, could get swept away.

In North Texas, where Democrats are hoping to make gains in the Texas House, up to eight Republicans seats are up for grabs, including those held by incumbents Rodney Anderson of Grand Prairie, Matt Rinaldi of Irving, Jason Villalba of Dallas, Linda Koop of Dallas, and Cindy Burkett of Sunnyvale, who's running for Senate against incumbent Bob Hall of Edgewood.

And Democrats hope to unseat Konni Burton in Tarrant County's Senate District 10, the seat once held by Wendy Davis, the 2014 Democratic Party nominee for governor. There also will be a strong challenge from Democrats to the re-election of Sen. Don Huffines, the GOP incumbent from Dallas.

The last time a Democratic Party wave hit North Texas was 2008, when Democrats came within one seat of retaking the Texas House.

Because most of the Republican incumbents are hard-right conservatives, they contrast perfectly with Democrats being pushed by more progressive general election voters.

The only thing left for Republicans at risk is to run solid campaigns and turnout their conservative base. Even then, if the predicted wave comes, it may not matter for many GOP incumbents.

They would be sitting ducks.

DCCC_000275

| From: | Alice Visocchi [visocchi@dccc.org] |
|---|---|
| Sent: | 3/6/2018 9:09:13 PM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-07/23/32: Texas Tribune: Three U.S. House Democratic races appear headed for runoffs after early voting |

**Three U.S. House Democratic races appear headed for runoffs after early voting**
Abby Livingston // Texas Tribune
https://www.texastribune.org/2018/03/06/us-house-democratic-races/?utm_campaign=trib-social&utm_medium=social&utm_source=twitter&utm_content=1520391817

Former football player Colin Allred, retired Air Force intelligence officer Gina Ortiz Jones and attorney Lizzie Pannill Fletcher had early leads, but none were above the 50 percent threshold needed to avoid runoffs.

The big three U.S. House races that Democrats are expected to target next fall appear to be on track for runoffs, according to early returns Tuesday night.

These contests — in Dallas, Houston and southwest Texas — featured crowded primaries and the two strongest candidates in each race began to emerge Tuesday evening.

In the 32nd District, former NFL football player Colin Allred took first place in early voting with 40 percent of the vote, while former television journalist came in second with 17 percent. The eventual nominee will face U.S. Rep. Pete Sessions, a Dallas Republican, in the fall.

In the 23rd District, retired Air Force intelligence officer Gina Ortiz Jones won the early vote with 32 percent, while Judy Canales, Rick Treviño and former Department of Justice prosecutor Jay Hullings trailed with between 16 and 18 percent of the vote.

The winner of the likely runoff will take on U.S. Rep. Will Hurd, R-Helotes, in the fall.

In the 7th District, attorney Lizzie Pannill Fletcher was ahead after early voting with 31 percent, while journalist and activist Laura Moser trailed with 22 percent percent.

The winner of the likely runoff will take on U.S. Rep. John Culberson, R-Houston, in the fall.

DCCC_000276

| From: | Meredith Kelly [Kelly@DCCC.ORG] |
|---|---|
| Sent: | 2/27/2018 8:14:47 PM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-07/29: Houston Chronicle - National Democrats could undermine Texas momentum |

# National Democrats could undermine Texas momentum

By Jeremy Wallace, Houston Chronicle
February 27, 2018 Updated: February 27, 2018 7:27pm
https://www.houstonchronicle.com/news/politics/texas/article/National-Democrats-could-undermine-Texas-momentum-12714873.php

The biggest threat to a blue wave forming in Texas in 2018 may be the very Democrats who are trying to generate it.

In less than 10 days, national Democrats have jumped into two key congressional races in Houston and provoked a firestorm of controversy that threatens to undermine Democratic momentum that has been building for over a year, Texas political experts warn.

"Every time there has been national intervention by national Democrats in a Texas race, it has always been chaotic and damaged them in the long run," said Brandon Rottinghaus, a political science professor with the University of Houston.

Rottinghaus said in the two races national Democrats have waded into this year, they risk creating unnecessary divisions in a year Democrats need to be more unified if they are going to win races up and down the ballot in a state that Republicans generally dominate.

On March 6, Texas voters will decide who will carry the Democratic party's mantle into the battle for governor and a slew of other statewide offices. Click here for full coverage of the primary elections. Find our voters guide here.

"This is a problem in the general election if the Democratic base is divided again," Rottinghaus said.

It started a week ago when U.S. Senate Minority Leader Chuck Schumer antagonized Houston Democrats, particularly in the city's Latino communities, when he opted to endorse Tahir Javed for Congress, a recent Beaumont transplant who moved to Houston just last year. Javed is the only non-Latino running in the seven-person

DCCC_000277

Democratic primary to replace U.S. Rep. Gene Green in the 29th Congressional District, which includes east Houston and parts of Pasadena, South Houston and Galena Park. Hispanics make up 77 percent of that district, according to the U.S. Census Bureau.

"Exactly how tone deaf is Senator Schumer to endorse a non-Hispanic, carpetbagging, millionaire for our Congressional District 29?" asked J.C. Salazar, a Democratic voter in the 29th Congressional District for 65 years and who is backing attorney Roel Garcia in the race.

Schumer's endorsement has also been an irritant for the Congressional Hispanic Caucus in Washington that has endorsed state Sen. Sylvia Garcia in the race and supported her through their political action committee BOLD PAC. U.S. Rep. Tony Cardenas, a California Democrat who leads the group took the unusual step in publicly blasting Schumer's move.

"It is unfortunate that he is attempting to hinder history by not supporting state Sen. Sylvia Garcia, a lifelong public servant, in her bid to become the first Latina from Texas to serve in the U.S. House of Representatives," Cardenas said.

Sylvia Garcia is not the only Latina in Texas with a chance to become the first. In El Paso and in South Texas, other women are in strong positions to win seats.

If that weren't enough the Democratic Congressional Campaign Committee in Washington decided to jump headlong into the 7th Congressional District primary battle days later. The DCCC launched a late-night attack on Thursday against one of the seven Democrats running, Laura Moser. The attack blasts Moser as a Washington insider who would jeopardize the Democratic Party efforts to win the seat in November if she wins the primary.

Moser said she was shocked at how aggressive the DCCC got. She said if anything, she is the best type of candidate because she is an unscripted tell-it-like-it-is candidate, rather than the over-coached candidates that robotically spout out what the DCCC tells them to say. She said voters are looking for someone more genuine.

"I'm the only one who can win," Moser said.

DCCC_000278

At the heart of the DCCC's concern is a comment Moser gave a Washington, D.C. publication in 2014 in which she is quoted saying that she'd rather have her "teeth pulled without anesthesia" than return to Paris, Texas, to work. That quote was in a November 2014, Washingtonian magazine story.

Moser said she has no trouble defending those comments in a general election and the DCCC needs to stay out of the race. She said the DCCC clearly doesn't understand Texas if they think Paris and Houston are similar. Her comments were about how the cost of housing in more rural places like Paris is really inexpensive, but she doesn't want to leave urban life and the availability of jobs behind.

The DCCC has not said which of the other candidates they think is the best candidate for the general election against U.S. Rep. John Culberson, R-Houston, one of their top targets for defeat in 2018.

Rottinghaus said in both of the races, national Democrats are only poking at the wounds that still remain from the 2016 presidential primary between Hillary Clinton and Bernie Sanders. He said a lot of Democrats then protested the way national Democrats tried to clear a path for Clinton over Sanders and are now seeing the same thing happen in the two races.

The Republican Party of Texas, which has been dealing with questions about their own Tea Party vs. moderates divide, is relishing the opportunity to talk about their rival's internal strife.

"The Democrats are once again so desperate to try to win in the general election that they are willing to throw away the integrity of the primary process," party chairman James Dickey said. "The Republican Party of Texas encourages all voters to remember how the Democrats treat their primary voters when the general election begins this fall."

## Momentum shift

Since President Donald Trump took office, Democrats have been building momentum nationally and in Texas. They have been upsetting Republicans in special elections in other states. In Texas, Democrats have seen a record number of candidates running for Congress and the Legislature. And, Democratic turnout in early voting has been way ahead of what it was in past gubernatorial election cycles.

That momentum has triggered concern in some GOP circles. Gov. Greg Abbott's campaign sent out emails to supporters this week warning of the Democratic energy that has been forming and should be a motivator for Republicans to get more active.

Harris County Republican Party spokesman Vlad Davidiuk said while Democrats have had a surge of early voting, the GOP knows that as factions develop it will impact the enthusiasm going into the general elections later this year.

Other Democrats on the ballot are worried about the outside intervention as well. U.S. Senate candidate Beto O'Rourke made clear in an interview on CBS News on Tuesday that he doesn't want to see national Democrats injecting themselves in primaries in Texas.

"I don't think the DCCC, the DNC, any of those in Washington D.C. have any place in our campaign or election in Texas," O'Rourke said. "I think this is up for Texans to decide."

It is not the first time O'Rourke has tried to distance himself from Washington as he bids for a seat in the Senate.

"No, I don't want Nancy Pelosi to come to Texas to campaign for us," O'Rourke said last year when asked if he would accept campaign help from the former House Speaker.

There is a good reason for that Rottinghaus said. When national Democrats get into the race, Texas Republicans are quick to cite it as evidence that "outside national forces are trying to turn Texas blue."

Look no further than Saturday when U.S. Sen. Ted Cruz in an interview in El Paso was quick to point out that Schumer had been in Houston in January raising money for Democrats at the same event O'Rourke attended.

"My opponent is raising a ton of money. It doesn't hurt that Chuck Schumer came down to Texas and brought his liberal buddies with him," Cruz said.

Jeremy.Wallace@chron.com

Twitter.com/JeremySWallace

DCCC_000280

**Meredith Kelly**
DCCC Communications Director
(339) 364-0494
@meredithk27

DCCC_000281

| From: | Alice Visocchi [visocchi@dccc.org] |
| Sent: | 5/15/2018 3:04:11 PM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-all: Houston Chronicle: Early voting in Texas off to slow start |

**Early voting in Texas off to slow start**
Jeremy Wallace // Houston Chronicle
https://www.chron.com/news/politics/texas/article/Early-voting-in-Texas-off-to-slow-start-12914408.php

Early voting is underway in Texas, but if the first day is any indication, the state once again is looking at an incredibly low turnout.

In Harris County, just 34,665 voters had voted early on Monday or through absentee ballots in the runoff primary elections that will decide which of two Democrats will take on Gov. Greg Abbott in the fall and decide who will represent parts of Houston in Congress for possibly years to come. Just 2,505 Republicans voted early on Monday, while just 2,059 Democrats voted in person.

Nearly 16,000 Democratic voters have used vote-by-mail, while about 14,000 Republicans have used vote-by-mail.

Harris County has more than 2.2 million registered voters.

Texas runoff elections traditionally have terrible turnout, said Robert Lowry, a University of Texas at Dallas political science professor. In the last mid-term election cycle in 2014, the runoff elections generated about half the turnout as in the primary elections, he said. In the March primaries, Texas had just a 17 percent turnout of the state's 15.2 million voters.

Lowry said a big problem this year is that there are no statewide races for Republican primary voters. And for Democrats there is just one, the governor's race between Lupe Valdez and Andrew White — two candidates who are still largely unfamiliar to a lot voters. It's the first Democratic runoff election for governor in 28 years.

In the primary elections, if no candidate gets more than 50 percent of the vote, the top two vote-getters advance to a runoff election.

But the Houston area has two high-profile congressional race primaries that could boost turnout in pockets. In the race for the 2nd Congressional District, the winner of the GOP runoff between State Rep. Kevin Roberts and retired Navy SEAL Dan Crenshaw will advance to the November general election and immediately become a favorite to win that race. The 2nd District has been held by a Republican since 2004, and President Donald Trump beat Hillary Clinton in the district by 9 percentage points in 2016.

For Democrats, the race for the 7th Congressional District has become one of the nation's most competitive primaries between Lizzie Pannill Fletcher and Laura Moser. The winner of that race will advance to November to take on U.S. Rep. John Culberson, R-Houston, in a district both Republicans and Democrats expect to be one of the most competitive races in Texas.

Being the top vote-getter in the March 6 primary is no guarantee of future success, according to research by Texas Election Source, a nonpartisan group based in Austin that studies election data. Since 2002, they reviewed 144 races that included statewide races, legislative contests, state board of education seats and federal races such as ones for Congress. The data showed the highest vote-getter in March wins the runoff 61 percent of the time, but loses nearly 40 percent of the time.

DCCC_000282

"Even if a candidate is not the top vote-getter, there is a lot of opportunity to still win," said Jeff Blaylock, publisher of the Texas Election Source.

One of the reasons for the traditionally low primary turnout is because of how early the voting begins. Texas' March 6 primary election is the earliest primary election in the nation, giving candidates only a couple of months after Christmas to build up their campaigns and get out the vote.

Early voting runs from 7 a.m. to 7 p.m. through Friday. Election Day for the runoff is on May 22. To find early voting locations in Harris County, visit www.HarrisVotes.com or call 713-755-6965.

DCCC_000283

**From:** Alex Torpey [Torpey@dccc.org]
**Sent:** 10/26/2018 3:16:25 PM
**To:** Comm - Expansion [comm-expansion@dccc.org]
**Subject:** TX-31: Texas Daily Telegram: Won't back down: Hegar campaigns in Belton despite atmosphere of threats

http://www.tdtnews.com/news/article_ba867716-d8cd-11e8-a512-93e49d4d1846.html

## Won't back down: Hegar campaigns in Belton despite atmosphere of threats
**Texas Daily Telegram // Jacob Sanchez**

In the wake of several prominent Democrats receiving pipe bombs, Democratic U.S. House candidate MJ Hegar asked herself a tough question.

"Frankly, I had to look in the mirror and ask myself if I was doing the right thing for my family," the Air Force veteran said Thursday during a campaign event in Belton. "It's easy to be brave and put your life on the line when you're in the military. It's different when somebody could be threatening your kids."

Hegar is challenging U.S. Rep. John Carter, R-Round Rock, to be the next representative for Texas' 31st Congressional District. Although the race has been competitive, the Cook Political Report — a nonpartisan newsletter — rates the district as "Likely Republican."

Hegar visited Belton on Thursday to talk to supporters and lead an effort to call potential voters ahead of the Nov. 6 election. She told a group of more than 20 people she is doing the right thing by running for Congress despite threats. She said she does not want her two sons growing up in a world in which violence and threats can silence people.

"I certainly don't want them growing up with a mom where they see me back down from that kind of threat," Hegar said. "Probably the hardest thing I had to do was in the face of that news and the face of that moment in the mirror was continue on — and it's because of you."

Republicans have faced violence as well, with House Majority Whip Steve Scalise almost being killed in a shooting in which a man targeted GOP representatives practicing for a House baseball game.

Other Republicans have left restaurants in multiple incidents during which antagonists screamed at them.

Hegar's campaign stop in Belton came as early voting continues across the state.

Early voting records are being crushed in Texas. Just in Bell County, 25,767 people have cast their ballots, according to early voting reports issued Thursday by the county Elections Department.

Those numbers are changing how Hegar views her bid to unseat Carter, an eight-term incumbent.

"I have been saying that we're going to win this election. And I have started saying that we are winning this election," the 42-year-old said, citing turnout. "Why are we winning? Why are we setting records for turnout? ... Not because of me. It's not even because of (Senate candidate) Beto (O'Rourke). It's because of y'all."

Former state Rep. John Bigham attended the Hegar event. Bigham, 81, represented Bell County as a Democrat from 1968 to 1980.

He said Hegar will bring back the type of bipartisanship he saw when he was in the Texas Legislature.

"It used to be that Republicans and Democrats worked together. They disagreed on things but they would come together. It's not that way anymore," Bigham said. "I think she's strong enough to do a good job. Also, she understands enough to work with both sides."

DCCC_000284

Alex Torpey

Research Analyst · DCCC

(202) 741-1363

DCCC_000285

**From:**    Alex Torpey [Torpey@dccc.org]
**Sent:**    5/15/2018 11:17:33 AM
**To:**      Comm - Expansion [comm-expansion@dccc.org]; Comm - South [Comm-South@dccc.org]
**Subject:** TX-ALL: Houston Chronicle: Early voting in Texas off to slow start

https://www.chron.com/news/politics/texas/article/Early-voting-in-Texas-off-to-slow-start-12914408.php

### Early voting in Texas off to slow start
### Houston Chronicle // Jeremy Wallace

Early voting is underway in Texas, but if the first day is any indication, the state once again is looking at an incredibly low turnout.

In Harris County, just 34,665 voters had voted early on Monday or through absentee ballots in the runoff primary elections that will decide which of two Democrats will take on Gov. Greg Abbott in the fall and decide who will represent parts of Houston in Congress for possibly years to come. Just 2,505 Republicans voted early on Monday, while just 2,059 Democrats voted in person.

Nearly 16,000 Democratic voters have used vote-by-mail, while about 14,000 Republicans have used vote-by-mail.

Harris County has more than 2.2 million registered voters.

Texas runoff elections traditionally have terrible turnout, said Robert Lowry, a University of Texas at Dallas political science professor. In the last mid-term election cycle in 2014, the runoff elections generated about half the turnout as in the primary elections, he said. In the March primaries, Texas had just a 17 percent turnout of the state's 15.2 million voters.

Lowry said a big problem this year is that there are no statewide races for Republican primary voters. And for Democrats there is just one, the governor's race between Lupe Valdez and Andrew White — two candidates who are still largely unfamiliar to a lot voters. It's the first Democratic runoff election for governor in 28 years.

In the primary elections, if no candidate gets more than 50 percent of the vote, the top two vote-getters advance to a runoff election.

But the Houston area has two high-profile congressional race primaries that could boost turnout in pockets. In the race for the 2nd Congressional District, the winner of the GOP runoff between State Rep. Kevin Roberts and retired Navy SEAL Dan Crenshaw will advance to the November general election and immediately become a favorite to win that race. The 2nd District has been held by a Republican since 2004, and President Donald Trump beat Hillary Clinton in the district by 9 percentage points in 2016.

For Democrats, the race for the 7th Congressional District has become one of the nation's most competitive primaries between Lizzie Pannill Fletcher and Laura Moser. The winner of that race will advance to November to take on U.S. Rep. John Culberson, R-Houston, in a district both Republicans and Democrats expect to be one of the most competitive races in Texas.

