For a district that covers part of Ocean County, the Democratic Congressional Campaign Committee says it will start giving fundraising and organizational support to a midterm candidate who voted against gay marriage and gun control measures backed by fellow Democrats.

Democratic state Sen. Jeff Van Drew is among four potential contenders in the party's primary election for the House seat held by the retiring Rep. Frank LoBiondo, R-N.J., in New Jersey's 2nd Congressional District. For more on the Jersey Shore's four House seats, watch the video at the top of the page.

The Ocean County section of the district is made up of Barnegat Light, Beach Haven, Eagleswood, Harvey Cedars, Little Egg Harbor, Long Beach Township, Ship Bottom, part of Stafford, Surf City and Tuckerton.

NJ-11: POLITICO New Jersey: New GOP candidate emerges for Frelinghuysen seat with Essex and Passaic support
By Matt Friedman
February 21, 2018

A new, potentially formidable candidate has emerged in the Republican primary in the 11th Congressional District. Antony Ghee, a 47-year-old investment banker, lawyer and Army Reserve JAG officer from Totowa, announced Wednesday he's running for the seat being vacated by Rep. Rodney Frelinghuysen, a 23-year Republican incumbent who announced his retirement last month while facing the only competitive reelection race of his career.

"Do we nominate a career politician in an age when most people don't trust their government or the people serving, or do we seize this opportunity to do something bold and energize our party heading into the general election?" Ghee said in a statement. "Without question we must do the latter, which is why I am announcing my candidacy for Congress today and intend work very hard to earn your support in the June primary."

NC-09: Daily Journal: Pittenger faces competition in re-election bid
By William R. Toler
February 21, 2018

The race for the U.S. House of Representatives is heating up, but the sitting congressman has yet to enter.
Five candidates from the three parties available on North Carolina's ballot have all filed for this year's election. However, Rep. Robert Pittenger, R-Charlotte, wasn't on the list as of 5 p.m. Tuesday.
Two candidates from Pittenger's own Republican party — Mark Harris and Clarence Goins Jr. — are challenging the incumbent, who has been in Congress since 2013.
Harris and Todd Johnson challenged Pittenger in the 2016 Republican primary. During that election, Johnson carried a majority of the rural areas, including his home county of Union.

NY-21: POLITICO New York: Dylan Ratigan declares for Congress, shakes up Stefanik race
By Jimmy Vielkind
February 21, 2018

Former MSNBC host Dylan Ratigan declared his candidacy for Congress on Wednesday, cannonballing into the wide, shallow pool of Democrats hoping to challenge Replublian Rep. Elise Stefanik in the northern reaches of New York state.
The 45-year-old is the ninth Democrat to seek the nomination in the 12-county 21st Congressional District, which has been a safe Republican bastion — minus five years of Democratic representation by Bill Owens during the Obama administration — since the Civil War. Stefanik was elected in 2014.
Ratigan said he has long thought about running for Congress, but had trouble untangling himself from a business that encourages veterans to set up solar-powered hydroponic farms and was increasingly dismayed with the "carnival" atmosphere of current political discourse.

NY State of Politics: Tenney: Many Mass Murderers 'End Up Being Democrats'
By Nick Reisman
February 21, 2018

Republican Rep. Claudia Tenney in a radio interview on Wednesday suggested "many of the people" who commit mass killings are Democrats.

DCCC_000342

Tenney was interview Wednesday morning by Fred Dicker on his "Focus On The State Capitol" radio show, discussing the shooting at a Florida high school that killed 17 people. The shooting has re-ignited a nationwide over gun control and a push for stronger background checks of those who buy firearms.

In the interview, Tenney said it was unfair that legal gun owners would face the brunt of any effort to crack down on firearms.

PA-06: Washington Monthly (opinion): GOP Congressman Ryan Costello is really losing it
By Martin Longman
February 21, 2018

My congressman, Ryan Costello, is well-respected in my community. He's a local boy who did good. He knows he represents a district that voted for Obama once and for Hillary Clinton. He doesn't throw bombs and keeps away from right-wing media. He casts an occasional dissenting vote. He tries to sound reasonable about immigration policy. He opted out of attending Trump's convention in Cleveland because of concerns about Trump's behavior and rhetoric. It's all sensible behavior for someone who most definitely represents a swing district. His predecessor, Jim Gerlach, survived some rough election cycles using the same basic playbook.

But Costello has been acting weird lately. He was supposed to be at the softball practice where his colleague Steve Scalise was shot and almost killed, but he missed his ride. After that, he became less accessible. He refused to attend a town hall meeting in Phoenixville, offering the implausible explanation that the sponsors' inadequate security had created a death trap. Then he collapsed at the local gym when he read the headlines about it in the local newspaper.

TX-all: Mother Jones: The 2018 Election Started Tuesday With One Jaw-Dropping Stat
By Tim Murphy
February 21, 2018

A surge in women candidates may be a big reason why.

The 2018 election officially began on Tuesday with the first day of early voting ahead of Texas' March 6th primaries. Evidently, a lot of people got the message. In Harris County, which includes Houston and is the state's largest population center, Republican turnout was 25-percent higher than the first day of early-voting in the 2014 primaries. That makes some sense—there's an expensive state house of representatives race in the county and an open Republican-leaning congressional district. But what's more surprising is the turnout jump on the Democratic side—a full 300 percent.

TX-all: Austin American Statesman: Growth of Texas Democratic early voters so far outpaces Republicans
By Julie Chang
February 21, 2018

In Texas' 30 most populous counties, 51 percent more Democrats voted in their primary on Tuesday than in 2014, compared to the 16 percent growth rate in voters in the Republican primary.

According to early voting numbers released by the Texas Secretary of State's office on Wednesday, 33 percent more people showed up to the polls on Tuesday than they did on the first day of early voting in 2014. A bit more Democrats voted in person than Republicans in their respective primaries — 28,475 compared to 22,774, respectively.

Across Central Texas, voter turnout trends were similar when comparing Tuesday's and 2014 first early voting day figures:

VA-07: NPR: More Than Twice As Many Women Are Running For Congress In 2018 Compared With 2016
By Danielle Kurtzleben
February 20, 2018

[...] Democratic women (even those who don't have a daughter running for Congress) are amped up for 2018. It's visible in Spanberger's volunteers, about two-thirds of whom are women, and in this race's candidates as well.

Spanberger is one of four Democrats, three women, along with one man, vying for that party's nomination in this district. And that miniwave in Virginia's 7th Congressional District is a microcosm of something happening nationwide.

DCCC_000343

At latest count, 431 women were running for or were likely to run for the House nationwide — 339 Democrats and 92 Republicans. At this point in 2016, there were fewer than half that: 212. Likewise, 50 women are running for or likely to run for Senate, compared with 25 at this point in 2016. Many have not officially filed for office yet — filing deadlines have not occurred in many states. But thus far, this year is on track to break records.

DCCC_000344

From:       Rebecca Drago [drago@dccc.org]
Sent:       3/2/2018 6:33:49 AM
To:         Staff [D3CStaff@DCCC.ORG]
Subject:    DCCC Press Clips 3/2/18


DCCC Press Clips 3/2/18

**Driving the Day**
- WSJ: Trump's Steel-Tariffs Plan Rattles GOP Lawmakers
- NYT: N.R.A. Suggests Trump May Retreat From Gun Control
- NYT: Trump's Chaos Theory for the Oval Office Is Taking Its Toll
- Washington Post: Putin speech adds to freeze in U.S.-Russia relations

**Congressional Coverage**
- Washington Post: Nearly half of Americans agree with Nancy Pelosi's 'crumbs' comment, according to a poll by a pro-Trump group
- National Journal: Dems Should Worry About Long-Term Direction, Not 2018 Message
- AP: Russian Election Assault Poses Quandary for 2018 Campaigns
- Politico: Conservatives floored by Trump's gun control lovefest
- Roll Call: Border Wall Funds Elusive Without a Deal on 'Dreamers'
- CNN: First on CNN: Planned Parenthood to target 8 states, spend $20 million as part of midterm battle plan
- CNN: CNN poll: 8 in 10 back DACA, supporters hold Trump, GOP responsible for not extending program
- The Hill: Baffled Republicans distance themselves from Trump on guns
- Boston Globe: Republicans are not just attached to Trump — they're his customers, too

**District by District**
- CA-ALL: New York Mag: The CA Democrats Aren't In Disarray
- CA-49: KPBS: Democrats Looking To Thin Crowded Field In Race For 49th Congressional District
- CO-03 GJ Sentinel: Third Democrat will challenge for Tipton's House seat
- FL-26: Miami Herald: Environmental group downgrades Carlos Curbelo's climate change record:
- IL-03: Washington Examiner: A Dan Lipinski defeat could spur future primary challenges
- IL-06: WGN: 7 Democrats vie to topple Republican Roskam in 6th Congressional District
- IL-13: State Journal-Register: ACA repeal inspires Londrigan's U.S. House run
- MI-08 MI-07 MIRS/Lansing Pulse: Dems, GOP shifting focus from MI-7 To MI-8
- MN-03: MPR News: GOP tax bill debate plays out in MN's wealthiest district
- MN-08 Mesabi Daily News: Metsa Running For Congress in 8th District
- NE-02: Roll Call: Nebraska Democrats Ask Ethics Office to Review Rep. Bacon Tweets
- NH-01: Vox: The controversy over Levi Sanders, Bernie's son who's now running for Congress, explained
- NJ-07: Patch: NJ Congress candidate refuses 'dark money,' gets PAC thumbs-up
- OH-01 | Enquirer: "Nobody should ever feel that kind of fear.' Local grandmother of Parkland victim calls out Rep. Steve Chabot on gun control
- PA-18: NYT: House Race in Pennsylvania May Turn on Trump Voters' Regrets
- TX-all: Vox: Texas Republicans are getting spooked by huge Democratic turnout in the primaries
- TX-07: The Hill: Sanders allies endorse Texas Dem amid DCCC attacks
- TX-32: Texas Tribune: In Dallas, Democrats keep it clean in crowded congressional race to take on Pete Sessions
- VA-10: Washington Post: Wexton challenges Comstock over her links to a conservative women's group
- WA-08: Seattle Times: Who can beat Republican Dino Rossi? Democratic rivals jostle in pivotal 8th Congressional District

**WSJ: Trump's Steel-Tariffs Plan Rattles GOP Lawmakers**

By William Mauldin
March 2, 2018

Since he became president, Donald Trump's threats to sanction global trading partners sent tremors through business-oriented congressional Republicans worried about how potential retaliation from abroad could reverberate through the businesses and farms in their districts.

On Thursday, the rattle turned into an earthquake. The president's announcement of plans to put barriers on steel and aluminum imports drew quick condemnation from GOP lawmakers who almost uniformly labeled the action a "tax" because of the potential costs for manufacturers in their districts who use the metals.

"The president is proposing a massive tax increase on American families," said Sen. Ben Sasse, a Nebraska Republican. "You'd expect a policy this bad from a leftist administration, not a supposedly Republican one."

NYT: N.R.A. Suggests Trump May Retreat From Gun Control
By Michael Shear, Sheryl Gay Stolberg, Thomas Kaplan
March 1, 2018

The top lobbyist for the National Rifle Association claimed late Thursday that President Trump had retreated from his surprising support a day earlier for gun control measures after a meeting with N.R.A. officials and Vice President Mike Pence in the Oval Office.

The lobbyist, Chris Cox, posted on Twitter just after 9 p.m. that he met with Mr. Trump and Mr. Pence, saying that "we all want safe schools, mental health reform and to keep guns away from dangerous people. POTUS & VPOTUS support the Second Amendment, support strong due process and don't want gun control. #NRA #MAGA."

Mr. Trump tweeted about an hour later, "Good (Great) meeting in the Oval Office tonight with the NRA!"

NYT: Trump's Chaos Theory for the Oval Office Is Taking Its Toll
By Mark Landler, Maggie Haberman
March 1, 2018

For 13 months in the Oval Office, and in an unorthodox business career before that, Donald J. Trump has thrived on chaos, using it as an organizing principle and even a management tool. Now the costs of that chaos are becoming starkly clear in the demoralized staff and policy disarray of a wayward White House.

The dysfunction was on vivid display on Thursday in the president's introduction of tariffs on steel and aluminum imports. The previous day, Mr. Trump's chief economic adviser, Gary D. Cohn, warned the chief of staff, John F. Kelly, that he might resign if the president went ahead with the plan, according to people briefed on the discussion. Mr. Cohn, a former Goldman Sachs president, had lobbied fiercely against the measures.

Washington Post: Putin speech adds to freeze in U.S.-Russia relations
By Karen De Young
March 1, 2018

It may still be far from the depths of the Cold War, but Russian President Vladimir Putin's Thursday speech, outlining new, "invincible" weapons to overcome U.S. defenses, lowered the already chilly temperature of the relationship by several degrees.

Few experts on either side believe that the new weapons, assuming they actually exist and are ever deployed, would change the balance of power between two nations that already have the ability to destroy each other many times over. At the same time, there is widespread agreement that the rhetorical attacks, stalled diplomacy and military escalation that increasingly characterize U.S.-Russia relations are counterproductive to global security.

Washington Post: Nearly half of Americans agree with Nancy Pelosi's 'crumbs' comment, according to a poll by a pro-Trump group
By Ed O'Keefe
March 1, 2018

House Minority Leader Nancy Pelosi (D-Calif.) has earned the ire of Republicans for suggesting that major corporations are giving workers "crumbs" while top executives reap bonuses after passage of the GOP's tax revision plan.
But a new poll from a group supportive of President Trump finds nearly half of Americans agree with Pelosi's comments despite weeks of relentless criticism from GOP leaders.
The poll was conducted by America First Policies, a pro-Trump nonprofit group established shortly after the president's inauguration last year. A report published Thursday by CNBC details how the group, officially classified as a "social welfare organization," is conducting extensive polling that is usually conducted by major party committees on behalf of an incumbent president.

National Journal: Dems Should Worry About Long-Term Direction, Not 2018 Message
By Charlie Cook
March 1, 2018

It's always interesting what people and political parties do and don't choose to worry about. It's a source of never-ending amazement to me that so many Democrats wring their hands about their party lacking a message or a clear leader, while ignoring the broader direction their party is taking.
"Democrats can't win majorities in the House or Senate unless they come up with a strong message." That's something that I have heard at least 200 people say, including some who ought to know better. Midterm elections are never about a party that has no power. They never have and never will be about a party that doesn't have the White House, majorities in the House or Senate, or for that matter, control of governorships or state legislative chambers. No offense, Democrats, but everything is not about you.
The related argument is that Democrats need to have ideas, proposals—an agenda. But if the party that holds the White House, House, and Senate, 33 governorships, and the majority of state legislative chambers and seats is doing almost everything imaginable to self-destruct, why would the opposition party want to do anything other than have a referendum on the party in power? Why wouldn't Democrats just get out of the way? If Democrats win a majority in the House and/or Senate, then they have to come up with a plan, but that is a problem for them on another day.

AP: Russian Election Assault Poses Quandary for 2018 Campaigns
By Tom LoBianco, Steve Peoples
March 1, 2018

Encrypted messages. Two-factor authentication. Real-time monitoring of social media for malicious internet bot activity. This is the new reality for candidates running in 2018, scared of email hacks and elaborate misinformation schemes like the ones Russia used to disrupt the 2016 campaign.
And many candidates say they're concerned they can't rely on Congress or the White House for advice, or protection. "Since many in Washington continue to bury their head in the sand over the dangers our Democracy faces, our campaign has taken deliberate steps to guard against cyberattacks by mandating extensive security measures," said Gareth Rhodes, a Democrat running for an upstate New York House seat. He said he's put his campaign staff through training on how to identify phishing and hacking attempts.

Roll Call: Border Wall Funds Elusive Without a Deal on 'Dreamers'
By Dean DeChiaro
March 2, 2018

President Donald Trump may be headed for a Groundhog Day experience as his search for funding to build a U.S.-Mexico border wall enters its second year.
Trump is asking Congress for $1.6 billion in fiscal 2019 to construct 65 miles of new barriers in southern Texas, even though he is still without the $1.6 billion he requested for 2018. The White House also wants $18 billion over the next decade for construction.
"Don't worry, you're getting the wall," Trump told the audience at the annual Conservative Political Action Conference last week.

But Democrats — who can block any spending legislation from passing the Senate — are largely opposed to funding the border wall without a path to citizenship for undocumented "Dreamers," including nearly 700,000 enrolled in the expiring Deferred Action for Childhood Arrivals program. That means Trump could end up with nothing.

Politico: Conservatives floored by Trump's gun control lovefest
By Burgess Everett, Rachel Bade
March 1, 2018

Minutes into Donald Trump's renegade embrace of the left's wish list for gun control, Republican Rep. Warren Davidson's phone lines blew up.
"What is Trump doing?" texted one angry constituent from his conservative southwest Ohio district, according to Davidson. "You've got to stop this," demanded another. "That can't be real," Davidson recalled thinking as his supporters — all Trump enthusiasts — unloaded on the president.
Then he reviewed the full video clip. "I was like, 'You're kidding me, right?'" he said in an interview. "It was a bit shocking."

CNN: First on CNN: Planned Parenthood to target 8 states, spend $20 million as part of midterm battle plan
By Eric Bradner
March 1, 2018

Planned Parenthood's political arm is targeting eight states with competitive Senate and governor's races in its largest-ever midterm election campaign.
The offensive is set to cost $20 million, an initial mark that the organization's officials say is all but certain to be exceeded.
The investment from Planned Parenthood Action Fund and Planned Parenthood Votes, the organization's political entities, makes it one of the biggest outside spending forces in Democratic politics headed into a cycle in which the party sees a rare opportunity to pick off GOP seats across the map.
It's part of Planned Parenthood's effort to sustain the momentum of the Women's March the day after President Donald Trump's inauguration and turn women's health care and reproductive rights into issues that drive voters to the ballot box to oppose Trump and GOP candidates.

CNN: CNN poll: 8 in 10 back DACA, supporters hold Trump, GOP responsible for not extending program
By Jennifer Agiesta
February 28, 2018

Support for continuing the DACA program remains high and bipartisan, according to a new CNN poll conducted by SSRS, and about six in 10 Americans say it is likely that it will wind up continuing.
The poll, conducted before the Supreme Court declined Monday to immediately consider a case on the program, found that those who back continuing the program hold President Donald Trump (33%) and the Republicans in Congress (31%) responsible for it not yet having been extended more than they do the Democrats in Congress (17%).
A broad majority, 83%, favor continuing the Obama-era program, while 12% say it should be ended. Those figures have held roughly steady in CNN polling back to mid-September. The program has support from 94% of Democrats, 83% of independents and 67% of Republicans.

The Hill: Baffled Republicans distance themselves from Trump on guns
By Melanie Zanona
March 1, 2018

House conservatives say they are baffled by President Trump's recent support for a string of Democratic-backed gun control ideas, with some lawmakers even questioning how committed he is to protecting the Second Amendment.
"I don't know how he came unmoored," said libertarian Rep. Thomas Massie (R-Ky.), one of the staunchest defenders of gun rights in Congress.

"President Trump can do more damage than President Obama did to the Second Amendment with the bully pulpit, because Republicans instinctively rejected anything Obama put forward."

Boston Globe: Republicans are not just attached to Trump — they're his customers, too
By Astead W. Herndon
March 1, 2018

There are at least 230 wineries in the state of Virginia, but when a campaign arm of House Republicans recently chose one to host the winners of a fund-raising contest, it was the vineyard in Charlottesville owned by President Trump and operated by his family.
"We'll take care of the hotel, flight, and send you to an exclusive Mother's Day brunch for you and your family!" a description of the Mother's Day prize package reads, noting that the retail value runs close to $2,850.
Last month, the Republican National Committee announced a chance for "two Great Americans" to get an all-expenses-paid trip to Trump's private Mar-a-Lago club in Florida and attend one of the exclusive dinners the president has with members of the club.

CA-ALL: New York Mag: The CA Democrats Aren't In Disarray
By Ed Kilgore
March 1, 2018

One of the hardiest story-lines in American political journalism is "Democrats in disarray." So it's not surprising that the idea Democrats could screw up their opportunity to take back control of the U.S. House this November is getting mentioned pretty frequently in coverage of the subject. And California's famously fractious Democrats are increasingly being fingered as sabotage suspects.
Here's a prime example from a Politico piece explaining how Republicans might yet hold onto control of the House thanks to Donkey incompetence centered on the Left Coast:
Trump has re-engineered the laws of candidate supply and demand, leading to Democratic primaries that are teeming with viable prospects. Yet that's also raising the odds of bruising, cash-draining contests before the general election, which could force some candidates to adopt positions that will haunt them in a general election....

CA-49: KPBS: Democrats Looking To Thin Crowded Field In Race For 49th Congressional District
By Alison St. John
February 28, 2018

The California Democratic Party's decision not to endorse a candidate in the race to replace Rep. Darrell Issa, R-Vista, puts the Democrats in a vulnerable position.
When there was a single opponent — incumbent Issa — Democrats knew one of their candidates would make it through the primary election and go on to fight for the seat in November.
But with Issa out of the race, the math becomes trickier. It's known as a "jungle primary," where the top two go on to the November election, regardless of party. Now 12 candidates are running, five of them Democrats.
The Flip the 49th campaign is looking for ways to narrow the field.

CO-03 GJ Sentinel: Third Democrat will challenge for Tipton's House seat
By Gary Harmon
March 1, 2018

A former Eagle County commissioner, saying he was inspired by the students who survived the shooting in a Florida high school, is making a bid to run against Republican U.S. Rep. Scott Tipton.
Arn Menconi will first have to fight off two other Democrats who have announced their bids for the party's nomination.
State Rep. Diane Mitsch Bush of Steamboat Springs and Karl Hanlon, a Glenwood Springs attorney, already have announced their bids to represent Colorado's 3rd Congressional District, which represents most of the Western Slope and much of southern Colorado.
Mitsch Bush and Hanlon "have not come out against assault weapons or to ban fracking," Menconi said on his Facebook page. "I would."

DCCC_000349

IL-03: Washington Examiner: A Dan Lipinski defeat could spur future primary challenges
By Laura Barron-Lopez
March 1, 2018

If Rep. Dan Lipinski, D-Ill., is beaten by his progressive opponent in next month's primary, liberals are hoping it sends a signal to other potential candidates that they can take on an incumbent from the left and win.
A number of Democratic lawmakers have attracted challenges from the left but few are as endangered as Lipinski, and he's receiving no help from the party apparatus.
With influential progressive groups in her corner, businesswoman and nonprofit executive Marie Newman is closing in on the seven-term congressman.
Three weeks out from the March 20 primary and Lipinski is in the fight of his career. The Democratic Congressional Campaign Committee has held back on endorsing him despite promises, reported by Politico, that it would do so.
Members of the Blue Dog Coalition, which Lipinski co-chairs, have bristled at the snub by DCCC and are stunned by their Democratic colleagues fundraising for his opponent.

FL-26: Miami Herald: Environmental group downgrades Carlos Curbelo's climate change record:
By Alex Daugherty
March 1, 2018

Carlos Curbelo's climate-change record took a step down in 2017 in the eyes of one influential environmental group, as the Miami Republican gears up for a reelection bid in a Miami-to-Key West district that is still recovering from Hurricane Irma and dealing with the effects of sea level rise.
The League of Conservation Voters released its 2017 scorecard on Tuesday, and Curbelo, who had the best score among House Republicans currently in Congress on the 2016 scorecard, now ranks tied for 13th among House Republicans.
Curbelo had a 53 percent rating for his votes during 2016, and now has a 23 percent rating for his votes last year.
"I don't know and I don't care," Curbelo said when asked about his rating. "I don't follow NRA ratings, chamber ratings, League of Conservation Voters ratings. I just try to do the right thing on every vote and I usually end up finding out about my scores later come campaign season."

IL-06: WGN: 7 Democrats vie to topple Republican Roskam in 6th Congressional District
By Tahman Bradley
February 28, 2018

You are going to hear a lot about Illinois' 6th Congressional District this fall. National Democrats think it's the kind of district they can flip.
Republican incumbent U.S. Rep. Peter Roskam has held the northern Illinois seat since 2007. He's a party leader and reliable conservative vote — but the district is trending blue. Voters opted for Hillary Clinton over Donald Trump in 2016.
Now the seat — which serves parts of Cook, DuPage, Kane, Lake and McHenry counties — is one Democrats badly want.

IL-13: State Journal-Register: ACA repeal inspires Londrigan's U.S. House run
By Jason Nevel
February 28, 2018

Betsy Dirksen Londrigan says her decision to run for the Democratic nomination for the U.S. House's 13th Congressional District was inspired by Republican efforts to repeal the Affordable Care Act.
U.S. Rep. Rodney Davis, R-Taylorville, who has held the 13th Congressional seat since 2013, voted to repeal the law because he said it's collapsing.
"When I saw them celebrating on the White House lawn that they had just voted out of the House to take healthcare away from millions of people and take away the protections we have, it erased any question mark I had about running," Londrigan said.

MI-08 MI-07 MIRS/Lansing Pulse: Dems, GOP shifting focus from MI-7 To MI-8
By Kyle Melinn

March 1, 2018

There's been a sea change in Washington when it comes to picking the Michigan congressional districts that are worth national attention.
For several cycles, literally millions of dollars poured into the Lansing media market and Eaton County for control of the 7 th Congressional District, which Democrats won in 2008 only to lose again in 2010 and every election thereafter.
But after U.S. Rep. Tim Walberg, R-Tipton, blew out a well-funded and well-organized Gretchen Driskell by 15 points during an election in which Democrat Hillary Clinton was supposed to carry Michigan, the national Dems aren't trying to entice the Blue Dog Democrats in mostly rural farm districts ... for now, anyway.

MN-03: MPR News: GOP tax bill debate plays out in MN's wealthiest district
By Mark Zdechlik
March 1, 2018

The GOP tax bill is dividing candidates in Minnesota's wealthiest congressional district, a race some national pundits say is a bellwether on the fate of Republican control of the House.
The 3rd District encompasses a swath of western Twin Cities suburbs and exurbs from Coon Rapids to Bloomington. Average household income is $118,546.
It's been represented since 2009 by Republican Rep. Erik Paulsen, who is running for a sixth term. He said his constituents will get a larger tax cut than the national average, which is about $1,600 per household according to the non-partisan Tax Policy Center.

MN-08 Mesabi Daily News: Metsa Running For Congress in 8th District
By Jerry Burnes
March 1, 201

Third-term State Rep. Jason Metsa, DFL-Virginia, is joining the race for the 8th Congressional District. Metsa is the fifth Democrat seeking the party endorsement and the fourth to launch a campaign since Congressman Rick Nolan announced he would retire and not seek another term last month.
A fifth-generation Iron Ranger, he said the decision to run wasn't easy, but received encouragement from his family and Nolan to consider a bid. Jeff Anderson, the Duluth district director for Nolan and once a favorite to fill the seat, said Monday he would not run, while also endorsing Metsa.
"It just seemed like the right fit right now to get out and make a difference," Metsa said in an interview Wednesday. His official campaign announcement is scheduled for today. "I asked myself 'What's Congress going to be like for my son?' I don't know, and that scared the hell out of me, to be honest. That's no way to build a prosperous future."

