The Cornyn War Room builds a hard line of defense against Cornyn's Republican tactics, and creates the offensive strategy necessary for our Democratic candidate to win. We know that once Texas goes blue, the Republican path to the White House will be blocked.

**Expand our US House Majority**
In 2018, we flipped 2 congressional seats. Colin Allred (TX-32) & Lizzie Fletcher (TX-7).

In conjunction with the DCCC, we're already looking at 6 congressional seats in 2020 (TX-10, TX-21, TX-22, TX-23, TX-24, and TX-31). More than any other state. All of these congressional districts were within 10 points in 2018.

DCCC says in 2020 "a rapidly emerging Democratic coalition will make Texas a focal point of the House Democrats' offensive strategy.

Nancy Pelosi recently said, "Texas is ground zero" and "our hope for the future."

### 

--
You received this message because you are subscribed to the Google Groups "TDP Press" group. To unsubscribe from this group and stop receiving emails from it, send an email to tdp-press+unsubscribe@googlegroups.com.

To view this discussion on the web visit https://groups.google.com/d/msgid/tdp-press/CACZqJHEcLRVqAgiNpxLADHW0-WO5nkgVSswyBnQHH3rV0HSY_Q%40mail.gmail.com.

DCCC_000443

**From**: KEY RACE ALERT (via DCCC) [dccc@dccc.org]
**Sent**: 10/26/2018 11:00:33 AM
**To**: Alexandra Schorr [Schorr@dccc.org]
**Subject**: that's it. we're speechless. it's over.

Have you seen the news!?

- Beto O'Rourke SURGED -- and Democrats' early voting SKYROCKETED in Texas!
- Andrew Gillum SURGED -- and Democrats' early voting SKYROCKETED in Florida!
- Stacey Abrams SURGED -- and Democrats' early voting SKYROCKETED in Georgia!

Alexandra, Democrats are FLOCKING to the polls in record numbers.

**We have a real chance to win across the deep-red South, WIN the House, and change the political landscape for a GENERATION!**

We need to expand our field efforts TODAY to turn out every remaining Democrat. It'll take 10,000 gifts to before midnight fully fund everything.

Will you pitch in $1 to win Texas, win Florida, win Georgia, and WIN the entire House?



Chip in $1 immediately >>

Chip in $35 immediately >>

Chip in $50 immediately >>

Chip in $100 immediately >>

Chip in $250 immediately >>

Or donate another amount >>

Thank you,

DCCC

Paid for by the DCCC | 430 South Capitol Street SE, Washington, DC 20003 | (202) 863-1500 | www.dccc.org | Not authorized by any candidate or candidate's committee.

This message was sent to: **schorr@dccc.org** | If you'd like to sign up for emails in a different account, click **here**.

We believe that emails are a crucial way for our campaign to stay in touch with supporters. However, if you'd just like to receive fewer emails, you can click **here**.

We're working hard to make sure Republicans are held accountable for their actions and that President Obama's legacy is protected. We need all hands on deck if we're going to keep Trump and his Republican Congress in check. Our success relies on grassroots supporters like you. 99% of our contributions come from grassroots donations, with an average gift of $26. If you'd like to unsubscribe from DCCC emails, click **here**. If you'd like to make an online donation, click **here**. Thanks for your support of Democrats!

Contributions or gifts to the DCCC are not tax deductible.

DCCC_000445

| | |
|---|---|
| **From:** | Cheri Bustos [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bfcf292c8f4543598f328733f2eee3a2-Cheri Busto] |
| **To:** | Cheri Bustos [clb@dccc.org] |
| **CC:** | Ryan Hedgepeth [Hedgepeth@DCCC.ORG]; Brenna Marron [Marron@dccc.org]; Jonathan Cousimano [Cousimano@DCCC.ORG]; Sierra Kelley-Chung [Kelley-Chung@DCCC.ORG] |
| **BCC:** | Lisa Walker [Walker@DCCC.ORG]; Alec Regulski [Regulski@DCCC.ORG]; CLB Rollouts [CLBRollouts@dccc.org]; cherib6186@gmail.com; terri_sewell@hotmail.com; TOM@TOMOHALLERAN.COM; RepAnnAZ02@gmail.com; rgallego79@gmail.com; Gstanton2@gmail.com; jaredhuffman64@gmail.com; jgwg@citlink.net; 1439mike@sbcglobal.net; amerish.bera@gmail.com; jerry.mcnerney@gmail.com; jharder04@gmail.com; desaulnier@comcast.net; barmilbev@gmail.com; Kjackie2018@gmail.com; eswalwell@gmail.com; jimcosta01@comcast.net; rokhanna1@gmail.com; aeshoo@yahoo.com; zoe106@yahoo.com; jimmypanettaforcongress@gmail.com; tjcox@me.com; saludcarbajal@gmail.com; juliabrownley@yahoo.com; judymchu@gmail.com; adamschiff1960@gmail.com; tc.cardenasca@gmail.com; bradshermanbb@yahoo.com; peteaguilar.redlands@gmail.com; napolitanoforcongress@gmail.com; tedlieu@hotmail.com; Jimmygomez1@gmail.com; Torres.norma@me.com; drraulruizer@gmail.com; basskarenr@gmail.com; savvywag@yahoo.com; gcisn61527@gmail.com; marktakano41ca@gmail.com; ca43cmw@gmail.com; Nbarraga@hotmail.com; katie@katieporter.com; loucorrea34@gmail.com; alrosie@aol.com; harley@harleyrouda.com; mike@mikelevin.org; juanvargas@votevargas.com; scott@scottpeters.com; susanad1@sbcglobal.net; lipinsky2@msn.com; joeneguseforcongress@gmail.com; jcrow09@gmail.com; edwin.perlmutter@gmail.com; jdcourtney@gmail.com; roldelauro227@gmail.com; jamesahimes@gmail.com; jahana@jahanahayes.com; eleanor@mail.house.gov; INFO@LISABLUNTROCHESTER.COM; allawsonjr@gmail.com; smurphyfl7@gmail.com; soto_darren@yahoo.com; vbdemings12@gmail.com; govcharliecrist56@gmail.com; kcastor@verizon.net; mayorfrankel@aol.com; Teddeutch@gmail.com; HrtsleeveFL23@gmail.com; fsmithwilson@gmail.com; dmp1871@gmail.com; Donna.shalala2@aol.com; sanfordbishop@sanfordbishop.com; hankjo@bellsouth.net; cmedcollins@verizon.net; lucymcbath@comcast.net; senatorsannicolas@gmail.com; hawaiiedcase@gmail.com; Tulsi@votetulsi.com; fink@abbyfinkenauer.com; dloebsackia@gmail.com; cindy@axne.com; rkelly430@sbcglobal.net; dlipinski@hotmail.com; jgarcia823@aol.com; mqhockey@gmail.com; sean@castenforcongress.com; davisforcongress07@gmail.com; srkrishnamoorthi@yahoo.com; janschakowsky@aol.com; bss820@gmail.com; gwfoster@gmail.com; underwood.lauren@gmail.com; cherib6186@gmail.com; acarson74@gmail.com; sld@shariceforcongress.com; jyarmuth@aol.com; ced_richmond@yahoo.com; lori@loritrahan.com; jkennedy@joekennedyforcongress.com; Clark.katherine@comcast.net; sethmoulton@gmail.com; ayannapressley@gmail.com; steplynch@hotmail.com; keatingbt@msn.com; Rupp.dutch@gmail.com; johnsarbanes@gmail.com; agb692@yahoo.com; Dtrone@totalwine.com; jbr@jamieraskin.com; chellie@pingree.com; jgolds49@gmail.com; dkildee58@gmail.com; elissa.slotkin@gmail.com; asl@andylevinforcongress.com; asl@andylevin.org; haley.stevens@gmail.com; d2@debbiedingell.com; rashidatlaib@gmail.com; acraigcd2@gmail.com; dean@pennyscoffee.com; beemc12@gmail.com; ilhan@ilhanomar.com; collincpeterson@hotmail.com; emanuelcleaveriimc@gmail.com; gkililli123@gmail.com; bgt@mail.house.gov; gkbutterfield@gmail.com; priceNC04@gmail.com; Rep.Almas.Adams@gmail.com; christophercpappas@gmail.com; amknh@kusterforcongress.com; dwnorcross@comcast.net; andykim12@gmail.com; josh@josh4congress.com; congressmanpallone@yahoo.com; tpmalinowski@gmail.com; albiosires@hotmail.com; paynejr2010@gmail.com; Mikie.sherrill@gmail.com; bwatsoncoleman@aol.com; debhaaland@gmail.com; xts@xochforcongress.com; Dina@dinatitus.com; smlee4@me.com; stevenhorsford@me.com; tomsuozzi@aol.com; Kathleenmr@gmail.com; gwmny06@gmail.com; gracemeng@gmail.com; nmvelazquez@yahoo.com; HSJ@JeffriesforCongress.com; yvetteclarke@gmail.com; jln@jerrynadler.com; max.n.rose@gmail.com; carolyn.JM@yahoo.com; adriano@adrianoespaillat.org; alexandria-ocasio@ocasio2018.com; noreaster001@aol.com; loweynm@gmail.com; sean@seanmaloney.com; adelgado099@gmail.com; info@paultonko.com; abrindisi@bmbplawyers.com; brindisiny22@gmail.com; jdm@morelle.com; repbrianhiggins@gmail.com; beattyjoyce@aol.com; marcy.kaptur09@gmail.com; tjohnryan@gmail.com; Kendra@kendrahorn.com; sbonamici@gmail.com; eb@earlblumenauer.com; pdefazio01@gmail.com; thrivers@canby.com; bboyle@voteboyle.com; dwightevans54@yahoo.com; Mad@madeleinedean.com; Marygay@scanlonforcongress.com; Cjh@chrissyhoulahanforcongress.com; wildforcongress@gmail.com; mmcartwright@comcast.net; congmik@aol.com; conor.lamb@gmail.com; davidcicilline@gmail.com; jim.r@jimlangevin.com; josephkendrick@gmail.com; jimclyburn@aol.com; jhscooper@aol.com; scohen09@comcast.net; epannill@comcast.net; algreenforcongress@gmail.com; Votevicente@gmail.com; vgescobar@gmail.com; sjl@sheilajacksonlee18.com; joaquincastro125@hotmail.com; cuellartx28@yahoo.com; senatorsylvia6@gmail.com; eddiebernicej@gmail.com; colin.allred@gmail.com; marc@marcveasey.com; fbvela@me.com; ldoggett26@comcast.net; benmcadams@gmail.com; elaineluria@gmail.com; rscottva3@gmail.com; donald@mceachinforcongress.com; abigail@abigailspanberger.com; |

DCCC_000046

donbeyer@gmail.com; jennifer.wexton@gmail.com; geconnollyva11@gerryconnolly.com;
staceyplaskett@gmail.com; suzan@delbenegroup.com; derekkilmer1@gmail.com; PJAYAPAL@ME.COM;
kimberlyschrier@me.com; AS4347@aol.com; Denny@theheckhome.com; markpocan@tds.net; rtkind@yahoo.com;
queenmotha@aol.com

**Subject**:   DCCC Weekly Update

**Attachments**:   Member Programs 2020.pdf; DCCC 2020 MOC Convention Package_12.2019.pdf; DCCC and DSCC Joint Litigation
Memo.pdf



# WEEKLY UPDATE

Colleagues,

I am thrilled to announce that the DCCC raised a **record-breaking $14.4 million in December** and nearly **$125 million** in 2019. The committee also outraised the NRCC by **over $33 million** through the end of November. We outworked, outhustled, and outraised House Republicans in 2019, but now is not the time to take our foot off the gas. We must continue to ensure that we have the resources to protect our vulnerable Members and to play aggressively in Republican-held districts.

This would not have been possible without the commitment and hard work of our caucus. From the bottom of my heart, thank you.

I also would like to in particular thank **Speaker Pelosi** for leading the charge – she is a remarkable and inspiring leader who makes our case to the American people each and every day.

# HIGHLIGHTS

The week the DCCC, in partnership with the DSCC, announced an eight-figure investment in a legal strategy that will take on the Republicans' decades-long voter suppression crusade and increase access to the ballot for young people, communities of color and rural voters. Our legal investments are happening in states across our battlefield, including Arizona, Florida, Georgia, Michigan, North Carolina, South Carolina and Texas.

We are pursuing these challenges - alongside the DNC, state parties, and partner political organizations - to counteract arbitrary partisan advantages, end voter suppression and expand access to the ballot. This work is not only in line with our values, it is key to our strategic goals in the 2020 election cycle and beyond.

# MARCH FORWARD

We have launched a **constituency organizing program**, as part of the Cycle of Engagement, to organize and work with communities of color across the country.

Our Field Managers have met with **5,628+ activists and volunteers** They have also been busy organizing **860+ district events.** We will be hiring organizers in districts throughout our battlefield who will be managed by the newest member of our field team, Pavitra Abraham.

# RECRUITMENT

**Michelle De la Isla,** the Mayor of Topeka had a successful campaign launch this Monday. She is running in the Kansas 2nd Congressional District.

This article highlights De la Isla's Puerto Rican heritage and her compelling story from being a homeless teen and young mother to becoming the first Latina Mayor of Topeka.

Read more about Michelle here.

# FRONTLINE



**Congressman TJ Cox**
**District:** CA-21
**Cities:** Fresno, Hanford, Bakersfield
**DPI:** 55.5%

**Member Highlight:** Congressman TJ Cox has taken initiative to provide clean water for residents in his community. Last month, Rep. Cox introduced the *Move Water Now Act* that would free up to $200 million in funding for local canal fixes.

**"Land subsidence has literally strangled most of the flow of water through the Friant-Kern Canal,"** Cox said. **"Because of this, communities aren't getting the water they pay for and farms aren't getting the water they need to feed the world."**

Cox's efforts to clean the Central Valley's largest irrigation artery that farmers and rural communities are dependent on comes after years of being in a drought.

Click here to read more about the Congressman's bill.

To learn more about DCCC Frontline Members, click here.

# POLLING

NATIONAL HOUSE GENERIC
*Weekly Average: 50% Democratic candidate, 40% Republican*
*Polls below survey registered voters*

- +10 net: 50% Democratic candidate, 40% Republican (Economist/YouGov)

DCCC_000448



# MEMBER & STAFF EVENTS

**Feb 20   Chiefs of Staff Coffee**
*DNC Wasserman Room, 9:30 – 10:30 AM*
*RSVP: Alec Regulski,  Regulski@dccc.org*

# MEMBER SPOTLIGHTS

**Thank you to all who have hosted or supported a 2020 cycle DCCC fundraiser in their state!**
*\*Members in BOLD have hosted or supported more than one DCCC fundraiser.*

Rep. Colin Allred
Rep. Don Beyer
Rep. Suzanne Bonamici
Rep. Judy Chu
Caucus Vice Chair Katherine Clark
Rep. Henry Cuellar
Rep. Rosa DeLauro
Rep. Susan DelBene
Rep. Ted Deutch
Rep. Debbie Dingell
Rep. Anna Eshoo
Rep. Dwight Evans
Rep. Lois Frankel
Rep. Jared Huffman
**Caucus Chair Hakeem Jeffries**
Rep. Joe Kennedy III
Rep. John Larson

Rep. John Lewis
Rep. Stephen Lynch
Rep. Sean Patrick Maloney
Rep. Doris Matsui
Rep. Gwen Moore
Rep. Joe Neguse
**Speaker Nancy Pelosi**
Rep. Raul Ruiz
Rep. Dutch Ruppersberger
Rep. Jan Schakowsky
Rep. Brad Schneider
Rep. Debbie Wasserman Schultz
**Rep. Marc Veasey**

### Thank you to all who have hosted or supported a 2020 cycle DCCC Frontline fundraiser!
*Members in BOLD have hosted or supported more than one DCCC fundraiser.*

**Rep. Don Beyer**
**Chairwoman Cheri Bustos**
Rep. Salud Carbajal
**Rep. Charlie Crist**
Rep. Suzan DelBene
Rep. Lloyd Doggett
Rep. Bill Foster
**Rep. Derek Kilmer**
Caucus Chair Hakeem Jeffries
Rep. Frank Pallone
Rep. Ed Perlmutter
Rep. Raul Ruiz
Rep. Jan Schakowsky
**Rep. Adam Schiff**
**Rep. Brad Schneider**
**Rep. Mike Thompson**
Pennsylvania Delegation

### Thank you to all who contributed dues in <u>December</u>!

**The following Members contributed DCCC dues in December:**
*Members in BOLD contributed $50,000 or more towards their dues in December.*

**Rep. Nanette Barragán**
**Rep. Earl Blumenauer**
Rep. Lisa Blunt Rochester
Rep. Anthony Brown
Rep. Tony Cárdenas
Caucus Vice Chair Katherine Clark
**Whip James E. Clyburn**
**Rep. Steve Cohen**
Rep. Madeleine Dean
Rep. Peter DeFazio
Rep. Diana DeGette
Rep. Rosa DeLauro

DCCC_000450

**Rep. Val Demings**
Rep. Debbie Dingell
Rep. Veronica Escobar
**Rep. Lois Frankel**
Rep. Ruben Gallego
Rep. Chuy García
Rep. Deb Haaland
**Leader Steny Hoyer**
Rep. Jared Huffman
**Caucus Chairman Hakeem Jeffries**
Rep. Marcy Kaptur
Rep. Bill Keating
Rep. Robin Kelly
**Rep. Raja Krishnamoorthi**
**Rep. Annie Kuster**
Rep. Jim Langevin
Rep. Rick Larsen
**Rep. Barbara Lee**
**Rep. Ted Lieu**
**Rep. Zoe Lofgren**
Rep. Nita Lowey
Rep. Doris Matsui
**Rep. Jim McGovern**
Rep. Seth Moulton
**Rep. Richie Neal**
Rep. Joe Neguse
Rep. Tom O'Halleran
Rep. Frank Pallone
Rep. Donald Payne Jr.
**Speaker Nancy Pelosi**
**Rep. Ed Perlmutter**
**Rep. Scott Peters**
Rep. Mike Quigley
**Rep. Jamie Raskin**
Rep. Cedric Richmond
Rep. John Sarbanes
Rep. Jan Schakowsky
**Rep. Adam Schiff**
Rep. Bobby Scott
Rep. José Serrano
**Rep. Terri Sewell**
Rep. Greg Stanton
**Rep. Eric Swalwell**
Rep. Mark Takano
**Rep. Bennie Thompson**
Rep. Dina Titus
**Rep. Paul Tonko**
Rep. Norma Torres
Rep. Lori Trahan
**Rep. Debbie Wasserman Schultz**
Rep. Bonnie Watson Coleman
Rep. Peter Welch

**The following Members contributed DCCC dues in <u>January</u>:**
*Members in BOLD contributed $50,000 or more towards their dues this month.*

Rep. Nanette Barragán
Rep. Suzanne Bonamici
Rep. Kathy Castor
**Rep. Anna Eshoo**
Rep. Robin Kelly
**Rep. Ro Khanna**
Rep. Annie Kuster
**Rep. Ted Lieu**
Rep. Alan Lowenthal
Rep. Jerry McNerney
Rep. Gregorio Kilili Sablan
Rep. Greg Stanton

*Reflective of dues received as of January 8, 2020.*

**A special thank you to our Gavel Society Members:**
Rep. Ami Bera
Rep. Don Beyer
Rep. Julia Brownley
DCCC Chairwoman Cheri Bustos
Rep. Henry Cuellar
Rep. Suzan DelBene
Rep. Bill Foster
Rep. Jim Himes
Rep. Joe Kennedy
Rep. Derek Kilmer
Rep. John Lewis
Rep. Jimmy Panetta
Rep. Dutch Ruppersberger
Rep. Adam Schiff
Rep. Brad Schneider
Rep. Donna Shalala
Rep. Jackie Speier
Rep. Tom Suozzi
Rep. Mike Thompson
Rep. David Trone

**Reminder:** The Gavel Society is a new DCCC initiative. Gavel Society Members include those who paid their dues in full by Nov. 3, 2019 - a year out from Election Day!

**A special thank you to our Paid In Full Members:**
Rep. Ami Bera
Rep. Don Beyer
Rep. Earl Blumenauer
Rep. Julia Brownley
DCCC Chairwoman Cheri Bustos
Caucus Vice Chair Katherine Clark
Rep. Henry Cuellar
Rep. Suzan DelBene
Rep. Bill Foster

Rep. Jim Himes
Caucus Chairman Hakeem Jeffries
Rep. Marcy Kaptur
Rep. Joe Kennedy
Rep. Derek Kilmer
Rep. Raja Krishnamoorthi
Rep. Annie Kuster
Rep. John Lewis
Rep. Jimmy Panetta
Speaker Nancy Pelosi
Rep. Ed Perlmutter
Rep. Scott Peters
Rep. Dutch Ruppersberger
Rep. Adam Schiff
Rep. Brad Schneider
Rep. Donna Shalala
Rep. Jackie Speier
Rep. Tom Suozzi
Rep. Mike Thompson
Rep. Paul Tonko
Rep. David Trone

**A special thank you to our Leadership Circle Members:**
Rep. Pete Aguilar
Rep. Earl Blumenauer
Rep. Brendan Boyle
Rep. Anthony Brown
Rep. Judy Chu
Rep. Katherine Clark
Majority Leader Steny Hoyer
Caucus Chairman Hakeem Jeffries
Rep. Marcy Kaptur
Rep. Raja Krishnamoorthi
Rep. Annie Kuster
Rep. Ted Lieu
Speaker Nancy Pelosi
Rep. Ed Perlmutter
Rep. Scott Peters
Rep. Brad Sherman
Rep. Paul Tonko

**Reminder:** The Leadership Circle is a new DCCC initiative. Leadership Circle Members include those who commit to pay their dues in full by June 30, 2020.

**Thank you for being a DCCC Sustainer:**
Rep. Joyce Beatty
Rep. Suzanne Bonamici
Rep. David Cicilline
Rep. Rosa DeLauro
Rep. Debbie Dingell
Rep. Eliot Engel
Rep. Lois Frankel
Rep. John Garamendi

Rep. Deb Haaland
Rep. Eleanor Holmes Norton
Rep. Chrissy Houlahan
Rep. Jared Huffman
Rep. Robin Kelly
Rep. Jim Langevin
Rep. Zoe Lofgren
Rep. Nita Lowey
Rep. Doris Matsui
Rep. Donald McEachin
Rep. Gwen Moore
Rep. Joe Morelle
Rep. Seth Moulton
Rep. Stephanie Murphy
Rep. Jerry Nadler
Rep. Frank Pallone
Rep. Jamie Raskin
Rep. Jan Schakowsky
Rep. Bobby Scott
Rep. Pete Visclosky
Rep. Debbie Wasserman Schultz

*Reflective of dues received as of January 8, 2020.*

**Reminder:** The Sustainers Program is a customized payment plan designed by your team and the DCCC to pay dues in full before Election Day.

If you are interested in signing up for one of these programs or would like more information, please contact **Sierra Kelley-Chung** at **Kelley-Chung@dccc.org** Thank you.

Kindest Personal Regards,
Cheri Bustos

Cheri Bustos
Chairwoman · DCCC

CLB@DCCC.ORG

 **DCCC**

# Member Programs

The Member Dues program is a crucial piece of the DCCC's overall fundraising efforts. In addition to raising contributions from individual and PAC supporters, Members can support the DCCC by contributing directly from their campaign committees and leadership PACs. These contributions provide critical resources to the DCCC as it works to defend and expand our Democratic House Majority.

The below programs are intended to recognize those Members who directly support the DCCC, our priority Frontline Members and Red to Blue Candidates during the 2020 cycle. Early Member support enables the DCCC to invest in the field, recruitment, and digital programs that will ensure our continued Democratic Majority.

## DCCC GAVEL SOCIETY

**REQUIREMENTS OF THE PROGRAM:** In order to be considered Gavel Society Members, Members must have paid their dues in full or exceeded their dues goal by November 3, 2019.

**BENEFITS OF THE PROGRAM:**
- Special recognition with the Caucus in the following ways:
  - Acknowledgement in a DCCC Weekly Caucus Newsletter from the Chairwoman
  - Signage at DCCC Member Events
  - Special signifier on the 2019-2020 DCCC Caucus Report
- Member spotlight in the DCCC Playbook Newsletter, which is sent to the DCCC's national donor list
- Invitation to Chairwoman Bustos' Annual Issues Conference
- Invitation to the DCCC Additional Funds PAC Retreat
- Invitations to the Sustainer Roundtable Benefit Series
- DCCC Convention Package
- Access to preferred media trainings
- Entered into monthly drawings for special gifts from the Chairwoman
- A Member who makes a contribution of $50,000 or more in a month will receive a text to the Caucus from the Chairwoman
- Gavel pin and DCCC swag including a sweatshirt, mug, and water bottle
- Gavel Society Members' photos will be displayed at the DCCC

DCCC_000455

 **DCCC**

# DCCC LEADERSHIP CIRCLE

**REQUIREMENTS OF THE PROGRAM:** In order for Members to be considered Leadership Circle Members, they must have communicated a clear and committed sustainer plan to DCCC Staff to be paid in full by June 30, 2020.

