Both Allred and Salerno drew enough support to continue to the runoff, but Allred's vote tally was startlingly large: He carried 38 percent of the vote, with Salerno placing a distant second at 18 percent.

While this new one-on-one fight is a bit more adversarial, there is little if any overt mudslinging. In recent forums and interviews, Allred in particular has generally stayed above the fray.

Given his March 6 performance, he might not need feel the need to engage with Salerno. He began the campaign last year with the support of several high-profile Texas Democrats, including former U.S. Secretary of Housing and Urban Development Julian Castro and former state Sen. Wendy Davis.

Allred ran hard on his biography. The son of a single mother, he was a star football player at Hillcrest High School in North Dallas and went on to play at Baylor University and then in the NFL. After five seasons with the Tennessee Titans, he retired and went on to earn his law degree from the University of California at Berkeley. He then worked for Castro and Davis in official and campaign capacities.

"I had a story that resonated," Allred said. "My roots in the district, a story of who we are in this area and being a homegrown product and somebody who benefited from the efforts of people in the area and institutions that were available to me here."

After the primary, the national party closed ranks around him. The Democratic Congressional Campaign Committee, the House Democratic campaign arm, soon named Allred to its "Red to Blue" program, an indicator to donors on which candidates to prioritize.

Salerno released a furious news release at the committee's presumptiveness, but it earned little traction.

The support goes beyond the DCCC: Leading Democratic members of Congress are gradually lining up behind Allred with donations to his campaign.

It's a striking shift from the fall, when Allred was among the weaker fundraisers in the field, showing a mere $62,000 raised in the third quarter. He has since righted his fundraising ship and now has the financial advantage over Salerno.

In his latest campaign finance report, he raised $173,000 and reported $263,000 in cash on hand.

Salerno has taken a tougher tone with Allred in recent weeks, but like the first round of campaigning, her jabs largely lack a personal sting.

Her central argument against Allred is that she is the more experienced potential public servant.

Salerno also grew up in Dallas and then attended the University of Texas and the University of North Texas for graduate school, and then Southern Methodist University for law school. She

DCCC_000542

started a small business that was integral to developing technology that would prevent HIV transmission through accidental needle stick injuries.

She went on to work on then-Sen. Barack Obama's 2008 presidential campaign and would go on to serve in his administration.

She argues that the Washington players lining up behind Allred are miscalculating – an argument that's taken on new weight this cycle, as the DCCC took heat from party activists in February after releasing opposition research against Laura Moser, one of the Democrats vying to unseat Culberson in Houston. Moser made the runoff anyway.

"The D.C. establishment is one of the reasons I'm going to win," Salerno said. "They're betting on the wrong candidate, and that's what they do."

Salerno trailed Allred in the most recent campaign finance report, but she held down her cash flow and entered the final stretch of the runoff with a healthy $160,000 in cash on hand.

And she was not without her own prominent supporters: former Texas Agriculture Commissioner Jim Hightower campaigned for her last week, and U.S. Sen. Kirsten Gillibrand of New York endorsed her in February.

She also has the support of EMILY's List, a Democratic fundraising group that bolsters female Democratic candidates who support abortion rights, which is often a game-changer in Democratic primaries.

But the group has spent little on Salerno. She said she was appreciative of their endorsement but did not expect major financial resources to come into her race.

"I don't need them for this race to win it," she said. "All I need one more vote than my opponent has."

Whoever wins the runoff will face an incumbent with considerable financial resources. Sessions' latest campaign finance report showed he has $1.5 million in the bank as he readies for the fall campaign.

And it's not just Sessions' money the Democratic nominee will need to worry about. Politico reported Friday that billionaire Sheldon Adelson cut a check to a GOP leadership-aligned super PAC called the Congressional Leadership Fund.

Should this race become as competitive as Democrats hope, it's likely some of that Adelson money will be spent in Dallas attacking either Allred or Salerno.

The 32nd District is one of dozens around the country that swung hard in one direction or the other during the Clinton-Trump matchup, and some of the smartest political minds are skittish about whether that election was the beginning of a major political shift or merely a bizarre anomaly of an unusual election night.

DCCC_000543

For now, there are no certainties that this race will be among the most heated next fall.

Nathan Gonzales of Inside Politics, a noted House race handicapper, puts the race in the "likely Republican" category — a category for which many local and national political operatives from both parties privately agree.

"I think there are lot of groups who are also interested on our side," Allred said. "It's going to be a nationally targeted race. I think you'll see that there are quite a few independent groups ... who are watching this and who are going to get involved in as well in support of me."

"With that being said, I don't think money is going to decide this for us."

Early voting in the runoff continues through Friday. Election Day is May 22.

DCCC_000544



ABOUT   ACTIONS   NEWS

**DONATE NOW**

GET INVOLVED TODAY

# Take Action

Enter your email

GO

RED TO BLUE     LIKE ON FACEBOOK     DONATE     GET UPDATES     VOLUNTEER

## QUICK ACTIONS





DCCC_000545

SIGN ON

**PROTECT PRESIDENT OBAMA'S LEGACY**

SIGN THE PETITION

**DEMAND REPUBLICANS STOP ATTACKING OBAMACARE**

SIGN ON

**SAY THANKS TO PRESIDENT OBAMA**

SIGN THE PETITION

**STAND AGAINST THE TRUMP AGENDA**

DCCC_000546

SIGN THE PETITION

**STOP THE REPUBLICAN ATTACK ON SENIORS**

SIGN THE PETITION

**PROTECT MARRIAGE EQUALITY**

SIGN THE PETITION

**DEMAND COMPREHENSIVE IMMIGRATION REFORM**

SIGN THE PETITION

**STAND WITH PLANNED PARENTHOOD**

SIGN THE PETITION

**PROTECT VOTING RIGHTS**

DCCC_000547

FREE STICKER

**END CITIZENS UNITED**



Enter your email

DCCC_000548

## DCCC.ORG

HOME

ABOUT

ACTIONS

NEWS

EN ESPAÑOL

## TAKE ACTION

CONTRIBUTE NOW

VOLUNTEER

ACTION CENTER

REGISTER TO VOTE

## CONNECT

FACEBOOK

TWITTER

YOUTUBE

CONTACT US

MEMBER RESOURCES

FRONTLINE

RACES

MEDIA

SEARCH

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC  430 S. Capitol Street, S.E. Washington, D.C. 20003  (202) 863-1500
Not authorized by any candidate or candidate's committee.

DCCC_000549



ABOUT   ACTIONS   NEWS

DONATE NOW

# About Us

# D-Triple-C

the Democratic Congressional Campaign Committee

the official campaign arm of the Democrats in the House of
Representatives

the only political committee in the country whose principal mission is to
support Democratic House candidates every step of the way to fortify
and expand our new Democratic Majority

# Congresswoman Cheri Bustos, DCCC Chairwoman

Congresswoman Cheri Bustos (D-IL) was elected as the Chairwoman of
the DCCC for the 2020 cycle. Bustos won her seat in 2012 by defeating

DCCC_000550

an incumbent Republican and has increased her margin of victory in every election since. Bustos is a staunch advocate for keeping the Democratic agenda focused on fighting to get real results on the kitchen table challenges that all Americans face – addressing the cost of health care and prescription drugs, raising wages by rebuilding America and cracking down on corruption in government.

Bustos represents Illinois' 17th Congressional District, which includes the Quad-Cities, Peoria and Rockford.

Follow Cheri on Twitter by clicking here!

# Get Involved

We are counting on you. 99% of our contributions come from grassroots supporters like you. Sign up today to receive campaign updates and opportunities to get involved. Thank you for your support.



Enter your email

DCCC_000551



## DCCC.ORG

HOME

ABOUT

ACTIONS

NEWS

EN ESPAÑOL

## TAKE ACTION

CONTRIBUTE NOW

VOLUNTEER

ACTION CENTER

REGISTER TO VOTE

## CONNECT

FACEBOOK

TWITTER

YOUTUBE

CONTACT US

MEMBER RESOURCES

FRONTLINE

RACES

MEDIA

SEARCH

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy

Contributions or gifts to DCCC are not tax-deductible

Paid for by DCCC 430 S. Capitol Street, S.E. Washington, D.C. 20003 (202) 863-1500
Not authorized by any candidate or candidate's committee

DCCC_000552



ABOUT   ACTIONS   NEWS

DONATE NOW

# Frontline

February 7, 2019

DCCC Chairwoman Cheri Bustos announced the Members of the 2019-2020 Frontline Program. Congressman Ami Bera, Congresswoman Suzan DelBene, and Congressman Brad Schneider are co-chairing the successful program.

DCCC Chairwoman Cheri Bustos:

"Democrats won back the majority because our amazing candidates focused on the kitchen table issues affecting the hardworking families they now serve. Just a month into this new Congress, our outstanding freshman class has hit the ground running with a laser focus on lowering health care costs, fighting to expand economic opportunities and cracking down on the corruption that Washington Republicans have turned into a business model. Today, we are

DCCC_000553

announcing that 42 of these Members have been elevated to join the Frontline program because we are determined to build a Majority that lasts well into the future. Our Majority hinges on these Members from tough seats winning reelection in 2020, and with today's announcement we're sending a clear message that the DCCC will stand shoulder to shoulder with them in the fight ahead."

### *2019-2020 Frontline Members:*

Rep. Tom O'Halleran (AZ-01)

Rep. Josh Harder (CA-10)

Rep. TJ Cox (CA-21)

Rep. Gil Cisneros (CA-39)

Rep. Katie Porter (CA-45)

Rep. Harley Rouda (CA-48)

Rep. Mike Levin (CA-49)

Rep. Jason Crow (CO-06)

Rep. Jahana Hayes (CT-05)

Rep. Debbie Mucarsel-Powell (FL-26)

Rep. Lucy McBath (GA-06)

Rep. Abby Finkenauer (IA-01)

Rep. Cindy Axne (IA-03)

Rep. Sean Casten (IL-06)

DCCC_000554

Rep. Lauren Underwood (IL-14)

Rep. Sharice Davids (KS-03)

Rep. Jared Golden (ME-02)

Rep. Elissa Slotkin (MI-08)

Rep. Haley Stevens (MI-11)

Rep. Angie Craig (MN-02)

Rep. Chris Pappas (NH-01)

Rep. Andy Kim (NJ-03)

Rep. Josh Gottheimer (NJ-05)

Rep. Tom Malinowski (NJ-07)

Rep. Mikie Sherrill (NJ-11)

Rep. Xochitl Torres Small (NM-02)

Rep. Susie Lee (NV-03)

Rep. Steven Horsford (NV-04)

Rep. Max Rose (NY-11)

Rep. Antonio Delgado (NY-19)

Rep. Anthony Brindisi (NY-22)

Rep. Kendra Horn (OK-05)

Rep. Susan Wild (PA-07)

Rep. Matt Cartwright (PA-08)

DCCC_000555

Rep. Conor Lamb (PA-17)

Rep. Joe Cunningham (SC-01)

Rep. Lizzie Fletcher (TX-07)

Rep. Colin Allred (TX-32)

Rep. Ben McAdams (UT-04)

Rep. Elaine Luria (VA-02)

Rep. Abigail Spanberger (VA-07)

Rep. Kim Schrier (WA-08)

**TAKE ACTION:** Make a contribution to support our Frontline Members today >>

Enter your email

DCCC_000556

## DCCC.ORG

HOME

ABOUT

ACTIONS

NEWS

EN ESPAÑOL

## TAKE ACTION

CONTRIBUTE NOW

VOLUNTEER

ACTION CENTER

REGISTER TO VOTE

## CONNECT

FACEBOOK

TWITTER

YOUTUBE

CONTACT US

MEMBER RESOURCES

FRONTLINE

RACES

MEDIA

SEARCH

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC   430 S. Capitol Street, S.E. Washington, D.C. 20003   (202) 863-1500
Not authorized by any candidate or candidate's committee.

DCCC_000557



**DONATE NOW**

# TX-22's Kathaleen Wall: Coronavirus Will Save Lives by Stopping Abortions

WEDNESDAY, MARCH 25, 2020



*GOP congressional candidate and megadonor in key suburban battleground earns national outrage for her horrifying comments amid a pandemic*

On Tuesday, Texas Republican congressional candidate and GOP megadonor Kathaleen Wall decided to log on to the internet and actually write the following post on Facebook, responding to Texas' decision to ban women from accessing reproductive health care during the coronavirus outbreak:

DCCC_000558



**Kathaleen Wall**
3 hrs ·

Thanks to the leadership of Office of the Governor Greg Abbott and Texas Attorney General Ken Paxton, #COVID19 will save more lives this week than it takes! #ProLife

TEXASSCORECARD.COM
**No Abortions During Coronavirus Crisis, Says Texas Attorney General | Texas Scorecard**

Unsurprisingly, Wall's nightmarish comments lit up the internet and are rendering her a national embarrassment. A reminder: this is happening in Texas' 22nd Congressional District, a suburban battleground district that leading elections experts rate as a "toss-up" due to its increasing diversity, suburban profile and highly-educated electorate.

**"While Texans are pulling together and staying at home, extremists like Kathaleen Wall are dividing Texans and stoking outrage,"** DCCC spokesman Avery Jaffe said. **"Wall's offensive comments are a reminder why districts like TX-22 are moving away from Republicans across Texas and the rest of the country."**

Only today's Republican Party would applaud restricting access to health care during a global pandemic.

**Here's what they're saying:**

DCCC_000559

## Mother Jones: This #ProLife Texas Republican Wins With the Worst Coronavirus Take (At Least So Far This Week)

"Wall will compete in a run-off in July for the Republican nomination against Troy Nehls; if she wins, she will face Democrat Sri Preston Kulkarni, who narrowly lost a campaign against Olson in the 2018 midterms. As my colleague Tim Murphy reported then, the district is in one of the most racially diverse counties in the country and is by no means a Republican lock. Now that Olson is retiring, Cook Political Report classifies the race as a toss-up."

"Wall is a major donor to Texas Right to Life, a powerful anti-abortion group in a state that tends to be on the front lines of the abortion wars, and her campaign website describes her as '100% pro-life' and vows she 'will never give up on protecting innocent human life.'"

## Raw Story: Texas Republican says coronavirus is saving more lives than it's killing because it shut down abortion clinics

"The 22nd Congressional District, in the southern suburbs of Houston, is being vacated by retiring GOP Rep. Pete Olson, who only narrowly won re-election in 2018 after a tough race. The district is one of many in Texas that has trended left as the suburbs have grown and diversified, and college-educated voters have turned away from the Republican Party. The Democratic candidate from 2018, former diplomat Sri Kulkarni, is running again."

## Jasper Scherer, Houston Chronicle: "#TX22 GOP primary runoff candidate @WallforTX on @GovAbbott's order halting most abortions during the #coronavirus crisis: '#COVID19 will save more lives this week than it takes!'"

DCCC_000560

**Jasper Scherer, Houston Chronicle:** "#TX22 Dem nominee @SriPKulkarni calls Wall's post 'horrifying' and 'not only insulting to women facing time-sensitive personal reproductive decisions, but also disrespectful to every Texan currently suffering from coronavirus."

**Christopher Hooks:** "Kathaleen Wall, in an R runoff to replace congressman Pete Olson, has a very exciting take today…"

### 





Enter your email

| DCCC.ORG | TAKE ACTION | CONNECT | |
|---|---|---|---|
| HOME | CONTRIBUTE NOW | FACEBOOK | MEMBER RESOURCES |
| ABOUT | VOLUNTEER | TWITTER | FRONTLINE |

DCCC_000561



ACTIONS          ACTION CENTER          YOUTUBE          RACES

NEWS             REGISTER TO VOTE       CONTACT US       MEDIA

EN ESPAÑOL                                                SEARCH

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy

Contributions or gifts to DCCC are not tax-deductible

Paid for by DCCC   430 S. Capitol Street, S.E. Washington, D.C. 20003   (202) 863-1500
Not authorized by any candidate or candidate's committee

DCCC_000562



DONATE NOW

# Texas Republicans Reach New Low in Race for Most Racist TV Ad of 2020

THURSDAY, APRIL 2, 2020



*GOP megadonor running in one of America's most diverse districts declares "China poisoned our people."*

Texas' 22nd Congressional District is one of the most diverse congressional districts in the nation – a toss-up suburban battleground in Greater Houston that's home to a significant Asian American population.

Starting today, Texans will see GOP megadonor Kathaleen Wall on their TV screens with a new ad claiming 'China poisoned our people' in reference to coronavirus. You may remember Wall from her recent claim that coronavirus would save lives in Texas by banning abortions.

DCCC_000563

From Roll Call:

> "The spot begins with a narrator saying, 'China poisoned our people.
> President Trump has the courage to call it what it is.' The ad shows
> red arrows labeled 'Chinese virus' traveling from China to the U.S.
> and features footage of Trump saying 'the Chinese virus.'
>
> [...] "The district is among the diversifying suburban seats in Texas
> that Democrats are targeting this cycle and nearly 20 percent of the
> district's population is Asian, according to Census Bureau estimates."

**"TX-22 is one of America's most diverse districts and it's home to a robust Asian American community. Naturally, extremist Kathaleen Wall is leading the charge to cut the most racist TV ad of 2020,"** DCCC spokesman Avery Jaffe said. **"This year, Texans have a chance to elect a unifier like Sri Preston Kulkarni and reject a divider like Kathaleen Wall who is all too happy to stoke racial tensions in pursuit of her own political career."**

Here's what they're saying:

**Houston Chronicle:** 'China poisoned our people,' says campaign ad from Houston candidate for Congress Kathaleen Wall

"The ad is airing as Wall donates portable hand sanitizers to the Houston Police Officers Union. In a picture of the donation posted on her Twitter page, the hand sanitizers have a 'Made in China' label on them."

ᵃDemocrat Sri Preston Kulkarni will face the winner in November in the general

DCCC_000564

election and was quick to blast the ad."

"'Irresponsible, race-baiting comments like these from Kathaleen Wall are
unacceptable and dangerous to TX-22's large Asian American and Pacific Islander
population, who are intimately aware of the FBI warning about the recent surge of hate
crimes against their community,' Kulkarni said."

## Roll Call: At the Races: Pandemic hits airwaves

"One new ad drew attention to a competitive open-seat race in Texas'
22nd District. Republican Kathaleen Wall, who is in a primary runoff there,
just launched an ad that her potential Democratic opponent slammed as
'race-baiting.' The spot begins with a narrator saying, 'China poisoned our
people. President Trump has the courage to call it what it is.' The ad
shows red arrows labeled 'Chinese virus' traveling from China to the U.S.
and features footage of Trump saying 'the Chinese virus.'"

"Democrat Sri Preston Kulkarni, who avoided a runoff by winning his March 3 primary
outright, said the ad was 'unacceptable and dangerous to TX-22's large Asian
American and Pacific Islander population, who are intimately aware of the FBI warning
about the recent surge of hate crimes against their community.' The district is among
the diversifying suburban seats in Texas that Democrats are targeting this cycle and
nearly 20 percent of the district's population is Asian, according to Census Bureau
estimates."

## Texas Tribune: DCCC adds Sri Preston Kulkarni to Red to Blue program

"The race for Olson's seat heated up Wednesday after Wall released a
TV ad supporting President Donald Trump's description of the new

DCCC_000565

coronavirus as the 'Chinese virus.' Kulkarni condemned the ad, calling it 'unacceptable and dangerous' to the district's sizable Asian population."

**Newsweek: Citing Pause in Abortions, Texas GOP Candidate Says Coronavirus 'Will Save More Lives Than It Takes'**

"Speaking to Newsweek Saturday, Wall reiterated her belief that the abortion directive is saving lives. 'While the coronavirus spread and resulting deaths are a grave concern for the people of this Country and Texas, the fact is that last week in Texas 700 lives were saved because the Governor stopped abortions. I think that is good news during these difficult times,' she said."

"Sri Preston Kulkarni, a Democratic candidate who narrowly lost to Olson in 2018 and will face either Wall or Nehls in November, told Newsweek Saturday that his GOP counterpart's abortion remarks are a perfect example of the 'political games' and trivialization which have hurt the federal government's COVID-19 response. Kulkarni said Texas already leads the country with the highest maternal mortality rate and number of illegal abortions."

**Mother Jones: This #ProLife Texas Republican Wins With the Worst Coronavirus Take (At Least So Far This Week)**

"Wall will compete in a run-off in July for the Republican nomination against Troy Nehls; if she wins, she will face Democrat Sri Preston Kulkarni, who narrowly lost a campaign against Olson in the 2018 midterms. As my colleague Tim Murphy reported then, the district is in one of the most racially diverse counties in the country and is by no means a Republican lock. Now that Olson is retiring, Cook Political

DCCC_000566

Report classifies the race as a toss-up."

"Wall is a major donor to Texas Right to Life, a powerful anti-abortion group in a state that tends to be on the front lines of the abortion wars, and her campaign website describes her as '100% pro-life' and vows she 'will never give up on protecting innocent human life.'"

### 



Enter your email

DCCC.ORG

HOME

ABOUT

ACTIONS

TAKE ACTION

CONTRIBUTE NOW

VOLUNTEER

ACTION CENTER

CONNECT

FACEBOOK

TWITTER

YOUTUBE

MEMBER RESOURCES

FRONTLINE

RACES

DCCC_000567



Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC   430 S. Capitol Street, S.E. Washington, D.C. 20003   (202) 863-1500
Not authorized by any candidate or candidate's committee.

DCCC_000568

| | |
|---|---|
| **From:** | Madia Coleman [Mcoleman@dccc.org] |
| **Sent:** | 4/8/2020 7:59:37 AM |
| **To:** | Staff [D3CStaff@DCCC.ORG] |
| **Subject:** | DCCC Press Clips 4/8/2020 |

## DCCC Press Clips 4/8/2020

### Driving the Day

- Roll Call: Coronavirus response roundup: Letters from lawmakers
- Washington Post: Trump removes inspector general who was to oversee $2 trillion stimulus spending
- The Hill: Senate Democrats propose $25,000 hazard-pay plan for essential workers
- BBC: Coronavirus wreaks havoc in African American neighbourhoods
- AP: Parties ready for court battles over virus-era voting rights
- POLITICO: Dems eye Medicaid incentives for next coronavirus rescue package
- POLITICO: Poll: Majority of Americans now disapprove of federal coronavirus efforts, Trump's handling of crisis

### District by District

- CA-21: Clovis Roundup: TJ Cox Secures $200 Million for Telehealth
- CO-06: CBS: Coronavirus In Colorado: Rep. Jason Crow Sets Up Program To Send Cards, Notes To Essential Workers
- IN-05: Herald Bulletin: Congressional candidate unveils rural vitality plan
- MI-ALL | Bridge Michigan: Toilet paper for donors? Coronavirus forces Michigan campaigns to get creative
- MN-01, MN-02: SouthernMinn: U.S. citizens stuck abroad get help from Congressional offices
- NE-02 | Brookings Institute: How have progressives fared in the 2020 congressional primaries?
- PA-01: Ripon Advance: Fitzpatrick seeks expanded distance learning opportunities via USAID
- PA-16: Pittsburgh Post-Gazette: Mike Kelly expects to recover from COVID-19 this week
- TX-22: Texas Observer: Gene Wu on Coronavirus and the Rise in Hate-Fueled Attacks Against Asian Americans
- TX-32: Dallas News: Coronavirus pandemic has halted economy, but not political fundraising in Texas

### Presidential Coverage

- CNN: Biden describes phone call with Trump amid pandemic
- NPR: Bernie Sanders Weighs The Toughest Decision Of His Campaign

Roll Call: Coronavirus response roundup: Letters from lawmakers
Niels Lesniewski and Katherine Tully-McManus
April 7, 2020

Select missives from members of Congress regarding the pandemic

Washington Post: Trump removes inspector general who was to oversee $2 trillion stimulus spending
Staff
April 8, 2020

Glenn Fine, the acting inspector general at the Defense Department, was dismissed from his acting position at

the Pentagon, making him ineligible to be the watchdog over spending to counter the economic fallout from the coronavirus pandemic.