Being the top vote-getter in the March 6 primary is no guarantee of future success, according to research by Texas Election Source, a nonpartisan group based in Austin that studies election data. Since 2002, they reviewed 144 races that included statewide races, legislative contests, state board of education seats and federal races such as ones for Congress. The data showed the highest vote-getter in March wins the runoff 61 percent of the time, but loses nearly 40 percent of the time.

"Even if a candidate is not the top vote-getter, there is a lot of opportunity to still win," said Jeff Blaylock,

DCCC_000286

publisher of the Texas Election Source.

One of the reasons for the traditionally low primary turnout is because of how early the voting begins. Texas' March 6 primary election is the earliest primary election in the nation, giving candidates only a couple of months after Christmas to build up their campaigns and get out the vote.

Alex Torpey

Research Assistant - DCCC

(202) 741-1363

**From:**      Alex Torpey [Torpey@dccc.org]
**Sent:**      10/26/2018 3:11:43 PM
**To:**        Comm - Expansion [comm-expansion@dccc.org]
**Subject:**   TX-31: Temple Daily Telegram: Abbott campaigns for Republicans at Belton stop

http://www.tdtnews.com/news/article_b6ca78d8-d707-11e8-ae37-574b24228bed.html

### Abbott campaigns for Republicans at Belton stop
### Temple Daily Telegram // Jacob Sanchez

With the light smell of barbecue in the air at Schoepf's Bar-B-Que, Texas Gov. Greg Abbott on Tuesday cast doubts on Democrats' hopes of winning in the Lone Star State.

Abbott — stumping in Belton on the second day of early voting as part of a 19-stop statewide tour of the state — touted his and the Republican Party's successes of keeping the state's economy in top shape and clamping down on illegal immigration.

"When you think of all the good things going on out there, you would think there should be absolutely no reason whatsoever that Republicans can even be challenged by Democrats," Abbott said. "The fact is there are challenges out there."

Some of those challenges are right at the doorstep of Bell County. U.S. Rep. John Carter, R-Round Rock, stood behind Abbott. The eight-term congressman is facing a well-funded challenge from Democrat and Air Force veteran MJ Hegar.

The governor, facing little competition from Democratic rival Lupe Valdez, was not in Belton to boost his chances of winning a second term. He was here to bolster the chances of down-ballot Republicans like Carter.

"Our wave needs to be a tsunami," Carter said, evoking the hyped blue wave that Democrats are hoping to create on Nov. 6. "If Republicans turn out, we have the votes to keep Texas red."

Abbott told the hundreds of people at the barbecue joint that they cannot lose Carter.

He warned that Hegar will be a figurehead for U.S. Reps. Nancy Pelosi and Maxine Waters — two Democrats often targeted by Republicans. The crowd jeered as the state's top elected officials evoked the names of Pelosi and Waters.

"We cannot lose any Republican in Congress. The tipping scale is going to be very close on whether if it is going to be Republicans or Democrats who will be controlling Congress," the governor said.

Brad Buckley, the GOP nominee for Texas House District 54, assigned two missions to the crowd as Election Days creeps up: "Go to the polls with your friends and family, and keep John Carter."

Unlike the 31st Congressional District representative, Buckley faces a challenger, Democrat Kathy Richerson, similar to that of Abbott's — a person with little name recognition and with barely any cash in her campaign coffers.

Still, though, Buckley said he is out meeting voters in West Bell County and Lampasas County to ensure his victory in Texas House District 54.

But Buckley, who received Abbott's endorsement last week, knows that sometimes unlikely things do come to fruition. The Salado veterinarian defeated an incumbent legislator, Scott Cosper, in the May runoff.

"If you had told me 18 months ago I would be standing with the governor, I would have said you were

DCCC_000288

crazy," Buckley said.

State Rep. Hugh Shine, R-Temple, gave a full-throated endorsement of his likely partner in the House.

"I'm looking forward to Brad Buckley joining me in the House as a pro-life, Christian, Second Amendment conservative," said Shine, who is unopposed in November. "I look forward to working with our senator, Sen. Dawn Buckingham. And, of course, my friend John Carter."

Buckingham — the chairwoman of the Texas Republican Party Victory Fund, a group that pushes for people to vote for the GOP — stressed the importance of casting a ballot in this election.

"Are we're going to vote for every Republican on the ballot?" the senator asked the crowd who shouted back yes to Buckingham. "Things are going well in Texas with Republicans in charge."

The governor discussed the record turnout reported across Texas on Monday. He emphasized that there is an abundance of voters showing up at early voting polls in Democratic strongholds across the state.

"If you haven't voted, you need to make sure you go today so you send a message that Bell County is leading the way of keeping Texas red," Abbott said, speaking a block away from a line of voters wrapped around the Bell County Annex.

"You need to make sure records are set right here in Bell County," he said. "If you do that, we're going to keep Bell County red; we're going to keep Texas red; and keep Texas the greatest state in the history of the United States of America."

Alex Torpey

Research Analyst - DCCC

(202) 741-1363

From:      Alex Torpey [Torpey@dccc.org]
Sent:      10/26/2018 10:29:01 AM
To:        Comm - Expansion [comm-expansion@dccc.org]
Subject:   TX-21: KXAN: Texas State students claim voter suppression during early voting

https://www.kxan.com/news/local/hays/texas-state-students-say-limited-chances-to-vote-on-campus-is-voter-suppression/1550365721

**Texas State students claim voter suppression during early voting**
**KXAN // Lauren Lammon**

While most polling places are open for two full weeks for early voting, the Texas State polling location closed after just three days despite having hundreds of students vote and wait in line each day.

Students are asking to re-open the location, but the North Hays GOP president is urging the county to keep the doors shut.

On Monday, Tuesday, and Wednesday, long lines of Texas State students wrapped around corners and stretched down hallways for the chance to cast their vote. Hundreds waited for hours, others gave up.

"I saw it and realized what was going to happen and said I have so much work to do," said Texas State University Student Justin Wright.

Wright, like many, missed his chance to vote on campus. On Thursday, Texas State was no longer a polling location, stairwells are empty, hallways have their usual traffic and students are furious.

"That's not enough time at all, especially for students who may not be traditional students that have other things going on," said Wright.

Students began contacting county leaders and demanding more days to vote on campus. When democratic commissioner, Debbie Ingalsbe reached out for thoughts the president of the North Hays Republican Group, Wally Kinney spoke up.

"If Debbie is bringing it forward, it probably means that it is going to favor the Democrats, so maybe I should not be in favor of this," said Kinney.

Kinney sent out an email to various groups asking them to contact commissioners and urge them NOT to extend voting times or days for university students. Adding students can vote at any other polling site in the county for the next week and a half.

"To say that's voter suppression is ridiculous," said Kinney.

Kinney says it's not about political party, it's about principle. "To change it in the middle of the election seems wrong to me no matter who it favors one way or the other. We have a process and we need to stick with the rules it seems to me like," he said.

But with only one other polling location in the city of San Marcos, students who would have to take a chain of buses to get there demand new rules. "Definitely extend the voting times that we have because students need it," said Wright.

The City of San Marcos says it's not a significant difference than years past. The city says it used previous voter turnout to determine appropriate polling days and times. Last year, the city offered two early voting days on campus and in the 2016 presidential election, they offered four days on campus.

KXAN is still waiting for a response from Hays County.

Alex Torpey

Research Analyst · DCCC

(202) 741-1363

DCCC_000291

**From:** Alice Visocchi [visocchi@dccc.org]
**Sent:** 2/27/2018 7:11:23 PM
**To:** Comm - South [Comm-South@dccc.org]
**Subject:** TX-all: The Hill: Blue wave may be building in Texas

**Blue wave may be building in Texas**
Reid Wilson // The Hill
http://thehill.com/homenews/state-watch/375859-blue-wave-may-be-building-in-texas

More Democratic voters than Republicans have cast ballots ahead of next month's primary elections in Texas, in what some party officials interpret as a new sign that a blue wave is building ahead of the midterm elections.

The Texas Secretary of State's office said 168,000 voters had cast ballots in the Democratic primary in person or by mail in the state's ten largest counties through the end of Sunday. By contrast, 138,000 voters had cast ballots in the Republican primary.

It is the first time in a decade that Texas Democrats have turned in more ballots than Republicans at this point in the early voting window. And it's the first time in 12 years that Democrats outpaced Republicans in a midterm election year.

This year's data show a marked increase in the number of Democratic voters who have cast early ballots than in previous midterm years. Four years ago, just 90,000 Democratic voters showed up during the first six days of early voting. In 2010, only 71,000 Democrats had voted early.

"If you want to compare Democratic turnout to Democratic turnout, it is climbing exponentially this year," said Ed Espinoza, the executive director of the Democratic-leaning Progress Texas. "You can't underestimate the surge that we're seeing out there with the blue wave coming.

The last time Democrats outpaced Republicans came in 2008, when Hillary Clinton and former President Obama were locked in a pitched battle for the Democratic presidential nomination. At the same time, Sen. John McCain (R-Ariz.) had effectively locked up the Republican presidential nomination, giving GOP voters less impetus to go to the polls.

This year, Republicans are sounding the alarm over higher Democratic turnout. In a fundraising email, Gov. Greg Abbott's (R) campaign warned supporters about vote totals coming in below expectations.

"Numbers for the first week of Early Voting should shock every conservative to their core," Abbott's campaign wrote. "If these trends continue, we could be in real trouble come Election Day."

Scary emails meant to drive fundraising notwithstanding, some Republican observers say several factors are amping up Democratic numbers: The party has competitive primaries in several top-tier congressional races, and Democrats are choosing between several gubernatorial candidates. On the GOP side, most primaries are barely contested; Abbott faces no serious intraparty challenge, and neither does Sen. Ted Cruz (R).

It is difficult to read too much into the results of six days of early voting eight months before a midterm election. But the tally is a sign of an intensity gap that favors Democrats — and the last midterm year in which Democratic early voting beat Republican early voting, 2006, Democrats won back two U.S. House seats in Texas.

"I don't believe that there are conclusions that can be drawn at this point. While I don't want to downplay Democratic enthusiasm, there is enthusiasm on the GOP side too," said Chris Wilson, Abbott's pollster. "This is a story whose final chapter will not be written until March 7," the day after the primary election.

DCCC_000292

The Democratic path back to a majority in Congress almost certainly runs deep through the heart of Texas. Democrats are mounting credible challenges to Reps. John Culberson (R), Pete Sessions (R) and Will Hurd (R), all of whom hold suburban districts that Clinton won in 2016. The party also has its eyes on a district held by Rep. Lamar Smith (R), and Rep. Beto O'Rourke (D) is pulling in big bucks in his underdog challenge to Cruz.

Democrats need to reclaim 24 seats to win back control of the House, and two seats to reclaim the Senate. At the state level, Democrats need to win 20 seats to move into a tie in the 150-seat Texas House of Representatives, and six seats to win control of the 31-member state Senate.

The early voting numbers are another indicator that Democratic voters are enthusiastic about turning out to cast ballots, at least this early. So far in 2018, Democrats have won a handful of state legislative special elections in Republican-leaning districts in Kentucky, Florida, Missouri and Wisconsin.

Several recent surveys also suggest Democrats lead the generic congressional ballot. A CNN survey conducted last week shows Democrats leading by a 54 percent to 38 percent margin — a margin wider even than in 2008, when Democrats picked up almost two dozen seats in Congress.

A Marist poll conducted over the same period found Democrats leading 46 percent to 39 percent.

While Republicans have controlled Texas politics for a quarter-century, there are signs that Democrats are growing their vote share at a disproportional rate. In 2004, former President George W. Bush took 4.5 million votes, compared with just 2.8 million for Democratic nominee John Kerry. Twelve years later, President Trump beat Clinton by a margin of just 9 percentage points, 4.7 million to 3.9 million.

Espinoza, the Democratic strategist, said his party has had more trouble generating turnout in nonpresidential years.

"The hurdle for Democrats has always been, what is our midterm turnout like?" Espinoza said. "That's been the most erratic thing for us."

DCCC_000293

| | |
|---|---|
| **From:** | Alice Visocchi [visocchi@dccc.org] |
| **Sent:** | 2/27/2018 2:52:56 PM |
| **To:** | Comm - South [Comm-South@dccc.org] |
| **Subject:** | TX-all: Dallas Morning News: Texas Democrats' early voting totals should 'shock every conservative to their core,' Abbott email says |

**Texas Democrats' early voting totals should 'shock every conservative to their core,' Abbott email says**
Jackie Wang // Dallas Morning News
https://www.dallasnews.com/news/2018-elections/2018/02/26/texas-democrats-early-voting-totals-shock-every-conservative-core-abbott-email-says

AUSTIN — Early voting for the March primary is more than half over, and Democrats have outpaced Republicans at the polls on each day.

Through Sunday in the 15 Texas counties with the most registered voters, 135,070 people had voted in the Republican primary and 151,236 in the Democratic. Compared with the first six days of early voting in 2014, Democratic turnout increased 69 percent, while Republicans saw a 20 percent increase.

The Democrats even surpassed their early voting totals from the 2016 primary — a presidential election year.

Sen. Ted Cruz told a group of Republican voters this month that the left would "crawl over broken glass in November to vote. ... We could get obliterated at the polls," and other Republicans appear to be taking the Democratic surge seriously. Gov. Greg Abbott's campaign sent supporters an email Monday asking for donations to help him get out the vote, warning that the early voting numbers "should shock every conservative to their core."

From rival to wingman, Ted Cruz boasts of chumminess with Trump as he stumps for re-election
"I'll be blunt: Democrat voter turnout is surging statewide during Early Voting," reads the email, using bold and italicized red print. The email states that the last time Democratic primary voters came out so strongly was in the 1990s, during a gubernatorial election cycle, and that Democrats are flipping seats in special elections across the country in Republican strongholds.

"We've seen a surge of liberal enthusiasm in deep red states like Georgia, Alabama, and Oklahoma," the email says. "We had always hoped the liberal wave would never hit Texas, but these early voting returns aren't encouraging so far."

Scott Braddock
@scottbraddock
Well, that was almost predictable. Okay it was totally predictable #TxLege

3:26 PM - Feb 26, 2018
32
29 people are talking about this
Twitter Ads info and privacy

Brandon Rottinghaus, a political science professor at the University of Houston, said it's interesting that Democrats are turning out at a rate more frequently seen in presidential election years. After looking at the relationship between primary and general election voters, he concluded that more votes in Democratic primaries correlate with more Democratic votes in general elections. But he said Republicans usually turn out in higher numbers to vote in the general election no matter how they voted in the primary.

Gov. Greg Abbott leaves little to chance as he implores Texans, 'Four more years'
"Usually Republicans tend to run up the numbers in the general and are beating their opponents by big margins, so the relationship is not positive, but it is for Democrats," Rottinghaus said. "Because the [Democrats'] enthusiasm is so high,

DCCC_000294

you're likely to see more support for Democrats in November and that's likely to cut into the margins that they'll lose to Republicans.

"They're still going to lose, but they're going to lose by smaller numbers. In red Texas, that is a win,"
Tariq Thowfeek, Texas Democratic Party communications director, said the increase in voter turnout since the last midterm election shows that Texas Democrats are "marching, organizing and most importantly, they are voting."

"Texans are fed up with Trump Republicans targeting our families, destroying our economic futures, and sabotaging our health care," Thowfeek said in a written statement. "This year, we have a historical amount of candidates running in the Democratic primary. All of them believe this great state of Texas is worth fighting for."

James Dickey, chairman of the Republican Party of Texas, urged Republicans to go to the polls during early voting.

"We look forward to seeing the results of the primary election on March 6th, and to keeping Texas red in 2018," he said in a prepared statement.

Fueled by a Democratic surge, Texans turn out in force on first day of early voting
Harold Clarke, a political science professor at the University of Texas at Dallas, said that midterm elections are viewed as referendums on national politics, but that there's no way to predict how what's happening in Washington will affect races in the U.S. or in Texas.

"With the presence of Trump and the incredibly bitter politics in Washington, we just don't know how that's going to play out, but it could be influential in races across the country," he said. "A strong dose of caution is in order right now."

Early voting runs through Friday.

| From: | Meredith Kelly [Kelly@DCCC.ORG] |
|---|---|
| Sent: | 2/26/2018 6:53:33 PM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-07: The Hill - Texas Dem raises nearly $90K after attack from House Dem campaign arm |

# Texas Dem raises nearly $90K after attack from House Dem campaign arm

BY LISA HAGEN - 02/26/18 05:21 PM EST 21
http://thehill.com/homenews/campaign/375682-texas-dem-raises-nearly-90k-after-attack-from-house-dem-campaign-arm

A Texas Democrat running in a crowded House primary to unseat Rep. John Culberson (R-Texas) announced that she's raised $86,700 in the four days since the House Democrats' campaign arm launched an attack against her.

Laura Moser, a journalist and activist, said she's received an "overwhelming response" since the Democratic Congressional Campaign Committee (DCCC) posted negative opposition research about her candidacy on its website on Thursday.

In a rare move from the DCCC, the committee came out against a fellow Democrat, labeling her as a "Washington insider, who begrudgingly moved to Houston to run for Congress."

The site points to a Washingtonian magazine story she wrote in 2014 that said "I'd rather have my teeth pulled out without anesthesia" than live in Texas. The DCCC also noted that as of January, she claimed her primary residence to be the nation's capital to qualify for a homestead tax exemption.

Moser called the attack "disappointing," arguing that this is why Americans hate politics.

"We're used to tough talk here in Texas, but it's disappointing to hear it from Washington operatives trying to tell Texans what to do," she said in a Thursday statement. "The days when party bosses picked the candidates in their smoke-filled rooms are over. D.C. needs to let Houston vote."

Moser is one of seven Democrats running in a primary to face Culberson. The race is a top priority for Democrats since Hillary Clinton narrowly won Culberson's district in the 2016 presidential election. But even with a recent Democratic edge, some within the party worry that Moser is too liberal to win the Houston-area district.

DCCC_000296

She's been a prolific fundraiser, keeping pace with other top candidates including Alex Triantaphyllis and Lizzie Pannill Smith. And Moser recently scored an endorsement from Our Revolution, a group aligned with Sen. Bernie Sanders (I-Vt.).