NE-02: Roll Call: Nebraska Democrats Ask Ethics Office to Review Rep. Bacon Tweets
By Griffin Connolly
March 1, 2018

The Democratic party of Nebraska has asked the Office of Congressional Ethics to review Rep. Don Bacon's official Twitter account for political activity.
The request stems from two tweets the Omaha Republican published, one last November and the other in January, criticizing his predecessor, former Democratic Rep. Brad Ashford.
"Time to elect state and local officials who fight to lower taxes... Ashford in Lincoln for 16 years was part of the problem," Bacon tweeted from his official Congressional Twitter account on Nov. 18 last year in response to a constituent.

NH-01: Vox: The controversy over Levi Sanders, Bernie's son who's now running for Congress, explained
By Dylan Matthews
March 1, 2018

DCCC_000351

Two years ago, Bernie Sanders wasn't heading a political dynasty. Indeed, his presidential primary campaign against Hillary Clinton picked up steam in large part out of a fear of dynastic politics, of a Clinton or Bush returning to the White House once more.

That was 2016; this is 2018. Now, two separate Sanders relations are running for office, using that tie as a central part of their messaging. First, Carina Driscoll, Bernie's stepdaughter from his wife Jane's first marriage, jumped into the race for Burlington mayor, a position Bernie himself held from 1981 to 1989. Running as a member of the Progressive Party (a left-wing Vermont third party formed by Bernie Sanders's supporters in the 1990s), she faces incumbent Democrat Miro Weinberger and independent candidate Infinite Culcleasure on March 6.

NJ-07: Patch: NJ Congress candidate refuses 'dark money,' gets PAC thumbs-up
By Eric Kiefer
March 1, 2018

He's a New Jersey politician who's pledged not to accept corporate political action committee (PAC) contributions. And for that, he's picked up a thumbs-up from a PAC that lobbies to "keep special interest money out of politics."
On Thursday, Tom Malinowski, a Democrat challenger for U.S. Rep. Leonard Lance's seat in New Jersey's 7th District, announced that he has received an endorsement from campaign finance reform advocates End Citizens United (ECU). The group typically supports Democrat candidates in key local races, and recently offered enthusiastic support for another 2018 Congressional candidate, Mikie Sherrill, a former U.S. Navy pilot and federal prosecutor who is one of the frontrunners for soon-to-retire Rep. Rodney Frelinghuysen's seat in the 11th District.

## OH-01 | Enquirer: "Nobody should ever feel that kind of fear.' Local grandmother of Parkland victim calls out Rep. Steve Chabot on gun control
By Scott Wartman
March 1, 2018

Ethel Guttenberg pleaded Thursday for Congress to act so no one suffers the same fate as her 14-year-old granddaughter, Jamie.
Two weeks earlier, a gunman shot and killed her granddaughter at Marjory Stoneman Douglas High School in Parkland, Florida.
"Jamie was running down the hallway and was shot in the back," Ethel Guttenberg said at a press conference. "She probably didn't feel any pain, but I'm sure she felt an awful lot of fear. Nobody should ever feel that kind of fear."

PA-18: NYT: House Race in Pennsylvania May Turn on Trump Voters' Regrets
By Trip Gabriel
March 2, 2018

The steel mill where Patti Stroud's husband worked for 26 years shut down a few weeks before Election Day in 2016. Though she is a registered Democrat, Ms. Stroud had long since drifted away from the party over its liberal social policies. So she voted for Donald J. Trump, hoping he would shake up Washington and bring back steel, the way he promised.
"I'm not a loyal anything," she said. "I used to vote straight Democrat all the time, but those times have changed."
Sixteen months later, Ms. Stroud, a 56-year-old house cleaner, feels politically adrift again.
"I thought we needed a big change, and boy, did we get it," she said ruefully outside an I.G.A. market recently. President Trump "put his foot in his mouth one too many times," she said.

TX-all: Vox: Texas Republicans are getting spooked by huge Democratic turnout in the primaries
By Tara Golshan
March 1, 2018

Democrats want to make Texas blue — or at the very least, purple — and a massive surge in voter enthusiasm is giving them hope.

DCCC_000352

Early vote totals for Texas's midterm election primaries are looking good for Democrats, who are showing extremely high levels of enthusiasm. Democratic turnout has increased by 90 percent compared to the 2014 midterms and is even above the 2016 presidential election year levels. Republican early voter turnout is up by 17 percent from 2014 but still lagging behind 2016 turnout.

With a primary Election Day on Tuesday that will determine the Democratic and Republican frontrunners for all 36 congressional districts, a US Senate seat, and a governor's office, Democrats are hoping this early surge of energy among their base can carry through to November.

TX-07: The Hill: Sanders allies endorse Texas Dem amid DCCC attacks
By Lisa Hagan
March 1, 2018

Our Revolution, a group that grew out of Sen. Bernie Sanders's 2016 presidential campaign, endorsed a Texas Democrat running in a crowded House primary amid attacks launched by the House Democrats' campaign arm.

Less than two weeks before Texas's early March primary, the Democratic Congressional Campaign Committee (DCCC) posted negative opposition research on its website about journalist and activist Laura Moser, who is running for Rep. John Culberson's (R-Texas) seat.

Our Revolution is the latest progressive group to fire back at the campaign committee, calling the DCCC's attacks "ridiculous." Last week, the DCCC called Moser a "Washington insider" and noted a 2014 story she wrote for Washingtonian where she said she'd "rather have my teeth pulled out without anesthesia" than live in Paris, Texas.

TX-32: Texas Tribune: In Dallas, Democrats keep it clean in crowded congressional race to take on Pete Sessions
By Abby Livingston
March 1, 2018

At one of the last Democratic forums in a hotly contested North Texas congressional primary, each candidate was asked the same simple — but difficult-to-answer — question: If you don't win, will you throw your full weight behind whoever does?

All of them — former NFL player Colin Allred, former Hillary Clinton staffer Ed Meier, former Obama administration official Lillian Salerno, former TV journalist Brett Shipp and attorney George Rodriguez — sat on stage at Southern Methodist University and said yes.

"It's been very collegial," Allred said. "I really think that we all feel like we want the best for this district. We all think we're the best candidates, each one of us candidates do, but we don't intend to tear each other down along the way ... We recognize the moment of history we're in."

VA-10: Washington Post: Wexton challenges Comstock over her links to a conservative women's group
By Jenna Portnoy
March 1, 2018

State Sen. Jennifer Wexton has called on Rep. Barbara Comstock, the congresswoman she hopes to unseat, to cut ties with a conservative group formed in the early 90s to defend Clarence Thomas against sexual harassment allegations from Anita Hill.

The Independent Women's Forum's skepticism of the #MeToo movement and sexual harassment training undercuts Comstock's support for victims of sexual harassment, according to Wexton (D-Loudoun).

Comstock (R), who is seeking a third term, has emerged recently as one of the loudest voices on Capitol Hill against sexual misconduct in Congress. Comstock has worked to reform the process for handling complaints against members or staff and to require sexual harassment training.

WA-08: Seattle Times: Who can beat Republican Dino Rossi? Democratic rivals jostle in pivotal 8th Congressional District
By Jim Brunner
March 1, 2018

DCCC_000353

Five Democrats in the 8th Congressional District race faced off in a debate that showcased broad agreement on issues from tighter gun restrictions to expanded government-sponsored health care.

Five Democrats vying to become the party standard bearer in Washington's closely watched 8th Congressional District race faced off in a debate Wednesday night that showcased broad agreement on issues from tighter gun restrictions to expanded government-sponsored health care.

Arrayed on a stage at a Green River College auditorium in Auburn, the rivals frequently smiled, nodded and applauded one another's denunciations of Republicans in Congress and the agenda of President Donald Trump.

DCCC_000354

**From:** Rebecca Drago [drago@dccc.org]
**Sent:** 2/28/2018 6:42:17 AM
**To:** Staff [D3CStaff@DCCC.ORG]
**Subject:** DCCC Press Clips 2/28/18

DCCC Press Clips 2/28/18

**Driving the Day**
- Washington Post: Kushner's overseas contacts raise concerns as foreign officials seek leverage
- NYT: Jared Kushner's Security Clearance Downgraded
- NYT: Ben Carson's HUD, Planning Cuts, Spends $31,000 on Dining Set for His Office
- WSJ: Fed's Powell Says His Economic Outlook Has Improved

**Congressional Coverage**
- The Hill: Dems surge in generic ballot as economy fades from spotlight
- CNN: Democrats flip two more statehouse seats since Trump took office, signaling more midterm trouble for GOP
- Roll Call: Analysis: Will the Suburbs Flip the House? Watch These Seats
- Politico: Ryan throws cold water on gun-control push
- Politico: Gun control support surges in polls
- Politico: Congress punctures Trump's infrastructure and aviation plans, in one day
- National Journal: The Politics of Gun Control Is Changing
- The Hill: GOP leaders jockey on guns
- Washington Post: Democratic lawmakers, gun-control groups huddle to plot political strategy

**District by District**
- AK-AL: Rep. Young suggests guns could've saved Jews during Holocaust
- AZ-08: Arizona Republic: What if Steve Montenegro wins the Republican primary in Arizona's 8th Congressional District?
- CA-25: Santa Clarita valley signal: Dems choice for 38th Assembly District changes support for 25th Congressional District
- CA-49: SDUT: The tables have turned, now the GOP has more candidates running in Rep. Darrell Issa's district
- CO-06: Colorado Politics: Democrat Jason Crow unveils campaign reform package, challenges Coffman to reject 'dark money'
- GA-06: AJC: Georgia 6th: Kaple lines up well-known Democratic support
- FL-26: Politico: Curbelo on defense over gun-control double-talk
- NE-02: Omaha World-Herald: Brad Ashford picks up support of state teachers union in 2nd Congressional District race
- PA-06: Daily Local: Casey endorses Houlahan, Costello challenges map
- PA-18, AZ-08: Cook Political Report: PA-18 Special Election Moves from Lean Republican to Toss Up
- TX-all: Dallas Morning News: Texas Democrats' early voting totals should 'shock every conservative to their core,' Abbott email says
- TX-23: San Antonio Express News: Democrats seeking Texas' most competitive congressional seat shape message around experience
- WA-08: Stranger: In 2010, Dino Rossi Sounded a Lot Like Trump on Immigration

Washington Post: Kushner's overseas contacts raise concerns as foreign officials seek leverage
By Shane Harris, Carol D. Leonning, Greg Jaffe, Josh Dawsey
February 27, 2018

Officials in at least four countries have privately discussed ways they can manipulate Jared Kushner, the president's son-in-law and senior adviser, by taking advantage of his complex business arrangements, financial difficulties and lack of foreign policy experience, according to current and former U.S. officials familiar with intelligence reports on the matter. Among those nations discussing ways to influence Kushner to their advantage were the United Arab Emirates, China, Israel and Mexico, the current and former officials said.

It is unclear if any of those countries acted on the discussions, but Kushner's contacts with certain foreign government officials have raised concerns inside the White House and are a reason he has been unable to obtain a permanent security clearance, the officials said.

NYT: Jared Kushner's Security Clearance Downgraded
By Katie Rodgers, Michael Shear
February 27, 2018

ared Kushner, the president's son-in-law and senior adviser, has been stripped of his high-level security clearance after months of delays in completing an exhaustive background check, limiting his ability to view highly classified information, a White House official and another person familiar with Mr. Kushner's situation said.

Mr. Kushner has had his top-secret clearance reduced to secret and his portfolio, specifically in regard to foreign affairs, is expected to be reduced, the people said. The news was first reported by Politico.

The move comes after John F. Kelly, the White House chief of staff, recently moved to overhaul the security clearance process at the White House after Rob Porter, President Trump's staff secretary, resigned amid allegations of spousal abuse.

NYT: Ben Carson's HUD, Planning Cuts, Spends $31,000 on Dining Set for His Office
By Glenn Thrush
February 27, 2018

Department of Housing and Urban Development officials spent $31,000 on a new dining room set for Secretary Ben Carson's office in late 2017 — just as the White House circulated its plans to slash HUD's programs for the homeless, elderly and poor, according to federal procurement records.

The purchase of the custom hardwood table, chairs and hutch came a month after a top agency staff member filed a whistle-blower complaint charging Mr. Carson's wife, Candy Carson, with pressuring department officials to find money for the expensive redecoration of his offices, even if it meant circumventing the law.

Mr. Carson is also facing questions on another front. Under pressure earlier this month, he requested that HUD's inspector general investigate his son's involvement in a department-sponsored listening tour of Baltimore last summer. Department lawyers had warned Mr. Carson that including Ben Carson Jr., an entrepreneur who does business with the federal government, could create a conflict of interest.

WSJ: Fed's Powell Says His Economic Outlook Has Improved
By David Harrison
February 27, 2018

Federal Reserve Chairman Jerome Powell said the economy's prospects have brightened in recent months, indicating the central bank is on track to keep gradually lifting short-term interest rates and perhaps even pick up the pace this year.

"My personal outlook for the economy has strengthened since December," he told members of the House Financial Services Committee on Tuesday in his first Capitol Hill appearance since taking over as Fed chief earlier this month. "We've seen continuing strength in the labor market. We've seen some data that will, in my case, add some confidence to my view that inflation is moving up to target. We've also seen continued strength around the globe, and we've seen fiscal policy become more stimulative," he said in answer to a question about what could cause the Fed to raise rates more than three times this year.

The Hill: Dems surge in generic ballot as economy fades from spotlight
By Jonathan Easley

DCCC_000356

February 28, 2018

Democrats have reopened a double-digit lead in the generic congressional ballot, as a cascade of White House controversies has pushed the economy off the front page.

Republicans began to close the generic ballot gap on Democrats in January, raising hopes that the GOP could hang on to the House in November. But now Republicans have seen their gains almost completely wiped out, underscoring their concerns that the party could be in for a bruising midterm election battle this year.

A new CNN survey released Monday put the Democratic advantage in the congressional generic ballot at an eye-popping 16 points. The margin in the RealClearPolitics average has returned to nearly 10 points, after Republicans crept to within 7 points earlier this month.

CNN: Democrats flip two more statehouse seats since Trump took office, signaling more midterm trouble for GOP
By Eric Bradner
February 27, 2018

Democrats flipped their 38th and 39th Republican-held state legislative seats since President Donald Trump took office Tuesday, with wins in New Hampshire and Connecticut state House races.

The two races were the latest in a string of legislative victories -- including races in Wisconsin, Missouri, Florida and Kentucky this year -- that Democrats see as a sign of strong voter enthusiasm headed into November's midterm elections, where control of the House and Senate are up for grabs.

In New Hampshire, Democrat Philip Spagnuolo defeated Republican Les Cartier, 54% to 46%, in a district Trump won by 13 percentage points in the 2016 presidential election. The district moved rightward after former President Barack Obama notched a one-point win there over Mitt Romney in 2012.

Roll Call: Analysis: Will the Suburbs Flip the House? Watch These Seats
By Stuart Rothenberg
February 28, 2018

If elections and national surveys over the past year have shown us anything, it is that suburban voters could well be the key to the 2018 midterm House elections.

Turnout among minority voters and younger voters could affect the result in a district here or there, but an increase in suburban turnout or a substantial shift by suburban voters (especially suburban women) from the Republicans to the Democrats could have a much broader impact on the fight for control of the House.

In Virginia's 2017 gubernatorial election, Democrat Ralph Northam ran ahead of 2013 Democratic nominee Terry McAuliffe by 11 points in Fairfax County and 10 points in Loudoun County, two large suburban areas outside Washington, D.C. He also did 9 points better than McAuliffe in two Richmond-area suburban counties, Henrico and Chesterfield.

Politico: Ryan throws cold water on gun-control push
By Rachel Bade
February 27, 2018

House GOP leaders downplayed the need for Congress to pass expansive new gun control measures on Tuesday, instead turning their ire on the FBI and local law enforcement for failing to prevent the Parkland, Fla., school shooting. Speaker Paul Ryan told reporters at a press conference that "we shouldn't be banning guns for law-abiding citizens" but "focusing on making sure that citizens who shouldn't get guns in the first place, don't get those guns." Ryan — who said arming teachers was a "good idea" but a local issue that Congress should not infringe upon — touted a House-passed bill to reinforce background checks under current law.

But that bill also loosens gun laws by allowing gun owners with concealed-carry weapons permits in their state to take their firearm into other states — an idea going nowhere in the Senate. Ryan wouldn't say whether he would allow the House to decouple so-called Fix NICS language from the more controversial concealed-carry reciprocity provisions.

Politico: Gun control support surges in polls

DCCC_000357

By Steven Shepard
February 28, 2018

Support for stricter gun laws has spiked in polls conducted after the fatal South Florida school shooting, hitting its highest level in at least a quarter-century.

Roughly two-in-three Americans now say gun control laws should be made more strict in the wake of the murder of 17 people at Marjory Stoneman Douglas High School, according to a number of polls, including a new POLITICO/Morning Consult poll which shows support for stricter gun laws among registered voters at 68 percent, compared to just 25 percent who oppose stricter gun laws.

It's common for support for gun control to tick up in the aftermath of mass shootings. But there appears to be a clear trend in all the post-Parkland polling: This time is different. The percentage of Americans who want more restrictive gun laws is greater now than after any recent shooting.

Politico: Congress punctures Trump's infrastructure and aviation plans, in one day
By Brianna Gurciullo
February 27, 2018

President Donald Trump's $1.5 trillion infrastructure plan may not pass Congress this year, a key GOP lawmaker said Tuesday — shortly before a Trump-backed proposal to split up the Federal Aviation Administration collapsed as well. Though expected, the two developments delivered major legislative blows for an administration that rolled into office banking on big populist wins on transportation.

Sen. John Cornyn, the Senate majority whip, said Tuesday that passing an infrastructure bill by the end of the year will be a tough task because lawmakers are facing a host of other priorities — news that would be a major blow to Trump's hopes for another big legislative victory before the November midterm elections.

National Journal: The Politics of Gun Control Is Changing
By Josh Kraushaar
February 27, 2018

To understand how the renewed debate over gun control will play out politically, just look at the divergent reactions of two leading lawmakers involved in the gun debate: Democratic Sen. Heidi Heitkamp and Republican Rep. Brian Mast. Mast, an Army veteran and longtime National Rifle Association member, publicly called for a sweeping ban on assault weapons in the wake of the deadly school shooting just miles from his district. Despite representing Republican-friendly turf, where President Trump won 53 percent of the vote in 2016, he's now one of the GOP's leading gun-control advocates.

Heitkamp, who stuck out as one of the few Democrats to oppose expanded background checks after the Sandy Hook school shooting, has been notably quiet about her position on gun control post-Parkland. Even as other red-state colleagues (like Sens. Joe Manchin of West Virginia and Claire McCaskill of Missouri) have expressed support for some small-scale regulations, the North Dakota senator hasn't joined them as she prepares for a competitive reelection race this year.

The Hill: GOP leaders jockey on guns
By Alexander Bolton
February 27, 2018

The GOP leaders in the House and Senate took starkly different tacks Tuesday in their responses to the deadly shooting at Marjory Stoneman Douglas High School that has reinvigorated a national debate about guns.

Senate GOP Leader Mitch McConnell (Ky.), holding a one-vote majority and seeking to win seats in states such as Florida this fall, embraced centrism, saying the Senate should focus on legislation that can pass.

He pointed to a bill sponsored by Senate Republican Whip John Cornyn (Texas) and Democratic Sen. Chris Murphy (Conn.) that would improve the National Instant Criminal Background Check System (NICS), which Democrats see as too modest a response to the Florida shooting.

DCCC_000358

Washington Post: Democratic lawmakers, gun-control groups huddle to plot political strategy
By Ed O'Keefe
February 27, 2018

A group of Democratic lawmakers huddled Tuesday with representatives from several national gun-control organizations — a first-of-its-kind meeting aimed at finding ways to politicize the issue of gun-related violence ahead of congressional elections this fall.
For years, Democrats have struggled to balance calls from the party's base to push for stricter gun-control laws with electoral realities that see the party struggling to maintain support in rural areas of the country, where support for gun rights is stronger — and where groups such as the National Rifle Association often succeed in attacking Democratic candidates.
But the recent shooting at a high school in Parkland, Fla., has exposed fissures in the GOP ranks, as several House and Senate Republicans are pushing to strengthen the national criminal background check system, supporting proposals to expand funding for mental health programs and even advocating for a ban on certain assault-style weapons.

AK-AL: Rep. Young suggests guns could've saved Jews during Holocaust
By Liz Ruskin
February 26, 2018

Speaking at a conference in Juneau last week, Alaska Congressman Don Young argued against gun control by suggesting Jews might not have died in the Holocaust if they had been armed.
"How many millions of people were shot and killed because they were unarmed? Fifty million in Russia," Young said.
"How many Jews were put in the ovens because they were unarmed?"
The recording was provided by Dimitri Shein, an Anchorage Democrat who is running for Young's seat. Shein was in the audience for Young's speech to the Alaska Municipal League and he asked Young about school safety, which prompted Young to bring up the Holocaust.

AZ-08: Arizona Republic: What if Steve Montenegro wins the Republican primary in Arizona's 8th Congressional District?
By Ronald J. Hansen
February 27, 2018

Steve Montenegro weathered a bad week to close his congressional campaign in the West Valley's Republican special primary. If he wins, does it portend a rough ride for the GOP in the April general election?
Montenegro, a minister who has put gauzy family photos of his wife and young daughter at the front of his campaign, has been pulled into a texting scandal that includes allegations of topless photos and late-night cyber chats.
But when the controversy hit, many had already cast their ballots in the race for the seat vacated by Trent Franks.
Election officials project that most of those who will vote in the 8th District primary have already done so.

CA-25: Santa Clarita valley signal: Dems choice for 38th Assembly District changes support for 25th Congressional District
By Skylar Barti
February 27, 2018

Less than a day after the Democratic Party's convention in San Diego ended, the party's choice for the 38th Assembly District has switched her support for the 25th Congressional District race.
Christy Smith, a member of the Newhall School District Governing Board who garnered the party's endorsement with a convention vote over the weekend, has endorsed congressional candidate Katie Hill in the June primary race for the seat held by Congressman Steve Knight, R-Palmdale.
"Katie Hill has demonstrated here strength as a candidate and future representative through her steadfast positive approach to her campaign," Smith said in a news release obtained by The Signal. "We have a shared vision for reaching

DCCC_000359

every voter in the district we call home and serving our community with fairness, balance and dedication. I'm pleased to endorse Katie for Congress in the 25th District."

**CA-49: SDUT: The tables have turned, now the GOP has more candidates running in Rep. Darrell Issa's district**
Februaary 27, 2018

After Democrats worried they had so many candidates running in a coastal congressional seat that they wouldn't survive the primary, fortunes have changed.
Republicans now have more aspiring representatives in the race. Two more entered the fray in the last two weeks, bringing to seven the party's total number of candidates running to succeed Rep. Darrell Issa, R-Vista. Five Democrats also are campaigning to represent a seat that runs from La Jolla to Dana Point, as are two third-party candidates.
While Democrats have been concerned that their candidates will split liberal voters in the June primary and won't get enough support to finish in the top two, Republicans said they already have clear front-runners so they're not concerned that they'll get blocked out of the general election.
"On the Republican side, we really only have three candidates that have a chance, and our polling shows that only two have a chance," said Dave Gilliard, a consultant for one of the Republican candidates, Board of Equalization member Diane Harkey, R-Dana Point.

**CO-06: Colorado Politics: Democrat Jason Crow unveils campaign reform package, challenges Coffman to reject 'dark money'**
By Ernest Luning
February 27, 2018

Democratic congressional candidate Jason Crow on Tuesday released a set of proposals to "end the corrupting influence of big money in politics" and called on U.S. Rep. Mike Coffman, the Republican incumbent, to join him in a pledge to keep undisclosed "dark money" spending out of the race for the suburban swing seat.
"We don't have to wait for change. We can make our politics more transparent now. We can lead today," Crow said in a statement.
Crow, one of four Democrats running in the 6th Congressional District, outlined a package covering campaign practices and legislation — including support for one bill Coffman is sponsoring, the Honest Ads Act — aimed at "ending the flood of unlimited and undisclosed money that is drowning out the voices of regular people."

**GA-06: AJC: Georgia 6th: Kaple lines up well-known Democratic support**
By Greg Bluestein
February 27, 2018

Democrat Bobby Kaple unveiled several high-profile endorsements Tuesday as he tried to consolidate his party's support for his bid for Georgia's 6th District.
Former U.S. Sen. Max Cleland, ex-U.S. Rep. Buddy Darden, Senate Minority Leader Steve Henson and state Sen. Elena Parent were among the politicians who backed Kaple days after Jon Ossoff announced he wouldn't make a comeback bid.
Kaple, a former newscaster, is trying to position himself as the Democratic favorite in the race to challenge Republican U.S. Rep. Karen Handel. But he must first win a contested primary featuring businessman Kevin Abel.
Kaple's campaign hopes the endorsements send the message that he's the party's go-to for the suburban Atlanta seat. Darden called him a "rising star" while Parent said he will "protect a woman's right to choose and the family values we hold dear."

**FL-26: Politico: Curbelo on defense over gun-control double-talk**
By Marc Caputo
February 28, 2018

In the wake of this month's Florida school shooting, Rep. Carlos Curbelo (R-Fla.) renewed his calls for a better background-check system to keep firearms away from the mentally ill, but said nothing of his two votes opposing restrictions on gun purchases by some people deemed unfit by the federal government.

The Miami Republican said that his two votes — concerning some veterans and Social Security recipients — sought to protect constitutional rights, and he pointed to a slew of gun-control legislation he has either co-sponsored, drafted or talked up, including an assault weapons ban, which has gained traction after the Feb. 14 mass shooting at Marjory Stoneman Douglas High School in Parkland, Fla.

Curbelo's shifting and nuanced positions on guns has drawn the same criticism from completely opposite quarters: the National Rifle Association and his top Democratic opponent, Debbie Mucarsel-Powell. Both describe Curbelo as an opportunist, with Mucarsel-Powell saying he votes like a right-wing Republican in Washington while campaigning like a moderate in Florida's 26th Congressional District, a swing seat. In 2016, Democrat Hillary Clinton won it by 16.3 percentage points — her biggest margin in the nation in a seat held by a Republican running for reelection.

### NE-02: Omaha World-Herald: Brad Ashford picks up support of state teachers union in 2nd Congressional District race
By Roseann Moring
February 27, 2018

Nebraska 2nd Congressional District candidate Brad Ashford has drawn support from the state teachers union.
The Nebraska State Education Association, which represents about 28,000 people in the state, has given Ashford its recommendation.
He is running against nonprofit executive Kara Eastman, and the winner will take on Rep. Don Bacon.
"Brad is a consensus-builder who gets things done," the group's president, Jenni Benson, said in a statement, adding that Ashford has been an advocate for education.
Ashford also has received the endorsement of Boilermakers Local 83 with 1,150 members.