**BENEFITS OF THE PROGRAM:**
- Special recognition with the Caucus in the following ways:
    - Acknowledgement in a DCCC Weekly Caucus Newsletter from the Chairwoman
    - Signage at DCCC Member Events
    - Special signifier on the 2019-2020 DCCC Caucus Report
- Member spotlight in the DCCC Playbook Newsletter, which is sent to the DCCC's national donor list
- Invitation to Chairwoman Bustos' Annual Issues Conference
- Invitation to the DCCC Additional Funds PAC Retreat
- Invitations to the Sustainer Roundtable Benefit Series
- DCCC Convention Package
- DCCC swag including a sweatshirt, mug, and water bottle
- A Member who makes a contribution of $50,000 or more in a month will receive a text to the Caucus from the Chairwoman

# POINT GUARDS

The Point Guards program acknowledges all the efforts Members make to help support the DCCC, their Frontline colleagues, and Red to Blue Candidates. Members can earn points in multiples ways including campaigning on behalf of a Frontline Member or Red to Blue Candidate, hosting fundraisers or contributing directly to Frontline Members and Red to Blue Candidates, or helping the DCCC recruit a new candidate.

To report your efforts, please click here: https://dccc.org/dcccpoints2019

Members who reach the below point levels during the cycle will join the DCCC's Point Guards program and receive the following items to recognize their support of the building:

- 75 points = a DCCC water bottle
- 150 points = a DCCC coffee mug
- 200 points = a DCCC sweatshirt

DCCC_000456

**From:**   Michelle Vasquez [Vasquez@dccc.org]
**Sent:**   10/24/2019 8:46:05 AM
**To:**   Jenna Rivera [Rivera@dccc.org]
**Subject:**   Re: DCCC Press Clips 10/24/2019

**From:** Jenna Rivera <Rivera@dccc.org>
**Sent:** Thursday, October 24, 2019 7:06 AM
**To:** Staff <D3CStaff@DCCC.ORG>; Interns <Interns@DCCC.ORG>
**Subject:** DCCC Press Clips 10/24/2019

DCCC Press Clips 10/24/2019:

**Driving the Day**
- Politico: Elijah Cummings to lie in state at Capitol
- NYT: The Student Vote Is Surging. So Are Efforts to Suppress It.
- Washington Post: Trump tries to rebrand Syria withdrawal as a political promise kept: Let someone else be the world's policeman

**Congressional Coverage**
- Roll Call: Republicans scramble to dispose of campaign cash from Giuliani associates
- Roll Call: Shrinking congressional districts look for federal help
- The Hill: House Dems demand documents from State Department in impeachment inquiry
- Washington Post: The Health 202: Trump and Pelosi are still working on a drug pricing deal despite impeachment drama
- Politico: House passes bill to protect elections from foreign interference

**District by District**
- NY-27: Daily Kos: Club for Growth spending on TV ads against Sen Jacobs
- GA-07: AJC: Stefanik's PAC added Unterman and Homrich to "Women to Watch" list
- PA-10: Scranton Times-Tribune: Kelly's World: DePasquale a top star for mayor
- CA-45, IL-14, NM-2, VA-7: Club for Growth Action is launching a digital campaign targeting four freshman Democrats over impeachment.
- NY-19: HV360: With help, rural rebuild can happen
- CA-10: Politico: California fights Trump on everything — except water
- IA-01: Des Moines Register: Abby Finkenauer to host 8 presidential candidates for fish fry focused on infrastructure and jobs
- IA-02: Mississippi Valley Publishing: Hart to bring campaign to Lee County on Monday
- TX-32/TX-17: The Hill: Former Pete Sessions staffer to comply with subpoena in federal probe investigating Giuliani, associates

**Impeachment Coverage**
- NYT: Contradicting Trump, Ukraine Knew of Aid Freeze Before It Became Public
- Politico: Pelosi and McConnell are on an impeachment collision course
- The Hill: Republicans storm closed-door hearing to protest impeachment inquiry
- Washington Post: House Democrats look to take impeachment probe public as soon as mid-November

**Presidential Coverage/Polling**
- AP: Trump 2020 targeting Hispanic vote in nontraditional places

Politico: Elijah Cummings to lie in state at Capitol
Sarah Ferris and John Bresnahan
October 24, 2019

DCCC_000457

Congress on Thursday will bid goodbye to Rep. Elijah Cummings (D-Md.), the son of sharecroppers who rose to become one of the Democratic Party's most influential figures at a tumultuous time in American politics.

The late Oversight Committee chairman — who represented his majority-black Baltimore district in the House for two decades — will become the first African American lawmaker to lie in state in the Capitol, an honor bestowed to only a few dozen statesmen, presidents and military leaders throughout U.S. history.

NYT: The Student Vote Is Surging. So Are Efforts to Suppress It.
Michael Wines
October 24, 2019

AUSTIN, Texas — At Austin Community College, civics is an unwritten part of the curriculum — so much so that for years the school has tapped its own funds to set up temporary early-voting sites on nine of its 11 campuses.

No more, however. This spring, the Texas Legislature outlawed polling places that did not stay open for the entire 12-day early-voting period. When the state's elections take place in three weeks, those nine sites — which logged many of the nearly 14,000 ballots that full-time students cast last year — will be shuttered. So will six campus polling places at colleges in Fort Worth, two in Brownsville, on the Mexico border, and other polling places at schools statewide.

Washington Post: Trump tries to rebrand Syria withdrawal as a political promise kept: Let someone else be the world's policeman
Anne Gearan
October 23, 2019

In President Trump's telling Wednesday, his withdrawal of all but a few U.S. forces from Syria makes good on his promise to shake off the sand of faraway Middle East conflicts, and to let other countries play policeman for a change.

Trump hopes his decision will please his most loyal political supporters, who tend to love it when he pokes a finger in the eye of the naysayers. Thus, Trump proudly owned what his critics see as a debacle born of willful ignorance.

Roll Call: Republicans scramble to dispose of campaign cash from Giuliani associates
Bridget Bowman
October 23, 2019

Republican lawmakers unwittingly entangled in a campaign finance scandal have scrambled to get rid of contributions from two men at the center of the alleged wrongdoing, both of whom will be back in court Wednesday.
Igor Fruman and and Lev Parnas have been accused of violating campaign finance laws and will be in federal court in New York for their arraignment. Fruman, Parnas and two other men were indicted earlier this month for "engaging in a scheme to funnel foreign money to candidates." The indictment alleged the two men did so to "buy potential influence with the candidates, campaigns, and the candidates' governments."
Roll Call: Shrinking congressional districts look for federal help
Michael Gacagnone
October 22, 2019

Despite explosive growth in other areas of the country since 2010, about 80 congressional districts have lost significant population over the decade — leaving many looking for help from the federal government.

Some districts may have lost 30,000 or more people through 2018, many of them in manufacturing and mining areas in the Northeast, according to Census Bureau data released last month. Most of those districts are represented by Democrats but located in states President Donald Trump won in 2016 by promising new trade deals that have since taken a back seat in Washington.

DCCC_000458

The Hill: House Dems demand documents from State Department in impeachment inquiry
Tal Axelrod
October 23, 2019

House Democrats on Wednesday sent a letter to the State Department demanding the agency provide documents regarding President Trump's dealings with Ukraine even after the department declined to comply with a subpoena.

Reps. Adam Schiff (Calif.), Eliot Engel (N.Y.) and Carolyn Maloney (N.Y.), the chairs of the House Intelligence, Foreign Affairs and Oversight and Reform committees, respectively, wrote to Deputy Secretary of State John Sullivan that they have identified specific documents in the possession or control of the State Department regarding Trump's efforts to pressure Ukraine to investigate former Vice President Joe Biden that are "directly and highly relevant to the [impeachment] inquiry."

Washington Post: The Health 202: Trump and Pelosi are still working on a drug pricing deal despite impeachment drama
Paige Winfield Cunningham
October 23, 2019

President Trump and House Speaker Nancy Pelosi (D-Calif.) could hardly be more at odds — but behind the scenes, they're still grasping at a bipartisan deal to lower the high cost of prescription drugs.

Pelosi's office and the White House confirmed that the speaker's top health aide, Wendell Primus, spoke on the phone last week with Joe Grogan, director of the Trump's Domestic Policy Council. The conversation follows a meeting earlier this month between top administration health officials and Primus, who has been acting as the main go-between as the White House seeks broad action on drug prices.

Politico: House passes bill to protect elections from foreign interference
Sarah Ferris
October 23, 2019

The House on Wednesday approved an election security bill that has been a top demand from Democrats' most vulnerable members.

But the legislation — touted during this summer's Mueller mania as a way to respond to Russian intrusions in the 2016 election — has been eclipsed by the impeachment inquiry involving an entirely new election scandal in Donald Trump's White House.

NY-27: Daily Kos: Club for Growth spending on TV ads against Sen Jacobs
October 23, 2019

· NY-27: The radical anti-tax Club for Growth is spending a total of $32,000 on ads on Fox News and local conservative talk radio on spots arguing that GOP state Sen. Chris Jacobs didn't support Donald Trump over Hillary Clinton in 2016. The TV commercial utilizes a clip of a reporter asking Jacobs if he supported Trump's candidacy and Jacobs responding, "I am 100% focused on my campaign. I'm running for state office." The GOP nominee for this still unscheduled special election will be chosen by county party leaders rather than primary voters, so the Club's media campaign is aimed at persuading this small but important group not to pick Jacobs.

GA-07: AJC: Stefanik's PAC added Unterman and Homrich to "Women to Watch" list
Jim Galloway, Greg Bluestein and Tamar Hallerman
October 23, 2019

E-PAC, U.S. Rep. Elise Stefanik's political action committee tasked with electing more GOP women to Congress, has endorsed former colleague Karen Handel's comeback bid for the Sixth District. Handel is one of 11 women who met the group's fundraising and organizational thresholds, as well as demonstrated "the ability to prove a path to victory." The

DCCC_000459

group also added two Seventh District GOP hopefuls, Renee Unterman and Lynne Homrich, to their "women to watch" list.

PA-10: Scranton Times-Tribune: Kelly's World: DePasquale a top star for mayor
Chris Kelly
October 23, 2019

The strongest candidate in the Scranton mayoral race is running for Congress.

State Auditor General Eugene DePasquale became a local hero in 2017 when his scathing audit of the Scranton School District exposed the ruinous consequences wrought by decades of corruption, cronyism and institutional incompetence.
CA-45, IL-14, NM-2, VA-7: Club for Growth Action is launching a digital campaign targeting four freshman Democrats over impeachment.

FIRST IN SCORE — AD WARS — Club for Growth Action is launching a digital campaign targeting four freshman Democrats over impeachment. The ads hit Reps. Katie Porter (CA-45), Lauren Underwood (IL-14), Xochitl Torres Small (NM-02) and Abigail Spanberger (VA-07 ). The congresswomen "got elected promising moderation, independence, results. It was just talk," the ads begin. "These days, it is all about impeachment." The group said it'd spend a combined $40,000 on the ads.

NY-19: HV360: With help, rural rebuild can happen
Hudson Valley 360
October 22, 2019

As two of our leading national lawmakers so accurately pointed out Monday, not all regions in New York state are created equal, at least in the eyes of the nation's capital.
U.S. Rep. Antonio Delgado, D-19, and U.S. Sen. Kirsten Gillibrand, D-N.Y., hope to bridge the gaps with new proposed legislation called the Rebuild Rural America Act.
The proposal calls for an overhaul of the current federal funding model with a $50 billion, multiyear federal grant solely for rural communities across the nation. The grant would address complex rural issues ranging from rural broadband to aging infrastructure to child care.
CA-10: Politico: California fights Trump on everything — except water
Debra Kahn
October 21, 2019

California is providing health care to undocumented immigrants while President Donald Trump wants to build a border wall, and Gov. Gavin Newsom circumvented the White House with a side deal on auto emissions standards.

But when it comes to water, Trump and California are closer than you might think.

About 90 minutes from the deep blue coast, the predictable political fault lines stop at the Central Valley, home to the state's $70 billion agricultural industry.

IA-01: Des Moines Register: Abby Finkenauer to host 8 presidential candidates for fish fry focused on infrastructure and jobs
Stephen Gruber-Miller
October 22, 2019

U.S. Rep. Abby Finkenauer will host eight Democratic presidential candidates next month for a fish fry focused on infrastructure and jobs, she announced Tuesday.

"I thought it was really important to have a focused conversation where folks in the 1st District can hear Democratic presidential candidates talk about these issues," Finkenauer, a Democrat from Sherrill who represents Iowa's 1st Congressional District, told the Des Moines Register in an interview.

DCCC_000460

IA-02: Mississippi Valley Publishing: Hart to bring campaign to Lee County on Monday
Robin Delaney
October 22, 2019

The Lee County Democratic Party is hosting two Meet and Greets in Lee County on Monday, Oct., for Rita Hart, candidate for Congress in Iowa's 2nd Congressional District.

The first event will be held at Sub Arena Sandwich Shop, 2805 Ave. L, Fort Madison, 3:30-4:30 p.m. A second event will take place 5:30-6:30 p.m. at The Lost Canvas, 719 Main St., Keokuk.

TX-32/TX-17: The Hill: Former Pete Sessions staffer to comply with subpoena in federal probe investigating Giuliani, associates
Olivia Beavers
October 23, 2019

Federal prosecutors have subpoenaed a longtime aide to former Rep. Pete Sessions (R-Texas) as they seek to examine Rudy Giuliani's business dealings with Ukraine, including his involvement in efforts to oust the U.S. ambassador to Ukraine.

Caroline Boothe, who served as the chief of staff to Sessions, the former House Rules Committee chairman, notified House Speaker Nancy Pelosi (D-Calif.) that she intends to comply with the subpoena, according to her lawyer.
NYT: Contradicting Trump, Ukraine Knew of Aid Freeze Before It Became Public
Andrew E. Kramer and Kenneth P. Vogel
October 23, 2019

KIEV, Ukraine — To Democrats who say that President Trump's decision to freeze a $391 million military aid package to Ukraine was intended to bully Ukraine's leader into carrying out investigations for Mr. Trump's political benefit, the president and his allies have had a simple response: There could not have been any quid pro quo because the Ukrainians did not know the assistance had been blocked.

Following testimony by William B. Taylor Jr., the top United States diplomat in Ukraine, to House impeachment investigators on Tuesday that the freezing of the aid was directly linked to Mr. Trump's demand for the investigations, the president took to Twitter on Wednesday morning to approvingly quote a Republican member of Congress saying neither Mr. Taylor nor any other witness had "provided testimony that the Ukrainians were aware that military aid was being withheld."

Politico: Pelosi and McConnell are on an impeachment collision course
Burgess Everett and Heather Caygle
October 23, 2019

Nancy Pelosi and Mitch McConnell are attacking each other in increasingly pointed terms as House Democrats burrow deeper into their impeachment inquiry.

But if the top two congressional leaders can't find a way to come together soon, the government could plunge into a shutdown and any last hopes for legislating before the presidential election will vanish.
The Hill: Republicans storm closed-door hearing to protest impeachment inquiry
Juliegrace Brufke, Rebecca Klar and Olivia Beavers
October 23, 2019

House Republicans stormed a closed-door hearing Wednesday to protest Democrats' impeachment inquiry process, breaking up the deposition of a top Defense Department official who was testifying about President Trump's dealings with Ukraine.

DCCC_000461

"They crashed the party," said Rep. Harley Rouda (D-Calif.), a member of the Oversight and Reform Committee, one of three House panels leading the impeachment probe.

Washington Post: House Democrats look to take impeachment probe public as soon as mid-November
Rachael Bade and Karoun Demijian
October 23, 2019

House Democrats are preparing to move their largely private impeachment inquiry onto a more public stage as soon as mid-November and are already grappling with how best to present the complex Ukraine saga to the American people.

Over the past three weeks, a parade of current and former Trump administration officials have testified behind closed doors, providing House investigators with a compelling narrative of President Trump's campaign to extract political favors from Ukrainian officials. But on Wednesday, after conservative lawmakers stormed the hearing room and delayed the proceedings for five hours, some Democrats were feeling pressure to advance public hearings in hopes of avoiding further disruptions.

AP: Trump 2020 targeting Hispanic vote in nontraditional places
Will Weissert
October 23, 2019

YORK, Pa. (AP) — President Donald Trump's reelection campaign is making contrarian appeals in the most unusual places, trying to win over Hispanic voters in states not known for them, like Pennsylvania.

His second campaign, far better financed and organized than his first, is pressing every potential tactical advantage, including trying to capture even small slivers of the Hispanic vote, hoping it adds up to the narrowest of winning margins.

Jenna Rivera
PRESS ASSISTANT · DCCC

Office: (202) 741-1870 | Cell: (562) 273-6927

| From: | Jenna Rivera [Rivera@dccc.org] |
| --- | --- |
| Sent: | 1/13/2020 5:56:32 AM |
| To: | Staff [D3CStaff@DCCC.ORG]; Interns [Interns@DCCC.ORG] |
| Subject: | DCCC Press Clips 1/13/2019 |

DCCC Press Clips 1/13/2019:

**Congressional Coverage**

- Teen Vogue: Latinx Voters, Projected to Be the Largest Minority Voting Bloc, Could Help Determine the 2020 Presidential Election
- AP: Not on form, but brawl over citizenship question continues
- AP: Redistricting power at stake in 2020 legislative elections

**District by District**

- TX-All: Tarrant County expects to have voting sites at college campuses, despite new law
- AZ-ALL: Arizona Public Media: Arizona lawmakers, House, split on vote demanding end to attacks on Iran
- CA-10: Turlock Journal: Republican candidates talk priorities, Trump at first forum
- IA-ALL: Des Moines Register: U.S. Rep. Dave Loebsack endorses Pete Buttigieg for president
- NV-03: Nevada Current: House to vote on Lee's strike at 'burdensome' Devos debt relief rule
- VA-02, NY-11: New York Times: Why We Voted Against the War Powers Resolution
- MI-ALL | Hour Detroit: Pundits from Across the Political Spectrum Share Their 2020 Predictions
- PA-07 | Morning Call: U.S. Rep. Susan Wild in step with Democratic colleagues facing tough 2020 reelections

**Impeachment Coverage**

- Politico: Pelosi defends impeachment delay, warns of 'cover-up' by Senate
- NYT: How the Public Feels About Trump's Iran Strategy

**Presidential Coverage/Polling**

- WaPo: House Democrats who endorsed in 2020 primary signal they will unify behind eventual nominee
- CNN: Iowa poll: Likely Democratic caucusgoers are fired up by the election but also exhausted by politics
- The Hill: Democrats voice concerns over Sanders

**Iran Coverage**

- ABC News: POLL: Majority of Americans disapprove of Trump's handling of Iran, feel less safe after strike

Teen Vogue: Latinx Voters, Projected to Be the Largest Minority Voting Bloc, Could Help Determine the 2020 Presidential Election
Lucy Diavolo
January 10, 2020

Julián Casto may have dropped out of the 2020 Democratic presidential primary, but that doesn't mean he won't continue to have an impact on the race. The former San Antonio mayor and Housing and Urban Development secretary made big splashes with a campaign that helped shift the conversation on immigration reform.

Now it seems Massachusetts senator Elizabeth Warren, one of 2020's top Democratic contenders, will benefit from Castro's game-changing potential. He endorsed her on January 6, and the duo appeared at a rally together in Brooklyn the following day, where Castro laid out why he supports Warren.

AP: Not on form, but brawl over citizenship question continues
Mike Schneider
January 12, 2020

The U.S. Supreme Court decided a citizenship question won't be on this spring's census form, but that doesn't mean the fight over it has ended in courtrooms across the country.

In Maryland, civil rights groups are trying to block an order from President Donald Trump to gather citizenship data through administrative records. In New York, other civil rights groups are seeking sanctions against Trump

administration attorneys for not turning over documents related to the citizenship question's origins. Democratic lawmakers in the District of Columbia are fighting for similar documents, and Alabama officials are suing the Census Bureau to keep immigrants living in the country illegally from being counted during the process that determines the number of congressional seats each state gets.

AP: Redistricting power at stake in 2020 legislative elections
David A. Lieb
January 11, 2020

JEFFERSON CITY, Mo. (AP) — The reins of political power in the U.S. for the next decade could be determined in this year's elections — not necessarily by who wins the presidency, but by thousands of lower-profile contests for state legislative seats across the country.

In many states, the winners of those legislative races will have a role in drawing new districts for Congress or state legislatures based on the 2020 census. If a political party can win control of those state legislative chambers now, it can draw voting districts to boost its chances in future elections.

TX-All: Tarrant County expects to have voting sites at college campuses, despite new law
Anna Tingsley

Initially, it appeared as though voters would no longer be able to cast ballots at colleges, which had served as temporary voting sites. A law that went into effect Sept. 1 eliminated the temporary sites.

But now Tarrant election officials believe there is enough money for colleges to open full-time for the March primary early voting period. That includes TCU, UT Arlington, Tarrant County College, Texas Wesleyan and Southwestern Baptist Theological Seminary.

AZ-ALL: Arizona Public Media: Arizona lawmakers, House, split on vote demanding end to attacks on Iran
Kara Harris
January 10, 2020

WASHINGTON – Arizona lawmakers split along party lines Thursday as the House passed a nonbinding resolution calling on the president to end the use of U.S. military "to engage in hostilities in or against Iran or any part of its government or military."

The 224-194 vote saw a handful of lawmakers cross the aisle, but was mostly supported by Democrats who said Congress needs to reassert its authority over war powers, and opposed by Republicans who accused the other side of playing politics.

CA-10: Turlock Journal: Republican candidates talk priorities, Trump at first forum
Angelina Martin
January 10, 2020

Undecided voters walking out of a candidate forum hosted by the Republican Party of Stanislaus County on Tuesday night likely left just as unsure as they felt when they entered.

Bob Elliot, Marla Sousa Livengood and Ted Howze are all Republicans running to unseat freshman Congressman Josh Harder in the U.S. House of Representatives, but the similarities don't stop there. All three of the conservative candidates vying for a shot at representing the 10th Congressional District have a wealth of public service under their belts, grew up on family farms and, as constituents heard this week, have like-minded opinions on a majority of the political topics dominating today's headlines.

IA-ALL: Des Moines Register: U.S. Rep. Dave Loebsack endorses Pete Buttigieg for president
Barbara Rodriguez

DCCC_000464

January 12, 2020

U.S. Rep. Dave Loebsack, a long-time Iowa congressman, has endorsed Democrat Pete Buttigieg for president.

One of three Democrats in Iowa's congressional delegation, Loebsack's backing is a high-profile boost for Buttigieg a few weeks before the caucuses on Feb. 3.

NV-03: Nevada Current: House to vote on Lee's strike at 'burdensome' Devos debt relief rule
Allison Stevens
January 10, 2020

The U.S. House is expected to vote next week on a resolution that would overturn a federal rule that critics say guts protections for defrauded student loan borrowers.

The resolution — led by Nevada Democratic Rep. Susie Lee — expresses congressional disapproval of the so-called borrower defense rule, which was revised by President Donald Trump's education secretary, Betsy DeVos.
VA-02, NY-11: New York Times: Why We Voted Against the War Powers Resolution
Elaine Luria and Max Rose
January 11, 2020

The most consequential decision a member of Congress can make is whether to send troops into harm's way, and it is one we take seriously and personally. We both served in the greater Middle East and saw the impact of these intractable conflicts on our fellow service members and their families. Our military personnel are our nation's most valuable asset; we must not send them into unnecessary war.

We voted against the War Powers Resolution that the House passed this week because it merely restated existing law. It addressed a de-escalated conflict with a symbolic vote that did more to distract than to fix the real challenges we face. If Congress wants to assert its power to declare war, we must take on the hard task of publicly debating a new Authorization for Use of Military Force, the A.U.M.F., as it's commonly called, as well as congressional appropriations for military operations. That is where decisions of war and peace are made.

MI-ALL | Hour Detroit: Pundits from Across the Political Spectrum Share Their 2020 Predictions
Steven Friess
January 12, 2020

2020, we constantly hear, will be the most momentous political year of our lifetimes. Of course, we hear much the same every four years. And yes, this presidential race could be a defining event of our times. But here in the Wolverine State there's much more ahead than just a national verdict on Trumpism. Also in play: The fates of the prominent and the powerful in Michigan.

To assess their chances and answer some burning Michigan politics questions, we assembled a crack team of pundits from across the state and the political spectrum. Despite their diverse backgrounds, our panel — keep the Meet the Experts information handy as you read — offered some general consensus. In short, it'll be a happy New Year for some, less so for others. Read on.