The Hill: Senate Democrats propose $25,000 hazard-pay plan for essential workers
Alexander Bolton
April 07, 2020

Senate Minority Leader Charles Schumer (D-N.Y.) and other Democrats are proposing to give doctors, nurses and other essential workers, such as grocery-store clerks, up to $25,000 in hazard pay as part of the phase-four coronavirus relief bill.

BBC: Coronavirus wreaks havoc in African American neighbourhoods
Staff
April 7, 2020

Stark statistics from Chicago health officials have underscored the heavy toll of coronavirus on black Americans.

AP: Parties ready for court battles over virus-era voting rights
Nicholas Riccardi
April 7, 2020

Wisconsin's chaotic primary may just be the beginning. Both major parties are preparing for a monthslong, state-by-state legal fight over how citizens can safely cast their ballots should the coronavirus outbreak persist through November's election.

POLITICO: Dems eye Medicaid incentives for next coronavirus rescue package
Marianne Levine
April 7, 2020

Democrats are considering a new strategy to win over Obamacare holdouts in the states: generous enticements to expand Medicaid in the next coronavirus rescue package.

POLITICO: Poll: Majority of Americans now disapprove of federal coronavirus efforts, Trump's handling of crisis
Quint Forgey
April 08, 2020

More than half of Americans now say the federal government has poorly managed the coronavirus' spread within the United States, according to a new survey, and a majority also disapprove of President Donald Trump's handling of the public health crisis.

IA-01: National Journal: Hinson Raised $550k in Q1
Kirk Bado
April 7, 2020

State Rep. Ashley Hinson (R) raised $550,000 in the first quarter of 2020 and will report more than $943,000 cash on hand, according to figures first shared with National Journal. The average donation was $100.

IN-05: Herald Bulletin: Congressional candidate unveils rural vitality plan

DCCC_000570

Ken de la Bastide
April 8, 2020

Republican Chuck Dietzen has outlined a vitality plan for rural area of Indiana. Dietzen, a medical doctor, is one of 14 Republicans seeking the party's nomination in the 5th Congressional District.

MI-ALL: Bridge Michigan: Toilet paper for donors? Coronavirus forces Michigan campaigns to get creative
Johnathan Oosting

It's a question Michigan congressional and judicial candidates never saw coming: How do you collect voter signatures needed to make the ballot amid a global pandemic that requires social distancing for public health One has sued, arguing Michigan Gov. Gretchen Whitmer's stay-at-home order makes it impossible for congressional and judicial candidates to meet an April 21 deadline

MN-01, MN-02: SouthernMinn: U.S. citizens stuck abroad get help from Congressional offices
Andrew Deizel
April 7, 2020

With the coronavirus pandemic forcing the cancellation of thousands of flights, a number of Minnesotans and other U.S. citizens now find themselves stranded far from home. Anne Albers's daughter Hannah is among those Minnesotans who was left stranded far from home by the pandemic. For Hannah, a long anticipated trip to Latin America quickly transformed into a nightmare.

NE-02: Brookings Institute: How have progressives fared in the 2020 congressional primaries?
Roma Venkateswaran and Amber Herrle
April 7, 2020

In 2018, new progressive challengers such as Alexandria Ocasio-Cortez (N.Y.-14) and Ayanna Pressley (Mass.-07) made headlines when they defeated Democratic incumbents in hard-fought primaries

PA-01: Ripon Advance: Fitzpatrick seeks expanded distance learning opportunities via USAID

With the learning of nearly 90 percent of the world's student population disrupted by the current pandemic, U.S. Rep. Brian Fitzpatrick (R-PA) requested that the U.S. Agency for International Development (USAID) prioritize distance learning opportunities for children in its COVID-19 response.

TX-22: Texas Observer: Gene Wu on Coronavirus and the Rise in Hate-Fueled Attacks Against Asian Americans

Michael Barajas
April 7, 2020

Jose L. Gomez, a 19-year-old charged with three counts of attempted capital murder, allegedly wanted to kill an Asian American family that included two young children because he thought they were Chinese and "infecting people with coronavirus."

TX-32: Dallas News: Coronavirus pandemic has halted economy, but not political fundraising in Texas
April 6, 2020
Gromer Jeffers Jr.

DCCC_000571

Last week millions of Americans lost their jobs — and many lost loved ones — as the coronavirus wreaked havoc across the country. The week also brought the 2020 first-quarter fundraising deadline for political candidates.

CNN: Biden describes phone call with Trump amid pandemic

Former Vice President Joe Biden said he told President Donald Trump the federal response to the novel coronavirus pandemic is "about taking responsibility" in their phone call about the outbreak.

NPR: Bernie Sanders Weighs The Toughest Decision Of His Campaign
Domenico Montanaro
April 8, 2020

There comes a time in every campaign when a candidate needs to make a tough decision. Ending a bid for president is one of the hardest things any candidate can do. They put themselves out there; they open themselves – and their families – up to relentless criticism and, nowadays, social media abuse.

Madia Coleman
PRESS ASSISTANT   ·  DCCC

Office: (202) 370-9611  |  Cell: (240) 422-9893

**From:** Madia Coleman [Mcoleman@dccc.org]
**Sent:** 4/7/2020 8:00:00 AM
**To:** Staff [D3CStaff@DCCC.ORG]
**Subject:** DCCC Press Clips 4/7/2020

## DCCC Press Clips 4/7/2020

### Driving the Day

•　Washington Post: A Michigan congresswoman, the owner of a sex toy company and a global scramble to find N95 masks

•　NBC News: Coronavirus crisis highlights Trump's lack of health care plan

•　Politico: For jobless Americans, Obamacare is still a potential lifeline

•　Politico: Congressional campaigns brace for fundraising disaster

### District by District

•　CA-22: Politico: Newsom counters Nunes on school closures and 'pretty much any issue'

•　CO-06: CBS: Coronavirus In Colorado: Rep. Jason Crow Sets Up Program To Send Cards, Notes To Essential Workers

•　IN-05: Importantville: Indiana readies for hotspot status—stay-at-home order extended 2 weeks—Pete's new PAC

•　NJ-03: New Jersey Globe: Richter's fundraising paused amid COVID-19 crisis

•　NY-11: Roll Call: These National Guard members also serve in Congress. Now they're fighting COVID-19

•　ME-02 | Maine Beacon: Maine lawmakers hope to fill 'gaps' in coronavirus relief

•　OH-01: WSJ: Candidates Scramble to Fund Payroll, Ads in Delayed Primaries

•　SC-01: WCBD News 2: Rep Joe Cunningham working to expand hazard pay for service members

•　TX-32: WFAA: Inside Texas Politics: Congressman Colin Allred says another federal stimulus package is possible

•　WA-03: The Columbian - Herrera Beutler, Lawmakers Urge 'Decisive' Action on COVID-19 Scams

### Presidential Coverage

•　CBS News: John Lewis pushes Joe Biden to pick a woman of color to be his running mate

•　New York Times: Will Wisconsin Be the Last Stand for Bernie Sanders?

NBC News: Coronavirus crisis highlights Trump's lack of health care plan
Sahil Kapur
April 6, 2020

Health care was already a vulnerability for President Donald Trump before the coronavirus pandemic hit. Now his lack of a plan to fix the system is coming under a new microscope as the crisis costs many Americans their coverage and overwhelms providers.

Washington Post: A Michigan congresswoman, the owner of a sex toy company and a global scramble to find N95 masks
Greg Jaffe
April 5, 2020

DCCC_000573

Rep. Elissa Slotkin was trying the governor, the head of a major auto parts supplier and the CEO of a Detroit bicycle company that imports parts from China in a frantic search for someone who might be able to help her find N95 masks for hospital workers in her district.

Politico: For jobless Americans, Obamacare is still a potential lifeline

Susannah Luthi
April 6, 2020

Millions of Americans losing their jobs may still be able to sign up for Obamacare — but Trump officials haven't been urging people to grab onto that safety net while they can.

Politico: Congressional campaigns brace for fundraising disaster
Ally Mutnick
April 6, 2020

Coronavirus is about to hit the 2020 battle for Congress, starting with campaign bank accounts. The global pandemic — and the ensuing recession — has slowed fundraising and frozen the political terrain in place, according to more than a dozen campaign officials and strategists in both parties.

CA-22: Politico: Newsom counters Nunes on school closures and 'pretty much any issue'
Jeremy B. White
April 3, 2020

Gov. Gavin Newsom brushed back Rep. Devin Nunes' criticism of statewide school closures on Friday, suggesting the Tulare Republican is getting bad information. "I don't want to give him much air," Newsom said during a remote appearance on The View. "I've not sourced him for advice on pretty much any issue, and I say that as respectfully as I can, but particularly on public health issues."

CO-06: CBS: Coronavirus In Colorado: Rep. Jason Crow Sets Up Program To Send Cards, Notes To Essential Workers
Mekialaya White
April 6, 2020

One of the best things we can do to keep everyone healthy is stay home. However, for thousands of Coloradans, that isn't their reality. Rep. Jason Crow, a Democrat who represents Colorado's 6th Congressional District, has now launched a new effort to thank the people working in "essential" roles for their sacrifice.

IN-05: Importantville: Indiana readies for hotspot status—stay-at-home order extended 2 weeks—Pete's new PAC

Former Marion County Prosecutor Carl Brizzi, a Republican candidate for Indiana's 5th Congressional District, announced today that he would cease fundraising for the remainder of the primary campaign.

NJ-03: New Jersey Globe: Richter's fundraising paused amid COVID-19 crisis
Nikita Biryukov
April 6, 2020

DCCC_000574

House candidate David Richter scrapped a fundraising video, instead choosing to push a video asking residents with means to donate to charity just days after his campaign sent out a letter asking supporters to contribute.

NY-11: Roll Call: These National Guard members also serve in Congress. Now they're fighting COVID-19

Paul V. Fontelo
April 4, 2020

Max Rose will be setting up field hospitals. Michael Waltz helped run a testing site in an empty parking lot. They're among those facing the coronavirus pandemic with a distinctive job title: They're members of Congress, but they also serve in the National Guard.

ME-02: Maine Beacon: Maine lawmakers hope to fill 'gaps' in coronavirus relief
Allison Stevens
April 6, 2020

Maine's congressional delegation is preparing for another round of legislation in response to the coronavirus pandemic.
Democratic Rep. Chellie Pingree told Beacon in a statement that "it's clear more work needs to be done," although she said it's too early to discuss the details of a fourth coronavirus package.

OH-01: WSJ: Candidates Scramble to Fund Payroll, Ads in Delayed Primaries

Emily Glazer
April 6, 2020

When the Ohio primary was delayed last month, congressional candidate Kate Schroder went from primarily focused on winning her race to scrambling to make payroll.

SC-01: WCBD News 2: Rep Joe Cunningham working to expand hazard pay for service members
April 3, 2020

On Friday, Representative Joe Cunningham introduced the Pandemic Hazard Pay Expansion Act. The legislation aims to ensure that "uniformed service members whose duties put them at risk of exposure to a pandemic disease," such as COVID-19, receive hazard duty pay.

TX-32: WFAA: Inside Texas Politics: Congressman Colin Allred says another federal stimulus package is possible

Barna Dean Steptoe
April 3, 2020

Federal stimulus money is intended to help all small businesses, including first-time borrowers, despite some bank practices, said U.S. Rep. Colin Allred.

WA-03: The Columbian - Herrera Beutler, Lawmakers Urge 'Decisive' Action on COVID-19 Scams
Jerzy Shedlock
April 6, 2020

U.S. Rep. Jaime Herrera Beutler, R-Battle Ground, joined a bipartisan group of members this week to press the

DCCC_000575

Federal Communications Commission and the Department of Justice to help protect people from coronavirus-related scams.

CBS: John Lewis pushes Joe Biden to pick a woman of color to be his running mate
Bo Erickson
April 7, 2020

Civil rights icon and Congressman John Lewis said Tuesday that former Vice President Joe Biden should pick a woman of color to be his running mate. Lewis made the comments as he announced he's formally endorsing Biden, a shot of energy for the likely Democratic presidential nominee as the primary season is currently on pause due to safety concerns related to the coronavirus pandemic.

New York Times: Will Wisconsin Be the Last Stand for Bernie Sanders?
Sydney Ember
April 7, 2020

Senator Bernie Sanders began his live-stream presentation about the coronavirus on Saturday night as he begins nearly all of his events: by thanking the musicians who performed before he took the microphone.

Madia Coleman
PRESS ASSISTANT · DCCC

Office: (202) 370-9611 | Cell: (240) 422-9893

DCCC_000576

| | |
|---|---|
| **From:** | Madia Coleman [Mcoleman@dccc.org] |
| **Sent:** | 4/6/2020 7:55:35 AM |
| **To:** | Staff [D3CStaff@DCCC.ORG] |
| **Subject:** | DCCC Press Clips 4/6/2020 |

## DCCC Press Clips 4/6/2020

### Driving the Day
- The Hill: Campaigns face attack ad dilemma amid coronavirus crisis
- Los Angeles Times: Democrats spend $1 million on healthcare attack ad in California House race
- Associated Press: Democrats Elevate Health Care as Virus-Era Campaign Argument
- Reuters: Exclusive: Pressed by Trump, U.S. pushed unproven coronavirus treatment guidance
- The Hill: Conservative women's group unveils new congressional endorsements
- The Washington Post: Wisconsin Republicans are exploiting the pandemic to grab power. It's a dangerous precedent.
-

### District by District

- AK-AL: Anchorage Press - Young denies 'beer' comments he made —and were recorded — to seniors in Palmer
- CA-39: LA SPECTRUM NEWS: CA Dems Send Letter to Trump on COVID-19 Inspired Asian American Attacks
- IA-03: Iowa News Now: $33M in grants headed to Iowa to combat COVID-19
- MO-02: National Journal: State AFL-CIO Backs Schupp
- NJ-05: NJ Globe: Ghassali drops out, endorses McCann
- PA-17: Pittsburgh Post-Gazette: A $2.3 trillion question after stimulus bill: What more is needed for Pittsburgh?
- UT-04: KSL: A Costly Cure: Lawmakers unite to bring down prescription prices
- TX-32: Dallas Morning News: Shuttered Garland hospital to become COVID-19 treatment center for vets; then transition to VA outpatient center
- WA-03: Longview Daily News: Herrera Beutler weighs in on personal impact of coronavirus outbreak

### Presidential Coverage
- NPR: Biden: The Democratic Convention May Need To Be A Virtual Event This Year
- New York Times:How Will Joe Biden Find His Joe Biden?

The Hill: Campaigns face attack ad dilemma amid coronavirus crisis
Max Greenwood, Julia Manchester and Juliegrace Brufke
April 5, 2020

A volley of political advertisements attacking the government's responses to the coronavirus pandemic has some strategists worried that going negative at a time of crisis will backfire. Most of the ads have so far come from Democrats and have been sharply critical of President Trump's delayed response to the outbreak.

Los Angeles Times: Democrats spend $1 million on healthcare attack ad in California House race

Arit John
April 6, 2020

DCCC_000577

The coronavirus outbreak has forced political candidates to rethink the way they campaign, but Democrats are returning to a familiar strategy: focus on healthcare. The Democratic Congressional Campaign Committee is spending nearly $1 million to air an ad highlighting Republican defense contractor Mike Garcia's opposition to the Affordable Care Act ahead of a May 12 runoff to fill the remainder of former Rep. Katie Hill's first term.

Associated Press: Democrats Elevate Health Care as Virus-Era Campaign Argument

Alex Jaffe
April 5, 2020

Democrats are zeroing in on health care as one of the few issues that might resonate among Americans who have largely shelved election-year politics as they focus on protecting their families from the spreading coronavirus. Joe Biden, the prospective Democratic nominee, is criticizing President Donald Trump for refusing to reopen "Obamacare" enrollment to allow more Americans to sign up for medical insurance during the crisis. Congressional candidates are slamming Republicans for not doing enough to protect access to health coverage. And on Capitol Hill, Democratic leaders are pushing for the next coronavirus response legislation.

The Hill: Conservative women's group unveils new congressional endorsements
JULIA MANCHESTER -
04/03/20

Conservative political action committee Maggie's List on Friday endorsed 11 female candidates in House races across the country, seeking to gin up support for Republicans as the party seeks to elect more women.

Reuters: Exclusive: Pressed by Trump, U.S. pushed unproven coronavirus treatment guidance

Marisa Taylor, Aram Roston
April 4, 2020

In mid-March, President Donald Trump personally pressed federal health officials to make malaria drugs available to treat the novel coronavirus, though they had been untested for COVID-19, two sources told Reuters

WaPo: Wisconsin Republicans are exploiting the pandemic to grab power. It's a dangerous precedent.
Stephen Stromberg
April 5, 2020

Wisconsin Republicans have spent a decade eroding democracy in their state, entrenching their power against shifts in the popular will. With the help of former governor Scott Walker (R), GOP state lawmakers rammed through one of the most extreme gerrymanders the country has ever seen, assuring them a lock on the legislature.

AK-AL: Anchorage Press - Young denies 'beer' comments he made —and were recorded — to seniors in Palmer
Tim Rockey
Apr 2, 2020

Alaska's sole Congressman, 87-year-old Don Young, joined Gov. Mike Dunleavy and Senators Lisa Murkowski and Dan Sullivan on a press conference to address coronavirus response in Alaska from the Federal delegation Monday.

DCCC_000578

CA-39: LA SPECTRUM NEWS: CA Dems Send Letter to Trump on COVID-19 Inspired Asian American Attacks
Em Nguyen
April 03, 2020

The FBI is warning of an increase in hate crimes against Asian Americans as the coronavirus pandemic continues to spread. They say they're anticipating a surge of incidents across the nation, though, in many states, including California, we're already seeing a rise in hate crimes.

IA-03: Iowa News Now: $33M in grants headed to Iowa to combat COVID-19
Iowa's News Now
April 2, 2020

Rep. Cindy Axne (IA-03) announced $33,803,420 in grants from the U.S. Department of Housing and Urban Development (HUD) for communities across the state of Iowa. The grants will assist communities in their response to the outbreak of the novel coronavirus (COVID-19) in Iowa.

MO-02: National Journal: State AFL-CIO Backs Schupp
Kirk Bado
April 3, 2020

The Missouri AFL-CIO endorsed state Sen. Jill Schupp's (D) challenge against Rep. Ann Wagner (R) on Thursday. Missouri AFL-CIO President Mike Louis: "We are proud to support Jill Schupp, because she has long been a champion for workers in Missouri."

NJ-05: NJ Globe: Ghassali drops out, endorses McCann
David Wildstein
April 02 2020

Montvale mayor Michael Ghassali has dropped out of the race for the GOP nomination for Conrgess in New Jersey's 5th district and has endorsed John McCann. The announcement follows a decision of county chairman Jack Zisa to award the Bergen organization line to McCann, the winner of the screening committee vote held before the county GOP convention was cancelled.

PA-17: Pittsburgh Post-Gazette: A $2.3 trillion question after stimulus bill: What more is needed for Pittsburgh?
Daniel Moore
April 03, 2020

Last month, Capitol Hill was a remarkable scene of solidarity: All 99 senators voted to pass the largest stimulus package in U.S. history, and, two days later, the House followed suit with fast-tracked approval. And so came the Coronavirus Aid, Relief, and Economic Security Act, or CARES Act, a $2.3 trillion economic spending package signed by President Donald Trump on March 27, providing loans to businesses, cash payments to most Americans and support to hospitals and health care research.

TX-32: Dallas Morning News: Shuttered Garland hospital to become COVID-19 treatment center for vets; then transition to VA outpatient center
Paul Cobler
April 3, 2020

A shuttered Baylor Scott & White Hospital in Garland will open its doors within weeks to begin treating veterans infected with COVID-19, Rep. Colin Allred announced Friday. A Veterans Affairs health care facility that will eventually create thousands of jobs for North Texas will open with 100 beds for veterans with coronavirus following an agreement from Baylor, Scott, & White Health to donate the vacant hospital to the VA.

WA-03: Longview Daily News: Herrera Beutler weighs in on personal impact of coronavirus outbreak

Rose Lundy
April 6, 2020

When the new coronavirus started spreading through the nation, Southwest Washington Congresswoman Jaime Herrera Beutler said her immediate reaction was fear for herself and her family, which includes an infant and another child who has had a transplant.

NPR: Biden: The Democratic Convention May Need To Be A Virtual Event This Year
Bobby Allyn
April 5, 2020

Former Vice President Joe Biden says the Democratic National Convention may need take place virtually as a result of the deepening coronavirus outbreak. On Thursday the party delayed the presidential nominating convention from mid-July to mid-August over pandemic fears, but Biden on Sunday raised the specter of Democrats choosing their White House nominee online for the first time.

NBC News: Sanders risks his movement's clout by staying in the race against Biden too long

Steve Kornacki
April 5, 2020

By late May 2008, it was clear that Hillary Clinton couldn't catch Barack Obama and that he would be the Democratic nominee for president. The calls for Clinton to exit the race were loud, but she ignored them.

Madia Coleman
PRESS ASSISTANT · DCCC

Office: (202) 370-9611 | Cell: (240) 422-9893

DCCC_000580

**From:**     Madia Coleman [Mcoleman@dccc.org]
**Sent:**     3/25/2020 8:05:21 AM
**To:**       Staff [D3CStaff@DCCC.ORG]
**Subject:**  DCCC Press Clips 3/24/2020

DCCC Press Clips 3/24/2020

**Driving the Day**
- New York Times: Congress and White House Strike Deal for $2 Trillion Stimulus Package
- Roll Call: Coronavirus election delays are changing dynamics for campaigns

**District by District**

- IA-ALL: Des Moines Register: Iowa mayors urge Reynolds to issue a coronavirus stay-at-home order
- IL-13 | State Journal-Register: Davis, bipartisan group, want 'urgent' action on supplies
- PA-08 | Scranton Times-Tribune: Cartwright district offices to operate remotely
- PA-17: Pittsburgh Post-Gazette: As Pittsburgh faces 'severe' supply shortages, Lamb, Doyle push to reimburse local agencies
- MI-06: WSJM: Upton Calls For Aggressive Use Of The Defense Production Act
- NM-02: Silver City Daily Press: Rep. Torres Small pulling for small business grants
- SC-01: ABC Charleston: Rep. Cunningham calls for lawmakers to put politics aside, pass stimulus bill
- TX-22: Mother Jones: This #ProLife Texas Republican Wins With the Worst Coronavirus Take (At Least So Far This Week)
- WA-03: The Columbian: Herrera Beutler supports 'as much wage relief as possible' in federal package

**Presidential Coverage**
- Newsweek: JOE BIDEN AND BERNIE SANDERS WOULD BOTH BEAT DONALD TRUMP IN THE GENERAL ELECTION IF IT WERE HELD TODAY, NEW POLL SHOWS
- New York Times: Bernie Sanders Plans to Participate in Next Debate, Campaign Says
- The Washington Post: Insiders recount how Sanders lost the black vote — and the nomination slipped away

New York Times: Congress and White House Strike Deal for $2 Trillion Stimulus Package
Emily Cochrane and Nicholas Fandos

Senators and Trump administration officials reached an agreement early Wednesday on a sweeping, roughly $2 trillion stimulus measure to send direct payments and jobless benefits to individuals as well as money to states and businesses devastated by the coronavirus pandemic.