The publication of opposition research came days after early voting kicked off and less than two weeks before Texas's March 6 primaries. But with such a large field, it's unlikely a candidate will be able to garner 50 percent of the vote. A runoff is scheduled for May 22.

**Meredith Kelly**
DCCC Communications Director
(339) 364-0494
@meredithk27

DCCC_000297

**From:** Alex Torpey [Torpey@dccc.org]
**Sent:** 10/22/2018 1:20:16 PM
**To:** Comm - Expansion [comm-expansion@dccc.org]
**Subject:** TX-22: Houston Chronicle: Texas Republicans push to narrow enthusiasm gap as early voting begins

The political focus on the Houston area was welcome news for Democrats like Sri Preston Kulkarni, who is mounting a serious challenge to U.S. Rep. Pete Olson, R-Sugar Land, in a solidly red district that few would have thought of as competitive two years ago.

"All these people coming in — Trump coming in — what does that do?" Kulkarni said in an interview after O'Rourke's stop in Sugar Land. "That increases attention right here. There's more attention. There's more awareness. When more people come out to vote, we win — point blank."

https://www.texastribune.org/2018/10/22/texas-republicans-push-narrow-enthusiasm-gap-early-voting-begins/



## Texas Republicans push to narrow enthusiasm gap as early ...

www.texastribune.org

SUGAR LAND — Texas Republicans, confronting long-building Democratic enthusiasm, are pressing to make up the deficit as early voting begins for the November elections — and President Donald ...

**Texas Republicans push to narrow enthusiasm gap as early voting begins**
**Houston Chronicle // Patrick Viteck**

Texas Republicans, confronting long-building Democratic enthusiasm, are pressing to make up the deficit as early voting begins for the November elections — and President Donald Trump heads to the state Monday.

A slew of surrogates descended this weekend on the Houston area — historically a battleground — to boost U.S. Sen. Ted Cruz in his tough re-election campaign and galvanize party faithful for down-ballot candidates. Democrats, meanwhile, prepared to turn out in force for a day many have been looking forward to since Nov. 9, 2016, with Cruz's Democratic opponent, Beto O'Rourke, carrying most of their hopes at the statewide level.

Cruz's race against the El Paso congressman was the main attraction over the weekend, and the senator basked in two rowdy crowds Saturday, first in Houston and then in Beaumont, as he campaigned with Fox News host Sean Hannity and Rick Perry, the U.S. energy secretary and former Texas governor.

"What have they been writing about — a blue wave?" Cruz asked in Beaumont, where well over a

DCCC_000298

thousand people filled an airport hangar. "I think it's more like wave bye-bye to the blue."

O'Rourke continued to draw massive crowds, packing a hotel ballroom Sunday evening in Sugar Land, his last campaign event before the start of early voting. The audience got an energetic reminder when O'Rourke brought onstage Rhonda Hart, an activist whose daughter was killed in the Santa Fe High School shooting earlier this year.

"Less than 12 hours — I can tell you I have never been more freaking excited to vote for this guy," she said, drawing the longest cheers of the evening.

The Houston-area blitz unfolded ahead of what Republicans believe will be their biggest enthusiasm booster yet: Trump's visit to the city on Monday to rally for Cruz, Trump's former bitter rival in the 2016 presidential race. Trump's campaign announced Sunday afternoon that the demand for tickets was so high — over 100,000 requests online — that it was adding a "Big Texas Tailgater" before the rally.

O'Rourke shrugged off the rally's effect on the race while speaking with reporters before taking the stage in Sugar Land.

"I don't know that Texans care too much one way or another what someone from outside of Texas thinks," O'Rourke said. "This is a decision that will be decided by and for the people of Texas, and I feel really confident in that."

O'Rourke will also be in Houston on Monday, making several stops throughout the area to lead groups of supporters to the polls. O'Rourke said he had planned to be in the area before Trump's rally was announced and that it was "just a happy coincidence."

GOP alarm about Cruz's race has somewhat eased in recent weeks as polls have shown him expanding his lead to the high single digits. But Republicans remain concerned that a closer-than-usual outcome at the top of the ticket could spell danger down ballot and see little room for complacency — which Cruz has long billed as his No. 1 challenge.

On the sidelines of Cruz's events over the weekend, Republican voters and officials pointed to the battle over Brett Kavanaugh's confirmation to the U.S. Supreme Court as a turning point in their push to catch up to Democratic enthusiasm.

"Honestly, the Kavanaugh hearings, I think, really got things started," said state Sen. Dawn Buckingham of Lakeway, who chairs the Texas GOP's Victory 2018 effort. "I think it fired up the base and it fired up those more independents and some of those other folks who said, 'You know what? The Democratic Party's not for me. I'm voting Republican.'"

Kavanaugh was a reliable applause line for Republicans over the weekend, but in a sign of how much political oxygen the Senate race has consumed, O'Rourke appeared to be even more energizing as Cruz and his surrogates pummeled the congressman on the stump. Hannity ridiculed O'Rourke for his 1998 drunk-driving arrest, Perry blasted away at O'Rourke for his "Hispanic nickname" and Gov. Greg Abbott denounced O'Rourke as "hostile to Texas values" during an appearance Sunday afternoon in Houston with Cruz and endangered U.S. Rep. John Culberson.

Cruz himself found new territory to mock O'Rourke over: the thousands of Hondurans fleeing their home country in a caravan that arrived at the Mexico-Guatemala border over the weekend.

"There's a caravan right now marching north," Cruz said Saturday in Houston. "I'm just waiting to see Beto O'Rourke come down and start leading the caravan."

To put a finer point on how omnipresent the Senate race was, a propeller plane circled the city over the weekend with a banner featuring a cross-out sign over "Beto" followed by "BECAUSE SOCIALISM SUX!"

The political focus on the Houston area was welcome news for Democrats like Sri Preston Kulkarni, who is mounting a serious challenge to U.S. Rep. Pete Olson, R-Sugar Land, in a solidly red district that few

DCCC_000299

would have thought of as competitive two years ago.

"All these people coming in — Trump coming in — what does that do?" Kulkarni said in an interview after O'Rourke's stop in Sugar Land. "That increases attention right here. There's more attention. There's more awareness. When more people come out to vote, we win — point blank."

Alex Torpey
Research Analyst · DCCC

(202) 741-1363

| | |
|---|---|
| **From:** | Cole Leiter [Leiter@dccc.org] |
| **Sent:** | 4/23/2018 1:22:39 PM |
| **To:** | Comm - South [Comm-South@dccc.org] |
| **Subject:** | TX-07: Houston Public Media: Early Voting For Houston May Uniform Election Kicks-Off |

# Early Voting For Houston May Uniform Election Kicks-Off

By HPM News Staff

https://www.houstonpublicmedia.org/articles/news/2018/04/23/281047/today-starts-early-voting-for-houston-may-uniform-election/

Today marks the first day of early voting for the May Uniform Election that includes the Special Election to fill the seat of Houston City Council Member Larry Green, who died last month of an accidental drug overdose.

Today is also the last day to register to vote for the Primary run-off elections. More than 30 races are on the ballot.

One of the most notable primary runoffs is the democratic gubernatorial race between former Dallas county sheriff Lupe Valdez and Houston businessman Andrew White.

State representative Kevin Roberts and Retired navy seal Dan Crenshaw are going head-to-head to try to replace retiring congressman Ted Poe.

In a heated race democrats Laura Moser and Lizzie Pannill Fletcher are fighting for the chance to unseat Congressman John Culberson, in the 7th district.

That race garnered national attention, when the Democratic Congressional Campaign Committee released an opposition memo on Moser. There are reports it ended up elevating her status, despite the original intent.

In Harris County, four sites will be available for 86,000 District K registered voters to cast a ballot in person before Election Day.

The Early Voting locations include, the Harris County Administrative Bldg. (1001 Preston, 4th Floor), Fiesta Mart (8130 Kirby Dr.), Hiram Clarke Multi-Service Center (3810 W. Fuqua St.), and Platou Community Center (11655 Chimney Rock Rd.).

Cole Leiter
SOUTHERN PRESS SECRETARY · DCCC

Office: (202) 485-3531 | Cell: (919) 757-9061
@coleleiter

DCCC_000301

From:     Cole Leiter [Leiter@dccc.org]
Sent:     4/13/2018 3:59:02 PM
To:       Comm - South [Comm-South@dccc.org]
Subject:  TX-23: KVIA: ONLY ON ABC-7: Congressional candidate talks border, immigration reform

# ONLY ON ABC-7: Congressional candidate talks border, immigration reform

By Stephanie Valle
http://www.kvia.com/news/politics/only-on-abc-7-congressional-candidate-talks-border-immigration-reform/729036542

EL PASO, Texas - In a month, early voting begins in the primary runoff races.

ADVERTISING

Once again, Texas' District 23 -- which runs from San Antonio to Far East El Paso -- is in contention.

Two candidates are vying for the Democratic nomination and both from San Antonio: Rick Trevino, a former teacher who touts his political affiliation with former presidential candidate Bernie Sanders and advocates for health care for all; and Gina Ortiz-Jones, a former intelligence officer in the U.S. Air Force.

Ortiz-Jones was in El Paso this week. She sat down for an exclusive interview with ABC-7.

ABC-7: HAVE YOU BEEN TO EL PASO BEFORE?

GOJ: I have been to El Paso, a couple of times, actually. ... as I was walking out (of the airport), I saw unfortunately, one of the caskets of one of our uniformed service members ... it just reminds you of the sacrifice Certainly in a place like El Paso, it reminds you of the importance of, frankly, good leadership that will fight for all of our communities, but in particular, our veteran community.

ABC-7: DISTRICT 23 IS SO LARGE. HOW CAN YOU ANTICIPATE SERVING THE NEEDS OF THOSE WHO LIVE IN SAN ANTONIO, FAR EAST EL PASO COUNTY, AND EVERYWHERE IN BETWEEN?

GOJ: Look, show me how you campaign and I'll show you how I govern. ... You're never going to have to wonder where I am on an issue. You'll see me in the district. ... I think we continue to see everyday how this administration and these Republicans are remaining silent as, unfortunately, this president looks to make good on the promise that he made to his base, which is a border wall. Everybody knows how devastating a wall would be for border economies but also border communities. You can't talk about El Paso without talking about Juarez. ... Frankly, as I talk to leaders, they are more

DCCC_000302

interested in building stronger connections with communities because we know really is going to strengthen these communities is strong communities, not a smart wall.

ABC-7: WHAT DO YOU THINK IS THE MOST PRESSING ISSUE FOR THE BORDER?

GOJ: You can't talk about the border without talking about immigration. Texas has second-largest Dreamer population in U.S. next to California. There are 4,000 alone live in this district. ... I look forward to advocating for keeping the promise that we made to our Dreamers. I think it's the right thing to do. ... The uncertainty on that issue is causing distrust among communities and the institutions set up to protect them. (Ortiz-Jones mentioned that she spoke to law enforcement officials who are concerned that there will be a drop in the reporting of domestic violence because the victims "don't know who is going to show up.") We have to understand that this uncertainty writ large around the DACA program is actually causing-- contributing to public safety concerns. ...

I think a border wall would be a huge waste of money. You might as well light $50 billion on fire. And so I look forward to continuing to advocate for other ways in which we can invest in smart, healthy kids and in the infrastructure that is so needed in this district and in East El Paso.

ABC-7: YOUR OPPONENT IN THE DEMOCRATIC RUNOFF IS MORE TO THE LEFT WHEN IT COMES TO ISSUES -- ALIGNING WITH BERNIE SANDERS AND GOING FOR HIS SUPPORTERS. YOU WERE ENDORSED BY THE DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE -- AND YOUR OPPONENT IS QUOTED AS SAYING THAT "THE DCCC HAS AN INCREDIBLY TERRIBLE TRACK RECORD IN CD-23, AND IT'S GREAT TO KNOW THAT THEY'RE GOING TO HAVE ALL THEIR HANDS ALL OVER" YOUR RACE. WHAT WOULD YOU SAY TO THAT, AND WHAT WOULD YOU SAY TO THOSE WHO LIVE IN DISTRICT 23 WHO FEEL LIKE THE DEMOCRATS ARE NOT IN TOUCH WITH THE CURRENT NEEDS OF THEIR SUPPORTERS?

GOJ: This is not the time to send somebody to Congress that is just going to 'vote the right way.' So, I've been very clear about my own personal experience as well as my professional experience that have informed why I'm talking about the things that I'm talking about. (When I was in the Air Force) I served in countries where women and minorities are targeted. It saddens me to see that happening in our own country. ... You have to look at the life experiences of the person and their value system and how they're going to represent this district in the way they deserve.

ABC-7: NOW, FOR SOMETHING COMPLETELY DIFFERENT -- ARE YOU GOING TO BE ABLE TO ADMIT IT THAT THE MEXICAN CUISINE HERE IS BETTER THAN IT IS IN SAN ANTONIO?

GOJ: (laughs) I'm actually going to duck that question because I think the food is as good. It's equally good.

Election Day is May 22 and early voting starts May 14.

The winner will face Republican Rep. Will Hurd in November's general election.

DCCC_000303

Cole Leiter
SOUTHERN PRESS SECRETARY · DCCC

Office: (202) 485-3531  |  Cell: (919) 757-9061
@coleleiter

DCCC_000304

| | |
|---|---|
| **From:** | Alice Visocchi [visocchi@dccc.org] |
| **Sent:** | 4/13/2018 8:44:22 AM |
| **To:** | Comm - South [Comm-South@dccc.org] |
| **Subject:** | TX-23: KVIA: ONLY ON ABC-7: Congressional candidate talks border, immigration reform |

**ONLY ON ABC-7: Congressional candidate talks border, immigration reform**

Stephanie Valle // KVIA

http://www.kvia.com/news/politics/only-on-abc-7-congressional-candidate-talks-border-immigration-reform/729036542

EL PASO, Texas - In a month, early voting begins in the primary runoff races.

Once again, Texas' District 23 -- which runs from San Antonio to Far East El Paso -- is in contention.

Two candidates are vying for the Democratic nomination and both from San Antonio: Rick Trevino, a former teacher who touts his political affiliation with former presidential candidate Bernie Sanders and advocates for health care for all; and Gina Ortiz-Jones, a former intelligence officer in the U.S. Air Force.

Ortiz-Jones was in El Paso this week. She sat down for an exclusive interview with ABC-7.

ABC-7: HAVE YOU BEEN TO EL PASO BEFORE?

GOJ: I have been to El Paso, a couple of times, actually. ... as I was walking out (of the airport), I saw unfortunately, one of the caskets of one of our uniformed service members ... it just reminds you of the sacrifice Certainly in a place like El Paso, it reminds you of the importance of, frankly, good leadership that will fight for all of our communities, but in particular, our veteran community.

ABC-7: DISTRICT 23 IS SO LARGE. HOW CAN YOU ANTICIPATE SERVING THE NEEDS OF THOSE WHO LIVE IN SAN ANTONIO, FAR EAST EL PASO COUNTY, AND EVERYWHERE IN BETWEEN?

GOJ: Look, show me how you campaign and I'll show you how I govern. ... You're never going to have to wonder where I am on an issue. You'll see me in the district. ... I think we continue to see everyday how this administration and these Republicans are remaining silent as, unfortunately, this president looks to make good on the promise that he made to his base, which is a border wall. Everybody knows how devastating a wall would be for border economies but also border communities. You can't talk about El Paso without talking about Juarez. ... Frankly, as I talk to leaders, they are more interested in building stronger connections with communities because we know really is going to strengthen these communities is strong communities, not a smart wall.

ABC-7: WHAT DO YOU THINK IS THE MOST PRESSING ISSUE FOR THE BORDER?

GOJ: You can't talk about the border without talking about immigration. Texas has second-largest Dreamer population in U.S. next to California. There are 4,000 alone live in this district. ... I look forward to advocating for keeping the promise that we made to our Dreamers. I think it's the right thing to do. ... The uncertainty on that issue is causing distrust among communities and the institutions set up to protect them. (Ortiz-Jones mentioned that she spoke to law enforcement officials who are concerned that there will be a drop in the reporting of domestic violence because the victims "don't know who is going to show up.") We have to understand that this uncertainty writ large around the DACA program is actually causing-- contributing to public safety concerns. ...

I think a border wall would be a huge waste of money. You might as well light $50 billion on fire. And so I look forward to continuing to advocate for other ways in which we can invest in smart, healthy kids and in the infrastructure that is so needed in this district and in East El Paso.

ABC-7: YOUR OPPONENT IN THE DEMOCRATIC RUNOFF IS MORE TO THE LEFT WHEN IT COMES TO ISSUES -- ALIGNING WITH BERNIE SANDERS AND GOING FOR HIS SUPPORTERS. YOU WERE ENDORSED BY THE DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE -- AND YOUR OPPONENT IS QUOTED AS SAYING THAT "THE DCCC HAS AN INCREDIBLY TERRIBLE TRACK RECORD IN CD-23, AND IT'S GREAT TO KNOW THAT THEY'RE GOING TO HAVE ALL THEIR HANDS ALL OVER" YOUR RACE. WHAT WOULD YOU SAY TO THAT, AND WHAT WOULD YOU SAY TO THOSE WHO LIVE IN DISTRICT 23 WHO FEEL LIKE THE DEMOCRATS ARE NOT IN TOUCH WITH THE CURRENT NEEDS OF THEIR SUPPORTERS?

GOJ: This is not the time to send somebody to Congress that is just going to 'vote the right way.' So, I've been very clear about my own personal experience as well as my professional experience that have informed why I'm talking about the things that I'm talking about. (When I was in the Air Force) I served in countries where women and minorities are targeted. It saddens me to see that happening in our own country. ... You have to look at the life experiences of the person and their value system and how they're going to represent this district in the way they deserve.

ABC-7: NOW, FOR SOMETHING COMPLETELY DIFFERENT -- ARE YOU GOING TO BE ABLE TO ADMIT IT THAT THE MEXICAN CUISINE HERE IS BETTER THAN IT IS IN SAN ANTONIO?

GOJ: (laughs) I'm actually going to duck that question because I think the food is as good. It's equally good.

Election Day is May 22 and early voting starts May 14.