### PA-06: Daily Local: Casey endorses Houlahan, Costello challenges map
By Michael Rellahan
February 27, 2018

On Tuesday, Democratic candidate Chrissy Houlahan received her most impressive endorsement in her run for the U.S. House of Representatives, securing the support of the state's senior U.S. senator as Democrats hope to turn a new congressional district map to their advantage in the Philadelphia suburbs.
"I'm proud to endorse Chrissy Houlahan for Pennsylvania's 6th Congressional District," said U.S. Sen. Bob Casey, D-Pa. "Chrissy is an Air Force veteran who has served our nation and dedicated her life to improving economic and educational opportunity in southeastern Pennsylvania. From her time as a high school teacher in Philadelphia to her work on improving childhood literacy in underserved communities, Chrissy has proven to be an effective, passionate advocate for our children. On top of that, she's a business leader who's created hundreds of jobs in her community.

### PA-18, AZ-08: Cook Political Report: PA-18 Special Election Moves from Lean Republican to Toss Up
By David Wasserman
February 27, 2018

It's not normal for Republicans to be worried about losing a seat President Trump carried by 20 points. But with two weeks to go before the March 13 special election, Republican state Rep. Rick Saccone is locked in an extremely close contest against Democratic prosecutor/Marine veteran Conor Lamb, who has significantly outspent him. We're moving the race from Lean Republican to Toss Up.
There's no doubt part of the problem for the GOP in PA-18 is the national political climate. During January, following the passage of the tax cut bill, Republicans had cut Democrats' lead in generic congressional ballot polls in half. But during February, Democrats' lead has returned to close to double digits, a turnaround that was in progress before the Parkland school shootings.
However, the climate alone wouldn't be enough to push a district as Republican as the 18th CD into the Toss Up column. After all, Trump is still a net asset to the GOP here, and Nancy Pelosi is unpopular. What's made the race so close, many Republicans admit, is that Lamb has simply proven to be a stronger candidate than Saccone.

TX-all: Dallas Morning News: Texas Democrats' early voting totals should 'shock every conservative to their core,' Abbott email says
By Jackie Wang
February 26, 2018

Early voting for the March primary is more than half over, and Democrats have outpaced Republicans at the polls on each day.
Through Sunday in the 15 Texas counties with the most registered voters, 135,070 people had voted in the Republican primary and 151,236 in the Democratic. Compared with the first six days of early voting in 2014, Democratic turnout increased 69 percent, while Republicans saw a 20 percent increase.
The Democrats even surpassed their early voting totals from the 2016 primary — a presidential election year.

TX-23: San Antonio Express News: Democrats seeking Texas' most competitive congressional seat shape message around experience
By Jasper Scherer
February 27, 2018

Jay Hulings was strolling down a street in Washington, D.C. in mid-October when a political operative carrying a camera confronted him with a question about gun control.
The woman, seeking to catch Hulings off guard, asked him if he'd opt for stricter gun laws in Congress. Hulings reflexively offered a response that's become emblematic of his approach campaigning for Texas' 23rd Congressional District: addressing policy questions by drawing on his time as a federal prosecutor.
Explaining his support for universal background checks on firearm sales, Hulings, a Democrat, recalled a successful prosecution that traced a gun found in the hands of a highly violent Mexican drug cartel leader to a San Antonio gun show. The short answer to the question, he said, was yes.

WA-08: Stranger: In 2010, Dino Rossi Sounded a Lot Like Trump on Immigration
By Rich Smith
February 27, 2018

Thanks to the Supreme Court's decision on Monday, nearly 800,000 DACA recipients will retain—and be able to renew—their legal status for the next several months, or at least until lower federal courts decide on the constitutionality of Trump's order to rescind the program back in September of 2017.
Congress still needs a permanent solution to DACA and serious immigration reform to address the futures of an estimated 11 million undocumented immigrants in the country who are still at risk of deportation, including a couple million "Dreamers" who were brought to the U.S. as children.
It would be nice to know where Dino Rossi, the sole Republican running for Congress in Washington's 8th district, now stands on this issue. But he did not respond to my questions about immigration. He remains silent, as he has on a number of other issues. The Stranger has, however, dug up an old video of Rossi answering questions about immigration (among other things) at a press scrum during his 2010 run for Senate. (The Seattle Times wrote a follow-up article about the issue, but Rossi, "citing a busy schedule," didn't comment for that piece, either.)

DCCC_000362

| From: | KEY DC ALERT (via DCCC) [dccc@dccc.org] |
|---|---|
| Sent: | 10/26/2018 10:43:41 AM |
| To: | Digital [Digital@DCCC.ORG] |
| Subject: | that's it. we're speechless. it's over. |

Have you seen the news!?

- Beto O'Rourke SURGED -- and Democrats' early voting SKYROCKETED in Texas!
- Andrew Gillum SURGED -- and Democrats' early voting SKYROCKETED in Florida!
- Stacey Abrams SURGED -- and Democrats' early voting SKYROCKETED in Georgia!

Inside, Democrats are FLOCKING to the polls in record numbers.

**We have a real chance to win across the deep-red South, WIN the House, and change the political landscape for a GENERATION!**

We need to expand our field efforts TODAY to turn out every remaining Democrat. It'll take 10,000 gifts to before midnight fully fund everything.

Will you pitch in $3 to win Texas, win Florida, win Georgia, and WIN the entire House?



Chip in $3 immediately >>

Chip in $4 immediately >>

Chip in $6 immediately >>

Chip in $10 immediately >>

Chip in $24 immediately >>

Or donate another amount >>

Thank you,

DCCC

Paid for by the DCCC | 430 South Capitol Street SE, Washington, DC 20003 | (202) 863-1500 | www.dccc.org | Not authorized by any candidate or candidate's committee.

This message was sent to: **digital@dccc.org** | If you'd like to sign up for emails in a different account, click here

We believe that emails are a crucial way for our campaign to stay in touch with supporters. However, if you'd just like to receive fewer emails, you can click here.

We're working hard to make sure Republicans are held accountable for their actions and that President Obama's legacy is protected. We need all hands on deck if we're going to keep Trump and his Republican Congress in check. Our success relies on grassroots supporters like you. 99% of our contributions come from grassroots donations, with an average gift of $26. If you'd like to unsubscribe from DCCC emails, click here. If you'd like to make an online donation, click here. Thanks for your support of Democrats!

Contributions or gifts to the DCCC are not tax deductible.

**To:** Sam Iacobellis[iacobellis@dccc.org]
**Cc:** Lee, Jennifer (CCO)[JLee@cco.hctx.net]; Colvin, Jennifer (CCO)[jcolvin@cco.hctx.net]
**From:** Ballard, Jennifer (CCO)[JBallard@cco.hctx.net]
**Sent:** Wed 9/12/2018 12:53:30 PM (UTC-05:00)
**Subject:** Vote by mail application
DCCC-TX-SPANISH-072518-VBM_v2_9.5.18.pdf
DCCC-TX-ENGLISH-072518-VBM_v4_9.6.18.pdf

Good morning Mr. Iacobellis,

Thank you for allowing us to look over your Ballot by Mail applications.
How many application are you planning on mailing?
We would like to make sure we have enough staff to handle the work load.
Also, do you have a drop in the mail date?

Your dates are correct but we had a meeting with USPS and we are being told to give them 5-7 days to get the mail delivered in Harris County. If they voters are outside the county USPS says 7-10 days deliver.
The return address should be addressed to the Early Voting Clerk not the Registrar of Voters, PO Box 1148, Houston, TX 77251-1148.

****The information provided in the last paragraph is not in compliance with current Texas Election law and should to be changed. Please see TEC 86.006 below.
I think the most important point is that the voter may not take their ballot to the Election Day Poll and drop it off. It will not get counted. The voter must come downtown to drop off their ballot.

Voters may return the completed vote-by-mail ballot by 1) mailing it to your county elections official; 2) returning it in
person to a polling place or the elections office in your county on Election Day; or 3) authorizing a relative or person
living in the same household to return the ballot on your behalf. If your ballot is returned in person or by a relative
or person living in your household, the county elections office MUST receive it by the time polls close at 7:00 p.m. on
Tuesday, November 6th. Ballots must be received by Tuesday, November 6th to be counted.

Sec. 86.006. METHOD OF RETURNING MARKED BALLOT. (a) A marked ballot voted under this chapter must be returned to the early voting clerk in the official carrier envelope. The carrier envelope may be delivered in another envelope and must be transported and delivered only by:

(1) mail;

(2) common or contract carrier; or

(3) subject to Subsection (a-1), in-person delivery by the voter who voted the ballot.

(a-1) The voter may deliver a marked ballot in person to the early voting clerk's office only while the polls are open on election day. A voter who delivers a marked ballot in person must present an acceptable form of identification described by Section 63.0101.

(b) Except as provided by Subsection (c), a carrier envelope may not be returned in an envelope or package containing another carrier envelope.

(c) The carrier envelopes of persons who are registered to vote at the same address may be returned in the same envelope or package.

DCCC_000365

(d) Each carrier envelope that is delivered by a common or contract carrier must be accompanied by an individual delivery receipt for that particular carrier envelope that indicates the name and residence address of the individual who actually delivered the envelope to the carrier and the date, hour, and address at which the carrier envelope was received by the carrier.

Thank you again for allowing us to review your application.
I can keep track of your application if you can pre-print **DCCC** in the lower right hand box that is for office use only.
Then I can tell you how many voters used your application.

Please let me know if you have any questions or if I may be of further assistance.

Respectfully,
Jennifer L. Ballard
Director of Ballot by Mail
Office of STAN STANART
Harris County Clerk
PO Box 1148
Houston, TX 77251-1148
Ph 713.755.3150
Fax 713.437.8683

www.harrisvotes.com

---

**From:** Sam Iacobellis [mailto:Iacobellis@dccc.org]
**Sent:** Monday, September 10, 2018 12:16 PM
**To:** Ballard, Jennifer (CCO)
**Cc:** Collin; Peter Dougherty
**Subject:** Vote by mail application

Hello!

My name is Sam Iacobellis and work with the DCCC field team. Collin Steele told me that you are the best person to contact regarding approval for samples of our VBM applications. Attached are copies of both English and Spanish versions of the applications with sample pre-populations. Please let me know your thoughts!

Thanks you,
Sam

# Sam Iacobellis
POLITICAL AND CAMPAIGN ASSISTANT · DCCC

Office: (202) 485-3439 | Cell: (860) 987-8686

tbs# S



DCCC
430 S Capitol Street SE
Washington, DC 20003

DCCC18-TX-VBM-E

PRSRT STD
U.S. POSTAGE
PAID
PFP



Use these to seal your application!

 

INK FREE ADDRESS AREA

Paid for by DCCC, (202) 863-1500, Not authorized by any candidate or candidate's committee.

# Join thousands of Texas voters, apply to vote by mail today.

Application for ballot by mail inside! *Aplicación para votar por correo dentro.*



**Applications must be received by Friday, October 26th.**

DCCC_000367

# Never miss a chance to make your voice heard.

This application is **not** the official ballot.

## Who can vote by mail?
### ¿Quién puede votar por correo?

You are eligible to vote early by mail if you are a registered voter who is:
*Usted es elegible para votar anticipadamente por correo si es un votante registrado que es:*

· Away from the county of residence on Election Day and during the early voting period;
*· Lejos del condado de residencia en la jornada electoral y durante el periodo de votación temprana;*

· Sick or disabled;
*· Enfermos o discapacitados;*

· 65 years of age or older on Election Day;
*· 65 años de edad o más el día de elecciones;*

· or confined in jail, but eligible to vote.
*· o confinados en la cárcel, pero con derecho a voto.*

## Here's how it works:
### Cómo funciona:

**1.** Fill out the Application for Ballot by Mail attached here and mail it in. To mail, separate the application from this page by tearing along the perforation. Fold the application in half and place the provided seals on the marked spots. **The application must be received by 5:00 p.m. on Friday, October 26th.**
*Complete la solicitud de voto por correo adjunta y envíela por correo. Para enviar por correo, separe la solicitud de esta página desgarrando la perforación. Doble la aplicación por la mitad y coloque los sellos provistos en los puntos marcados. La solicitud debe recibirse antes del martes, 30 de octubre.*

**2.** Your local election official will mail you a vote-by-mail ballot prior to the election.
*Su oficial de elecciones le mandará por correo su boleta antes de la elección.*

**3.** Fill out the ballot and mail it to your Early Voting Clerk by **Election Day, Tuesday, November 6th**.
*Llene y entregue la boleta a su oficial de elecciones antes del martes, 6 de noviembre.*

## Your vote is important!   
### ¡Tu voto es importante!

Any eligible registered Texas voter can request a vote-by-mail ballot from their Early Voting Clerk if the request is received by Friday, October 26th, 2018. A vote-by-mail ballot will be mailed to the voter after the receipt of the properly completed and signed Texas Application for Ballot by Mail. This ballot request form is pre-addressed for your convenience.
*Cualquier votante inscrito en Texas que reúna los requisitos puede solicitar una boleta de voto por correo de su Secretario de votación anticipada si la solicitud se recibe antes del viernes 26 de octubre de 2018. Se enviará por correo una boleta de votación por correo al votante después del recibo de la debidamente completado y firmado Solicitud de balota por correo de Texas. Este formulario de solicitud de boleta está pre-dirigido para su conveniencia.*

Voters may return the completed vote-by-mail ballot by 1) mailing it to your county elections official; 2) returning it in person to a polling place or the elections office in your county on Election Day; or 3) authorizing a relative or person living in the same household to return the ballot on your behalf. If your ballot is returned in person or by a relative or person living in your household, the county elections office MUST receive it by the time polls close at 7:00 p.m. on Tuesday, November 6th. Ballots must be received by Tuesday, November 6th to be counted.

This application is **NOT** the official ballot. *Esta aplicación NO es la boleta oficial.*

 DCCC_000368

# APPLICATION FOR BALLOT BY MAIL FROM HARRIS COUNTY, TEXAS PLEASE PRINT OR TYPE
*(SOLICITUD DE UNA BOLETA ELECTORAL DEL CONDADO DE HARRIS, TEXAS USANDO LETRAS DE MOLDE O A MAQUINA)*

**1 NAME - AS REGISTERED TO VOTE** *(NOMBRE - COMO REGISTRADO PARA VOTAR)*

JOHN J. HOFFMAN

**2 DATE OF BIRTH (mm/dd/yyyy)** *(FECHA DE NACIMIENTO)*

**3 ADDRESS - WHERE REGISTERED TO VOTE** *(DIRECCION - DONDE REGISTRADO PARA VOTAR)*

3255 JUSTIN CT

NUMBER *(Número)*   STREET *(Calle)*   Apt. *(Apartamento)*

ANY TOWN, TX 12345

CITY *(Ciudad)*   STATE *(Estado)*   ZIP *(Zona Postal)*

**4 LANGUAGE PREFERENCE** - Select type of ballot you wish to receive. *(Preferencia de idioma - Seleccione el tipo de boleta que desea recibir.)*

- ☐ English/Spanish *(Inglés/Español)*
- ☐ English/Vietnamese *(Inglés/Vietnamita)*
- ☐ English/Chinese *(Inglés/Chino)*

**5 TELEPHONE NUMBER** *(NUMERO DE TELEFONO)*

**6 EMAIL ADDRESS** - Used in case our office has questions. (Optional) *(E-Mail - Se utiliza en caso de que nuestra oficina tenga preguntas.)*

**7 YOU MUST CHECK THE REASON YOU ARE APPLYING FOR A BALLOT BY MAIL**
*(TIENE QUE INDICAR POR QUÉ ESTÁ SOLICITANDO UNA BOLETA ELECTORAL POR ADELANTADA.)*

- ☐ **1) 65 years of age or older** *(65 años de edad o más)*
- ☐ **2) Disability** *(Incapacidad)*
- ☐ **3) Absent From County** *(Ausente del Condado)*
- ☐ **4) Confinement In Jail** *(Está encarcelado)*

If applying once for all county elections in the calendar year, select "Annual Application."
*(Si se aplica una vez para todas las elecciones de su condado en el año calendario, seleccione "Solicitud Anual.")*

☐ **Annual Application - For 65+ or Disabled** *(Solicitud Anual - Para 65 + o Incapacidad)*

If applying for one election, select appropriate boxes
*(Si solicita una elección, seleccione casillas correspondientes)*

- ☐ May *(Mayo)*
- ☐ November *(Noviembre)*
- ☐ Other *(Otro)* _____
- ☐ Any Runoff *(Cualquier elección de desempate)*

If "Absent From County", BALLOT MUST BE MAILED OUTSIDE THE COUNTY.
*(Si "ausente del Condado", boleta debe ser enviada fuera del condado)*

If applying for one election, select appropriate boxes
*(Si solicita una elección, seleccione casillas correspondientes)*

- ☐ May *(Mayo)*
- ☐ November *(Noviembre)*
- ☐ Other *(Otro)* _____
- ☐ Any Runoff *(Cualquier elección de desempate)*

**8 PRIMARY ELECTIONS** *(ELECCIONES PRIMARIAS)* You Must Declare **One** Political Party to vote in a Primary *(Debe declarar un partido político para votar en una primaria)*

- ☐ Democratic *(Demócrata)*
- ☐ Republican *(Republicano)*

**9 If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed.**
*(Si usted está solicitando que esta boleta se envíe a una dirección diferente (que no sea la residencia), indique a donde se enviará la boleta.)*

Check one: *(Marque una:)*

- ☐ Mailing Address on my voter registration certificate *(Dirección postal en mi certificado de registro de votante)*
- ☐ Hospital *(hospital)*
- ☐ Nursing home or long-term care facility *(centro de enfermería o de cuidados médicos a largo plazo)*
- ☐ Retirement center *(centro de Retiro)*
- ☐ Address of the Jail *(Dirección de la Cárcel)*
- ☐ Relative; Relationship: _____ *(Pariente; Relación:)*
- ☐ Address outside the county. **Complete dates** *(Dirección Fuera del Condado. Complete las fechas)*

Dates of absence: *(Fechas de ausencia:)*

**Complete dates as needed.** *(Fechas completas según sea necesario)*

First day to receive mail at this address *(Primer día para recibir correo en esta dirección)*

Date of return to residence address *(Fecha de regreso al domicilio de residencia)*

MAIL MY BALLOT TO: *(Enviar mi boleta a:)*

NUMBER *(Número)*   STREET *(Calle)*   Apt. *(Apartamento)*   CITY *(Ciudad)*   STATE *(Estado)*   ZIP *(Zona Postal)*

**10 I CERTIFY THAT THE INFORMATION GIVEN IN THIS APPLICATION IS TRUE, AND I UNDERSTAND THAT GIVING FALSE INFORMATION IN THIS APPLICATION IS A CRIME.**
*("CERTIFICO QUE LA INFORMACIÓN INDICADA EN ESTA SOLICITUD ES VERDADERA y ENTIENDO QUE ES UN DELITO DAR INFORMACIÓN FALSA EN ESTA SOLICITUD.")*

For Official Use *(Sólo para uso oficial).*

**VOTER SIGN HERE** *(VOTANTE FIRME AQUÍ)*   X

Signature as Registered to Vote *(FIRMA COMO REGISTRADO PARA VOTAR)*

**11 FOR WITNESS and/or ASSISTANT** *(PARA TESTIGO y/o ASISTENTE)*

For Official Use Only *(Sólo para uso oficial).*

☐ ← If applicant is unable to sign or make a mark in box 10, the witness shall check this box.
← *(Si el solicitante no puede firmar o hacer una marca en la casilla 10, el testigo deberá marcar esta casilla.)*

**Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.**
*(Si no se completa esta información es un delito menor de clase A si la firma fue atestiguada o solicitante fue asistido en llenar la solicitud.)*

Printed Name of Witness/Assistant *(Nombre en letra de molde del Testigo / Asistente)*

- ☐ ← Check this box, if acting as a Witness *(Marque esta casilla si usted está actuando como testigo)*
- ☐ ← Check this box, if acting as an Assistant *(Marque esta casilla, en caso de actuar como asistente)*

★ If you are acting as Witness and Assistant, please check both boxes *(Si usted está actuando como testigo y asistente, por favor marque ambas casillas)*

Signature of Witness/Assistant *(Firma del Testigo/Asistente)*   X

NUMBER *(Número)*   STREET *(Calle)*   Apt. *(Apartamento)*

Witness' Relationship to Applicant - See instructions. *(Relación del testigo al solicitante - Vea las instrucciones.)*

CITY *(Ciudad)*   STATE *(Estado)*   ZIP *(Zona Postal)*

**12 Mail to:** *(Correo a:)*

**STAN STANART, HARRIS COUNTY CLERK P.O. Box 1148, Houston, TX 77251-1148**

**OR Deliver by Common Contract Carrier ONLY to:** *(O entregar por transportista contratado común SOLAMENTE a:)*

**STAN STANART, Harris County Admin Building 1001 Preston, 4th Floor, Suite 440, Houston, TX 77002**

DCCC_000369

FOLD PAGE IN HALF, THEN PLACE SEALS OVER DOTTED LINES

FIRST–CLASS MAIL
U.S. POSTAGE
PAID
PFP
IMB–POSTAGE



Registrar of Voters Address
Added Here
Dallas, Texas 75207



DON'T WAIT!
Do your part: vote early by mail.
Complete your application for ballot by mail today!
¡Complete su solicitud para votar por correo hoy!

DCCC_000370



DCCC
430 S Capitol Street SE
Washington, DC 20003

DCCC18-TX-VBM-E



PRSRT STD
U.S. POSTAGE
PAID
PFP



Use these to seal
your application!



Placeholder
for seal



Placeholder
for seal

INK FREE ADDRESS AREA

Paid for by DCCC, (202) 863-1500, Not authorized by any candidate or candidate's committee.

# Join thousands of Texas voters, apply to vote by mail today.

Application for ballot by mail inside!



**Applications must be received by Friday, October 26th.**

DCCC_000371

# Never miss a chance to make your voice heard.

## Who can vote by mail?

You are eligible to vote early by mail if you are a registered voter who is:

- away from the county of residence on Election Day and during the early voting period;
- sick or disabled;
- 65 years of age or older on Election Day;
- or Confined in jail, but eligible to vote.

## Here's how it works:



1. Fill out the Application for Ballot by Mail attached here and mail it in.
   To mail, separate the application from this page by tearing along the perforation.
   Fold the application in half and place the provided seals on the marked spots.
   **The application must be received by 5:00 p.m. on Friday, October 26th.**

2. Your local election official will mail you a vote-by-mail ballot prior to the election.

3. Fill out the ballot and mail it to your Early Voting Clerk by **Election Day, Tuesday, November 6th**.
   This application is NOT the official ballot.

## Your vote is important! ★ ★ ★

Any registered Texas voter can request a vote-by-mail ballot from their Early Voting Clerk if the request is received by Friday, October 26th, 2018. A vote-by-mail ballot will be mailed to the voter after the receipt of the properly completed and signed Texas Application for Ballot by Mail. This ballot request form is pre-addressed for your convenience.

Voters may return the completed vote-by-mail ballot by 1) mailing it to your county elections official; 2) returning it in person to a polling place or the elections office in your county on Election Day; or 3) authorizing a relative or person living in the same household to return the ballot on your behalf. If your ballot is returned in person or by a relative or person living in your household, the county elections office MUST receive it by the time polls close at 7:00 p.m. on Tuesday, November 6th. Ballots must be received by Tuesday, November 6th to be counted.

This application is **NOT** the official ballot.