PA-07 | Morning Call: U.S. Rep. Susan Wild in step with Democratic colleagues facing tough 2020 reelections
Laura Olson
January 10, 2020

Democratic U.S. Rep. Susan Wild raised more than $500,000 during the final three months of last year, her campaign told The Morning Call, her highest fundraising quarter so far as she heads into her first re-election campaign.

Wild's campaign said she had more than $1 million on hand at the end of December. Her campaign staffers released those top-line fundraising figures Friday, but the details of the exact contributions and spending won't be available until her full quarterly finance report is filed next week with the Federal Election Commission.

Politico: Pelosi defends impeachment delay, warns of 'cover-up' by Senate
Sarah Ferris
January 12, 2020

Speaker Nancy Pelosi on Sunday defended her decision to temporarily delay the Senate's impeachment trial of President Donald Trump, despite securing no promises from GOP leaders to allow witness testimony.

"What we think we accomplished in the past few weeks is that we wanted the public to see the need for witnesses," Pelosi said on ABC News' "This Week," marking her first public comments since ending the lengthy standoff with Senate Majority Leader Mitch McConnell on Friday.

NYT: How the Public Feels About Trump's Iran Strategy
Giovanni Russonello
January 10, 2020

As a presidential candidate, Donald J. Trump pledged that he would maintain the United States' leverage abroad by committing to an approach of "unpredictability."

As president, he has been nothing if not unpredictable.

WaPo: House Democrats who endorsed in 2020 primary signal they will unify behind eventual nominee
Jacqueline Alemany and Sean Sullivan
January 12, 2020

Prominent House Democrats who have picked sides in the 2020 presidential primary plan to soon announce they will back the eventual Democratic nominee after what's becoming an increasingly fractious race to challenge President Trump.

Rep. Brendan Boyle (D-Penn.), a backer of Vice President Biden, is leading the effort to unify House Democrats, and has so far been in touch with two of his colleagues -- Reps. Ro Khanna (D-Calif.) and Katie Porter (D-Calif.). Khanna has once again thrown his support behind Sen. Bernie Sanders (I-Vt.), who has very few supporters in the House, and Porter is backing Sen. Elizabeth Warren (D-Mass.)

CNN: Iowa poll: Likely Democratic caucusgoers are fired up by the election but also exhausted by politics
Grace Sparks
January 12, 2020

(CNN)Majorities of likely Democratic caucusgoers say they're optimistic, fired up, feminists and ... exhausted by politics. A new poll from CNN/Des Moines Register/Mediacom finds fewer soon-to-be caucus attendees consider themselves socialists than capitalists, and almost a quarter are regular Twitter users.

Three-in-five likely Iowa Democratic caucusgoers say they're fired up, especially those who are very liberal (76%), extremely enthusiastic about their first choice candidate (76%), and have locked in who they'll caucus for (71%). Likely caucus attendees who say they'll "definitely attend" rather than "probably attend" the caucus are more likely to describe themselves as "fired up" (66%).

The Hill: Democrats voice concerns over Sanders
Amie Parnes
January 13, 2020

Democrats who believe Sen. Bernie Sanders (I-Vt.) had a negative influence on the 2016 general election against President Trump are increasingly expressing worries he'll hurt the party again in 2020.

The Democrats complaining about Sanders, some of whom have histories with former Secretary of State Hillary Clinton's campaign, argue the rhetoric being employed by Sanders in some cases goes too far in damaging his rivals.
ABC News: POLL: Majority of Americans disapprove of Trump's handling of Iran, feel less safe after strike
Kendall Karson
January 11, 2020

Follow live updates from Chris Casteel as he covers Congresswoman Kendra Horn's town hall in Oklahoma City. Coverage starts at 1 p.m.

2:04 PM - 1/11/20

Chris Casteel
@casteelpolitics
US Rep. Kendra Horn holding first town hall meeting of the year, in Bethany, this afternoon. https://t.co/nm3ZWAzdKU

Jenna Rivera
PRESS ASSISTANT | DCCC

Office: (202) 741-1870 | Cell: (562) 273-6927

DCCC_000467

| From: | Avery Jaffe [Jaffe@dccc.org] |
|-------|------------------------------|
| Sent: | 11/27/2019 10:28:45 AM |
| To: | Comm - South [Comm-South@dccc.org] |
| Subject: | TX-All: Texas Tribune Blast for Nov. 26, 2019 |

*Pulling out these items from last night's newsletter:*

# TEXAS GOP MEMOGATE

The Dallas Morning News got a hold of the Texas GOP's draft 2020 election strategy last night.

Aside from the move being an apparent blunder from the state party, the memo itself wasn't all that groundbreaking — though it confirmed what most involved with the 2020 landscape figured, most notably that some Republicans view the president as a liability for their candidates heading into the election.

The memo also highlighted that the end of straight ticket voting is a reality that will need to be grappled with.

## TX-23 WATCH

**Tony Gonzales**, a Republican candidate to replace retiring U.S. Rep. **Will Hurd**, R-Helotes, has returned two corporate donations to his campaign, which are prohibited. Gonzales filed an amended third-quarter report Monday with the Federal Election Commission disclosing that he refunded the two donations, both from Tennessee-based Daedalus Corporation. The contributions were $2,800 each, representing the maximum amount an individual can give for the primary and then the general election. Gonzales, who has Hurd's endorsement, is one of 10 GOP candidates for the nationally targeted seat. — *Patrick Svitek*

# ROY PREDICTS HEAVY DCCC PRESENCE IN TEXAS AHEAD OF 2020 ELECTIONS

During a meet-and-greet fundraiser earlier this month, U.S. Rep. **Chip Roy**, R-Austin, predicted the DCCC, the main campaign arm for House Democrats, would have a heavy presence in Texas ahead of 2020.

"They are active," he said at the fundraiser in audio that was obtained by The Hill.

"There are eight DCCC staffers — that's the Democratic congressional political arm — eight of them in Austin right now. Probably half of those targeting Texas 21. Do you know how many we have from the NRCC? Zero," Roy said, referring to the National Republican Congressional Committee, the Republican counterpart to the DCCC.

DCCC_000468

His comments aren't incredibly surprising given national Democrats' interest in the state after two congressional seats flipped blue in 2018. Plus, the DCCC has made public it plans to target six Texas congressional seats in 2020, including Roy's 21st District.

As The Hill notes, DCCC's headquarters are in Austin, but the group has organizers throughout the state. In a statement to The Hill, the NRCC said it is "working hand in hand with the RNC and Texas GOP to ensure the state has the best ground game in the country."

**From:** The Blast <theblast@texastribune.org>
**Sent:** Tuesday, November 26, 2019 5:59 PM
**To:** commaccounts <commaccounts@DCCC.ORG>
**Subject:** The Blast: About that draft Texas GOP 2020 memo, Dems file lawsuit over new voting law, another O'Rourke alum joins Deval Patrick's WH bid

Nov 26, 2019 | View in browser



A PREMIUM PRODUCT OF THE TEXAS TRIBUNE

By Cassi Pollock and Alex Samuels

**99** days until the 2020 primary

Updates to 2020 candidate spreadsheet: SBOE-5, HD-129, TX-17, HD-6, TX-11, TX-13, HD-32, HD-134, TX-SEN, SD-20, SBOE-15 and HD-120

## PROGRAMMING NOTE

Hi, folks — we're taking the rest of the week off to enjoy some turkey. We'll be in your inbox again Monday.

## NEW THIS EVENING

Lt. Gov. **Dan Patrick** has appointed a Senate committee to review art and other decor in the upper chamber. State Sen. **Bryan Hughes**, R-Mineola, will chair the committee.



## TEXAS GOP MEMOGATE

The Dallas Morning News got a hold of the Texas GOP's draft 2020 election strategy last night.

Aside from the move being an apparent blunder from the state party, the memo

DCCC_000470

itself wasn't all that groundbreaking -- though it confirmed what most involved with the 2020 landscape figured, most notably that some Republicans view the president as a liability for their candidates heading into the election.

The memo also highlighted that the end of straight ticket voting is a reality that will need to be grappled with.

Not surprisingly, Democrats last night and today have cast the leaked memo as the latest example that the GOP is a party that's floundering to recruit diverse candidates ahead of an election cycle it knows will be a challenge with Trump on the ballot.

**Manny Garcia**, the executive director of the Texas Democratic Party, called the state GOP "desperate" in a statement. And the Democratic Congressional Campaign Committee, which is heavily targeting Texas in 2020, sent a memo to reporters about the leaked GOP document, saying Trump "is a constant reminder of where the Republican party has ventured to, and maybe more importantly, where it's ventured from."

## DEMS FILE LAWSUIT AGAINST TEXAS OVER NEW VOTING LAW

Two Texas democratic organizations filed a lawsuit Tuesday against the state over a newly implemented law that's triggered the shutdown of early voting places.

The Texas Young Democrats and Texas College Democrats filed the lawsuit alongside 96-year-old**Terrell Blodgett,** former city manager of Austin, alleging that ending the use of temporary or mobile early voting sites is unconstitutional and suppresses voters, like college students and people in nursing homes, who typically vote near where they live, work or go to school.

"A ban on mobility voting is a ban on voting," said **Mike Siegel**, a Democratic

DCCC_000471

congressional candidate during a press conference.

The lawsuit is an attempt to block the law ahead of the 2020 primary elections.

Republican lawmakers pushed the law, introduced during the last legislative session as House Bill 1888, to curb what they saw as abuse in school bond elections by requiring voting sites to remain open for all 12 days of early voting. Despite warnings from local election officials, HB 1888 was crafted broadly enough to outlaw the long-established practice of moving polling places during the early voting period to reach as many voters as possible near where they live, work or go to school.

In late October, the Texas Democratic Party and the Democratic campaign arms for the U.S. House and Senate filed a similar lawsuit in Austin.

— *Stacy Fernández*

## POLLING CATNIP

• **Julián Castro**, **Cory Booker, Andrew Yang** and **Michael Bennet** are tied in sixth place nationally with Democratic voters and independent voters who lean Democratic, according to a new national poll from Quinnipiac University. All four candidates earned 2%.

• Today's poll doesn't help Castro inch closer to making the cut for the December debate stage. (He needed to receive at least 4%.) Castro has no qualifying polls under his belt and has yet to hit the donor threshold, either. He didn't qualify for the November stage.

○ **One interesting tidbit:** Billionaire and former New York City Mayor **Michael Bloomberg**, who made his White House bid official over the weekend, received 3% in the national poll.

## WHERE ARE THEY NOW?

Another alum of **Beto O'Rourke**'s presidential campaign has joined former

DCCC_000472

Massachusetts Gov.**Deval Patrick**'s last-minute White House bid, The Washington Post reports. **Aleigha Cavalier**, a former spokeswoman for O'Rourke, is serving as communications director for Patrick, who made his run official nearly two weeks ago.**Abe Rakov**, who was a senior adviser to O'Rourke, is Patrick's campaign manager, which we wrote in The Blast on Nov. 14.

## FILING UPDATE

It looks like there'll be no 2020 surprises in the Texas Senate. All 15 members who are up for reelection next year and were expected to run again have now filed for another term, according to our count. Sen.**Carol Alvarado**, D-Houston, was No. 15 today, per her Twitter. The group excludes Sen.**José Rodríguez**, D-El Paso, who announced in September that he wouldn't seek reelection. The filings track closely with comments that Lt. Gov. **Dan Patrick** made after the session earlier this year indicating that he expected few, if any, retirements. — *Patrick Svitek*

**FWIW:** All four Texas Supreme Court justices who are up for reelection next year have also filed.

## CANDIDATE ANNOUNCEMENTS

**TX-17: Renee Swann**, a health care executive and small-business owner, announced this morning she's running as a Republican in the 17th Congressional District after U.S. Rep. **Bill Flores'** retirement. Nine GOP'ers have declared their candidacy in the solidly red seat, including former U.S. Rep.**Pete Sessions** of Dallas. "Only an outsider like me will fight for our conservative Texas values because I'm not beholden to anyone," Swann said in a news release that played up her experience growing Brazos Eye Surgery of Texas since its founding in 1981. "Our district needs an outside, a lifelong conservative, and someone who will be an outspoken advocate for hard-working Americans, all the time."

DCCC_000473

## CANDIDATE BUZZ

**TX-13:** A 10th Republican has entered the Republican primary for the seat being vacated by U.S. Rep. **Mac Thornberry**, R-Clarendon. **Asusena Reséndiz**, the former head of Hispanic chambers of commerce in Irving and Forth Worth and a Gov. **Greg Abbott** appointee to the Texas Department of Housing and Community Affairs filed FEC paperwork for the seat this afternoon. Other notable Republicans running for the solidly red seat include GOP donor **Chris Ekstrom**, lobbyist **Josh Winegarner** and Amarillo City Councilwoman **Elaine Hays.** [H/T the Tribune's Patrick Svitek]

## TX-23 WATCH

**Tony Gonzales**, a Republican candidate to replace retiring U.S. Rep. **Will Hurd,** R-Helotes, has returned two corporate donations to his campaign, which are prohibited. Gonzales filed an amended third-quarter report Monday with the Federal Election Commission disclosing that he refunded the two donations, both from Tennessee-based Daedalus Corporation. The contributions were $2,800 each, representing the maximum amount an individual can give for the primary and then the general election. Gonzales, who has Hurd's endorsement, is one of 10 GOP candidates for the nationally targeted seat. — *Patrick Svitek*

*SPONSOR CONTENT*

MUY'ONO RESORTS

**Travel Better**

DCCC_000474



According to a recent report released by Booking.com, 87% of people have a desire to travel sustainably. Discover Austin-based Muy'Ono Resorts, which has launched a comprehensive program to promote a sustainable approach to tourism in Belize. For a limited time, Texas Tribune Readers enjoy exclusive savings on their next vacation.

## ROY PREDICTS HEAVY DCCC PRESENCE IN TEXAS AHEAD OF 2020 ELECTIONS

During a meet-and-greet fundraiser earlier this month, U.S. Rep. **Chip Roy**, R-Austin, predicted the DCCC, the main campaign arm for House Democrats, would have a heavy presence in Texas ahead of 2020.

"They are active," he said at the fundraiser in audio that was obtained by The

DCCC_000475

Hill.

"There are eight DCCC staffers — that's the Democratic congressional political arm — eight of them in Austin right now. Probably half of those targeting Texas 21. Do you know how many we have from the NRCC? Zero," Roy said, referring to the National Republican Congressional Committee, the Republican counterpart to the DCCC.

His comments aren't incredibly surprising given national Democrats' interest in the state after two congressional seats flipped blue in 2018. Plus, the DCCC has made public it plans to target six Texas congressional seats in 2020, including Roy's 21st District.

As The Hill notes, DCCC's headquarters are in Austin, but the group has organizers throughout the state. In a statement to The Hill, the NRCC said it is "working hand in hand with the RNC and Texas GOP to ensure the state has the best ground game in the country."

## QUICK HITS
- Billionaire fracking brothers hammered by Permian holdings [Bloomberg]
- Fort Worth officials appeal rehiring teacher who tweeted President **Donald Trump** about 'illegal students' [Fort Worth Star-Telegram]



Gov. **Greg Abbott** appointed **Christy McClendon** of Lubbock to the Governor's University Research Initiative Advisory Board for a term at the pleasure of the governor. **McClendon** is executive vice president and managing partner for GRACO Real Estate Development Inc.

Abbott appointed **Daniel Feehan** of Fort Worth and**John Scott Jr.** of Keller to the University of North Texas System Board of Regents for terms set to expire May 22, 2025. Feehan is chairman ofFirstCash Inc. Keller is the chief medical officer and chairman of the board of ALLCARE Physicians Group and an assistant professor at UT Southwestern Medical Center.

## ENDORSEMENT WATCH

**HD-6**: Gov. **Greg Abbott** endorsed state Rep. **Matt Schaefer,** R-Tyler, for reelection to House District 6. One Democrat is already running to challenge Schaefer.

The LGBTQ Victory Fund, a national group focused on electing LGBTQ leaders to office, has endorsed two more candidates running for the Texas House: **Eric Holguin** and **Ann Johnson.** Holguin is running for House District 32, which is currently represented by state Rep.**Todd Hunter**, R-Corpus Christi. Johnson is running for House District 134, which is currently represented by state Rep.**Sarah Davis**, R-West University Place.



EDUCATE TEXAS
COMMUNITIES FOUNDATION of TEXAS

We believe that every Texas student should succeed in school, the workforce and in life.

Get Involved. Visit **edtx.org**

DCCC_000477



- Translators help Korean American voters in Harris County find their electoral voice by Alexa Ura



"An extreme-left nominee turns out every liberal in the state. And in this polarized environment that can be dangerous. There are some Republicans who celebrate the prospect of Elizabeth Warren winning the nomination. I am far more cautious."

— U.S. Sen. **Ted Cruz** on how a "extreme-left" Democratic presidential nominee could impact competitive Senate races nationwide. [Politico]

DCCC_000478



## By Cassi Pollock and Alex Samuels

cpollock@texastribune.org and asamuels@texastribune.org

@cassi_pollock and @alexsamuelsx5

*The University of North Texas and UT Southwestern Medical Center have been financial supporters of The Texas Tribune, a nonprofit, nonpartisan news organization that is funded in part by donations from members, foundations and corporate sponsors. Financial supporters play no role in the Tribune's journalism. Find a complete list of them here.*

*Do you have items for The Blast? New job? A promotion? Tell us all about it. Send tips to blast@texastribune.org.*

---

SPONSOR MESSAGES

Texas Farm Bureau: Big isn't bad, and small isn't better. It takes farms of all sizes, and the families behind them, to make agriculture work. Read more.

Educate Texas stimulates creative solutions to key educational challenges throughout the state. Learn more at edtx.org.

DCCC_000479

This email was sent to commaccounts@dccc.org.

Unsubscribe from this newsletter (or click here to stop receiving all Tribune emails).

To contact the Texas Tribune, visit texastribune.org/contact.

The Texas Tribune 919 Congress Avenue 6th Floor Austin, TX 78701 USA

DCCC_000480

From:       Jenna Rivera [Rivera@dccc.org]
Sent:       10/24/2019 6:06:46 AM
To:         Staff [D3CStaff@DCCC.ORG]; Interns [Interns@DCCC.ORG]
Subject:    DCCC Press Clips 10/24/2019

DCCC Press Clips 10/24/2019:

**Driving the Day**
- Politico: Elijah Cummings to lie in state at Capitol
- NYT: The Student Vote Is Surging. So Are Efforts to Suppress It.
- Washington Post: Trump tries to rebrand Syria withdrawal as a political promise kept: Let someone else be the world's policeman

**Congressional Coverage**
- Roll Call: Republicans scramble to dispose of campaign cash from Giuliani associates
- Roll Call: Shrinking congressional districts look for federal help
- The Hill: House Dems demand documents from State Department in impeachment inquiry
- Washington Post: The Health 202: Trump and Pelosi are still working on a drug pricing deal despite impeachment drama
- Politico: House passes bill to protect elections from foreign interference

**District by District**
- NY-27: Daily Kos: Club for Growth spending on TV ads against Sen Jacobs
- GA-07: AJC: Stefanik's PAC added Unterman and Homrich to "Women to Watch" list
- PA-10: Scranton Times-Tribune: Kelly's World: DePasquale a top star for mayor
- CA-45, IL-14, NM-2, VA-7: Club for Growth Action is launching a digital campaign targeting four freshman Democrats over impeachment.
- NY-19: HV360: With help, rural rebuild can happen
- CA-10: Politico: California fights Trump on everything — except water
- IA-01: Des Moines Register: Abby Finkenauer to host 8 presidential candidates for fish fry focused on infrastructure and jobs
- IA-02: Mississippi Valley Publishing: Hart to bring campaign to Lee County on Monday
- TX-32/TX-17: The Hill: Former Pete Sessions staffer to comply with subpoena in federal probe investigating Giuliani, associates

**Impeachment Coverage**
- NYT: Contradicting Trump, Ukraine Knew of Aid Freeze Before It Became Public
- Politico: Pelosi and McConnell are on an impeachment collision course
- The Hill: Republicans storm closed-door hearing to protest impeachment inquiry
- Washington Post: House Democrats look to take impeachment probe public as soon as mid-November

**Presidential Coverage/Polling**
- AP: Trump 2020 targeting Hispanic vote in nontraditional places

Politico: Elijah Cummings to lie in state at Capitol
Sarah Ferris and John Bresnahan
October 24, 2019

Congress on Thursday will bid goodbye to Rep. Elijah Cummings (D-Md.), the son of sharecroppers who rose to become one of the Democratic Party's most influential figures at a tumultuous time in American politics.

The late Oversight Committee chairman — who represented his majority-black Baltimore district in the House for two decades — will become the first African American lawmaker to lie in state in the Capitol, an honor bestowed to only a few dozen statesmen, presidents and military leaders throughout U.S. history.

DCCC_000481

NYT: The Student Vote Is Surging. So Are Efforts to Suppress It.
Michael Wines
October 24, 2019

AUSTIN, Texas — At Austin Community College, civics is an unwritten part of the curriculum — so much so that for years the school has tapped its own funds to set up temporary early-voting sites on nine of its 11 campuses.

No more, however. This spring, the Texas Legislature outlawed polling places that did not stay open for the entire 12-day early-voting period. When the state's elections take place in three weeks, those nine sites — which logged many of the nearly 14,000 ballots that full-time students cast last year — will be shuttered. So will six campus polling places at colleges in Fort Worth, two in Brownsville, on the Mexico border, and other polling places at schools statewide.

Washington Post: Trump tries to rebrand Syria withdrawal as a political promise kept: Let someone else be the world's policeman
Anne Gearan
October 23, 2019

In President Trump's telling Wednesday, his withdrawal of all but a few U.S. forces from Syria makes good on his promise to shake off the sand of faraway Middle East conflicts, and to let other countries play policeman for a change.

Trump hopes his decision will please his most loyal political supporters, who tend to love it when he pokes a finger in the eye of the naysayers. Thus, Trump proudly owned what his critics see as a debacle born of willful ignorance.

Roll Call: Republicans scramble to dispose of campaign cash from Giuliani associates
Bridget Bowman
October 23, 2019

Republican lawmakers unwittingly entangled in a campaign finance scandal have scrambled to get rid of contributions from two men at the center of the alleged wrongdoing, both of whom will be back in court Wednesday.
Igor Fruman and and Lev Parnas have been accused of violating campaign finance laws and will be in federal court in New York for their arraignment. Fruman, Parnas and two other men were indicted earlier this month for "engaging in a scheme to funnel foreign money to candidates." The indictment alleged the two men did so to "buy potential influence with the candidates, campaigns, and the candidates' governments."

Roll Call: Shrinking congressional districts look for federal help
Michael Gacagnone
October 22, 2019

Despite explosive growth in other areas of the country since 2010, about 80 congressional districts have lost significant population over the decade — leaving many looking for help from the federal government.

Some districts may have lost 30,000 or more people through 2018, many of them in manufacturing and mining areas in the Northeast, according to Census Bureau data released last month. Most of those districts are represented by Democrats but located in states President Donald Trump won in 2016 by promising new trade deals that have since taken a back seat in Washington.

The Hill: House Dems demand documents from State Department in impeachment inquiry
Tal Axelrod
October 23, 2019

House Democrats on Wednesday sent a letter to the State Department demanding the agency provide documents regarding President Trump's dealings with Ukraine even after the department declined to comply with a subpoena.

DCCC_000482

Reps. Adam Schiff (Calif.), Eliot Engel (N.Y.) and Carolyn Maloney (N.Y.), the chairs of the House Intelligence, Foreign Affairs and Oversight and Reform committees, respectively, wrote to Deputy Secretary of State John Sullivan that they have identified specific documents in the possession or control of the State Department regarding Trump's efforts to pressure Ukraine to investigate former Vice President Joe Biden that are "directly and highly relevant to the [impeachment] inquiry."

Washington Post: The Health 202: Trump and Pelosi are still working on a drug pricing deal despite impeachment drama
Paige Winfield Cunningham
October 23, 2019

President Trump and House Speaker Nancy Pelosi (D-Calif.) could hardly be more at odds — but behind the scenes, they're still grasping at a bipartisan deal to lower the high cost of prescription drugs.

Pelosi's office and the White House confirmed that the speaker's top health aide, Wendell Primus, spoke on the phone last week with Joe Grogan, director of the Trump's Domestic Policy Council. The conversation follows a meeting earlier this month between top administration health officials and Primus, who has been acting as the main go-between as the White House seeks broad action on drug prices.

Politico: House passes bill to protect elections from foreign interference
Sarah Ferris
October 23, 2019

The House on Wednesday approved an election security bill that has been a top demand from Democrats' most vulnerable members.