Roll Call: Coronavirus election delays are changing dynamics for campaigns
Bridget Bowman
March 24, 2020

Kim Olson is going to need some new postcards. Last week, the Texas Democrat's campaign stopped sending postcards reminding voters about a May 26 primary runoff once it became increasingly clear the election might not happen as scheduled. That became official Friday night, when Texas Gov. Greg Abbott postponed the runoffs until July 14 due to the coronavirus pandemic. Olson, a retired Air Force colonel competing for the

Democratic nomination in the 24th District, one of the Democrats' top 2020 targets, had to adjust. And campaigns across the country are doing the same.

### FL-26: WSVN: Miami-Dade Mayor Gimenez suspends disconnection of water service
Joel Franco

As COVID-19 cases mount, Miami-Dade County Mayor Carlos Gimenez wants to make sure nobody is worried about their water being cut off. On Monday, Gimenez ordered the Miami-Dade Water and Sewer Department to continue to provide water service even if a customer has not paid their bill. Additionally, those who had their water service disconnected before the state of emergency declaration will regain service.

### IA-ALL: Des Moines Register: Iowa mayors urge Reynolds to issue a coronavirus stay-at-home order
Jason Clayworth and Katie Akin
March 25, 2020

The mayors of two of Iowa's largest cities, including Des Moines, said Monday they are urging the state to implement a stay-at-home order as the coronavirus pandemic spreads. Gov. Kim Reynolds, in an afternoon news conference, urged people to avoid nonessential activities in public. The number of confirmed coronavirus cases in Iowa surpassed 100 on Monday. "If you do not need to leave your house and help your family or other Iowans respond to this disaster, stay home," she said. So far, however, Reynolds has declined to issue an order restricting Iowans' movements, saying any such action would be based on data associated with the severity of the outbreak.

### MI-06: WSJM: Upton Calls For Aggressive Use Of The Defense Production Act
Staff
March 24, 2020

Congressman Fred Upton has co-sponsored legislation urging President Trump to make effective use of the Defense Production Act in response to the COVID-19 pandemic. Upton has joined colleagues in calling on the president to immediately share with Congress plans for the use of the Defense Production Act powers, including targets and timelines to produce supplies needed to address the COVID-19 pandemic, as well as the results of the ongoing use of those authorities.

### PA-08: Scranton Times-Tribune: Cartwright district offices to operate remotely
Borys Krawszenuk

U.S. Rep. Matt Cartwright's physical offices are closed because of the coronavirus outbreak, but his office continues operating remotely through telephones and email. Staff will take calls through the Scranton office number, 570-341-1050, also a hotline for coronavirus information, and the Washington, D.C., office at 202-225-5546. Business for congressional offices in Wilkes-Barre, Hazleton, Tannersville and Hawley will be temporarily rerouted through the hotline.

### PA-17: Pittsburgh Post-Gazette: As Pittsburgh faces 'severe' supply shortages, Lamb, Doyle push to reimburse local agencies
Daniel Moore
March 25, 2020

Hospitals, doctors and emergency responders in the Pittsburgh region are in desperate need of medical

DCCC_000582

supplies and personal protective equipment to shield against COVID-19, coming up short on gloves, masks, gowns and eye protection, lawmakers said on Monday. "We have firefighters responding to EMS calls with no masks and barely any medical-grade PPE," said Rep. Conor Lamb, D-Mt. Lebanon, who has been coordinating deliveries of medical supplies donated by school superintendents and labor unions in recent years. While Allegheny County has coordinated these citizen-led efforts, "people need to understand that that is only a Band-Aid on a very severe problem," Mr. Lamb said, estimating Western Pennsylvania will soon need millions of masks.

SC-01: ABC Charleston: Rep. Cunningham calls for lawmakers to put politics aside, pass stimulus bill
Brodie Hart
March 24, 2020

Congressman Joe Cunningham called out lawmakers in Washington, D.C. on Monday to pass the stimulus package. "These political soundbites shouldn't be in the bill, we should just get down to what helps people who are suffering the most," Rep. Cunningham said. He added he's going to bat for the tourism and food and beverage industries, the types of businesses he said make up the Lowcountry.

WA-03: The Columbian: Herrera Beutler supports 'as much wage relief as possible' in federal package
Calley Hair
March 24, 2020

A $1.8 trillion COVID-19 package was at a stalemate in Washington, D.C., Monday afternoon, with lawmakers in the Senate struggling to come to an agreement on what would ultimately shape the biggest economic aid legislation in modern history. They do, however, broadly agree on the importance of direct aid to individual people — the package currently under consideration would include $1,200 in direct aid to most American adults, as well as $500 for children. That piece of the puzzle largely enjoys bipartisan support, though some lawmakers disagree as to whether that direct aid should take the form of a one-time payment or ongoing support. Rep. Jaime Herrera Beutler, R-Battle Ground, said through a spokesman that she would support "as much wage relief to impacted workers as possible" from her position in the House.

TX-22: Mother Jones: This #ProLife Texas Republican Wins With the Worst Coronavirus Take (At Least So Far This Week)
Becca Andrews
March 24, 2020

After Texas Gov. Greg Abbott declared abortions as nonessential care during the coronavirus outbreak (and state Attorney General Ken Paxton made an order to clarify and enforce that decision on Monday), a Republican running for Congress in the state posted a hell of a take on the matter. Kathaleen Wall, who is running to replace retiring Republican Rep. Pete Olson in Texas' 22nd congressional district, thanked the governor for his action and claimed on Facebook that because of the order, "#COVID19 will save more lives this week than it takes! #ProLife."

Newsweek: JOE BIDEN AND BERNIE SANDERS WOULD BOTH BEAT DONALD TRUMP IN THE GENERAL ELECTION IF IT WERE HELD TODAY, NEW POLL SHOWS
Jason Lemon
March 25, 2020

Democratic presidential candidates Joe Biden and Bernie Sanders would both beat President Donald Trump in a hypothetical general election match-up if either were to face off with the incumbent Republican today,

DCCC_000583

according to a new poll.

Washington Post: Insiders recount how Sanders lost the black vote — and the nomination slipped away
March 25, 2020

Bernie Sanders reached the pinnacle of his campaign inside Cowboys Dancehall in San Antonio on Feb. 22. He pumped his fist to punctuate a triumphant speech. He'd just won the Nevada caucuses and was sitting on top of the Democratic presidential race.

New York Times: Bernie Sanders Plans to Participate in Next Debate, Campaign Says
Sydney Ember and Reid J. Epstein
March 24, 2020

Senator Bernie Sanders plans to participate in the Democratic presidential debate in April if one is held, his campaign said on Tuesday, the strongest indication yet that he plans to continue competing against Joseph R. Biden Jr. in the 2020 primary for the foreseeable future.

Madia Coleman
PRESS ASSISTANT · DCCC

Office: (202) 370-9611 | Cell: (240) 422-9893

**From:** Madia Coleman [Mcoleman@dccc.org]
**Sent:** 3/23/2020 6:45:53 AM
**To:** Staff [D3CStaff@DCCC.ORG]
**Subject:** DCCC Press Clips 3/23/2020

DCCC Press Clips 3/23/2020

**Driving the Day**
- NBC News: As pandemic throws elections into chaos, advocates call for national vote-by-mail
- USA TODAY: Democratic leaders: Act now to protect voting this year amid coronavirus crisis
- Washington Post: U.S. intelligence reports from January and February warned about a likely pandemic
- Politico: Coronavirus upends the battle for the House

**Congressional Coverage**
- Politico: Bipartisan talks falter on massive economic rescue package
- Roll Call: Pandemic ignites interest in remote voting; McConnell, Pelosi say no
- The Hill: House Democratic campaign arm outraises GOP counterpart in February
- Roll Call: No deal yet on stimulus as stock market teeters on the edge

**District by District**

- CA-48: Rouda Joins OC Congressional Caucus to Ask County for Property Tax Delay
- CA-10: Modesto Bee: California congressman wants the coronavirus vaccine to be free, once it's available
- FL-26: Miami Herald: Short on hand sanitizer and riders, Miami-Dade is cutting transit in coronavirus crisis
- FL-All | Palm Beach Post: Coronavirus in Florida: Diaz-Balart has virus, will members of Congress get tested?
- IA-02: Lee Papers: Virus exposes Iowa's broadband weaknesses
- ME-02: Defense News: Maine lawmakers want contract relief, quicker payments for industry to combat COVID-19 impact
- TX-10: Statesman: McCaul blasts China's role in pandemic; Dems say GOP shifting focus away from Trump
- TX-21: National Review: Chip Roy: Americans Need a Date Certain
- 

**Presidential Coverage**
- New York Times: How It All Came Apart for Bernie Sanders
- New York Times: Joe Biden's Campaign Was Cash Poor. He Seized Control of the Nomination Anyway.


Washington Post: U.S. intelligence reports from January and February warned about a likely pandemic
Shane Harris, Greg Miller, Josh Dawsey, Ellen Nakashima
March 23, 2020

U.S. intelligence agencies were issuing ominous, classified warnings in January and February about the global danger posed by the coronavirus while President Trump and lawmakers played down the threat and failed to take action that might have slowed the spread of the pathogen, according to U.S. officials familiar with spy agency reporting.

USA TODAY: Democratic leaders: Act now to protect voting this year amid coronavirus crisis
Cheri Bustos, Tom Perez, Catherine Cortez Masto, Alex Padilla, Maura Healey, Ellen Rosenblum and Eric Garcetti
March 23, 2020

The world is in crisis. The COVID-19 pandemic has changed everyday life in America and around the globe. It has stripped us of any sense of normalcy and routine. But as we fight this virus with all we have, we cannot let it strip Americans of the one right that protects all others — the right to vote.

DCCC_000585

Roll Call: No deal yet on stimulus as stock market teeters on the edge
David Lerman, Jennifer Shutt, and Katherine Tully-McManus
March 22, 2020

Negotiations on an economic stimulus measure that had hit about $1.8 trillion by Sunday — and probably climbing — were set to continue Monday morning, top Senate and White officials said late Sunday night. "I think we're very close. The teams are going to work through the night. We're going to regroup the principals in the morning," Treasury Secretary Steven Mnuchin said. "We're going to work very hard to get this done tomorrow."

Politico: Coronavirus upends the battle for the House
Sarah Ferris and Ally Mutnick
March 23, 2020

Any trace of President Donald Trump's impeachment has vanished from Capitol Hill, cable news and the campaign trail. And long gone is the pervasive sense of anxiety that once gripped vulnerable Democrats after their votes to impeach Trump, which they feared could cost them their seats and possibly control of the House.

CA-10: Modesto Bee: California congressman wants the coronavirus vaccine to be free, once it's available
Kate Irby
March 19, 2020

A freshman California congressman is pushing a bill that would make the coronavirus vaccine, once available, free of charge. The vaccine is not supposed to be available for at least another year, according to Dr. Anthony Fauci, director of the National Institute of Allergy and Infectious Disease.

CA-48: Rouda Joins OC Congressional Caucus to Ask County for Property Tax Delay
Daniel Langhome
March 20, 2020

Rep. Harley Rouda (D-Laguna Beach) joined members of the Orange County congressional caucus Friday to ask the Orange County Board of Supervisors to push the deadline for property taxes to July 1 to address financial fallout from the coronavirus. Orange County property owners are currently required to remit their property tax by April 10. If the Board of Supervisors agrees to the representatives' proposal, delinquent taxes would accrue penalties of 1.5% each month after the July deadline, the congressional representatives' letter states.

CO-06: Colorado Public Radio: Both Crow And Gardner Getting The Hang Of Tele-Congress From Home While They Self-Quarantine
Jim Hill and Caitlyn Kim
March 21, 2020

It's safe to say that both Colorado Sen. Cory Gardner and Rep. Jason Crow know a thing or two about having to work from home and stay indoors. The two congressmen are self-quarantined after they met with a constituent who tested positive for the novel coronavirus. Both lawmakers feel fine.

FL-26: Miami Herald: Short on hand sanitizer and riders, Miami-Dade is cutting transit in coronavirus crisis
Doug Hanks
March 19, 2020

Miami-Dade announced transit cuts to begin Friday morning that will cause longer waits for trains and buses as an agency short on hand sanitizer and facing a ridership plunge tries to keep public transportation moving in the coronavirus crisis.

FL-All: Palm Beach Post: Coronavirus in Florida: Diaz-Balart has virus, will members of Congress get tested?
Antonio Fins
March 23, 2020

The question facing other members of Florida's 29-member congressional delegation, including those who would be most vulnerable according to health officials' guidelines, is whether they will request a conronavirus test as a precaution.

IA-02: Lee Papers: Virus exposes Iowa's broadband weaknesses
Rod Boshart
March 21, 2020

The COVID-19 pandemic that is forcing employees to work from home and school children to seek online instruction is shining a bright light on Iowa's broadband challenges and possibly spurring some accelerated action to address it. State legislators already were moving bills to help finance incremental broadband expansion in underserved and unserved areas — especially in rural Iowa — and make other improvements.

ME-02: Defense News: Maine lawmakers want contract relief, quicker payments for industry to combat COVID-19 impact
Aaron Mehta
March 19, 2020

In a letter to Secretary of Defense Mark Esper and acting Navy secretary Thomas Modly, the congressional delegation from Maine has requested quicker payments and relief from contractual obligations for the defense industrial base, including local shipyards, impacted by the COVID-19 outbreak.

TX-10: Statesman: McCaul blasts China's role in pandemic; Dems say GOP shifting focus away from Trump
Maria Recio
March 20, 2020

U.S. Rep. Michael McCaul, R-Austin, is the latest Texas lawmaker to criticize China for its role in the coronavirus pandemic in recent public comments, renewing accusations from Democrats who say those kinds of remarks are racist and attempting to shift attention away from the Trump administration's response to the outbreak.

TX-21: National Review: Chip Roy: Americans Need a Date Certain
Chip Roy
March 20, 2020

The federal government needs to make a decision about when we are going to free up the economy, and it needs to have done it yesterday. Government action in response to the coronavirus is crippling our economy, destroying jobs, and risking a prolonged recession.

Politico: Bipartisan talks falter on massive economic rescue package
Marianne Levine and John Bresnahan
March 23, 2020

Negotiations on massive $1.6 trillion-plus emergency economic package to deal with the coronavirus crisis faltered on Sunday, and House Democrats are now planning to introduce their own proposal, according to Speaker Nancy Pelosi. But Senate Majority Leader Mitch McConnell plans to go ahead with a key procedural vote at 3 p.m. on Sunday, and he said that congressional leaders and the White House are "very close" to agreement on a massive economic package worth at least $1.6 trillion.

DCCC_000587

The Hill: House Democratic campaign arm outraises GOP counterpart in February
Tal Axelrod
March 23, 2020

The Democratic Congressional Campaign Committee (DCCC), the body charged with electing Democrats to the House of Representatives, outraised its GOP counterpart in February. New filings with the Federal Election Commission showed the DCCC hauled in over $17 million last month and finished February with roughly $72.5 million cash on hand. The National Republican Congressional Committee (NRCC) raised over $15 million in that same time period and finished the month with $45.1 million in the bank.

New York Times: How It All Came Apart for Bernie Sanders
Alexander Burns and Johnathan Martin
March 21, 2020

In mid-January, a few weeks before the Iowa caucuses, Senator Bernie Sanders's pollster offered a stark prognosis for the campaign: Mr. Sanders was on track to finish strong in the first three nominating states, but Joseph R. Biden Jr.'s powerful support from older African-Americans could make him a resilient foe in South Carolina and beyond.

New York Times: Joe Biden's Campaign Was Cash Poor. He Seized Control of the Nomination Anyway.
Shane Goldmacher and Rachel Shorey
March 21, 2020

Former Vice President Joseph R. Biden Jr. has taken command of the Democratic primary for president despite running on a shoestring budget in a contest where Senator Bernie Sanders of Vermont raised more money in February alone, $47.6 million, than Mr. Biden had spent in his previous five months combined, new federal records show.

Madia Coleman
PRESS ASSISTANT · DCCC

Office: (202) 370-9611 | Cell: (240) 422-9893

DCCC_000588

DCCC_000589

| | |
|---|---|
| **From:** | Madia Coleman [Mcoleman@dccc.org] |
| **Sent:** | 3/13/2020 7:18:53 AM |
| **To:** | Staff [D3CStaff@DCCC.ORG] |
| **CC:** | Interns [Interns@DCCC.ORG] |
| **Subject:** | DCCC Press Clips 3/13/2020 |

DCCC Press Clips 3/13/2020:

**Driving the Day**

- POLITICO: Coronavirus consumes Trump's reelection bid
- Roll Call: Coronavirus stimulus deal 'close,' House to vote Friday, Pelosi says
- Roll Call: The vote must go on: States prep for primaries as virus looms

**District by District**

- AZ-06: Multibriefs: Telehealth used in an attempt to curb coronavirus
- CA-10: Modesto Bee: Coronavirus relief plan could include tax breaks for businesses offering paid sick leave
- MI-08: Clarkston News: Water-quality tour
- NY-11: KCP: Bipartisan Brooklyn Electeds Support Rose's Toll Relief Effort
- NV-03: LV Review Journal: Asian restaurants hit hard by lack of business
- OH-01 | AP: 2 female Democrats vie to take on 12-term GOP incumbent
- OK-05: KFOR: Rep. Horn calls on Congress to include water shutoff relief in stimulus package that addresses COVID-19
- TX-10: Austin Chronicle: Mike Siegel and Pritesh Gandhi Vie for Dem Nod in Texas' Congressional District 10
- TX-31: Austin Chronicle: Race for Congressional District 31 Is Down to Two Dem Candidates

**Presidential Coverage**

- AZ Republic: Phoenix presidential debate canceled, moved to Washington, D.C., as coronavirus precaution

POLITICO: Coronavirus consumes Trump's reelection bid
ALEX ISENSTADT and NATASHA KORECKI
March 12, 2020

When Donald Trump's top campaign advisers met with the president in the White House Wednesday, they came prepared with reams of polling data on his standing with voters eight months out from the election. But Trump was focused on something else: The coronavirus.

Roll Call: Coronavirus stimulus deal 'close,' House to vote Friday, Pelosi says
David Lerman and Jennifer Shutt
March 12, 2020

Speaker Nancy Pelosi and Treasury Secretary Steven Mnuchin were nearing agreement on an economic stimulus package to combat the effects of the coronavirus pandemic but weren't close enough to be ready for a vote Thursday night. After eight phone calls between the two, and several hours of meetings between Pelosi and top Democratic lawmakers, negotiations were set to continue into Friday.

Roll Call: The vote must go on: States prep for primaries as virus looms
Kate Ackley, Bridget Bowman, and Stephanie Akin

DCCC_000590

March 12, 2020

Despite widespread cancellations of campaign events and everyday activities across the nation amid the new coronavirus pandemic, four states with primaries next week are sending the message: Voting will go on, but with an extra dose of hand sanitizer. Arizona, Florida, Illinois and Ohio, while encouraging early voting or voting by mail, have not canceled primary contests scheduled for Tuesday.

CA-10: Modesto Bee: Coronavirus relief plan could include tax breaks for businesses offering paid sick leave
Kate Irby
March 13, 2020

Businesses that give their employees paid sick leave during the coronavirus may get tax credits for doing so under a package of bills in the House of Representatives to help people and businesses during the COVID-19 pandemic.

NY-11: KCP: Bipartisan Brooklyn Electeds Support Rose's Toll Relief Effort
March 12, 2020

U.S. Rep. Max Rose (D-South Brooklyn, Staten Island) along with a bipartisan group of state and local elected officials announced their support of the Tax Relief for Bridge Tolls Act legislation put out by Rose and urged Congressional leaders to take up the measure.

NV-03: LV Review Journal: Asian restaurants hit hard by lack of business
Heidi Knapp Rinella
March 12, 2020

Asian restaurants across the valley continue to see a downturn in business as a result of coronavirus outbreak fears, and layoffs have begun. Sonny Vinuya, president of the Las Vegas Asian Chamber of Commerce, said while he doesn't have hard figures, the organization surveyed about 40 of its members in the restaurant industry and received reports of a decline in business of 40 to 60 percent.

MI-08: Clarkston News: Water-quality tour
Phil Custudio
March 13, 2020

U.S. Rep. Elissa Slotkin (District 8) met with about 200 residents at Springfield Oaks County Park, March 5, to discuss water quality concerns, such as PFAS contamination.

OH-01: AP: 2 female Democrats vie to take on 12-term GOP incumbent
Dan Sewell
March 12, 2020

Some years, Democrats have struggled to field a viable candidate in Ohio's 1st U.S. House district. This year, they have two. A career health care advocate, Kate Schroder, and a veteran Air Force pilot, Nikki Foster, have shown the ability to raise money and attract supporters as they prepare to clash in the state's March 17 primary for the nomination to challenge 12-term Republican incumbent Steve Chabot of Cincinnati.

OK-05: KFOR: Rep. Horn calls on Congress to include water shutoff relief in stimulus package that addresses COVID-19
March 11, 2020
Hicham Raache

Congresswoman Kendra Horn called upon Congress to help Americans who face water shutoffs and high water bills, stressing the need for water in preventing the spread of coronavirus. Horn (OK-5) asked congressional leadership to

include funds in an upcoming stimulus package to provide relief to citizens who struggle with water shutoffs and bills, according to a news release issued from Horn's office.

TX-10: Austin Chronicle: Mike Siegel and Pritesh Gandhi Vie for Dem Nod in Texas' Congressional District 10
Michael King
March 13, 2020

In three of the six congressional districts that cross the city of Austin, the Democratic primary outcome has been settled, but three races remain to be determined by the May 26 run-off. And for Austin voters, the most prominent of these is the gerrymandered TX-10, which runs from Austin to Houston and includes all or part of nine counties.

TX-31: Austin Chronicle: Race for Congressional District 31 Is Down to Two Dem Candidates
Michael King
March 12, 2020

The Congressional District 31 Democratic primary race has finally been winnowed down to two candidates. Family physician Christine Eady Mann will face software engineer Donna Imam in the May 26 run-off, with the winner to challenge incumbent Rep. John Carter, who easily won the GOP nomination against three under-resourced challengers.