The winner will face Republican Rep. Will Hurd in November's general election.

| From: | Cole Leiter [Leiter@dccc.org] |
|---|---|
| Sent: | 3/11/2018 7:50:51 AM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-All: Austin American Statesman: TWO VIEWS: Texas primaries were an eye-opener, but not a game-changer |

TWO VIEWS: Texas primaries were an eye-opener, but not a game-changer
By Matt Mackowiak (Travis Cty GOP Chair)
https://www.mystatesman.com/news/opinion/two-views-texas-primaries-were-eye-opener-but-not-game-changer/saqgreYMvpffoQzkY8JSeO/

Tuesday's Texas primary elections had several headlines.
The U.S. Senate race is now underway, with incumbent U.S. Sen. Ted Cruz and challenger U.S. Rep. Beto O'Rourke winning their primaries.

The Democrats have a contested primary runoff for governor between former Dallas County Sheriff Lupe Valdez and Houston businessman Andrew White.

Two Republican statewide incumbents, Land Commissioner George P. Bush and Agriculture Commissioner Sid Miller avoided risky primary runoffs. Another Republican incumbent, Railroad Commission Chairman Christi Craddick, won her primary easily.

TWO VIEWS: Democrats shook up the Texas primaries. Now finish the job.

Of the eight open congressional seats, only one ended without a primary runoff, with District 3 state Sen. Van Taylor (R-Plano) succeeding U.S. Rep. Sam Johnson. Primary runoffs now move forward, with special attention to be paid to Congressional Districts 7, 23 and 32, which will have competitive general elections.

Despite active primaries for Texas House and Senate seats around the state, only seven incumbents lost re-election: Republican State Sen. Craig Estes (R-Wichita Falls), as well as six Texas House members: Republicans Jason Villalba (R-Dallas) and Wayne Faircloth (R-Galveston) and Democrats Dawnna Dukes (D-Austin), Tomas Uresti (D-San Antonio), Diana Arevalo (D-San Antonio) and Robert Alonzo (D-Dallas).

There is one state Senate Democratic primary runoff, and there are eight Republican Texas House primary runoffs and seven Democratic Texas House primary runoffs.

Perhaps the most significant headline is one that was overreported: Early voting statistics appeared to show a massive Democratic wave. But it was not to be.

Those statistics included only the top 15 counties in Texas, which are largely urban and Democratic counties. Additionally, GOP primary voters turned out in larger numbers on primary day. At the end of the counting, about 1.5 million Republicans voted in their primary, compared to about 1 million on the Democratic side.

LIKE US ON FACEBOOK: Our Lone Star Politics page brings Texas news to your Facebook feed.

The Democratic total doubles their turnout from the last statewide midterm primary, which is a significant increase.

This is likely due to a mix of factors: Increased Democratic enthusiasm is part of it, but the Democrats also had an active Democratic primary for governor, as well as active candidates in all 36 congressional districts for the first time.

DCCC_000307

The national political environment will surely contribute to the results this fall. Democrats appear to have a tailwind at present, although the Republican generic ballot disadvantage has been narrowing in recent weeks.

Democrats will make a lot of noise about O'Rourke, but he has a massive hill to climb in Texas.

To be competitive, he would need at least $20 million, which must be raised with a $2,700 maximum individual contribution limit. O'Rourke would need significant national help to raise $20 million, and I predict this help will not come as he is running in the 13th most-competitive U.S. Senate race of the 2018 cycle — and Texas is a very expensive state. Cruz begins with significant name identification and organizational advantages.

Democrats do not appear to offer any significant challenge for statewide races.

They will likely focus their efforts on three Republican congressional districts, with incumbents U.S. Reps. Will Hurd, Pete Sessions and John Culberson, as well as on state Senate District 10, with incumbent Konni Burton (R-Colleyville).

Five to 10 Texas House districts will also be in play this fall.

FOLLOW US ON TWITTER: Viewpoints delivers the latest perspectives on current events.

The biggest question facing the midterm election is whether Trump will energize Democrats only, or whether Republicans will also be energized. Much will depend on what happens the rest of this year, on issues like immigration, trade, infrastructure and the economy.

In the end, the primaries didn't change much in Texas politics.

But the numbers should be a wake-up call for Texas Republicans.


Get Outlook for iOS

DCCC_000308

| From: | Alice Visocchi [visocchi@dccc.org] |
|---|---|
| Sent: | 3/8/2018 4:17:32 PM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-all: NY Mag: Texas Primary Roundup: Dem Turnout Shows Progress, But No Revolution |

**Texas Primary Roundup: Dem Turnout Shows Progress, But No Revolution**

Ed Kilgore // NY Mag

http://nymag.com/daily/intelligencer/2018/03/texas-primary-roundup-dem-turnout-shows-modest-progress.html

U.S. Representative and Senate candidate Beto O'Rourke will head the Texas Democratic ticket in November. Photo: Bill Clark/CQ-Roll Call,Inc.

Yesterday's Texas primaries formally kicked off Campaign 2018 with a bang, but perhaps not the electoral explosion a lot of Democrats had hoped for. Early voting numbers from the 15 largest Texas counties had shown a huge spike in Democratic participation. But Texas has 254 counties, and unreported GOP early voting in those gave Republicans a sizable advantage in both early and Election Day voting. In the end, Democrats boosted their percentage of the primary vote from roughly 30 percent in the last midterm election to 40 percent now. That's considerable progress, but not an immediate revolution in the balance of power.

The marquee statewide races turned out as expected. It was a bit of a surprise that Land Commissioner George P. Bush, who has been a political celebrity for years, won renomination against his predecessor without a runoff (Texas requires majorities for party nominations; runoffs in many races will be held on May 22). The lesson most Republicans will take away from that result is that Bush's obsequious behavior toward the president, which earned him a Trump endorsement, was a good idea. Two especially obnoxious ultraconservatives, Lieutenant Governor Dan Patrick and Agriculture Commissioner Sid Miller, both brushed aside primary opposition. Democratic Senate candidate Beto O'Rourke, generally considered as strong a candidate against Ted Cruz as the party could hope for, had a meh performance in defeating two little-known opponents. But he's doing very well in fundraising.

Former Dallas County judge Lupe Valdez and investor Mike White (son of the late governor Mark White) will face each other in a runoff for the dubious honor of going up against the very popular GOP governor Greg Abbot.

Democrats will also hold runoffs in the three House seats held by Republicans but carried by Hillary Clinton in 2016. There were mild upsets in all three. In the San Antonio–based 23rd District, represented by Will Hurd, the leading vote-getter, former military intelligence officer Gina Ortiz Jones, was no surprise; she led in fundraising going into the primary. But with a few precincts still out, her runoff opponent will either be former USDA official Judy Canales or Berniecrat Rick Trevino, with the heavily endorsed former congressional staffer Jay Hulings falling short. In the North Dallas–based 32rd District, held by Pete Sessions, former NFL player Colin Allred ran first, despite spending very little money. He will face former USDA appointee Lillian Salerno in a runoff. But the top spender in the race, former State Department staffer Ed Meier, finished fourth.

The best-known Democratic upset, though this may be remembered as a tempest in a teapot, was in the Houston-based 7th District, represented by John Culberson. The leading vote-getter was, unsurprisingly, EMILY's List endorsee Lizzie Pannill Fletcher. But finishing in a runoff spot was Laura Moser, a staunch progressive and the target of an unusual pre-primary DCCC attack on grounds that she would be a sitting duck for GOP attack ads as a "Washington insider." The intervention appears to have backfired, as Moser finished a strong second and may have a decent chance in the runoff thanks to union concerns about Fletcher's background in a management-side labor law firm. This also doesn't bode well for DCCC hopes of culling Democratic congressional fields over in California later this year.

In House races that did not involve vulnerable Republican incumbents, the results are harder to generalize. It was a very good night for EMILY's List, which saw all of its endorsed Democratic candidates either win or make it to a runoff. And it was a particularly big night for Latinas, two of whom (Houston state senator Sylvia Garcia and El Paso County judge Veronica Escobar) won open-seat primaries in heavily Democratic districts and will soon be in Congress.

DCCC_000309

But for most of the Texas — and national– — political world, the primary was just the first stage of a long, long election year with a lot of imponderables.

DCCC_000310

| From: | Rebecca Barger [barger@dccc.org] |
| Sent: | 3/7/2018 11:19:45 AM |
| To: | Comm - MAOV [comm-maov@dccc.org] |
| Subject: | VA-07/10: Washington Post: Primary season is underway: What do we know so far? |

https://www.washingtonpost.com/blogs/right-turn/wp/2018/03/07/primary-season-is-underway-what-do-we-know-so-far/?utm_term=.d382f3dcefd6

**Primary season is underway: What do we know so far?**
**Washington Post // Right Turn // Jennifer Rubin**

NBC News reports on the results in the Texas primary election:

While final turnout numbers were not as strong for Democrats as had been suggested by the heavy early voting, more than 1 million Texans cast ballots — the first time the party has topped that figure in the primary since the 2002 midterms. ...

Thanks to Texas' booming population, both parties saw a record number of voters head to the polls.

But Democratic turnout was up 84 percent from the last midterm primary in 2014, while Republican turnout increased about 14 percent, according to data from the secretary of state's office. GOP turnout was highest since 2010. ... Even in the largely rural 23rd Congressional District, where they hope to unseat an incumbent Republican in November, Democratic turnout shot up 65 percent while Republican growth was a more modest 20 percent.

Still, Democrats' enthusiasm should be tempered by electoral reality. Rep. Beto O'Rourke (R-Tex.) received 641,052 votes in the Democratic Senate primary; incumbent Sen. Ted Cruz (R-Tex.) received more than 1.3 million. Overall, Democrats cast 1,036,942 votes in the Senate primary; Republicans cast 1,541,264 votes. While Democrats can dream about charismatic progressive O'Rourke beating arch-conservative and anti-immigration-reform zealot Ted Cruz, doing that would require the equivalent of an inside straight — huge Hispanic turnout, depressed GOP turnout and continued woes for Trump.

One wild card for Texas candidates could be a serious disruption in the North American Free Trade Agreement. Last December, the San Antonio Express-News found, "Almost one million jobs in Texas are supported by trade with Mexico and Canada. In 2015, Texas exported more than $125 billion in goods to Mexico and Canada. That's more than the next 50 export destinations combined. This means that one out of every eight dollars of economic activity in Texas is supported by exports to countries around the world, and nearly half of that is connected to exports to Mexico and Canada."

Elsewhere, Democrats' prospects look even rosier. A new poll of Virginia voters from the Wason Center at Christopher Newport University finds:

Among registered voters overall, Democrats hold a 15-point enthusiasm advantage over Republicans, with 60% of Democrats indicating they are "very enthusiastic" about voting this November, compared with 45% of Republicans.

In addition, Democrats hold double-digit advantages on two metrics used to anticipate the midterm effect: generic ballot preference and control of Congress. Asked if they will vote for a Republican or Democratic candidate for the House of Representatives, 45% say Democratic, while 33% say Republican. Asked to indicate a preference for party control of Congress after the election, 51% say Democrats, while 38% say Republicans.

There are plenty of pickup opportunities for Democrats, says Rachel Bitecofer, assistant director of the Wason Center. "This enthusiasm gap in favor of Democrats suggests several House seats currently held by Republicans could be in play, such as the 1st, 2nd, 7th, and 10th districts."

Trump and his agenda remain a hindrance for the GOP. "50% of voters think individuals in the Trump campaign colluded with the Russian government to interfere in the 2016 presidential election. ... Voters prefer Democrats to Republicans on the generic ballot (45%-33%) and want Democrats to control Congress after the election ((51%-38%). Those gaps widen to more than 20 points among likely voters." In addition, "Virginia voters overwhelmingly support the Dream Act (71%-

DCCC_000311

25%); strongly oppose offshore oil drilling (54%-37) and split evenly on the 2018 tax cut bill (45% approve-47% disapprove)."

That spells trouble when you drill down in specific congressional districts. In Virginia's 10th, incumbent Rep. Barbara Comstock (R-Va.) faces daunting numbers: In a generic poll, 44 percent favor a Democrat; 34 percent favor a Republican. A majority (51 percent) want Democratic control of the House; only 38 percent want Republican control. In Virginia's 7th, where tea party darling Rep. Dave Brat (R-Va.) knocked out majority leader Eric Cantor in 2014, voters favor a Democrat over a Republican in a generic match-up 59 percent to 31 percent; voters want a Republican majority by a 64 percent to 31 percent majority.

In sum, we are about eight months from Election Day, but right now, it sure seems as though Democrats have the chance to pick up plenty of House seats and make even "safe" GOP Senate incumbents sweat.

Becky Barger
Regional Research Director
Democratic Congressional Campaign Committee
(m) 406-210-8542

DCCC_000312

| From: | Alice Visocchi [visocchi@dccc.org] |
|---|---|
| Sent: | 3/7/2018 10:17:58 AM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-all: NY Mag: Texas Primary Roundup: Dem Turnout Shows Progress, But No Revolution |

## Texas Primary Roundup: Dem Turnout Shows Progress, But No Revolution

Ed Kilgore // NY Mag

http://nymag.com/daily/intelligencer/2018/03/texas-primary-roundup-dem-turnout-shows-modest-progress.html

U.S. Representative and Senate candidate Beto O'Rourke will head the Texas Democratic ticket in November. Photo: Bill Clark/CQ-Roll Call,Inc.

Yesterday's Texas primaries formally kicked off Campaign 2018 with a bang, but perhaps not the electoral explosion a lot of Democrats had hoped for. Early voting numbers from the 15 largest Texas counties had shown a huge spike in Democratic participation. But Texas has 254 counties, and unreported GOP early voting in those gave Republicans a sizable advantage in both early and Election Day voting. In the end, Democrats boosted their percentage of the primary vote from roughly 30 percent in the last midterm election to 40 percent now. That's considerable progress, but not an immediate revolution in the balance of power.

The marquee statewide races turned out as expected. It was a bit of a surprise that Land Commissioner George P. Bush, who has been a political celebrity for years, won renomination against his predecessor without a runoff (Texas requires majorities for party nominations; runoffs in many races will be held on May 22). The lesson most Republicans will take away from that result is that Bush's obsequious behavior toward the president, which earned him a Trump endorsement, was a good idea. Two especially obnoxious ultraconservatives, Lieutenant Governor Dan Patrick and Agriculture Commissioner Sid Miller, both brushed aside primary opposition. Democratic Senate candidate Beto O'Rourke, generally considered as strong a candidate against Ted Cruz as the party could hope for, had a meh performance in defeating two little-known opponents. But he's doing very well in fundraising.

Former Dallas County judge Lupe Valdez and investor Mike White (son of the late governor Mark White) will face each other in a runoff for the dubious honor of going up against the very popular GOP governor Greg Abbot.

Democrats will also hold runoffs in the three House seats held by Republicans but carried by Hillary Clinton in 2016. There were mild upsets in all three. In the San Antonio–based 23rd District, represented by Will Hurd, the leading vote-getter, former military intelligence officer Gina Ortiz Jones, was no surprise; she led in fundraising going into the primary. But with a few precincts still out, her runoff opponent will either be former USDA official Judy Canales or Berniecrat Rick Trevino, with the heavily endorsed former congressional staffer Jay Hulings falling short. In the North Dallas–based 32rd District, held by Pete Sessions, former NFL player Colin Allred ran first, despite spending very little money. He will face former USDA appointee Lillian Salerno in a runoff. But the top spender in the race, former State Department staffer Ed Meier, finished fourth.

The best-known Democratic upset, though this may be remembered as a tempest in a teapot, was in the Houston-based 7th District, represented by John Culberson. The leading vote-getter was, unsurprisingly, EMILY's List endorsee Lizzie Pannill Fletcher. But finishing in a runoff spot was Laura Moser, a staunch progressive and the target of an unusual pre-primary DCCC attack on grounds that she would be a sitting duck for GOP attack ads as a "Washington insider." The intervention appears to have backfired, as Moser finished a strong second and may have a decent chance in the runoff thanks to union concerns about Fletcher's background in a management-side labor law firm. This also doesn't bode well for DCCC hopes of culling Democratic congressional fields over in California later this year.

In House races that did not involve vulnerable Republican incumbents, the results are harder to generalize. It was a very good night for EMILY's List, which saw all of its endorsed Democratic candidates either win or make it to a runoff. And it was a particularly big night for Latinas, two of whom (Houston state senator Sylvia Garcia and El Paso County judge Veronica Escobar) won open-seat primaries in heavily Democratic districts and will soon be in Congress.

DCCC_000313

But for most of the Texas — and national– — political world, the primary was just the first stage of a long, long election year with a lot of imponderables.

DCCC_000314

| | |
|---|---|
| **From:** | Alice Visocchi [visocchi@dccc.org] |
| **Sent:** | 2/26/2018 5:50:42 PM |
| **To:** | Comm - South [Comm-South@dccc.org] |
| **Subject:** | TX-all: Texas Monthly: In Early Voting, Democrats See Surge While Moderate Republicans Falter |

**TX-07 highlighted below.**

**In Early Voting, Democrats See Surge While Moderate Republicans Falter**
R.G. Ratcliffe // Texas Monthly
https://www.texasmonthly.com/politics/early-voting-democrats-see-surge-moderate-republicans-falter/

But infighting among Democrats may cost the party.

Signs mark a polling site as early voting begins, Tuesday, Feb. 20, 2018, in San Antonio. Early voting in Texas runs though March 2, 2018.
An analysis of the first four days of early voting in the March 6 primaries indicates that the fabled rebellion against the Republican social conservative leadership may not be materializing. On the Democratic side, it shows a surge of new voters—a fifth of the primary turnout is from people with little to no history of voting in a Democratic primary.

The new analysis of the early voting turnout comes from Derek Ryan, a Republican consultant. Ryan builds off of a Texas Secretary of State database of who voted in which elections. The database does not tell anyone how you voted, but it does reveal the names of who votes in party primaries and general elections. He then receives a daily report from the election administrators in eighteen of the top Texas counties to compare current voters to past voters with an eye toward spotting trends.

What Ryan found on the Republican side is a usual primary for a non-presidential election year. So far, more than 86 percent of the Republican primary votes have been cast by people who voted in past Republican primaries. Only about seven percent of the vote has come from people who do not vote in party primaries. Crossover voting from Democrats is almost nonexistent, with only a single percent of the GOP vote coming from 2016 Democratic primary voters.