DCCC_000372

# APPLICATION FOR BALLOT BY MAIL FROM HARRIS COUNTY, TEXAS  PLEASE PRINT OR TYPE
*(SOLICITUD DE UNA BOLETA ELECTORAL DEL CONDADO DE HARRIS, TEXAS  USANDO LETRAS DE MOLDE O A MÁQUINA)*

**1  NAME - AS REGISTERED TO VOTE** *(NOMBRE - COMO REGISTRADO PARA VOTAR)*

JOHN J. HOFFMAN

**2  DATE OF BIRTH (mm/dd/yyyy)** *(FECHA DE NACIMIENTO)*

**3  ADDRESS - WHERE REGISTERED TO VOTE** *(DIRECCIÓN -DONDE REGISTRADO PARA VOTAR)*

3255 JUSTIN CT

ANY TOWN, TX 12345

NUMBER *(Número)*   STREET *(Calle)*   Apt. *(Apartamento)*
CITY *(Ciudad)*   STATE *(Estado)*  ZIP *(Zona Postal)*

**4  LANGUAGE PREFERENCE - Select type of ballot you wish to receive.** *(Preferencia de idioma - Seleccione el tipo de boleta que desea recibir.)*

☐ **English/Spanish** *(Inglés/Español)*

☐ **English/Vietnamese** *(Inglés/Vietnamita)*

☐ **English/Chinese** *(Inglés/Chino)*

**5  TELEPHONE NUMBER** *(NÚMERO DE TELÉFONO)*

**6  EMAIL ADDRESS - Used in case our office has questions. (Optional)**
*(E-Mail - Se utiliza en caso de que nuestra oficina tenga preguntas.)*

**7  YOU MUST CHECK THE REASON YOU ARE APPLYING FOR A BALLOT BY MAIL**
*(TIENE QUE INDICAR POR QUÉ ESTÁ SOLICITANDO UNA BOLETA ELECTORAL POR ADELANTADO.)*

☐ **1) 65 years of age or older** *(65 años de edad o más)*
☐ **2) Disability** *(Incapacidad)*
☐ **3) Absent From County** *(Ausencia del Condado)*
☐ **4) Confinement In Jail** *(Está encarcelado)*

If applying for all county elections in the calendar year, select "Annual Application." *(Si se aplica una vez para todas las elecciones de su condado en el año calendario, seleccione "Solicitud Anual.")*

☐ **Annual Application - For 65+ or Disabled** *(Solicitud Anual - Para 65 + o Incapacidad)*

**If applying for one election, select appropriate boxes** *(Si solicita una elección, seleccione casillas correspondientes.)*

☐ May *(Mayo)*  ☐ November *(Noviembre)*  ☐ Other *(Otro)* _____
☐ Any Runoff *(Cualquier elección de desempate)*

If "Absent From County", BALLOT MUST BE MAILED OUTSIDE THE COUNTY. *(Si "ausente del Condado", boleta debe ser enviada fuera del condado)*

**If applying for one election, select appropriate boxes** *(Si solicita una elección, seleccione casillas correspondientes.)*

☐ May *(Mayo)*  ☐ November *(Noviembre)*  ☐ Other *(Otro)* _____
☐ Any Runoff *(Cualquier elección de desempate)*

**8  PRIMARY ELECTIONS** *(ELECCIONES PRIMARIAS)* You Must Declare **One** Political Party to vote in a Primary *(Debe declarar un partido político para votar en una primaria)*

☐ **Democratic** *(Demócrata)*   ☐ **Republican** *(Republicano)*

**9  If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed.**
*(Si usted está solicitando que esta boleta se envíe a una dirección diferente (que no sea la residencia), indique a dónde se enviará la boleta.)*

**Check one:** *(Marque una.)*

☐ Mailing Address on my voter registration certificate *(Dirección postal en mi certificado de registro de votante)*
☐ Hospital *(hospital)*
☐ Nursing home or long-term care facility *(centro de enfermería o de cuidados médicos a largo plazo)*
☐ Retirement center *(centro de Retiro)*
☐ Address of the Jail *(Dirección de la Cárcel)*
☐ Relative; Relationship: *(Pariente; Relación:)* _____
☐ Address outside the county.  **Complete dates** *(Dirección Fuera del Condado. Complete las fechas.)*

**Dates of absence:** *(Fechas de ausencia:)*

**Complete dates as needed.** *(Fechas completas según sea necesario)*

First day to receive mail at this address *(Primer día para recibir correo en esta dirección)*

Date of return to residence address *(Fecha de regreso al domicilio de residencia)*

MAIL MY BALLOT TO: *(Enviar la boleta a:)*

NUMBER *(Número)*   STREET *(Calle)*   Apt. *(Apartamento)*   CITY *(Ciudad)*   STATE *(Estado)*  ZIP *(Zona Postal)*

**10  I CERTIFY THAT THE INFORMATION GIVEN IN THIS APPLICATION IS TRUE, AND I UNDERSTAND THAT GIVING FALSE INFORMATION IN THIS APPLICATION IS A CRIME.**
*("CERTIFICO QUE LA INFORMACIÓN INDICADA EN ESTA SOLICITUD ES VERDADERA y ENTIENDO QUE ES UN DELITO DAR INFORMACIÓN FALSA EN ESTA SOLICITUD.")*

For Official Use *(Sólo para uso oficial).*

**VOTER SIGN HERE** *(VOTANTE FIRME AQUÍ)*  X

Signature as Registered to Vote *(FIRMA COMO REGISTRADO PARA VOTAR)*

**11  FOR WITNESS and/or ASSISTANT** *(PARA TESTIGO y/o ASISTENTE)*

For Official Use Only *(Sólo para uso oficial).*

☐ ← If applicant is unable to sign or make a mark in box 10, the witness shall check this box.
← *(Si el solicitante no puede firmar o hacer una marca en la casilla 10, el testigo deberá marcar esta casilla.)*

Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application. *(Si no se completa esta información es un delito menor de clase A si la firma fue atestiguada o solicitante fue asistido en llenar la solicitud.)*

Printed Name of Witness/Assistant *(Nombre en letra de molde del Testigo / Asistente)*

☐ ← Check this box, if acting as a Witness
← *(Marque esta casilla si usted está actuando como testigo)*

☐ ← Check this box, if acting as an Assistant
← *(Marque esta casilla, en caso de actuar como asistente)*

★ If you are acting as Witness and Assistant, please check both boxes *(Si usted está actuando como testigo y asistente, por favor marque ambas casillas)*

Signature of Witness/Assistant *(Firma del Testigo/Asistente)*  X

NUMBER *(Número)*  STREET *(Calle)*   Apt. *(Apartamento)*

Witness' Relationship to Applicant - See instructions. *(Relación del testigo al solicitante - Vea las instrucciones.)*

CITY *(Ciudad)*   STATE *(Estado)*  ZIP *(Zona Postal)*

**12  Mail to:** *(Correo a:)*

**STAN STANART, HARRIS COUNTY CLERK P.O. Box 1148, Houston, TX 77251-1148**

**OR Deliver by Common Contract Carrier ONLY to:** *(O entregar por transportista contratado común SOLAMENTE a:)*

**STAN STANART, Harris County Admin Building 1001 Preston, 4th Floor, Suite 440, Houston, TX 77002**

DCCC_000373

FOLD PAGE IN HALF, THEN PLACE SEALS OVER DOTTED LINES

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
PFP
IMB-POSTAGE



Registrar of Voters Address
Added Here
Dallas, Texas 75207



DON'T WAIT!
Do your part: vote early by mail.
Complete your application for ballot by mail today!

DCCC_000374

**Sent**: 11/5/2019 3:10:50 PM
**To**: Michael Beckendorf [Beckendorf@DCCC.ORG]
**Subject**: RE: Primer: Here's What Texas Democrats are Working Towards on Election Day

**From:** Michael Beckendorf <Beckendorf@dccc.org>
**Sent:** Tuesday, November 5, 2019 3:10 PM
**To:** Avery Jaffe <Jaffe@dccc.org>; Miguel Arreola <Arreola@dccc.org>
**Subject:** FW: Primer: Here's What Texas Democrats are Working Towards on Election Day

FYI

**From:** Cliff Walker <cliff@txdemocrats.org>
**Sent:** Tuesday, November 5, 2019 4:08 PM
**To:** Michael Beckendorf <Beckendorf@dccc.org>
**Subject:** Fwd: Primer: Here's What Texas Democrats are Working Towards on Election Day

Cliff Walker
Deputy Executive Director
Texas Democratic Party
(210) 573-1323

---------- Forwarded message ---------
From: **Abhi Rahman** <abhi@txdemocrats.org>
Date: Tue, Nov 5, 2019, 2:54 PM
Subject: Fwd: Primer: Here's What Texas Democrats are Working Towards on Election Day
To: cliff <cliff@txdemocrats.org>

---------- Forwarded message ----------
From: **Press Texas Democratic Party** <press@txdemocrats.org>
Date: Tuesday, November 5, 2019
Subject: Primer: Here's What Texas Democrats are Working Towards on Election Day
To: Abhi Rahman <abhi@txdemocrats.org>

# TEXAS ⭐ DEMOCRATS

**For Immediate Release**
November 5, 2019
**Contact:** Abhi Rahman, (720) 299-0654, press@txdemocrats.org

## Primer: Here's What Texas Democrats are Working Towards on Election Day

**Austin, TX** -- Today, November 5, 2019 is election day for several Texas races, including three emergency special elections in House Districts 28, 100, and 148 and the Houston Mayoral election.

## Here's What to Expect Tonight:

### Texas House District 28:
The Texas Democratic Party endorsed Dr. Eliz Markowitz for state representative last month. An educator, leader, and fighter, Dr. Markowitz will fight for quality healthcare, strong neighborhood schools, fix our infrastructure to protect Texans from hurricane disasters, streamline disaster relief so displaced Texans can rebuild faster, and fight for an economy that works for everyone.

Despite disgusting tactics to drum up support from Tom Delay's old political base, and thanks to changing demographics and Fort Bend County's readiness for change, Democrats remain in striking distance in an off-year special election, one year away from the next Presidential election. Fort Bend County is emblematic of the changing demographics in the state, and Democrats are in prime position to flip this seat and continue the trend of Texas rapidly turning blue.

### Texas House District 100:
Several great Democrats are running in this seat. The next Democratic representative will have a chance to build off of former state representative and current Dallas Mayor Eric Johnson's service and hard work. With our strong field of candidates, the Texas Democratic Party will retain the seat.

### Texas House District 148:
Twelve Texas Democrats are seeking support to represent the residents of Texas House District 148 and follow in the footsteps of Representative Jessica Farrar, who has spent the last 25 years standing proudly and bravely against Republican attacks on working families. Thanks to the service of Representative Farrar, Texas House District 148 is poised to remain in Democratic hands.

### Houston Mayoral Race
Houston is the most diverse city in America, benefitting from years of strong Democratic leadership. In the Houston Mayoral race there is a Democratic incumbent fighting against a Trump Republican trying to buy his way into an election. To keep Houston moving forward — ensuring that we are fighting for an economy that works for everybody, combating climate change, and improving the lives of all Houstonians, Houston must continue to be led by Democrats.

**Texas Democratic Party Chair Gilberto Hinojosa issued the following statement:**

DCCC_000376

"Texans are demanding change. That's why Texas Democrats are on track to make runoffs or win outright in Texas House Districts 28, 100, and 148 along with the Houston mayoral race tonight.

"In Texas House District 28, Democrats have the opportunity to flip our first seat of the 2020 cycle. The Texas Democratic Party is proud to have invested in Dr. Markowitz's campaign to reach out to voters at their homes, online, on the phone, and in their mailboxes. We are proud to join allies and Dr. Markowitz' campaign in organizing volunteers, assisting with voter targeting, mailing thousands of applications to help Democratic seniors vote-by-mail, placing party staff in the district, combating disgusting Republican smears, launching digital ads, and sending get-out-the-vote texts.

"The Texas Democratic Party encourages all Texas voters to find your polling location at MyTexasVotes.com and make a plan to vote.

"Democrats are ready to deliver on the fair shot everyone deserves. Together, we will take back the Texas House, hold the city of Houston, and win elections across the state. Let's unite, organize, and win."

###

DCCC_000377

| From: | Anna Palmer Jake Sherman Daniel Lippman [politicoplaybook@politico.com] |
|---|---|
| Sent: | 3/6/2018 5:13:57 AM |
| To: | Tyler Law [Law@DCCC.ORG] |
| Subject: | POLITICO Playbook, presented by UnitedHealth Group: Texas kicks off primary season, as Democrats surge in early voting ... Trump signals openness on tariffs, as Ryan makes his move |

View online version | Add politicoplaybook@politico.com to your address book.

# POLITICO PLAYBOOK

Today's POLITICO Playbook presented by UnitedHealth Group

By ANNA PALMER (anna@politico.com, @apalmerdc), JAKE SHERMAN (sherman@politico.com, @JakeSherman) and DANIEL LIPPMAN (daniel@politico.com, @dlippman)

Listen to today's Audio Briefing | Subscribe on Apple Podcasts | Visit the online home of Playbook

## DRIVING THE DAY

**SOMETHING MIGHT BE HAPPENING IN THE LONGHORN STATE --** Early voting numbers in Texas has GOP political operatives nervous -- Democrats outvoted Republicans in the top 15 counties. **BY THE NUMBERS: 23.7%** of Democratic primary voters are new. Only **10.8%** of Republicans were first-time early voters in the primary.

**THE TRENDLINE:** Republicans are worried that could translate to a significant increase in Democratic-leaning general election voters across the state -- and, in worst case for Republicans, across the country. ***Check out this three-page PDF breaking down the stats:*** http://politi.co/2tld376

**-- TEXAS TRIBUNE'S ANNIE DANIEL:** "[More than] 650,000 Texans voted early in the state's ten counties with the highest number of registered voters.

**"Overall, 370,219 Democrats voted early in those ten counties** compared to 282,928 Republicans. Four years earlier, Republicans outvoted Democrats in early voting in those ten counties 253,019 to 184,489, respectively. That means Democratic turnout more than doubled from four years ago, while Republican turnout rose less than 15 percent.

**"When we factor population growth in these ten counties,** Republican turnout was largely unchanged, with the percent of the voting-age population voting early remaining on-trend with previous years. Democratic turnout, however, was up in all ten counties except for Hidalgo County, which saw a drop in Democratic voter turnout from 6.1% of the voting age population voting early in 2014, to 5.1% in 2018." http://bit.ly/2FgBBnt

DCCC_000378

**STEVEN SHEPARD** and **ELENA SCHNEIDER: "5 things to watch in the first primary of 2018": 1.** Democrats are showing up in droves **2.** Suburban watch: Dallas and Houston **3.** Washington meddling in Democratic primaries **4.** The personality primaries **5.** A threat to the Bush name. *Read the full story* http://politi.co/2tlgjzh

**PLAYBOOK AT SXSW:** Going to SXSW? Join us for a fun conversation with **REP. NANETTE BARRAGAN (D-CALIF.), REP. WILL HURD (R-TEXAS)** and **REP. TERRI SEWELL (D-ALA.)** -- three young and up and coming leaders in Congress. **WHEN:** Sunday, March 11 at noon. **WHERE:** Just like last year, we're holding our events at the WeDC house, which this year is centrally located blocks from the convention center at 709 E. 6th Street in Austin. *RSVP, space is limited!* http://bit.ly/playbooksxsw

**-- PSST:** We have a bunch of big-time events we're going to announce in the coming days, so keep your eyes peeled.

**WHAT THEY'RE SAYING ABOUT SAM NUNBERG -- @KatyTurNBC --** Katy got the first TV interview: "Nunberg tells me he'll probably cooperate with Mueller in the end. He just doesn't want to make it easy. He thinks it isn't fair that they are asking for his personal communications. As of 8pm he says he had not talked to his lawyer." ...

**NUNBERG** called Sarah Huckabee Sanders a "fat slob" and a "joke" on New York 1, a local TV station. **@jonathanvswan:** "Nobody who knows Sam thinks he has anything interesting to offer Mueller. But his friends are worried about him."

**WAPO'S JOSH DAWSEY** (who broke the story of Nunberg's non cooperation) and **PHIL RUCKER:** "Following his interview with The Post, Nunberg called in live to MSNBC, CNN and other networks for lengthy phone interviews -- a spectacle reminiscent of Trump routinely calling into cable television control rooms during the 2016 campaign." http://wapo.st/2oN2J3b

**-- NUNBERG'S REVERSAL COMPLETE ... AP'S JONATHAN LEMIRE** at 4:23 a.m.: "In an interview with The Associated Press, Sam Nunberg said he was angry over Mueller's request to have him appear in front of a grand jury and turn over thousands of emails and other communications with other ex-officials, among them his mentor Roger Stone. But he predicted that, in the end, he'd find a way to comply.

**"'I'm going to end up cooperating with them,'** he said." http://bit.ly/2FhzrnG

**-- SUSAN MCDOUGAL,** a former business associate of Bill Clinton, spent 18 months in prison for doing what Nunberg is threatening to do. **WAPO:** "She said in an interview Monday she would not do anything differently - though Nunberg should know that being incarcerated is no joke. She said she was moved from facility to facility and spent a good deal of time in isolation.

DCCC_000379

**"'It is not an easy thing to do,' McDougal said.** 'You don't just go sit and work out in the afternoons.'"

**-- NUNBERG** sat down for a one-on-one with Mueller's team in late February.

**THE PLACE TO BE LAST NIGHT: JOE'S SEAFOOD. SPOTTED:** House Majority Leader Kevin McCarthy arriving at Joe's Seafood last night with Rep. Trey Gowdy (R-S.C.), who later sat in a booth with Sen. Tim Scott (R-S.C.). House Majority Whip Steve Scalise also was seen at the restaurant, as well as Reps. Bill Huizenga (R-Mich.), Randy Hultgren (R-Ill.) and Tom Reed (R-N.Y.) and Sen. Cory Gardner (R-Colo.); Democratic Sens. Michael Bennet (Colo.), Chris Coons (D-Del.) and Joe Manchin (W.Va.) were also at the restaurant, as well as Frank Luntz.

**Good Tuesday morning. FIRST IN PLAYBOOK -- A NEW WAVE COMING: GUN PROTESTS ACROSS THE COUNTRY:** It won't just be students participating in the "March for Our Lives" gun protest in Washington on March 24. Everytown for Gun Safety is announcing today that nearly 400 sibling protest marches in all 50 states are being organized in cities like Fairbanks, Alaska, Belfast, Maine and Mission, Texas. The group is giving out $2.5 million in grants for up to 500 student organizers to help pay for operational expenses.

****** A message from UnitedHealth Group: Better understand the state-by-state health of women and children.** New report from America's Health Rankings® identifies areas of success as well as challenges for the health of women, infants and children. Where does your state rank? Find out here. ******

**TRUMP ON TARIFFS ...**

**-- NYT'S ANA SWANSON, MARK LANDLER** and **MAGGIE HABERMAN** on **A1: "Trump Reaffirms Commitment to Tariffs but Opens Door to Compromise":** "President Trump, facing an angry chorus of protests from leaders of his own party, including the House speaker, Paul D. Ryan, insisted on Monday that he would not back down from his plan to impose across-the-board tariffs on steel and aluminum imports. But the White House was devising ways to potentially soften the impact of the measures on major trading partners.

**"The intense maneuvering, which began before Mr. Trump's unexpected** announcement of the tariffs last Thursday, is likely to delay any formal rollout of the measures until next week, according to several officials who have been briefed on the deliberations." http://nyti.ms/2FXzAtt

**-- "Frustrated White House free traders mount campaign to weaken Trump tariffs,"** by Andrew Restuccia, Ben White and Nancy Cook: "Gary Cohn and other free-trade advocates inside the White House and the Treasury Department are mounting a last-ditch effort to blunt the impact of Trump's head-turning decision ...

**"West Wing aides led by Cohn,** who directs the National Economic Council, are planning a White House meeting for Thursday with executives from industries likely to be hurt by big tariffs on imported steel and aluminum, two officials familiar with the matter said. The meeting is tentative and the participants have not yet been set in stone, but industries that could be hit hard by the tariffs include automakers and beverage companies." http://politi.co/2FkaSCv

**TIT-FOR-TAT -- "EU Proposes Retaliatory Tariff of 25% Against U.S. Goods,"** by Bloomberg's Viktoria Dendrinou and Jonathan Stearns: "The European Union intends to target 2.8 billion euros ($3.5 billion) of U.S. goods ranging from T-shirts and whiskey to motorcycles should President Donald Trump go ahead with his plan to impose a 25 percent tariff on foreign steel." https://bloom.bg/2FWVvkf

**TRUMP'S MIDDLE EAST PLAY -- "Trump's Hopes of Being the 'Neutral Guy' in the Mideast Seem Long Gone,"** by NYT's Peter Baker and David Halbfinger: "In the midst of his campaign, President Trump vowed to bring peace to the Middle East by playing it down the middle between Israel and the Palestinians.

**"'Let me be sort of a neutral guy,' he said.** Two years later, any hopes of being the neutral guy are long gone. In a meeting at the White House on Monday, Mr. Trump and Prime Minister Benjamin Netanyahu of Israel put on display perhaps the closest relationship between leaders of their two countries in the seven decades since Israel declared independence.

**"As for the Palestinians, they are no longer on speaking terms** with the president, who is busy cutting their aid. ... 'The Palestinians, I think, are wanting to come back to the table very badly,' he said, despite evidence to the contrary. Then he acknowledged what would happen if he is wrong. 'If they don't, you don't have peace.'" http://nyti.ms/2FYvgdh

**BURGESS EVERETT ... KNOWING CORY GARDNER -- "'He's a brave man':** The lonely existence of Cory Gardner: The head of the Senate GOP campaign arm is ripping Democrats one minute, and trying to cut deals with them the next": "Senate Republican campaigns chief Cory Gardner might've had the easiest job in Washington - if only Hillary Clinton had won.

**"Instead, the centrist-minded Coloradan** has found himself in one of the toughest predicaments in town: leading the Republican battalion in what's instead shaping up as an anti-Trump Democratic wave election, while at the same time trying to cut legislative deals with some of the senators he's campaigning hardest to defeat.

**"Gardner is going to need bipartisan accomplishments** to survive his own swing-state reelection race in 2020. It's not exactly what the sunny, glad-handing pol was signing up for when he put in for the job just before the 2016 election. 'He's a brave man,' said Sen. John Cornyn (R-

DCCC_000381

Texas), a former [NRSC] chairman and now the party whip. 'I admire him for being willing to take on the challenge.'" http://politi.co/2FfStKX

**TRUMP'S TUESDAY --** The president will meet and participate in an expanded bilateral meeting with Sweden Prime MInister Stefan Löfven. Afterward, he will meet with Swedish business representatives and hold a joint press conference with the prime minister.

**FIRST IN PLAYBOOK -- MARYLAND GOV. LARRY HOGAN** is out with a new gerrymandering video (titled "Dragons, and Cows, and Dogs...Oh My!") featuring Hogan and man on the street interviews of people talking about what they think Maryland's gerrymandered 3rd congressional district looks like, held by Democratic Rep. John Sarbanes. *90-second video* http://bit.ly/2FuIG32



Better understand the state-by-state health of women and children

UNITEDHEALTH GROUP*

AMERICA'S HEALTH RANKINGS*
UNITED HEALTH FOUNDATION

LEARN MORE

**PLAYBOOK READS**

DCCC_000382



PHOTO DU JOUR: A man removes the word Trump off a marquee outside the Trump Ocean Club International Hotel and Tower in Panama City on March 5 after a legal battle for control of the property. | Arnulfo Franco/AP Photo

**NEW OFF MESSAGE PODCAST -- DGA CHAIR JAY INSLEE** to Isaac Dovere on getting Democrats to make governors races the rallying cry of the resistance: "It's a great awakening that we have to fight on a state-by-state basis."

**"We have Republican governors who are kowtowing** to Donald Trump and will continue to do so, who have been lackeys to his abysmal record and his moral depravity and his inhumane policies, and that all across the country they will be called to account for that chaotic behavior," Inslee said. "It's been amazing to me, shocking and disappointing, that we have so many Republicans who now aspire for governor who just are afraid and shaking in their boots and won't stand up against this man in the White House." http://politi.co/2FtDts1

**THE STORY THAT NEVER ENDS - "Trump Lawyer's Payment to Stormy Daniels Was Reported as Suspicious by Bank,"** by WSJ's Joe Palazzolo and Michael Rothfeld: "The bank used by President Donald Trump's personal lawyer to wire $130,000 to a former adult-film actress flagged the transaction as suspicious and reported it to the Treasury Department, according to a person familiar with the matter. The lawyer, Michael Cohen, wired the money to a lawyer for former actress Stephanie Clifford, known professionally as Stormy Daniels, from an account at

DCCC_000383

First Republic Bank. The money was received on Oct. 27, 2016, 12 days before the presidential election, another person familiar with the matter said.

**"It isn't clear when First Republic reported it to the government as suspicious.** Mr. Cohen said he missed two deadlines earlier that month to make the $130,000 payment to Ms. Clifford because he couldn't reach Mr. Trump in the hectic final days of the presidential campaign ... Ms. Clifford was owed the money in return for signing an agreement that bars her from discussing an alleged sexual encounter with Mr. Trump in 2006 ... After Mr. Trump's victory, Mr. Cohen complained to friends that he had yet to be reimbursed for the payment to Ms. Clifford." http://on.wsj.com/2FuCGHy

**-- Joshua Partlow (@partlowj):** "Trump's name comes off the hotel in Panama. Video by @aicerrud" http://bit.ly/2oLSOuz

**MEGATRENDS -- "U.S. Will Be the World's Largest Oil Producer by 2023, Says IEA,"** by WSJ's Sarah Kent and Timothy Puko: "The U.S. is likely to overtake Russia to become the world's largest oil producer by 2023, accounting for most of the global growth in petroleum supplies, a top industry monitor said Monday. U.S. crude production is expected to reach a record of 12.1 million barrels a day in 2023, up from 10.6 million a day this year, said the International Energy Agency, which advises governments and corporations on industry trends. American oil output will surge past Russia, currently the world's largest crude producer at roughly 11 million barrels a day." http://on.wsj.com/2oTgGeW

**FOR YOUR RADAR -- "U.S. Government Intervenes in Broadcom's Bid for Qualcomm,"** by WSJ's Kate O'Keeffe, Stu Woo and Ted Greenwald: "The U.S. government inserted itself into the technology industry's biggest potential takeover, postponing a key shareholder vote on grounds that the deal could endanger the country's technological prowess and, in turn, national security.

**"The Committee on Foreign Investment in the U.S.,** an interagency group chaired by the Treasury Department that can recommend the president block deals, ordered Qualcomm to delay its annual shareholder meeting by 30 days to give CFIUS time to review Singapore-based rival Broadcom Ltd.'s proposed $117 billion takeover of the chip maker. Qualcomm has rejected Broadcom's advances, consistently flagging a national-security review as a potential stumbling block to a deal." http://on.wsj.com/2FmsZr6

**HMM -- "A Top Trump Fund-Raiser Says Qatar Hacked His Email,"** by NYT's David Kirkpatrick in London: "A cyberwar in the Persian Gulf reverberated in the United States this week as a top Republican fund-raiser accused agents for Qatar of hacking into his email to plant damaging articles in the American news media. The fund-raiser, Elliott Broidy, 60, a national deputy finance

DCCC_000384

chairman of the Republican National Committee, is the owner of a company with hundreds of millions of dollars in contracts to provide services to the United Arab Emirates.

**"Qatar called Mr. Broidy's charges a false** 'diversionary tactic to distract from the serious allegations against himself and his client, the United Arab Emirates.' Mr. Broidy and Qatar each threatened legal actions. The dispute illustrates how conflicts around the globe can echo through American news media, politics and courts, as rivals compete for the favor of Washington and the sympathies of the West." http://nyti.ms/2FWO0s3

****** A message from UnitedHealth Group: Better understand the state-by-state health of women and children.** America's Health Rankings® Health of Women and Children Report assesses 62 health indicators - including those that examine behaviors, community and environmental conditions, policy, clinical care and outcome indicators - to better understand the changing health of women and children across the country and state-by-state. Community leaders, public health officials and policy-makers can help build healthier communities by better understanding the health of those they serve. Learn more. ******

**MEDIAWATCH -- NYT'S MICHAEL GRYNBAUM** and **JOHN HERRMAN: "New Foils for the Right: Google and Facebook":** "Conservatives are zeroing in on a new enemy in the political culture wars: Big Tech.

**"Arguing that Silicon Valley is stifling their speech** and suppressing right-wing content, publishers and provocateurs on the right are eyeing a public-relations battle against online giants like Google and Facebook, the same platforms they once relied on to build a national movement.

**"In a sign of escalation, Peter Schweizer, a right-wing journalist** known for his investigations into Hillary Clinton, plans to release a new film focusing on technology companies and their role in filtering the news.

**"Tentatively titled 'The Creepy Line,' Mr. Schweizer's documentary** is expected to have its first screening in May in Cannes, France - during the Cannes Film Festival, but not as part of the official competition. He used the same rollout two years ago for his previous film, an adaptation of his book 'Clinton Cash' that he produced with Stephen K. Bannon, the former head of Breitbart News." http://nyti.ms/2FjXz4N

**-- WHAT'S NEW AT ROLLING STONE: "'He Can Go From a B Player to an A Player':** At Rolling Stone, Ryan Lizza is Writing, Jann and Gus Wenner are Still Kicking Around, and Jay Penske is the Media Tycoon Du Jour," by Vanity Fair's Joe Pompeo: "It's been two-and-half months since the onetime counterculture bible, founded by Jann Wenner in 1967, found its safe harbor in Jay Penske, a 39-year-old automotive scion whose Penske Media Corporation acquired a

DCCC_000385

51 percent stake in Rolling Stone after Wenner finally unloaded the other 49 percent to a Singapore-based music start-up, BandLab, in 2016. ...