But the legislation — touted during this summer's Mueller mania as a way to respond to Russian intrusions in the 2016 election — has been eclipsed by the impeachment inquiry involving an entirely new election scandal in Donald Trump's White House.

NY-27: Daily Kos: Club for Growth spending on TV ads against Sen Jacobs
October 23, 2019

· NY-27: The radical anti-tax Club for Growth is spending a total of $32,000 on ads on Fox News and local conservative talk radio on spots arguing that GOP state Sen. Chris Jacobs didn't support Donald Trump over Hillary Clinton in 2016. The TV commercial utilizes a clip of a reporter asking Jacobs if he supported Trump's candidacy and Jacobs responding, "I am 100% focused on my campaign. I'm running for state office." The GOP nominee for this still unscheduled special election will be chosen by county party leaders rather than primary voters, so the Club's media campaign is aimed at persuading this small but important group not to pick Jacobs.

GA-07: AJC: Stefanik's PAC added Unterman and Homrich to "Women to Watch" list
Jim Galloway, Greg Bluestein and Tamar Hallerman
October 23, 2019

E-PAC, U.S. Rep. Elise Stefanik's political action committee tasked with electing more GOP women to Congress, has endorsed former colleague Karen Handel's comeback bid for the Sixth District. Handel is one of 11 women who met the group's fundraising and organizational thresholds, as well as demonstrated "the ability to prove a path to victory." The group also added two Seventh District GOP hopefuls, Renee Unterman and Lynne Homrich, to their "women to watch" list.

PA-10: Scranton Times-Tribune: Kelly's World: DePasquale a top star for mayor
Chris Kelly
October 23, 2019

The strongest candidate in the Scranton mayoral race is running for Congress.

DCCC_000483

State Auditor General Eugene DePasquale became a local hero in 2017 when his scathing audit of the Scranton School District exposed the ruinous consequences wrought by decades of corruption, cronyism and institutional incompetence. CA-45, IL-14, NM-2, VA-7: Club for Growth Action is launching a digital campaign targeting four freshman Democrats over impeachment.

FIRST IN SCORE — AD WARS — Club for Growth Action is launching a digital campaign targeting four freshman Democrats over impeachment. The ads hit Reps. Katie Porter (CA-45), Lauren Underwood (IL-14), Xochitl Torres Small (NM-02) and Abigail Spanberger (VA-07 ). The congresswomen "got elected promising moderation, independence, results. It was just talk," the ads begin. "These days, it is all about impeachment." The group said it'd spend a combined $40,000 on the ads.

NY-19: HV360: With help, rural rebuild can happen
Hudson Valley 360
October 22, 2019

As two of our leading national lawmakers so accurately pointed out Monday, not all regions in New York state are created equal, at least in the eyes of the nation's capital.
U.S. Rep. Antonio Delgado, D-19, and U.S. Sen. Kirsten Gillibrand, D-N.Y., hope to bridge the gaps with new proposed legislation called the Rebuild Rural America Act.
The proposal calls for an overhaul of the current federal funding model with a $50 billion, multiyear federal grant solely for rural communities across the nation. The grant would address complex rural issues ranging from rural broadband to aging infrastructure to child care.
CA-10: Politico: California fights Trump on everything — except water
Debra Kahn
October 21, 2019

California is providing health care to undocumented immigrants while President Donald Trump wants to build a border wall, and Gov. Gavin Newsom circumvented the White House with a side deal on auto emissions standards.

But when it comes to water, Trump and California are closer than you might think.

About 90 minutes from the deep blue coast, the predictable political fault lines stop at the Central Valley, home to the state's $70 billion agricultural industry.

IA-01: Des Moines Register: Abby Finkenauer to host 8 presidential candidates for fish fry focused on infrastructure and jobs
Stephen Gruber-Miller
October 22, 2019

U.S. Rep. Abby Finkenauer will host eight Democratic presidential candidates next month for a fish fry focused on infrastructure and jobs, she announced Tuesday.

"I thought it was really important to have a focused conversation where folks in the 1st District can hear Democratic presidential candidates talk about these issues," Finkenauer, a Democrat from Sherrill who represents Iowa's 1st Congressional District, told the Des Moines Register in an interview.

IA-02: Mississippi Valley Publishing: Hart to bring campaign to Lee County on Monday
Robin Delaney
October 22, 2019

The Lee County Democratic Party is hosting two Meet and Greets in Lee County on Monday, Oct., for Rita Hart, candidate for Congress in Iowa's 2nd Congressional District.

DCCC_000484

The first event will be held at Sub Arena Sandwich Shop, 2805 Ave. L, Fort Madison, 3:30-4:30 p.m. A second event will take place 5:30-6:30 p.m. at The Lost Canvas, 719 Main St., Keokuk.

TX-32/TX-17: The Hill: Former Pete Sessions staffer to comply with subpoena in federal probe investigating Giuliani, associates
Olivia Beavers
October 23, 2019


Federal prosecutors have subpoenaed a longtime aide to former Rep. Pete Sessions (R-Texas) as they seek to examine Rudy Giuliani's business dealings with Ukraine, including his involvement in efforts to oust the U.S. ambassador to Ukraine.

Caroline Boothe, who served as the chief of staff to Sessions, the former House Rules Committee chairman, notified House Speaker Nancy Pelosi (D-Calif.) that she intends to comply with the subpoena, according to her lawyer.
NYT: Contradicting Trump, Ukraine Knew of Aid Freeze Before It Became Public
Andrew E. Kramer and Kenneth P. Vogel
October 23, 2019

KIEV, Ukraine — To Democrats who say that President Trump's decision to freeze a $391 million military aid package to Ukraine was intended to bully Ukraine's leader into carrying out investigations for Mr. Trump's political benefit, the president and his allies have had a simple response: There could not have been any quid pro quo because the Ukrainians did not know the assistance had been blocked.

Following testimony by William B. Taylor Jr., the top United States diplomat in Ukraine, to House impeachment investigators on Tuesday that the freezing of the aid was directly linked to Mr. Trump's demand for the investigations, the president took to Twitter on Wednesday morning to approvingly quote a Republican member of Congress saying neither Mr. Taylor nor any other witness had "provided testimony that the Ukrainians were aware that military aid was being withheld."

Politico: Pelosi and McConnell are on an impeachment collision course
Burgess Everett and Heather Caygle
October 23, 2019

Nancy Pelosi and Mitch McConnell are attacking each other in increasingly pointed terms as House Democrats burrow deeper into their impeachment inquiry.

But if the top two congressional leaders can't find a way to come together soon, the government could plunge into a shutdown and any last hopes for legislating before the presidential election will vanish.
The Hill: Republicans storm closed-door hearing to protest impeachment inquiry
Juliegrace Brufke, Rebecca Klar and Olivia Beavers
October 23, 2019


House Republicans stormed a closed-door hearing Wednesday to protest Democrats' impeachment inquiry process, breaking up the deposition of a top Defense Department official who was testifying about President Trump's dealings with Ukraine.

"They crashed the party," said Rep. Harley Rouda (D-Calif.), a member of the Oversight and Reform Committee, one of three House panels leading the impeachment probe.

Washington Post: House Democrats look to take impeachment probe public as soon as mid-November
Rachael Bade and Karoun Demijian
October 23, 2019

DCCC_000485

House Democrats are preparing to move their largely private impeachment inquiry onto a more public stage as soon as mid-November and are already grappling with how best to present the complex Ukraine saga to the American people.

Over the past three weeks, a parade of current and former Trump administration officials have testified behind closed doors, providing House investigators with a compelling narrative of President Trump's campaign to extract political favors from Ukrainian officials. But on Wednesday, after conservative lawmakers stormed the hearing room and delayed the proceedings for five hours, some Democrats were feeling pressure to advance public hearings in hopes of avoiding further disruptions.

AP: Trump 2020 targeting Hispanic vote in nontraditional places
Will Weissert
October 23, 2019

YORK, Pa. (AP) — President Donald Trump's reelection campaign is making contrarian appeals in the most unusual places, trying to win over Hispanic voters in states not known for them, like Pennsylvania.

His second campaign, far better financed and organized than his first, is pressing every potential tactical advantage, including trying to capture even small slivers of the Hispanic vote, hoping it adds up to the narrowest of winning margins.

Jenna Rivera
PRESS ASSISTANT · DCCC

Office: (202) 741-1870 | Cell: (562) 273-6927

DCCC_000486

| From: | TexDems - Data Team [data@txdemocrats.org] |
|-------|---------------------------------------------|
| Sent: | 10/22/2018 9:36:50 AM |
| To: | Mario_Mejia [mejia@dccc.org] |
| Subject: | Sent this VAN Update Friday, why not open it? :( |



# Fellow Democrats,

(You're receiving this email because you have an active VAN account.)

The VAN has a new voter file that added or updated hundreds of thousands of registered voters! We'll review that and all things GOTV in this VAN Update email.

- Voter File Update Live in My Voters
- EV & EDay Polling Locations (VAN & MyTexasVotes.com)
- TDP Google Sheet Reports
- Early Voting System
- GOTV Targets
- View Recording of GOTV Webinar
- Voter File Update Live in My Voters

- EV & EDay Polling Locations (VAN & MyTexasVotes.com)

- TDP Google Sheet Reports

- Early Voting System

- GOTV Targets

- View Recording of GOTV Webinar

## Voter File Update Live in My Voters

Now that we have an updated voter file, fixed saved lists and dynamic saved searches will lose and gain voters depending on your lists' criteria. This is

DCCC_000487

because voters are removed or added to the rolls from regular voter registration, (e.g., moved out/in of district or new registrant).

There will be an additional voter file update in Late October/Early Nov to capture the last of the new/updated registrants. Yay!

However, no need to worry if you are using TDP's Target Tiers because we're doing all the targeting logic for you.

## EV & EDay Polling Locations (VAN & MyTexasVotes.com)

The polling place locator and make a plan to vote tool on MyTexasVotes.com is LIVE -- with 100% early vote coverage and Election Day for vote center counties

MyTexasVotes.com is our one-stop voter information hub to help voters get to the polls. MyTexasVotes.com includes everything voters need to cast a ballot in Texas.

In VAN, the Early Voting Locations are live and being updated with changes/additions. Polling Locations (Election Day Locations) will be live some time today (10/19) or tomorrow (10/20).

## TDP Google Sheet Reports

TDP google sheets reports have been updated with GOTV views.

Questions about reporting / need access to reports? Submit a ticket at txdem.co/van-help.

## Early Voting System

As of now, by default when you create a new list in VAN, the checkbox is marked to remove all mail & early voters in the early voting row (we are currently getting limited mail voter rosters).

Please also check this box, specifically named "Exclude People Who Have Early Voted or Absentee", when you are printing lists/sending to MiniVAN/Virtual Phone Bank/etc..

DCCC_000488

Check out here if you mess up and didn't remove people who voted, see how there is something on your walk/call lists and MiniVAN that notifies you not to talk to these voters — this info appears on our helpful txdem.co/VAN-FAQ doc, as well as many other VAN tips.

As mentioned, a couple of counties are releasing their "already voted by mail" rosters, whereas most will begin to release them the first or second day of early voting. PLEASE DO NOT ASK if a county has sent in a mail roster. Instead, from now until election day please check txdem.co/EV-Status to see what counties have given TDP rosters to put in VAN.

## GOTV Targets

Please use our GOTV Targets (We do all the targeting work for you)
* Tier 1 - High likelihood to support Dems, don't typically vote
* Tier 2 - Democratic Base
* Tier 3 - Persuasion

The current scripts you have used all are updated with GOTV language (and have the word GOTV in the script name due to demand) and survey questions are updated. These GOTV targets will include a second pass through folks we have already contacted, and our Democratic base. They will also make some GOTV nuances VERY EASY, by removing anyone who has voted, negative IDs, and anyone receiving a VBM ballot (those folks are part of a separate chase).

Please look at the details here - txdem.co/gotv.

## View Recording of GOTV Webinar

Check out here the GOTV webinar that reviews txdem.co/gotv and everything you need for GOTV in VAN.

## More?

Need more help? Check in with your organizations's VAN admins and pros or you can always put in a help ticket at txdem.co/VAN-Help.

Democratically yours,

DCCC_000489

Lauren, Marco, Houston, Seeyew & Colin - TDP Data Team -
data@txdemocrats.org

Pd. Pol. Ad. Texas Democratic Party

©2018 Texas Democratic Party | 1106 Lavaca St, Suite 100



Powered by **Mad Mimi**®A GoDaddy® company

DCCC_000490

**From:** TexDems - Data Team [data@txdemocrats.org]
**Sent:** 10/19/2018 9:40:04 AM
**To:** Mario_Mejia [mejia@dccc.org]
**Subject:** 10/19 VAN Email Update

# TEXAS ★ DEMOCRATS

## Fellow Democrats,

(You're receiving this email because you have an active VAN account.)

The VAN has a new voter file that added or updated hundreds of thousand of registered voters! We'll review that and all things GOTV in this VAN Update email.

- Voter File Update Live in My Voters
- EV & EDay Polling Locations (VAN & MyTexasVotes.com)
- TDP Google Sheet Reports
- Early Voting System
- GOTV Targets
- View Recording of GOTV Webinar
- Voter File Update Live in My Voters

- EV & EDay Polling Locations (VAN & MyTexasVotes.com)

- TDP Google Sheet Reports

- Early Voting System

- GOTV Targets

- View Recording of GOTV Webinar

## Voter File Update Live in My Voters

Democratically yours,
**Lauren, Marco, Houston, Seeyew & Colin - TDP Data Team -**
data@txdemocrats.org

There will be an additional voter file update in Late October/Early Nov to capture the last of the new/updated registrants. Yay!

However, no need to worry if you are using TDP's Target Tiers because we're doing all the targeting logic for you.

# EV & EDay Polling Locations (VAN & MyTexasVotes.com)

The polling place locator and make a plan to vote tool on MyTexasVotes.com is LIVE -- with 100% early vote coverage and Election Day for vote center counties.

MyTexasVotes.com is our one-stop voter information hub to help voters get to the polls. MyTexasVotes.com includes everything voters need to cast a ballot in Texas.

In VAN, the Early Voting Locations are live and being updated with changes/additions. Polling Locations (Election Day Locations) will be live some time today (10/19) or tomorrow (10/20).

## TDP Google Sheet Reports

TDP google sheets reports have been updated with GOTV views.

Questions about reporting / need access to reports? Submit a ticket at txdem.co/van-help.

## Early Voting System

As of now, by default when you create a new list in VAN, the checkbox is marked to remove all mail & early voters in the early voting row (we are currently getting limited mail voter rosters).

Please also check this box, specifically named "Exclude People Who Have Early Voted or Absentee", when you are printing lists/sending to MiniVAN/Virtual Phone Bank/etc..

Check out here if you mess up and didn't remove people who voted, see how there is something on your walk/call lists and MiniVAN that notifies you not to talk to these voters — this info appears on our helpful txdem.co/VAN-FAQ doc, as well as many other VAN tips.

As mentioned, a couple of counties are releasing their "already voted by mail" rosters, whereas most will begin to release them the first or second day of early voting. PLEASE DO NOT ASK if a county has sent in a mail roster. Instead, from now until election day please check txdem.co/EV-Status to see what counties have given TDP rosters to put in VAN.

## GOTV Targets

Please use our GOTV Targets (We do all the targeting work for you)
* Tier 1 - High likelihood to support Dems, don't typically vote
* Tier 2 - Democratic Base
* Tier 3 - Persuasion

The current scripts you have used all are updated with GOTV language (and have the word GOTV in the script name due to demand) and survey questions are updated. These GOTV targets will include a second pass through folks we have already contacted, and our Democratic base. They will also make some GOTV nuances VERY EASY, by removing anyone who has voted, negative IDs, and anyone receiving a VBM ballot (those folks are part of a separate chase).

Please look at the details here - txdem.co/gotv.

## View Recording of GOTV Webinar

Check out here the GOTV webinar that reviews txdem.co/gotv and everything you need for GOTV in VAN

## More?

Need more help? Check in with your organizations's VAN admins and pros or you can always put in a help ticket at txdem.co/VAN-Help.

Pd. Pol. Ad. Texas Democratic Party

©2018 Texas Democratic Party | 1106 Lavaca St, Suite 100



Powered by **Mad Mimi**®A GoDaddy® company

DCCC_000494

**To:** abibart@gqrr.com[abibart@gqrr.com]; Alexandra Wilcox[Wilcox18@dccc.org];
amy@blueprintinteractive.com[amy@blueprintinteractive.com]; anastasia@almediastrategy.com[anastasia@almediastrategy.com];
ann@almediastrategy.com[ann@almediastrategy.com]; Brian Krebs[krebs18@dccc.org]; Claire Stein-Ross[Stein-Ross18@dccc.org];
Dana Walton[Walton18@dccc.org]; Dave Walker[dwalker@gqrr.com]; esena@gqrr.com[esena@gqrr.com]; Eva
Mooney[mooney18@dccc.org]; Gabrielle Quintana Greenfield[Greenfield18@dccc.org]; jmiller@thepivot.com[jmiller@thepivot.com];
Jason Ralston[jason@ralstonlapp.com]; Jessica Mackler[Mackler18@dccc.org]; John Lapp[john@ralstonlapp.com]; Lindsay
Adams[Adams18@dccc.org]; Matthew Campbell[MCampbell18@dccc.org];
miles@almediastrategy.com[miles@almediastrategy.com]; molly.byron@almediastrategy.com[molly.byron@almediastrategy.com];
patrick@almediastrategy.com[patrick@almediastrategy.com]; Rosa Mendoza[mendoza18@dccc.org];
scott.kennedy@almediastrategy.com[scott.kennedy@almediastrategy.com]; Temi Amoye[amoye18@dccc.org]; Tobi
Lacarra[lacarra18@dccc.org]; Trish Hoppey[thoppey@thepivot.com]; ty@themessinagroup.com[ty@themessinagroup.com]; Tyler
Hansen[Hansen18@dccc.org]; zach@blueprintinteractive.com[zach@blueprintinteractive.com]
**From:** Temi Amoye[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C4F49CBCBC674A73BAD1858ED6594EB3-TEMI AMOYE]
**Sent:** Wed 5/23/2018 9:23:13 AM (UTC-05:00)
**Subject:** Green Pod; Clips 05/23/2018

# Green Pod Clips
# May 23, 2018

**ICYMI**
**Top Stories**

**AZ-02**
**National News on the Race**

**From the Democratic Campaign**

**From the Republican Campaign**

**Local News on the Race**

**NC-09**
**National News on the Race**

**From the Democratic Campaign**

**From the Republican Campaign**

**Local News on the Race**

**KS-03**
**National News on the Race**

**From the Democratic Campaign**

**From the Republican Campaign**

**Local News on the Race**

**NC-13**
**National News on the Race**

**From the Democratic Campaign**

**From the Republican Campaign**

**Local News on the Race**

**NH-01**
**National News on the Race**

DCCC_000495

From the Democratic Campaign

From the Republican Campaign

Local News on the Race

NY-22
National News on the Race

From the Democratic Campaign

From the Republican Campaign

Local News on the Race

UT-04
National News on the Race

From the Democratic Campaign

From the Republican Campaign

Local News on the Race

WA-08
National News on the Race

From the Democratic Campaign

From the Republican Campaign

Local News on the Race

TX-32
National News on the Race

From the Democratic Campaign

From the Republican Campaign

Local News on the Race

Top Stories

**DCCC: The Case Against Pete Sessions (5/22/2018)**
Congressman Sessions is the very portrait of a career Washington politician, deeply out of touch with a district that he has not truly lived in for years, and eager to pledge his allegiance to a historically unpopular Republican Congress and White House.
Session has no record of his own to present to voters: he has backed the establishment Republicans' healthcare repeal and tax scam, supported President Trump's border wall and refused to find a solution for DREAMers. Sessions' record amounts to one party line vote after another, even when it's bad for people in Dallas.
While Congressman Sessions will have to defend his out-of-touch Washington record, Colin Allred will define this race

around his hometown roots and giving back to the community that opened up opportunities for him from a young age. Raised by a single mom who taught in Dallas public schools, Colin was a standout high school football star, who earned a full ride to Baylor, played five seasons in the NFL, and then went back to law school after a career-ending injury. Colin used his legal training to serve as a civil rights attorney defending affordable housing at the Department of Housing and Urban Development.

Colin has shown he will run the kind of grassroots campaign that will turn out the Democratic base and win Republican voters who firmly rejected Trump in 2016. He will do that by holding Sessions accountable for being a creature of Washington and out-of-step on the most important issues affecting voters in Dallas: affordable health care and the need to make sure the American dream is alive and well for all Americans.

## WHAT PEOPLE ARE SAYING

*EDITORIAL BOARD: "Allred, 35, has deep roots in this district and connections that he has maintained since graduating from Hillcrest High School. The powerful grassroots foundation of support he's built here indicates he's having some success expanding and diversifying the traditional Democratic base." [Dallas Morning News, 5/3/2018]*
*Headline: "U.S. Rep. Pete Sessions faces rowdy town hall." [Texas Tribune, 3/18/2017]*
*VIDEO: Pete Sessions tells town hall crowd in Richardson: "You don't know how to listen' [Dallas Morning News, 3/18/2018]*
*Headline: "Democrats attack Dallas Rep. Pete Sessions for voting for GOP health care bill." [Dallas Morning News, 5/05/2017]*
*"Trump is likely even more unpopular in Sessions' district than he was in 2016, said Rice University political scientist Mark Jones, and Democrats will no doubt tie Sessions' voting record on health care, immigration and taxes to the president's agenda." [Dallas Morning News, 2/05/2018]*
*Headline: "Rep. Pete Sessions says no to path to citizenship for Dreamers." [Washington Times, 1/29/2018]*

### PETE SESSIONS: TRUMP'S MAN IN WASHINGTON'S SWAMP
#### Trump's 98.7% Reliable Rubber Stamp

After Texas supported every Republican Presidential candidate since Ronald Reagan, voters in TX-32 swung more than 17 points to firmly reject President Trump in 2016. Congressman Sessions didn't get the message, though, and continues to vote in lockstep with his Party in Congress and with President Trump 98.7% of the time. You name it, and Pete Sessions was happy to rubber-stamp his Party's position: healthcare repeal; the Republican tax handout to big corporations paid for by middle class families; and Trump's reckless approach to North Korea. Sessions' eagerness to back the GOP and Trump agenda is a head scratcher.

#### Career Swamp Thing

After more than 20 years in Washington, Congressman Sessions has become a reliable vote for the DC special interests who have backed his campaigns, contributing hundreds of thousands, sometimes millions of dollars. Take the financial industry, which has feathered Sessions' nest to the tune of more than a million dollars – all while the Congressman was happy to serve as a reliable rubber stamp to weaken consumer protections and expose countless people to the worst abuses of reckless actors like Equifax. Or take the payday lending industry — Pete Sessions has accepted more than $200,000 from them and he's served as a reliable vote to loosen regulations for an industry that takes advantage of veterans and so many others. Sessions' close relationship to the industry even drew an ethics complaint.

#### Out of Touch with Dallas

Pete Sessions has simply forgotten what it means to answer to his voters. When asked to explain his votes on healthcare repeal to his own constituents, Sessions yelled at them, claiming that they "don't know how to listen." Voters are scared to lose their affordable healthcare, and if there's one thing they know, it's that Members of Congress are the ones who need to be listening to them. That's particularly true when they're standing with their political party in Washington, even when it hurts their constituents.

### THE PATH TO VICTORY

Colin Allred has emerged from a crowded primary, winning newly energized Democratic voters. He did that with a message that translates smoothly to a general election: that we have a duty to ensure opportunity and the American dream is accessible for more people in our country.

In 2016, for the first time, TX-32 voted for the Democratic candidate for President when Hillary Clinton won the district by 2 points, a 17.4 percentage-point swing towards the Democrat from 2012. Part of this swing can be attributed to the district's 62% suburban composition, a geographic makeup that has swung heavily against Republicans in the age of Donald Trump.

According to a Gallup-conducted poll from January of 2018, Trump's approval ratings have gotten even worse in Texas since 2016, sinking to 39% of voters who approve of the President. That's a big problem for Pete Sessions, who's made a career out of walking his party's line and stood with Trump 98.7% of the time.

And the big primary turnout makes it clear that 2016's swing was not an aberration in TX-32. Democrats are energized and voters are rejecting today's Republican Party in once solid-red Texas.

Increased voter engagement and energy has other clear upsides for Democrats in TX-32. With more than 22% of the district's voting age population unregistered to vote, there are over 60,000 potential new Democratic voters. A competitive primary means multiple candidates working overtime to register and engage these same voters and makes

DCCC_000027

**Politico: Top takeaways from Tuesday's historic primary night (5.23.2018)**
Another primary, another big night for female Democratic candidates.