AZ Republic: Phoenix presidential debate canceled, moved to Washington, D.C., as coronavirus precaution
Yvonne Wingett Sanchez
March 12, 2020

Coronavirus fears have prompted organizers of the Democratic debate in Phoenix to cancel the planned head-to-head event in Arizona, and will instead hold it at a studio in Washington, D.C., Rep. Ruben Gallego, D-Ariz., told The Arizona Republic on Thursday.

| | |
|---|---|
| **From:** | Madia Coleman [Mcoleman@dccc.org] |
| **Sent:** | 3/11/2020 7:07:21 AM |
| **To:** | Staff [D3CStaff@DCCC.ORG] |
| **CC:** | Interns [Interns@DCCC.ORG] |
| **Subject:** | DCCC Press Clips 3/11/2020 |

DCCC Press Clips 3/11/2020

**Driving the Day**

- Politico: Pelosi on collision course with Trump over coronavirus response
- New York Times: 5 Takeaways From Tuesday's Democratic Primaries
- McClatchy DC: More coronavirus tests are on the way, and Pence promises 'no surprise billing'

**Coronavirus**

- Axios: A longer coronavirus outbreak is the best outcome for the health care system
- The Hill: Response to coronavirus could test limits of government powers
- The Hill: Coronavirus cases in US top 1,000
- CNBC: New York Gov. Cuomo deploys National Guard to New Rochelle, establishes containment center to stem coronavirus

**Congressional Coverage**

- Roll Call: Campaigns grapple with uncertainty amid new coronavirus concerns
- Roll Call: Trump's coronavirus tax cut hits rough patch as lawmakers talk stimulus

**District by District**

- CA-25: National Journal: Knight Concedes; Smith to Face Garcia in Runoff
- IL-06: Chicago Daily Herald: Kane County reports first case of coronavirus
- IN-05 | Hamilton County Times: Republican congressional candidate announces 'On the Trail-er Tour'
- MN-02: Superior Telegram: Insurers waiving co-pays on coronavirus testing
- NJ-03: Tap Into Barnegat/ Waretown: What This Barnegat Resident Plans to Do in Congress
- SC-01: The State: Nancy Mace lands top GOP leader's endorsement in SC's Lowcountry race
- TX-02: Texas Signal: Crenshaw now has a Democratic opponent, Sima Ladjevardian
- TX-32: Dallas Morning News: Dallas County election recount court date set for Tuesday
- VA-02: 13 News Now: Scott Taylor qualifies for 2nd Congressional District primary

**Presidential Coverage**

- POLITICO: Bernie Sanders is all but done
- POLITICO: Democrats weigh how to nudge Sanders out after Tuesday losses

Politico: Pelosi on collision course with Trump over coronavirus response
March 11, 2020

The speaker and president have hugely different plans to boost the economy. Dems press ahead on coronavirus package as Senate waits for Trump
coronavirus. Dems press ahead on coronavirus package as Senate waits for Trump. The speaker and president have different plans to boost the economy. Speaker Nancy Pelosi was adamant Tuesday that the House will remain open and

DCCC_000593

lawmakers will continue working, even as members raised alarms about the possibility of the coronavirus epidemic paralyzing the Capitol.

New York Times: 5 Takeaways From Tuesday's Democratic Primaries
Shane Goldmacher
March 11, 2020

On Tuesday, the state was called just moments after the polls had closed in favor of former Vice President Joseph R. Biden Jr. The early call represented the beginning of the second straight week of Biden victories. This week's were so thorough that Mr. Sanders opted against even delivering a televised address to the nation.

McClatchy DC: More coronavirus tests are on the way, and Pence promises 'no surprise billing'

Michael Wilner
March 11, 2020

More coronavirus tests are on the way, and Pence promises 'no surprise billing'
Over 1 million coronavirus tests were sent by the Centers for Disease Control and Prevention to over 80 public labs across all 50 states. Meeting with health insurance CEOs at the White House on Tuesday, Vice President Mike Pence said that the executives had all committed to ensure "no surprise billing" for coronavirus testing as it continues to spread.

Axios: A longer coronavirus outbreak is the best outcome for the health care system
Caitlin Owens
March 11, 2020

It may be counterintuitive, but it's actually better if the novel coronavirus outbreak lasts awhile in the U.S., public health experts say. Between the lines: If everyone who is going to get sick does so at once, it would overwhelm the health care system, putting all of us — not just those with the coronavirus — at risk.

The Hill: Response to coronavirus could test limits of government powers
John Kruzel
March 11, 2020

Coronavirus lockdowns abroad are raising questions about the upper limits of government power as health officials in the U.S. and around the world scramble to slow the spread of infection. The U.S. public health toolbox contains a host of potential measures, ranging from gentle prodding over hand washing, to more severe actions like prohibitions on large gatherings and even sharp restrictions on the movement of infected individuals.

The Hill: Coronavirus cases in US top 1,000
Tal Axelrod
March 10, 2020

The number of known cases of the coronavirus in the U.S. has topped 1,000 as of Tuesday night, according to a tally from Johns Hopkins University. The first case was confirmed in Washington in January, but the outbreak has since spread across the state as well as the country, hitting mainly California and New York but also impacting states such as Massachusetts and South Dakota.

CNBC: New York Gov. Cuomo deploys National Guard to New Rochelle, establishes containment center to stem coronavirus
CNBC Staff
March 10, 2020

"This is unique in the United States of America, we haven't seen this anywhere else. Think about it, New Rochelle has double the cases of New York City, it's true, it's a phenomenon," Cuomo told reporters Tuesday in announcing the deployment. Westchester County, where New Rochelle is located, had 108 COVID-19 cases out of the 173 confirmed infections across the state, according to state health department data Tuesday.

Roll Call: Campaigns grapple with uncertainty amid new coronavirus concerns
Bridget Bowman, Kate Ackley, Stephanie Skin
March 10, 2020

Former Vice President Joe Biden and Vermont Sen. Bernie Sanders' decisions to cancel campaign rallies in Ohio on Tuesday were the highest-profile examples yet of how concerns about the new coronavirus could disrupt campaigns. While some who had contact with people known to have the virus announced plans to self-quarantine, lawmakers running for reelection so far say they're monitoring advice from public health officials before deciding their next steps.

Roll Call: Trump's coronavirus tax cut hits rough patch as lawmakers talk stimulus
David Lerman and Doug Sword
March 10, 2020

President Donald Trump's push for some form of payroll tax holiday is stumbling out of the gate as lawmakers and the White House try to cobble together a quick stimulus package to help those adversely affected by the COVID-19 virus. The president wants to cut the Social Security payroll tax, currently 6.2 percent paid by workers and employers on the first $137,700 in wages, to as low as zero through Dec. 31, according to a senior administration official.

CA-25: National Journal: Knight Concedes; Smith to Face Garcia in Runoff
Kirk Bado
March 10, 2020

Former Rep. Steve Knight (R) conceded in the top-two primary to replace former Rep. Katie Hill (D). Knight finished third in both the special election and the regular primary last week. In a statement announcing his decision, Knight announced he would back Navy veteran Mike Garcia (R), who finished second to Assemblywoman Christy Smith (D). They will face off in both the May 12 runoff for the special election and the general election in November.
Knight: "I believe Mike will work hard and be successful in May."
Hill flipped the seat in 2018, which swung from 50-48 Romney to 50-44 Clinton. With Garcia securing a spot in the runoff, national Republicans see an opportunity to flip the seat and are planning on investing in the district.

IL-06: Chicago Daily Herald: Kane County reports first case of coronavirus
Marni Pyke and Madhu Krishnamurthy

Kane County has its first confirmed case of COVID-19 illness, County Board Chairman Chris Lauzen announced during Tuesday's county board meeting. Lauzen said Gov. J.B. Pritzker informed him of the case Monday. He urged residents to keep up with common-sense preventive measures, such as washing hands.

IN-05: Hamilton County Times: Republican congressional candidate announces 'On the Trail-er Tour'
March 10, 2020

Beth Henderson, businesswoman, nurse and proud 30 year resident of Indiana's Fifth District has announced her upcoming 'On the Trail-er Tour.' "It's my goal to meet, interact and listen to as many residents in the Fifth district as possible. We know our 'On the Trail-er Tour' is a great opportunity to learn, have some fun and introduce the district to a few of our furry farm friends," said Henderson. Along with her, Henderson will bring special guests from her stable of farm animals -- Rosie the mini horse, Bruno the alpaca, Kevin Bacon the pig, Dolly the Belgian draft horse and Elsa the Leonberger dog. Henderson drives her own truck and trailer rig with everyone in tow.

DCCC_000595

MN-02: Superior Telegram: Insurers waiving co-pays on coronavirus testing
Paul John Scott
March 9, 2020

With escalating deductibles having made even the fully insured cautious about using their health plan for tests not covered under the Affordable Care Act, a question has loomed over the approaching likelihood of widespread coronavirus testing: Would insurers "cover" the test but subject it to pricey cost-sharing? Currently, the state of Minnesota estimates their cost for conducting each Centers for Disease Control and Prevention-provided coronavirus test at $250 per Polymerase Chain Reaction saliva swab — lab costs they would not pass along to providers, but services the providers could nonetheless choose to charge for anyway. Private labs now preparing their own versions of the coronavirus test could potentially charge several times that amount.

NJ-03: Tap Into Barnegat/ Waretown: What This Barnegat Resident Plans to Do in Congress
Stephanie A. Faughman
March 9, 2020

Four Republican candidates have announced plans to take over incumbent Congressman Andy Kim's seat in the House of Representatives.  One is Barnegat's own mayor, John Novak. However, there's another Barnegat resident who believes he's best for the job.

SC-01: The State: Nancy Mace lands top GOP leader's endorsement in SC's Lowcountry race
Maayan Schnecter and Emma Dumain
March 10, 2020

Republican U.S. House leader Kevin McCarthy is weighing into South Carolina's competitive Lowcountry congressional race, putting his support behind state Rep. Nancy Mace in her effort to unseat Democratic Congressman Joe Cunningham. A McCarthy spokesman, Drew Florio, confirmed McCarthy's support and his plans to join Mace for a fundraiser in Charleston in the coming weeks, but the timing is now in flux due to the outbreak of coronavirus and the ongoing congressional response in Washington, D.CMace is running to win back the 1st District seat for Republicans, a stronghold for the party until the 2018 midterms when Cunningham became the first Democrat to win the seat in nearly 40 years.

TX-02: Texas Signal: Crenshaw now has a Democratic opponent, Sima Ladjevardian

The Democratic challenge against Rep. Dan Crenshaw just got a sudden head start. Less than a week after Super Tuesday, Democrat Elisa Cardnell has dropped out of the runoff and endorsed her opponent Sima Ladjevardian. That means the race for Texas' 2nd Congressional District in Houston effectively begins now, instead of two months from now on May 26 when Cardnell and Ladjevardian were supposed to face off in a runoff (the runoff will still occur with Cardnell remaining on the ballot). Cardnell said she suspended her campaign because of a lack of numbers and resources showing a path to victory.

VA-02: 13 News Now: Scott Taylor qualifies for 2nd Congressional District primary
Savannah Haugdahl
March 10, 2020

Scott Taylor represented the second district in the House of Representatives from 2017 to 2019. Tuesday, he announced that he would be on the primary ballot for a bid to return. It takes 1,000 signatures to put a candidate on the primary ballot, and on March 10, Taylor's campaign announced he had gotten more than enough.

POLITICO: Bernie Sanders is all but done
David Siders
March 11, 2020

DCCC_000596

The night was so debilitating for Bernie Sanders that after retreating to his home state of Vermont on Tuesday, he didn't even make a speech. In every way other than mathematically, his presidential campaign is done.

POLITICO: Democrats weigh how to nudge Sanders out after Tuesday losses
Natasha Korecki
March 10, 2020

Even before Joe Biden romped in another big primary night on Tuesday, Democrats were already talking about the next move: how to get Bernie Sanders out of the race. More than two dozen political operatives and delegate experts agreed in interviews that a walloping in Michigan and Mississippi and a tight finish in Washington state would all but close Sanders' path to the nomination.

Madia Coleman
PRESS ASSISTANT · DCCC

Office: (202) 370-9611 | Cell: (240) 422-9893

| | |
|---|---|
| **From:** | Madia Coleman [Mcoleman@dccc.org] |
| **Sent:** | 2/27/2020 7:03:34 AM |
| **To:** | Staff [D3CStaff@DCCC.ORG] |
| **CC:** | Interns [Interns@DCCC.ORG] |
| **Subject:** | DCCC Press Clips 02/27/2020 |

### Driving the Day

- Pelosi faces a challenge to House majority beyond her control: Bernie Sanders

- Mother Jones: The Most Racist Thing I Saw Today Was Republicans Telling Lucy McBath and Lauren Underwood They're "For Sale"

- The New York Times: C.D.C. Confirms First Possible Community Transmission of Coronavirus in U.S.

### Congressional Coverage

- Roll Call: Louisiana Rep. Ralph Abraham won't seek reelection

- Roll Call: Hostile workplace persists at Architect of the Capitol, lawsuit alleges

- New York Times: Democrats Block Abortion-Related Bills as Republicans Seek Election Advantage

- The Hill: McCarthy: White House coronavirus funding request 'a little low'

- Politico: 'It is never too late to do the right thing': House passes federal anti-lynching bill

- Star Tribune: Pelosi urges Democratic unity amid Sanders' campaign surge

### District by District

- NJ-07: NJ Globe: Firefighters union endorses Malinowski

- NY-19: Hudson Valley Press: Delgado Stresses the Need to Develop Workforce

- PA-10 | Pennsylvania Capital-Star: Brier pitches change, DePasquale experience to flip 10th Congressional District seat blue

- TX-24: KERA: Democrats Think They Can Finally Flip Texas' 24th Congressional District

- TX-24: Roll Call: Where do Democrats want to expand their House majority? Look no further than Texas' 24th District

### Presidential Coverage

- The Hill: Clyburn endorses Biden ahead of South Carolina primary

- CNBC: Presidential contenders take aim at Trump's coronavirus response as the outbreak spreads as quickly as fears

Washington Post: Pelosi faces a challenge to House majority beyond her control: Bernie Sanders
Mike Debonis
February 27, 2020

House Speaker Nancy Pelosi has carefully managed every aspect of building and maintaining her Democratic majority — from leading fundraising efforts to crafting a policy agenda to making the reluctant decision to pursue the impeachment of President Trump. But as many Democrats fear an existential threat to their control of the House in presidential candidate Bernie Sanders, Pelosi (D-Calif.) is suddenly finding herself in the unusual role of bystander as her party's voters choose a nominee. While a cadre of lawmakers and strategists are sounding alarms about the risks the senator from Vermont and democratic socialist would pose to down-ballot candidates, Pelosi is moving carefully publicly and privately to avoid even the perception that she is putting her thumb on the presidential scales. "I think whoever our

DCCC_000598

nominee is, we will enthusiastically embrace, and we will win the White House, the Senate and the House of Representatives," she told reporters Wednesday morning as she entered a closed-door caucus meeting.

### Mother Jones: The Most Racist Thing I Saw Today Was Republicans Telling Lucy McBath and Lauren Underwood They're "For Sale"
Edwin Rios
February 26, 2020

Bloomberg caught himself, but the National Republican Congressional Committee ran with the slip of the tongue in a surreal way by sending "For Sale" signs to 40 Democrats who received support from Bloomberg during the 2018 midterms.

### NYT: C.D.C. Confirms First Possible Community Transmission of Coronavirus in U.S.
Roni Caryn Rabin
Feb. 26, 2020

A person in California who was not exposed to anyone known to be infected with the coronavirus, and had not traveled to countries in which the virus is circulating, has tested positive for the infection. It may be the first case of community spread in the United States, the Centers for Disease Control and Prevention said on Wednesday. "At this point, the patient's exposure is unknown," the C.D.C. statement said. "The case was detected through the U.S. public health system and picked up by astute clinicians." The case was announced shortly after President Trump concluded a news briefing in which he said that aggressive public health containment measures and travel entry restrictions had successfully limited the spread of coronavirus in the United States. It brings the number of cases in the country to 60, including the 45 cases among Americans who were repatriated from Wuhan, China — the epicenter of the outbreak — and the Diamond Princess cruise ship, which was overwhelmed by the virus after it docked in Japan.

### Roll Call: Hostile workplace persists at Architect of the Capitol, lawsuit alleges
Chris Marquette
February 27, 2020
The Architect of the Capitol is facing allegations of sexual harassment from an employee who contends supervisors continued to denigrate her despite previously agreeing to resolve her complaints.

### The Hill: McCarthy: White House coronavirus funding request 'a little low'
By Peter Sullivan
February 26, 2020

House Minority Leader Kevin McCarthy (R-Calif.) said Wednesday that President Trump's request for emergency funding to fight the coronavirus is "a little low," becoming the latest key Republican to call for more money. "I think $2 billion is a little low, I think we're probably looking at $4 billion in this process, having spoken to Democrat House members from Appropriations," McCarthy told reporters.

### Politico: 'It is never too late to do the right thing': House passes federal anti-lynching bill
By Jesse Naranjo
February 26, 2020

The House on Wednesday passed a bill that would make lynching a federal hate crime, a major victory for advocates who have long sought to address America's history of racial violence.

The Emmett Till Antilynching Act, introduced by Rep. Bobby Rush (D-Ill.), passed with an overwhelming 410-4 vote. The Senate passed a similar bill, backed by Sens. Kamala Harris (D-Calif.), Cory Booker (D-N.J.) and Tim Scott (R-S.C.), last February with broad bipartisan support. The Senate will need to vote on the House bill before it goes to the White House to be signed into law.

DCCC_000599

Star Tribune: Pelosi urges Democratic unity amid Sanders' campaign surge
By Lisa Mascaro and Alan Fram
February 26, 2020

Speaker Nancy Pelosi on Wednesday urged party unity amid Bernie Sanders' surge in the presidential race, even as House Democrats worry about a volatile election season that could put a self-described democratic socialist atop the ticket and threaten their majority.

"I would hope that everyone would say, no matter who the nominee is for president, we wholeheartedly embrace that person," Pelosi, D-Calif., told the House Democratic caucus at a closed-door meeting, "'We cannot show any division. This has to be about unity, unity, unity," she said, according to a Democratic aide who attended the session. The aide was not authorized to discuss the private meeting and spoke on condition of anonymity.

NJ-07: NJ Globe: Firefighters union endorses Malinowski
By David Wildstein
February 26, 2020

The 3,500-member Professional Firefighters Association of New Jersey has endorsed Rep. Tom Malinowski (D-Ringoes) for re-election to a second term in the U.S. House of Representatives.

"Congressman Malinowski's tireless work to ensure first responders have access to the reliable health coverage they have earned shows his commitment to the brave men and women who serve our communities," said Dominick Marino, president of the Professional Firefighters Association of New Jersey. "We're proud to endorse him for re-election."

NY-19: Hudson Valley Press: Delgado Stresses the Need to Develop Workforce
By Hudson Valley Press
February 26, 2020

"Small businesses like the ones my family and I interact with daily across Dutchess County fuel our upstate economy," Congressman Antonio Delgado (D, NY-19) told members of the Dutchess County Regional Chamber of Commerce on Wednesday.

The freshman lawmaker and Rhodes Scholar spoke about his work in Congress focused on economic development and supporting small businesses.

PA-10: Pennsylvania Capital-Star: Brier pitches change, DePasquale experience to flip 10th Congressional District seat blue
By Stephen Caruso
February 26, 2020

With a chance to flip a battleground district in November, two Democratic congressional hopefuls shared a stage for the first time Tuesday in a fast-moving forum touching on gerrymandering, climate change, and healthcare.

Facing off were Auditor General Eugene DePasquale, 48, of York, and Hershey attorney Tom Brier, 28. Both are seeking the Democratic Party's nod to challenge U.S. Rep. Scott Perry, R-10th District, in the general election.

TX-24: KERA: Democrats Think They Can Finally Flip Texas' 24th Congressional District
By Syeda Hasan
February 26, 2020

On a rainy Tuesday night, voters from across North Texas filed into the Irving Arts Center to hear from candidates in the race for Texas' 24th Congressional District.

DCCC_000600

Farmer's Branch resident Barb Currier regularly votes in local and national elections. She's been studying the candidates' platforms and isn't sure who she's backing just yet, but Currier said she'll support the Democratic candidate in the general election.

TX-24: Roll Call: Where do Democrats want to expand their House majority? Look no further than Texas' 24th District
By Bridget Bowman
February 26, 2020

IRVING, Texas — Standing in the rain on Sunday afternoon, Candace Valenzuela tried to win over a voter who had just pulled into his driveway.

Members of Congress aren't helping families combat the high cost of living and rising health care prices, she said, with her 4-year-old son, Cleto, standing beside her in a bright yellow raincoat, balancing an adult-size umbrella.

The Hill: Clyburn endorses Biden ahead of South Carolina primary
By Max Greenwood
February 26, 2020

House Majority Whip Jim Clyburn (D-S.C.) on Wednesday endorsed Joe Biden's presidential bid, giving the former vice president a much-needed boost just three days before Democrats in South Carolina head to the polls.

"I know Joe Biden. I know his character, his heart, and his record," Clyburn tweeted. "Joe Biden has stood for the hard-working people of South Carolina. We know Joe. But more importantly, he knows us. In South Carolina, we choose presidents. I'm calling on you to stand with @JoeBiden."

CNBC: Presidential contenders take aim at Trump's coronavirus response as the outbreak spreads as quickly as fears
By William Feuer
February 26, 2020

Democratic presidential candidates at Tuesday night's debate took aim at the Trump administration's response to the coronavirus outbreak.

Some candidates called for more funding to be allocated to the Centers for Disease Control and Prevention's effort to prepare for an outbreak in the U.S. Others criticized President Donald Trump's apparently lax attitude regarding the outbreak, which has now infected at least 81,000 in more than 30 countries and killed at least 2,764 people.