Business and education groups have been urging members to vote in the Republican primary because of opposition to issues like bathroom bills or private school vouchers. These initial numbers indicate a weak rebellion. At the same time, social conservatives regularly make up less than 42 percent of the Republican primary vote. If enough of the Republican regulars combine with the new voters, some upsets are possible, although right now they look unlikely.

Over on the Democratic side, almost eighteen percent of the voters are people with no history of voting in a primary of either party; another three percent are people with no history of voting at all in primary or general elections; and 1.5 percent were Republican primary voters in 2016. Without polling the individual voters, Ryan told me there is no way to tell whether the surge is from motivated general election Democrats or from "purple" voters prompted to vote Democrat because of anger over the national Republican party politics.

But there's a twist in this story for the Democrats, and it doesn't bode well for them. While the strong turnout may provide some hope of of a coming Blue Wave of Republican upsets, U.S. House Democratic minority leader Nancy Pelosi has a message for Texas Democrats: get it right with your primary vote or else don't expect any help from us.

"How can I say this in a nice way? We have to be cold-blooded in what we do. In other words, if the wrong person wins—well nobody's wrong—but if the person who can't win, wins, it's not a priority race for us anymore, because we've got 100 races," Pelosi told the Austin-American-Statesman editorial board last week. "I hope for a wave, but I believe you make your wave. You make your wave."

DCCC_000315

Pelosi said the Democratic Congressional Campaign Committee has five priority races in Texas for Congress, challenges to Republican incumbents Culberson of Houston; Will Hurd, holding a district that runs from San Antonio to El Paso; Pete Sessions of Dallas; John Carter of Round Rock; and the open seat that had been held by Lamar Smith of San Antonio.

The DCCC opposition research attack on Moser indicates the national party is not even going to wait for Texas voters to weigh in.

The contest for Congressional District 7 includes seven Democrats, with a runoff likely. Moser is in the top tier of contenders, along with nonprofit founder Alex Triantaphyllis and attorney Lizzie Pannill Flectcher, who has the backing of the national women's political PAC Emily's List. A DCCC memo on Moser said, "Democratic voters need to hear that Laura Moser is not going to change Washington. She is a Washington insider, who begrudgingly moved to Houston to run for Congress. In fact, she wrote in the Washingtonian magazine, "I'd rather have my teeth pulled out without anesthesia" than live in Texas." Moser actually specified Paris, Texas, not the state in general. Moser's husband was a videographer for President Obama, and she was a freelance writer. The DCCC claimed she moved to Texas just to run for Congress.

Moser fired back: "We're used to tough talk here in Texas, but it's disappointing to hear it from Washington operatives trying to tell Texans what to do. These kind of tactics are why people hate politics. The days when party bosses picked the candidates in their smoke filled rooms are over. DC needs to let Houston vote." She said Democrats need to concentrate on defeating Republicans, not each other. "We have a real chance to not only flip District 7, but bring some sanity back to Congress and resist the erratic extremism holding our White House hostage. It's a lot to ask, and we can't do any of it by throwing mud and tearing each other down. This is not the time to be a house divided."

DCCC_000316

| | |
|---|---|
| **From:** | Rebecca Drago [drago@dccc.org] |
| **Sent:** | 3/6/2018 6:09:13 AM |
| **To:** | Staff [D3CStaff@DCCC.ORG] |
| **Subject:** | DCCC Press Clips 3/6/18 |

DCCC Press Clips 3/6/18

**Driving the Day**
- WSJ: North Korea Willing to Talk Denuclearization With U.S.
- Washington Post: Former Trump aide Sam Nunberg called before grand jury, says he will refuse to go
- NYT: Trump Reaffirms Commitment to Tariffs but Opens Door to Compromise
- Washington Post: Ryan splits with Trump on trade as GOP lawmakers move to block planned tariffs

**Congressional Coverage**
- NBC Latino: With no permanent immigration fix by DACA deadline, Dreamers amp political mobilization
- NYT: Once Outspoken, Paul Ryan Wields His Speaker's Gavel Gingerly
- The Hill: GOP sees McCarthy moving up — if GOP loses the House
- National Journal: As Trump's Deadline Passes, House GOP Still Tweaking Immigration Bill
- Roll Call: Steve Israel to Democrats: Don't Be Distracted by 2018 Midterms
- Washington Post: With an eye on November, students and well-funded groups are teaming up on gun regulation
- The Hill: Trump breaks with GOP, sparking new tensions
- Washington Examiner: GOP fights 'complacency,' 45 House members trail Dems in fundraising
- Politico: Pence to spend the week in campaign mode

**District by District**
- AZ-01: Arizona Daily Sun: Campaign 2018 : Republicans line up against O'Halleran
- CA-50: SDUT: California GOP endorses Hunter for re-election
- CO-06: Colorado Politics: Abortion rights group endorses Democrat Jason Crow in 6th Congressional District primary
- IL-10: Daily Herald:  GOP congressional candidate's ad contains inaccuracies about an opponent
- MS: POLITICO - Cochran resigns effective April 1
- NC-09: Fayetteville Observer: Our View: Full ballot means a hot election to come
- NJ-03: Star Ledger Editorial: On guns, N.J. Congressman's rhetoric doesn't match his horrid record
- NJ-04/NJ-07: Star-Ledger: Protesters are coming to these 6 towns in N.J. today. Here's why.
- NY-19: Mid-Hudson News: DACA deadline brings protestors to Faso's Kingston office
- NY-22: HuffPo: 'It's Fake News!': Congresswoman Who Said Most Mass Shooters Are Democrats Cuts Off Interview
- PA-18: Post-Gazette: Democrat Conor Lamb hopeful in a district Trump won handily
- TX-all: Dallas Morning News: Battle for Texas starts Tuesday as primary voters pick their nominees for November
- TX-All: Huffington Post: Democratic Party Set To Show Its Force In Nation's First 2018 Primary
- TX-07: Houston Chronicle: Houston emerges as key battleground in the battle for Congress
- TX-23: Newsmax: Female Candidates Way Up as Midterm Primaries Begin
- TX-32: Daily Beast: Top House Republican Bought Stock In Steve Wynn's Company The Day Sexual Misconduct Allegations Surfaced
-

WSJ: North Korea Willing to Talk Denuclearization With U.S.
By Jonathan Cheng, Andrew Jeong
March 6, 2018

North Korea told a visiting South Korean delegation that it was willing to hold talks with the U.S. about giving up nuclear weapons and normalizing relations with Washington, officials in Seoul said Tuesday.

After meetings between envoys from the South and North Korean leader Kim Jong Un, Pyongyang signaled a "clear intent to pursue denuclearization," according to Chung Eui-yong, South Korea's national security adviser.

North Korea said that it wouldn't conduct nuclear or missile testing during any talks, Mr. Chung said.

Mr. Kim also told the South that he would be willing to meet with South Korean President Moon Jae-in at the inter-Korean truce village of Panmunjom in late April, in what would be the third-ever inter-Korean summit.

Washington Post: Former Trump aide Sam Nunberg called before grand jury, says he will refuse to go
By Josh Dawsey, Phillip Rucker
March 5, 2018

Former Trump campaign aide Sam Nunberg publicly defied the Justice Department special counsel on Monday, announcing in an extraordinary series of media interviews that he had been subpoenaed to appear in front of a federal grand jury investigating Russia's interference in the 2016 presidential election but that he will refuse to go.

"Let him arrest me," Nunberg told The Washington Post in his first stop on a media blitz, saying he does not plan to comply with a subpoena from special counsel Robert S. Mueller III to hand over emails and other documents related to President Trump and nine current and former Trump advisers.

"Mr. Mueller should understand I am not going in on Friday" to the grand jury, he added. It is unclear what actions Mueller might take if Nunberg does not appear.

NYT: Trump Reaffirms Commitment to Tariffs but Opens Door to Compromise
By Ana Swanson, Mark Landler, Maggie Haberman
March 5, 2018

President Trump, facing an angry chorus of protests from leaders of his own party, including the House speaker, Paul D. Ryan, insisted on Monday that he would not back down from his plan to impose across-the-board tariffs on steel and aluminum imports. But the White House was devising ways to potentially soften the impact of the measures on major trading partners.

The intense maneuvering, which began before Mr. Trump's unexpected announcement of the tariffs last Thursday, is likely to delay any formal rollout of the measures until next week, according to several officials who have been briefed on the deliberations.

On Monday, Mr. Ryan, the most powerful Republican in the House, broke with the president, declaring through a spokeswoman, "We are extremely worried about the consequences of a trade war and are urging the White House to not advance with this plan."

The Hill: GOP sees McCarthy moving up — if GOP loses the House
By Scott Wong
March 6, 2018

Republicans say House Majority Leader Kevin McCarthy has a clear path to succeeding Speaker Paul Ryan (Wis.) in November — if Republicans lose the House and he runs for minority leader.

The California Republican would need just a majority vote of the GOP conference and not 218 votes — a threshold he couldn't meet during his failed bid for Speaker in 2015 — to become minority leader.

And that threshold is within reach for someone considered President Trump's closest ally on the Hill, who regularly travels the country raising cash for his colleagues, several GOP lawmakers said.

"Hopefully in November, we're talking about a third term for Speaker Ryan," said one House GOP lawmaker. "But if that's not the case, I think Kevin's the guy, and that comes from a more conservative member."

Washington Post: Ryan splits with Trump on trade as GOP lawmakers move to block planned tariffs
By David J. Lynch, Erica Werner, Damian Paletta
March 5, 2018

DCCC_000318

Republican congressional leaders stepped up their efforts Monday to stop President Trump from implementing global tariffs on steel and aluminum imports, warning that the protectionist move would damage the economy and muddle the party's message in the run-up to November's midterm elections.

For much of the day, an extraordinary public debate over core economic principles played out between the president and leading members of his own party.

"We are extremely worried about the consequences of a trade war and are urging the White House to not advance with this plan," said AshLee Strong, a spokeswoman for House Speaker Paul D. Ryan (R-Wis.).

NBC Latino: With no permanent immigration fix by DACA deadline, Dreamers amp political mobilization
By Nicole Acevedo
March 5, 2018

Disappointed over the lack of action by the White House and Congress over the long-term fate of DACA and immigration reform, Dreamers are focusing their energies on this year's elections and mobilizing through political action.
[...] As the director of Hispanic media for the Democratic Congressional Campaign Committee, Gamboa's job is to get Democrats elected to the House. Although the focus of the party he's working for is centered on becoming the majority, the ambition also is personal.

"We are going to hit the deadline and nothing has been done and nothing has been passed to provide a solution for DACA," Gamboa said. "We belong in this country and it is a fight to remain in this country. It is a fight for my future."

NYT: Once Outspoken, Paul Ryan Wields His Speaker's Gavel Gingerly
By Sheryl Gay Stolberg
March 5, 2018

Speaker Paul D. Ryan, a fierce believer in America as a land of immigrants, recently attended a dinner party with a so-called Dreamer. When she pleaded with him to help young undocumented immigrants like herself gain legal status, he hesitated — the House, he said, would pass only legislation that President Trump would sign.
He again held back last month after the leaders of the Senate Intelligence Committee confronted him over their conclusion that Republican aides on the House Intelligence Committee had leaked the private text messages of a senior senator to Fox News. The senators asked for no specific action, and Mr. Ryan offered none.

National Journal: As Trump's Deadline Passes, House GOP Still Tweaking Immigration Bill
By Daniel Newhausner
March 5, 2018

Though President Trump's self-imposed immigration deadline of March 5 arrived with no action, House Republican leaders are still eyeing changes to their partisan immigration bill in hopes that they can finesse the legislation through their chamber.

Among the changes being considered is widening the portion of the bill that grants protected status to immigrants who came to the country illegally as children to include roughly 1 million more immigrants.

Homeland Security Committee Chairman Michael McCaul, a lead sponsor of the bill with Judiciary Chairman Bob Goodlatte, said some Republican members want leadership to grant the protected status to the estimated 1.8 million people who came to the country illegally as children, not just the roughly 800,000 who signed up for President Obama's Deferred Action for Childhood Arrivals program.

Roll Call: Steve Israel to Democrats: Don't Be Distracted by 2018 Midterms
By Simone Pathe
March 5, 2018

Steve Israel, former two-time chairman of the Democratic Congressional Campaign Committee, isn't giving the DCCC his time this year. He's taking a longer view of House Democratic campaign politics.

DCCC_000319

He's been sounding the alarm, urging Democratic activists and donors to look beyond flipping the House in 2018, which he's still not very bullish about, and focus on controlling the state infrastructure that will allow them to hold whatever gains they make in 2018 and pick up more seats after the next redistricting.
"Republican governors in 2012 built a redistricting firewall for the exact environment they are in," Israel said in an interview Monday. He can see Democrats making gains near the low 20s, but is not yet confident Democrats will gain the 24 seats necessary to win back the House.

The hill: Trump breaks with GOP, sparking new tensions
By Alexander Bolton
March 6, 2018

President Trump is publicly breaking with congressional Republicans on trade and guns, causing tensions within the party at a time when lawmakers hope to be united ahead of the midterm elections.
Republican strategists and nonpartisan political experts say Trump appears to be looking beyond this fall's elections, when GOP control of Congress is at stake, to his own bid for a second term in 2020.
"Clearly he's targeting Michigan, Wisconsin, Ohio and Pennsylvania. Those were, all four, key battleground states for him in the last election and the states he would have to win if he's going to win reelection," said Saul Anuzis, a political strategist and former chairman of the Michigan Republican Party.

Washington Post: With an eye on November, students and well-funded groups are teaming up on gun regulation
By Tal Abbbady, Michael Scherer
March 5, 2018

Young activists mobilized by the slaying of 17 students and faculty at a high school in Florida have begun to focus their fury on bringing change in November's midterm elections.
As gun regulation efforts continue to face obstacles in Washington and state capitols, the students are appearing at candidate events, mounting voter registration drives and threatening to haunt politicians who stand in the way of their demands. And well-funded professional organizations that have long focused on curbing gun violence are rushing to find ways to harness their energy for the fall election.
Dozens of high school students showed up Friday afternoon for a voter registration rally at a park 23 miles from Marjory Stoneman Douglas High School, the site of last month's deadly attack. They pointed to the student activists at Stoneman Douglas, who had promoted the event amid tweets with the hashtag #VoteThemOut, as their inspiration.

Washington Examiner: GOP fights 'complacency,' 45 House members trail Dems in fundraising
By Paul Bedard
March 5, 2018

House Republicans, many of whom have never been in a tough race, are being warned by party leaders to brace for an anti-GOP, anti-Trump "wave" that could sweep them out of office if they don't batten down the hatches now.
In personal pitches from House Speaker Paul Ryan and in leadership memos, members are being urged to step up fundraising, hire campaign staff, and draw up a battle plan that focuses on local issues and legislative achievements.
"The message from the speaker," said top Team Ryan campaign aide Kevin Seifert, "is if you've not had a race in awhile, you need to get ready, and you need to start preparing early for a campaign cycle that is going to be fairly different than you've had."

Politico: Pence to spend the week in campaign mode
By Matthew Nussbaum
March 5, 2018

Vice President Mike Pence will continue his campaign-style blitz around the country this week as Republicans scramble to stave off what they fear could be a Democratic wave in the 2018 midterm elections.
Pence has pledged to be a regular presence on the trail, where he is seen as a popular speaker and gifted fundraiser, without President Donald Trump's flair for controversy.

DCCC_000320

Pence will travel to Iowa, Nebraska, Kentucky and Ohio this week for a mix of official and campaign events, a White House aide said. The trips reflect a strategy of mixing official events to promote tax cuts with campaign events for Republican candidates.

AZ-01: Arizona Daily Sun: Campaign 2018 : Republicans line up against O'Halleran
By Emery Cowan
3/4/18

Republican candidates are lining up to challenge freshman Democratic Rep. Tom O'Halleran of Sedona for the House seat from Congressional District 1 seat in the House of Representatives, which stretches through much of northeast and east-central Arizona, from the Utah border to Oracle and Marana just outside Tucson, and includes Flagstaff.
Retired Air Force pilot Wendy Rogers, who has run for Congress in the past three elections, has again thrown her hat into the race. A supporter of stronger border security, including President Trump's border wall, and better equipping the military, Rogers lost in the primary in 2016.
Tiffany Shedd, a farmer and small business lawyer from Eloy, is venturing into politics for the first time. In her campaign platform, Shedd promises to never cast a vote or take action that in any way infringes upon Second Amendment rights, emphasizes limiting federal power and advocates the repeal of Obamacare in favor of a "patient-centered and free enterprise based system."

CA-50: SDUT: California GOP endorses Hunter for re-election
By Kristina Davis
March 3, 2018

The California Republican Party on Saturday put its endorsement behind Rep. Duncan D. Hunter in his re-election to Congress, giving a boost to his embattled campaign.
The vote came while the state party's executive board met in Sacramento.
"The California Republican Party accepted the recommendations of both San Diego and Riverside Counties to endorse Congressman Duncan Hunter," confirmed the group's spokesman, Matt Fleming.
Hunter was very appreciative of the endorsement, his spokesman Mike Harrison said Saturday. "It's a reflection of the hard work the congressman is doing not only for the district but also country," Harrison said.

CO-06: Colorado Politics: Abortion rights group endorses Democrat Jason Crow in 6th Congressional District primary
By Ernest Luning
March 5, 2018

NARAL Pro-Choice America, an abortion rights group and one of the leading progressive political advocacy organizations, on Friday endorsed Democratic congressional candidate Jason Crow, one of four Democrats running against incumbent Republican U.S. Rep. Mike Coffman in the 6th Congressional District.
"Mike Coffman's extreme anti-choice, anti-woman record does not reflect the voters or values of Colorado's 6th Congressional district," said Karen Middleton, executive director of NARAL Pro-Choice Colorado, in a statement. "Mike Coffman has voted for abortion bans. He has voted to redefine rape. He has voted to defund Planned Parenthood. The women of CD6 deserve better. They deserve a member of Congress like Jason Crow who will truly fight for them and their rights."
Crow said he was proud to have NARAL's support.

IL-10: Daily Herald: GOP congressional candidate's ad contains inaccuracies about an opponent
By Russel Lissau
3/3/18

A Republican congressional candidate's latest video advertisement contains inaccurate or misleading information about one of his rivals.
The spot is from Libertyville's Dr. Sapan Shah, who's running for the 10th District seat in this month's GOP primary against Jeremy Wynes of Highland Park and Doug Bennett of Deerfield. The 30-second ad targets Wynes.