**"Jann and his 27-year-old son, Gus, are staying on the payroll** -as editorial director and president/chief operating officer, respectively-and Gus has been given a seat on PMC's advisory board. ... PMC is also on the prowl for brand-name recruits. One person Rolling Stone has approached is Ryan Lizza, the veteran political journalist who became one in a long list of #MeToo casualties ... CNN, where Lizza is a contributor, 'found no reason to continue to keep Mr. Lizza off the air' after a six-week investigation into the matter.) ... [A]fter Lizza was cleared by CNN, and Rolling Stone had conducted its own due diligence, the editors moved forward with freelance assignments, as originally planned. (He currently has two pieces in the works for the magazine.)" http://bit.ly/2D3rxIc

## PLAYBOOKERS

**SPOTTED:** former Sen. Chris Dodd (D-Conn.) in first class on Alaska Airlines from LAX to DCA Monday afternoon - *pic* http://bit.ly/2Ff59S9

**TRANSITIONS -- Faith Vander Voort,** press secretary and digital director for Rep. Paul Gosar (R-Ariz.) and digital adviser to the Republican Study Committee, is heading to the Department of the Interior to become deputy press secretary to Secretary Ryan Zinke. (h/t Morning Media)

**BIRTHDAY OF THE DAY: David Bradley,** chairman and CEO of Atlantic Media, which owns and operates the Atlantic, Quartz, National Journal Group and Government Executive Media Group. **Something he thinks deserves more attention:** "A freelance reporter, Austin Tice, has been missing in Syria for five and a half years. We are almost certain he is alive. Austin is one of us. He is a Georgetown grad, now on leave from Georgetown law school. It's long past time for him to come home." **Read his Playbook Plus Q&A:** http://politi.co/2tlkDP1

**BIRTHDAYS:** Catherine Wilkins of the White House (hat tip: Cassie Williams) ... Alan Greenspan is 92 ... Jennifer Skyler, head of public affairs at WeWork ... John Stossel is 71 ... Saul Anuzis, former chairman of the Michigan Republican Party, is 59 ... Bill Huey is 71 ... Reuters' Jim Bourg ... sports correspondent Armen Keteyian is 65 ... former FBI and CIA director William Webster is 94 ... former Sen. Kit Bond (R-Mo.) is 79 ... Pablo Chavez, general manager of Microsoft U.S. policy and LinkedIn global policy (h/t Mistique Cano) ... Blake Gottesman, principal at Berkshire Partners and a Bush 43 WH alum ... Theodore Furchtgott ... Kara Carscaden, an Obama alum ... Anthony Foti, COS for Rep. Dennis Ross (R-Fla.) ... WashPost assistant Outlook editor Jenny Rogers ... Jonathan Day, COS for Rep. Joe Wilson (R-S.C.) (h/ts Blain Rethmeier and Matt Everson) ...

DCCC_000386

... **Alex Stroman** of TransCanada's D.C. office ... Baltimore Sun's Erin Cox ... Sandra Salstrom ... Joe Perticone, politics reporter at Business Insider, is 28 (h/ts AnnaMaria Di Petro and Mallory Shelbourne) ... Phil Basser is 100 ... Jacqui Newman, COO of the DCCC ... Brooke Gladstone, co-host of WNYC's "On the Media" ... Chris Leavitt ... Alyssa Backlund ... Lisa Todorovich Porter ... Anna Kopperud ... Brendon Plack, staff director of the Senate Republican Conference ... Ellen Canale ... Emily Leviner, LD and chief counsel for Sen. Deb Fischer (R-Neb.) ... Abby VandeHei ... Karen Lightfoot ... Mike Thigpen ... Courtney Beese ... Shannon Moriarty, comms director at NYU Furman Center (hubby tip: Joe Cutrufo) ... Ghana turns 61 on its Independence Day (h/t @BCIU) ... Alyssa Denise ... Sam Spence ... Katy Bayless, director of federal relations for Clemson University ... Andie Coller ... Kathleen J. Becker ... Steve Fox ... Jenny Vidas ... Joseph Porcelli ... Kim Moxley ... Tim Bergreen ... Karen Lightfoot ... Lanon Baccam (h/t Teresa Vilmain)

****** **A message from UnitedHealth Group: Learn about the health of the nation state-by-state.** United Health Foundation, through the America's Health Rankings platform, helps policy-makers, public health officials, researchers and communities improve health, well-being and health care at the local, state and national levels by offering timely insights about the health of the people they serve. By leveraging the broad suite of America's Health Rankings® data and insights, communities can craft data-driven solutions to some of the nation's most pressing health concerns. Learn more. ******

**SUBSCRIBE** to the Playbook family: **POLITICO Playbook** http://politi.co/2lQswbh ... **Playbook Power Briefing** http://politi.co/2xuOiqh ... **New York Playbook** http://politi.co/1ON8bqW ... **Florida Playbook** http://politi.co/1OypFe9 ... **New Jersey Playbook** http://politi.co/1HLKltF ... **Massachusetts Playbook** http://politi.co/1Nhtq5v ... **Illinois Playbook** http://politi.co/1N7u5sb ... **California Playbook** http://politi.co/2bLvcPl ... **London Playbook** http://politi.co/2xfDPuK ... **Brussels Playbook** http://politi.co/1FZeLcw ... **All our political and policy tipsheets** http://politi.co/1M75UbX

View online

**To change your alert settings, please go to https://secure.politico.com/settings**

# POLITICO

This email was sent to law@dccc.org by: POLITICO, LLC 1000 Wilson Blvd. Arlington, VA, 22209, USA

Please click here and follow the steps to unsubscribe.

DCCC_000387

| | |
|---|---|
| **From:** | Avery Jaffe [Jaffe@dccc.org] |
| **Sent:** | 4/22/2019 6:45:11 PM |
| **To:** | Comm - South [Comm-South@dccc.org] |
| **Subject:** | TX-All: Texas Tribune: The Blast: More 2020 activity this week in Houston, O'Rourke loses 2 key staffers from Senate run, Team Cornyn continues to size up opposition |

Subscription only newsletter so forwarding below —

2020 WATCH

The Democratic Congressional Campaign Committee is basing a new spokesman in Austin as it continues to zero in on Texas for 2020. The spokesman, Avery Jaffe, will start early next month. He comes to Texas from Florida, where he worked in the gubernatorial race last year. He was a spokesman for primary candidate Chris King, who the eventual nominee, Andrew Gillum, chose as his running mate. Jaffe's hiring follows the news earlier this month that the DCCC was opening an Austin office led by Texas operatives Michael Beckendorf and Roger Garza. The committee is targeting six GOP-held seats next year in Texas, more than in any other state.

Get Outlook for iOS

---

**From:** Patrick Svitek <psvitek@texastribune.org>
**Sent:** Monday, April 22, 2019 7:16 PM
**To:** Avery Jaffe
**Subject:** Fwd: The Blast: More 2020 activity this week in Houston, O'Rourke loses 2 key staffers from Senate run, Team Cornyn continues to size up opposition

---------- Forwarded message ---------
From: **Patrick Svitek** <psvitek@texastribune.org>
Date: Mon, Apr 22, 2019 at 6:14 PM
Subject: The Blast: More 2020 activity this week in Houston, O'Rourke loses 2 key staffers from Senate run, Team Cornyn continues to size up opposition
To: <psvitek@texastribune.org>

DCCC_000388

Apr 22, 2019 | View in browser



By Patrick Svitek

14 days until deadline for Texas House committees to pass bills

35 days until sine die

## FOR YOUR RADAR

The Texas House is adjourned until 10 a.m. Tuesday. The Texas Senate is adjourned until 11 a.m. Tuesday.

## COMING ATTRACTIONS

•    Three more Democratic presidential hopefuls have been confirmed for a national meeting of black mayors later this week in Houston. U.S. Sens. **Kamala Harris** of California, **Amy Klobuchar** of Minnesota and **Bernie Sanders** of Vermont have been added to the lineup for the conference hosted by the African American Mayors Association. They join U.S. Sen. **Cory Booker** of New Jersey; Miramar, Florida, Mayor **Wayne Messam**; and **Julián Castro**, the former U.S. housing secretary and San Antonio mayor. The meeting runs from Wednesday through Friday, though most of the candidates are expected to speak Wednesday, when they're already due in Houston for a forum at Texas Southern University.

○           **Speaking of all the candidates in Texas later this week**... Sanders has recorded a video message to his supporters here ahead of his rallies Wednesday in Houston and Thursday in Fort Worth. Watch the video here.

•    Democratic presidential candidate **Pete Buttigieg** is stopping in Houston as part of his visit to Texas next month. The South Bend, Indiana, mayor will hold a fundraiser May 4 in Houston, according to a Facebook event listing. Tickets start at $25 and go up to $1,000. It was already announced that Buttigieg would be in Dallas the day before to headline the county party's 2019 Johnson Jordan Dinner. The Dallas leg of his trip will also include a campaign fundraiser, per another event listing. Admission levels range from $500 to $2,800, and hosts include **Russell Budd**, a bundler for former President **Barack Obama**.

•    **Chris McNutt**, the gun rights activist who's been clashing with Texas House Speaker **Dennis Bonnen**, R-Angleton, is holding a news conference Tuesday in Austin to demand an apology from Bonnen. McNutt will be joined by **Jesse Binnall**, a Virginia attorney who represents McNutt's group, Texas Gun Rights, as well as **Dudley Brown**, president of the National Association for Gun Rights. The news conference is scheduled for 1 p.m. at the JW Marriott.

DCCC_000390



## O'ROURKE PARTS WAYS WITH 2 STAFFERS KEY TO SENATE RACE

Two staffers who played instrumental roles in **Beto O'Rourke**'s U.S. Senate bid have left his presidential campaign.

The staffers, **Becky Bond** and **Zack Malitz**, were only temporarily employed for a month, according to an O'Rourke spokesman, **Chris Evans**. Bond and Malitz will remain "close friends" of the campaign and serve as volunteers, Evans said in a statement.

Bond and Malitz, both alumni of **Bernie Sanders'** 2016 presidential bid, have been credited with devising the organizing model that helped O'Rourke get within 3 percentage points of U.S. Sen. **Ted Cruz**, R-Texas, last year. Bond was an adviser to O'Rourke's Senate campaign, while Malitz was field director.

BuzzFeed first reported their departures from the O'Rourke 2020 team.

DCCC_000391

In a joint statement, Bond and Malitz reflected on the first month of O'Rourke's White House run.

"Launching a presidential campaign without a big staff or even a campaign manager was no easy feat and it took everyone pitching in," they said. "But in the wake of his successful announcement and launch, Beto has shown that he can attract the kind of support from volunteers, donors, campaign leadership and staff that puts the White House within reach."

"It's time for us to move on to other challenges where we will use what we learned during Beto's Senate race to continue our work to build a better society," Bond and Malitz added.

Their exits come about a few weeks after O'Rourke named a campaign manager, **Jen O'Malley Dillon**, a former top aide for **Barack Obama**'s 2012 re-election effort. Her hiring was seen as a sign that O'Rourke was willing to professionalize his 2020 campaign in a way that he hadn't his 2018 operation.

**Also in O'Rourke today:**

•      He's made his first hires in South Carolina. According to McClatchy Newspapers, **Lauren Harper** will serve as state director and **Tyler Jones** as senior adviser. Harper is a former adviser to Columbia Mayor **Steve Benjamin**, while Jones was chief strategist for **Joe Cunningham**, the Democrat who flipped South Carolina's 1st Congressional District last year. Jones was also involved in the "Draft Beto" movement in the Palmetto State that preceded O'Rourke's decision to run for president. The hires are notable for a couple reasons, as McClatchy noted: They build ties between O'Rourke and two of the state's most-sought after endorsers — Benjamin and Cunningham — and they add him to the list of 2020 contenders who've put a black woman in charge of their efforts in the state.

•      His campaign has released his full schedule for his return to Nevada later this week, his second trip there as a candidate. O'Rourke is set to visit Reno and Carson City on Thursday and Las Vegas and Henderson on Friday. He'll remain in Las Vegas on Saturday for a forum with several other Democratic candidates — including fellow Texan **Julián Castro** — hosted by the Service Employees International Union and the Center for American Progress.

⇒      **New this evening:** After Nevada, O'Rourke is heading to California for his first visit there as a candidate. Starting Saturday, he'll take a four-day road trip through the state,

working his way from San Diego up to San Francisco, according to the Los Angeles Times' **David Lauter.**

## TX-SEN WATCH

The latest in the 2020 U.S. Senate race:

•      Republican incumbent **John Cornyn**'s campaign circulated another memo today seeking to frame his potential Democratic opposition. In the memo, Cornyn campaign manager **John Jackson** continues to portray Senate Minority Leader **Chuck Schumer**, D-N.Y., as preferring ex-congressional candidate **M.J. Hegar** as Cornyn's opponent rather than the San Antonio congressman **Joaquin Castro**. But perhaps most notably, Cornyn's campaign acknowledges for the first time a third Democrat who's mulling a run: **Amanda Edwards**, a member of the Houston City Council. The memo describes her as a "wild card" and suggests a comparison to freshman U.S. Rep. **Alexandria Ocasio-Cortez**, the democratic socialist who pulled off a primary upset last year. Jackson also raises questions about where Hegar and Edwards stand on impeaching President **Donald Trump**, an issue that's getting renewed attention after the release of the Mueller report last week. (Castro has said he agrees with his brother, presidential contender **Julián Castro**, that it'd be "perfectly reasonable" for the House to begin proceedings.) Read the memo here.

•      Hegar surfaced again over the weekend to reiterate her interest in the race. She emailed supporters Saturday that she's "very SERIOUSLY considering" a run and shared a link to a survey about her potential candidacy. The survey previews a few potential lines of attacks against Cornyn, asking respondents about how much campaign money he's taken from the pharmaceutical industry, for example. The email was Hegar's first to her list since April 2, when she first announced she was "seriously considering" a Cornyn challenge.

## 2020 WATCH

The Democratic Congressional Campaign Committee is basing a new spokesman in Austin as it continues to zero in on Texas for 2020. The spokesman, **Avery Jaffe**, will start early next month. He comes to Texas from Florida, where he worked in the gubernatorial race last year. He

was a spokesman for primary candidate**Chris King**, who the eventual nominee, **Andrew Gillum**, chose as his running mate. Jaffe's hiring follows the news earlier this month that the DCCC was opening an Austin office led by Texas operatives**Michael Beckendorf** and **Roger Garza**. The committee is targeting six GOP-held seats next year in Texas, more than in any other state.

## OUTSIDE AUSTIN

Early voting began today for the May 4 local elections across the state. The early voting period ends April 30. The elections are highlighted by mayoral races in some of the state's biggest cities, including Dallas, San Antonio and Fort Worth.

**Speaking of the Dallas mayoral race...** Faced with a crowded nine-person field, the Dallas Morning News editorial board is recommending three of the candidates:

- State Rep. **Eric Johnson**, D-Dallas
- Philanthropist **Lynn McBee**
- Dallas ISD trustee **Miguel Solis**

The race is all but guaranteed to go to a runoff. The candidates are competing to succeed term-limited Mayor**Mike Rawlings**.

## WHERE ARE THEY NOW?

Former state Sen. **Konni Burton**, the Colleyville Republican who lost re-election last year, is teasing an "exciting announcement" soon. "The time has come for you to know that I've been working on something that's not only exciting but so desperately needed here in Texas," Burton said in a video message to supporters this morning. "And I've got an extremely bright and dedicated team that has come together to help me get this endeavor off the ground, and I couldn't be more thrilled." Burton didn't offer any other clues but told viewers to "be on the lookout for more details in the coming weeks." Burton lost her bid for a second term in November to Burleson Democrat**Beverly Powell**.

# BITS AND PIECES

•     Democratic presidential candidate **Beto O'Rourke** has fallen in New Hampshire, where a new poll shows him with just 3 percent support.

•     Gov. **Greg Abbott** says in a new interview that he supports letting Texas voters decide whether to end daylight saving time.

•     Democratic presidential candidate **Julián Castro** tweeted this morning that he'd be down for a debate on climate that the liberal group MoveOn is trying to get the 2020 field to commit to.

•     **Also in Castro today:** A fresh fundraising email from his campaign indicates he's up to 55,000 donors out of the 65,000 he needs to guarantee admission to the first primary debate in June.

---

*SPONSOR CONTENT*

IBM

## The cloud your datacenter always wanted

DCCC_000395



When it comes to building a cloud infrastructure, the options are endless, and time is limited. With the IBM Cloud Private Storage, clients enjoy access to their data both on- and off-premises in a dedicated hosted private storage cloud infrastructure. As an industry leader, IBM Cloud Private Storage comes with the confidence of increased security and cost effectiveness. Read more.



Gov. **Greg Abbott** has elevated **Ron Simmons** to chairman of the Texas Mutual Insurance Company Board of Directors. Abbott named Simmons, a former state representative, to the board earlier this year. The Carrollton Republican lost re-election in November.

**Charles Blain**, who recently stepped down as Empower Texans' Houston bureau chief, has launched a nonprofit focused on the city. The group, Urban Reform, will work on "identifying and supporting solutions to urban issues plaguing Houston, and fighting burdensome regulations and ordinances passed by city council each week," Blain said in a statement.

Republican fundraiser **Bunni Pounds** is revamping her firm to hone in on congressional campaigns. "We have made the decision as a firm to focus in on our main passion moving forward - which is Congressional politics," Pounds wrote Saturday on the Facebook page for the firm, Bunni Pounds & Associates. As part of the new focus, Pounds said the firm is taking a bigger role with U.S. Rep. **Van Taylor** of Plano, and she has started working for another freshman, Victoria's **Michael Cloud**, as campaign manager, general consultant and Texas fundraiser. "We will take one - if not several - competitive Congressional races this election cycle in TX and will have the trained and talented team to do it," Pounds added.





- Border Patrol says apprehensions in the Rio Grande Valley have already surpassed all of 2018 by Julián Aguilar
- Texas removes thousands of children from Medicaid each month due to red tape, records show by Elizabeth Byrne
- Analysis: Why cable companies and Texas cities are duking it out at the Capitol by Ross Ramsey



## "There was this enormous period of time where the buck stopped with him."

DCCC_000398

—**Maurice Weeks**, a former housing rights organizer for the Center for Popular Democracy, saying**Julián Castro** was slow to respond to their calls for reforms as housing secretary [The Huffington Post]



**From the Sunday shows:**

* Fox News' "Sunday Morning Futures": U.S. Rep. **John Ratcliffe**, R-Heath

* WFAA's "Inside Texas Politics": U.S. Rep. **Marc Veasey**, D-Fort Worth

* KXAS' "Lone Star Politics": Gov. **Greg Abbott** and Veasey



## 6:30 P.M. MONDAY

Democratic presidential candidate **Julián Castro** participates in a conversation with The Washington Post's**Jonathan Capehart** in New York City.

## 10 A.M. TUESDAY

The Texas House meets. The following 17 committees are scheduled to meet: Corrections; Human Services; Insurance; International Relations and Economic Development; Judiciary and Civil Jurisprudence; Land and Resource Management; Licensing and Administrative Procedures; Public Education; Calendars; Energy Resources; Local and Consent Calendars;  Criminal Jurisprudence; Appropriations; Natural Resources; Business and Industry; Culture, Recreation and Tourism; and Defense and Veterans' Affairs.

## 11 A.M. TUESDAY

The Texas Senate meets. The following six committees are scheduled to meet: Business and Commerce; Health and Human Services; Intergovernmental Relations; Finance; Education; and Property Tax.

## 12:50 P.M. TUESDAY

U.S. Sen. **Ted Cruz**, R-Texas, participates in the Greater Houston Partnership's 2019 State of the Senate luncheon in Houston.



# By Patrick Svitek

psvitek@texastribune.org

@PatrickSvitek

*Miguel Solis and the Texas Mutual Insurance Company have been financial supporters of The Texas Tribune, a nonprofit, nonpartisan news organization that is funded in part by donations from members, foundations and corporate sponsors. Financial supporters play no role in the Tribune's journalism. Find a complete list of them here.*

*Thanks to Cassi Pollock for contributing to today's Blast. Do you have items for The Blast? New job? A promotion? Tell us all about it. Send tips to psvitek@texastribune.org.*

SPONSOR MESSAGES

Rural veterinarians play a critical role in protecting America's food and fiber industries. A chronic veterinarian shortage threatens rural communities and livestock industries. Responding to that need, Texas Tech University is establishing Texas' first veterinary school in 100 years.

The nine Texas Gulf Coast Community Colleges are Training Texans for High-Demand Careers in leading industries. Find out more at www.gulfcoastcc.org.

The Texas Tribune thanks Insignia SEO and JWH Communications for their support. Join them by becoming a business member.

This email was sent to psvitek@texastribune.org.

Unsubscribe from this newsletter (or click here to stop receiving all Tribune emails).

To contact the Texas Tribune, visit texastribune.org/contact.

The Texas Tribune 919 Congress Avenue 6th Floor Austin, TX 78701 USA

DCCC_000401

--

**Patrick Svitek**

Reporter, The Texas Tribune

Desk: 512-716-8623

Cell: 260-615-7351

@PatrickSvitek

DCCC_000402

**From:** Alex Milofsky [Milofsky@dccc.org]
**Sent:** 1/13/2020 7:07:27 AM
**To:** Laura Wilson |laura@laurarosewilson.com]
**Subject:** Fwd: DCCC Press Clips 1/13/2019

Get Outlook for iOS

**From:** Jenna Rivera <Rivera@dccc.org>
**Sent:** Monday, January 13, 2020 6:56:32 AM
**To:** Staff <D3CStaff@DCCC.ORG>; Interns <Interns@DCCC.ORG>
**Subject:** DCCC Press Clips 1/13/2019

DCCC Press Clips 1/13/2019:
**Congressional Coverage**

- Teen Vogue: Latinx Voters, Projected to Be the Largest Minority Voting Bloc, Could Help Determine the 2020 Presidential Election
- AP: Not on form, but brawl over citizenship question continues
- AP: Redistricting power at stake in 2020 legislative elections

**District by District**

- TX-All: Tarrant County expects to have voting sites at college campuses, despite new law
- AZ-ALL: Arizona Public Media: Arizona lawmakers, House, split on vote demanding end to attacks on Iran
- CA-10: Turlock Journal: Republican candidates talk priorities, Trump at first forum
- IA-ALL: Des Moines Register: U.S. Rep. Dave Loebsack endorses Pete Buttigieg for president
- NV-03: Nevada Current: House to vote on Lee's strike at 'burdensome' Devos debt relief rule
- VA-02, NY-11: New York Times: Why We Voted Against the War Powers Resolution
- MI-ALL | Hour Detroit: Pundits from Across the Political Spectrum Share Their 2020 Predictions
- PA-07 | Morning Call: U.S. Rep. Susan Wild in step with Democratic colleagues facing tough 2020 reelections

**Impeachment Coverage**

- Politico: Pelosi defends impeachment delay, warns of 'cover-up' by Senate
- NYT: How the Public Feels About Trump's Iran Strategy

**Presidential Coverage/Polling**

- WaPo: House Democrats who endorsed in 2020 primary signal they will unify behind eventual nominee
- CNN: Iowa poll: Likely Democratic caucusgoers are fired up by the election but also exhausted by politics
- The Hill: Democrats voice concerns over Sanders

**Iran Coverage**

- ABC News: POLL: Majority of Americans disapprove of Trump's handling of Iran, feel less safe after strike

Teen Vogue: Latinx Voters, Projected to Be the Largest Minority Voting Bloc, Could Help Determine the 2020 Presidential Election
Lucy Diavolo
January 10, 2020

Julián Casto may have dropped out of the 2020 Democratic presidential primary, but that doesn't mean he won't continue to have an impact on the race. The former San Antonio mayor and Housing and Urban Development secretary made big splashes with a campaign that helped shift the conversation on immigration reform.

Now it seems Massachusetts senator Elizabeth Warren, one of 2020's top Democratic contenders, will benefit from Castro's game-changing potential. He endorsed her on January 6, and the duo appeared at a rally together in Brooklyn the following day, where Castro laid out why he supports Warren.

DCCC_000403

AP: Not on form, but brawl over citizenship question continues
Mike Schneider
January 12, 2020

The U.S. Supreme Court decided a citizenship question won't be on this spring's census form, but that doesn't mean the fight over it has ended in courtrooms across the country.

In Maryland, civil rights groups are trying to block an order from President Donald Trump to gather citizenship data through administrative records. In New York, other civil rights groups are seeking sanctions against Trump administration attorneys for not turning over documents related to the citizenship question's origins. Democratic lawmakers in the District of Columbia are fighting for similar documents, and Alabama officials are suing the Census Bureau to keep immigrants living in the country illegally from being counted during the process that determines the number of congressional seats each state gets.

AP: Redistricting power at stake in 2020 legislative elections
David A. Lieb
January 11, 2020

JEFFERSON CITY, Mo. (AP) — The reins of political power in the U.S. for the next decade could be determined in this year's elections — not necessarily by who wins the presidency, but by thousands of lower-profile contests for state legislative seats across the country.

In many states, the winners of those legislative races will have a role in drawing new districts for Congress or state legislatures based on the 2020 census. If a political party can win control of those state legislative chambers now, it can draw voting districts to boost its chances in future elections.

TX-All: Tarrant County expects to have voting sites at college campuses, despite new law
Anna Tingsley

Initially, it appeared as though voters would no longer be able to cast ballots at colleges, which had served as temporary voting sites. A law that went into effect Sept. 1 eliminated the temporary sites.

But now Tarrant election officials believe there is enough money for colleges to open full-time for the March primary early voting period. That includes TCU, UT Arlington, Tarrant County College, Texas Wesleyan and Southwestern Baptist Theological Seminary.

AZ-ALL: Arizona Public Media: Arizona lawmakers, House, split on vote demanding end to attacks on Iran
Kara Harris
January 10, 2020

WASHINGTON – Arizona lawmakers split along party lines Thursday as the House passed a nonbinding resolution calling on the president to end the use of U.S. military "to engage in hostilities in or against Iran or any part of its government or military."

The 224-194 vote saw a handful of lawmakers cross the aisle, but was mostly supported by Democrats who said Congress needs to reassert its authority over war powers, and opposed by Republicans who accused the other side of playing politics.

CA-10: Turlock Journal: Republican candidates talk priorities, Trump at first forum
Angelina Martin
January 10, 2020

Undecided voters walking out of a candidate forum hosted by the Republican Party of Stanislaus County on Tuesday night likely left just as unsure as they felt when they entered.

Bob Elliot, Marla Sousa Livengood and Ted Howze are all Republicans running to unseat freshman Congressman Josh Harder in the U.S. House of Representatives, but the similarities don't stop there. All three of the conservative candidates vying for a shot at representing the 10th Congressional District have a wealth of public service under their belts, grew up on family farms and, as constituents heard this week, have like-minded opinions on a majority of the political topics dominating today's headlines.

IA-ALL: Des Moines Register: U.S. Rep. Dave Loebsack endorses Pete Buttigieg for president
Barbara Rodriguez
January 12, 2020

U.S. Rep. Dave Loebsack, a long-time Iowa congressman, has endorsed Democrat Pete Buttigieg for president.

One of three Democrats in Iowa's congressional delegation, Loebsack's backing is a high-profile boost for Buttigieg a few weeks before the caucuses on Feb. 3.

NV-03: Nevada Current: House to vote on Lee's strike at 'burdensome' Devos debt relief rule
Allison Stevens
January 10, 2020

The U.S. House is expected to vote next week on a resolution that would overturn a federal rule that critics say guts protections for defrauded student loan borrowers.