In Georgia, Stacey Abrams trounced her opponent and will campaign this fall to become the first female African-American governor in history. In Kentucky, fighter pilot Amy McGrath proved her naysayers wrong when she upset Jim Gray, the former mayor of Lexington recruited by national Democrats.

The Democratic Congressional Campaign Committee also averted the predicament it desperately sought to avoid: A Texas House hopeful whom it attacked as a surefire general election loser flamed out in the state's primary runoff.

The third multi-state primary night of the 2018 midterms featured primaries in Arkansas, Georgia and Kentucky — plus the Texas runoff. Here are POLITICO's five takeaways from the night:

The Georgia governor's race will test a risky Democratic gambit.

The primary between Abrams and state Rep. Stacey Evans was always a curiosity: two women named Stacey who had served in the state House — one black, one white.

But it also pitted two contrasting strategies against one another. Evans had argued the road back to the governorship in Georgia — the last Democratic governor, Roy Barnes, left office after the 2002 election — was through moderates and blue-collar white voters who supported politicians like Barnes and Zell Miller, the late former governor and senator.

Abrams is making a different bet — one that is about to be tested on a massive stage — on expanding the electorate. She's looking to register and engage more black voters, who turned out at a lower rate in the last midterm elections in 2014, when 40.6 percent of African-American voters turned out, compared to 47.5 percent of whites.

Abrams isn't the only Democrat making that argument: Progressives across the map have insisted that running to the left, especially on economic issues, could access a well of untapped voters.

But Abrams' strategy goes beyond ideology. And she'll have no shortage of surrogates with potential 2020 ambitions swinging through the emerging presidential battleground state, which Trump won by just 5 points in 2016.

It's still Democrats' Year of the Woman.

Democrats nominated Abrams, an African-American woman, in Georgia. In Texas, the nation's second-most-populous state, the party nominated Lupe Valdez, a gay Latina, for governor.

In a closely watched Democratic primary for a House seat in Kentucky, former Marine fighter pilot McGrath, a first-time candidate, defeated Gray.

Democrats chose women for two of the three Texas swing districts: Fletcher in the 7th District, and Gina Ortiz Jones in the 23rd.

Women are winning lots of Democratic Party nominations, and the party will be relying on them heavily in the fall. The latest POLITICO/Morning Consult poll, released Wednesday, shows Democrats with a 9-point lead among female voters on the generic congressional ballot, compared to a 1-point advantage among male voters.

It was a pretty good night for the Democratic establishment.

It took an extra 11 weeks, but the DCCC's gambit in Texas' 7th District paid off.

Back in February, the party committee quietly posted a series of negative talking points about former journalist Laura Moser on its website. She's vulnerable to attacks as a carpetbagger, the online posting said. In an article she wrote for Washingtonian magazine, she disparaged other parts of Texas. (The online posting was no longer available on the DCCC's website late Tuesday night.)

Moser seized the opportunity to cast herself as an insurgent taking on the establishment, collecting campaign dollars

But her momentum stalled — not because her opponent, Lizzie Fletcher, and the Democratic establishment brandished those weapons against her. Instead, they laid off. Fletcher never really attacked Moser, and the DCCC didn't add Fletcher to its list of top recruits — as it did with two other first-place primary finishers in Texas runoffs. (Those other two "Red-to-Blue" candidates — Ortiz Jones in the 23rd District and attorney Colin Allred in the 32nd — won easily on Tuesday, too.)

The size of Fletcher's victory — the attorney and former Planned Parenthood board member won roughly twice as many votes as Moser — also makes it more difficult for those tweaked by the DCCC's stance in the race to argue that the limited party intervention was decisive.

McGrath in Kentucky wasn't national Democrats' first choice. The party recruited Gray to run, even after McGrath's viral announcement video brought her big money from small, online donors.

But, like in Texas' 7th, the committee never added Gray to its "Red-to-Blue" list. And there's no evidence McGrath will be a weaker candidate against Rep. Andy Barr (R-Ky.) in the fall than Gray would have been. In fact, the DCCC was quick to release a weeks-old internal survey produced by its analytics department showing McGrath ahead of Barr in a then-hypothetical general election matchup.

In Arkansas' 2nd District, state Rep. Clarke Tucker won the nomination outright, capturing 58 percent of the vote in a four-way race. He'll be able to take the fight to GOP Rep. French Hill in a district Trump won by 10 points without first having to deal with a June runoff.

Conservatives are poised to make their mark on the Texas delegation.

Texas' GOP House delegation has long been among the most conservative in the conference, but it was poised to move farther right after Tuesday's runoff.

Six GOP members are retiring at the end of the year or have already resigned: Ted Poe, Sam Johnson, Jeb Hensarling, Joe Barton, Lamar Smith and Blake Farenthold. Five of the primary races to replace them came down to runoffs on Tuesday, with conservatives mostly winning the day.

In the 6th District, former Tarrant County Tax Assessor Ron Wright, who was endorsed by the conservative Club for Growth, narrowly defeated former Navy fighter pilot Jake Ellzey. Chip Roy, Sen. Ted Cruz's former chief of staff and another Club endorsee, defeated businessman Matt McCall. Conservative activist Michael Cloud defeated Bech Bruun, whom the Club opposed, in the 27th District.

All in all, the Club for Growth — which has often clashed with congressional GOP leaders on spending and other fiscal issues — went 3-for-4 in Texas GOP runoffs on Tuesday.

Pence couldn't drag Bunni Pounds over the finish line.

The Club's only defeat in Texas was a race in which it was aligned with a cadre of bold-faced GOP names, including the vice president.

Pence — along with Cruz and Hensarling — backed Bunni Pounds, a political fundraising consultant, in the 5th District. She also had the support of an array of other conservative groups and figures, including Tea Party Express and Rep. Mark Meadows (R-N.C.), chairman of the House Freedom Caucus.

But Pounds was defeated Tuesday night by state Rep. Lance Gooden, 53 percent to 47 percent. Despite the help from prominent conservatives in Texas and beyond, Pounds couldn't overtake Gooden, who finished first in the March primary.

The defeat will sting for Pence: It was the first open primary into which he's waded so far this cycle and is a minor setback in the vice president's quest to stamp the Trump-era GOP with his image.

Scott Bland contributed to this report.

**National News on the Race**

DCCC_000499

**From the Republican Campaigns**

**Local News on the Race**

Arizona Daily Star: Pima County's threat not to collect "illegal" tax could mean huge cut to TUSD budget (5.23.2018)

Tucson's largest school district may miss out on $16 million in desegregation funding after the Arizona Legislature enacted what one Pima County official called an "illegal tax" on homeowners in the Tucson Unified School District.

Now, the county may refuse to collect that property tax, which would be debilitating to TUSD's efforts to meet the demands of the court in its longstanding desegregation suit, according to the district superintendent.

"Obviously we would be crippled by a $17 or $18 million deficit in our budget," TUSD Superintendent Gabriel Trujillo said.

While it's not clear what exactly would have to be cut if the taxes are not collected, desegregation funding is designed to support core initiatives for Latino and African-American students, including maintaining and promoting student diversity, improving academic achievement and ensuring equal access to schools, programs and activities.

At issue is the difference between a primary property tax and a secondary property tax.

The state constitution limits primary property taxes that a city, county, school district and others can collect to 1 percent of a property's full cash value. But secondary taxes — bonds and overrides — are not included in that calculation.

Combined with other local taxes, TUSD's desegregation tax — which totals $64 million — exceeds the 1 percent cap. So lawmakers have long made up the difference by requiring the county to give homeowners a credit and giving the remaining $16 million to $18 million that was collected over the 1 percent cap to the district via "additional state aid."

But the state budget this year changed all that.

Instead of offering homeowners a credit, lawmakers moved the desegregation tax to a secondary levy, skirting the 1 percent cap on primary taxes and forcing homeowners in TUSD to make up the $16 million difference.

Republican lawmakers and Gov. Doug Ducey argued that it was an issue of fairness: The old law pushed the cost of TUSD's desegregation orders onto taxpayers across the state, leaving them taxed without representation in the district.

But local education leaders argued Republican lawmakers have long taken aim at TUSD's desegregation levy simply because they have a grudge against the district and Pima County.

For homeowners in TUSD, the change means their property taxes will go up by $126 per assessed $100,000 value, according to the county. That's revised from an earlier estimate by Pima County Superintendent of Schools Dustin Williams, who originally estimated that tax would cost $240 per $100,000 of assessed value.

In a memo to the County Board of Supervisors, Deputy County Attorney Regina Nassen argued that the change conflicts with other laws on the books and appears to be inconsistent with the state constitution.

The heart of the argument is that lawmakers did not change the definition of secondary property taxes, defined as bonds for long-term debt and voter-approved overrides — not desegregation costs. Nor did the Legislature change the laws governing how the Board of Supervisors is required to calculate property taxes.

"There appears to be no actual legal basis on which the Board of Supervisors can alter the way it calculates the 1 percent limit credit and the corresponding additional state aid," Nassen wrote.

And that leaves the Board of Supervisors in a dangerous situation, Nassen noted.

If it doesn't collect the tax, a recent state law allows lawmakers to order the Attorney General's Office to investigate whether the county is breaking the law and possibly withhold 10 percent of its revenue from the state. If they do collect the tax, and it's later deemed illegal, the county could be on the hook for reimbursing homeowners, she wrote.

Pima County Administrator Chuck Huckelberry said he's attempting to work with the Arizona Attorney General's Office

DCCC_000500

to get an opinion on whether the county can legally implement the tax shift. But they need that opinion before Aug. 20, when county supervisors are required to set the annual tax rates.

Case 3:20-cv-00046-OLG Document 85-6  Filed 06/15/20  Page 60 of 100

If he can't get a clear-cut opinion by then, Huckelberry thinks the board is leaning toward not collecting the tax at all.

But that would mean TUSD would lose about a quarter of its desegregation funding.

Ryan Anderson, spokesman for Attorney General Mark Brnovich, said it usually takes his office about three months to produce an opinion, depending on the complexity of the question, though they can often speed that up if a deadline is looming. He said the office hadn't heard from Pima County as of Tuesday.

Trujillo said he hasn't discussed the issue with the TUSD Governing Board, but regardless of whether TUSD receives the money, it's incumbent on the school district to implement the provisions of the desegregation order and serve student groups that are part of the longstanding case — though how the district would continue to do that with 25 percent less funding is a big question.

"(The funding is for) some core initiatives inside the court order that we're going to have to figure out," Trujillo said.

The district spent about $16 million of its 2016 desegregation funding on quality-of-education issues like ensuring African-American and Latino students have equal access to advanced courses and support services, according to the auditor general's latest audit of the district.

Another nearly $12 million went toward ensuring that students attend integrated schools, including supporting magnet schools and programs.

More than $10 million was spent to provide transportation for students enrolled in magnet schools or students who are provided transportation from segregated schools to integrated schools.

Trujillo is consulting with internal and external attorneys and has scheduled a meeting with Huckelberry. Still, he's hopeful the issue can be resolved without forcing the district to make the massive cuts.

"We would work collaboratively with all the parties to make sure we work together on a plan to try to implement in the face of such cuts, if it came to that. My hope is it doesn't come to that," he said.

## National News on the Race

The Associated Press: 2018 midterms: An early heat for 2020 Democrats? (5.22.2018)

Look closely enough at the 2018 midterm campaign and you will see the stirrings of a Democratic scramble to reclaim the White House from President Donald Trump.

The leading players — from established national figures such as former Vice President Joe Biden, Bernie Sanders and Elizabeth Warren to up-and-comers including California Sen. Kamala Harris — don't necessarily put it that way. But the potential 2020 candidates are making the rounds, raising and distributing campaign cash among fellow Democrats, endorsing candidates and meeting political activists.

Their movements reflect competing strategies for establishing their reputations and shaping a party that lacks a clear leader and consistent message in the Trump era.

For senators trying to become better known, a primary goal is proving fundraising strength and party loyalty, without necessarily taking sides in the larger fight between the left and moderates who split on the minimum wage, health insurance and other issues.

"I just want to do whatever I can" to help Democrats win, Harris said at a recent stop in Georgia, where she was campaigning and raising money for Stacey Abrams' race for governor.

It is part of an aggressive effort for the freshman senator. She's raised $3.5 million for her Senate colleagues and the Democratic Senatorial Campaign Committee, plus what she helps candidates such as Abrams raise directly when she appears with them, and at the end of April, Harris had about a $1 million balance in the political action committee she uses to back other Democrats.

Warren boasts she's raised $15 million for other Democrats since her 2013 election. The Massachusetts senator faces

DCCC_000501

Warren also is helping other branches of the party: a transfer of money to House Democrats' campaign committee, $5,000 for every state party and $175,000 spread across state legislative campaigns in contested states.

Democratic and Republican campaign veterans say such contributions and fundraising trips aren't explicitly about future campaigns. "We're not playing 3D chess," said Harris spokeswoman Lily Adams, who describes the senator's priority as "building our numbers in the Senate" for the final two years of Trump's term while looking for strong women and minority candidates. (Abrams would be the first female African-American governor in U.S. history.)

Operatives also insist there are no quid pro quos, though Republican presidential campaign veteran Rick Tyler said, "These guys are out there accumulating chits."

Tyler worked for Texas Sen. Ted Cruz's 2016 White House campaign. Cruz was among the conservatives who traveled the country before his campaign, endorsing like-minded conservatives and raising money. Trump's improbable rise obliterated that groundwork, but Tyler said it's nonetheless a necessary part of a national campaign because prospective presidents build their networks and test messages as they meet activists and voters beyond their personal bases.

Harris, for example, noticeably is avoiding most early presidential nominating states — no trips to Iowa or New Hampshire so far. Because 10 Senate Democrats must seek re-election in states Trump won, her travels put her in some of the pivotal states in the battle to control the Senate. She's been to Ohio five times for Sen. Sherrod Brown, twice to Michigan for Sen. Debbie Stabenow and once to Florida for Sen. Bill Nelson. She has a June trip planned for Wisconsin Sen. Tammy Baldwin. Warren has been to Ohio at least four times this campaign season and traveled to Michigan and Wisconsin, among others states.

Those states helped give Trump the presidency. They also could prove important as primary states in an extended nominating fight that could materialize with a large field and Democrats' proportional distribution of nominating convention delegates.

Sanders, whose insurgent presidential campaign in 2016 emboldened the Democrats' left flank, is perhaps the most unabashed of the potential 2020 group about using this year's midterms to put his preferred policy stamp on the party. A prolific small-dollar fundraiser, the Vermont senator no longer has to prove he can raise money or draw a crowd.

"I have been very critical about the business model of the Democratic Party," Sanders told The Associated Press. He said his travel to 28 states since Trump took office and his endorsements in federal and state races are part of his promised "political revolution" intended to advance ideas such as a $15 minimum wage, tuition-free college and universal health insurance.

Sanders bet on liberal challenger Marie Newman in her unsuccessful House Democratic primary battle against conservative Rep. Dan Lipinski in Illinois. But Sanders scored a notable win Tuesday in Pennsylvania when his pick for lieutenant governor, John Fetterman, finished with a surprise primary victory.

Biden is at the opposite end of Democrats' identity battle. His endorsement list and fundraising itinerary are replete with state party dinners, events for sitting Democratic senators and rallies for candidates running as moderates, at least in tone, if not in policy preference. "I love Bernie, but ... I don't think 500 billionaires are the reason we are in trouble," Biden said at a recent Brookings Institution speech about his priorities for the middle class.

Biden's aides say he's willing to help any Democrat get elected, but the native of Scranton, Pa., who loves to wax eloquent about his working-class upbringing is in demand to campaign for Democrats running in GOP-leaning places. He headlined fundraisers and campaign rallies for first-year Alabama Sen. Doug Jones and new Pennsylvania Rep. Conor Lamb, who won among voters who had sided overwhelmingly with Trump in 2016. Biden's next planned campaign venture is to North Carolina on behalf of Democrat Dan McCready, a veteran trying to win a suburban Charlotte House district that wasn't competitive two years ago.

Certainly, many Democratic hopefuls around the country are accepting help from multiple would-be presidents, and the alignments don't always follow cleanly along the party's philosophical battle lines.

Abrams has campaigned as a liberal, but her primary opponent has hammered her for cutting deals with Republicans in Georgia's General Assembly. Aside from Harris, she's campaigned alongside Booker and gotten an endorsement from

Sanders, who has offered to campaign for her.

**From the Democratic Campaign**

**From the Republican Campaign**

Local News on the Race

The Charlotte Observer: Hold the confetti over Pittenger's loss (5.22.2018)

Democrats were downright giddy when the Preacher beat the Politician in the 9th District Republican primary. Pundits immediately upped the odds for the Marine, Democrat Dan McCready. The Politician's campaign consultant said the outcome showed November could be "brutal" for Republicans.

Hold the confetti.

Remember how giddy Democrats were two summers ago when Republicans nominated Trump? "Easy to beat," they said.

If you're running the Marine's campaign, would you rather run against: (a) a Politician (Robert Pittenger), an incumbent Congressman with a ripe target of a voting record and a sketchy financial history, or (b) a Preacher (Mark Harris), a political outsider with no voting record, who led the campaign against gay marriage (which got 60 percent of the vote statewide), wants to debate who goes in whose bathroom and has a built-in field organization of preachers and churches in every nook and cranny of the district?

We've seen preachers in politics. Take Jim Hunt's [U.S. Senate] race against Jesse Helms in 1984. Hunt was a lifelong teetotaling, choir-singing church-goer. But Helms had Jerry Falwell, the Moral Majority and a lot of preachers with him. Hunt long recalled an encounter he had with a young mother, children in tow, at a polling place on Election Day. Hunt asked for her vote, and she said, "I'm sorry, Governor. We like you, but we're voting for the Christian."

The Christian? Hold my communion wine.

And hold the celebrations. This is a strange time in politics.

Republicans are split between the country-club Congressional Republicans and high-school-educated, white working-class Republicans.

Democrats are split every which way, by race, gender and ideology.

Then there's the Trump volcano, spewing lava everywhere and apt to blow in any direction any day.

This is no time to be giddy.

**National News on the Race**

RollCall.com: Rescissions Package On Hold While GOP Deliberates (5.22.2018)

GAO delivers relatively good news, even as schedule slips

Congressional auditors delivered some good news for the White House and House GOP leaders on Tuesday, saying in a report that President Donald Trump's $15.2 billion spending cuts proposal mostly meets tests laid out in the 1974 statute establishing the "rescissions" process — even as leaders decided to put off consideration of the package until next month.

The Government Accountability Office found that two Transportation Department accounts slated for $134 million in cuts can't legally be "impounded," or blocked by the administration during the initial 45-day period after submission of the requests to Congress. The rest of the cuts, including rescissions from mandatory spending accounts like the Children's Health Insurance Program, are allowed to go forward under the 1974 law establishing the modern rescissions process, according to the GAO.

The 45-day period began on May 8, and a bill was later introduced in the House to rescind the funding. June 22 is the deadline for Congress to act on the rescissions package based on the current legislative calendar, or it loses special procedural protections. For example, a qualifying rescission bill cannot be filibustered in the Senate.

The GAO findings are likely to play a role in the Senate parliamentarian's decision on whether the rescissions measure — should it pass the House — would qualify for the expedited procedures.

DCCC_000503

The two proposed transportation rescissions highlighted by the GAO include $85.9 million in prior year balances to carry out earmarked highway projects, and $48 million in unobligated balances that the White House said are related to miscellaneous highway projects.

The Office of Management and Budget instructed the Transportation Department to withhold the full amount of funds in both cases, and the agency did so.

The GAO, however, said the appropriation of those funds does not provide the Transportation Department any discretion over how to obligate the money. As a result, the funds are not allowed to be withheld from obligation while Congress considers the rescission proposal.

Julie Matta, managing associate general counsel at the GAO, said in a statement that the funds in the two transportation accounts cannot be withheld because they are "line-item appropriations for specified transportation projects over which the Department of Transportation has no discretion."

In the report, the GAO pointed to a provision of the budget law called the "fourth disclaimer," which states that nothing in rescissions law "shall be construed as ... superseding any provision of law which requires the obligation of budget authority or the making of outlays thereunder."

The GAO said its review of OMB's apportionments show that for 32 of the rescission proposals, the office instructed agencies to withhold an amount equal to the proposed rescission. For six of the proposals, OMB instructed agencies to withhold an amount less than what was proposed.

The office did not instruct the Department of Health and Human Services to withhold funds for the two most controversial proposed rescissions — a $5.1 billion cut in CHIP funds for states and a $1.9 billion cut in the CHIP contingency fund, which provides payments to states that experience funding shortfalls due to higher than expected enrollment. The administration has said the money is not necessary and will not be spent.

A question of timing

While the analysis is helpful for the White House's case in getting the 1974's procedural protections to apply, it may not help get the votes to pass the measure in the House, where GOP moderates are balking at the CHIP cuts.

Since Republican leaders can't rely on any Democratic votes to pass the cuts package, they can afford to lose only 20 GOP members on the rescissions vote. House Republican Study Committee Chairman Mark Walker of North Carolina, who supports the measure, said Monday he expects the vote to be close.

Such dynamics led House GOP leaders to put off a vote on the package until at least June.

White House officials are considering making changes to the package that could ease members' concerns about rolling back unspent funds for children's health programs, combating the Ebola virus and other issues.

House Majority Leader Kevin McCarthy, however, said the chamber's agenda in the run-up to the Memorial Day recess is the reason for the delay on the rescissions bill.

"The only reason it's not on the floor this week is you had ... the farm bill and others," the California Republican said late Monday afternoon. "And now we've got so much more going on, so we're just working through that. It's just how much you got on your plate."

Other sources said the Trump administration was expected to send Congress an update to the proposed rescissions package that would take some of the political bite out of the measure. Some GOP members are wary of taking a potentially damaging vote just six months before the midterm elections.

A Democratic aide also ventured that Republicans are likely to remove a proposed $10 million rescission from the EPA because of opposition from Senate Republicans. The unobligated funds are targeted for competitive water quality research and support grants. OMB says those grants duplicate other federal programs.

Any potential changes, which could also help Republicans avert procedural issues, are not expected to be finalized this week, sources said. Lawmakers are off next week for Memorial Day and will return to the Capitol on June 5. McCarthy, a supporter of the package, had previously promised a vote on the legislation before the recess.

DCCC_000504

Though sources said House leaders were working with the White House on changes, McCarthy said he is not expecting an amendment from the administration. "I do not know of an amendment," he said. "If it comes, then I'll tell you."

Changes to the bill could originate in the House Rules Committee, in theory, though McCarthy said the package is likely to remain intact. "No, I think we're fine with it," he said.

Walker, who backs the rescissions package, said he hadn't heard of any specific changes. "There's a little bit of conversation, but nothing that we've heard that's definitive from the White House," Walker said, adding that the current whip count was "pretty close."

Ebola resurgence

The initial White House request sent to Congress on May 8 calls for rolling back $7 billion in leftover funds from the popular Children's Health Insurance Program and $252 million that was appropriated in the past to combat Ebola abroad, among other cuts totaling $15.2 billion in budget authority.

The Ebola provision could be changed or the funds might be left untouched in the new rescissions plan, aides indicated. The deadly virus has made headlines recently as it spreads in central Africa, killing 27 people in the Democratic Republic of the Congo so far and leading Democrats and health advocates to criticize the proposed anti-Ebola rescission as irresponsible.

The CHIP rescission might also be curbed, according to those familiar with the discussions.

The current measure would not touch any new fiscal 2018 appropriations from the March omnibus bill, and the nonpartisan Congressional Budget Office has said the CHIP money and most of the other funds in the package would not actually be spent.

The CBO estimated the rescissions would reduce actual spending or outlays by $1.2 billion over a decade, while OMB said it would save $3 billion over that period.

Punting the vote on rescissions until June will likely bump it up against the 45-legislative day deadline to preserve its procedural protections.

In a letter to Speaker Paul D. Ryan earlier this month, House Minority Leader Nancy Pelosi and Appropriations Committee ranking member Nita M. Lowey of New York said the protections will expire June 22. A Democratic aide said that date was based on GAO guidance and would hold true unless the House breaks for more than three days without holding a pro forma session.

Rep. Kevin Yoder of Kansas, a member of the House Republican whip team, said the rescissions package was not discussed at the group's Monday evening meeting, given the focus on the farm bill for the time being. But he characterized some general concerns within the GOP ranks due to the fact that rescinded funds wouldn't be available later to offset new spending during the fiscal 2019 appropriations process.

"I think people had a problem with optics, some of the programs. Although the funds are maybe unusable due to them being locked in previous years [of authorization], they're programs that are very important to a lot of our constituents, and they want those funds to be allowed to be rolled over into the same programs," said Yoder, a member of the Appropriations Committee.

"And so I don't know what the result of it's going to be, but I think there's some that feel it's not a very productive endeavor," Yoder said. "It doesn't [reduce] real government spending because those funds weren't going to be spent anyway."