DCCC_000601

**From:**      Madia Coleman [Mcoleman@dccc.org]
**Sent:**      2/25/2020 6:40:52 AM
**To:**        Staff [D3CStaff@DCCC.ORG]
**CC:**        Interns [Interns@DCCC.ORG]
**Subject:**   DCCC Press Clips 02/25/2020

DCCC Press Clips 02/25/2020:

**Driving the Day**
- The Hill: GOP casts Sanders as 2020 boogeyman
- American Independent: GOP still won't join Democrats in campaign pledge not to use hacked materials
- Breitbart: GOP: Trump Impeachment, Democrats' Socialist Agenda Drove Historic Candidate Recruitment
- Slate: The "Establishment" Probably Could Have Made a Regular Democrat the Nominee if It Hadn't Gotten So Stuck on Biden

**Congressional Coverage**
- Washington Times: House Democrats to introduce vaping, antilynching bills
- The Hill: Florida Democrat: Sanders's Castro comments 'ill-informed & insulting'
- Washington Post: White House preparing to ask Congress for more money to finance coronavirus response
- The Hill: Bipartisan groups push Congress to 'restore the balance of national security powers'

**District by District**
- CA-All: LAist: Latino Political Power is Stronger Than Ever In California (And Young Voters Have Played A Big Role)
- IL-06 : Northwest Herald: Rep. Casten discusses his work to combat climate change, state issues
- MI-08 : Lansing City Pulse: Elissa Slotkin holds town hall at East Lansing High School
- NC-02, NC-06, NC-Sen | Charlotte Observer: As voters, black women are important to Democrats. As candidates, where's the support?
- NJ-07: TapInto: Congressman Tom Malinowski visits Atlantic Health System's Overlook Medical Center
- NJ-11/05/07: NJ.com: This rookie Democrat is now a shoo-in for re-election, D.C. political experts say
- TX-07: Chron: Grieder: Democratic push for fracking ban has Texans on edge
- TX-24/32: Dallas Morning News: Kay Granger has raised $730K so far this year, showing aggressive response to GOP challenger Chris Putnam
- TX-32: Roll Call: Most vulnerable Democrats are avoiding the presidential primary. Not Colin Allred

**Presidential Coverage**
- Politico: Sanders sends Democratic establishment into panic mode
- The Hill: Biden proposes $640B housing plan
- The Hill: Democrats view Sanders as having best shot to defeat Trump: poll
- CNN: 9 days that could rock the Democratic race for president

The Hill: GOP casts Sanders as 2020 boogeyman

Jordan Cairney
February 25, 2020

Republicans are eagerly watching Sen. Bernie Sanders's (I-Vt.) surge toward the Democratic presidential nomination. GOP lawmakers and strategists believe Sanders, who identifies as a democratic socialist, is not only beatable in November but could have a disastrous down-ballot impact for Democrats in key congressional races.

American Independent: GOP still won't join Democrats in campaign pledge not to use hacked materials
By Dan Desai Martin
February 24, 2020

DCCC_000602

It has been more than 300 days since Democrats asked Republicans to sign a pledge not to use hacked or stolen materials in the 2020 campaign. And Republicans still refuse to sign it. The latest refusal came on Friday, amid reports that Russia is once again interfering in an American election.

Breitbart: GOP: Trump Impeachment, Democrats' Socialist Agenda Drove Historic Candidate Recruitment
By Edwin Mora
February 24, 2020

A record number of Republicans have filed to run for office in the House and Senate, driven by the Democrats' "socialist agenda" and "obsessive efforts" to remove U.S. President Donald Trump from office, recent news reports revealed.

Slate: The "Establishment" Probably Could Have Made a Regular Democrat the Nominee if It Hadn't Gotten So Stuck on Biden
By Ben Mathis-Lilley
February 24, 2020

There was a lot of angst among TV Democrats over the weekend about Bernie Sanders' win in the Nevada caucuses and a related tweet in which he/his campaign bragged that the "Democratic establishment" won't be able to stop his movement.

Washington Times: House Democrats to introduce vaping, antilynching bills
By Gabriella Munoz
February 23, 2020

House Democrats will attempt to crack down on youth smoking this week when they return to Washington from a weeklong break for Presidents Day. A bill by House Energy and Commerce Committee Chairman Frank Pallone would raise the age to purchase tobacco products to 21 and include more health warning on all products.

The Hill: Florida Democrat: Sanders's Castro comments 'ill-informed & insulting'
By Rebecca Klar
February 24, 2020

Florida Rep. Stephanie Murphy (D) called out Democratic presidential candidate Sen. Bernie Sanders's (I-Vt.) comments about Cuban leader Fidel Castro as "insulting" to Floridians.".@SenSanders comments on Fidel Castro are ill-informed & insulting to thousands of Floridians. Castro was a murderous dictator who oppressed his own people. His 'literacy program' wasn't altruistic; it was a cynical effort to spread his dangerous philosophy & consolidate power," Murphy tweeted Monday.

Washington Post: White House preparing to ask Congress for more money to finance coronavirus response
By Erica Werner, Jeff Stein and Lena H. Sun
February 24, 2020

The White House is considering a significant expansion of its response to the coronavirus, preparing to request an emergency spending package from Congress and looking at ways to address the outbreak's impact on manufacturing supply chains. Details on the budget request remain in flux as the Trump administration continues to assess needs for its. The request could be sent to Capitol Hill in the next few days and could seek close to $1 billion, according to two of the people briefed on the planning. The preparation comes as efforts to contain the virus have failed in multiple countries and financial markets are becoming increasingly spooked about the snowballing economic impact.

The Hill: Bipartisan groups push Congress to 'restore the balance of national security powers'
By Rebecca Kheel
February 24, 2020

A coalition of 20 advocacy groups from across the political spectrum are joining together to urge Congress to "restore the balance of national security powers" between itself and the executive branch. "All Americans have a stake in decisions to go to war, bypass ordinary laws through emergency declarations or sell weapons to foreign regimes," the advocacy groups said in a "statement of principles" obtained by The Hill ahead of its release.

CA-All: LAist: Latino Political Power is Stronger Than Ever In California (And Young Voters Have Played A Big Role)
By Austin Cross
February 21, 2020

Recent projections out of USC show that Latinos will account for 21.5% of all voters casting a ballot this March — that's around 1.9 million people, according to Mindy Romero, director of USC's California Civic Engagement Project. "[It's] the largest number that we've seen since we've been tracking data on the Latino vote," she says. Romero crunched the numbers based on 2016 primary turnout and the state's total population, which shows that many young Latinos will be eligible to vote for the first time.

IL-06 : Northwest Herald: Rep. Casten discusses his work to combat climate change, state issues
By Nahiba Asim
February 21, 2020

U.S. Rep. Sean Casten, D-Downers Grove, who serves the 6th Congressional District, discussed on Thursday afternoon his accomplishments and goals before the end of his term with the Northwest Herald. Using his tech expertise as former CEO of Turbosteam Corp. and Recycled Energy Development, using energy recycling technologies to reduce greenhouse gas emission and converting energy facilities to cleaner, more economic uses. Casten's mission, he said, is to set legislative agenda to avert "climate catastrophes."

MI-08 : Lansing City Pulse: Elissa Slotkin holds town hall at East Lansing High School
By Cole Tunningley
February 22, 2020

U.S. Rep. Elissa Slotkin (D-Holly), her supporters and a cadre of counter protesters flooded East Lansing High School last night for the congresswoman's State of the District town hall. Slotkin's last town hall in December drew national attention when she announced her intention to vote for the House's two articles of impeachment against President Trump.

NC-02, NC-06, NC-Sen | Charlotte Observer: As voters, black women are important to Democrats. As candidates, where's the support?
By Brian Murphy and Dawn Vaughan
February 24, 2020

The votes of black women propelled Democrats to historic victories in the 2018 midterm elections and helped elect the most racially diverse Congress in U.S. history. And their votes will be critical to helping Democrats win elections in 2020 in North Carolina. But some of the most prominent black women Democrats in this year's elections are running without support from the party's leaders or donors.

NJ-07: TapInto: Congressman Tom Malinowski visits Atlantic Health System's Overlook Medical Center
By Tapinto.Net Staff
February 23, 2020

Congressman Tom Malinowski (NJ-07) recently visited Atlantic Health System's (AHS) Overlook Medical Center in Summit, where he was given a first-hand look at the innovative ways that the hospital is delivering high-quality care. The visit included a presentation and discussion with Overlook's leadership, AHS president and chief executive officer (CEO) Brian Gragnolati and Overlook President Alan Lieber touched on Atlantic's achievements in increasing access to care and enhancing quality while also lowering costs.

NJ-11/05/07: NJ.com: This rookie Democrat is now a shoo-in for re-election, D.C. political experts say
By Jonathan D. Salant
February 24, 2020

Rep. Mikie Sherrill, the first Democrat to represent her North Jersey congressional district in 34 years, now is rated as a shoo-in to retain the seat this November. Inside Elections, a Washington-based publication that tracks congressional races, just said Sherrill's district was "solid Democratic," meaning she no longer faced a competitive race for re-election. The district had been rated "likely Democratic."
"Unless the fundamentals of the cycle change, Republicans will have a tough time winning here," said Nathan Gonzales, editor and publisher of Inside Elections.

TX-07: Chron: Grieder: Democratic push for fracking ban has Texans on edge
By Erica Grieder
February 22, 2020

Many Democrats have declared Texas to be the nation's largest battleground state in 2020. After this past week's debate in Las Vegas, that might be optimistic. Of particular interest to Texans was an exchange over the gas fracking ban that several candidates have proposed, apparently without regard to how that might affect their electoral prospects in states such as Pennsylvania, which narrowly went for Donald Trump in 2016 — not to mention the Lone Star State, which is rich in electoral votes as well as natural resources.

TX-24/32: Dallas Morning News: Kay Granger has raised $730K so far this year, showing aggressive response to GOP challenger Chris Putnam
By Tom Benning
February 24, 2020

Fort Worth Rep. Kay Granger raised more than $730,000 in the first month and a half of this year as the longtime incumbent Republican responds aggressively to a serious, high-dollar challenge in March's GOP primary. The haul allowed Granger to further pad her fundraising advantage over tech executive Chris Putnam, who collected nearly $119,000 in donations during the first six weeks of the year.

TX-32: Roll Call: Most vulnerable Democrats are avoiding the presidential primary. Not Colin Allred
By Bridget Bowman
February 24, 2020

Most Democrats who flipped House seats in 2018 have steered clear of the tumultuous presidential race. Rep. Colin Allred is not one of them. "Why are we here for Joe Biden? Because we recognize that we have a tradition in Texas of electing pragmatic progressives who get things done," the Texas Democrat told more than a dozen supporters of the former vice president Saturday at the Oak Cliff Sub-Courthouse.

Politico: Sanders sends Democratic establishment into panic mode
By Natasha Korecki and David Siders
February 23, 2020

Moderate Democrats watched in horror as Bernie Sanders soared to a landslide victory in Nevada. It wasn't the win that was surprising — it was the walloping Sanders gave his opponents, his ability to dominate among Latino voters, and the momentum he gained moving into South Carolina and Super Tuesday. The performance sent already worried Democrats into a full-blown panic.
The Hill: Biden proposes $640B housing plan
By Zack Budryk
February 24, 2020

Democratic presidential candidate Joe Biden unveiled a $640 billion housing plan on Monday that the former vice president's campaign said will improve affordability and establish a Homeowner and Renter Bill of Rights. Biden's proposal lays out six "Biden principles for housing": affordability, stability, safety/health, accessibility, energy efficiency/resilience and proximity to good schools and jobs.

The Hill: Democrats view Sanders as having best shot to defeat Trump: poll
By Jonathan Easley
February 24, 2020

A plurality of Democrats believe that Sen. Bernie Sanders (I-Vt.) has the best shot at defeating President Trump in November, according to a new national poll. The latest Morning Consult survey, which was conducted after Sanders's dominant victory in the Nevada caucuses, found 33 percent of Democrats view Sanders as the best candidate they could put up in a head-to-head match-up against Trump.

CNN: 9 days that could rock the Democratic race for president
By Eric Bradner, Gregory Krieg and Dan Merica
February 24, 2020

(CNN) The next nine days will determine whether Bernie Sanders can bring the Democratic presidential race to a quick and decisive end -- or if it's time for the party to brace for a months-long and potentially divisive battle for the nomination. After a massive victory in Nevada, the Vermont senator is now positioned to potentially land knockout blows by delivering a win in South Carolina, and then amassing a clear lead on March 3, when 14 states and American Samoa vote. Sanders argues the diverse movement he is building, proven by his winning coalition in Nevada, and his platform of progressive policy proposals are the key to defeating President Donald Trump in November.

## Madia Coleman
PRESS ASSISTANT  ·  DCCC

Office: (202) 370-9611  |  Cell: (240) 422-9893

DCCC_000606

From:     Madia Coleman [Mcoleman@dccc.org]
Sent:     2/24/2020 6:45:50 AM
To:       Staff [D3CStaff@DCCC.ORG]
CC:       Interns [Interns@DCCC.ORG]
Subject:  DCCC Press Clips 2/24/2020

## DCCC Press Clips 2/24/2020

### Driving the Day

- POLITICO: Sanders sends Democratic establishment into panic mode
- WaPo: Bernie Sanders, powered by diverse liberal coalition, forces a reckoning for Democrats
- The Hill: Russian interference reports rock Capitol Hill

### Congressional Coverage

- Roll Call: Ratings changes: House control moving further away from GOP
- The Hill: This week: House to vote on legislation to make lynching a federal hate crime
- The Hill: Congress set for clash over surveillance reforms
-

### District by District

- CA-10: California Healthline: Congressional Candidates Go Head-To-Head On Health
- CA-39: Daily Titan: Congressman Gil Cisneros holds his seventh Town Hallare — Again
- IN-05: Herald Bulletin: Why are 5th District candidates ignoring Madison County?
- MI-03: Detroit News: Former Obama staffer drops bid for Amash's House seat
- MI-08 | Detroit News: Former U.S. secretary of state: Great Lakes, environment matter of national security
- MN-02: Savage Pacer: Lowering health care costs, bipartisan approach are top priorities, Craig says
- NY-24: NY State of Politics: NY-2: UAW Endorses Gordon For Congress
- PA-08 | Wilkes-Barre Times Leader: Matt Cartwright: Working to improve healthcare affordability, availability
- SC-01: The Guardian: South Carolina: how black Americans' reverse migration is reshaping next state to vote
- TX-10: Texas Tribune: Democrat Mike Siegel's close loss in 2018 won him tougher primary competition this year for a nationally targeted congressional seat

### Presidential Coverage

- The Hill: Buttigieg expands on climate plan with new proposals
- USA Today: Election 2020: How Trump, Democratic candidates could shape health care costs, family finances

POLITICO: Sanders sends Democratic establishment into panic mode
Natasha Korecki and David Siders
February 24, 2020

Moderate Democrats watched in horror as Bernie Sanders soared to a landslide victory in Nevada. It wasn't the win that was surprising — it was the walloping Sanders gave his opponents, his ability to dominate among Latino voters, and the momentum he gained moving into South Carolina and Super Tuesday.

WaPo: Bernie Sanders, powered by diverse liberal coalition, forces a reckoning for Democrats
Robert Costa and  Philip Rucker
Feb. 23, 2020

Bernie Sanders has seized a commanding position in the Democratic presidential race, building a diverse coalition that is driving his liberal movement toward the cusp of a takeover of a major political party. The senator's ascendancy, though

DCCC_000607

years in the making, is forcing a sudden reckoning in the Democratic Party's hierarchy, as centrist politicians and their wealthy benefactors grapple with the upheaval brought by an electorate not only hungry to defeat President Trump, but also clamoring for radical change.

The Hill: Russian interference reports rock Capitol Hill
Maggie Miller
February 22, 2020

Reports this week that Russia is attempting to interfere in the 2020 race sent congressional Democrats reeling, with many lashing out at Republicans and blaming President Trump. The New York Times reported Thursday that intelligence officials recently briefed the House Intelligence Committee about Russia interfering in the presidential race in an effort to get Trump reelected.

CA-10: California Healthline: Congressional Candidates Go Head-To-Head On Health Care — Again
Christine Schuster and Dan Holtmeyer
February 21, 2020

Health care remains the most important issue in Minnesota's 2nd Congressional District, but there's been progress over the last decade, U.S. Rep. Angie Craig said at a town hall in Savage Wednesday. Locals also came to the hourlong forum with questions on health care, gun reform, the Middle East, abortion and the State of the Union address, among other topics.

CA-39: Daily Titan: Congressman Gil Cisneros holds his seventh Town Hall
Celeste Sharp and Hosam Elattar
February 20, 2020

Congressman Gil Cisneros held a town hall on Tuesday, weeks before the presidential primaries, to give members of his 39th District a chance to ask questions about important issues. The event was Cisneros' seventh town hall and was held at Washington Middle School in La Habra, specifically for residents of his district. Important issues that were mentioned included health care, taxes and public transportation.

IN-05: Herald Bulletin: Why are 5th District candidates ignoring Madison County?
Ken de le Bastide
February 24, 2020

The battle in both major political parties to capture the 5th Congressional District continues to take intriguing turns. In the early stages of the campaign, it seems like all the candidates have forgotten that there is more to the district than just Hamilton County.

MI-03: Detroit News: Former Obama staffer drops bid for Amash's House seat
Melissa Nann Burke

Democrat Nick Colvin this past week ended his bid for U.S. Rep. Justin Amash's seat in Congress, citing money woes. That leaves immigration attorney Hillary Scholten of Grand Rapids as the likely favorite to win the Democratic nomination in a district that Democrats are targeting this fall.

MI-08: Detroit News: Former U.S. secretary of state: Great Lakes, environment matter of national security
Charles Ramirez and Ariana Taylor
February 20, 2020

DCCC_000608

Environmental issues affecting the Great Lakes are a matter of national security, former U.S. Secretary of State Madeleine Albright said Thursday.
"It's definitely a national security issue," she said. "I think it's very important that it's framed in that particular way." Albright made the comments during a discussion on national service, the value of mentorship and the importance of national security at Oakland University.

MN-02: Lowering health care costs, bipartisan approach are top priorities, Craig says
Christine Schuster and Dan Holtmeyer
February 20, 2020

Health care remains the most important issue in Minnesota's 2nd Congressional District, but there's been progress over the last decade, U.S. Rep. Angie Craig said at a town hall in Savage Wednesday. Locals also came to the hourlong forum with questions on health care, gun reform, the Middle East, abortion and the State of the Union address, among other topics.

NY-24: NY State of Politics: NY-2: UAW Endorses Gordon For Congress
Nick Reisman
February 21, 2020

The United Auto Workers has endorsed Democratic congressional candidate Jackie Gordon, giving her a key labor nod as she seeks to flip a Republican House seat. Gordon was endorsed by the union's 9A New York Area Cap Council, which represents about 37,000 active and retired UAW members and families in the state, including 1,500 people in the 2nd congressional district on Long Island.

PA-08: Wilkes-Barre Times Leader: Matt Cartwright: Working to improve healthcare affordability, availability
Rep. Matt Cartwright
February 19, 2020

We're facing a healthcare crisis in this country. Big drug companies once again began the New Year by hiking the prices of hundreds of medications. In the first week of 2020, they slapped higher price tags on more than 500 drugs, most of which have no generic competitor. As we know very well in Northeastern Pennsylvania, that means many people are being forced to choose between filling their prescriptions and paying other bills.

SC-01: The Guardian: South Carolina: how black Americans' reverse migration is reshaping next state to vote
Kenya Evelyn
February 23, 2020

Najeema Davis Washington spent more than 15 years as a federal employee in Washington DC before she returned to Charleston, the city she left in 1996.
She brought with her a progressive outlook that ran counter to the traditionally moderate views of her old hometown. She also noticed, she says, that the evolution of her community extended beyond mere gentrification.

TX-10: Texas Tribune: Democrat Mike Siegel's close loss in 2018 won him tougher primary competition this year for a nationally targeted congressional seat
Naomi Andu
February 21, 2020

When Mike Siegel made a long-shot bid to unseat U.S. Rep. Michael McCaul, R-Austin, two years ago, few were watching — until he surprised political observers and came within 5 points of flipping the longtime Republican seat. Now the seat is up for election again, and national Democrats are paying attention. Siegel's 2018 result means the 10th Congressional District, which stretches from metro Austin to the northwest outskirts of Houston, is finally considered in play after a

DCCC_000609

2003 redistricting left it deeply gerrymandered and solidly red. Many more eyes are now on the race, including the Democratic Congressional Campaign Committee's. But for Siegel, that has translated to tougher competition.

Roll Call: Ratings changes: House control moving further away from GOP
Nathan L. Gonzales
February 22, 2020

On paper and in theory, Republicans' chances of winning back the House look pretty good. But a district-by-district analysis reveals much longer odds, even if the Democrats nominate Bernie Sanders for president. Republicans need a net gain of 18 House seats for the majority. Considering 30 Democrats represent districts President Donald Trump carried in 2016, it would appear the GOP is well-positioned for a takeover.

The Hill: This week: House to vote on legislation to make lynching a federal hate crime

Jordain Carney and Juliegrace Burke
February 24, 2020

The House is slated to vote this week on legislation that would classify lynching as a federal hate crime, paving the way for the bill to head to President Trump's desk. The Emmett Till Antilynching Act — introduced by Rep. Bobby Rush (D-Ill.) — is scheduled to come to the floor on Wednesday.

The Hill: Congress set for clash over surveillance reforms
Jordain Carney
February 24, 2020

Congress is gearing up for a high-profile fight over reauthorizing a handful of controversial surveillance programs months before the 2020 election. After punting late last year to give themselves more time to negotiate, lawmakers now have 15 working days to figure out whether and how to reauthorize expiring provisions of the USA Freedom Act by the March 15 deadline.

The Hill: Buttigieg expands on climate plan with new proposals
Rachel Frazin
February 21, 2020

Democratic presidential candidate Pete Buttigieg on Friday released new climate proposals as part of his environment agenda.
The former South Bend, Ind., mayor wants to conserve 30 percent of U.S. lands and oceans by 2030, double clean electricity generation by 2025 and make the U.S. more resilient to the impacts of climate change.

USA Today: Election 2020: How Trump, Democratic candidates could shape health care costs, family finances
Charisse Jones
February 21, 2020

Kitchen table issues are front and center for many Americans as voting continues in presidential caucuses and primaries across the country.
Will their insurance premiums keep rising? Can they manage to save a few hundred dollars for emergencies when so much of their pay goes toward rent? Will they be able to send their kids to college?


Madia Coleman
PRESS ASSISTANT – DCCC

Office: (202) 370-9611  |  Cell: (240) 422-9893

DCCC_000611

| From: | Madia Coleman [Mcoleman@dccc.org] |
|---|---|
| Sent: | 2/21/2020 6:53:15 AM |
| To: | Staff [D3CStaff@DCCC.ORG] |
| CC: | Interns [Interns@DCCC.ORG] |
| Subject: | DCCC Press Clips 2/21/2020 |

DCCC Press Clips 2/21/2020

**Driving the Day**

- Washington Examiner: Impeachment jackpot: Senate GOP raises more than $10M in January
- National Journal: National Journal: Wachspress Accused of Using Slurs at School Board Meeting
- Open Secrets: Past spending comes back to 2020 Democrats in the form of endorsements
- National Journal: For downballot Democrats, fundraising flood slows to a drip

**District by District**

- CA-ALL: Giffords Endorses Harder, Levin, Rouda, Cox and Smith
- GA-06: Dalton Daily Citizen-News: Potential candidates for Georgia's 14th Congressional District seat talk to Dalton Tea Party
- NC-02: Charlotte Observer: News & Observer endorsement: Our choice for NC's 2nd Congressional District
- NH-01: Inside Sources: Pappas Spends Tens of Thousands of Tax Dollars on Facebook Ads, Repeatedly Violated FB Guidelines
- MN-01: KAAL: Rep. Hagedorn fighting kidney cancer, says he's doing fine & "hasn't missed a beat"
- TX-32: KDFW-Ch. 4 Dallas: Several Republican candidates face off in primary as they look to unseat Rep. Colin Allred
- VA-05: DailyKos: Morning Digest: Progressives can flip a key seat on Wisconsin's Supreme Court this April

**Congress**

- Roll Call: Congress quietly sets a new bipartisan record on health care

**Presidential Coverage**

- AP: Bloomberg nabs three new congressional endorsements
- The Hill: Sanders, Dems zero in on Super Tuesday
- Washington Post: Senior intelligence official told lawmakers that Russia wants to see Trump re-elected

Washington Examiner: Impeachment jackpot: Senate GOP raises more than $10M in January
February 21, 2020
David Drucker

National Journal: Wachspress Accused of Using Slurs at School Board Meeting

February 21. 2020

Pennsbury School Board director Debbie Wachspress (D) has been accused of "saying offensive slurs used to describe black people, members of the Jewish faith, and gay men" during a 2018 school board meeting, according to a new lawsuit.