DCCC_000321

After a brief comment from Shah, a voice-over accuses Wynes of lying about Shah's resume. But the video never identifies or corrects any statements from Wynes.

Instead, it attacks Wynes' work history and where he's lived, sometimes erroneously.

The voice-over accurately says Wynes wasn't born in the 10th District. Wynes was born in Galesburg, a city in western Illinois, and he grew up in Milan, near the Iowa border.

### MS: POLITICO - Cochran resigns effective April 1
By Burgess Everett, John Bresnahan, Kevin Robillard
March 5, 2018

Sen. Thad Cochran (R-Miss.) will resign from the Senate on April 1, his office announced Monday, triggering a second Senate election in Mississippi this fall and reshaping the leadership of one of Congress's most powerful committees.
"I regret my health has become an ongoing challenge," Cochran said in a statement released on Monday afternoon.
Cochran is the chairman of the Senate Appropriations Committee.

Mississippi GOP Gov. Phil Bryant will select Cochran's replacement, who will hold the seat until the special election.
Senate Majority Leader Mitch McConnell has urged Bryant to appoint himself, according to a person familiar with the discussions. But late Monday, Republicans said they doubt Bryant will do so, and they are fretting about how to keep conservative state Sen. Chris McDaniel, a former Cochran challenger, out of the Senate.

### NC-09: Fayetteville Observer: Our View: Full ballot means a hot election to come
By Editorial Board
3/5/18

Even before the serious campaigning begins, it's safe to predict — maybe even guarantee — that this year's election is going to be a barn-burner. Interest is running as high as we've seen for a mid-term election. It's clear that the voting public is already energized after a full term of turbulence in the General Assembly and a chaotic first year of the Trump administration.

Both of the major political parties have lived up to their promises of competing for every General Assembly seat this year. Democrats have fielded candidates for every House and Senate seat in the Republican-dominated General Assembly. Republicans have candidates running in every race save for one Wilson county House seat where they plan to support an unaffiliated candidate who's running.

### NJ-03: Star Ledger Editorial: On guns, N.J. Congressman's rhetoric doesn't match his horrid record
By Star-Ledger Editorial Board
3/5/18

Rep. Tom MacArthur (R-3rd Dist.) has posted a five-point plan to "make communities safer" on his website, measures that he believes will help solve the epidemic of gun massacres in our country while protecting the Second Amendment rights he holds sacred.

Point 1 calls for stronger background checks, one that covers every gun purchase in America - a laudable aim, shared by 93 percent of Americans and 89 percent of NRA members.

He does not mention that he was against strengthening the National Instant Criminal Background Check System (NICS) in 2015, voting against a bipartisan "Public Safety and Second Amendment Rights Protection Act," and refusing to co-sponsor the bill when it was redrafted last year.

### NJ-04/NJ-07: Star-Ledger: Protesters are coming to these 6 towns in N.J. today. Here's why.
By Kelly Heyboer
3/5/18

Under President Donald Trump's original plan, March 5 was supposed to be a do-or-die day in the debate over the future of the DACA program.

Trump planned to kill the Deferred Action for Childhood Arrivals, or DACA, program on that date unless Congress finally passed a new immigration reform plan.

DCCC_000322

A series of court challenges has put the plan to officially end DACA on hold. But, immigration activists are still marking the date as a symbol of their struggle to hold on to the program to give protections to immigrants brought to the country illegally as children.

New Jersey activists plan to hold a series of protests -- six rallies over seven hours -- in six municipalities across the state Monday.

### NY-19: Mid-Hudson News: DACA deadline brings protestors to Faso's Kingston office
By MidHudsonNews
3/5/18

Some 50 people protested outside Congressman John Faso's (R, NY-19) Kingston office today (Monday) to call on him to support a "clean" DACA bill.

March 5 was supposed to be the deadline for Congress to come up with a plan for so-called dreamers, those with the status of Deferred Action for Childhood Arrivals.

Among those who protested in Kingston with the group "Nobody Leaves Mid-Hudson," was Alan Castillo, 28, who was brought here from Mexico when he was four years old.

He and the other 10 dreamers who attended the protest are calling for a "clean" dream act with no funding for the wall on the Mexican border or for immigration enforcement.

"I have been here for about 24 years and I pay my dues, I pay my taxes, I pay my fair share; all I am asking for is clean treatment," he said after the rally.

### NY-22: HuffPo: 'It's Fake News!': Congresswoman Who Said Most Mass Shooters Are Democrats Cuts Off Interview
By Igor Bobic
March 5, 2018

Rep. Claudia Tenney (R-N.Y.) walked away from a television interview on Monday after she was asked about her claim that Democrats are more prone to be mass shooters.

The first-term congresswoman made the comment last month in the wake of the Parkland, Florida, school shooting after she criticized the government for failing to act on several tips that might have prevented the deaths of 17 students and adults.

"It's interesting that so many of these people that commit the mass murders end up being Democrats. But the media doesn't talk about that either," Tenney said during a radio interview.

### PA-18: Post-Gazette: Democrat Conor Lamb hopeful in a district Trump won handily
By Tracie Mauriello
March 5, 2018

He has the idealism of a political newcomer, the drive of a federal prosecutor, the stamina of a Marine and the frustration of a voter tired of Washington gridlock.

Conor Lamb is all those things and one thing more: a candidate who gives Democrats a fighting chance to take the 18th congressional district. The last time that seat changed hands was in 2002 after redistricting pushed Democrat U.S. Rep. Mike Doyle into the 14th District. Republican Tim Murphy won the seat in the newly gerrymandered district and sailed easily through re-election seven times before he resigned in disgrace last year.

Now, the 33-year-old Mr. Lamb has a chance in the March 13 special election in which Republican state Rep. Rick Saccone and Libertarian Drew Miller also are in the running.

### TX-all: Dallas Morning News: Battle for Texas starts Tuesday as primary voters pick their nominees for November
By Gromers Jeffers
March 5, 2018

Voters on Tuesday will start the process of determining whether Texas will continue to move to the conservative right, or if Democrats, at long last, will make the state more of a battleground.

DCCC_000323

Democrats and Republicans are making their selections for the state's top offices, including U.S. senator, governor, lieutenant governor, attorney general and other top posts.

Also on the ballot are local elections throughout the state for Congress and the Texas Legislature, including hordes of judicial and criminal justice contests.

Most analysts will focus on North Texas, the scene of some of the hottest contests in the Lone Star State. Dallas and Fort Worth area voters will help determine the future makeup of the Texas Senate, voting in three critical battles, including two GOP incumbents being challenged their primary.

TX-All: Huffington Post: Democratic Party Set To Show Its Force In Nation's First 2018 Primary
By Amanda Terkel
March 6, 2018

Texas holds the nation's first primaries of the year on Tuesday, previewing whether reinvigorated Democrats will turn out in big numbers for the November midterms.

Early voting in Texas, which lasted 11 days and ended on Friday, is way up since the last midterm elections — a nearly 50 percent increase. In fact, Texas' 15 largest counties have broken records for early turnout in a non-presidential election year.

The increase was driven by Democrats.

More than 465,245 early votes were cast in the state's Democratic primaries this year, compared to over 420,329 in the Republican races. In 2014, by contrast, Republicans outpaced Democrats in early voting — 365,423 voters to 226,730.

TX-07: Houston Chronicle: Houston emerges as key battleground in the battle for Congress
By Kevin Diaz
March 5, 2018

Support for the president was down, "generic" polls favored the opposition party, and a record number of challengers were filing for office across the nation.

That was the story of 2010 midterm elections, the midpoint of President Barack Obama's first term in office, when Republicans rode a tea party wave to a majority in the House of Representatives.

As Texas voters go to the polls on Tuesday in the first primaries of 2018, Democrats hope to return the favor with a "blue wave" that takes back the House - a feat that would qualify as a seismic setback for President Donald Trump. Also on the ballot are races for U.S. Senate, governor, the Texas House and Senate and a long list of state and county races.

TX-23: Newsmax: Female Candidates Way Up as Midterm Primaries Begin
By Brian Freeman
3/5/18
Midterm elections officially kick off this week as voters go the polls in primaries in Texas, where a record number of at least 50 women are running for congressional seats, ABC News reported on Sunday. It is part of a women's movement that is apparently on the rise, as nationally there are more than 400 female congressional candidates, which is double the number just two years ago. Texas is certainly symbolic of the trend, as the state currently has only three of its 36 congressional districts represented by women. Although there are plenty of female conservatives running, part of the inspiration for so many women candidates is a reaction to what many say is President Donald Trump's divisiveness

TX-32: Daily Beast: Top House Republican Bought Stock In Steve Wynn's Company The Day Sexual Misconduct Allegations Surfaced
Lachlan Markay
3/5/18

Some investments pay off. Not this one.

At least one member of Congress invested in disgraced casino mogul Steve Wynn's company at exactly the wrong time. Rep. Pete Sessions (R-TX), the chairman of the powerful House Rules Committee, reported acquiring stock in Wynn Resorts on the same day that the Wall Street Journal reported on widespread allegations of sexual misconduct against the company's chief executive. Within two weeks, both had sold their shares—at a considerable loss.

DCCC_000324

Sessions spokesperson Caroline Boothe said the transactions were made by the congressman's wife, who manages the family's finances, and were entirely "performance-based."

DCCC_000325

**From:**       Rebecca Drago [drago@dccc.org]
**Sent:**       3/5/2018 6:45:36 AM
**To:**         Staff [D3CStaff@DCCC.ORG]
**Subject:**    DCCC Press Clips 3/5/18

DCCC Press Clips 3/5/18

**Driving the Day**
- CNN: DACA's March 5 'deadline' marks only inaction
- AP News: Trump embracing potential for trade war
- Washington Post: 10 years after financial crisis, Senate prepares to roll back banking rules
- NYT: A Russian Threat on Two Fronts Meets an American Strategic Void
- Reuters: As Congress moves to drop tariffs, some U.S. firms cry foul

**Congressional Coverage**
- NYT: As Primaries Begin, Divided Voters Weigh What It Means to Be a Democrat
- Washington Post: Women and young voters will decide the 2018 elections. If they actually vote.
- Politico: GOP fears midterm backlash from Trump's tariffs
- NBC News: Mike Pence toils for 2018 victories in place of a distracted Trump
- Washington Post: It's a gusher of candidates due to Trump resistance and frustration with Congress
- Politico: Dems seize on guns — with lessons from immigration fight
- Washington Post: 2018 is the year of scientists running for Congress
- The Hill: Action on guns and immigration screeches to a halt in Congress
- Washington Post: 'Like a pinball machine': Lawmakers struggle to negotiate with an erratic Trump

**District by District**
- AZ-08: AP: GOP primary winner, Debbie Lesko, faces 2nd federal election law complaint
- CA-10,/21: Valley Citizen: Cox Upends CA-10, Switches to CA-21
- CA-21: Fresno Bee: Emilio Huerta drops out of congressional race against David Valadao
- CA-50: Cleveland Jewish News: Grandson of Munich Olympics terrorist wins California Democrats' endorsement for House seat
- IA-01: Gazette Editorial: Rod Blum's questionable conduct and indignant response are disappointing
- IL-06/12/13: Chicago Maroon: Rally Demands Illinois Representatives Take Action on DACA
- MI-07: Detroit Free Press: VP Mike Pence in Detroit: 'Talk to your neighbors' about Trump's successes
- NE-02: Omaha World-Herald: As DACA deadline nears, doubt lingers over whether Congress will act
- NJ/NY: Washington Post: Trump pushes Republicans to oppose crucial New York-New Jersey tunnel project
- NY-11: NY Post: Michael Grimm's campaign hit with ethics complaint
- NY-19: HV1: Sharp elbows come out in race for 19th congressional seat
- PA-01: Bucks Local News: Bucks County Democrats endorse Wallace for Congress; Bacher and Reddick say they'll fight on for the nomination
- PA-18: NPR: Pennsylvania Election: Regional Race Could Offer Clues About Midterms Voter Turnout
- TX-all: Austin American Statesman: Texans smash early voting record powered by Democratic surge
- TX-all: NPR: Ahead Of Texas Primary, Early Signs Of A 2018 Democratic Surge
- TX-07: Houston Chronicle: National Democratic Chairman Tom Perez questions DCCC actions in CD 7 race
- VA-07: Richmond Times Dispatch: Rep. Dave Brat's Twitter account removes likes of controversial tweets after outcry

CNN: DACA's March 5 'deadline' marks only inaction
By Tal Kopan

March 5, 2018

It's been six months since President Donald Trump moved to end a program that protected young undocumented immigrants from deportation, and Washington seems to be no closer to a resolution on the day everything was supposed to be solved by.

March 5 was originally conceived to be a deadline of sorts for action. When Trump ended the Deferred Action for Childhood Arrivals program in September, he created a six-month delay to give Congress time to come up with a legislative version of the policy, which protected young undocumented immigrants who had come to the US as children. The Department of Homeland Security was going to renew two-year DACA permits that expired before March 5, and Monday was to be the day after which those permits began expiring for good.

AP News: Trump embracing potential for trade war
By Zeke Miller, Justin Freking
March 5, 2018

President Donald Trump is embracing the potential for a trade war after announcing his intent to place tariffs on imported steel and aluminum, as he rebuffs allies who have pushed to be exempted from the stiff duties.
The protectionist policy will be made official in the next two weeks, White House officials said Sunday, as the administration defended the decision from critics in Washington and overseas.
Trump appeared unbowed Sunday, as he tweeted that American "Steel and Aluminum industries are dead. Sorry, it's time for a change!"
Trump's pronouncement Thursday that he would impose tariffs of 25 percent and 10 percent, respectively, on imported steel and aluminum, roiled markets and rankled allies. While his rhetoric has been focused on China, the duties will also cover significant imports from Canada, Mexico, South Korea, Japan and the European Union.

Washington Post: 10 years after financial crisis, Senate prepares to roll back banking rules
By Eric Werner, Damian Paletta
March 4, 2018

The Senate is preparing to scale back the sweeping banking regulations passed after the 2008 financial crisis, with more than a dozen Democrats ready to give Republicans the votes they need to weaken one of President Barack Obama's largest legislative achievements.
Congress's appetite for pulling back bank regulations shows the renewed clout of the financial sector in Washington, not just in the GOP but also among Democrats. Eight years after nearly every Senate Democrat backed a sweeping set of new rules for financial firms large and small, the party is now split, with moderates, several of them facing tough midterm election contests, working with the opposing party.

NYT: A Russian Threat on Two Fronts Meets an American Strategic Void
By David E. Sanger, William J. Broad
March 5, 2018

Just hours after President Vladimir V. Putin of Russia boasted last week about producing "invincible" new nuclear arms designed to evade American missile defenses, President Trump's nominee to command the nation's military cyberunits was being grilled at a Senate confirmation hearing about another vexing Russian threat.
Lt. Gen. Paul Nakasone, the nominee to run the National Security Agency and United States Cyber Command, acknowledged that plans were in place to strike back at Moscow for its election hacking. Those actions would require Mr. Trump's approval.
But General Nakasone said the Russians, as well as America's other adversaries in cyberspace, seem unimpressed.
Reuters: As Congress moves to drop tariffs, some U.S. firms cry foul
By Andy Sullivan
March 5, 2018

DCCC_000327

Michael Korchmar was hiring. His family-owned travel-goods company was planning to make a new product, an insulated food bag, and he had put out help-wanted notices for up to 30 workers to run the sewing machines in his small factory on Florida's Gulf Coast.

Those plans are now on hold. The reason: a bill quietly moving through Congress that would temporarily reduce or eliminate protective tariffs on 1,662 products, including the type of bag Korchmar had planned to produce. The bill would cut costs for rivals who make their bags in low-cost countries like China, he said, squeezing him out of the market before he had even entered it.

"Given that these products will be able to come into the country duty free, it's not likely that there's any ability for us to compete," Korchmar said in a recent interview at his factory, which currently employs about 20 people.

### NYT: As Primaries Begin, Divided Voters Weigh What It Means to Be a Democrat
By Jonathan Martin, Alex Burns
March 4, 2018

When Representative Daniel Lipinski, a conservative-leaning Democrat and scion of Chicago's political machine, agreed to one joint appearance last month with his liberal primary challenger, the divide in the Democratic Party was evident in the audience that showed up.

Mr. Lipinski's outnumbered supporters were the diminished lunch-pail Democrats that once dominated his Southside district. Those of his rival, Marie Newman, came from the party's ascendant coalition — young progressives and women like Elizabeth Layden, a Patagonia-clad teacher who explained her opposition to Mr. Lipinski in blunt terms.

### Washington Post: Women and young voters will decide the 2018 elections. If they actually vote.
By Dan Balz
March 4, 2018

President Trump continues to define the political conversation of the country with Twitter blasts, public statements and often alarming reports of his behind-the-scenes behavior and moods. But two groups of voters — women and young people — will define the politics of this year, and probably 2020 as well.

These are the voters who stand most apart from the president and who are most at odds with many of the priorities he has advanced in office. Their opposition and energy will determine the level of losses Republicans suffer in the November midterm elections. Come 2020, they are likely to determine whether the president wins a second term, should he indeed seek reelection.

There has long been a gender gap in politics, with women more supportive of Democratic candidates in comparison to men. In the latest Gallup poll tracking of the president's performance, 44 percent of men give Trump a positive rating compared with just 31 percent of women.

### Politico: GOP fears midterm backlash from Trump's tariffs
By Rachel Bade, Burgess Everett
March 4, 2018

President Donald Trump's threatened trade war has opened a rift within the Republican Party that some lawmakers and strategists believe could undermine their effort to keep their majorities in Congress.

Republicans plan to brag about the economy in midterm campaigns in hopes of countering Trump's unpopularity, touting a strong stock market, low unemployment rate and — most importantly — their increasingly popular tax legislation. But Trump's suggestion Saturday that he might slap penalties on European cars, in addition to the tariffs on aluminum and steel he already promised, could upend that strategy completely, Republicans say.

"Should the administration opt to move forward with tariffs on steel and aluminum, American manufacturers, businesses and consumers would be forced to bear the brunt, paying more for steel and steel products," said Senate Finance Chairman Orrin Hatch (R-Utah), one of the primary authors of the tax overhaul that's central to the GOP's reelection effort. "Such action could very well undercut the benefits of the pro-growth tax reform we fought to get on the books."