The resolution — led by Nevada Democratic Rep. Susie Lee — expresses congressional disapproval of the so-called borrower defense rule, which was revised by President Donald Trump's education secretary, Betsy DeVos.
VA-02, NY-11: New York Times: Why We Voted Against the War Powers Resolution
Elaine Luria and Max Rose
January 11, 2020

The most consequential decision a member of Congress can make is whether to send troops into harm's way, and it is one we take seriously and personally. We both served in the greater Middle East and saw the impact of these intractable conflicts on our fellow service members and their families. Our military personnel are our nation's most valuable asset; we must not send them into unnecessary war.

We voted against the War Powers Resolution that the House passed this week because it merely restated existing law. It addressed a de-escalated conflict with a symbolic vote that did more to distract than to fix the real challenges we face. If Congress wants to assert its power to declare war, we must take on the hard task of publicly debating a new Authorization for Use of Military Force, the A.U.M.F., as it's commonly called, as well as congressional appropriations for military operations. That is where decisions of war and peace are made.

MI-ALL | Hour Detroit: Pundits from Across the Political Spectrum Share Their 2020 Predictions
Steven Friess
January 12, 2020

2020, we constantly hear, will be the most momentous political year of our lifetimes. Of course, we hear much the same every four years. And yes, this presidential race could be a defining event of our times. But here in the Wolverine State there's much more ahead than just a national verdict on Trumpism. Also in play: The fates of the prominent and the powerful in Michigan.

To assess their chances and answer some burning Michigan politics questions, we assembled a crack team of pundits from across the state and the political spectrum. Despite their diverse backgrounds, our panel — keep the Meet the

DCCC_000405

Experts information handy as you read — offered some general consensus. In short, it'll be a happy New Year for some, less so for others. Read on.

PA-07 | Morning Call: U.S. Rep. Susan Wild in step with Democratic colleagues facing tough 2020 reelections
Laura Olson
January 10, 2020

Democratic U.S. Rep. Susan Wild raised more than $500,000 during the final three months of last year, her campaign told The Morning Call, her highest fundraising quarter so far as she heads into her first re-election campaign.

Wild's campaign said she had more than $1 million on hand at the end of December. Her campaign staffers released those top-line fundraising figures Friday, but the details of the exact contributions and spending won't be available until her full quarterly finance report is filed next week with the Federal Election Commission.

Politico: Pelosi defends impeachment delay, warns of 'cover-up' by Senate
Sarah Ferris
January 12, 2020

Speaker Nancy Pelosi on Sunday defended her decision to temporarily delay the Senate's impeachment trial of President Donald Trump, despite securing no promises from GOP leaders to allow witness testimony.

"What we think we accomplished in the past few weeks is that we wanted the public to see the need for witnesses," Pelosi said on ABC News' "This Week," marking her first public comments since ending the lengthy standoff with Senate Majority Leader Mitch McConnell on Friday.

NYT: How the Public Feels About Trump's Iran Strategy
Giovanni Russonello
January 10, 2020

As a presidential candidate, Donald J. Trump pledged that he would maintain the United States' leverage abroad by committing to an approach of "unpredictability."

As president, he has been nothing if not unpredictable.

WaPo: House Democrats who endorsed in 2020 primary signal they will unify behind eventual nominee
Jacqueline Alemany and Sean Sullivan
January 12, 2020

Prominent House Democrats who have picked sides in the 2020 presidential primary plan to soon announce they will back the eventual Democratic nominee after what's becoming an increasingly fractious race to challenge President Trump.

Rep. Brendan Boyle (D-Penn.), a backer of Vice President Biden, is leading the effort to unify House Democrats, and has so far been in touch with two of his colleagues -- Reps. Ro Khanna (D-Calif.) and Katie Porter (D-Calif.). Khanna has once again thrown his support behind Sen. Bernie Sanders (I-Vt.), who has very few supporters in the House, and Porter is backing Sen. Elizabeth Warren (D-Mass.)

CNN: Iowa poll: Likely Democratic caucusgoers are fired up by the election but also exhausted by politics
Grace Sparks
January 12, 2020

(CNN)Majorities of likely Democratic caucusgoers say they're optimistic, fired up, feminists and ... exhausted by politics. A new poll from CNN/Des Moines Register/Mediacom finds fewer soon-to-be caucus attendees consider themselves socialists than capitalists, and almost a quarter are regular Twitter users.

DCCC_000406

Three-in-five likely Iowa Democratic caucusgoers say they're fired up, especially those who are very liberal (76%), extremely enthusiastic about their first choice candidate (76%), and have locked in who they'll caucus for (71%). Likely caucus attendees who say they'll "definitely attend" rather than "probably attend" the caucus are more likely to describe themselves as "fired up" (66%).

The Hill: Democrats voice concerns over Sanders
Amie Parnes
January 13, 2020

Democrats who believe Sen. Bernie Sanders (I-Vt.) had a negative influence on the 2016 general election against President Trump are increasingly expressing worries he'll hurt the party again in 2020.

The Democrats complaining about Sanders, some of whom have histories with former Secretary of State Hillary Clinton's campaign, argue the rhetoric being employed by Sanders in some cases goes too far in damaging his rivals.
ABC News: POLL: Majority of Americans disapprove of Trump's handling of Iran, feel less safe after strike
Kendall Karson
January 11, 2020

Follow live updates from Chris Casteel as he covers Congresswoman Kendra Horn's town hall in Oklahoma City. Coverage starts at 1 p.m.

2:04 PM - 1/11/20

Chris Casteel
@casteelpolitics
US Rep. Kendra Horn holding first town hall meeting of the year, in Bethany, this afternoon. https://t.co/nm3ZWAzdKU

# Jenna Rivera

PRESS ASSISTANT · DCCC

Office: (202) 741-1870 | Cell: (562) 273-6927

DCCC_000407

**To:** Jocelynn Mireles[Mireles@dccc.org]
**From:** Manny Garcia[yellowdog@txdemocrats.org]
Case 5:20-cv-00046-OLG    Document 85-5    Filed 06/15/20    Page 67 of 100
**Sent:** Wed 1/8/2020 10:11:30 AM (UTC-06:00)
**Subject:** [BREAKING] Texas Republican House District 28 Candidate Gary Gates is a Credibly-Alleged Child Abuser

Jocelynn -- Deeply disturbing news from the emergency Texas House District 28 election broke that Republican opponent Gary Gates abused his children.

Court documents stated, "Gates children had been given throw-up medicine (ipecac) for eating food they should not have eaten, and children were required to skip their next meal if they stole food." Gates also "spanked" his children with "a belt or board."

Gary Gates' alleged actions are sickening.

Child abusers are unfit to serve in the Texas Legislature. Period. This goes beyond politics and partisanship. This is a vote about what's right and what's wrong.

There are only three weeks until election day -- and early voting starts January 21 -- in Texas House District 28. We need leaders we can trust, who will protect all of us -- our children, parents, grandparents, everyone.

**We must keep this child abuser out of our Texas Legislature. Can we count on you to stop him?**

**VOLUNTEER**

Thanks -- now let's get to work,

Manny Garcia
Executive Director, Texas Democratic Party

Paid for by the Texas Democratic Party (www.txdemocrats.org)
and not authorized by any candidate or candidate's committee.

This email was sent to mireles@dccc.org. If you would like to contribute to the Texas Democratic Party click here. If you want to learn more about the Texas Democratic Party, please visit www.texasdemocrats.org. Email is the best way to stay in contact with supporters like you, but if you wish to unsubscribe from all emails from the Texas Democratic Party, please click here.

DCCC_000408

**To:**      Cycle of Engagement [COE@dccc.org]
**Subject:**   In rural Texas, black students' fight for voting access conjures a painful past

# In rural Texas, black students' fight for voting access conjures a painful past

By Amy Gardner

PRAIRIE VIEW, Tex. — First came the poll taxes and whites-only primaries that targeted African Americans in this southeastern Texas community.

In recent decades, students at the historically black Prairie View A&M University were required to complete a "residency questionnaire" to prove their eligibility to vote. They saw their power at the ballot box diluted when their campus was carved into separate districts. Some were arrested when they tried to cast ballots, accused of improper voting.

Then came the 2018 midterm elections, when county leaders scheduled fewer early-voting hours on the university campus than in whiter communities nearby.

"Here we go again," Jayla Allen, a third-generation Prairie View student, thought angrily at the time. She and other students sued, determined to fight what they viewed as racial injustice just as others had done in the past, she said.

Freighted with centuries' worth of mistreatment of African Americans, the debate over Waller County's election practices has emerged as a battle about more than just voting hours. The relatively narrow dispute tapped into deep feelings of marginalization and anger over long-standing efforts to keep black voters from the polls.

The intensity of the reaction in Prairie View echoes discussions across the country about racial inequality, which are prompting new examinations of past injustice to understand the present.

"You look at the history, and it inspires you and it draws you to action," said Allen, a 20-year-old political science major. "I hate the fact that it's been consistent since the '70s, and here we are in 2019 fighting the same fight."

What feels like prejudice to the A&M students is viewed very differently by Carbett "Trey" J. Duhon III, the local judge who helped determine the voting hours last fall.

Duhon, who is white, said there is no question that discrimination has fueled past election practices in Waller County. But last year, he said, the early-voting schedule was driven solely by limited resources and the need to serve a sprawling county. And

DCCC_000409

in the next election, he said, he is aiming to provide as much early voting in Prairie View as at the main county location.

"I understand how this looks," said Duhon. "I can understand and appreciate the perception for someone who knows the history of Waller County. I just wish people would take the time to learn the facts and the truth today. This isn't your grandfather's or great-grandfather's county, not even close."

"It kills me to be painted with a brush that I had nothing to do with," he added.

### A county in transition

Once a center of slavery and cotton production, Waller County, population 51,000, is now a mix of rural prairie and Houston suburb. Proceeding west out of the sprawling city, the strip malls, subdivisions and towering interchanges quickly fade into mile after flat mile of pasture and cattle.

What is now Prairie View A&M University was founded in 1876 to help freed slaves enter the workforce, according to university administrator Frank Jackson, 68, who lives in Prairie View and has served as mayor and county commissioner.

Now, Prairie View is dominated by a campus of roughly 9,000 students, a flat expanse of low brick buildings and wide drives known for its engineering and nursing programs.

The university has long had to make do with less money than Texas A&M University in College Station, the flagship of the A&M system. The gap narrowed following protests and lobbying; today, the Prairie View campus boasts a sparkling new stadium, student center and housing.

Progress on race relations is still evolving here. In 2015, Sandra Bland, a 28-year-old African American woman, died in the Waller County jail after she was arrested in a contentious traffic stop on her way to a new job at her alma mater, Prairie View A&M University. Although Bland's death was ruled a suicide, the rapid escalation of a minor traffic incident propelled the case into the national debate over law enforcement treatment of African Americans.

Long before that case, Waller County was known for one of the highest lynching rates in Texas. Starting in 1923, whites-only primaries virtually excluded blacks from voting.

Even after the passage of the Voting Rights Act of 1965 and the ratification six years later of the 26th Amendment, lowering the voting age to 18, Prairie View students faced barriers.

DCCC_000410

In the 1970s, a local election administrator demanded that students — but not other residents of Waller County — fill out a "residency questionnaire" that asked, among other queries, if they owned property or paid taxes in Waller.

The students sued, prompting a landmark ruling from the Supreme Court in 1979 affirming their right to vote at school.

In 1992, 14 Prairie View students were charged with improperly voting, including one accused of voting twice — though one of the ballots belonged to his father, who had the same name. Following national attention, all the charges were dropped.

"We know that Waller County has not been totally fair with these kids," said Jackson, sitting in his campus office surrounded by a crowd of students who gather daily to discuss current events.

"We've been here 143 years now," he said. "The disparity is so blatant."

The fight over early voting

As the 2018 elections approached, the student government association and numerous political clubs organized rallies, voter registration drives and transportation to the polls.

Then students noticed Prairie View, home to about 5,800 of the county's 33,000 registered voters, had fewer than half the days of early voting as three other neighboring cities. And those hours were split between a campus location and an off-campus community center.

All three of those other cities — Hempstead, Waller and Brookshire — have larger proportions of white residents than Prairie View, which the Census estimates to be approximately 80 percent black. Overall, Waller County is about 70 percent white.

The students appealed for more hours at a county board meeting. The commissioners voted no. A few hours later, the students regrouped around a table on campus to plot their next move.

"We felt as though we were continuously fighting the same fight," Allen said.

Then lawyers from the NAACP Legal Defense and Educational Fund reached out to Allen and several other students: Did they want to be plaintiffs in a lawsuit against the county?

Two days after the students' suit was filed, the county agreed at a special meeting to expand early voting, opening a Sunday polling place at Prairie View City Hall and adding morning and evening hours on campus.

For Allen, it wasn't enough. Prairie View still had fewer early voting hours than other communities.

DCCC_000411

"They want us to fall down and break," she told the Rev. Al Sharpton on his MSNBC television show. "We are strong. We are standing firm."

# Majority-black Prairie View had fewer early voting days

A college city in Waller County, Texas, offered fewer early voting days in 2018 than three nearby cities. Black students sued, but a judge who had called for more voting machines there said limited resources, not discrimination, are to blame.

| CITY | CITY POPULATION PERCENT BLACK | EARLY VOTING DAYS IN 2018 | MACHINES PER 1,000 REG. VOTERS |
|---|---|---|---|
| **Prairie View** | 80% | 5* | 2.3 |
| Hempstead | 56% | 12 | 1.5 |
| Brookshire | 36% | 12 | 1 |
| Waller | 10% | 11 | 0.4 |
| Katy | 7% | 3 | 0.9 |

*Include three days of on-campus voting and two days of off-campus voting.

Sources: Waller County, U.S. Census     AMY GARDNER AND KEVIN UHRMACHER/THE WASHINGTON POST

Frustrated county officials had hoped the extended hours would lead to a resolution.

"Early voting had already begun," Duhon recalled. "We couldn't blow up the whole schedule. We were trying to work with the machines we had."

Turnout in Prairie View mirrored the trend across the country last year: It was dramatically higher than it had been four years earlier. In the city's two precincts, 2,647 voters cast ballots, nearly three times more than in 2014, according to county data.

Duhon remembers thinking that those numbers showed that voter access had not been impeded.

Leah Aden, a lawyer with the NAACP Legal Defense and Educational Fund who is helping litigate the case, said some voters have to work harder to surmount barriers to access — but that doesn't mean those barriers don't exist.

"Voting access is still not equal in the United States," she said. "Some voters have to jump over the finish line. Others run to the finish line unencumbered."

DCCC_000412

**'Out of the dark ages'**

Duhon said that with limited funds, the goal was to provide convenient access to as many voters as possible. That meant spreading hours and equipment among communities. The county, for instance, offered fewer early-voting hours in the comparably sized city of Katy, which is majority-white.

Duhon also said that long voting lines in Prairie View in 2016 had prompted him to double the number of machines in Prairie View during early voting last year — more than any other city in Waller County.

He disputed that the off-campus polling place in the city of Prairie View, a community center about a half-mile walk from campus, was inconvenient to students.

For Duhon, the allegation of racial bias was a personal affront.

The 49-year-old, who grew up in adjacent Fort Bend County, moved to Waller in 2005 to set up a private law practice. Elected in 2014 to lead the county's governing board, Duhon said he ran for office to "get Waller County out of the dark ages."

One of his first acts was to reestablish early voting on Prairie View's campus in time for the 2016 elections, after years in which there was none.

Still, Duhon acknowledged that some in the county still view Prairie View students as a political threat.

"I think there's always been this fear that if all the students voted, and they voted in a certain way, they could take over the county," he said.

Tommy Zorn, 67, a retired horse trainer sipping coffee in the Hempstead McDonald's on a recent morning, said voters should have to live in the county "a certain amount of time" before they can cast ballots. As he spoke, a woman on an white-and-tan spotted Appaloosa horse trotted up to the drive-through window and ordered a cup of coffee.

"I am the least prejudiced person in this county," Zorn said, "but the only reason they throw such a fit is so they can vote together and keep this county black."

**An unresolved past**

Allen doesn't think Waller's white leaders understand how painful and resonant the county's history of discrimination is for its African American residents.

Her family's own experience helps explain why the limited early-voting voting hours in Prairie View felt like so much more to Allen.

Her parents had studied at Prairie View in the 1980s, when the campus was carved into three separate districts for county board seats. Her sister had studied there in

DCCC_000413

the early 2000s, when a prosecutor declared that students were not automatically eligible to vote locally and that doing so could be a crime.

The gerrymandered districts were thrown out following a federal investigation. The prosecutor's warning about improper voting also led to a victory for students, following investigations by the state attorney general and U.S. Justice Department. The prosecutor apologized for what he admitted was "threatening" behavior toward students trying to register.

"This has been happening since 1978," said Prairie View alumnus Brian Rowland, now 40, a onetime plaintiff in that case who now serves on the Prairie View City Council. "Part of it is about connecting the dots to the longer history. Prairie View students have always been challenged for their basic right to vote."

The fight over voting hours may become moot under a new Texas law requiring all satellite early-voting centers to remain open the same number of hours as main locations.

Duhon said he is in talks with city and university officials to offer as many early-voting hours on Prairie View's campus as at the Waller County Courthouse about six miles away.

In other words, some early-voting centers that Waller offered last year could go away. But if he has his way, Duhon said, Prairie View will not be among them.

## Dennis Raj
TARGETING AND DATA DIRECTOR · DCCC

Office: (202) 741-1351 | Cell: (408) 455-3113



# Majority-black Prairie View had fewer early voting days

A college city in Waller County, Texas, offered fewer early voting days in 2018 than three nearby cities. Black students sued, but a judge who had called for more voting machines there said limited resources, not discrimination, are to blame.



| CITY | CITY POPULATION PERCENT BLACK | EARLY VOTING DAYS IN 2018 | MACHINES PER 1,000 REG. VOTERS |
|---|---|---|---|
| **Prairie View** | 80% | 5* | 2.3 |
| Hempstead | 56% | 12 | 1.5 |
| Brookshire | 36% | 12 | 1 |
| Waller | 10% | 11 | 0.4 |
| Katy | 7% | 3 | 0.9 |

*Include three days of on-campus voting and two days of off-campus voting.

Sources: Waller County, U.S. Census        AMY GARDNER AND KEVIN UHRMACHER/THE WASHINGTON POST

DCCC_000415

**Sent**:      1/12/2020 2:56:35 PM
**Subject**:   DCCC Press Clips 1/13/2019

DCCC Press Clips 1/13/2019:
**Driving the Day**
**Congressional Coverage**
Teen Vogue: Latinx Voters, Projected to Be the Largest Minority Voting Bloc, Could Help Determine the 2020 Presidential Election
POLITICO: Endangered Democrats sound the alarm on Bernie and Warren
**District by District**
TX-All: Tarrant County expects to have voting sites at college campuses, despite new law
AZ-ALL: Arizona Public Media: Arizona lawmakers, House, split on vote demanding end to attacks on Iran
IL-13 | WICD (ABC): coverage of HR3 bill drop off
**Impeachment Coverage**
**Presidential Coverage/Polling**
**Iran Coverage**

Teen Vogue: Latinx Voters, Projected to Be the Largest Minority Voting Bloc, Could Help Determine the 2020 Presidential Election
Lucy Diavolo
January 10, 2020

Julián Casto may have dropped out of the 2020 Democratic presidential primary, but that doesn't mean he won't continue to have an impact on the race. The former San Antonio mayor and Housing and Urban Development secretary made big splashes with a campaign that helped shift the conversation on immigration reform.

Now it seems Massachusetts senator Elizabeth Warren, one of 2020's top Democratic contenders, will benefit from Castro's game-changing potential. He endorsed her on January 6, and the duo appeared at a rally together in Brooklyn the following day, where Castro laid out why he supports Warren.

POLITICO: Endangered Democrats sound the alarm on Bernie and Warren
Ally Mutnick and Sarah Ferris

A slate of endangered House Democrats is coalescing behind Joe Biden for president as the Iowa caucuses approach — a surge of support triggered by fears that Bernie Sanders or Elizabeth Warren at the top of the ticket would cost them their seats.

More than a dozen swing-seat freshmen have taken part in at least one private call session with Biden, Amy Klobuchar or Pete Buttigieg in recent weeks. A handful have already gravitated toward the former vice president, and more are expected to follow before Democrats start voting on Feb. 3, according to interviews with 15 lawmakers, aides and campaign strategists.

TX-All: Tarrant County expects to have voting sites at college campuses, despite new law
Anna Tingsley

Initially, it appeared as though voters would no longer be able to cast ballots at colleges, which had served as temporary voting sites. A law that went into effect Sept. 1 eliminated the temporary sites.

But now Tarrant election officials believe there is enough money for colleges to open full-time for the March primary early voting period. That includes TCU, UT Arlington, Tarrant County College, Texas Wesleyan and Southwestern Baptist Theological Seminary.
AZ-ALL: Arizona Public Media: Arizona lawmakers, House, split on vote demanding end to attacks on Iran

DCCC_000416

Kara Harris
January 10, 2020

WASHINGTON – Arizona lawmakers split along party lines Thursday as the House passed a nonbinding resolution calling on the president to end the use of U.S. military "to engage in hostilities in or against Iran or any part of its government or military."

The 224-194 vote saw a handful of lawmakers cross the aisle, but was mostly supported by Democrats who said Congress needs to reassert its authority over war powers, and opposed by Republicans who accused the other side of playing politics.

IL-13 | WICD (ABC): coverage of HR3 bill drop off
January 11, 2020


Jenna Rivera
PRESS ASSISTANT · DCCC

Office: (202) 741-1870 | Cell: (562) 273-6927

DCCC_000417

DCCC Press Clips 1/13/2019:
**Driving the Day**
**Congressional Coverage**
Teen Vogue: Latinx Voters, Projected to Be the Largest Minority Voting Bloc, Could Help Determine the 2020 Presidential Election
**District by District**
TX-All: Tarrant County expects to have voting sites at college campuses, despite new law
AZ-ALL: Arizona Public Media: Arizona lawmakers, House, split on vote demanding end to attacks on Iran
**Impeachment Coverage**
**Presidential Coverage/Polling**
**Iran Coverage**

Teen Vogue: Latinx Voters, Projected to Be the Largest Minority Voting Bloc, Could Help Determine the 2020 Presidential Election
Lucy Diavolo
January 10, 2020

Julián Casto may have dropped out of the 2020 Democratic presidential primary, but that doesn't mean he won't continue to have an impact on the race. The former San Antonio mayor and Housing and Urban Development secretary made big splashes with a campaign that helped shift the conversation on immigration reform.

Now it seems Massachusetts senator Elizabeth Warren, one of 2020's top Democratic contenders, will benefit from Castro's game-changing potential. He endorsed her on January 6, and the duo appeared at a rally together in Brooklyn the following day, where Castro laid out why he supports Warren.

TX-All: Tarrant County expects to have voting sites at college campuses, despite new law
Anna Tingsley

Initially, it appeared as though voters would no longer be able to cast ballots at colleges, which had served as temporary voting sites. A law that went into effect Sept. 1 eliminated the temporary sites.
But now Tarrant election officials believe there is enough money for colleges to open full-time for the March primary early voting period. That includes TCU, UT Arlington, Tarrant County College, Texas Wesleyan and Southwestern Baptist Theological Seminary.
AZ-ALL: Arizona Public Media: Arizona lawmakers, House, split on vote demanding end to attacks on Iran
Kara Harris
January 10, 2020

WASHINGTON – Arizona lawmakers split along party lines Thursday as the House passed a nonbinding resolution calling on the president to end the use of U.S. military "to engage in hostilities in or against Iran or any part of its government or military."

The 224-194 vote saw a handful of lawmakers cross the aisle, but was mostly supported by Democrats who said Congress needs to reassert its authority over war powers, and opposed by Republicans who accused the other side of playing politics.

Jenna Rivera
PRESS ASSISTANT · DCCC

Office: (202) 741-1870  |  Cell: (562) 273-6927

| | |
|---|---|
| **From:** | Morning Score [morningscore@politico.com] |
| **Sent:** | 2/23/2018 9:10:51 AM |
| **To:** | Tony Rivera [Rivera@dccc.org] |
| **Subject:** | POLITICO's Morning Score: Money race in Texas primaries — Top governor's races of 2018 — Missouri Gov. Eric Greitens indicted |

By Maggie Severns | 02/23/2018 10:00 AM EDT

*With Elena Schneider, Zach Montellaro, and Daniel Strauss*

*The following newsletter is an abridged version of Campaign Pro's Morning Score. For an earlier morning read on exponentially more races - and for a more comprehensive aggregation of the day's most important campaign news - sign up for Campaign Pro today. (http://www.politicopro.com/proinfo)*

**CASH RACE - Pre-primary FEC reports out in Texas primaries:** We're less than two weeks away from the first primary of 2018, and we've got a look inside the final stretch from a money perspective. Remember: If no primary candidate reaches more than 50 percent, the top two vote-getters will head to a run-off, scheduled for May 22.

**- TX-02:** Kathaleen Wall continues to dominate the money race with personal donations in the primary to replace Republican Rep. Ted Poe. Over the last six weeks, Wall gave her campaign just under $3.2 million, finishing with $1.6 million in cash on hand. State Rep. Kevin Roberts raised $130,000 over the same period.

**- TX-07:** In fundraising, it's a four-way tie in the race to take on GOP Rep. John Culberson . Laura Moser came in first over the past six weeks, bringing in $150,000 with $230,000 in the bank. Alex Triantaphyllis is just behind with $120,000 and $280,000 in cash on hand. Jason Westin topped Lizzie Pannill Fletcher by $10,000 in fundraising, but Fletcher holds the most cash on hand of any of the Democratic candidates with $330,000 in the bank. All of the Democrats have aired TV ads. (The DCCC pulled an "unprecedented" move in this primary, as one Democratic operative put it, so read on for the committee's intervention against Moser.)

**- TX-16:** Veronica Escobar, a former El Paso County judge, coalesced national support with endorsements from EMILY's List and BOLD PAC. Former El Paso County School Board President Dori Fenenbock isn't far behind her in fundraising with $220,000 in cash on hand. But Escobar leads with $290,000 in the bank, and EMILY's List's independent expenditure is out with its first 2018 spending to boost Escobar in English- and Spanish-language TV ads.

**- TX-23:** Gina Ortiz Jones and Jay Hulings are both airing TV ads, but Ortiz Jones won the fundraising game over the last six weeks. Ortiz Jones, who's backed by EMILY's List, raised $280,000 with $220,000 in cash on hand. Hulings brought in $90,000 and finished the period with $100,000 in the bank.

**- TX-29:** Tahir Javed, a health care executive who picked up a controversial endorsement from Senate Minority Leader Chuck Schumer, gave himself a $400,000 loan, finishing the period with $290,000 in cash on hand. Schumer's endorsement is at odds with the local and national establishment, like EMILY's List and retiring Rep. Gene Green, who support State Sen. Sylvia Garcia. Garcia raised $230,000 with $230,000 in cash on hand.