Walker had a different take, saying that cutting funds that were unlikely to be spent should not be a difficult vote for members.

"There's tough votes around here. That ain't one of 'em," he said.

**From the Democratic Campaign**

**From the Republican Campaign**

**Local News on the Race**

DCCC_000505

**NC-13**

**National News on the Race**

**From the Democratic Campaign**

**From the Republican Campaign**

**Local News on the Race**

**NB-01**

**National News on the Race**

**From the Democratic Campaigns**

**From the Republican Campaigns**

**Local News**

**NY-22**

**National News on the Race**

Binghamton HomePage: Democratic Congressional Candidate Anthony Brindisi holds town hall (5.22.2018)

Democratic Congressional Candidate Anthony Brindisi was in our area Monday to take questions from voters.

Brindisi held a town hall style meeting at the American Legion Post 1645 on Robinson Street in Binghamton.

The Democrat, who is opposing Congresswoman Claudia Tenney in November, fielded questions from over 50 attendees.

Topics included affordable housing, preventing school shootings, election security, education, student loan debt, childcare, jobs and net neutrality.

Brindisi says he's never taken NRA money and says improving safety infrastructure at schools is critical.

He says he supports the second amendment, but would like to see expanded background checks.

Regarding jobs, Brindisi says many employers cannot find skilled workers, so there needs to be more job training programs to develop needed skills in the local workforce.

Brindisi says it's important to hear from the people in person.

"There's no way you can be an effective representative and do your job correctly if you're not listening to the folks back home.  I want people to know when I'm in Congress, I'm going to be around a lot.  I want to hold a lot of town hall meetings so I can hear firsthand from voters about the issues that are important to them," said Brindisi.

Brindisi says the recently proposed federal Farm Bill did not pass because of extremes on both the left and right.

On food benefits such as SNAP, he says the most vulnerable people, such as single moms, seniors and veterans, should not be cut from the program.

However, Brindisi says he would be open to discussing the work-based requirements for benefit recipients.

**From the Democratic Campaigns**

**From the Republican Campaigns**

**Local News**

**UT-04**

**National News on the Race**

DCCC_000506

Moderate Democrats, nearly wiped out in 2010, have hopes for a comeback this year.

Brendan Kelly is running in a district in southern Illinois that went for Donald Trump by nearly 15 points in 2016, so his message shouldn't come as a surprise.

"We see a system that is rigged for a powerful few," he said in a voice full of gravel. He rails against "elites on the coasts" and understands why many are "frustrated" and "angry" over low-paying jobs and high health care costs.

He blames both parties for the shape America is in. He talks about increased security at the border with Mexico and has good things to say about the president's trade policies. He believes there are drug cartel leaders who should get the death penalty. He thinks an assault weapon ban is taking things too far. He favors term limits.

Oh, and another thing: He's a Democrat.

The 41-year-old state's attorney and former Navy officer is at the forefront of a group of conservative and moderate Democrats the national party is counting on to help win back a majority in the House.

Ask Democrats in Washington who they are most excited about, and he's usually near the top of the list — he was asked three times in the past to run.

"I'm not your cookie-cutter Democrat, that's for sure," Kelly is fond of saying.

As for the "moderate" label, he rejects it — but mostly for style purposes, it seems. "I'm not going to be moderate in my approach," he said. "I don't think it's moderate to want to fight like hell for the future of our democracy." Indeed, he won't be voting for Minority Leader Nancy Pelosi should Democrats regain control of the House, saying it's time for a change (though he did attend a recent fundraiser Pelosi headlined in D.C. for Illinois Democrats).

If he wins his election in the 12th District against second-term GOP Rep. Mike Bost — an election that prognosticators in the past few months have been inching into more favorable territory for Democrats — he'll also bolster the ranks of a once-storied group of conservative Democrats that has since fallen on hard times: the Blue Dogs. They'll need all the help they can get.

Signs of a revival

At the height of their powers, in 2009, the Blue Dog Coalition boasted 54 members — 21 percent of the entire Democratic caucus. The group of conservative Democrats was formed in 1995 because its members believed that they had been "choked blue" by the extremes in both parties.

The last time Democrats had unified control of government, in 2009-10, the group shaped negotiations over the stimulus bill, cap-and-trade and the Affordable Care Act, oftentimes withholding support in exchange for concessions. Unsurprisingly, this angered the liberal wing of the party.

But the coalition was wiped out in 2010, losing over half of its membership in a tea party-fueled Republican wave. By the start of the 114th Congress in 2015, the membership had dwindled to a mere 14 members. (It's up to 19 now.)

Their ability to influence anything has likewise evaporated. Most of the policy proposals they have endorsed this year, like a balanced-budget amendment, have been ignored by both parties. And even when members reached out to Republicans last year on the tax bill, they got the stiff-arm.

"We're irrelevant, it's true," said Rep. Collin C. Peterson with a rueful laugh. The Minnesotan is a founding member of the group who is in line to chair the Agriculture Committee if Democrats win back the House in the fall. The problem, he said, is that Republicans "have a big enough majority. They don't need us. It is what it is."

Yet many are now eyeing 2018 as the Blue Dog's comeback tour, its path back to relevance. In 2017, the group hired a full-time communications director for the first time since 2014.

The Democratic Congressional Campaign Committee has teamed up with the Blue Dogs to identify candidates in districts where Trump prevailed. They are quick to point out that of the six seats Democrats picked up in 2016, four of them are current Blue Dogs. So far, the Blue Dog PAC has endorsed 14 candidates for 2018 (though some have already lost), and more endorsements are on the way, members of the group said.

DCCC_000507

In March, one of their members, Illinois Daniel Lipinski, turned back a determined challenge from a more liberal opponent, Marie Newman.

Conor Lamb, who stunned everyone in March with his special election win in Pennsylvania, is the newest member of the group. Many candidates now are starting to emulate his campaign: pro-union, Trump-curious, anti-Pelosi.

The group hit a bump in the road May 15, when former Rep. Brad Ashford of Nebraska, who got the Blue Dog PAC endorsement in his race to reclaim a seat he lost in 2016 to GOP Rep. Don Bacon, came up short in a primary to Kara Eastman, a social worker with a significantly more liberal profile. On that same day, moderates in Pennsylvania fell to more liberal challengers.

Still, the group is now starting to think big. Jim Costa, the California Democrat who co-chairs the group, has no doubt there will be growth in the ranks.

"I think the only question is what the number will be," Costa said. "Will it be seven or eight?"

If that were the case, the Blue Dogs would once again be players at the table.

"If they were to be a caucus of 30 members and they were able to institute rules like the Freedom Caucus" — the far-right group in which members vote as a bloc on legislation — "they could have leverage," said Danielle M. Thomsen, a professor at Syracuse University who has studied the decline of moderate candidates for Congress.

The screening process
As the group plotted its comeback last year, it tapped a moderate diaspora that is now sprinkled throughout D.C.

Kristen Hawn, who once worked as communications director for the group on Capitol Hill, said that since the 2010 wipeout, the Blue Dog mafia, as she and others have been calling it, has kept in close contact. "We're a tightly knit group of people. Not just colleagues, but close friends," she said. The group she co-founded after she left the Blue Dogs, Granite Integrated Strategies, is helping train moderate candidates on messaging, issues and interacting with the media.

The Blue Dog PAC, which has raised nearly $1 million so far this cycle, is poised to exceed its fundraising efforts from 2014 though will likely fall short of 2012, when it raised $1.8 million. The PAC "double maxes out" — meaning candidates receive $5,000 in the primary and another $5,000 in the general election.

Many contributors who have hit their contribution limit to the PAC have been steered to individual candidates, Hawn said. And even though many Blue Dogs are staunch defenders of gun rights, the group did run into some rough waters when the McClatchy news organization discovered in April the PAC had accepted $9,950 from the National Rifle Association.

While the PAC had accepted NRA money in the past, Hawn said that following an objection from Rep. Stephanie Murphy, a Florida Democrat and a Blue Dog, the money from 2017 was returned and the 2018 money was refused. Going forward, the PAC won't accept NRA money, she said.

The co-chairs of the PAC, Reps. Kyrsten Sinema of Arizona and Kurt Schrader of Oregon, screen potential candidates, asking open-ended questions on fiscal issues and national defense, the group's top two priorities. The candidates get questions about the size of the national debt and whether they think it's bad that China is holding so much of it.

Schrader said he's been telling candidates that in his recruitment pitch there will be opportunities to work with Republicans on "meat and potatoes issues," no matter the outcome in November.

He cites some of the regulatory rollback that's been happening using the Congressional Review Act as an example — many moderates and Blue Dogs have joined Republicans in supporting resolutions striking down Obama-era regulations, including one that prohibited mentally impaired Social Security recipients from purchasing firearms.

Schrader said that when he was recruiting Jeff Van Drew, a Blue Dog-endorsed candidate from southern New Jersey with an A-rating from the NRA and who is running for a seat being vacated by GOP Rep. Frank A. LoBiondo, the Democrat told him he was having a tough time getting things done in his own state legislature. So Schrader encouraged him to set his sights on Congress, "because frankly with Republicans in control, you're going to find you're going to have a lot more opportunity than you did back home."

And should Democrats take over in November, Schrader added, "you'll be the decision-makers, because you'll be the swing vote."

Case 5:20-cv-00046-OLG   Document 85-6   Filed 06/15/20   Page 68 of 100

But Thomsen is less sure of such a scenario. "Until there are more moderates elected they aren't going to be able to galvanize and be able to leverage the votes that they need to have any influence," she said. "And until that happens, other moderates aren't going to view the job as particularly attractive and thus are not going to run."

In the meantime, Blue Dogs are eyeing candidates for potential future endorsements.

What if?
Let's say Blue Dogs deliver in a big way in 2018. What will they do with that newfound power?

That is not entirely clear. One scenario that seems most likely: Democrats take control of the House, the Senate retains its narrow Republican majority and Trump is still in the White House. What legislation could get passed?

Blue Dogs say they remain open to working with Republicans and the White House on issues like immigration, infrastructure, trade and the opioid addiction crisis. Henry Cuellar, a Texas Democrat and co-chair of the group, met with Trump last year when Republicans were scrounging around for votes on the tax overhaul. (He ultimately voted against the bill, saying that the Republicans weren't interested in incorporating his ideas.)

Cuellar said the group reached out to the administration early on to signal they were willing to work on issues like taxes and trade. He's met with Trump multiple times, and has even been to the home of presidential daughter Ivanka Trump and her husband Jared Kushner, both White House advisers. Of the president, he insisted: "I'm an optimist, I hope he still gives bipartisanship a chance. I will always have my door open."

Molly Reynolds, who studies Congress at the Brookings Institution, thinks infrastructure would be a likely candidate for action. She also thinks there's an appetite for overhauling the appropriations process. "That's another place where there is bipartisan support for reform," she said.

In March, the DCCC commissioned an internal poll in 52 swing districts on Trump, taxes and the economy, along with a memo prepared by the polling firm Greenberg Quinlan Rosner Research. It concluded that candidates should feel free to oppose Trump where they disagreed with him "but must express a willingness to work with the President when his agenda might help the district." And why is that? "Blanket opposition to Trump closes the door for many voters in these districts."

Schrader acknowledges that type of approach is a balancing act. "To run in those districts you've got to be threading the needle on a regular basis," he said. "You've got to show Democrats that you're good on creating opportunity for everybody. A shared prosperity. I think that's a great Democrat message. I don't think it's an anti-Republican message." And on appealing to Republicans? "You have to talk about personal responsibility. Again, everyone has to have some skin in the game. And businesses aren't evil, they're actually the job-creators."

But even if Democrats get their dream of a majority in the House — would they really be willing to work on big-ticket issues while the national party attempts to defeat Trump in 2020? Costa further thinks that if Republicans retain a narrow majority, with, say Speaker Kevin McCarthy of California, they'll need to come to Democrats for votes on certain issues. "Can you imagine McCarthy or whoever else trying to run his group with 225 [Republicans]? He's going to have all the same problems and worse that [Paul D.] Ryan's had and [John] Boehner's had before him. They're going to have to learn to work on a bipartisan basis."

In addition, Blue Dogs say they are seeking more assurances to get to the front of the line for committee assignments. In years past, moderate Democrats sat in greater numbers on what are considered plum committees like Energy and Commerce, Finance and Appropriations. Costa said talks are underway with leadership on this issue. "Clearly that's part of our discussion as we attempt to ensure that after the elections, we're relevant in ways that we want to be," he said. When pressed on whether he's received any assurances, he allowed: "It's still a work in progress — we've had that conversation, directly and indirectly."

One option that could be on the table is bloc voting. Blue Dogs could follow the lead of the House Freedom Caucus. In that group, if 80 percent of the members take a stand on an issue or legislation, the rest of the group must endorse it. Peterson, the Minnesota Blue Dog, said he'd be open to the idea. "It's something to be considered," he said. "On certain bills or certain times." Most others in the group, though, are not terribly enthusiastic about it. "We've resisted that in the past," said Costa, who thinks the group can use its leverage in other ways.

Can we all just get along?

While Blue Dogs say candidates have been plentiful this year, Thomsen's research suggests this might be a momentary blip. Since 1980 there has been a dramatic decline in the number of moderate Democrats running for Congress. Her research, which defines moderates as those at least as conservative as former Rep. John Tanner of Tennessee (a Blue Dog co-founder), shows a decline from a high of more than 20 percent in 1980 of the total pool to only 3 percent in 2014. This year, according to recent data compiled by The Washington Post, the number of liberal candidates running for Congress is at its highest level in decades.

Thomsen thinks today's moderates — who are much more liberal than their forebears from 10 to 20 years ago — are simply forestalling the inevitable, that eventually most all of their kind will be wiped out.

Reynolds agrees. "I don't necessarily see a really large-scale change where all the sudden we see a huge centrist bloc of moderates," she said.

Schrader thinks that may have been true a few years ago, but said Democrats have changed their tune since 2016. "For the first time since I've served in Congress," he said, "the centrists, the progressives, the moderates are all getting along. It's been pretty nice. A lot of my progressive colleagues realize that we need more candidates like myself to get to that 218 [majority] and get them their chairmanships. Enlightened self-interest, perhaps." He believes that what's happening is a "swing back to where, once again, we're the big-tent party."

It may be a bigger tent, but the group clashed with the DCCC earlier this year, when New Mexico Rep. Ben Ray Luján, the chairman of the DCCC, declined to provide a specific endorsement for Lipinski, an anti-abortion Democrat from Chicago, in his election win over Newman, a liberal candidate backed by Illinois Reps. Jan Schakowsky and Luis V. Gutiérrez. After an outcry from moderates, the DCCC reversed course and endorsed him.

Lipinski said he isn't interested in rehashing the fight, but is gratified that he won, all but assuring an eighth term in his Chicago-area district. "I'm not looking back at this point," he said, allowing there have been some "rough patches" with party leaders. "Democrats can't have these fights within the party when you're trying to regain the majority," he said.

To that point, Schrader said he and many in the group were upset with the DCCC and are now advocating for changes to ensure that incumbent candidates get the group's explicit backing.

"I think we'll hopefully see a rule change," he said. "We do expect the DCCC to support incumbents. And anyone that's on the DCCC Council must support incumbents in our book, and we're going to make that an issue going forward."

Rep. Denny Heck of Washington, co-chair of the DCCC's Red to Blue program, which provides fundraising and organizational support to Democratic candidates in Republican-held seats that are potential takeover opportunities, said such fights are inevitable, but doesn't think they'll amount to much. "That's what happens when you have a big-tent political party. We're going to have those squabbles. It's hell in the short term and it's absolutely right in the long term. And it makes us stronger."

The abortion issue has riled the Democratic Party — most notably in Lipinski's race. Lipinski is one of the few remaining abortion foes in the party, and pro-choice groups led by NARAL spent $1.6 million to defeat him. Democratic leaders have reiterated time and again that they would not use a candidate's position on abortion as a litmus test.

In Utah, the issue has come into play, but this time as an attack from the right against a candidate Democrats are excited about. Ben McAdams, the mayor of Salt Lake County, who considers himself a "pragmatist," will likely face Mia Love, the first African-American woman elected as a Republican to Congress. He's received the Blue Dogs' endorsement.

He said he's personally pro-life, but believes the decision should be left up to the woman. Still, he said, "I do support restrictions on abortion," adding: "I think abortion is far too common in America." Love has gone after McAdams, a Mormon, for his stance, relaying a conversation she had with her daughter, who told her: "If we're a country that decides we're going to kill our babies, we're good for nothing."

McAdams considers that a personal attack. "I find this attack offensive [and] not the way we do things in Utah," he wrote on Twitter. "I think it is unfair," he said in an interview. "That's not my record. My record is someone who rolls up his sleeves to find solutions to tough issues."

Long road ahead

For the most part, Blue Dog candidates are not facing many significant primary threats from the left, but where they

DCCC_000510

Case 5:20-cv-00046-OLG Document 85-6 Filed 06/15/20 Page 70 of 100

have, it's been rough going. Three prominent, Blue Dog-backed candidates who many in the party saw as keys to retaking Republican-held districts have fallen this spring. In Texas, Jay Hulings outspent his opponents after being showered with $64,000 from establishment-backed committees, but still finished fourth in a bid to unseat GOP Rep. Will Hurd, considered one of the most vulnerable Republicans in Congress. Instead, the candidate in that district is Gina Ortiz Jones, an openly gay Air Force veteran.

In Virginia, Roger Dean Huffstetler outspent his opponents, but his campaign never seemed to catch on. Indeed, the PAC associated with the Blue Dogs donated $3,500 to Huffstetler — $1,500 below what the group typically gives to endorsed candidates in their primary.

National Democrats have poured their effort into recruiting and running centrists in an all-of-the-above strategy, sometimes working to shove progressives to the side during primary season out of a fear that such candidates would get wiped out in a general election — most prominently in a Texas district with candidate Laura Moser.
That wasn't the case in Virginia's 5th District, a massive, 10,000-square-mile area that stretches from the Washington suburbs to the North Carolina border, and includes the city of Charlottesville. In that race, Huffstetler squared off with Leslie Cockburn, a former journalist. Huffstetler checked all the boxes for this year's strategy — former military, entrepreneur, former chief of staff to Democratic Rep. Seth Moulton of Massachusetts, who has been recruiting veteran candidates. He outraised Cockburn by over $400,000, and seemed primed to challenge first-term GOP Rep. Tom Garrett, a member of the House Freedom Caucus who won his race in 2016 by 17 points, but whose fundraising has been weak.

But Cockburn, who supports Medicare for all, an assault weapon ban and repealing the tax cut bill that passed in December, said she never felt any pressure to drop out.

"They have not caused us any problems," she said of the DCCC. "They're being extremely helpful right now." She defeated Huffstetler convincingly, not in a primary election, but rather in a caucus convention held earlier this month.

Still, some of her stances and history could cause unease for those eyeing the district for a takeover — and the DCCC has put the race as a target for pickup.

Some Democrats fear that advocating Medicare for all will expose candidates to GOP attacks in the fall. "It would be a massive tax increase; it would make your individual plan illegal," said one Democratic strategist not involved in the race.

A former "60 Minutes" producer and "Frontline" correspondent, Cockburn is getting renewed attention for a 1991 book she co-authored with her husband, Andrew Cockburn, titled "Dangerous Liaison," that explores Israel's influence on U.S. policy. The Virginia Republican Party called her a "virulent anti-Semite." Cockburn's campaign dismisses those charges, saying that she has "dedicated her career to speaking truth to power and standing up to racism, anti-Semitism and corporate special interests that take advantage of everyday people."

In addition, her campaign was embroiled in a dispute that led to the resignation of a county committee chair. During an April caucus, staffers for Cockburn were seen speaking with caucus attendees, which is prohibited, according to the committee chair, Elizabeth Alcorn. One staffer was spotted campaigning several times and was eventually told to leave. Cockburn sent an email to Alcorn saying she believed that her staff had been treated rudely and that it "may be a racist incident."

Alcorn subsequently resigned, but Cockburn said that after meeting with the committee, all has since been smoothed over. "I have a fantastic campaign staff that behaved impeccably during the caucus," she said. "We are moving forward."

And in a March interview with a local radio station in Charlottesville, she compared recent actions by Immigration and Customs Enforcement to Nazi Germany's secret police. "We don't like the fact that ICE is like our new Gestapo," she said.

When asked about this comment, Cockburn did not disavow it and explained that she was talking about aggressive enforcement actions such as roadblocks and checkpoints that she felt went too far. "That kind of effort … is very unfortunate and I would not support that type of operation," she said.

Give us some space
Brendan Kelly, the Illinois Democrat, said he's tired of the labels being placed on candidates — "I think these 'You're on the right, you're on the left or you're a centrist' — I think that's garbage, too," he said.

After all, in addition to his conservative leanings on a number of issues, he is still a supporter of abortion rights, believes in stricter background checks for gun owners and, most recently, has come out with a decidedly left-wing proposal in support of the rescheduling of marijuana, which could smooth the way for legalization efforts (though he thinks recreational use should be left up to the states). Kelly believes that prescription marijuana could ultimately replace opioids.

"I run into a lot of guys who love their union, support the Second Amendment and they want to be able to smoke weed whenever they want without having to worry about going to jail," he said. "Put that into a neat little political consultant diagram. I don't know if you can do that."

**From the Democratic Campaigns**

**From the Republican Campaigns**

**Local News**

**National News on the Race**

**From the Democratic Campaigns**

**From the Republican Campaigns**

**Local News**

**National News on the Race**

**CBS DFW: Democrats Relieved After Texas Candidate Loses House Runoff (5.23.2018)**

National Democrats breathed a sigh of relief after a liberal outsider lost her runoff in a high stakes U.S. House race for one of three Republican-held seats they hope to flip this November in the deep red state.

The most-watched race of Tuesday's Texas primary runoffs saw liberal activist Laura Moser defeated by Lizzie Pannill Fletcher, a former Planned Parenthood board member. The result was cheered by the party establishment, who saw Moser's as an unelectable drag on their chances of retaking the House.

Democrats also nominated a candidate for governor who breaks barriers but is expected to struggle to gain traction against Republican Gov. Greg Abbott in November. Lupe Valdez is the first openly gay and first Latina gubernatorial candidate in Texas. But she's faltered on the campaign trail with basic policy issues while failing to win the endorsement of some Hispanic activists because of her past cooperation with federal immigration agents while serving as Dallas County sheriff.

Both outcomes soothed party nerves in a slate of runoffs Tuesday night that otherwise unfolded with little fanfare in Texas, which remained shaken by a high school shooting that killed 10 people just as early voting ended last week.

While Democrats have few illusions of ousting Abbott in November, Valdez's win spared the party from putting at the top of their ticket Houston businessman Andrew White, a moderate who personally opposes abortion.

"Tonight is a victory for all of us who are fighting for a stronger and fairer Texas. A tolerant and diverse Texas. A Texas where the everyday person has a voice and a fair shot — just as I had," said Valdez, who once picked green beans as a migrant farmworker.

In Congress, Fletcher's win was one of three Texas primary runoffs that are key to whether Democrats can flip the minimum 24 GOP-held seats they'll need to seize a House majority in November.

Not willing to take any chances, the fundraising arm for congressional Democrats worked to undercut Moser in a district that Republican John Culberson has held since 2001 — but has shifted to a more Hispanic, better educated battleground that Hillary Clinton narrowly won in 2016.

Moser made the runoff despite the Democratic Congressional Campaign Committee criticizing her for writing jokingly in 2014 that she'd rather have teeth pulled than live in small-town Texas.

DCCC_000512

Susan Wright, a voter in Houston, said she thought "Democrats in Washington really screwed up" by attacking Moser.

"It was too bad they decided to make it sound like someone has done a big investigative report on her. I never saw it." Wright said.

Guns did not appear to be a major issue in the runoff days after the shooting at Santa Fe High School outside Houston. Hours before polls closed Tuesday, Abbott hosted the first of three round table discussions this week with policymakers to discuss better fortifying schools.

But Abbott hasn't mentioned gun control and Democrats say Texas Republicans — who have a dominating majority in the state Legislature — won't dare cross the National Rifle Association by considering tighter firearm limits. Democratic candidates generally agree on gun control and there hasn't been much debate so far in the runoff races.

Two other Texas districts Democrats hope to flip are Dallas U.S. Rep. Pete Sessions', which supported Clinton instead of Trump, as did Rep. Will Hurd's, encompassing 800 miles of Texas-Mexico border from San Antonio to El Paso. Former NFL linebacker Colin Allred advanced to face Sessions and Air Force veteran Gina Ortiz Jones won to take on Hurd.