Open Secrets: Past spending comes back to 2020 Democrats in the form of endorsements
February 21, 2020
Ilma Hasan

Billionaire Mike Bloomberg's deep pockets and history of political spending seem to have benefited the Democratic presidential candidate as the race tightens — Bloomberg is being endorsed by Democrats who benefitted from his millions in the 2018 midterms.

National Journal: For downballot Democrats, fundraising flood slows to a drip
February 21, 2020
Madeleine Pisani and Kirk Bado

As Democrats are gearing up for downballot races in one of the most consequential election cycles in recent memory, some in the party are raising the alarm that donors are paying too much attention to the House and not enough to the state legislatures that will determine congressional-district boundaries for the next 10 years.

CA-ALL: Giffords Endorses Harder, Levin, Rouda, Cox and Smith
February 21, 2020

The gun control-focused organization Giffords, founded by former Rep. Gabby Giffords, is announcing endorsements in California House races. It is reupping prior support for candidates facing contested races: Reps. Josh Harder, TJ Cox, Harley Rouda and Mike Levin — all of whom flipped GOP seats in 2018 — and is backing Assemblywoman Christy Smith, who's running for the vacant CA-25 seat.

GA-06: Dalton Daily Citizen-News: Potential candidates for Georgia's 14th Congressional District seat talk to Dalton Tea Party

February 19, 2020
Charles Oliver

Greene was asked about the fact that she originally began campaigning for Congress in the 6th Congressional District, which includes many of the northern suburbs of Atlanta and is represented by Democrat Lucy McBath. G reene said she had many supporters in the 14th District ask her to run here and she became convinced that a Republican probably could not win in the 6th District, so she and her family moved to the 14th District.

MN-01: Roll Call: Rep. Jim Hagedorn announces he has kidney cancer
February 20, 2020
Chris Marquette

Rep. Jim Hagedorn, a first-term Minnesota Republican, announced he has had stage 4 kidney cancer since February 2019 and plans to continue working in Congress. Hagedorn revealed the diagnosis Wednesday and said the disease had been detected during a routine physical exam before he exhibited any symptoms.

NC-02: Charlotte Observer: News & Observer endorsement: Our choice for NC's 2nd Congressional District
February 21, 2020

In the Democratic field, there are two experienced and capable candidates: Ross and Johnson-Hostler. Wake County could be proud to send either to Washington, D.C., but our recommendation is the candidate with the strongest credentials and an impressive record of legislative accomplishment — Deborah Ross.

NH-01: Inside Sources: Pappas Spends Tens of Thousands of Tax Dollars on Facebook Ads, Repeatedly Violated FB Guidelines
February 20, 2020
Michael Graham

New Hampshire Congressman Chris Pappas has worked hard to maintain a low profile since winning his First Congressional District seat, a district Donald Trump carried in 2016.

TX-32: KDFW-Ch. 4 Dallas: Several Republican candidates face off in primary as they look to unseat Rep. Colin Allred
February 21, 2020
Steve Dial

It is the second day of early voting here in Texas. Some congressional races are being looked at with national interest after the Republican seats turned blue in the 2018 election. One of those seats is the 32nd Congressional District, made up of Dallas, Garland, and Richardson. Two years ago, political newcomer Colin Allred took down a veteran in North Texas politics. Now, he's back on the ballot, and the question is: Can he keep the seat in Democratic hands?

VA-05: DailyKos: Morning Digest: Progressives can flip a key seat on Wisconsin's Supreme Court this April

Freshman Rep. Denver Riggleman faces a notable intra-party challenge from Campbell County Supervisor Bob Good, and he could end up having trouble winning.

Roll Call: Congress quietly sets a new bipartisan record on health care
Allyson Y. Schwartz
February 21, 2020

"Divided new Congress is getting little accomplished," reads an April 2019 article in the Los Angeles Times. Similar headlines appeared every so often during my decade in Congress too. It is a popular, if not always accurate, narrative.

AP: Bloomberg nabs three new congressional endorsements
February 21, 2020

Alexandra Jaffe

Mike Bloomberg picked up three new congressional endorsements on the heels of his rocky debate performance, underscoring his staying power in the Democratic primary race despite an onslaught of attacks from opponents.

The Hill's Morning Report — Sanders, Dems zero in on Super Tuesday
February 21, 2020
Alexis Simendinger and Al Weaver

Democrats are increasingly concerned with the rise of Sen. Bernie Sanders (I-Vt.) in the 2020 primary fight as he comes closer to winning the Nevada caucuses on Saturday and remains the front-runner ahead of Super Tuesday.

Washington Post: Senior intelligence official told lawmakers that Russia wants to see Trump re-elected

February 20, 0220
Ellen Nakashima, Shane Harris, Josh Dawsey and Anne Gearan

A senior U.S. intelligence official told lawmakers last week that Russia wants to see President Trump reelected, viewing his administration as more favorable to the Kremlin's interests, according to people who were briefed on the comments.

**From:** Madia Coleman [Mcoleman@dccc.org]
**Sent:** 2/19/2020 6:52:22 AM
**To:** Staff [D3CStaff@DCCC.ORG]
**CC:** Interns [Interns@DCCC.ORG]
**Subject:** DCCC Press Clips 2/19/20

DCCC Press Clips 2/19/20

**Driving the Day**
- The Hill: On The Trail: Democrats plan to hammer Trump on Social Security, Medicare
- Axios: Trump pardons the swamp

**Congress**
- The Hill: Top Republicans back Barr amid criticism over controversial DOJ decisions
- Washington Times: Ocasio-Cortez champions 6 Justice Dems in their bid to unseat establishment Dems
- Breitbart: Exclusive—Tom Cotton Plans to Back Veterans for Congress in GOP Bid to Retake House: 'We Will Win Back the Majority'

**District by District**
- AZ-01: Free Beacon: Complaint: Union-Backed Group Illegally Funding Arizona Dem Candidate
- IL-03 | Chicago Tribune: Rep. Dan Lipinski's social conservatism at heart of challenges from Marie Newman and Rush Darwish in Democratic primary
- OK-05: The Nation: Kendra Horn Is Radical... for Oklahoma
- TX-24: Dallas Morning News: Democrats debate which one can finally turn Texas' 24th Congressional District blue
- TX-28: American Prospect: the battle for the Democratic Party Runs Through South Texas
- TX-32: Dallas Morning News: Republicans looking for champion to unseat Democrat Colin Allred in once red House district
- WA-03: Daily Chronicle: Herrera Beutler-Backed Energy Bills Pass Committee

**Presidential Coverage**
- New York Times: Bloomberg Surges in Poll and Qualifies for Next Democratic Debate
- The Hill: Sanders holds double-digit lead in national poll
- CNN: Latinos will make their voices heard in Democratic race over the next four weeks
- POLITICO: Trump's expansive view of executive power gets a post-impeachment surge

The Hill: On The Trail: Democrats plan to hammer Trump on Social Security, Medicare
February 19, 2020
Reid Wilson

Democrats are dusting off a well-worn playbook as they prepare to launch their campaign against President Trump, revisiting a debate over entitlement spending that is almost as old as the social programs that make up so much of the nation's budget.

Axios: Trump pardons the swamp
February 18, 2020
Axios Staff

President Trump announced Tuesday that he would commute former Illinois Gov. Rod Blagojevich's 14-year prison sentence for extortion, bribery and corruption — as well as issue full pardons for former San Francisco 49ers owner Edward DeBartolo Jr., former NYPD Commissioner Bernie Kerik and financier Michael Milken.

The big picture: The president's clemency spree largely benefitted white-collar criminals convicted of crimes like corruption, gambling fraud and racketeering, undercutting his message of "draining the swamp."

The Hill: Top Republicans back Barr amid criticism over controversial DOJ decisions
February 18, 2020
Jordan Carney

Top House and Senate Republicans issued a rare joint statement on Tuesday supporting Attorney General William Barr amid criticism over recent Justice Department decisions involving Trump associates.Senate Majority Leader Mitch McConnell (R-Ky.), Senate Judiciary Committee Chairman Lindsey Graham (R-S.C.) and House Republican Leader Kevin McCarthy (Calif.) praised Barr as a "man of the highest character and unquestionable integrity."

Washington Times: Ocasio-Cortez champions 6 Justice Dems in their bid to unseat establishment Dems
February 19, 2020
Gabriella Munoz

Rep. Alexandria Ocasio-Cortez, who shocked the political world in 2018 when she upset former Democratic Caucus Chairman Joseph Crowley, has inspired six candidates who are looking to follow her example and defeat longtime House Democrats.

Breitbart: Exclusive—Tom Cotton Plans to Back Veterans for Congress in GOP Bid to Retake House: 'We Will Win Back the Majority"
February 19, 2020
Matthew Boyle

Sen. Tom Cotton (R-AR) has launched a new effort to support fellow veterans in bids for Congress as part of an organized campaign designed to help Republicans secure their U.S. Senate majority and retake the majority in the U.S. House in November.

AZ-01: Free Beacon: Complaint: Union-Backed Group Illegally Funding Arizona Dem Candidate
Collin Anderson
February 18, 2020

Steven Piasecki has continued to cash checks from the Restaurant Opportunities Center United (ROC), a union-funded nonprofit, even as he serves as spokesman for former ROC employee Eva Putzova's campaign, according to the complaint.

IL-03: Chicago Tribune: Rep. Dan Lipinski's social conservatism at heart of challenges from Marie Newman and Rush Darwish in Democratic primary
February 19, 2020
Rick Pearson

Two years ago, Rep. Dan Lipinski narrowly beat back a Democratic primary challenge from progressive Marie Newman, winning by just 2,145 votes thanks to the allegiance of a few city wards. This year's primary for the Southwest Side and suburban 3rd Congressional District is a rematch, with Newman's left-leaning agenda pitted against Lipinski's social conservatism as he seeks a ninth term.

OK-05: The Nation: Kendra Horn Is Radical... for Oklahoma
February 18, 2020
Rebecca Grant

Oklahoma City—On the drive to Santa Fe South High School in Oklahoma City, I passed an oil-drilling rig by the side of the highway and a skyscraper with a cross projected on it in white lights. It wasn't exactly a scene that screamed

DCCC_000616

"Democratic district," and yet a Democratic district it is, thanks to a fifth-generation Oklahoman (and, as she likes to point out, fourth-generation Girl Scout) named Kendra Horn.

TX-24: Dallas Morning News: Democrats debate which one can finally turn Texas' 24th Congressional District blue
February 16, 2020
Nic Garcia

Moments before a Democratic congressional primary debate began, Tye Edwards, a voter in the audience, rattled off a list of policy issues important to him: Medicare for All, canceling student debt, the Green New Deal

TX-28: American Prospect: the battle for the Democratic Party Runs Through South Texas
February 18, 2020
Alexander Sammon

On its face, there's nothing particularly exceptional about Texas's 28th Congressional district. It spans the heavily Hispanic region south of San Antonio, including the city of Laredo and part of the U.S.–Mexico border. It's a safely (though not extremely) blue district, with a +9 Democratic lean, and has been repped by a Democrat since 2005.

TX-32: Dallas Morning News: Republicans looking for champion to unseat Democrat Colin Allred in once red House district
February 18, 2020
Gromer Jeffers Jr.

In 2018, a little-known former NFL player named Colin Allred beat longtime incumbent Pete Sessions to flip Dallas County's Congressional District 32 from red to blue. Now, before Allred cements his incumbency in an area where demographics increasingly favor Democrats, Dallas businesswoman Genevieve Collins and retired Navy Seal Floyd McLendon Jr. are leading a primary field of Republicans seeking to retake the seat for the GOP.

WA-03: Daily Chronicle: Herrera Beutler-Backed Energy Bills Pass Committee
February 14, 2020

Two bills backed by U.S. Rep. Jaime Herrera Beutler, R-Battle Ground, passed the House Science, Space and Technology Committee Wednesday, Jan. 12, with the legislation aimed at improving energy efficiency and power grid security. Herrera Beutler's office announced after the approval that H.R. 2986 and H.R. 5428 were ready for a floor vote of the full House of Representatives.

New York Times: Bloomberg Surges in Poll and Qualifies for Next Democratic Debate
February 18, 2020
Reid J. Epstein & Maggie Astor

Former Mayor Michael R. Bloomberg of New York has qualified for the next two Democratic debates, including one on Wednesday in Las Vegas. It will be his first appearance onstage alongside his presidential rivals.

NBC News/WSJ poll: Sanders opens up double-digit national lead in primary race
February 19, 2020
Mark Murray

Sen. Bernie Sanders has jumped out to a double-digit national lead in the Democratic presidential contest after his victory in New Hampshire's primary and his second-place finish for delegates in Iowa's disorganized caucuses, while former Vice President Joe Biden has seen his support drop by 11 points since his disappointing finishes in both contests, according to an NBC News/Wall Street Journal poll released Tuesday.

CNN: Latinos will make their voices heard in Democratic race over the next four weeks

DCCC_000617

February 18, 2020
Ronald Brownstein

The Latino impact on the Democratic presidential race will be felt very soon. Almost all of the states with a large Latino population will vote in just the next four weeks: Nevada on February 22 through Arizona, Florida and Illinois on March 17 -- with Texas, California and Colorado in between on March 3, or Super Tuesday.

POLITICO: Trump's expansive view of executive power gets a post-impeachment surge
February 18, 2020
Nancy Cook

Trump has fired or pushed out White House staffers who testified against him in the House proceedings, while elevating or re-hiring key aides who he views as loyal. He reminded the attorney general over Twitter that he believes he has the right to interfere in judicial matters — an awkward situation for Cipollone, who remains close to Bill Barr.

Madia Coleman
PRESS ASSISTANT · DCCC

Office: (202) 370-9611 | Cell: (240) 422-9893

| From: | Madia Coleman [Mcoleman@dccc.org] |
|-------|-----------------------------------|
| Sent: | 2/14/2020 6:38:26 AM |
| To: | Staff [D3CStaff@DCCC.ORG] |
| CC: | Interns [Interns@DCCC.ORG] |
| Subject: | DCCC Press Clips 2/14/2020 |

DCCC Press Clips 2/14/2020

**Driving the Day**
- POLITICO Playbook: Exclusive: Republicans snooped on Democrats' House polls
- PRI The World: How Republicans are courting the Latino Vote
- BuzzFeed News: Top Black Democrats Urge Tom Perez To Restore Confidence In The DNC
- Reuters: Nine U.S. Lawmakers Who Were Once on Food Stamps Ask Trump Not to Shrink Program
- AP News: After impeachment: Congress adrift, oversight uncertain
- HuffPost: Texas Is The Next Battleground For The Green New Deal

**District by District**
- MI-11 | NPR: Centrist Democrats See Hope In 2020 Race Even As Sanders Leads
- NC-02, NC-06 | Roll Call: Ideology and race could shape primaries in newly blue NC districts
- OH-14 | Cleveland.com: GOP accuses Democratic congressional candidate of illegally voting in two states
- PA-08, PA-10 | WITF: Pa. congressmen in vulnerable seats have posted relatively strong fundraising
- TX-07: Chron: President Donald Trump endorses Wesley Hunt in Houston congressional race
- TX-ALL: Austin Chronicle: Chronicle Endorsements for the March 3 Primary Election
- WI-07 | Roll Call: Outside groups flock to Wisconsin race to replace Sean Duffy
- VA-ALL: Washington Post: ERA deadline: Virginia congresswoman to preside at historic vote in House

**Congress**
- House votes to remove deadline for ratifying Equal Rights Amendment

**Presidential Coverage**
- McClatchy:
- The Hill: Top Latino group interviewing candidates for presidential endorsement
- AP Exclusive: Pro-Trump effort raises over $60M in January
- NYT: Warren Says Bloomberg Shouldn't Be Nominee, Citing Redlining Remarks

POLITICO Playbook: Exclusive: Republicans snooped on Democrats' House polls

Jake Sherman and Anna Palmer
February 14, 2020

THE NRCC walked across the street to the DCCC's headquarters on Capitol Hill to stake out some Dem candidates, and stumbled upon what they consider a quite fortuitous find. Dems say it represents tactics that are totally out of bounds, and downright creepy.

PRI The World: How Republicans are courting the Latino Vote
The World
February 12, 2020

There are two major assumptions when it comes to the Latino vote in the US: First, that all Latinos vote Democratic, and

DCCC_000619

second, that immigration is a dealbreaker for all Latino voters. But that's not always true, The World's Daisy Contreras explained to host Marco Werman. In the 2018 midterm elections, about 70% of Latino voters voted for a Democratic candidate, while about 30% voted Republican. But over the years, the percentage of Latinos who have voted for the Republican party has stayed pretty consistent — even as US President Donald Trump has made immigrants and Latinos a scapegoat for many of the nation's problems.

BuzzFeed News: Top Black Democrats Urge Tom Perez To Restore Confidence In The DNC
Ruby Cramer
February 13, 2020

Last week's disastrous Iowa caucus has reawakened a deep existing frustration among some leading black Democrats with their party chairman Tom Perez. After months of planning by the Democratic National Committee and the Iowa Democratic Party fell apart in Des Moines, top black members of Congress wrote a sternly worded letter to Perez urging him to take responsibility for the mess and take new steps to "restore confidence" in the DNC as an institution, summoning him to a meeting about Iowa and, the members of Congress wrote, "several other matters we would like to discuss with you in person."

Reuters: Nine U.S. Lawmakers Who Were Once on Food Stamps Ask Trump Not to Shrink Program
Reuters
February 13, 2020

A handful of U.S. lawmakers have a unique argument for asking President Donald Trump not to slash the food stamp program - they themselves once relied on it.The Republican president this week proposed $15 billion in cuts to the $71 billion Supplemental Nutrition Assistance Program (SNAP), commonly called food stamps, as part of his $4.8 trillion budget plan.

AP News: After impeachment: Congress adrift, oversight uncertain
Lisa Mascaro
February 12, 2020

Inside the Capitol, it's as if the impeachment of President Donald Trump never happened. One week after the historic undertaking shuttered to a close, Congress is feverishly back at work emboldened but also arguably diminished by the outcome. Senate Republicans are flexing their new status as Trump's unshakable allies, hitching their election pursuits to his and looking the other away as the president seems to dole out favoritism for friends and payback for critics with apparent impunity.

HuffPost: Texas Is The Next Battleground For The Green New Deal
Alexander C. Kaufman
February 13, 2020

Sunrise Movement, the youth campaign behind the Green New Deal, called 25,000 Iowans and persuaded 7,000 to sign pledges to vote for the candidate who advocated the most ambitious plan for rapidly lowering planet-heating emissions along with guaranteeing federal jobs to displaced workers. In New Hampshire, the group called 33,000 voters and racked up 12,000 pledges that it claimed delivered a win for Democratic presidential candidate Bernie Sanders.ow Sunrise Movement is pulling back from the presidential contest and redirecting its efforts toward a trio of March 3 congressional primaries in Texas, hoping a victory in the oil and gas industry's mecca will add momentum to the two-year-old Green New Deal movement.

MI-11: NPR: Centrist Democrats See Hope In 2020 Race Even As Sanders Leads

Kelsey Snell
February 14, 2020

DCCC_000620

For centrist Democrats the most important theme to emerge from the New Hampshire primary was "don't count us out." For weeks they have been grappling with the reality that Sen. Bernie Sanders, I-Vt., a self-proclaimed democratic socialist, is shaping up to be their party's front-runner for president. Moderates say surging support for two more moderate Democrats is a signal that their wing of the party has a chance to take the nomination. But there is growing pressure on centrists to unite around a single candidate before Sanders becomes unbeatable. "What I think you're seeing is an electorate that is looking hard at several alternatives," said Sen. Chris Coons, D-Del. "Amy Klobuchar, Mayor Pete Buttigeg and Joe Biden."

NC-02, NC-06 | Roll Call: Ideology and race could shape primaries in newly blue NC districts
Simone Pathe
February 13, 2020

Democrats are almost guaranteed to pick up two House seats in North Carolina this year, which means that the upcoming primaries — for which early in-person voting starts today — will go a long way toward determining who comes to Congress. In both the newly redrawn 2nd District, which is based in Raleigh, and the redrawn 6th District, which is rooted in Greensboro, Democrats have a good chance of nominating women with strong liberal backing. But the primaries in each district have raised questions about identity politics and ideology and who should represent what are now safe Democratic seats.

OH-10: GOP accuses Democratic congressional candidate of illegally voting in two states

Sabrina Eaton
February 13, 2020

The Ohio Republican Party on Thursday filed a complaint with Ohio Attorney General Dave Yost that alleges the Democratic Party's congressional candidate in Ohio's 14th congressional district - Painesville attorney Hillary "Toro" O'Connor Mueri - illegally voted in both Ohio and California during the 2008 presidential primary. The complaint states that Mueri, who received her law degree from the University of San Diego, was registered to vote in both states in 2008. It says she voted in California's Democratic presidential primary in the San Diego area on February 5, 2008 and also cast an absentee ballot in Ohio's March 4, 2008 presidential primary, citing a Concord Township residence. A statement from Mueri said cleveland.com's inquiry about the complaint was the first she'd heard of it."

PA-08, PA-10 | WITF: Pa. congressmen in vulnerable seats have posted relatively strong fundraising
Katie Meyer
February 13, 2020

As they enter the last several months before primary elections, the two incumbent congressmen in Pennsylvania's most competitive seats both have more cash on hand than their opponents. Republican Scott Perry, who represents the 10th Congressional District, has been neck-and-neck with his likely Democratic opponent, Eugene DePasquale. DePasquale is in his second term as state auditor general. DePasquale had an edge over Perry in last year's third fundraising quarter, outraising him by about $60,000. But in the fourth quarter, from October to December 2019, Perry came out ahead.

TX-07: Chron: President Donald Trump endorses Wesley Hunt in Houston congressional race
Jeremy Wallace
February 12, 2020

President Donald Trump is jumping into one of the hottest Republican primary races in Houston, throwing his support behind Wesley Hunt just days before early voting starts. Hunt is one of six Republican candidates battling the 7th Congressional District hoping to challenge Democratic U.S. Rep. Lizzie Fletcher in November. "Wesley is strong on Crime, the Border, our 2nd Amendment, Trade, Military and Vets. Wesley has my Complete and Total Endorsement!" Trump wrote on Twitter on Wednesday.