### NBC News: Mike Pence toils for 2018 victories in place of a distracted Trump

DCCC_000328

By Vaughn Hillyard
March 3, 2018

— President Donald Trump and his White House have spent the last several weeks caught up in staff shake-ups, infighting, more revelations about Russia investigations and the response to the nation's latest mass school shooting. Vice President Mike Pence, on the other hand, spent a good part of that same time traveling to states like Michigan, Tennessee and Texas, raising money for Republican candidates up and down the ballot in advance of this fall's midterm elections and selling the party's achievements in Washington, especially on taxes.

It's just the beginning of an ambitious calendar of events Pence has sketched out in the next three months, revealing a traditional political approach for a key member of a decidedly unorthodox presidency.

Washington Post: It's a gusher of candidates due to Trump resistance and frustration with Congress
By Paul Kane
March 3, 2018

A record number of candidates are running for Congress this year, a surge in political involvement at a time of fierce liberal opposition to President Trump and sustained levels of voter disgust toward the performance of lawmakers inside the Capitol.

By Dec. 31, 2017, more than 2,100 people had taken at least the first step toward running for the House or Senate by filing the necessary paperwork, according to records kept by the Federal Election Commission. For context, that's almost twice as many candidates who launched congressional campaigns in 2015. It represents the most candidates at this stage of the election season since the FEC started keeping these records, in 1977.

[...] "The easy answer? Donald Trump," said Rep. Denny Heck (Wash.), the leader of recruiting efforts for the Democratic Congressional Campaign Committee (DCCC).

Politico: Dems seize on guns — with lessons from immigration fight
By Elana Schor, Heather Caygle
March 4, 2018

The last time Donald Trump publicly pushed for a big bipartisan deal, it ended badly for Democrats — with no action on immigration and their base furious.

They're determined it won't happen again.

Democratic leaders are working closely with rank-and-file lawmakers and activists, taking steps to stay unified on guns and avoid the kind of strategic lurches that fueled the failed fight over Dreamers.

So Chuck Schumer and Nancy Pelosi are acknowledging that big-ticket gun control is probably a non-starter in Congress, given entrenched opposition among Republicans. Instead they're working to seize on the mounting public outrage and press their advantage by stoking big turnouts to demonstrations later this month planned by survivors of the Feb. 14 school shooting in Parkland, Florida.

Washington Post: 2018 is the year of scientists running for Congress
By Ben Guarino, Laurie McGinley
March 4, 2018

The candidate forum at Scholz Garten, a stone's throw from the Texas State Capitol, was organized by 350.org, a liberal group focused on climate change. So there was little doubt what answer the moderator was seeking when he asked about support for "a complete nationwide fracking ban."

Eight of the nine Democrats present, running for open seats in Central Texas congressional districts 10, 17, 21, 25 and 35, provided it: Of course, they support a full ban on fracking. The lone Republican said as much, too.

But not Joseph Kopser. "No, I am not," he said to boos. "To call for a ban on fracking is just to invite coal back."

The Hill: Action on guns and immigration screeches to a halt in Congress
By Scott Wong, Mike Lillis
March 5, 2018

DCCC_000329

Legislating on Capitol Hill is quickly screeching to a halt, despite loud calls for action on guns and immigration.
Even as student survivors of the high school shooting in Florida clamor for action on gun control and young "Dreamers" diverge on Congress to protest their possible deportation, Republicans in the House are pivoting to messaging bills and away from the hot-button issues that have dominated the first two months of the year.

Senate Majority Leader Mitch McConnell (R-Ky.) signaled that his chamber would not take up gun reform this week. Instead, the Senate will take up a banking reform bill, even after President Trump challenged lawmakers to pass a sweeping background checks bill in the wake of the school shooting in Parkland, Fla.

Washington Post: 'Like a pinball machine': Lawmakers struggle to negotiate with an erratic Trump
By John Wagner, Seung Min Kim
March 4, 2018

President Trump began last week trumpeting his idea to arm teachers. A couple of days later, he alarmed fellow Republicans by embracing broader background checks and suggesting police should seize guns from mentally disturbed people without first going to court.
By the end of the week, Trump had huddled with leaders of the National Rifle Association, with both sides hailing each other on Twitter.
Heading into a new week, lawmakers still have no sense of what Trump truly wants on guns and other key agenda items — a pattern that leaders of both parties say has hindered their ability to move forward on knotty issues that could benefit from presidential leadership.

AZ-08: AP: GOP primary winner, Debbie Lesko, faces 2nd federal election law complaint
March 2, 2018

A second complaint alleging federal campaign finance law violations has been filed against the winner of this week's special Republican primary election to replace former U.S. Rep. Trent Franks.
The complaint against former state Sen. Debbie Lesko was filed with the Federal Election Commission on Thursday by the Campaign Legal Center, a Washington-D.C.-based group that supports strong enforcement of the finance laws.
It alleges that her transfer of $50,000 from her state campaign to an independent group that spent nearly all the cash backing her Congressional run was illegal.

CA-10,/21: Valley Citizen: Cox Upends CA-10, Switches to CA-21
By Eric Caine
March 4, 2018

In a stunning move dictated by political realities in the San Joaquin Valley, TJ Cox has switched his campaign from California's Congressional District 10 (CA-10) to Congressional District 21 (CA-21). Cox's move was almost certainly prompted by upheavals in both districts: (1) Michael Eggman's late entry into the race for CA-10 and (2) Emilio Huerta's withdrawal from the race for CA-21.
Democrats in CA-21 have grown increasingly frustrated by losses to Republican David Valadao, especially since Huerta lost to Valadao in 2016, when Hillary Clinton won the district by almost 16 points over Donald Trump. Given his history of work in the region added to the ability to raise money, Cox is widely seen as offering a strong prospect for a win. Huerta has promised to help any Democrat who runs against Valadao.

CA-21: Fresno Bee: Emilio Huerta drops out of congressional race against David Valadao
By Rory Appleton
March 2, 2018

Emilio Huerta, a Bakersfield attorney and the son of civil rights legend Dolores Huerta, is ending his campaign to replace Rep. David Valadao, R-Hanford, in the U.S. House of Representatives.
Huerta shared his decision in an op-ed submitted to The Bee, in which he said he would instead focus on helping other Democrats win election to various levels of government office.

At attempt Friday to reach Huerta by phone was not successful.

This would have been Huerta's second try at unseating Valadao. In 2016, Valadao beat Huerta by 13 percentage points in a district that favored former Secretary of State Hillary Clinton over President Donald Trump by nearly 16 points.

### CA-50: Cleveland Jewish News: Grandson of Munich Olympics terrorist wins California Democrats' endorsement for House seat

By JTA

March 2, 2018

California Democrats have endorsed the grandson of an architect of the Munich Massacre for a congressional seat.

Ammar Campa-Najjar, a Palestinian American, won the state party convention's endorsement last weekend for the June primary in the 50th District, an inland district west of San Diego. Campa-Najjar has forged ties with his local Jewish community.

Duncan Hunter, a Republican, now holds the seat.

Campa-Najjar's grandfather was Muhammad Yusuf al-Najjar, a mastermind of the terrorist murder of 11 Israeli Olympic athletes and coaches at the 1972 Games in Germany. Al-Najjar was assassinated a year later by Israeli commandos.

Haaretz recently reported on Campa-Najjar's candidacy, saying he rejected his grandfather's terrorism.

Campa-Najjar, who lived for a time as a youth in the Gaza Strip, has said his "goal is for our generation to be better than our predecessors, and find a way to end this conflict."

### IA-01: Gazette Editorial: Rod Blum's questionable conduct and indignant response are disappointing

By Gazette Editorial

March 2, 2018

Tin Moon's website was changed to list Rep. Rod Blum as a "majority shareholder," instead of director or CEO, according to an Associated Press report.

First District U.S. Rep. Rod Blum failed to disclose his leading role in creating and operating an online business, Tin Moon Corp., in violation of House ethics rules. And from there, the story first reported by the Associated Press gets even more murky.

Tin Moon marketed its services to companies cited for health or safety violations by federal agencies, promising to bury negative information in internet search results. A now-removed video on Tin Moon's website featured a Blum congressional aide falsely claiming to be a "satisfied customer" touting Tin Moon's success.

Blum originally was listed as Tin Moon's CEO, a title that swiftly changed to "majority shareholder" in the wake of AP's report. He contends the firm was worth less than $1,000 and was not doing business in 2016 when he failed to disclose his role. At the same time, Tin Moon's website claims thousands of customers.

### IL-06/12/13: Chicago Maroon: Rally Demands Illinois Representatives Take Action on DACA

By Annabelle Rice

March 2, 2018

Last night, local university students and community members gathered downtown in Federal Plaza for a rally to demand increased efforts from Illinois representatives to protect undocumented immigrant youth under DREAM Act provisions.

The protest was organized by United We Dream, the largest immigrant youth–led network in the United States. Student groups in attendance included MEChA de UChicago, Students Organizing United With Labor at

UChicago, UChicago Young Democratic Socialists, UChicago OLAS, and Northwestern Law Students for a Dream Act.
Chicago representatives of the Refuse Fascism political activism group and the Community Activism Law Alliance also attended.
With only five days until DACA's expiration date (as set by the Trump administration), protesters led by UChicago second-year Mo Cruz and first-year Emilio Balderas repeated chants demanding Illinois representatives Michael Bost, Rodney Davis, and Peter Roskam confront the choice to either "stand as freedom fighters" or "allow Trump's regime of terror to continue to thrive."

MI-07: Detroit Free Press: VP Mike Pence in Detroit: 'Talk to your neighbors' about Trump's successes
By Kathleen Gray
March 4, 2018

In what sounded more like a campaign speech than a town hall forum on tax policy, Vice President Mike Pence urged a crowd Friday in Detroit to talk with their friends and neighbors to spread the word on what the administration of President Donald Trump has accomplished during his first year in office.
"Talk to your neighbors," he told about 700 people who filled a ballroom at the Westin Book Cadillac Hotel in Detroit. "Talk about everything they're not hearing about on cable television. Tell them about everything we've accomplished and how it's making a real difference in their lives."
He talked about tax reform passed by Congress and signed by Trump right before Christmas last year and the resulting wage hikes and bonuses being offered to some employees across the nation; lower unemployment rates and larger numbers of manufacturing and construction jobs; a significant drop in the rate of undocumented immigrants coming into the U.S. from the Southern border and an increase in military spending.

NE-02: Omaha World-Herald: As DACA deadline nears, doubt lingers over whether Congress will act
By Joseph Morton
March 4, 2018

Monday's deadline for ending the program shielding immigrants who were brought into the country illegally as children will pass with continued doubt about when — or if — Congress will act.
When President Donald Trump announced he was ending the Deferred Action for Childhood Arrivals program, he gave Congress until March 5 to act. More recently, federal judges in California and New York have ruled that the program must continue for now — and the Supreme Court declined an administration request to issue a swift decision on the matter.
Advocates continue pushing for action. Alejandra Ayotitla, 22, of Lincoln, was one of several Nebraska DACA recipients visiting Capitol Hill recently to urge lawmakers to pass legislation protecting them, their families and their communities. They said the elimination of the program that deferred deportations and made them eligible for work could upend their lives.

NJ/NY: Washington Post: Trump pushes Republicans to oppose crucial New York-New Jersey tunnel project
By Mike DeBonis, Josh Dawsey
March 2, 2018

President Trump is pushing congressional Republicans not to fund a crucial infrastructure project — a long-delayed plan to build a new rail tunnel between Manhattan and New Jersey — setting up a confrontation that could complicate passage of a massive government spending bill this month.
Trump personally appealed to House Speaker Paul D. Ryan (R-Wis.) this week to target federal funding for the $30 billion Gateway project, which would construct a tunnel into New York's Penn Station to supplement two aging tubes that are at risk of failing in the coming years.
The project is widely considered to be among the most pressing and most expensive infrastructure needs in the country, and state and local leaders have long sought federal funding to jump-start work on it. But the Trump administration

DCCC_000332

threw the project into doubt late last year by casting aside an agreement reached during the Obama administration that would have the federal government pick up half the project's cost.

### NY-11: NY Post: Michael Grimm's campaign hit with ethics complaint
By Carl Campanile
March 2, 2018

An ethics complaint has been filed against the campaign of Michael Grimm, who is making a comeback bid for his old Staten Island congressional seat.

The complaint filed with the Federal Elections Commission claims that Grimm's campaign has been getting free services from Michael Caputo, who has served as Grimm's communications strategist since announcing his candidacy last fall.

Caputo does not show up as a paid employee in Grimm's most recent campaign filing.

Nor does Grimm's campaign committee, Friends of Michael Grimm, and its treasurer, Nancy Watkins, report that the candidate is indebted to Caputo by listing his services as a loan.

"Michael Caputo appears to have violated [FEC law]… by making an illegal in-kind contribution. And, the Grimm campaign and its treasurer appear to have accepted illegal in-kind contributions from Mr. Caputo," Donna Fagan, a Staten Island Republican Party activist who backs incumbent GOP Rep. Dan Donovan, said in the FEC complaint dated Feb. 23.

### NY-19: HV1: Sharp elbows come out in race for 19th congressional seat
By Hugh Reynolds
March 3, 2018

As sure as robins pluck worms from my front lawn, warmer weather brings on the darker side of politics. Six Democratic candidates for Congress pretty much ignored each other through much of last year, but now with petitioning starting this coming Tuesday, elbows are starting to fly.

Despite public revulsion, negatives work, if only to bring front-runners to heel. There is the old Albany saying that if you're defending, you're losing. Or at least losing ground.

A few weeks ago we learned that Greene County businessman Brian Flynn, after touting his job-building experience with local hires, may have shipped hundreds of jobs offshore. Or not. Flynn says only a handful left the country. and that most went to southern states. Still, those jobs are far from the local congressional district.

### PA-01: Bucks Local News: Bucks County Democrats endorse Wallace for Congress; Bacher and Reddick say they'll fight on for the nomination
March 2, 2018

Buckingham resident Scott Wallace on Feb. 24 overwhelmingly received the endorsement of the Bucks County Democratic Committee as "the candidate best positioned to win" the Democratic nomination and take on Republican Brian Fitzpatrick in Pennsylvania's new 1st Congressional District in November.

Wallace received 196 votes, or 67 percent of the committee people in attendance at the meeting. Rachel Reddick received 52 votes, or 18 percent, and Steve Bacher received 20 votes, or seven percent of the vote. Twenty-four committee people voted to abstain.

"I am honored to be endorsed by the Bucks County Democratic Committee," said Wallace, following the endorsement vote. "My team worked hard for this endorsement, and having this vote of confidence by the BCDC will be a major boost to our organization's ability to take on Brian Fitzpatrick."

### PA-18: NPR: Pennsylvania Election: Regional Race Could Offer Clues About Midterms Voter Turnout
By Lulu Garcia-Navarro
March 4, 2018

DCCC_000333

Less than two years after Donald Trump won a western Pennsylvania congressional district by double digits, a special election race between a young Democrat and a deeply conservative Republican is now closer than either side had expected. The congressional race is being run in Pennsylvania's 18th district, but the March 13 election is expected to offer clues about how voters will turn out in the November midterms.

Rick Saccone, the Republican, and Conor Lamb, his Democratic opponent are vying for a seat that opened in October when eight-term Congressman Tim Murphy resigned following a personal scandal. As NPR's Two-Way blog reported, Murphy allegedly asked a woman with whom he had an extramarital affair to get an abortion.

### TX-all: Austin American Statesman: Texans smash early voting record powered by Democratic surge
By Jonathan Tilove
March 3, 2018

People in voting booths complete their ballots at a poling station during the Texas primary 2018 at the Travis County Tax office on March 1, 2018.

Texans in the 15 largest counties have smashed the record for early voting in a non-presidential year, thanks largely to a huge surge in Democratic participation.

According to final figures posted Saturday by the Texas Secretary of State's office, 885,574 Texas voted early in person or by mail over 11 days of early voting, which ended Friday. The primary is Tuesday.

That figure is up from 592,153 early votes in the comparable period before the 2014 March primary in the last midterm elections — a nearly 50 percent increase.

### TX-all: NPR: Ahead Of Texas Primary, Early Signs Of A 2018 Democratic Surge
By Jessica Taylor
March 4, 2018

The 2018 primary elections kick off this week, and Democrats are already seeing reasons to be excited deep in the red, beating heart of Texas.

The Lone Star State holds the nation's first primary on Tuesday, but the initial eight days of early voting through last Tuesday already showed Democrats reaching record levels in a midterm year. To that point, they'd surpassed GOP voter turnout and their own party's numbers during the same period in 2016, a presidential election year where voting numbers are typically much higher.

The rising Democratic enthusiasm mirrors what the party has already seen across the country in the nearly year and a half since President Trump was elected — more than three dozen state legislature seats changing hands, important wins in Virginia and New Jersey last year and mobilization through rallies and protests.

### TX-07: Houston Chronicle: National Democratic Chairman Tom Perez questions DCCC actions in CD 7 race
By Mike Ward
March 2, 2018

The national Democratic Party chairman on Friday questioned the actions of the party's congressional campaign committee in Houston's hotly contested 7th Congressional District primary to criticize one of the party's seven candidates, Laura Moser.

"I wouldn't have done it," Tom Perez was quoted in a tweet by Susan Page, USA Today's Washington bureau chief. Page said Perez' comment was made on C-SPAN's Newsmaker show.

Perez, the former labor secretary under President Barack Obama, could not immediately be reached for comment to elaborate on the remark.

### VA-07: Richmond Times Dispatch: Rep. Dave Brat's Twitter account removes likes of controversial tweets after outcry
By Patrick Wilson
March 2, 2018

DCCC_000334

Staff for U.S. Rep. Dave Brat, R-7th, removed numerous "likes" from his campaign Twitter account on Thursday after an outcry over Brat liking controversial tweets, one of them questioning whether a survivor of the Florida school shooting was an actor.

Brat's office said the tweets in question had been liked by a staffer who mistakenly believed the action was being done on her personal Twitter account, not the Brat campaign account.