**- TX-32:** Ed Meier, a former State Department official, leads the pack to take on GOP Rep. Pete Sessions in cash on hand with $300,000 in the bank. Meier - along with Colin Allred and Lillian Salerno - all brought in about $110,000 over the last six weeks, but Allred lags in cash with just $75,000 in the bank. Salerno has $160,000 in cash on hand.

**GOVERNORS BRAWL - "POLITICO's top 10 governor's races," by POLITICO's Daniel Strauss:** While Washington obsesses over congressional elections and gyrations in the generic ballot, the 36 races for governor across the country this fall could be the most consequential contests of 2018.

- Special and off-year elections across the country suggest a possible Democratic wave that could reduce the party's historic deficit: Only 16 of the nation's 50 governors are Democrats. But 23 of the three-dozen gubernatorial races this year are in Republican-held states. **Full story.**

DCCC_000419

**POPPING LAST NIGHT - "Missouri governor indicted after accusation he tried to blackmail woman," by POLITICO's Steven Shepard:** "Missouri Gov. Eric Greitens was indicted by a grand jury in St. Louis Thursday on a charge of invasion of privacy, after the ex-husband of a woman with whom Greitens had an extramarital affair said the now-governor tried to blackmail her. The indictment was announced by St. Louis Circuit Attorney Kimberly Gardner, who said the alleged crime occurred in March 2015." (St. Louis Public Radio tweeted Greitens' mugshot.)

**- Greitens said he is innocent and attacked Gardner in a statement:** "As I have said before, I made a personal mistake before I was governor. I did not commit a crime," Greitens said. "With today's disappointing and misguided political decision, my confidence in our prosecutorial system is shaken, but not broken. I know this will be righted soon. The people of Missouri deserve better than a reckless liberal prosecutor who uses her office to score political points. I look forward to the legal remedies to reverse this action."

**- Meanwhile in Arizona:** "Congressional candidate Steve Montenegro acknowledged Thursday that he traded text messages for months with a junior legislative staffer, including receiving a topless photo from the woman. But he maintained he had done nothing inappropriate," the Arizona Republic reports. "Montenegro, a minister who has made his family and faith central to his bid for a vacant West Valley congressional seat, said in an interview with the *Washington Examiner* published Thursday that he didn't ask for the topless photo and tried to protect the woman's career after the November incident. ... But at a Thursday afternoon news conference, the staffer, Stephanie Holford, said through her attorney that she sent Montenegro nude photos on several occasions, which also included explicit discussions on Snapchat." **Full story.**

**Days until the 2018 election: 257**

**Upcoming election dates - Arizona 8th District special primary:** Feb. 27. **Texas primaries:** March 6. **Pennsylvania 18th District special election:** March 13. **Illinois primaries:** March 20.

Thanks for joining us! You can email tips to the Campaign Pro team at sbland@politico.com, eschneider@politico.com, krobillard@politico.com, dstrauss@politico.com and mseverns@politico.com.

You can also follow us on Twitter: @politicoscott, @ec_schneider, @politicokevin, @danielstrauss4 and @maggieseverns.

**WATCH LIVE:** Throughout the day today, we're livestreaming our conversations with the nation's governors - live from the Microsoft Innovation and Policy Center. Tune in here.

** You are reading **Morning Score**, so are thousands of other insiders and influencers. To engage with our elite audience, contact partnerships@politico.com **

**MISSILE ALERT - DCCC hits Democrat Laura Moser, via The Texas Tribune:** "The campaign arm of Democrats in the U.S. House of Representatives set its sights on a surprising target Thursday: Democratic congressional hopeful Laura Moser. The Democratic Congressional Campaign Committee posted negative research on Moser, a Houston journalist vying among six other Democrats in the March 6 primary to unseat Republican U.S. Rep. John Culberson. ..."

The opposition research "notes that Moser only recently moved back to her hometown of Houston and that much of her campaign fundraising money has gone to her husband's political consulting firm. It also calls her a 'Washington insider.'"

**- DCCC spokesperson Meredith Kelly's statement to the Tribune's Abby Livingston:** "Voters in Houston have organized for over a year to hold Rep. Culberson accountable and win this Clinton district," Kelly said. "Unfortunately, Laura Moser's outright disgust for life in Texas disqualifies her as a general election candidate, and would rob voters of their opportunity to flip Texas' 7th in November." **See the DCCC's posting here. Full story.**

**CHALLENGER IN A SAFE SEAT - "Wyoming's Barrasso draws independent challenger,"** by Edward-Isaac Dovere: "David Dodson, a Jackson-based former CEO and part-time lecturer at Stanford, will jump into the Senate race on Thursday as an independent, saying in an interview ahead of the announcement that his wife has given him the sign-off to spend $1 million, and, 'if she's not looking, I'd be willing to put in more.' ...

DCCC_000420

Dodson is the latest candidate to jump in with the backing of a group called Unite America, which is providing campaign infrastructure and donor support for independent candidates." **Full story.**

**ON THE AIRWAVES - End Citizens United launches TV ads in PA-18:** "End Citizens United is jumping into the special election for a congressional seat in western Pennsylvania with TV ads attacking Republican Rick Saccone for accepting 'legislative perks' as a state legislator and urging voters to 'clean house.' Saccone 'promised no legislative perks in Harrisburg - called 'em 'lavish,' then, gobbled 'em up,' the ad's narrator says. 'Spending $435,000 taxpayer dollars on himself.' ... The ad effort is backed by a $250,000 buy, which includes digital ads." **Watch the ad here. Full story.**

**GETTING THE NOD- End Citizens United backs Gil Cisneros, Katie Porter in California:** End Citizens United endorsed two Democrats, Gil Cisneros (CA-39) and Katie Porter (CA-45), in crowded primaries.

**HEAD LIKE A POLL - "Schuette internal shows him leading Calley in Michigan GOP primary," by POLITICO's Daniel Strauss:** "Michigan state Attorney General Bill Schuette has a large lead over Lt. Gov. Brian Calley in the Republican primary for governor, according to a new poll conducted by Public Opinion Strategies for Schuette's gubernatorial campaign. The internal poll shows Schuette leading Calley, 42 percent to 15 percent, with state Sen. Patrick Colbeck at 5 percent and physician Jim Hines at 2 percent.

"A polling memo authored by Neil Newhouse and Robert Blizzard of Public Opinion Strategies cites President Donald Trump's endorsement of Schuette as a boon to the attorney general's campaign: Eighty-four percent of Republican primary voters have a favorable view of Trump, while only 14 percent have an unfavorable view of him." **Full story.**

**- Caforio releases internal poll in CA-25:** Ahead of this weekend's endorsement convention, Democrat Bryan Caforio released an internal poll conducted by ALG Research that shows the 2016 nominee as leading the pack of Democrats hoping to take on GOP Rep. Steve Knight. The poll found Caforio with 34 percent among registered Democrats, followed by Katie Hill with 19 percent and Jess Phoenix with 12 percent. **Check out the polling memo here .**

**- Love leads in UT-04 poll:** Republican Mia Love leads Democrat Ben McAdams 49 percent to 43 percent in a new poll conducted by Dan Jones & Associates. An additional 8 percent of voters say they're undecided. The poll was conducted between Feb. 19 and 21 of 404 registered voters. The margin of error is plus or minus 4.9 percentage points. More from utahpolicy.com **here.**

**ON THE MONEY TRAIL - "Trump super PAC to spend $1M in Pennsylvania special election," by POLITICO's Alex Isenstadt:** "The pro-Trump super PAC America First Action is launching a $1 million ad-buy in support of Pennsylvania special election candidate Rick Saccone, according to a person familiar with the group's plans. The organization will start airing digital ads later this week and TV ads next week. The special election is March 13." **Full story.**

**- "Debbie Lesko accused of moving $50K from campaign to a PAC that backs ... Lesko," The Arizona Republic reports:** "Congressional candidate Debbie Lesko last month steered $50,000 from her state Senate campaign to a federal political-action committee that has supported her in the West Valley race, a move one of Lesko's opponents claimed is illegal in complaints filed this week." **Full story.**

**WEB WARS - Jason Crow launches first digital ad in CO-06:** Democrat Jason Crow is out with his first digital ad, which attacks GOP Rep. Mike Coffman for being "loyal" to the NRA. "These are the weapons I needed in Iraq and Afghanistan, and now they're tearing our communities apart," Crow says in the ad. "This is another perfect example of Mike Coffman and his failed leadership." **Watch the ad here.**

**- Andy Thorburn releases digital ad in CA-39:** Democrat Andy Thorburn released a digital ad on the environment, promising to "fight back against Trump, strengthen environmental protections, prioritize renewable energy, like wind and solar, to create more jobs." Ed Begley Jr., an actor and environmentalist, appears in the ad, urging voters to back Thorburn. **Watch the ad here.**

**- Sam Jammal pops digital ad in CA-39:** Democrat Sam Jammal released a digital ad that focuses on Trump's "both sides" comments after Charlottesville. Jammal, an Arab-American, said Trump's comments "brought me

back to that outsider feeling" he felt after Sept. 11. Jammal said "the reality is that Donald Trump doesn't fit here." **Watch the ad here.**

**MUSICAL CHAIRS - Boyle will seek North Philly seat:** "Pennsylvania Democratic Rep. Brendan Boyle announced today that he planned to run in the newly drawn 2nd District - a seat that covers Philadelphia, but does not overlap with Montgomery County - parts of which Boyle has represented since 2014." **Full story.**

**- "Pennsylvania GOP House members seek to stop new congressional map," by POLITICO's Elena Schneider:** "Eight GOP members of Pennsylvania's congressional delegation are joining state Senate leadership in asking a federal district court to block the state Supreme Court's new congressional map and order Pennsylvania to use the now-discarded districts for the 2018 elections. Reps. Lou Barletta, Ryan Costello, Mike Kelly, Tom Marino, Scott Perry, Keith Rothfus, Lloyd Smucker and Glenn Grothman joined the lawsuit as plaintiffs. Rep. Brian Fitzpatrick did not join the suit - nor did retiring GOP Reps. Pat Meehan, Charlie Dent and Bill Shuster." **Full story.**

**SCORECARD ALERT - Club for Growth** is out with its annual scorecard "based on issues relating to limited government and economic growth." Sens. Jeff Flake (R-Ariz.), Pat Toomey (R-Pa..) and James Lankford (R-Okla.) all received perfect scores, while Rep. Andy Biggs (R-Ariz.) is the only House member to score 100 percent. **The scorecards.**

**CODA - QUOTE OF THE DAY:** "Looks Dr'd. Can't someone just do a clean excel doc and pdf to me?" a bank employee who allegedly conspired with Paul Manafort said after Manafort allegedly sent the bank a forged profit-and-loss statement, according to a new 32-count indictment. (H/t POLITICO's Josh Gerstein.)

*To view online:*
https://www.politico.com/newsletters/morning-score/2018/02/23/money-race-in-texas-primaries-113415

**To change your alert settings, please go to https://secure.politico.com/settings**

# POLITICO

This email was sent to rivera@dccc.org by: POLITICO, LLC 1000 Wilson Blvd. Arlington, VA, 22209, USA


Please click here and follow the steps to unsubscribe.

DCCC_000422

| From: | Anna Palmer Jake Sherman Daniel Lippman [politicoplaybook@politico.com] |
|---|---|
| Sent: | 3/6/2018 5:13:51 AM |
| To: | Tony Rivera [Rivera@dccc.org] |
| Subject: | POLITICO Playbook, presented by UnitedHealth Group: Texas kicks off primary season, as Democrats surge in early voting ... Trump signals openness on tariffs, as Ryan makes his move |

View online version | Add politicoplaybook@politico.com to your address book.

# POLITICOPLAYBOOK

Today's POLITICO Playbook presented by UnitedHealth Group

By ANNA PALMER (anna@politico.com; @apalmerdc), JAKE SHERMAN (sherman@politico.com; @JakeSherman) and DANIEL LIPPMAN (daniel@politico.com; @dlippman)

Listen to today's Audio Briefing | Subscribe on Apple Podcasts | Visit the online home of Playbook

## DRIVING THE DAY

**SOMETHING MIGHT BE HAPPENING IN THE LONGHORN STATE** -- Early voting numbers in Texas has GOP political operatives nervous -- Democrats outvoted Republicans in the top 15 counties. **BY THE NUMBERS: 23.7%** of Democratic primary voters are new. Only **10.8%** of Republicans were first-time early voters in the primary.

**THE TRENDLINE:** Republicans are worried that could translate to a significant increase in Democratic-leaning general election voters across the state -- and, in worst case for Republicans, across the country. ***Check out this three-page PDF breaking down the stats:*** http://politi.co/2tld376

**-- TEXAS TRIBUNE'S ANNIE DANIEL:** "[More than] 650,000 Texans voted early in the state's ten counties with the highest number of registered voters.

**"Overall, 370,219 Democrats voted early in those ten counties** compared to 282,928 Republicans. Four years earlier, Republicans outvoted Democrats in early voting in those ten counties 253,019 to 184,489, respectively. That means Democratic turnout more than doubled from four years ago, while Republican turnout rose less than 15 percent.

**"When we factor population growth in these ten counties,** Republican turnout was largely unchanged, with the percent of the voting-age population voting early remaining on-trend with previous years. Democratic turnout, however, was up in all ten counties except for Hidalgo County, which saw a drop in Democratic voter turnout from 6.1% of the voting age population voting early in 2014, to 5.1% in 2018." http://bit.ly/2FgBBnt

**STEVEN SHEPARD** and **ELENA SCHNEIDER: "5 things to watch in the first primary of**

DCCC_000423

**2018":** **1.** Democrats are showing up in droves **2.** Suburban watch: Dallas and Houston **3.** Washington meddling in Democratic primaries **4.** The personality primaries **5.** A threat to the Bush name. ***Read the full story*** http://politi.co/2tlgjzh

**PLAYBOOK AT SXSW:** Going to SXSW? Join us for a fun conversation with **REP. NANETTE BARRAGAN (D-CALIF.), REP. WILL HURD (R-TEXAS)** and **REP. TERRI SEWELL (D-ALA.)** -- three young and up and coming leaders in Congress. **WHEN:** Sunday, March 11 at noon. **WHERE:** Just like last year, we're holding our events at the WeDC house, which this year is centrally located blocks from the convention center at 709 E. 6th Street in Austin. ***RSVP, space is limited!*** http://bit.ly/playbooksxsw

**-- PSST:** We have a bunch of big-time events we're going to announce in the coming days, so keep your eyes peeled.

**WHAT THEY'RE SAYING ABOUT SAM NUNBERG -- @KatyTurNBC --** Katy got the first TV interview: "Nunberg tells me he'll probably cooperate with Mueller in the end. He just doesn't want to make it easy. He thinks it isn't fair that they are asking for his personal communications. As of 8pm he says he had not talked to his lawyer." ...

**NUNBERG** called Sarah Huckabee Sanders a "fat slob" and a "joke" on New York 1, a local TV station. **@jonathanvswan:** "Nobody who knows Sam thinks he has anything interesting to offer Mueller. But his friends are worried about him."

**WAPO'S JOSH DAWSEY** (who broke the story of Nunberg's non cooperation) and **PHIL RUCKER:** "Following his interview with The Post, Nunberg called in live to MSNBC, CNN and other networks for lengthy phone interviews -- a spectacle reminiscent of Trump routinely calling into cable television control rooms during the 2016 campaign." http://wapo.st/20N2J3b

**-- NUNBERG'S REVERSAL COMPLETE ... AP'S JONATHAN LEMIRE** at 4:23 a.m.: "In an interview with The Associated Press, Sam Nunberg said he was angry over Mueller's request to have him appear in front of a grand jury and turn over thousands of emails and other communications with other ex-officials, among them his mentor Roger Stone. But he predicted that, in the end, he'd find a way to comply.

**"'I'm going to end up cooperating with them,'** he said." http://bit.ly/2FhzrnG

**-- SUSAN MCDOUGAL,** a former business associate of Bill Clinton, spent 18 months in prison for doing what Nunberg is threatening to do. **WAPO:** "She said in an interview Monday she would not do anything differently - though Nunberg should know that being incarcerated is no joke. She said she was moved from facility to facility and spent a good deal of time in isolation.

**"'It is not an easy thing to do,' McDougal said.** 'You don't just go sit and work out in the

DCCC_000424

afternoons.'"

**-- NUNBERG** sat down for a one-on-one with Mueller's team in late February.

**THE PLACE TO BE LAST NIGHT: JOE'S SEAFOOD. SPOTTED:** House Majority Leader Kevin McCarthy arriving at Joe's Seafood last night with Rep. Trey Gowdy (R-S.C.), who later sat in a booth with Sen. Tim Scott (R-S.C.). House Majority Whip Steve Scalise also was seen at the restaurant, as well as Reps. Bill Huizenga (R-Mich.), Randy Hultgren (R-Ill.) and Tom Reed (R-N.Y.) and Sen. Cory Gardner (R-Colo.); Democratic Sens. Michael Bennet (Colo.), Chris Coons (D-Del.) and Joe Manchin (W.Va.) were also at the restaurant, as well as Frank Luntz.

**Good Tuesday morning. FIRST IN PLAYBOOK -- A NEW WAVE COMING: GUN PROTESTS ACROSS THE COUNTRY:** It won't just be students participating in the "March for Our Lives" gun protest in Washington on March 24. Everytown for Gun Safety is announcing today that nearly 400 sibling protest marches in all 50 states are being organized in cities like Fairbanks, Alaska, Belfast, Maine and Mission, Texas. The group is giving out $2.5 million in grants for up to 500 student organizers to help pay for operational expenses.

**\*\*\*\*\*\* A message from UnitedHealth Group: Better understand the state-by-state health of women and children.** New report from America's Health Rankings® identifies areas of success as well as challenges for the health of women, infants and children. Where does your state rank? Find out here. **\*\*\*\*\*\***

**TRUMP ON TARIFFS ...**

**-- NYT'S ANA SWANSON, MARK LANDLER** and **MAGGIE HABERMAN** on **A1: "Trump Reaffirms Commitment to Tariffs but Opens Door to Compromise":** "President Trump, facing an angry chorus of protests from leaders of his own party, including the House speaker, Paul D. Ryan, insisted on Monday that he would not back down from his plan to impose across-the-board tariffs on steel and aluminum imports. But the White House was devising ways to potentially soften the impact of the measures on major trading partners.

**"The intense maneuvering, which began before Mr. Trump's unexpected** announcement of the tariffs last Thursday, is likely to delay any formal rollout of the measures until next week, according to several officials who have been briefed on the deliberations." http://nyti.ms/2FXzAtt

**-- "Frustrated White House free traders mount campaign to weaken Trump tariffs,"** by Andrew Restuccia, Ben White and Nancy Cook: "Gary Cohn and other free-trade advocates inside the White House and the Treasury Department are mounting a last-ditch effort to blunt the impact of Trump's head-turning decision ...

**"West Wing aides led by Cohn,** who directs the National Economic Council, are planning a

DCCC_000425

White House meeting for Thursday with executives from industries likely to be hurt by big tariffs on imported steel and aluminum, two officials familiar with the matter said. The meeting is tentative and the participants have not yet been set in stone, but industries that could be hit hard by the tariffs include automakers and beverage companies." http://politi.co/2FkaSCv

**TIT-FOR-TAT -- "EU Proposes Retaliatory Tariff of 25% Against U.S. Goods,"** by Bloomberg's Viktoria Dendrinou and Jonathan Stearns: "The European Union intends to target 2.8 billion euros ($3.5 billion) of U.S. goods ranging from T-shirts and whiskey to motorcycles should President Donald Trump go ahead with his plan to impose a 25 percent tariff on foreign steel." https://bloom.bg/2FWVvkf

**TRUMP'S MIDDLE EAST PLAY -- "Trump's Hopes of Being the 'Neutral Guy' in the Mideast Seem Long Gone,"** by NYT's Peter Baker and David Halbfinger: "In the midst of his campaign, President Trump vowed to bring peace to the Middle East by playing it down the middle between Israel and the Palestinians.

**"'Let me be sort of a neutral guy,' he said.** Two years later, any hopes of being the neutral guy are long gone. In a meeting at the White House on Monday, Mr. Trump and Prime Minister Benjamin Netanyahu of Israel put on display perhaps the closest relationship between leaders of their two countries in the seven decades since Israel declared independence.

**"As for the Palestinians, they are no longer on speaking terms** with the president, who is busy cutting their aid. ... 'The Palestinians, I think, are wanting to come back to the table very badly,' he said, despite evidence to the contrary. Then he acknowledged what would happen if he is wrong. 'If they don't, you don't have peace.'" http://nyti.ms/2FYvgdh

**BURGESS EVERETT ... KNOWING CORY GARDNER -- "'He's a brave man':** The lonely existence of Cory Gardner: The head of the Senate GOP campaign arm is ripping Democrats one minute, and trying to cut deals with them the next": "Senate Republican campaigns chief Cory Gardner might've had the easiest job in Washington – if only Hillary Clinton had won.

**"Instead, the centrist-minded Coloradan** has found himself in one of the toughest predicaments in town: leading the Republican battalion in what's instead shaping up as an anti-Trump Democratic wave election, while at the same time trying to cut legislative deals with some of the senators he's campaigning hardest to defeat.

**"Gardner is going to need bipartisan accomplishments** to survive his own swing-state reelection race in 2020. It's not exactly what the sunny, glad-handing pol was signing up for when he put in for the job just before the 2016 election. 'He's a brave man,' said Sen. John Cornyn (R-Texas), a former [NRSC] chairman and now the party whip. 'I admire him for being willing to take

DCCC_000426

on the challenge.'" http://politi.co/2FfStKX

**TRUMP'S TUESDAY --** The president will meet and participate in an expanded bilateral meeting with Sweden Prime MInister Stefan Löfven. Afterward, he will meet with Swedish business representatives and hold a joint press conference with the prime minister.

**FIRST IN PLAYBOOK -- MARYLAND GOV. LARRY HOGAN** is out with a new gerrymandering video (titled "Dragons, and Cows, and Dogs...Oh My!") featuring Hogan and man on the street interviews of people talking about what they think Maryland's gerrymandered 3rd congressional district looks like, held by Democratic Rep. John Sarbanes. *90-second video* http://bit.ly/2FuIG32



## PLAYBOOK READS

DCCC_000427



PHOTO DU JOUR: A man removes the word Trump off a marquee outside the Trump Ocean Club International Hotel and Tower in Panama City on March 5 after a legal battle for control of the property. | Arnulfo Franco/AP Photo

**NEW OFF MESSAGE PODCAST -- DGA CHAIR JAY INSLEE** to Isaac Dovere on getting Democrats to make governors races the rallying cry of the resistance: "It's a great awakening that we have to fight on a state-by-state basis."

**"We have Republican governors who are kowtowing** to Donald Trump and will continue to do so, who have been lackeys to his abysmal record and his moral depravity and his inhumane policies, and that all across the country they will be called to account for that chaotic behavior," Inslee said. "It's been amazing to me, shocking and disappointing, that we have so many Republicans who now aspire for governor who just are afraid and shaking in their boots and won't stand up against this man in the White House." http://politi.co/2FtDts1

**THE STORY THAT NEVER ENDS - "Trump Lawyer's Payment to Stormy Daniels Was Reported as Suspicious by Bank,"** by WSJ's Joe Palazzolo and Michael Rothfeld: "The bank used by President Donald Trump's personal lawyer to wire $130,000 to a former adult-film actress flagged the transaction as suspicious and reported it to the Treasury Department, according to a person familiar with the matter. The lawyer, Michael Cohen, wired the money to a lawyer for former actress Stephanie Clifford, known professionally as Stormy Daniels, from an account at First Republic Bank. The money was received on Oct. 27, 2016, 12 days before the presidential

DCCC_000428

election, another person familiar with the matter said.

**"It isn't clear when First Republic reported it to the government as suspicious.** Mr. Cohen said he missed two deadlines earlier that month to make the $130,000 payment to Ms. Clifford because he couldn't reach Mr. Trump in the hectic final days of the presidential campaign ... Ms. Clifford was owed the money in return for signing an agreement that bars her from discussing an alleged sexual encounter with Mr. Trump in 2006 ... After Mr. Trump's victory, Mr. Cohen complained to friends that he had yet to be reimbursed for the payment to Ms. Clifford." http://on.wsj.com/2FuCGHy

**-- Joshua Partlow (@partlowj):** "Trump's name comes off the hotel in Panama. Video by @aicerrud" http://bit.ly/2oLSOuz

**MEGATRENDS -- "U.S. Will Be the World's Largest Oil Producer by 2023, Says IEA,"** by WSJ's Sarah Kent and Timothy Puko: "The U.S. is likely to overtake Russia to become the world's largest oil producer by 2023, accounting for most of the global growth in petroleum supplies, a top industry monitor said Monday. U.S. crude production is expected to reach a record of 12.1 million barrels a day in 2023, up from 10.6 million a day this year, said the International Energy Agency, which advises governments and corporations on industry trends. American oil output will surge past Russia, currently the world's largest crude producer at roughly 11 million barrels a day." http://on.wsj.com/2oTgGeW

**FOR YOUR RADAR -- "U.S. Government Intervenes in Broadcom's Bid for Qualcomm,"** by WSJ's Kate O'Keeffe, Stu Woo and Ted Greenwald: "The U.S. government inserted itself into the technology industry's biggest potential takeover, postponing a key shareholder vote on grounds that the deal could endanger the country's technological prowess and, in turn, national security.

**"The Committee on Foreign Investment in the U.S.,** an interagency group chaired by the Treasury Department that can recommend the president block deals, ordered Qualcomm to delay its annual shareholder meeting by 30 days to give CFIUS time to review Singapore-based rival Broadcom Ltd.'s proposed $117 billion takeover of the chip maker. Qualcomm has rejected Broadcom's advances, consistently flagging a national-security review as a potential stumbling block to a deal." http://on.wsj.com/2FmsZr6

**HMM -- "A Top Trump Fund-Raiser Says Qatar Hacked His Email,"** by NYT's David Kirkpatrick in London: "A cyberwar in the Persian Gulf reverberated in the United States this week as a top Republican fund-raiser accused agents for Qatar of hacking into his email to plant damaging articles in the American news media. The fund-raiser, Elliott Broidy, 60, a national deputy finance chairman of the Republican National Committee, is the owner of a company with hundreds of millions of dollars in contracts to provide services to the United Arab Emirates.

**"Qatar called Mr. Broidy's charges a false** 'diversionary tactic to distract from the serious allegations against himself and his client, the United Arab Emirates.' Mr. Broidy and Qatar each threatened legal actions. The dispute illustrates how conflicts around the globe can echo through American news media, politics and courts, as rivals compete for the favor of Washington and the sympathies of the West." http://nyti.ms/2FWO0s3

****** A message from UnitedHealth Group: Better understand the state-by-state health of women and children**. America's Health Rankings® Health of Women and Children Report assesses 62 health indicators - including those that examine behaviors, community and environmental conditions, policy, clinical care and outcome indicators - to better understand the changing health of women and children across the country and state-by-state. Community leaders, public health officials and policy-makers can help build healthier communities by better understanding the health of those they serve. Learn more. ******

**MEDIAWATCH -- NYT'S MICHAEL GRYNBAUM** and **JOHN HERRMAN: "New Foils for the Right: Google and Facebook":** "Conservatives are zeroing in on a new enemy in the political culture wars: Big Tech.