**From the Democratic Campaigns**

**From the Republican Campaigns**

**Local News**

Temi Amoye
IE POLITICAL ASSISTANT · DCCC

Office: (202) 821 4829  |  Cell: (301) 404-3917

DCCC_000513

# Green Pod Clips
# May 15th, 2018

**[ HYPERLINK \l "Top_Stories" ]**

[ HYPERLINK \l "Top_Stories" ]

[ HYPERLINK
"file:///\\\\d3cfile01\\ie\\Independent%20Expenditure%202018\\District%20by%20District%20C
ampaign\\.Green%20Pod\\Daily%20Clips\\Poll%20released%20by%20Heinz%20campaign%20
gives%20him%20edge%20over%20Kirkpatrick%20in%20CD2" ]

[ HYPERLINK "https://www.youtube.com/watch?v=u_CPVHS85t0" ]

**[ HYPERLINK \l "CA_07" ]**

[ HYPERLINK \l "National_News07" ]

[ HYPERLINK \l "Dem_Campaigns07" ]

[ HYPERLINK \l "Rep_Campaigns07" ]

[ HYPERLINK \l "Local_News07" ]

**[ HYPERLINK \l "CA_21" ]**

[ HYPERLINK \l "National_News21" ]

[ HYPERLINK \l "Dem_Campaigns21" ]

[ HYPERLINK \l "Rep_Campaigns21" ]

[ HYPERLINK \l "Local_News21" ]

**[ HYPERLINK \l "CA_25" ]**

[ HYPERLINK \l "National_News25" ]

[ HYPERLINK \l "Dem_Campaigns25" ]

[ HYPERLINK \l "Rep_Campaigns25" ]

[ HYPERLINK \l "Local_News25" ]

**[ HYPERLINK \l "CA_45" ]**

[ HYPERLINK \l "National_News45" ]

[ HYPERLINK \l "Dem_Campaigns45" ]

DCCC_000514

[ HYPERLINK \l "Rep_Campaigns45" ]

[ HYPERLINK \l "Local_News45" ]

[ HYPERLINK \l "NH_01" ]
[ HYPERLINK \l "National_News49" ]
[ HYPERLINK \l "Dem_Campaigns49" ]

[ HYPERLINK \l "GOP_Campaigns49" ]

[ HYPERLINK \l "Local_News49" ]
[ HYPERLINK \l "NY_22" ]
[ HYPERLINK \l "National_News22" ]

[ HYPERLINK \l "Dem22" ]

[ HYPERLINK \l "Rep22" ]

[ HYPERLINK \l "Local22" ]

[ HYPERLINK \l "UT_04" ]
[ HYPERLINK \l "Nat04" ]

[ HYPERLINK \l "Dem04" ]

[ HYPERLINK \l "Rep04" ]

[ HYPERLINK \l "Local04" ]

[ HYPERLINK \l "WA_08" ]
[ HYPERLINK \l "Nat08" ]

[ HYPERLINK \l "Dem08" ]

[ HYPERLINK \l "Rep08" ]

[ HYPERLINK \l "Local08" ]

[ HYPERLINK \l "WA_08" ]
[ HYPERLINK \l "Nat08" ]

[ HYPERLINK \l "Dem08" ]

[ HYPERLINK \I "Rep08" ]

[ HYPERLINK \I "Local08" ]

## Top Stories

**Arizona Daily Star: Poll released by Heinz campaign gives him edge over Kirkpatrick in CD2 (5/14/18)**

Democrats in Southern Arizona's Congressional District 2 are largely split between two candidates — former Congresswoman Ann Kirkpatrick and emergency room physician Matt Heinz — according to a new poll released on Monday.

A poll, released by the Heinz campaign, shows Heinz as the front-runner for the CD2 primary in August with a slight 4 percent lead over Kirkpatrick. The margin of error of the poll is 4.9 percent.

The live phone interview initially asked which candidate they'd support, with 27 percent saying they would support Heinz and 24 percent saying they planned on backing Kirkpatrick.

However, three months before the August primary, 36 percent of those responding to the poll said they were undecided.

The remaining callers said they backed one of three candidates — businessman Billy Kovacs, former state Rep. Bruce Wheeler and retired Assistant Secretary of the Army Mary Matiella. Callers were not asked about two other Democrats in the race, rancher Barbara Sherry and attorney Yahya Yuksel.

Rodd McLeod, an advisor for the Kirkpatrick campaign, was skeptical of the poll's results since Heinz did not release the questions or any other portion of the phone survey.

He noted that the emergency room physician has a long history of attacking his Democratic rivals in the primary.

McLeod added the strategy has not worked for Heinz, noting he lost by double-digit margins in his last two Congressional runs.

The Heinz campaign touts that the gap between Heinz and Kirkpatrick increased after those polled were read brief biographies of each of the candidates and select political votes made by the two candidates.

For example, the poll mentioned that Kirkpatrick "missed voting on the DREAM Act," which would have granted legal status to certain immigrants brought here as youths. The bill never passed Congress. The statement is accurate but does not mention Kirkpatrick reportedly underwent a minor surgical procedure the day of the vote.

The second time the questions were asked, 40 percent said they'd back Heinz, while Kirkpatrick had 32 percent.

The Heinz campaign released a three-page summary offering highlights of the telephone survey but did not release the entire poll.

[ HYPERLINK "https://www.youtube.com/watch?v=u_CPVHS85t0" ] **(5/10/18)**
NOTES: Allied Progress released essentially the same exact ad against Rep. Kevin Yoder [R-KS-03]
**TRANSCRIPT:**

VOICEOVER: By charging up to 400% interest, payday lenders can afford almost anything.

TEXT: 400% interest / Payday lenders can afford anything

VOICEOVER: And Pete Sessions is on the top of their list.

TEXT: Pete Sessions

VOICEOVER: Sessions received over $225,000 in campaign cash from payday lenders.

TEXT: "Sessions / over $225,000 from / payday lenders" Opensecrets.org, accessed 03/21/18

VOICEOVER: More than almost any other member of Congress

TEXT: More than almost any other member of Congress

VOICEOVER: And was accused of pay-for-play with the payday loan industry.

TEXT: The Dallas Morning News / "Group files ethics complain against Sessions; cites donations from payday loan industry" Oct. 2015]

VOICEOVER: Now, Sessions may vote to gut new safeguards that protect consumers like you from payday loans.

TEXT: Pete Sessions / gut protections for consumers / from payday lenders / The Nation, 01/24/18; H.J.Res. 122, 12/01/17]

VOICEOVER: Tell Pete Sessions to stand up for us, not payday predators.

TEXT: Pete Sessions / Stand up for us / not payday predators

TEXT DISCLAIMER: PaydayPete.org / Paid for by Allied Progress Action

## AZ-02

### National News on the Race

### From the Democratic Campaigns

### From the Republican Campaigns

### Local News on the Race
[ HYPERLINK "http://tucson.com/news/local/dozens-of-families-many-from-guatemala-arrive-in-nogales-seeking/article_4dd45e2f-0b19-5b7b-880e-74a82e3515ea.html" ]
Faith they would make it across Mexico. Faith that U.S. officials would let them in. Faith they wouldn't be separated once they crossed over. It bound them together through their travels and sustained them to the end, as they waited to be processed at the port of entry.

Dozens of families started showing up Saturday at the downtown port in Nogales to seek asylum, and officials processed a handful at a time.

By Monday, there were several who had slept on the floor, using cardboard and blankets as cushions, for two nights. More arrived Sunday and Monday.

By the end of the day, Mexican Red Cross workers said there were a few still left.

In a written statement, Customs and Border Protection said it processed people as quickly as possible "without negating the agency's overall mission or compromising the safety of individuals within our custody."

The number of people CBP can process, it said, "varies based upon case complexity; available resources; medical needs; translation requirements; holding/detention space; overall port volume; and ongoing enforcement actions."

The number of families presenting themselves at ports of entry and between the ports has increased over the last several years.

So far this fiscal year (which ends Sept. 30) about 5,500 family units have presented themselves at ports in the Tucson Field Office, up 38 percent from about 4,000 families during this time last fiscal year, Customs and Border Protection data show.

After Mexicans, Guatemalans are the largest group. So far this fiscal year, nearly 8,000 Guatemalan family units have presented themselves at ports of entry along the Southwest border, up from about 6,000 in all of last fiscal year.

The Guatemalan consul in Tucson, Carlos de Leon, said he was heading to Nogales late Monday afternoon and didn't yet know what brought the group there and what would happen to them.

A Guatemalan single man who presented himself at the port of entry over the weekend and was deemed inadmissible by the agency was returned to Mexico. He was still in line with the other families, trying to figure out how to get back to his native Guatemala.

In 2016, dozens of Haitian migrants also camped out at the same port of entry awaiting a chance to speak with U.S. immigration officials.

The families waiting in Nogales Monday said they were fleeing violence, extortion, violent partners and extreme poverty and had friends or relatives in places such as Georgia, Texas and Florida. Asylum applicants must prove they have been persecuted or fear persecution based on their political beliefs, race, religion, nationality or membership in a particular social group.

The group arrives at a time when the Trump administration has increased immigration enforcement and wants to deter people from coming in the first place.

"Today we are here to send a message to the world: We are not going to let this country be overwhelmed," U.S. Attorney General Jeff Sessions said in a recent speech. "People are not going to caravan or otherwise stampede our border," he added, in reference to the recent caravan of mostly Hondurans who traveled to Tijuana to seek asylum.

"We need legality and integrity in the system," he said. "If you make false statements to an immigration officer or file a fraudulent asylum claim, that's a felony. ... I have no doubt that many of those crossing our border illegally are leaving difficult situations. But we cannot take everyone on Earth who is in a difficult situation."

The Department of Homeland Security doesn't currently have a policy of separating families at the border for deterrence purposes. As required by law, "DHS must protect the best interests of minor children crossing our borders and occasionally this results in separating children from an adult they are traveling with if we cannot ascertain the parental relationship or if we think the child is otherwise in danger," Tyler Q. Houlton, DHS press secretary, said in a written statement.

Diego Garcia left Guatemala about two weeks ago with his son, Elias, on top of the train known as "La Bestia."

DCCC_000519

"We would wait for the train or take buses to get closer to where the train passed," the 32-year-old bus driver said. While Elias, 8, said he wasn't scared of riding on top of the train, Garcia said he held on to him tight, especially at night.

He left his wife and two little girls back home, but he said he had no other choice.

One day, he said, as he was driving his bus, a gang member approached him with a gun and handed him a cellphone with the message to deliver it to his boss.

"I'll give you tonight," Garcia said the man told him, "If your boss doesn't answer, te doy pa'bajo" ("I'll kill you"). He told him he knew his family, he knew that he had a son, where he studied, how old he was.

Garcia knew all too well their threats were real. Just two years ago, the gangs who extort business owners like his boss had shot and killed another driver.

"The journey has been difficult but going back would be going back to a death sentence," Garcia said as he waited his turn to tell his story to port and immigration officials who would decide whether his fear was credible enough to allow him to enter the United States' asylum system.

While it was a difficult choice to leave his wife and daughters behind, he said, "it's better to be apart but alive."

In the group there was also a 30-year-old woman, Maria Fernanda, with her son Damian. She left Guatemala on May 1 and said God has been with her throughout. God is the reason why Mexican immigration officials didn't stop her and God will decide her fate once she gets across, she said. Among other things, she said she was fleeing an abusive partner who had threatened her life and didn't know she had fled the country.

Fernando Garcia, no relation to Diego, was fleeing a gang who wanted to recruit him. "What they do doesn't seem right to me," said the 17-year-old, who works in agriculture.

"I'm an evangelical, I go to church, and what they do goes against God's will." It was a painful decision, but one his family felt they had to make, he said.

Before the end of the day, he was allowed to proceed.

There were other parents who had heard that the government was giving asylum to those who traveled with their children, but not many had heard the administration's recent plans about potentially prosecuting those who enter the country illegally, even if that meant separating parents from their children.

When asked about the thought of being separated from his son, Diego Garcia said: "We put our trust in God that this won't happen."

**NC-09**

DCCC_000520

**National News on the Race**
**[ HYPERLINK "http://www.foxnews.com/politics/2018/05/14/fox-news-power-rankings-more-competitive-map.html" ]**
With our first big primary day behind us and more than a dozen state contests slated for the next few weeks, it's time to revisit our Fox News Power Rankings.

Just a reminder, these rankings, which you can check out on our website, are designed to give you a convenient and practical way to sort out this year's midterms. Every race for House, Senate and governor is placed into one of five categories, from "Likely Republican" to "Lean Republican" to "Toss Up" to "Lean Democrat" to "Likely Democrat."

HOUSE: PRIMARY PECULIARITIES
We've been tracking the story for weeks about how California's unorthodox primary system, which was designed with Democrats in mind, could backfire on the party in key House races this year. A cluster of seats in Southern California – traditionally Republican strongholds that were competitive in the 2016 presidential race – have looked so appealing to Democrats that the party drew more primary candidates then it wanted.

Under California's new law the top two vote getters in each district in June's primary election will advance, regardless of party. We're expecting big Democratic turnout, but the Blue Team may divide its votes among so many candidates that they get locked out on Election Day. Even if Republicans have fewer votes overall, they will likely be concentrated among fewer candidates.

This possibility has us looking more closely at several seats, but none more so than California's 49th District. Longtime Rep. Darrell Issa is retiring and we had assumed that an open seat combined with strong Democratic voter intensity would add up to a win. But today we are moving this race from "Lean Democrat" to "Toss Up." The acrimony on the Democratic side is enough for now that even if they don't get locked out, there still may be some hard feelings.

One other House race rating change to note this week. Rep. Robert Pittenger, a Republican who represents a district outside of Charlotte, became the first incumbent to lose in 2018 when his 2016 primary challenger, Mark Harris, knocked him off in a rematch last week. Harris, a Baptist minister and Trump devotee may be able to hold on to the district for the Republicans, but it is going to be a fight. Harris will face Democrat Dan McCready, an Iraq war veteran with a well-funded campaign and a moderate message that could be attractive in suburban precincts of the district. We're moving North Carolina's 9th District from "Lean Republican" to "Toss Up."

SENATE: TENNESSEE LOOKS LIKE A HORSE RACE
President Trump is heading to Tennessee at the end of the month to hold a big-money fundraiser for Rep. Marsha Blackburn's bid to replace retiring Sen. Bob Corker. And it's clear she could use the boost.

We had been somewhat skeptical about the early polling in this race that is expected to pit presumptive Republican nominee Blackburn against two-term former Democratic Gov. Phil Bredesen. While Blackburn has represented her suburban Nashville district for more than 15

DCCC_000521

years, she still couldn't be expected to compete with the name identification of a popular governor elected twice statewide.

This race may yet devolve into a typical red versus blue matchup in a state with lopsided Republican voter rolls. So far, though, Bredesen is holding the line in a state which Trump won by 26 points two years ago. The most recent public poll in the state shows Bredesen slightly ahead and, more importantly, leading despite the fact that Blackburn is basically as well-known as he is. He's just more popular. And that makes sense in a state that while reliably Republican on the presidential level since 2000 still shows a preference for pragmatic moderates on the state level.

Another context clue here is that the two have been doing about the same in fundraising. Bredesen will have the resources he needs to fight back this summer against what promises to be a pretty relentless barrage of attack ads.

With move of Tennessee from "Lean Republican" to "Toss Up," there are now eight states in that category: Six held by Democrats and two by Republicans.

GOVERNORS: GOP HIGH IN THE MIDDLE
The Midwest is looking better for Republicans running for governor. In Ohio, former Sen. Mike DeWine made easy work of his Republican primary opponent Lt. Gov. Mary Taylor and seems well situated to face Democratic nominee Richard Cordray. DeWine's smooth sailing makes us think he is in good shape to hold the governor's mansion in Columbus for the GOP. So we're moving that contest from "Toss Up" to "Lean Republican."

The story is similar in Minnesota where former Gov. Tim Pawlenty is making headway in his bid to return. It's hard to say how things will pan out, given the Gopher State's late primary, but his huge fundraising and heap of endorsements suggests he is well positioned to win the Republican Party's nomination. He will need to keep an eye on Hennepin County Commissioner Jeff Johnson but so far, so good for Pawlenty. We can't say the same yet for presumptive Democratic frontrunner Rep. Tim Walz. Walz represents a right-leaning district and has found many opportunities to set himself up as a more moderate choice, but the Democratic primary looks to be pretty rough stuff. We're moving the race from "Lean Democrat" to "Toss Up."

[ HYPERLINK "http://www.heraldtribune.com/opinion/20180515/bruni-conor-lamb-strategy-catching-on" ]

DCCC_000522

Does Conor Lamb strike twice?

Dan McCready certainly hopes so. Like Lamb, who won a special House election in Pennsylvania two months ago, McCready is a Democratic congressional candidate competing on steadfastly Republican, Donald Trump-friendly turf.

Like Lamb, he's a veteran, he's young and he's brand new to politics. And like Lamb, he has exceeded expectations in a fashion that contributes mightily to Democrats' hopes for a House majority after November.

If McCready succeeds in North Carolina's 9th District, which has been represented by Republicans for the last 55 years, Democrats are in a good position to win big overall.

Success is no fantasy. In the primaries on Tuesday, McCready got more votes in a two-way contest on the Democratic side than all three candidates combined on the Republican side. What's more, he'll go head-to-head in the general election not against the Republican incumbent, Robert Pittenger, who lost his primary, but against a former pastor named Mark Harris with extremely conservative social views.

Several prognosticators just changed their rating of the race from "leans Republican" to "tossup," and the veteran North Carolina Republican strategist Paul Shumaker, who worked for Pittenger, told me: "I would not be surprised if, come September or October, you don't see it rated 'leans Democratic'."

That's fascinating. But McCready's race is also worth watching because of the questions it raises — and the answers it may provide — about how Democrats should run in districts that aren't any hue of blue.

Like Lamb, McCready casts his military service — he led a Marine platoon in Iraq — as proof that he puts country before party. Like Lamb, he communicated quickly and early that he would not support Nancy Pelosi for speaker of the House if Democrats took back the chamber. And like Lamb, he steers away from some hot-button issues and progressive rallying cries.

When he spoke on Thursday night to the Union County Senior Democrats in the Charlotte exurb of Waxhaw, he was twice pressed on whether he was prepared to impeach Trump and twice gave a studiously tempered response.

"I will treat very seriously the responsibility to look at facts," he said. "I know a lot of people want to talk about President Trump, but let me talk for a moment about this race and about Mark Harris."

When I had dinner afterward with him and his wife, Laura, I asked him about a few issues dear to many Democrats, especially liberal ones. A ban on assault weapons? He said that he'd rather focus on background checks. A national minimum wage of $15? He has reservations. He volunteered his agreement with certain provisions in the recent tax overhaul and with some rollback of regulations.

DCCC_000523

I brought up same-sex marriage, because Harris, his opponent, led the charge against it in North Carolina. McCready didn't talk about dignity and equality. "I think it's been decided," he said, referring to the 2015 ruling by the Supreme Court.

McCready is among more than a dozen Democratic House candidates backed by two relatively new national groups trying to influence the 2018 election.

One of them, New Politics, supports candidates with a record of national service like the military or Teach for America. It's bipartisan but has a mostly Democratic slate for the midterms.

The other, Serve America, is a Democratic PAC that is run by Rep. Seth Moulton of Massachusetts and dedicated to veterans like him, McCready and Lamb. One of the ideas behind it is that veterans can project a less partisan, petty image and perhaps do better than traditional Democrats in districts that aren't blue.

"They've learned to work with people of different backgrounds and ideologies," Emily Cherniack, who founded New Politics, explained to me recently. "Their framing has been to put the country first and solve problems."

McCready has selling points beyond that, with an all-boxes-checked résumé that seems impossibly long for his age, 34. He has an elite education — a bachelor's from Duke, an MBA from Harvard — along with the Marines. He started a successful North Carolina company with a social conscience: It rounds up investment for solar farms.

He and Laura have four kids between the ages of 10 months and 7 years. They said that their crucial conversation before he decided to run was with their Presbyterian pastor. The restaurant that he chose for our dinner serves North Carolina barbecue at modest prices. He ate pulled pork, and when Tom Petty came over the speakers, he pronounced himself a fan.

He made clear that his dismay over the 2016 election and worry about this "really dark chapter of American history" were motivations for his candidacy, but also said, "I'm not running against President Trump." His focus, he explained, must be the bread-and-butter needs of his district's residents.

Lamb took a similar tack. In fact the most relevant, instructive thing they have in common may not be military service but the refusal to let their races be nationalized and their insistence on outsider status. "I'm not a politician," McCready told me, several times. "This is not a career."

He even characterized Washington as — wait for it — "a swamp."

I arched a brow.

"I think it's a pretty accurate noun," he said.

DCCC_000524

John Kibler, the president of the Union County Senior Democrats, told me, "If you prayed to God for a candidate to break the stranglehold of 55 years of Republican control — 'God, I want the perfect candidate' — it would be Dan McCready."

I asked Kibler to describe McCready's politics. "Center," Kibler said. "Maybe even center-right." That's perfect? "That's what it takes to win in this area of the state," he said.

Many national Democratic leaders agree. Despite McCready's apostasies, he landed on the Democratic Congressional Campaign Committee's "Red to Blue" list, which directs support to especially promising candidates, last November.

DCCC officials are being realists, as are the local Democrats who turned out for McCready. They're recognizing that a Democratic majority requires Democratic maturity.

"We don't need to welcome a wider range of views if we want to keep losing," Moulton told me. "But if we actually want to be a majority party, then we better embrace more Americans."

The back-and-forth about whether Democrats should be more moderate or progressive, and about how much of the party orthodoxy should prevail, is foolish. The answer differs from place to place — or at least it should at a moment when no objective matters more than containing Trump by controlling the House, the Senate or both.

McCready is a better bet for containment than any Republican elected in his stead would be. He's a bit of a blur for my tastes, but so what? He can win. And right now that's the tastiest attribute of all.

**From the Democratic Campaign
Dan McCready:**



**From the Republican Campaign
Mark Harris:**

DCCC_000525

**Mark Harris** @MarkHarris2014   May 14

After years of unkept promises by previous presidents, President Trump recognizes Jerusalem as the true undivided capital of Israel by relocating our embassy there today.

#AmericastandswithIsrael



◯ 3          ⇄ 7          ♡ 21          ✉

**Local News on the Race**

**[ HYPERLINK "https://www.robesonian.com/opinion/111145/robeson-goes-for-status-quo" ]**

In Robeson County, the highly anticipated sheriff's race has resulted in the election of Burnis Wilkins. I don't think many people were surprised by his victory, but the bitterness that surrounded the election were enough to make most people glad that it is over.

A near historic change is coming to the Robeson County commissioners as Faline Locklear Dial becomes only the second woman to serve on the board. I am confident she will add a strong voice and new perspective to the group, and believe that any governing body would be enhanced by the inclusion of an intelligent and well-educated woman like Dial. The incumbents of the board either won their primaries or ran unopposed.

The Board of Education contest resulted in the defeat of the current chair of the board, Peggy Wilkins Chavis, who lost to retired PSRC administrator Linda Emanuel. It surprised me that Mike Smith, Dwayne Smith and Brenda Fairley-Ferebee were all re-elected. Given the number of controversies surrounding the school board, I thought there might be more turnover, especially of long-serving members. But as I look around at the boards of education of all the counties in our region, I see the same pattern — older people who are often long-serving board members and few young people willing to serve.

It reminds me of the advice my father gave me in 1976 as I prepared to vote in my first election. He said always choose candidates who had school-age children for board of education seats, as they would know what was really going on and would never make decisions that would harm children. He also advised me to make certain that county commissioner candidates were longtime residents who owned a good amount of property in the county, as they would be most likely to protect the land from harm and make sure the tax rate was affordable.

Other than Wilkins on the school board, every incumbent who ran for office in Robeson County won despite the near constant complaints about the actions of the boards of commissioners and education. We gripe and complain, but keep re-electing the same people who make us gripe and complain.

Most people don't even vote, especially in primary elections. When I went to vote on Election Day, I was voter No. 25 at my polling place and my husband was No. 26. A friend went an hour later and was No. 29. I usually vote early, but our local Bladen County Board of Elections made it much more difficult to do so this year.

In Bladen County, 5,858 people voted in the primary out of 22,883 registered voters, or 25.6 percent. The Sheriff's race drove 29.5 percent of Robeson County voters to cast ballots.

Although Bladen and Robeson counties both had low turnouts, they were still much higher than most surrounding counties. Columbus County had a 16.9 percent turnout, and Scotland County's was 20.4 percent. The worst was Cumberland County, where only 10.9 percent of registered voters cast ballots.

That is shocking to me. I have never missed a chance to vote in an election. My father was insistent that voting was not only a right but a responsibility. He had little patience for the complaints of people who did not vote, often saying that a trip to the polls was a small price to pay for the right to either complain for four years about the actions of the other side or to make excuses for the actions of your own.

In Robeson County there are lot of allegations that "voters are being hauled and told who to vote for." In Bladen County the big complaint is about abuses of the absentee ballot system. But we should all be complaining about the fact that most people don't vote and do what we can to improve voter turnout.