TX-ALL: Austin Chronicle: Chronicle Endorsements for the March 3 Primary Election

February 13, 2020

The Chronicle Editorial Board offers the following endorsements to registered Democrats in advance of early voting (Feb. 18-28) and election day, Tuesday, March 3. We only issue endorsements in contested races, so if you're not seeing an endorsement for a position, that's because a candidate is running uncontested. We urge readers to be thorough with their ballots and cast a vote in every race. Democratic voters will also weigh in on 11 ballot propositions that constitute the Texas Democrats Bill of Rights.
Find a condensed version of these endorsements and all of our coverage from the campaign trail at austinchronicle.com/elections.

WI-07: Roll Call: Outside groups flock to Wisconsin race to replace Sean Duffy
Bridget Bowman
February 13, 2020

It's not often that the Club for Growth, the House Freedom Caucus and the Chamber of Commerce are on the same side in a Republican primary, but that's the case in the race to replace former Rep. Sean P. Duffy. All three groups are backing Republican state Sen. Tom Tiffany in Wisconsin's 7th District, where voters head to the polls in one week for the special election primary. Tiffany faces Army veteran Jason Church, who lost both his legs in an IED explosion in Afghanistan. Outside groups are pouring money into the race to boost Church's candidacy as well.

VA-ALL: Washington Post: ERA deadline: Virginia congresswoman to preside at historic vote in House
Jenna Portnoy
February 12, 2020

Four years ago, Rep. Jennifer Wexton was a state senator frustrated by Republican leaders in Richmond who killed her resolution to ratify the Equal Rights Amendment. On Thursday, the Virginia Democrat will preside as speaker pro tempore of the U.S. House of Representatives when lawmakers are expected to pass a resolution aimed at eliminating the deadline for enshrining the long-sought amendment in the U.S. Constitution.

Auburn Citizen: House votes to remove deadline for ratifying Equal Rights Amendment
Robert Harding
February 13, 2020

The House of Representatives voted on Thursday to rescind the deadline for ratification of the Equal Rights Amendment. The resolution received bipartisan support, with 227 Democrats and five Republicans voting to remove the deadline. A vast majority of Republicans — 182 members — and U.S. Rep. Justin Amash, an independent, opposed the measure. Central New York's members of Congress, U.S. Reps. Anthony Brindisi and John Katko, split on the vote.

McClatchy: Sanders comes to NC riding high, but what would his nomination mean for other Democrats
Brian Murphy
February 14, 2020

Sen. Bernie Sanders will make two campaign stops in North Carolina on Friday with his status as Democratic presidential front-runner buoyed by popular vote victories in Iowa and New Hampshire and a new poll showing him leading with registered voters in North Carolina. Sanders, a 78-year-old democratic socialist from Vermont, will hold rallies in Durham (Durham Convention Center) and Charlotte (Belk Theater) on Friday, one day after in-person early voting began in North Carolina.

The Hill: Top Latino group interviewing candidates for presidential endorsement

Rafael Bernal
February 12, 2020

DCCC_000622

The Latino Victory Fund (LVF), a top progressive Hispanic advocacy group, has been quietly interviewing Democratic presidential candidates ahead of an official endorsement. The group's board has so far hosted former Vice President Joe Biden and held a conference call with former South Bend, Ind., Mayor Pete Buttigieg, according to an LVF official. Meetings with Sens. Amy Klobuchar (D-Minn.) and Elizabeth Warren (D-Mass.) are also planned.

AP Exclusive: Pro-Trump effort raises over $60M in January
Zeke Miller
February 13, 2020

Pro-Trump groups raised more than $60 million in January and have more than $200 million on hand for this year's general election, shattering fundraising records on the path toward a goal of raising $1 billion this cycle. The Republican National Committee and President Donald Trump's campaign have raised more than $525 million since the start of 2019 together with two joint-fundraising committees. The RNC and the Trump campaign provided the figures to The Associated Press. The January haul coincided with most of the Senate's impeachment trial, which resulted in the Republican president's acquittal earlier this month.

NYT: Warren Says Bloomberg Shouldn't Be Nominee, Citing Redlining Remarks
Reid J. Epstein and Lisa Lerer
Feb. 13, 2020

Senator Elizabeth Warren of Massachusetts said Thursday that Michael R. Bloomberg should not be the Democratic presidential nominee because of newly surfaced comments he made 12 years ago in which he said the end of a discriminatory housing practice had helped contribute to the 2008 financial crisis.

| From: | Madia Coleman [Mcoleman@dccc.org] |
|---|---|
| Sent: | 2/7/2020 6:45:05 AM |
| To: | Staff [D3CStaff@DCCC.ORG] |
| CC: | Interns [Interns@DCCC.ORG] |
| Subject: | DCCC Press Clips: 2/07/2020 |

DCCC Press Clips: 2/07/2020

**Driving the Day**
- Vox: Democrats' response to the State of the Union laid out their 2020 Latino outreach strategy
- Bloomberg: Pelosi Says White House Should 'Rein In' Comments After Threats
- Washington Post: Moderate Democrats confront Pelosi over speech-tearing
- NBC News: Elizabeth Warren campaign to launch five-city Latino tour in Texas
- ABC Minneapolis: Lawsuit argues Minnesota law discriminates against disabled and non English-speaking voters
- Washington Monthly: Democrats Have Successfully Implemented a 50-State Strategy
- Politico: Democrats launch massive legal campaign on voting ahead of 2020
- AP News: Governors warn Trump rule could lead to big Medicaid cuts

**District by District**
- CA-07: Sacramento Bee: Democratic Rep. Ami Bera is running again. Have Republicans given up trying to unseat him?
- IA-02: Quad City Times: Republican Scott County legislators back Miller-Meeks in race for 2nd Congressional District
- NY-24: TheCitizen: CNY Democrats for Congress respond to bail reform ad: Katko promoting fear
- NY-ALL: NYSP: Health Insurance Premiums Surge In New York
- IL-06 | Chicago Sun-Times: Fact-check: Ives a few months off in her claim about Casten's call for Trump's impeachment
- TX-22: Texas Scorecard: Congressional Candidate Troy Nehls Taken to Task on Sanctuary Cities
- TX-24: The Texan: Grapevine Forum Highlights Republican Candidates Seeking to Replace Retiring Rep. Kenny Marchant

**Impeachment Coverage**
- The Hill: Senate acquits Trump, ending impeachment saga
**Presidential Coverage**
- Washington Post: We need a nomination process that leads to plausible presidents
- Biden stares down Bloomberg in Florida after Iowa 'gut punch'
- Pete Buttigieg and Bernie Sanders are fighting for first place in the protracted Iowa caucus count.

Vox: Democrats' response to the State of the Union laid out their 2020 Latino outreach strategy
Nicole Narea
February 4, 2020

Donald Trump's State of the Union address wasn't altogether normal, but neither was the reaction to the president's speech from House Democrats. Speaker Nancy Pelosi, as you've probably heard, tore up a copy of Trump's speech in frustration. Some of her members left the chamber in disgust long before it was over.

Bloomberg: Pelosi Says White House Should 'Rein In' Comments After Threats
Erik Wasson
February 6, 2020

House Speaker Nancy Pelosi said President Donald Trump and his aides should "rein in their comments" when asked about a suspicious substance found Thursday near the office of Intelligence Chairman Adam Schiff.

Washington Post: Moderate Democrats confront Pelosi over speech-tearing
John Wagner, Felicia Sonmez, and Colby Itkowitz
February 7, 2020

As House members voted Thursday on whether to reprimand Pelosi, two freshman Democrats confronted her on the floor over her decision Tuesday to tear a copy of Trump's State of the Union address in front of cameras on the House rostrum.

NBC News: Elizabeth Warren campaign to launch five-city Latino tour in Texas
Suzanne Gamboa and Deepa Shivaram
February 6, 2020

Democratic presidential candidate Elizabeth Warren, who heads to New Hampshire with an apparent third-place finish in Iowa, is looking ahead to Texas and its bevy of Latino voters. On Monday, the Massachusetts senator's campaign is launching a five-city tour, starting in San Antonio, the hometown of former presidential candidate Julián Castro. Castro joined her campaign as a surrogate after dropping out of the race in early January. Castro's mother, Rosie Castro, a civil rights activist, will be a headliner at the San Antonio event.

ABC Minneapolis: Lawsuit argues Minnesota law discriminates against disabled and non-English-speaking voters
Callan Gray
February 7, 2020

Minnesotans are already heading to the polls with Super Tuesday just a month away. Meanwhile, some Democrats are trying to change a state law they say discriminates against some voters. A voter who doesn't read English or has a disability that prevents them from marking a ballot can ask for help.

Washington Monthly: Democrats Have Successfully Implemented a 50-State Strategy
Nancy LeTourneau
February 6, 2020

Following the debacle in Iowa and the refusal of Senate Republicans to hold Trump accountable, the "Democrats in disarray" crowd is having a field day. As someone who tends to chafe at conventional wisdom, I thought I'd go against the grain and bring you some good news about Democrats. Almost no one is noticing that the party has successfully implemented a 50-state strategy when it comes to fundraising.

Politico: Democrats launch massive legal campaign on voting ahead of 2020
Nolan D. McCaskill
February 6, 2020

As Democrats select their 2020 presidential nominee, a constellation of left-leaning groups is looking ahead, laying groundwork for huge voter turnout in November by filing an avalanche of voting-rights lawsuits against state laws they say suppress participation in elections.

AP News: Governors warn Trump rule could lead to big Medicaid cuts
Richard Alonso Zaldivar
February 5, 2020

Governors of both major political parties are warning that a little-noticed regulation proposed by President Donald Trump's administration could lead to big cuts in Medicaid, reducing access to health care for low-income Americans.

IA-02: Quad City Times: Republican Scott County legislators back Miller-Meeks in race for 2nd Congressional District

DCCC_000625

Thomas Geyer
February 6, 2020

Republican legislators in Scott County have thrown their support behind Iowa Sen. Mariannette Miller-Meeks in the race for Iowa's 2nd Congressional District that currently is held by U.S. Rep. Dave Loebsack.

IL-06: Chicago Sun-Times: Fact-check: Ives a few months off in her claim about Casten's call for Trump's impeachment
Kiannah Sepeda-Miller

President Donald Trump's legal team and his supporters argue Democrats in Congress fueled by partisan politics began making a case for impeaching Trump the day he took office.

NY-24: TheCitizen: CNY Democrats for Congress respond to bail reform ad: Katko promoting fear
Robert Harding
February 6, 2020

NY-ALL: NYSP: Health Insurance Premiums Surge In New York
Morgan McKay New York State
February 5, 2020

New York's health insurance premium costs are surging at a rate higher than almost every other state in the nation. In 2018, the state was found to have the second-highest average for single-coverage premiums, with a rate increase of 6 percent. This puts the state around a $1,000 higher than the national average.

TX-22: Texas Scorecard: Congressional Candidate Troy Nehls Taken to Task on Sanctuary Cities
Brandon Walters
February 5, 2020

But now Nehls is embroiled in a shoot-out with fellow candidate Kathaleen Wall, a businesswoman and member of the State Republican Executive Committee, over his support for sanctuary cities. It began when Wall announced the support of former State Rep. Matt Rinaldi, who in 2017 worked to help pass a ban on sanctuary cities in Texas during his time in the Texas House.

TX-24: The Texan: Grapevine Forum Highlights Republican Candidates Seeking to Replace Retiring Rep. Kenny Marchant
Charity Nicholson
February 7, 2020

Beth Van Duyne, Desi Maes, Sunny Chaparala, Jeron Liverman, and David Fegan are all running to secure the Republican Party's nomination in the suburban district which covers the area northeast of Fort Worth in Tarrant County, northwest of Dallas in Dallas County, and extends upward into the southeastern portion of Denton County.

Washington Post: Trump lambastes his critics as he moves to target perceived enemies over impeachmentTrump lambastes his critics as he moves to target perceived enemies over impeachment
February 6, 2020
John Dawsey, Robert Costa, and Greg Miller

President Trump is preparing to push out a national security official who testified against him during the impeachment inquiry after he expressed deep anger on Thursday over the attempt to remove him from office because of his actions toward Ukraine.

Washington Post: We need a nomination process that leads to plausible presidents

George F. Will
Feb. 7, 2020

In 1964, an optimistic theory was slain, as such theories often are, by reality. Bernie Sanders's supporters should take note. So should all who are interested in rethinking how the parties choose presidential nominees.

POLITICO: Biden stares down Bloomberg in Florida after Iowa 'gut punch'
Matt Dixon
February 6, 2020

After Joe Biden's "gut punch" in Iowa, his Florida supporters are working to regain their balance. With Mike Bloomberg making a strong play for the Sunshine State, the Biden campaign on Thursday added five new Florida endorsements to the candidate's already long list. Still, Biden's supporters were blunt about their mounting concerns in the wake of the his fourth-place finish in the first-in-the-nation vote in the Democratic presidential primary.

POLITICO: Pete Buttigieg and Bernie Sanders are fighting for first place in the protracted Iowa caucus count.
February 6, 2020

Madia Coleman
PRESS ASSISTANT · DCCC

Office: (202) 370-9611 | Cell: (240) 422-9893

| | |
|---|---|
| **From:** | Madia Coleman [Mcoleman@dccc.org] |
| **Sent:** | 2/6/2020 6:43:43 AM |
| **To:** | Staff [D3CStaff@DCCC.ORG] |
| **CC:** | Interns [Interns@DCCC.ORG] |
| **Subject:** | DCCC Press Clips: 2/06/2020 |

DCCC Press Clips: 2/06/2020

### Driving the Day
- MSNBC: On prescription drugs, Trump asks for bill Dems have already passed
- Roll Call: Obamacare: A big issue voters might be missing
- Ballotpedia News: RNC outraises DNC for seventh consecutive month, Democrats lead in national Senate and House committee fundraising
- Washington Post: Trump shares video calling Romney a 'Democrat secret asset' after he votes for impeachment

### District by District
- CA-07: Sacramento Bee: Democratic Rep. Ami Bera is running again. Have Republicans given up trying to unseat him?
- CA-10: Turlock Journal: Stanislaus County known as political battleground
- FL-26: Miami Herald: Miami-Dade mayor: I accepted a Super Bowl ticket from Dolphins owner, paid for 2nd
- KS-02: Be Latina: Meet Topeka's Michelle De La Isla, the Latina Mayor Who Hopes to Advocate for Kansans From Capitol Hill
- NC-All | DailyKos Morning Digest: Major outside groups go to war in Texas GOP House primary
- NJ-03: Release: Richter to Gibbs: Return your Never-Trump Labor Dollars Immediately
- NY-02: Politico: GOP nominee for King seat hopes for civility in key House race
- TX-32: Dallas Morning News: 'I wasn't expecting it': Allred's family leave bill gets shout out in Trump's State of the Union address
- UT-04: Salt Lake Tribune: Should Congress bring back earmarks? Rep. Ben McAdams says that's a bridge too far.

### Impeachment Coverage
- The Hill: Senate acquits Trump, ending impeachment saga

### Presidential Coverage
- The Hill: Van Jones: Trump sent 'warning shot' in 'strong' address: 'He's going after black votes'

MSNBC: On prescription drugs, Trump asks for bill Dems have already passed
Steven Benen
February 05, 2020

Donald Trump's State of the Union address wasn't altogether normal, but neither was the reaction to the president's speech from House Democrats. Speaker Nancy Pelosi, as you've probably heard, tore up a copy of Trump's speech in frustration. Some of her members left the chamber in disgust long before it was over.

Roll Call: Obamacare: A big issue voters might be missing
February 06, 2020
Mary Ellen McIntire

Democrats who say they are determined to keep voters focused on health care this year were hoping that the Supreme Court would hand them a ready-made campaign ad and a potential courtroom win.

Ballotpedia News: RNC outraises DNC for seventh consecutive month, Democrats lead in national Senate and House committee fundraising
David Luchs

DCCC_000628

February 06, 2020

On the House side, the Democratic Congressional Campaign Committee (DCCC) raised $14.6 million and spent $5.1 million last month, while the National Republican Congressional Committee (NRCC) raised $8.1 million and spent $5.7 million. So far in the 2020 cycle, the DCCC has raised 37.8% more than the NRCC. The DCCC's 37.8% fundraising advantage is up from 35.5% in December and 36.0% in November.

Washington Post: Trump shares video calling Romney a 'Democrat secret asset' after he votes for impeachment
Reis Thebault
February 06, 2020

In an eight-minute address Wednesday afternoon, Republican Sen. Mitt Romney said he would vote to convict President Trump of abuse of power — a dramatic decision that put him at odds with his party but, he said, at peace with his conscience.

CA-07: Sacramento Bee: Democratic Rep. Ami Bera is running again. Have Republicans given up trying to unseat him?
Alexandra Yoon-Hendricks
February 05, 2020

California's 7th Congressional District was once a key battleground seat for Republicans. Just a few years ago, the seat held by Democratic Rep. Ami Bera was actively targeted by the National Republican Congressional Committee. The district was home to the country's most expensive congressional race in 2014. Two years later, the Elk Grove Democrat edged out Republican Sheriff Scott Jones with 51.2 percent of the vote, outspending Jones 3-to-1.

CA-10: Turlock Journal: Stanislaus County known as political battleground
Angelina Martin
February 04, 2020

As of October 2019, there were 257,583 registered voters in the county; 88,006 of those are registered Republicans, while 96,138 registered as Democrats. Much like America, Stanislaus County is a melting pot of different ideologies, with thousands of those who prefer the Peace and Freedom, Green, Libertarian and American Independent parties sprinkled in between voters on the left and on the right.

FL-26: Miami Herald: Miami-Dade mayor: I accepted a Super Bowl ticket from Dolphins owner, paid for 2nd
Douglas Hanks
February 03, 2020

After staying mum on the subject for three days, Miami-Dade Mayor Carlos Gimenez's office said Monday he accepted one $4,000 ticket to the Super Bowl from Dolphins owner Stephen Ross and bought a second for his wife.

KS-02: Be Latina: Meet Topeka's Michelle De La Isla, the Latina Mayor Who Hopes to Advocate for Kansans From Capitol Hill
Kat McCue
February 05, 2020

In 2017, the New York-born and Puerto Rico-raised Michelle De La Isla was elected mayor of Topeka, Kansas, by razor thin margins, edging out her opponent by just 501 votes. Those few hundred votes — a true testament to the reality that every vote matters — launched Mayor De La Isla to her biggest role in public office yet as the leader of a state capital — notably etching her name in history as Topeka's first Latina mayor.

NJ-03: Release: Richter to Gibbs: Return your Never-Trump Labor Dollars ImmediatelyDailyKos Morning Digest: Major outside groups go to war in Texas GOP House primary
February 6, 2020

NC-Sen: The DSCC is launching a joint ad buy for at least $89,000 with former state Sen. Cal Cunningham, whom they've previously endorsed, ahead of the March 3 primary. Their two spots (here and here) attack Republican Sen. Thom Tillis over health care and contrast him with Cunningham, who promises to protect people with pre-existing conditions and strengthen the Affordable Care Act.

NJ-03: Release: Richter to Gibbs: Return your Never-Trump Labor Dollars Immediately

February 05, 2020

David Richter, Republican candidate for Congress in New Jersey's Third Congressional District, today called for opponent Kate Gibbs to return the more than $10,000 her campaign has already pocketed from the anti-Trump International Union of Operating Engineers and its members and to reject any and all future donations or other support from them.

NY-02: Politico: GOP nominee for King seat hopes for civility in key House race
Anne Gronewold
February 04, 2020

Montana's U.S. House race is shaping up to be one of the nation's most expensive for an open seat, financial reports reveal. Democrat Kathleen Williams was ranked 10th in donations among U.S. House candidates in open-seat races in 2019.

TX-32: Dallas Morning News: 'I wasn't expecting it': Allred's family leave bill gets shout out in Trump's State of the Union address
Tom Benning
February 05, 2020

A little over halfway through President Donald Trump's State of the Union address on Tuesday – an event that will be remembered most for partisan rancor – Dallas Rep. Colin Allred received a bit of a surprise. There was the president, a Republican, giving a shout-out to a family leave bill that Allred, a freshman Democrat, had authored.

UT-04: Salt Lake Tribune: Should Congress bring back earmarks? Rep. Ben McAdams says that's a bridge too far.
Thomas Burr
February 5, 2020

Some members of Congress are advocating a plan to bring back earmarks, the pet project funding inserted into budgets by members of Congress in years past that became a symbol of pork-barrel spending and the subject of criminal charges.

The Hill: Senate acquits Trump, ending impeachment saga
Mike Lillis, Jordan Carney, Olivia Beavers and Alexander Bolton
February 05, 2020

The Senate on Wednesday acquitted President Trump on two impeachment charges surrounding his dealings with Ukraine, ending the historic, months-long battle over the president's fitness to remain in office and leaving his fate to the voters who will head to the polls just nine months from now.

The Hill: Van Jones: Trump sent 'warning shot' in 'strong' address: 'He's going after black votes'
Joe Concha
February 05, 2020

CNN analyst Van Jones said Tuesday night that the previous 24 hours were "a big wake-up call for Democrats," citing the Iowa caucuses "debacle" and a "strong" State of the Union address in which President Trump went "after black votes."


## Madia Coleman
PRESS ASSISTANT · DCCC

Office: (202) 370-9611  |  Cell: (240) 422-9893

From:       Madia Coleman [Mcoleman@dccc.org]
Sent:       2/3/2020 6:35:58 AM
To:         Staff [D3CStaff@DCCC.ORG]; Interns [Interns@DCCC.ORG]
Subject:    DCCC Press Clips: 2/03/2020

DCCC Press Clips: 2/03/2020

**Driving the Day**
- Washington Post: the Trailer: Want to Rake it in as a House Member?
- Washington Post: Fight for California House may be barometer for November
- Politico: After Super Bowl, Trump congratulates wrong state

**Congress**
- Roll Call: Iowa congressional campaigns try to tap presidential energy
- Nevada Independent: Incumbent congressional Democrats enter 2020 with wide head-start on fundraising race, filings show
- The Hill: Senate Democrats outraise Republicans, but GOP has cash edge
- Axios: As Congress talks climate policy, carbon price gets no love

**District by District**
- MI-All | Detroit Free Press: Justin Amash, Elissa Slotkin have raised more money than opponents in Michigan races
- IA-04: Sioux City Journal: Scholten again raises most, while Feenstra leads among Republicans in Iowa 4th fundraising
- IL-14: Chicago Tribune: GOP primary candidates for Underwood's Congressional seat say it's too late for Equal Rights Amendment, no longer needed
- TX-22: Houston Chronicle: Chuck Norris, Roger Clemens among Pierce Bush's backers for Congress

**Impeachment Coverage**
- The Hill: Trump to give State of the Union before impeachment trial wraps
- Washington Post: Senate set to acquit Trump next week after bid for witnesses in impeachment trial is defeated

**Presidential Coverage**
- CNN: The final sprint to the Iowa caucus
- POLITICO: Behind Bernie's rise: A $50 million spending surge — and more where that came from

Washington Post: the Trailer: Want to Rake it in as a House Member?
Dave Weigel
February 02, 2020

The same day rumors emerged that Van Drew would leave the party, the Democratic Congressional Campaign Committee, which works to elect Democrats to the House, worked with CFO Consulting Partners, a financial consulting firm representing Van Drew's campaign, to ensure donations were reimbursed to Democratic members. But a spokesperson for the DCCC told BuzzFeed News that midway through the negotiations Van Drew's campaign left CFO and switched to Red Curve Solutions — a financial compliance firm usually contracted by Republicans in Congress. Since then, the DCCC has been advising Democrats to reach out to Red Curve directly. Red Curve did not respond to a request for comment.