A Brat statement said "the campaign is putting safeguards in place to ensure that it will not happen again." Among the tweets that were liked by his campaign Twitter account was one that attacked David Hogg, a survivor of the school shooting in Parkland, Fla., who has been outspoken in TV interviews since then in calling for gun control.

From:       Rebecca Drago [drago@dccc.org]
Sent:       2/22/2018 6:33:05 AM
To:         Staff [D3CStaff@DCCC.ORG]
Subject:    DCCC Press Clips 2/22/18

DCCC Press Clips 2/22/18

**Driving the Day**
- Reuters: U.S. students protest over gun laws, Trump considers arming teachers
- Washington Post: Marco Rubio and the NRA confronted by shooting survivors, grieving parents at tense town hall
- NYT: Parents and Students Plead With Trump: 'How Many Children Have to Get Shot?'

**Congressional Coverage**
- Politico: The Frat House of Representatives
- Washington Post: For some Democrats running for Congress, a strategic navigation of gun issues
- Politico: Dems demand budget boost to shield midterms from Russian interference
- The Hill: Dems want gun control, but worry it could cost them midterms
- The Hill: Number of women running in midterms more than doubles from 2016 to 2018: report
- Politico: Trump on course for clash with House GOP over gun control
- Bloomberg: Democrats Counter GOP Tax-Cut Pitch by Warning of Long-Term Pain
- Roll Call: House Oversight Probes Scott Pruitt's Travel Expenses

**District by District**
- CA-10/48: LA Times: Emily's List announces two more endorsements in California House races
- CA-25: Signal: Stern endorsement sets stage for convention battle
- CA-25/39/45/48: LA Times: Group working to elect more scientists to Congress will spend $1 million on Los Angeles TV ads
- CA-48: OC Weekly: Protest Targets Walters, Rohrabacher, Trump and Oil Drilling Off Orange County Coast
- CA-49: Cosmopolitan: Sara Jacobs Could Be the Youngest Congresswoman Ever
- CO-06: Washington Post: GOP congressman Coffman booed at gun control town hall
- FL-all: NYT: Florida Republicans Face Mounting Pressure to Act on Gun Control
- FL-18/26: Florida Politics: Progressives target Brian Mast, Carlos Curbelo on immigration
- IA-01: Associated Press: Iowa Congressman Failed to Disclose Internet Company
- NC-09: Daily Journal: Pittenger faces competition in re-election bid
- NJ-02: Asbury Park Press: House Democrats embrace pro-gun candidate Jeff Van Drew for Jersey Shore seat
- NJ-11: POLITICO New Jersey: New GOP candidate emerges for Frelinghuysen seat with Essex and Passaic support
- NY-21: POLITICO New York: Dylan Ratigan declares for Congress, shakes up Stefanik race
- NY-22: NY State of Politics: Tenney: Many Mass Murderers 'End Up Being Democrats'
- PA-06: Washington Monthly (opinion): GOP Congressman Ryan Costello is really losing it
- TX-all: Mother Jones: The 2018 Election Started Tuesday With One Jaw-Dropping Stat
- TX-all: Austin American Statesman: Growth of Texas Democratic early voters so far outpaces Republicans
- VA-07: NPR: More Than Twice As Many Women Are Running For Congress In 2018 Compared With 2016

Reuters: U.S. students protest over gun laws, Trump considers arming teachers
By Jeff Mason, Zachary Fagenson
February 22, 2018

DCCC_000336

Students galvanized by the deadly mass shooting at a Florida high school confronted lawmakers on Wednesday with demands to restrict sales of assault rifles, while President Donald Trump suggested arming teachers as a way to stop more U.S. rampages.

The unprecedented lobbying effort by groups of teenagers and parents at the White House and at the Florida statehouse in Tallahassee played out as fellow students staged classroom walkouts and rallies in cities across the country.

Trump held an emotional, hour-long meeting with students who survived the Florida shooting and a parent whose child did not. He said arming teachers and other school staff could help prevent future mass shootings, voicing support for an idea backed by the powerful National Rifle Association gun lobby.

Washington Post: Marco Rubio and the NRA confronted by shooting survivors, grieving parents at tense town hall
By Marwa Eltagouri, Keith McMillan
February 22, 2018

There appeared to be little room for nuance Wednesday evening at CNN's emotionally charged town hall, which brought survivors, lawmakers and a prominent Second Amendment advocate together for the first time since the Feb. 14 massacre at Marjory Stoneman Douglas High School in Parkland, Fla.

Little room for discussing whether a ban on "bump stock" devices — which allow semiautomatic guns to fire faster — could have prevented a 19-year-old from entering the school last week and killing 17 people and wounding dozens more with an AR-15 rifle.

Little room for questioning whether raising the minimum age to purchase that gun could have stopped him.
When Sen. Marco Rubio (R-Fla.) brought up a concept that would allow police to temporarily seize a gun-owner's weapons, Stoneman Douglas student Ryan Deitsch told him, "that feels like the first step of a 5k run."

NYT: Parents and Students Plead With Trump: 'How Many Children Have to Get Shot?'
By Julie Hirschfeld Davis
February 21, 2018

An anguished father mourning his 18-year-old daughter vented his anger and pleaded for safer schools.
A fear-stricken student who watched classmates die last week wept openly as he called for banning assault weapons.
A mother who lost her 6-year-old son in a school shooting just over five years ago warned that more parents would lose their children if President Trump did not act, adding, "Don't let that happen on your watch."
One by one at the White House on Wednesday afternoon, survivors of school shootings and family members of victims shared their stories and their calls to action. The extraordinary public exchange with the president gave voice to an intensely emotional debate over how to respond to the latest gun massacre in an American school.

Politico: The Frat House of Representatives
By John Bresnahan, Rachel
February 22, 2018

Crotch shots. Infidelity. Secret payoffs. Pants-less octogenarians. And the infamous "Bros Caucus."
Welcome to the Frat House of Representatives.

The past year in Congress has been a lowlight reel of nonstop unethical — and, in some cases, potentially illegal — behavior. Three House members resigned over alleged misconduct. Four others announced they won't seek reelection, an option they took to head off party leaders forcing them out.

Just last week, POLITICO reported that Rep. Mike Turner (R-Ohio) is threatening to depose Rep. Darrell Issa (R-Calif.) in his divorce case. Turner wants to know about Issa's relationship with Turner's estranged wife, though Issa has denied any improper behavior.

Washington Post: For some Democrats running for Congress, a strategic navigation of gun issues
By Paul Kane
February 21, 2018

DCCC_000337

Democrats have found their latest dose of political adrenaline in the fight over tougher gun restrictions, appearing to have Republicans on the defensive following their slow-moving response to the massacre of 17 at a Florida high school on Feb. 14.

But there are also a fair number of Democrats running for Congress with mixed views on the issue, sounding quite different from those in the party who are angling for the 2020 presidential nomination.

The most noticeable example is Conor Lamb, a 33-year-old from outside Pittsburgh with a sterling résumé running in a special House election next month. Lamb served as a captain in the Marine Corps until 2013, when he went on to serve as a federal prosecutor focusing on opioid crimes.

The Hill: Dems want gun control, but worry it could cost them midterms
By Amie Parnes, Mike Lillis
February 22, 2018

Democrats mulling how to approach gun control on the campaign trail this year are weighing their tough history on the subject against the burning politics of the moment.

The killings of 17 people at a Florida high school has led to an outpouring of student protests and new energy for the gun control movement. Polls show almost unanimous support for an expansion of background checks.

But the issue is a delicate one for party leaders hoping to flip both chambers in this year's midterms by defeating Republicans in conservative-leaning districts where tougher gun laws can be radioactive.

As the issue continues to dominate the headlines, some Democrats back an understated approach, particularly with vulnerable Democrats like Sens. Heidi Heitkamp (N.D.) and Joe Manchin (W.Va.) up for reelection in red states.

The Hill: Number of women running in midterms more than doubles from 2016 to 2018: report
By Avery Anapol
February 21, 2018

More than twice as many women are running for Congress in the 2018 midterm elections as were running just two years ago.

At least 431 female candidates are running or are likely to run for the House, compared to 212 in February 2016, according to NPR. In Senate races, 50 women are running or are likely to run, compared to 25 in 2016.

The wave of female candidates has mostly affected the Democratic party, according to recent data. Out of the 431 women running for the House, only 92 are Republicans.

Politico: Trump on course for clash with House GOP over gun control
By Rachel Bade, Elana Schor
February 21, 2018

President Donald Trump's tentative embrace of a narrow background-checks bill is about to hit a towering hurdle: members of his own party.

The White House is signaling support for a bipartisan bill that would enhance reporting of violent criminals to the FBI's background-check database in order to stop them from buying firearms. Senate Majority Whip John Cornyn (R-Texas) is trying to round up support for it along with the White House — a formidable duo from a party that typically shuns any talk of stricter gun measures.

But House conservatives are unwilling to sign on, unless the measure is coupled with so-called "concealed-carry" legislation backed by the NRA. Combining the two ideas would have the net effect of loosening gun controls.

Politico: Dems demand budget boost to shield midterms from Russian interference
By Elana Schor
February 21, 2018

Congressional Democratic leaders on Wednesday called for more than $300 million in new funding to help safeguard this November's elections against Russian interference. But they stopped short of courting any shutdown battles over the issue ahead of next month's must-pass government spending bill.

DCCC_000338

Senate Minority Leader Chuck Schumer (D-N.Y.) and House Minority Leader Nancy Pelosi (D-Calif.) outlined their bid for extra money for the FBI, Department of Homeland Security and Election Assistance Commission in a letter to GOP leaders that made no mention of President Donald Trump.

But Democrats' request was clearly intended as a barb toward Trump, who has seemingly lashed out at every target besides Moscow in the days since special counsel Robert Mueller indicted 13 Russian nationals for an alleged systematic campaign to disrupt the 2016 election.

### Bloomberg: Democrats Counter GOP Tax-Cut Pitch by Warning of Long-Term Pain
By John McCormick
February 21, 2018

As voters complete their tax returns this year, Kelly Mazeski and other Democratic candidates in high-income, high-tax congressional districts want them to be thinking about the possible pain ahead.

Republicans are leaning hard on the tax cuts that are boosting take-home pay now as a central theme in their campaigns for the November congressional elections. Mazeski is telling residents in the affluent Chicago suburbs, where she's seeking to unseat Republican Representative Peter Roskam, that what the GOP is offering is just a sugar high.

She's reminding voters that when they file their 2018 returns next year, they'll be hit by a cap on state and local taxes, known as SALT, and may end up owing more long after the election is over.

### Roll Call: House Oversight Probes Scott Pruitt's Travel Expenses
By Elvina Nawaguna
February 22, 2018

As questions about the official travel habits of EPA Administrator Scott Pruitt mount, the House Oversight and Government Reform Committee is demanding documents and other information on his first-class flights, as it looks into whether federal laws were broken.

Pruitt has for several months been under fire for incurring high travel costs at taxpayer expense. After recent news reports of Pruitt's use of expensive first-class flights and stays at luxury hotels, an EPA spokesman said the administrator had been given a "blanket waiver" to fly first class for security reasons.

Although the EPA spokesman has since walked back the "blanket waiver" assertion and said waivers were requested for every first- or business-class trip, lawmakers are seeking more answers.

### CA-10/48: LA Times: Emily's List announces two more endorsements in California House races
By Christine Mai-Duc
February 21, 2018

Abortion-rights group Emily's List has thrown its weight behind two more Democrats challenging GOP incumbents in California.

The group announced Wednesday that it's endorsing Rachel Payne's candidacy against Rep. Dana Rohrabacher in Orange County, and Virginia Madueño in the race to unseat Rep. Jeff Denham in the Central Valley.

In a statement announcing the endorsements, President Stephanie Schriock highlighted Madueño's background as a small town mayor and business owner, and Payne's leadership in the tech industry.

Of the seven districts where Emily's List previously put Republican incumbents "on notice," the group, which focuses on electing pro-choice Democratic women, has endorsed six challengers.

### CA-25: Signal: Stern endorsement sets stage for convention battle
By Andrew Clark
February 20, 2018

A state senator representing the southwestern portion of Santa Clarita could make waves in the 25th Congressional District primary race after he endorsed Katie Hill, the executive director for nonprofit People Assisting The Homeless, days before the Democratic state convention in San Diego.

DCCC_000339

Sen. Henry Stern, D-Calabasas, endorsed Hill Tuesday, the first official that represents part of the district to back Hill in the race. During the 2016 election, Stern campaigned with attorney Bryan Caforio, who's also running for the seat currently held by Congressman Steve Knight.

"As the senator for the Simi, Santa Clarita and San Fernando valleys in the 25th, it's clear that Katie is of, by, and for the people of this district. She's unapologetic about her values and doesn't shy away from tough issues," Stern said in a statement. "Congress needs change—Congress needs Katie Hill."

### CA-25/39/45/48: LA Times: Group working to elect more scientists to Congress will spend $1 million on Los Angeles TV ads
By Sarah D. Wire
February 21, 2018

A political nonprofit working to elect scientists to Congress announced Wednesday it has reserved just over $1 million in broadcast television air time in the Los Angeles in the two weeks leading up to June's primary.
314 Action, a 501(c)(4) social welfare group, has endorsed a trio of Democratic House candidates who are running in three different crowded and competitive Orange County races to win seats currently held by Republicans.
The group is planning on spending between $5 million and $7 million to support its endorsed candidates during the midterm election, said executive director Joshua Morrow.

### CA-48: OC Weekly: Protest Targets Walters, Rohrabacher, Trump and Oil Drilling Off Orange County Coast
By Matt Coker
February 21, 2018

At high noon Thursday, demonstrators plan to gather in Laguna Beach to call attention to their opposition to oil drilling off the Orange County coast and three Washington, D.C., politicians: U.S. Representatives Mimi Walters (R-Irvine), Dana Rohrabacher (R-Huntington Beach) and President Donald Trump.
The crowd organized by the Sierra Club Angeles Chapter, Greenpeace USA, OFA-California, HB Huddle, Resist Here, Women for American Values and Ethics (WAVE), Mothers Out Front Tustin, Indivisible OC 45, Together We Will Orange County and SoCal Healthcare Coalition will gather in the coastal neighborhood where Walters lives but is actually within the 45th Congressional District represented by Rohrabacher.
He has come out in support of Trump's plan to restart oil drilling off coasts in the United States that are not Florida's (because of a promise made to that state's Republican governor, Rick Scott).

### CA-49: Cosmopolitan: Sara Jacobs Could Be the Youngest Congresswoman Ever
By Rebecca Nelson
February 21, 2018

It's 5:30 p.m. at a trendy brewpub in Encinitas, California, with 25 beers on draft, and Sara Jacobs can't have any of them.
Jacobs, 29, a Democratic candidate for Congress in California, has invited a handful of local community college students to tell her what's on their mind: student debt, mental health services, a lack of basic health care. They'll do it over drinks, because even in 2018, the worn adage persists that a candidate should be relatable enough to have a beer with. Before the waitress pours the beer, though, she asks to see everyone's license. That's when it hits her: Jacobs doesn't have her ID.
Her campaign manager calls her political director, who walks in a few minutes later with Jacobs's wallet, and inside, her California state ID. The waitress studies it and then pours her a sorely-needed glass. You do have to be at least 25 to run for Congress, Jacobs reminds us.

### CO-06: Washington Post: GOP congressman Coffman booed at gun control town hall
By Mike DeBonis
February 21, 2018

Patti Seno registered for Rep. Mike Coffman's town hall meeting expecting to ask him about health care. The deadly mass shooting at a Florida high school changed all that.

In a high school auditorium here, amid a suburban landscape scarred by the acts of mass gun violence in the nearby towns of Littleton and Aurora, Seno delivered a stern message to the five-term Republican, whose response, at times, was met with jeers.

"It took children to shake me from my comfort zone to come forward to say: Enough is enough," said the 53-year-old benefits administrator, referring to the students who have spoken out after a troubled ex-student, the alleged shooter, killed 17 people inside a Florida high school last week.

### FL-all: NYT: Florida Republicans Face Mounting Pressure to Act on Gun Control
By Alex Burns
February 21, 2018

Representative Stephanie Murphy, a Democrat who represents the Orlando area, said voters in her largely suburban district had reached a breaking point on the gun issue. Ms. Murphy, who has introduced legislation to authorize the Department of Health and Human Services to study gun violence, said the government had failed to keep pace with regular people's concerns about mass killings.

"People are angry and they're outraged and they're motivated," said Ms. Murphy, who defeated an N.R.A.-backed Republican in 2016. "We were affected by Pulse less than two years ago, and here's another mass shooting."

### FL-18/26: Florida Politics: Progressives target Brian Mast, Carlos Curbelo on immigration
By Mitch Perry
February 21, 2018

An immigration advocacy group on Tuesday launched a series of digital ads targeting Republican U.S. Reps. Brian Mast and Carlos Curbelo, as well as their GOP colleagues, for their role in failing to protect "Dreamers."

iAmerica Action announced it will spend $250,000 in 27 House districts on the ads, many of which have large Latino populations.

Mast represents Florida's 18th Congressional District in Palm Beach County, while Curbelo represents Miami down to Key West as part of representing Florida's 26th Congressional district.

Both seats are considered targets for a potential Democratic flip in the 2018 election cycle.

### IA-01: Associated Press: Iowa Congressman Failed to Disclose Internet Company
By Ryan Foley
February 21, 2018

— A congressman from Iowa violated House ethics rules by failing to disclose a new company that he owns, a mysterious outfit that uses one of his federal staffers in a false testimonial for its services, an Associated Press review shows.

Rep. Rod Blum was one of two directors of the Tin Moon Corp. when the internet marketing company was incorporated in May 2016, as the Republican was serving his first term, a business filing shows. Among other services, Tin Moon promises to help companies cited for federal food and drug safety violations bury their Food and Drug Administration warning letters below positive internet search results.

Tin Moon's website had listed Blum as its CEO and featured an official photo of Blum wearing his congressional pin in front of an American flag. The company removed the photo and changed Blum's title to "majority shareholder" Tuesday after the AP raised questions about House ethics rules. Tin Moon is based in the same Dubuque office as a construction software company he owns, called Digital Canal.

### NJ-02: Asbury Park Press: House Democrats embrace pro-gun candidate Jeff Van Drew for Jersey Shore seat
By Bob Jordan
February 21, 2018

DCCC_000341