**"Arguing that Silicon Valley is stifling their speech** and suppressing right-wing content, publishers and provocateurs on the right are eyeing a public-relations battle against online giants like Google and Facebook, the same platforms they once relied on to build a national movement.

**"In a sign of escalation, Peter Schweizer, a right-wing journalist** known for his investigations into Hillary Clinton, plans to release a new film focusing on technology companies and their role in filtering the news.

**"Tentatively titled 'The Creepy Line,' Mr. Schweizer's documentary** is expected to have its first screening in May in Cannes, France - during the Cannes Film Festival, but not as part of the official competition. He used the same rollout two years ago for his previous film, an adaptation of his book 'Clinton Cash' that he produced with Stephen K. Bannon, the former head of Breitbart News." http://nyti.ms/2FjXz4N

**-- WHAT'S NEW AT ROLLING STONE: "'He Can Go From a B Player to an A Player':** At Rolling Stone, Ryan Lizza is Writing, Jann and Gus Wenner are Still Kicking Around, and Jay Penske is the Media Tycoon Du Jour," by Vanity Fair's Joe Pompeo: "It's been two-and-half months since the onetime counterculture bible, founded by Jann Wenner in 1967, found its safe harbor in Jay Penske, a 39-year-old automotive scion whose Penske Media Corporation acquired a 51 percent stake in Rolling Stone after Wenner finally unloaded the other 49 percent to a Singapore-based music start-up, BandLab, in 2016. ...

**"Jann and his 27-year-old son, Gus, are staying on the payroll** -as editorial director and

president/chief operating officer, respectively-and Gus has been given a seat on PMC's advisory board. ... PMC is also on the prowl for brand-name recruits. One person Rolling Stone has approached is Ryan Lizza, the veteran political journalist who became one in a long list of #MeToo casualties ... CNN, where Lizza is a contributor, 'found no reason to continue to keep Mr. Lizza off the air' after a six-week investigation into the matter.) ... [A]fter Lizza was cleared by CNN, and Rolling Stone had conducted its own due diligence, the editors moved forward with freelance assignments, as originally planned. (He currently has two pieces in the works for the magazine.)" http://bit.ly/2D3rxIc

## PLAYBOOKERS

**SPOTTED**: former Sen. Chris Dodd (D-Conn.) in first class on Alaska Airlines from LAX to DCA Monday afternoon - *pic* http://bit.ly/2Ff59S9

**TRANSITIONS -- Faith Vander Voort,** press secretary and digital director for Rep. Paul Gosar (R-Ariz.) and digital adviser to the Republican Study Committee, is heading to the Department of the Interior to become deputy press secretary to Secretary Ryan Zinke. (h/t Morning Media)

**BIRTHDAY OF THE DAY: David Bradley**, chairman and CEO of Atlantic Media, which owns and operates the Atlantic, Quartz, National Journal Group and Government Executive Media Group. **Something he thinks deserves more attention:** "A freelance reporter, Austin Tice, has been missing in Syria for five and a half years. We are almost certain he is alive. Austin is one of us. He is a Georgetown grad, now on leave from Georgetown law school. It's long past time for him to come home." **Read his Playbook Plus Q&A:** http://politi.co/2tlkDP1

**BIRTHDAYS:** Catherine Wilkins of the White House (hat tip: Cassie Williams) ... Alan Greenspan is 92 ... Jennifer Skyler, head of public affairs at WeWork ... John Stossel is 71 ... Saul Anuzis, former chairman of the Michigan Republican Party, is 59 ... Bill Huey is 71 ... Reuters' Jim Bourg ... sports correspondent Armen Keteyian is 65 ... former FBI and CIA director William Webster is 94 ... former Sen. Kit Bond (R-Mo.) is 79 ... Pablo Chavez, general manager of Microsoft U.S. policy and LinkedIn global policy (h/t Mistique Cano) ... Blake Gottesman, principal at Berkshire Partners and a Bush 43 WH alum ... Theodore Furchtgott ... Kara Carscaden, an Obama alum ... Anthony Foti, COS for Rep. Dennis Ross (R-Fla.) ... WashPost assistant Outlook editor Jenny Rogers ... Jonathan Day, COS for Rep. Joe Wilson (R-S.C.) (h/ts Blain Rethmeier and Matt Everson) ...

... **Alex Stroman** of TransCanada's D.C. office ... Baltimore Sun's Erin Cox ... Sandra Salstrom ... Joe Perticone, politics reporter at Business Insider, is 28 (h/ts AnnaMaria Di Petro and Mallory Shelbourne) ... Phil Basser is 100 ... Jacqui Newman, COO of the DCCC ... Brooke Gladstone, co-host of WNYC's "On the Media" ... Chris Leavitt ... Alyssa Backlund ... Lisa Todorovich Porter ...

DCCC_000431

Anna Kopperud ... Brendon Plack, staff director of the Senate Republican Conference ... Ellen Canale ... Emily Leviner, LD and chief counsel for Sen. Deb Fischer (R-Neb.) ... Abby VandeHei ... Karen Lightfoot ... Mike Thigpen ... Courtney Beese ... Shannon Moriarty, comms director at NYU Furman Center (hubby tip: Joe Cutrufo) ... Ghana turns 61 on its Independence Day (h/t @BCIU) ... Alyssa Denise ... Sam Spence ... Katy Bayless, director of federal relations for Clemson University ... Andie Coller ... Kathleen J. Becker ... Steve Fox ... Jenny Vidas ... Joseph Porcelli ... Kim Moxley ... Tim Bergreen ... Karen Lightfoot ... Lanon Baccam (h/t Teresa Vilmain)

****** **A message from UnitedHealth Group: Learn about the health of the nation state-by-state.** United Health Foundation, through the America's Health Rankings platform, helps policy-makers, public health officials, researchers and communities improve health, well-being and health care at the local, state and national levels by offering timely insights about the health of the people they serve. By leveraging the broad suite of America's Health Rankings® data and insights, communities can craft data-driven solutions to some of the nation's most pressing health concerns. Learn more. ******

**SUBSCRIBE** to the Playbook family: **POLITICO Playbook** http://politi.co/2lQswbh ... **Playbook Power Briefing** http://politi.co/2xuOiqh ... **New York Playbook** http://politi.co/1ON8bqW ... **Florida Playbook** http://politi.co/1OypFe9 ... **New Jersey Playbook** http://politi.co/1HLKltF ... **Massachusetts Playbook** http://politi.co/1Nhtq5v ... **Illinois Playbook** http://politi.co/1N7u5sb ... **California Playbook** http://politi.co/2bLvcPl ... **London Playbook** http://politi.co/2xfDPuK ... **Brussels Playbook** http://politi.co/1FZeLcw ... **All our political and policy tipsheets** http://politi.co/1M75UbX

View online

**To change your alert settings, please go to https://secure.politico.com/settings**

# POLITICO

This email was sent to rivera@dccc.org by: POLITICO, LLC 1000 Wilson Blvd. Arlington, VA, 22209, USA

Please click here and follow the steps to unsubscribe.

DCCC_000432

| From: | Morning Score [morningscore@politico.com] |
|---|---|
| Sent: | 3/5/2018 9:06:32 AM |
| To: | Tony Rivera [Rivera@dccc.org] |
| Subject: | POLITICO's Morning Score: Texas primary tests DCCC's strategy — VoteVets jumps into PA-18 — Huerta ends campaign against Valadao |

By Steven Shepard | 03/05/2018 10:00 AM EDT

With Kevin Robillard and Maggie Severns

*The following newsletter is an abridged version of Campaign Pro's Morning Score. For an earlier morning read on exponentially more races - and for a more comprehensive aggregation of the day's most important campaign news - sign up for Campaign Pro today. (http://www.politicopro.com/proinfo)*

**PRIMARY SEASON BEGINS THIS WEEK -** The first primaries of the 2018 midterms, in Texas, are only one day away. Let's get straight to the news.

**- "Democrats face first test of primary muscle in Texas race," by Campaign Pro's Elena Schneider in Houston:** "The Democratic Congressional Campaign Committee doesn't want Laura Moser as the party's nominee for a House seat in Texas the party sees as critical to its strategy to winning control of the chamber next year. So the committee called her a carpet-bagging opportunist who 'begrudgingly moved' here to run for office in a post on its website. ... Instead, Moser's fundraising has ticked up - she's collected more than $130,000 since the DCCC post on February 22 - and she's urging voters in a digital ad to '[reject] the system where Washington party bosses tell us who to choose.'" **Full story.**

**- "Democrats using Trump as foil on Texas airwaves," by Elena in Houston:** "Democratic congressional candidates want to talk about Donald Trump, even in battleground districts. At least according to their television ads, nearly all of which urge voters in Tuesday's primary to back them in order to express opposition to the president, and not the Republican congressman they are vying to face in November. It's a short-sighted strategy aimed at attracting primary support - but will require some fine-tuning in a general election, in which Trump is not at the top of the ballot." **Full story.**

**- "Texas early voting numbers a 'wake-up call' for GOP as Democrats double their 2014 turnout," by the Dallas Morning News' Jackie Wang in Austin:** "Early voting turnout for this year's Democratic primary doubled since the last midterm election in 2014. According to the Texas secretary of state's website - which tracks only the 15 counties with the most registered voters - 205,583 people voted early in the 2014 Democratic primary. This year, 406,302 Democrats ... voted early - a 98 percent increase. On the GOP side, 352,963 people voted early in the Republican primary. That's a 16 percent increase from 303,858 in 2014." **Full story.**

**- "A $6 million candidate dominates in 9-way race to replace ... Rep. Ted Poe," by the Texas Tribune's Abby Livingston in Kingwood, Texas:** "Republican donor and technology consultant Kathaleen Wall ... has dominated the field by spending nearly $6 million of her own money." **Full story.**

**SPECIAL ELECTION SEASON - We're down to eight days until the closely watched special election in already-redrawn PA-18.** President Donald Trump's reelection campaign on Friday announced it would hold a campaign rally within the district - in Moon Township - this coming Saturday.

**In other PA-18 news:**

**- "Sharp exchanges mark Saccone-Lamb debate," by the Pittsburgh Post-Gazette's Chris Potter:** "Rick Saccone and Conor Lamb agreed that Pennsylvania steelworkers need protection from foreign imports. But that was about as far as the consensus between the two congressional candidates extended during a Saturday night debate on WTAE-TV. ... [B]oth men spoke approvingly of President Donald Trump's proposed tariffs of 25 percent on steel and 10 percent on aluminum." **Full story**

**- "VoteVets jumps into PA-18 with TV ad," by Elena:** "VoteVets Action Fund is launching a $350,000 TV ad buy in the final week of the special congressional election in Western Pennsylvania, attacking Republican

DCCC_000433

Rick Saccone and urging voters to "send in the Marine" by supporting Democrat Conor Lamb." **Full story. Watch the ad.**

**- "Lamb drops 60-second, positive ad in PA-18," by Elena:** "Democrat Conor Lamb is out with his latest TV ad, in which the former Marine emphasizes his support for public servants who don't always get as much attention as a military veteran." **Full story. Watch the ad.**

**- End Citizens United** has now raised $200,000 for Lamb, the group announced. The average donation raised by ECU is $8.04.

**Upcoming election dates - Texas primaries:** March 6. **Pennsylvania 18th District special election:** March 13. **Illinois primaries:** March 20.

Thanks for joining us! You can email tips to the Campaign Pro team at sbland@politico.com, eschneider@politico.com, krobillard@politico.com, dstrauss@politico.com and mseverns@politico.com.

You can also follow us on Twitter: @politicoscott, @ec_schneider, @politicokevin, @danielstrauss4 and @maggieseverns.

**FIRST IN SCORE - NRSC dings "high-five Heidi" in digital ad:** The NRSC is following up with a radio ad attacking Democratic Sen. Heidi Heitkamp for, the committee says, engaging in a "high five" with Senate Minority Leader Chuck Schumer after voting against an abortion ban bill in the Senate. The new Facebook ad is running statewide in North Dakota. See the ad here.

**ON THE AIR - Bredesen airs first ad in Tennessee Senate race:** Former Gov. Phil Bredesen is up with his first television ad in Tennessee's Senate contest. The 30-second spot features Bredesen speaking direct to camera about his achievements as governor and promising to bring bipartisanship to the Senate. Advertising Analytics says the buy is backed by a statewide buy of more than $250,000. Watch the ad here.

**ONE OUT, ONE IN - Rep. David Valadao (R-Calif.) lost his only Democratic challenger this weekend** when attorney Emilio Huerta, the son of civil rights pioneer Dolores Huerta, bailed on the race. The Fresno Bee reported the younger Huerta submitted an op-ed to the paper in which he said he wouldn't run and planned instead to work to elect Democrats to other offices.

**- According to the Los Angeles Times' Sarah D. Wire, engineer T.J. Cox,** who had been running in Rep. Jeff Denham's district, is expected to switch to CA-21 and challenge Valadao.

**- Valadao continues to thrive - he won by 13 points last cycle, even as Hillary Clinton carried his Central Valley district by 16 points.** The filing deadline is this Friday. How hard will Democrats try to land a top recruit here?

**THIS COMPARISON IS F-ING GOLDEN - "Indictment doesn't prove Greitens' guilt, but does it make him a 'governor who cannot govern,'" by the St. Louis Post-Dispatch's Kevin McDermott:** "The state's budget was in trouble and its governor was facing a criminal trial. Those two realities alone, one newspaper argued, meant it was time for drastic action. ... 'He is, more than before, the governor who cannot govern,' declared the paper. 'Governor, resign.' The newspaper was the Chicago Tribune; the governor was Rod Blagojevich of Illinois." **Full story.**

** You are reading Morning Score, so are thousands of other insiders and influencers. To engage with our elite audience, contact partnerships@politico.com for advertising opportunities. **

**TRUMP WATCH - "Trump to launch major donor initiative after disastrous week," by POLITICO's Alex Isenstadt:** "The fundraiser, one of several big donor events Trump [hosted his past weekend] at Mar-a-Lago, shows how Trump is slowly building a 2020 campaign apparatus even as he endures the most tumultuous stretch of his presidency. While top advisers bolt the White House and a special counsel zeroes in on the president's ties to Russia, Trump is tapping a new campaign manager, taking steps to fend off would-be primary challengers, and lining up travel to critical 2020 states." **Full story.**

**CODA - QUOTE OF THE DAY:** "Yes, Blumenthal Research Daily is a fake pollster. The numbers used were random and I did little to no research before piecing together a rather sloppy google doc." - Some jerk on the internet who fabricated a PA-18 poll on Friday. Thanks to @gelliottmorris for calling this out.

*To view online:*
https://www.politico.com/newsletters/morning-score/2018/03/05/texas-primary-tests-dcccs-strategy-122783

**To change your alert settings, please go to https://secure.politico.com/settings**

## POLITICO

This email was sent to rivera@dccc.org by: POLITICO, LLC 1000 Wilson Blvd. Arlington, VA, 22209, USA

Please click here and follow the steps to unsubscribe.

DCCC_000435

| From: | tdp-press@googlegroups.com [tdp-press@googlegroups.com] |
|---|---|
| on behalf of | Press Texas Democratic Party [press@txdemocrats.org] |
| Sent: | 10/21/2019 2:08:11 PM |
| To: | TDP Press [tdp-press@googlegroups.com] |
| Subject: | RELEASE: The Texas Democratic Party on the First Day of Early Vote |



**For Immediate Release**
October 21, 2019
**Contact:** Abhi Rahman, (720) 299-0654, press@txdemocrats.org

### RELEASE: The Texas Democratic Party on the First Day of Early Vote

## Texas Democratic Party Chair Gilberto Hinojosa issued the following statement:

"Texans are demanding change. That's why Texas Democrats are on track to win all three emergency special elections in Texas House Districts 28, 100, and 148 on November 5.

"In Texas House District 28, Democrats have the opportunity to flip our first seat of the 2020 cycle. Dr. Eliz Markowitz — an educator, leader, and fighter — is fighting for quality healthcare, for strong neighborhood schools, to fix our infrastructure to protect Texans from hurricane disasters, and for an economy that works for everyone. The Texas Democratic Party is proud to have invested Dr. Markowitz's campaign through placing digital ads, assisting with voter targeting, mailing thousands of applications to help Democratic seniors vote-by-mail, placing party staff in the district, and sending get-out-the-vote texts.

"The Texas Democratic Party encourages all Texas voters to find your polling location at MyTexasVotes.com and make a plan to vote.

"Democrats are ready to deliver on the fair shot everyone deserves. Together, we will take back the Texas House and ensure that all Texans have a seat at the table. Let's unite, organize, and win."

###

--
You received this message because you are subscribed to the Google Groups "TDP Press" group.
To unsubscribe from this group and stop receiving emails from it, send an email to tdp-press+unsubscribe@googlegroups.com.
To view this discussion on the web visit https://groups.google.com/d/msgid/tdp-press/df604b1a-902e-4d0f-9c28-0aeafc123f7e%40googlegroups.com.

DCCC_000436

| From: | tdp-press@googlegroups.com [tdp-press@googlegroups.com] |
|---|---|
| on behalf of | Press Texas Democratic Party [press@txdemocrats.org] |
| Sent: | 11/5/2019 12:28:32 PM |
| To: | Abhi Rahman [abhi@txdemocrats.org] |
| Subject: | Primer: Here's What Texas Democrats are Working Towards on Election Day |

# TEXAS ★ DEMOCRATS

**For Immediate Release**
November 5, 2019
**Contact:** Abhi Rahman, (720) 299-0654, press@txdemocrats.org

## Primer: Here's What Texas Democrats are Working Towards on Election Day

**Austin, TX --** Today, November 5, 2019 is election day for several Texas races, including three emergency special elections in House Districts 28, 100, and 148 and the Houston Mayoral election.

### Here's What to Expect Tonight:

**Texas House District 28:**
The Texas Democratic Party endorsed Dr. Eliz Markowitz for state representative last month. An educator, leader, and fighter, Dr. Markowitz will fight for quality healthcare, strong neighborhood schools, fix our infrastructure to protect Texans from hurricane disasters, streamline disaster relief so displaced Texans can rebuild faster, and fight for an economy that works for everyone.

Despite disgusting tactics to drum up support from Tom Delay's old political base, and thanks to changing demographics and Fort Bend County's readiness for change, Democrats remain in striking distance in an off-year special election, one year away from the next Presidential election. Fort Bend County is emblematic of the changing demographics in the state, and Democrats are in prime position to flip this seat and continue the trend of Texas rapidly turning blue.

**Texas House District 100:**
Several great Democrats are running in this seat. The next Democratic representative will have a chance to build off of former state representative and current Dallas Mayor Eric Johnson's service and hard work. With our strong field of candidates, the Texas Democratic Party will retain the seat.

**Texas House District 148:**
Twelve Texas Democrats are seeking support to represent the residents of Texas House District 148 and follow in the footsteps of Representative Jessica Farrar, who has spent

DCCC_000437

the last 25 years standing proudly and bravely against Republican attacks on working families. Thanks to the service of Representative Farrar, Texas House District 148 is poised to remain in Democratic hands.

## Houston Mayoral Race
Houston is the most diverse city in America, benefitting from years of strong Democratic leadership. In the Houston Mayoral race there is a Democratic incumbent fighting against a Trump Republican trying to buy his way into an election. To keep Houston moving forward — ensuring that we are fighting for an economy that works for everybody, combating climate change, and improving the lives of all Houstonians, Houston must continue to be led by Democrats.

## Texas Democratic Party Chair Gilberto Hinojosa issued the following statement:

"Texans are demanding change. That's why Texas Democrats are on track to make runoffs or win outright in Texas House Districts 28, 100, and 148 along with the Houston mayoral race tonight.

"In Texas House District 28, Democrats have the opportunity to flip our first seat of the 2020 cycle. The Texas Democratic Party is proud to have invested in Dr. Markowitz's campaign to reach out to voters at their homes, online, on the phone, and in their mailboxes. We are proud to join allies and Dr. Markowitz' campaign in organizing volunteers, assisting with voter targeting, mailing thousands of applications to help Democratic seniors vote-by-mail, placing party staff in the district, combating disgusting Republican smears, launching digital ads, and sending get-out-the-vote texts.

"The Texas Democratic Party encourages all Texas voters to find your polling location at MyTexasVotes.com and make a plan to vote.

"Democrats are ready to deliver on the fair shot everyone deserves. Together, we will take back the Texas House, hold the city of Houston, and win elections across the state. Let's unite, organize, and win."

### 

--
You received this message because you are subscribed to the Google Groups "TDP Press" group. To unsubscribe from this group and stop receiving emails from it, send an email to tdp-press+unsubscribe@googlegroups.com.
To view this discussion on the web visit https://groups.google.com/d/msgid/tdp-press/CACZqJHGsDKGV993OAMuwXjOCe%2B6KUMZtodt_k-_8sRX6XIIOS_Q%40mail.gmail.com.

DCCC_000438

| From: | tdp-press@googlegroups.com [tdp-press@googlegroups.com] |
|---|---|
| on behalf of | Press Texas Democratic Party [press@txdemocrats.org] |
| Sent: | 11/4/2019 12:42:58 PM |
| To: | Abhi Rahman [abhi@txdemocrats.org] |
| Subject: | RELEASE: One Year Out From Election, Texas Democrats are in Prime Position to Turn Texas Blue |

# TEXAS ★ DEMOCRATS

**For Immediate Release**
November 4, 2019
**Contact:** Abhi Rahman, (720)299-0654, press@txdemocrats.org

## RELEASE: One Year Out From Election, Texas Democrats are in Prime Position to Turn Texas Blue

*Program by program, Texas Democrats Are Organizing and Ready to Win in 2020*

**Austin, TX --** Yesterday, Sunday, November 3rd marked one year from the 2020 election. The Texas Democratic Party remains in prime position to win in 2020. With several polls showing top Democratic contenders beating Donald Trump in Texas, Trump underwater in the state of Texas, John Cornyn with an abysmal 35% approval rating, and Texas Democrats with a clear path to victory, the Texas Democratic Party is ready to win up and down the ballot in 2020.

**Texas Democratic Party Executive Director Manny Garcia issued the following statement:**

"Change is coming to Texas — Texans are demanding it, and a new wave of activists and progressive candidates delivering. They're fired up about affordable healthcare, ending gun violence, reversing climate change, and protecting our diverse communities.

"We are one year out from the election, and the Texas Democratic Party is in a strong position to win up and down the ballot. Thanks to our expert staff, innovative programs, outstanding allies, and key partnerships, we're on pace to turn Texas blue in 2020.

"We will win the White House, take out John Cornyn, expand our Texas congressional delegation, break the supermajority in the Texas Senate, flip the Texas House, and elect hundreds of local Democrats across the state. We will do all of this, not for the sake of just winning a political race, but because every single person deserves a fair shot to get ahead. That's what Texas Democrats are fighting for."

DCCC_000439

**For a look at some of the programs driving the optimism of the Texas Democratic Party, see below:**

# Protecting and Expanding the Vote

### Vote-by-Mail
The Texas Democratic Party's vote-by-mail program makes it easier than ever for eligible voters to request a ballot and vote applications are mailed to voters using advanced modeling, ensuring the applications reach the targeted Democratic voters need to win. Voters simply sign and return the application to receive all of their ballots in the calendar year. We have one of the highest application return rates in the country.

### Voter Registration
Thanks to the work of our top-tier data and field teams, the Texas Democratic Party is making major investments towards registering 2,600,000 unregistered Democratic voters.

### MyTexasVotes.com
MyTexasVotes.com is our one-stop voter information hub for Texas Democrats. Texans can easily find their polling place and when their polling place is open. Our polling place locator is available in five languages: English, Spanish, Vietnamese, Chinese, and Hindi. We also send automated voting reminders to Texans who make their voting plan.

# Igniting Campaigns from the Ground Up

### Candidate Services
Ready for the filing period, the Texas Democratic Party is supporting over 2,000 candidates who will file to appear on the Democratic primary ballot, providing them with template budgets, plans, and tools -- our "Campaign in a Box" -- preparing them to launch, and outfitting their campaigns with services offered by the Texas Democratic Party, including data analysis, training, and digital organizing tools.

### Data
Texas Democratic Party is the data backbone of the progressive movement. The Texas Democratic Party data team is the only entity that can provide candidates and campaigns with the Democratic voter contact database, VAN - Voter Activation Network.

### Messaging
Our communications, digital, and research teams are holding Republican accountable, spreading the Democratic message across the state, and ensuring that our narratives and programs are being explained to the general public. They are tireless and work non-stop to win elections across the state. Our teams meet voters where they are at, get

DCCC_000440

the Democratic message out to every corner of the state, fights back against incorrect Republican narratives, and support Democratic candidates to make sure their message and values breaks through the clutter and the noise.

## Organizing

The Democratic National Committee has already committed to funding constituency organizers for the Texas Democratic Party.

By the end of the cycle, the Texas Democratic Party projects to have **over 1,000 field organizers and blockwalkers on the ground** — knocking on doors, making calls, sending texts, engaging online, and getting out the vote for Democrats up and down the ballot come Election Day.

## Staff the Movement

Much like the DNC's organizing corps, the Texas Democratic Party's innovative Staff the Movement program trained 44 Texans with little or no previous campaign experience to deploy across the state as we look to turn Texas blue. The program was 70% people of color and majority woman. The Texas Democratic Party was able to place 90% of Staff the Movement graduates into full-time roles across the state. Due to the success of the first program, the Texas Democratic Party is holding a second Staff the Movement in January.

# Electing More Texas Democrats

## Biggest Coordinated Campaign in Texas History

Texas is the biggest battleground state in the country.

In 2016, Texas became a single-digit state for the first time in two decades, performing better than traditional battleground states like Iowa and roughly the same as Ohio. In 2018, the statewide margin narrowed down to just 2.56%. Now, poll after poll shows Texas Democrats are 'essentially tied' in the presidential race.

It takes great candidates, committed volunteers, strong allies, resources, smart operatives and the trust of the voters to win. That's why the Texas Democratic Party is building a coordinated campaign as big as Texas, so that thousands of Texas Democratic volunteers engage Texans in every corner of the state.

## Flip the Texas House & Breaking the Supermajority

Texas Democrats need just 9 seats to take back the Texas House -- there are 22 Republican districts within 10 points. Texas Democrats are just 1 seat away from breaking the supermajority in the Texas Senate. In 2018, Texas Democrats picked up 2 state senate seats and 12 state house seats.

## Cornyn War Room

Two-thirds of Texans either don't know or don't like John Cornyn, that's why every day the team at the Cornyn War Room is focused on making sure Texans know exactly what John Cornyn is up to in Washington, D.C.