Voter apathy is a problem, as is the fact that politics has become such a divisive element in our current society. I don't believe there is a way to have an election that is free of corruption. But I do think there are ways to make the election process more accessible and convenient. In Oregon ballots are mailed to registered voters and must be returned by mail. There are no polling places to staff and maintain, no allegations of voter hauling, and no excuses about a lack of access to voting. Oregon has a much higher percentage of citizens who participate, well over 60 percent.

In our own state and region, participation is usually much higher in the November General Election than the primary. The most watched race will be the congressional District 9 race between Democrat Dan McCready and Republican Mark Harris. I was thrilled with the defeat of incumbent Robert Pittenger by Harris. Although I will never understand how a Christian minister like Harris can so enthusiastically support Donald Trump, Harris has so far been more honest and forthright than Pittenger. Both Harris and McCready have promised to run clean campaigns focused on facts and not personal attacks. Voters will have a clear choice as Harris is an ultra-conservative Republican and McCready is a moderate Democrat.

DCCC_000527

I hope that every voter will make the effort to learn about candidates for all the local, state, and national races, make an informed decision about who to support, and most importantly vote in November. I am convinced that if every voter were educated about the issues and the candidates and participated, we would be much better off as a county, state, and nation.

## KS-03

**National News on the Race**
**Outlet: Title**
Article content

**From the Democratic Campaign**
**Sharice Davids:**



Sharice Davids @sharicedavids · 22h

We are so proud to have the endorsement of @BlueWaveCS. This volunteer organization is working hard to support electable Dems in every corner of our country. We are so grateful for their support in #KS03!

Help us celebrate by making a small donation at: shariceforcongress.com/donate



Sharice Davids and Blue Wave Crowdsource

♡ 3    ⟲ 45    ♡ 56    ✉

**From the Republican Campaign**
**Kevin Yoder:**

DCCC_000528



**Rep. Kevin Yoder** @RepKevinYoder · 32m
I will continue to work with the @USArmy to expedite the process. Johnson
Countians deserve this land back for productive use.

> **The Kansas City Star** @KCStar
> Next big development in JoCo? Officials say, speed up Sunflower ammo plant
> cleanup kansascity.com/news/politics-...

♡ 2    ♺ 2    ♡ 3    ✉

**Local News on the Race**
**[ HYPERLINK "http://www.kansascity.com/news/politics-government/article210955679.html" ]**
Three years after the U.S. Army resumed environmental cleanup at the former Sunflower
ammunition plant, members of the Kansas congressional delegation are pushing hard for faster
progress at the massive redevelopment site in western Johnson County.

They know it has huge untapped potential: At 9,000 acres, with 15 square miles, it's about the
size of Leawood. It's beautiful ground and is one of the metro area's largest single tracts of land,
with space for parks, mixed-use development and even a University of Kansas research center.
It's envisioned as important for growth along the Kansas 10 corridor from Johnson County to
Lawrence.

It's also polluted with decades of contaminants from facilities that produced gunpowder for
World War II artillery shells and rocket propellants during the Korean and Vietnam conflicts.

The Army says it's finally making real headway with the cleanup, and part of the land could be
ready for development by 2021 or 2022.
But the Johnson County Commission and congressional officials say that's not good enough.
They're particularly concerned with the target date of 2028 to deal with the entire 5,300 acres of
contamination.

"This has drug on a very long time," U.S. Sen. Jerry Moran, R-Kansas, told Lt. Gen. Gwendolyn
Bingham at an April 26 Senate hearing on military construction. "The Army apparently will be at
Sunflower for another decade cleaning up the site. It's just such a long haul."

Moran urged Bingham, assistant chief of staff for installation management, to visit the site with
him. He pressed on her the need to act with more urgency.

She made no promises but said she understood the frustration and pledged to make that visit.
Moran's staff is working to get it scheduled.

U.S. Rep. Kevin Yoder (R-Kansas) is also pressuring the Army to speed up its act.

"While acknowledging this is a large and complex project, I urge the Army to expedite their work and complete cleanup at a faster pace than they are currently projecting over the next decade," Yoder said in a statement. "Johnson Countians deserve to have this land back for productive use in the community rather than having it continue to sit unoccupied for many more years."

Army officials from Washington and elsewhere visited the site near De Soto on May 2 and put a hopeful spin on what's being accomplished.

"There has been progress made," said Tom Lederle, chief of the Army's base realignment and closure division at the Pentagon. He is overseeing the explosives cleanup that resumed in 2015, after a five-year shutdown. "It's not all bad news."

Lederle said environmental remediation is well underway on 1,200 acres at the northeast corner of the site, near West 95th Street and Lexington Avenue. It could be complete by 2020 or 2021, he said, which could set the stage for preliminary development.

Lederle told The Star in an interview that the Army knows the projected 2028 end date is too long for many elected leaders, including the congressional delegation and the Johnson County Commission. He said he and others are looking for every opportunity to expedite the cleanup, and that's why they've focused on that northeast corner that is Sunflower's highest development priority.

But he said it's also important to do the job correctly.

Sunflower dates from 1941 and was declared excess in November 1997. In 1998, the Johnson County Commission approved a conceptual plan to develop a model community as a "community in a park."

Plans for an Oz Entertainment amusement park consumed seven futile years, after which the land was transferred to Sunflower in 2005. At that time, about 3,700 acres were transferred clean, but much of that land was targeted for open space, buffer and parkland.

Sunflower also got a $109 million Army grant to tackle the explosives decontamination and other contaminants cleanup on the remaining 5,300 acres. That money was exhausted by 2010, but the job was far from complete. The property languished for five years until the Army agreed to resume and self-manage the remaining work in 2015.

Much of the painstaking work involves decontamination of sewers where the explosive contaminants were deposited, plus sewer and building foundation removal and dealing with lead, metals, oil, lubricants and other hazards in and around the sewers.

In the past 2 1/2 years, the Army has awarded five contracts valued at $66 million.

DCCC_000530

While the 1,200-acre northeast sector could be completed in two or three years, the remaining acreage, mostly in the center of the property, still requires significant work. Lederle said the Army calculates that, on top of the $175 million already spent or obligated, about $40 million more will be needed to complete the job.

He said the Army remains committed to the full cleanup as funds become available. But with federal budget uncertainty and continuing resolutions that fund the government on short time frames, it's hard to anticipate when that money will be appropriated.

While the environmental cleanup proceeds slowly, it is being done correctly, said Margaret Townsend, program manager with the environmental remediation bureau in the Kansas Department of Health and Environment. The KDHE is the lead environmental regulator on the project.

"From our perspective, they're making very good progress," Townsend said. "They're methodical about what they're doing addressing the contaminants."

Townsend said the Army is following the cleanup process established in law.

"We're trying to assist them as quickly and as efficiently as we can, and they're trying to do the work as quickly and efficiently as they can," she said.

The current owner of the site, Kansas City-based Sunflower Redevelopment LLC, is monitoring the Army's progress in hopes of someday being able to privately redevelop the site.

Sunflower Executive Director Kise Randall, who has followed this arduous process since the company acquired the property in 2005, said she's cautiously encouraged that part of the Army cleanup could be completed in a few years.

She described her current perspective as "hopeful waiting" but didn't elaborate on what type of development might be possible.

Randall agreed the Army work is being done appropriately but said she appreciated the pressure from the congressional delegation to speed up the process.

"Moran and Yoder have been very attentive," she said. "This is on their radar. They are trying to make things happen."

De Soto Mayor Rick Walker, who attended the May 2 stakeholders meeting, was somewhat encouraged by the possibility of some land available before 2028. Some areas would be appropriate for commercial or light industrial development, he said.

"Frankly, there's some beautiful ground in there," Walker said. "There would be some very nice areas for residential development. There are also some sites with great access to highways."

The Johnson County Commission also is agitating for faster action. It's the top priority on the county's 2018 federal legislative list.

"If funding is available, there's no reason that the full clean-up cannot be completed much sooner," the county said in its legislative action platform.

Commissioner Mike Brown, who represents western Johnson County, including the Sunflower property, said he would like to see the Army fast-track cleanup for portions of the land that could go for parks and steamway trails.

As far as private development, he's skeptical much of that could occur before the full site is cleaned.

It's frustrating to watch the federal process sprinkle money among countless Army cleanup sites across the country, Brown said, without making much progress on any of them.

He suggested it's time to see whether the Army could allocate sufficient funds to a few sites to expedite their completion, based on their economic viability.

He didn't know where Sunflower would fit in but suggested it could be a high priority based on its location in a prosperous, growing suburban community.

"There is a huge intrinsic value in that 9,000 acres," Brown said. "Let's get this going.

## NC-13

**National News on the Race**

**From the Democratic Campaign**

**From the Republican Campaign**
**Ted Budd:**


**Ted Budd** ⬤ @RepTedBudd · 19h

For decades the U.S. has, in theory, regarded #Jerusalem as the Capital of Israel. Today, in a historic step forward, theory became concrete. I applaud @realDonaldTrump for taking the step many other presidents did not. The U.S. Embassy is now open in the Holy City.

 5     5     14    

**Local News on the Race**

DCCC_000532

**[ HYPERLINK "http://www.greensboro.com/opinion/n_and_r_editorials/our-opinion-don-t-repeal-rules-on-payday-loans/article_803cf505-f655-5728-a5ff-f1fa1f012af6.html" ]**
To its credit, North Carolina was a national leader in saying no to the payday lending that takes advantage of people who struggle to get by from paycheck to paycheck.

Payday lending has been illegal here since the General Assembly passed a law banning such businesses in 2001.

So why would members of Congress from North Carolina be pushing a resolution to repeal a new federal Consumer Financial Protection Bureau rule imposing limits on payday lending and other forms of predatory short-term, high-interest loans?

The answer to that question is that there is no good reason.

Yet Mark Walker of Greensboro and Ted Budd of Advance, as well as Richard Hudson, Patrick McHenry, Robert Pittenger and David Rouzer, are all sponsors of the resolution.

One motivation no doubt is lobbying from the payday lending industry, which is worried about losing its ability to rake in thousands of dollars in interest and fees from people who can't afford to pay them.

In 2001, North Carolina leaders of both parties banned payday lending because they knew it was cruel and harmful to those who could least afford it.

The concept of payday loans is attractive to people who run into problems when they have little extra money in the bank.

The idea is to give people relatively small loans at high interest rates that will be paid off as soon as the borrower gets paid, usually in a couple of weeks.

Too often, though, borrowers find they can't pay the loan when payday rolls around, so they fall into a trap of taking new loans or rolling old ones over, while the interest — at rates of 400 percent or higher on a yearly basis — mounts up to more than the original loan.

What's supposed to be a loan of a few hundred dollars paid off within the month can amount to thousands of dollars in debt before it's paid off years later.

North Carolina was a particular target of these lenders because of the large number of troops and veterans around the state's many military bases.

Even with the state ban, internet payday lenders are still able to prey on consumers here.

The rule under attack now requires that those who make payday loans, loans on car titles and similar loans verify that their customers can afford to repay them.

It also caps the number of times someone can take out successive loans.

DCCC_000533

That seems reasonable, but the industry says the rule would run many payday lenders out of business.

If that's the case, they shouldn't be in the business of preying on people who can't afford their loans.

Opponents of the resolution fear that repeal would encourage predatory payday lenders to find loopholes so that they can operate in this state again.

That's what happened for several years after the 2001 ban was enacted, and it took court cases to shut the industry down here.

Currently, lenders can make short-term loans, but the interest rate on small loans is capped at 30 percent.

North Carolina is better off when payday lenders can't take unfair advantage of working people who find themselves in a bind.

Our representatives should be supporting rules that extend needed protections to more consumers, not undermining the progress the state has made.

## NH-01

**National News on the Race**

**From the Democratic Campaigns**
**Maura Sullivan:**

 **Maura C. Sullivan** ✔ @maurasullivan · 17h

Thank you to Open Democracy for hosting a forum today with candidates from #nh01 and #nh02 to talk about campaign finance reform-- which is essential to our democracy. Thank you to all of our committed citizens who came out to support! #nhpolitics



    💬        ↻ 2       ♡ 3      ✉

**From the Republican Campaigns**
**Andy Sanborn:**

 **Sen. Andy Sanborn** @SenatorSanborn · 23h

A defining moment in history today as the USA and Israel celebrate the opening of the American embassy in Jerusalem! For 23 years, America has promised to move it's embassy. Today, we finally followed through. #nhpolitics #nh01

> **Donald J. Trump** ✔ @realDonaldTrump
> Big day for Israel. Congratulations!

    💬 1      ↻ 2      ♡ 2      ✉

**Local News**

## NY-22

**National News on the Race**
**Bingham**
Article content

**From the Democratic Campaigns**

**From the Republican Campaigns**

**Local News**

**[ HYPERLINK "http://www.binghamtonhomepage.com/news/local-news/congresswoman-tenney-hosts-roundtable-with-area-business-owners/1178675724" ]**
Congresswoman Claudia Tenney was in our area Monday for a number of events regarding seniors and taxes.

Tenney hosted a Tax Reform roundtable at The Dugout Sports bar located at 6125 Route 434.

Attendees included Town of Owego Supervisor Don Castellucci along with representatives from Marusich and Conti, Home Central in Owego, and Dugout Owner Bob Porzucek.

Castellucci, Porzucek, and Aaron Gowan of Home Central touted the Tax Reform bill, saying it's putting more money in people's pockets.

During the meeting, Porzucek said he's hired four new employees and business has been on the rise since late 2017.

Tenney says she's glad people are seeing the benefits of the bill.

"It's not perfect, but I'm so pleased to see that the results are what was promised. People are really feeling better about what they're getting. There's more in their paychecks and people are spending more. At the Dugout, the owner indicated that more and more people are coming to buy pizza and be out with their families because they have a little more in their paycheck. That's a great thing," said Tenney.

The represented businesses say they're seeing savings along with an overall consumer confidence.

They also discussed New York's high taxes and unfriendly business climate.

**[ HYPERLINK "http://www.uticaod.com/opinion/20180515/our-view-bill-to-scrap-shooting-teams-misses-target" ]**
A bill introduced in the state Assembly that would outlaw all high school shooting sports programs in the state — including air rifle teams and archery clubs — is a bad idea that needs to be shot down.

The bill - pitched by Manhattan Democratic Assemblywoman Linda Rosenthal - is based on the premise that such programs feed into a gun and shooting culture that could lead to violence.

The proposal is best described by Assemblyman Will Barclay, R-Pulaski, who called it "nonsensical."

DCCC_000536

"I am unaware of any evidence that links gun violence to these programs and the student athletes in my district who are involved in these teams and are great, responsible kids."

Bull's eye. The bill is an overreach - once again, signaling the cultural rift between downstate and upstate areas where hunting and target shooting are more prevalent.

Rosenthal bases her proposal on reports that the suspect in the Valentine's Day shooting in Parkland, Florida, honed his gun skills through a program in the same school where he's accused of killing 17 people. That's lame logic. Last we knew, guns were legal. Bows and arrows, too. In fact, school archery programs are promoted by New York's Department of Environmental Conservation.

Assemblyman Anthony Brindisi, D-Utica, rightly opposes the legislation. He says that while violence in schools needs to be addressed, he doesn't believe that banning supervised shooting and archery teams in public schools is the proper way to do it.

"Given the proper supervision, I believe students can learn a great deal participating in these sports, just as they would with other extra-curricular activities," Brindisi said in an emailed statement. "Banning school archery and shooting teams is certainly not likely to cut down on school violence, and it means there will be fewer opportunities for students to learn about sportsmanship, and working together with others."

Sen. Joseph Griffo, R-Rome, doesn't expect Rosenthal's bill to go anywhere in the Senate, and agrees that the cultural differences between upstate and downstate play a role in the mindset. He believes education is a key factor in responsible gun reform; if fact, Griffo has a bill that would lower the age for a hunting license from 14 to 12.

The Associated Press reports that air riflery is currently the smallest varsity sport in New York state, with 28 teams statewide and 266 participants last year. It's a very female-dominated sport, with girls winning 19 of the last 31 state individual air rifle championships.

They are girls like Jillian Zakrzeski of Constantia, on the northern shore of Oneida Lake in nearby Oswego County. Zakrzeski's skills with an air rifle earned her three New York state high school shooting championships, a berth in the Junior Olympics and even recruitment to a college rifle team.

"It's an amazing sport. It's not popular like soccer or tennis. But it changed my life," says Zakrzeski, a 19-year-old criminal justice major at the University of Mississippi, told the AP. "I can't see my life without it."

Some high school shooting club participants even hope to qualify for Olympic competition.

According to the National Shooting Sports Foundation, there are an estimated 5,000 gun clubs at high schools and universities. Archery programs include 34,000 students in 320 schools. They not only give young people another opportunity to compete in a high school sport, but they also

DCCC_000537

teach them the responsible use of firearms. And like any sport, they can help develop self-esteem, cultivate a sense of teamwork and teach discipline.

That must not be discouraged. Rosenthal's bill is in committee and faces an uncertain fate in the final month of the Legislative session. Let it sit. It's way off target.

## UT-04

### National News on the Race

### From the Democratic Campaigns

[ HYPERLINK "https://www.prnewswire.com/news-releases/afge-endorses-ben-mcadams-for-congress-300647896.html" ]

Today, the American Federation of Government Employees announced its endorsement of Ben McAdams of Utah for the U.S. House of Representatives for Utah's 4th Congressional District.

"Ben McAdams has been a leader in Utah for years, and we are excited to announce our support for his Congressional run this fall," said AFGE District 11 National Vice President Gerry Swanke.

The largest federal employee union, the American Federation of Government Employees, has endorsed Ben McAdams for election this November to the U.S. House representing Utah's 4th District.

"Ben is someone who will work tirelessly in Congress to protect workers' rights and ensure that public servants receive fair pay for the work they do," said Swanke, adding, "we know that he will be an effective leader and will make Utahans proud."

"We are excited to see Ben win this November, and to see him come to Washington where he will fight for the VA and federal workers nationwide," said Swanke.

More than 42,000 federal employees live in Utah – more than 6,500 of whom reside in the 4th district – supporting the military, caring for veterans, ensuring the safety of the flying public, and getting Social Security recipients their benefits accurately and on time.

AFGE is the largest federal employee union in the country, representing 700,000 federal and D.C. government workers in all functions of government. District 11 has more than 21,000 dues-paying members in Alaska, Idaho, Montana, Oregon, Washington, Colorado, Guam, Okinawa, Utah, and Wyoming.

### From the Republican Campaigns

### Local News

[ HYPERLINK "https://www.sltrib.com/opinion/letters/2018/05/15/letter-if-rep-love-is-serious-about-protecting-dreamers-she-should-repudiate-gops-alt-right/" ]

Rep. Mia Love's effort to force a DACA vote seems disingenuous. The congresswoman is not ignorant of the enormous hurdles required to overcome the current gridlock in the legislative and executive branches of government. Even if the bill does pass the House, it would still need to

DCCC_000538

clear the Senate. Assuming the bill passes the legislative branch, the president would more than likely veto it as he did earlier this year.

It seems more likely the congresswoman is trying to make a spectacle and come across as a maverick moderate in the state's most purple district ahead of the coming midterm election.

If Love is truly serious about protecting Dreamers, she should lend her voice to repudiating the rise of alt-right activists in the GOP like Steve Bannon and Stephen Miller. Miller is the White House adviser who is credited with manipulating the president into breaking the previous bipartisan deal and causing the government shutdown. As one of the few black GOP members of Congress, Love's voice is needed to quell the growing xenophobia in her party. I hope Love will have the wisdom to fight smarter, not just harder.

## WA-08

### National News on the Race

[ HYPERLINK "https://patch.com/washington/bonneylake-sumner/dino-rossi-vs-democrats-wa-8-news-week-may-14" ]
Monday kicked off candidate filing week for 2018 races, and at least two candidates in the WA-8 race were first in line to file.

In King County, Democrat Shannon Hader and Independent Centrist Bill Grassie filed on Monday. Hader has been campaigning locally for months, so chances are you've heard of her or even met her. But who's Bill Grassie?

He's a former Microsoft executive and winemaker from Fall City. His policies are, well, very centrist. He says that college should be affordable "but not free" and he's both pro-choice and anti-choice? His positions seem somehow to the left of Dino Rossi, but to the right of the Democrats.

Other candidates will no doubt file throughout this week. We'll have a better picture of who's in and who's out by next Monday - filing week ends on Friday.
This week, candidate Kim Schrier issued a statement calling on Dino Rossi to "take a stand on net neutrality." She wants Rossi to state whether he's for it or favors the way the Trump administration is handling it.

Rittereiser this week came out in favor of single-payer healthcare. He made the announcement via an op-ed on his campaign website. It's a safe bet: an April Washington Post-Kaiser Family Foundation poll found that 51 percent of Americans favor single-payer.

Endorsements

Shannon Hader: She was named a Moms Demand Action candidate of distinction for her position on guns. Hader, a doctor who worked at the Centers for Disease Control (CDC), has pointed out that the CDC is barred from doing research into gun deaths. She's also called shootings a "public health problem" in America. Hader also earned an endorsement from former state Senator Nita Rinehart, who served the 46th Legislative District, which is at the top of Lake Washington.

DCCC_000539

Jason Rittereiser: Rittereiser picked up some more union endorsements this week from the Pile Drivers and Divers Local 196 and the Sheet Metal Workers International Association Local 66.

**From the Democratic Campaigns**

**From the Republican Campaigns**

**Local News**

## TX-32

**National News on the Race**
**[ HYPERLINK "https://www.nbcdfw.com/news/politics/Race-for-Congressional-District-32-Could-Get-Expensive-482330511.html" ]**
Early voting in the primary runoff begins next Monday. One race that is getting a lot of attention is the race for Congressional district 32, the seat currently held by Representative Pete Sessions.

Colin Allred and Lillian Salerno have been working to get the Democratic nomination for months. Whoever gets the nod could get help from the Democratic Congressional Campaign Committee, which is targeting the seat. The committee already has an organizer here on the ground. According to Roll Call, a Democratic Super PAC has already reserved $2.2 million for television ads in Dallas.

Looking ahead to the general election Dallas County Democratic Chairwoman Carol Donovan knows it will be expensive.

"I would be very surprised if the candidates each were not raising half a million dollars each," Donovan said. "But it's probably going to be more even more than that when you count the outside money coming in. By outside I mean the groups who have particular issues that they are interested in."

But Congressman Sessions is the former chairman of the National Republican Congressional Committee, which recruits and defends Republican house seats. He knows fundraising well.

Sessions already has more than $1.5 million in the bank and has a local party ready to work with him. Dallas County Republican Chairwoman Missy Shorey will be in Washington D.C. tomorrow.

"Pete Sessions heard I was going to be there, and he was like, let's get together, and boom. We are working together every single moment, and we are not taking a day for granted," Shorey said.

We reached out to the NRCC about their plans in the race, and was told NRCC does not make spending commitments this early in the cycle.

**From the Democratic Campaigns**

**From the Republican Campaigns**

**Local News**
**[ HYPERLINK "https://www.texastribune.org/2018/05/15/democrats-collin-allred-lillian-salerno-pete-sessions-may-22-runoff/" ]**
The two Democrats running for one of the national party's top Texas targets for 2018 have a lot in common. Both grew up in Dallas. Both became attorneys. Both served as government appointees in the Obama administration.

But along with leading in prominent endorsements and fundraising, Collin Allred got more than double the votes Lillian Salerno did in the March 6 primary. As early voting kicks off today in their runoff, Salerno's biggest challenge may be convincing potential voters that the party's nomination is still up for grabs.

"We definitely have the momentum with this race," Salerno said last week, disputing any suggestion that Allred is the frontrunner.

However the chips fall on May 22, both candidates are preparing to take on Republican U.S. Rep. Pete Sessions for the Dallas-based 32nd Congressional District.

"For a long time, this area has been ignored [by Democrats]," Allred said. "All North Texans should be happy that we're going to have a competitive race in the fall."

That there are Democrats even willing to run for this seat is an extraordinary development in local and national politics.

Sessions ran unopposed last cycle, garnering 71 percent of the general election vote. He is a powerful committee chairman and ran the House GOP campaign arm in one of its most successful terms ever in 2010, a position that requires political acumen and gives him connections to more donors nationally than most congressional Republicans.

The cause for Democratic optimism in Dallas is that Sessions' U.S. House district is one of three represented by Republicans where Hillary Clinton won more votes in the district than now-President Donald Trump — the others being U.S. Rep. John Culberson's 7th District and U.S. Rep. Will Hurd's San Antonio-to-El Paso 23rd District.

Ask any operative watching the Texas federal campaigns and most will say that of the three seats Democrats are challenging most directly in the fall, Sessions will be the hardest to dislodge.

That first round was a friendly affair with a packed field that included a number of prominent and well-funded Dallasites.