Washington Post: Fight for California House may be barometer for November
Michael R. Blood
February 2, 2020

DCCC_000631

If there is going to be a comeback for California's traumatized Republican Party — a so-called "red recovery" that could threaten Democratic control of the U.S. House — Mike Garcia wants to be part of it.

Roll Call: Iowa congressional campaigns try to tap presidential energy
Bridget Bowman
February 3, 2020

Democrats scrolling through their social media feeds at Monday night's Iowa caucuses may encounter an ad for "Caucus Trivia Night," a game where they can answer trivia questions via text message. But the game wasn't devised by a presidential candidate hoping to make a last-minute voter connection. It was the work of Democrat Theresa Greenfield's Senate campaign.

Nevada Independent: Incumbent congressional Democrats enter 2020 with wide head-start on fundraising race, filings show
Jacob Solis
February 3, 2020

As 2019 wound to a close, the season of giving proved to be a boon for incumbent Democrats Susie Lee and Steven Horsford, who combined to rake in more than $1 million ahead of the December 31 deadline, according to filings made last week with the Federal Election Commission.

The Hill: After Super Bowl, Trump congratulates wrong state
Rishika Dugyala
February 02, 2020

When President Donald Trump tweeted his congratulations to the Kansas City Chiefs, he initially expressed his pride for "the Great State of Kansas." The Chiefs are based in Missouri. Not Kansas City, Kansas.

The Hill: Senate Democrats outraise Republicans, but GOP has cash edge
Reid Wilson
January 31, 2020

Democratic candidates running in the most competitive Senate contests around the country raised a combined $5 million more than their Republican counterparts, but the Republicans maintain a huge cash lead, thanks to several well-heeled incumbents who are sitting on massive war chests.

Axios: As Congress talks climate policy, carbon price gets no love
Amy Harder
February 3, 2020

New lobbying urging Congress to support a price on carbon emissions is not convincing lawmakers to warm up to the policy. Why it matters: A carbon price is widely considered one of the most economically efficient ways to tackle climate change. But, economics be damned, its politics remain deeply unpopular. Where it stands: Despite renewed agreement that climate change is a problem the government should address, Democrats and Republicans are talking past each other on policy. That's troubling for those who want action, because bipartisan support is almost always essential for big legislation.

IA-04: Sioux City Journal: Scholten again raises most, while Feenstra leads among Republicans in Iowa 4th fundraising
Bret Hayworth
February 01, 2020

A pattern continues in fundraising among the Iowa 4th congressional district candidates, as Randy Feentra continues to bring in more contributions than the other four Republican candidates, while J.D. Scholten, the sole Democrat in the

field, keeps outraising all the Republicans. In fact, Scholten's haul of $324,667 over the most recent fundraising period was more than all five Republican candidates combined, who altogether raised just under $280,000 over the last three months of 2019.

IL-14: Chicago Tribune: GOP primary candidates for Underwood's Congressional seat say it's too late for Equal Rights Amendment, no longer needed
Rafael Guerrero
February 02, 2020

A majority of the Republican candidates hoping to unseat U.S. Rep. Lauren Underwood don't support the new legal push for force recognition of the Equal Rights Amendment, they said at a forum held Thursday in Batavia. Ilinois Attorney General Kwame Raoul and two other state attorneys general filed a lawsuit Thursday to have the amendment added to the Constitution now that three-fourths of the states have approved it. The amendment bans discrimination based on sex and guarantees equality for women.

MI-All: Detroit Free Press: Justin Amash, Elissa Slotkin have raised more money than opponents in Michigan races
Todd Spangler
February 1, 2020

Money isn't everything but it's at least one thing embattled U.S. Rep. Justin Amash has going in his favor for now. The only independent member of the U.S. House who famously called for President Donald Trump's impeachment and then left the Republican Party last year, Amash has raised more money and has more left in his campaign coffers than all the other candidates in the race for his west Michigan seat.

TX-22: Houston Chronicle: Chuck Norris, Roger Clemens among Pierce Bush's backers for Congress
Jeremy Wallace
January 31, 2020

Actor Chuck Norris, baseball legend Roger Clemens and at least 14 Bush family members are rallying behind Republican Pierce Bush in one of the nation's hottest congressional primaries. Campaign finance reports released Friday showed Bush has raised more than $663,000 during his first month in the race for the Houston area's 22nd Congressional District. Nearly 10 percent of that money came from his famous family, including donations of $2,800 each from former President George W. Bush and former First Lady Laura Bush.

The Hill: Trump to give State of the Union before impeachment trial wraps
Jordain Carney and Juliegrace Brufke
February 3, 2020

President Trump is slated to deliver his third State of the Union address just one day before the Senate is expected to acquit him of the two articles of impeachment. The back-to-back events come amid a jam-packed week that will also include the Iowa caucuses on Monday and another debate among Democratic White House hopefuls on Friday in the lead-up to the New Hampshire primary next week.

Washington Post: Senate set to acquit Trump next week after bid for witnesses in impeachment trial is defeated
Elise Vibeck, Mike DeBonis, Seung Min Kim
January 31, 2020

The Senate voted to bar new evidence in the impeachment trial Friday, paving the way for President Trump's acquittal even as several top Republicans acknowledged that his actions toward Ukraine were not appropriate.

CNN: The final sprint to the Iowa caucus
Kyle Blaine and Jessica Estepa
February 2, 2020

DCCC_000633

The final sprint: The Iowa caucuses are on Monday, February 3, and the top Democratic presidential contenders are swarming the state to rally supporters and try to secure last minute caucus commitments.

POLITICO: Behind Bernie's rise: A $50 million spending surge — and more where that came from
Maggie Severns
February 01, 2020

Bernie Sanders hasn't just been gaining in the polls for the past month. He has also assembled a campaign juggernaut built to last well beyond Iowa — and stocked it with twice as much money as his top rival for the Democratic presidential nomination.

Madia Coleman
PRESS ASSISTANT  ·  DCCC

Office: (202) 370-9611  |  Cell: (240) 422-9893

| | |
|---|---|
| **From:** | Madia Coleman [Mcoleman@dccc.org] |
| **Sent:** | 1/31/2020 6:31:23 AM |
| **To:** | Staff [D3CStaff@DCCC.ORG]; Interns [Interns@DCCC.ORG] |
| **Subject:** | DCCC Press Clips: 1/31/2020 |

DCCC Press Clips: 1/31/2020

**Driving the Day**
- The Hill: Bustos says she has reached out to former 2020 hopefuls about boosting House Democrats
- Ballotpedia News: Democratic Congressional Campaign Committee names initial 12 Red to Blue candidates
- NYT: Coronavirus Live Updates: U.S. Issues 'Red Alert' After Infections Skyrocket

**Congress**
- Roll Call: House Republicans sound fundraising alarm. What now?
- Texas Tribune: Democrats regroup after Republicans score easy win in Texas House special election
- Roll Call: House earmarks decision likely next week, Lowey says

**District by District**
- CA-22: Fresno Bee: Unpaid bills and legal discipline: Devin Nunes' lawyer questioned over ethics in complaints
- IA-04: The Stakes 2020: Text interview with JD Scholten
- ME-02, VA-07, CA-50, NY-27, SC-01: Politico Morning Score: What is the Club for Growth up to?
- NY-24: The Citizen: Two CNY Democrats for Congress, both Navy vets, blast GOP for calling them 'cowardly'
- NY-22: Binghamton Homepage: In Fight to Prevent Veteran Suicide, Brindisi Questions VA Officials on Mental Health Crisis in Veteran Community
- NY-24: The Citizen: Two CNY Democrats for Congress, both Navy vets, blast GOP for calling them 'cowardly'
- NV-04: NV Indy: Jim Marchant, GOP candidate in 4th Congressional District, announces $156,000 in fourth-quarter fundraising
- TX-22: Dallas Morning News: Huge GOP victory in year's first election a 'wake-up call' for Democrats trying to take Texas House

**Impeachment Coverage**
- PBS Newshour: Alexander opposes, Collins supports calling witnesses in Trump impeachment trial

**Presidential Coverage**
- POLITICO: Dems barrage Iowa with many ads but one message: I'm the one to beat Trump

The Hill: Bustos says she has reached out to former 2020 hopefuls about boosting House Democrats
Max Greenwood
January 31, 2020

Rep. Cheri Bustos (D-Ill.), the chairwoman of the Democratic Congressional Campaign Committee (DCCC), is in talks with several of her party's former presidential candidates about helping House Democrats in the 2020 elections. Bustos said that she has already reached out to Sen. Kamala Harris (D-Calif.) and former Housing and Urban Development Secretary Julián Castro, who both dropped out of the Democratic presidential race in recent weeks.

Ballotpedia News: Democratic Congressional Campaign Committee names initial 12 Red to Blue candidates
David Luchs
January 31, 2020

Democratic Congressional Campaign Committee (DCCC) Chairwoman Cheri Bustos (D-Ill.) named the first round of 2020 congressional candidates to the organization's Red to Blue program Tuesday. The 12 selected candidates will receive financial and organizational support from the DCCC, which is House Democrats' official campaign arm.

DCCC_000635

NYT: Coronavirus Live Updates: U.S. Issues 'Red Alert' After Infections Skyrocket
Staff
January 31, 2020

The State Department on Thursday night issued a travel advisory telling Americans not to travel to China because of the public health threat posed by the dangerous new coronavirus. The department set the new advisory at Level 4, or red — its highest alert, reserved for the most perilous situations. The World Health Organization on Thursday declared the outbreak a global emergency after cases were discovered in more than a dozen countries.

Roll Call: House Republicans sound fundraising alarm. What now?
Simone Pathe and Bridget Bowman
January 31, 2020

Republicans have long admitted that they've been slower than Democrats to adopt digital fundraising. Even though they now have what they're touting as a technological equivalent to ActBlue, they can't be expected to catch up overnight.

Texas Tribune: Democrats regroup after Republicans score easy win in Texas House special election
Patrick Svitek
January 31, 2020

Democrats remain nine seats away from the majority. Regardless of Gates' win, "the Texas House will be in play in the general election of November 2020," said Justin Nelson, honorary co-chair of the House Democratic Campaign Committee.

Roll Call: House earmarks decision likely next week, Lowey says
Jennifer Shutt
January 30, 2020

House Appropriations Chairwoman Nita M. Lowey indicated Thursday that the word would come down as soon as the week of Feb. 3 on whether lawmakers would be able to seek special projects for their districts in next year's spending bills.

CA-22: Fresno Bee: Unpaid bills and legal discipline: Devin Nunes' lawyer questioned over ethics in complaints
Kevin G. Hall and Kate Irby
January 30, 2020

The attorney representing Rep. Devin Nunes in five high-profile defamation lawsuits has a history of using questionable tactics in litigation, including claiming to represent people who did not know him.

IA-04: The Stakes 2020: Text interview with JD Scholten
Buzzfeed Staff
January 31, 2020

I texted this week with J.D. Scholten, the Democrat running for Congress in Western Iowa against Rep. Steve King, a Republican who was stripped of his House committee spots last year after defending white supremacists. We talked about the caucuses, the district, and my own professional news. Stay tuned for more!

ME-02, VA-07, CA-50, NY-27, SC-01: Politico Morning Score: What is the Club for Growth up to?
Zach Montellaro
January 30, 2020

The Club for Growth has been particularly active in 2020, wading into races across the country and up and down the

ballot, a strategy that has aligned the conservative group historically focused on fiscal issues with various wings of the GOP. The Club's newest investment is in Georgia, where it is targeting Doug Collins immediately following the congressman's announcement Wednesday that he'll run against appointed GOP Sen. Kelly Loeffler in this year's special election:

NY-22: Binghamton Homepage: In Fight to Prevent Veteran Suicide, Brindisi Questions VA Officials on Mental Health Crisis in Veteran Community
January 30, 2020

Congressman Anthony Brindisi grilled the Department of Veterans Affairs officials about their efforts to serve rural Veterans and prevent Veteran suicide nationwide.

NY-24: The Citizen: Two CNY Democrats for Congress, both Navy vets, blast GOP for calling them 'cowardly'
January 30, 2020

Francis Conole and Roger Misso, both of whom are U.S. Navy veterans, slammed the National Republican Congressional Committee after the group issued a news release Thursday calling the Democratic candidates in the 24th district "cowardly" for being "silent" on New York's new bail reform law.

NV-04: NV Indy: Jim Marchant, GOP candidate in 4th Congressional District, announces $156,000 in fourth-quarter fundraising
Jacob Solis
January 29th, 2020

Jim Marchant — the one-time assemblyman now running to be the Republican candidate to take on Democrat Rep. Steven Horsford in Congressional District 4 — announced Wednesday that his campaign raised more than $156,000 in the last quarter of 2019, pushing his cash on hand to just over $209,000 and his yearly fundraising total above $330,000.

TX-22: Dallas Morning News: Huge GOP victory in year's first election a 'wake-up call' for Democrats trying to take Texas House
James Barrigan
January 30, 2020

Democrats called the race the most important election of the year. They said it would set the tone for the general election in November. They took in hundreds of thousands of dollars from national groups and even some of the party's presidential candidates popped in for support.

PBS: Alexander opposes, Collins supports calling witnesses in Trump impeachment trial
January 30, 2020

Republican Sen. Lamar Alexander of Tennessee will oppose calling more witnesses in President Donald Trump's impeachment trial, all but dashing Democratic efforts to hear more testimony and boosting odds the Senate will vote imminently to acquit without new testimony, in a matter of days. Republican Sen. Susan Collins of Maine said late Thursday she would vote to allow witnesses in the impeachment trial, building momentum for the Democrats' effort.

POLITICO: Dems barrage Iowa with many ads but one message: I'm the one to beat Trump
Elena Schnieder and Maya King
January 31, 2020

Bernie Sanders wants to "transform the country." Joe Biden warns against taking "a risk." Elizabeth Warren is touting her ability to turn Trump supporters, while Pete Buttigieg calls for "next generation" leadership and Amy Klobuchar leans into her Midwestern "grit." These are the final messages the top five presidential candidates — and one supportive super PAC — are making on TV in Iowa, where they have spent nearly $40 million combined to imprint key

DCCC_000637

slogans, biographical tidbits and policy positions in the minds of Democrats, particularly undecided ones, before Monday night's Iowa caucuses.

DCCC_000638

**From:**      Madia Coleman [Mcoleman@dccc.org]
**Sent:**      1/28/2020 6:46:29 AM
**To:**        Staff [D3CStaff@DCCC.ORG]; Interns [Interns@DCCC.ORG]
**Subject:**   DCCC Press Clips 1/28/2020


DCCC Press Clips 1/28/2020


Driving the Day

- POLITICO: DCCC adds 12 challengers to first round of 'Red to Blue' program
- Roll Call: House Democrats are making McConnell — not Trump — their new boogeyman
- POLITICO: DCCC drops $1M on first national TV ad campaign of the cycle
- POLITICO: House Democrats launch ad blitz around drug pricing


District by District

- FL-26: Florida Politics: DCCC targets Mitch McConnell in seven-figure media buy outlining prescription drug price inaction
- IN-05: Anderson Herald-Bulletin: 11 Republicans expected to seek 5th Congressional District nod
- MI-06 | DailyKos: GOP congressman keeps saying he'll decide on re-election 'in the next couple of weeks' every 2 weeks
- MI-08 | Lansing City Pulse: Untangling America's healthcare system has become Slotkin's latest mission
- NC-06 | WS Journal: First-time GOP candidates face off in the new 6th District
- TX-24: Star-Telegram: This 'toss-up' Fort Worth area congressional seat is in the spotlight. Will it flip?


Congress
- Roll Call: Key Votes 2019: How vulnerable members voted
- Vox: The House will soon vote on a bill to repeal Trump's travel ban — as he gears up to expand it
- Axios: The health care swamp has not been drained

Impeachment Coverage
- WaPo: Leaked Bolton book threatens to upend Senate impeachment trial
**Presidential Coverage**

- POLITICO: Bloomberg's rise sets off alarms on the left
- POLITICO: Biden's closing Iowa message: Imagine a post-Trump world


POLITICO: DCCC adds 12 challengers to first round of 'Red to Blue' program
Ally Mutnik
Janauary 28, 2020


The Democratic Congressional Campaign Committee named a dozen candidates to the first round of its "Red to Blue" program for top House challengers. House Democrats are largely on defense this cycle after flipping 43 seats in 2018, but this list offers a road map to who party strategists believe are the top-tier prospects to expand their majority.

Roll Call: House Democrats are making McConnell — not Trump — their new boogeyman
Simone Pathe
January 28, 2020


While Democrats in Washington are attacking Senate Majority Leader Mitch McConnell's management of the impeachment trial, it's his role in blocking House-passed legislation that is getting the most campaign airtime so far this

DCCC_000639

year. The latest example, and a likely preview of what is to come, is the Democratic Congressional Campaign Committee's announcement Monday of a seven-figure cable and online ad campaign focused on the Senate bottling up a bill intended to lower prescription drug prices.

POLITICO: DCCC drops $1M on first national TV ad campaign of the cycle
Ally Mutnick
January 27, 2020

The DCCC, buoyed by massive off-year fundraising, is launching its first national TV ad buy of the 2020 cycle — but it won't offer much air cover to vulnerable members who have been battered by anti-impeachment ads for months. The House Democratic campaign arm is dropping $1 million on a bilingual ad campaign knocking Senate Majority Leader Mitch McConnell and House Republicans for "blocking bills that would lower drug costs and insurance premiums."

POLITICO: House Democrats launch ad blitz around drug pricing
Alice Miranda Ollstein
January 27, 2020

House Democrats' campaign arm is launching a seven-figure ad buy focused on drug pricing that it says is an "opening salvo" of health care ads ahead of the 2020 election. The Democratic Congressional Campaign Committee messages running in English and Spanish on cable and selected digital platforms highlight the House-passed drug pricing bill, H.R. 3 (116), that would allow the government to directly negotiate with drug companies to lower prices for consumers — and the Republican-controlled Senate's refusal to consider the legislation.

FL-26: Florida Politics: DCCC targets Mitch McConnell in seven-figure media buy outlining prescription drug price inaction
Janelle Irwin Taylor
January 27, 2020

The Democratic Congressional Campaign Committee is launching a seven-figure ad campaign blasting U.S. Senate Majority Leader Mitch McConnell and House Republicans for blocking prescription drug legislation. The group is launching the ads to target what they see as a No. 1 priority among voters — health care. The 30-second spot will run on national cable nationwide and in targeted local markets across the country. Miami is the only local market included in the group's local ad blitz. The ads will run in both English and Spanish. The group announced its "Price Tag" ads during a conference call Monday. It will run on MSNBC and CNN as well as various local channels in targeted markets.

IN-05: Anderson Herald-Bulletin: 11 Republicans expected to seek 5th Congressional District nod
Ken de la Bastide
January 27, 2020

At least 11 candidates will be seeking the Republican Party nomination to replace incumbent Susan Brooks in the 5th Congressional District. Brooks announced last year that she would not be seeking re-election in the 5th District that includes all of Madison County. Filing for the May primary ends at noon on Feb. 7. This past week Mark Small and Russell Stwalley filed their declarations of candidacy with the Indiana Secretary of State's office.

MI-06: DailyKos: GOP congressman keeps saying he'll decide on re-election 'in the next couple of weeks' every 2 weeks
David Nir
January 27, 2020

GOP congressman keeps saying he'll decide on re-election 'in the next couple of weeks' every 2 weeks
Republican Rep. Fred Upton just can't seem to make up his mind about seeking a 18th term this year, even with Michigan's filing deadline looming—and a competitive race for his 6th District in the offing no matter what he chooses to do. Here's his latest statement about his timeline for making a decision, made during a radio interview on Thursday:

"We'll make a decision in the next couple of weeks, for sure."
You know ... that sure sounds familiar. In fact, it sure sounds identical. This is what Upton had to say on Jan. 7—you know, two weeks ago:

MI-08: Lansing City Pulse: Untangling America's healthcare system has become Slotkin's latest mission
Kyle Melinn
January 28, 2020

As the old phrase goes, "an ounce of prevention is worth a pound of cure." The old metaphor popped into U.S. Rep. Elissa Slotkin's head as she strolled through Sparrow Hospital's emergency room this morning. How many patients wouldn't be there if they'd only taken care of themselves? How many patients would have taken care of themselves if they could have afforded a primary care physician?
Today was Stop 25 on Slotkin's "Costs of Care" Tour of America's healthcare system.  and Slotkin, a Democrat from Holly who represents all of  Ingham County, still bothered that citizens are being priced out of their healthcare. She's bothered by a lot of things, actually.

NC-06 | WS Journal: First-time GOP candidates face off in the new 6th District
Taft Wireback
January 23, 2020

WINSTON-SALEM — Republican voters in the newly minted 6th Congressional District will choose between candidates from different wings of their party in the March 3 primary. Lee Haywood, 59, a Summerfield businessman, describes himself as a strong conservative. Laura Pichardo, 28, an accounts-payable analyst from Pelham, presents herself as fiscally conservative, but "more middle of the road" on social issues. The two GOP hopefuls met Wednesday on the set of "Triad Today" where, in separate interviews, they kicked off the weekly TV news show's coverage of the 6th District race, which doesn't have an incumbent. U.S. Rep. Mark Walker of Greensboro, a three-term Republican, decided not to seek re-election.

TX-24: Star-Telegram: This 'toss-up' Fort Worth area congressional seat is in the spotlight. Will it flip?
Anna M. Tinsley
January 27, 2020

A swath of land stretching from Hurst and Euless through Coppell and Farmers Branch has become one of the hottest pieces of real estate in Texas. Politically speaking, that is. That stretch makes up the 24th congressional district, represented by the retiring U.S. Rep. Kenny Marchant, R-Coppell. His departure enticed five Republicans and seven Democrats to run for the open seat. But the district isn't just important in Texas. It's being watched across the country. That's because political races in the district have shifted in recent years to move the seat from leaning Republican to what some call a toss-up. National Republicans and Democrats are targeting the district.
"This may be one of the most competitive and interesting House races in the whole country," said Kyle Kondik, managing editor for Larry J. Sabato's Crystal Ball at the University of Virginia Center for Politics. "Republicans can't afford to lose more ground in Texas if they want to win back the House majority this year." At stake is a two-year term that pays $174,000 a year.

Roll Call: Key Votes 2019: How vulnerable members voted
Randy Leonard
January 28, 2020

The Senate held 10 votes identified by CQ Roll Call as "key votes" for 2019, and the House had a dozen. Below is a selection of members projected by Inside Elections with Nathan L. Gonzales to have competitive races, the percent they stuck with their party on those votes and their overall unity score for 2019.

Vox: The House will soon vote on a bill to repeal Trump's travel ban — as he gears up to expand it