Nicole Narea
January 28, 2020

Amid reports that President Donald Trump is planning to expand his travel ban, Speaker of the House Nancy Pelosi is sending a message: She announced Monday that the House will hold a vote in the coming weeks on a bill that would dismantle it altogether. The bill, known as the National Origin-Based Anti-discrimination for Nonimmigrants (NO BAN) Act, would repeal Trump's travel ban on citizens of seven countries and limit the president's authority to issue such sweeping bans in the future.

Axios: The health care swamp has not been drained
Bob Herman
January 28, 2020

The health care industry has dramatically increased its federal lobbying under President Trump, and it has paid off for those companies. Why it matters: The influence economy has only gotten bigger over the past three years, despite Trump's calls to "drain the swamp." Lobbying expenses have soared, and in the process, the health care industry has largely gotten what it wanted in Washington.

WaPo: Leaked Bolton book threatens to upend Senate impeachment trial
Erica Werner, Paul Kane and Seung Min Kim
January 27, 2020

Sensational revelations from President Trump's former national security adviser threatened to upend the Senate impeachment trial Monday, increasing the chances that senators would vote to allow witnesses in a perilous development for the White House. Inside the Senate chamber as the trial entered its second week, Trump's lawyers pushed forward with their defense of the president, largely ignoring the uproar caused by leaked details from a book by former national security adviser John Bolton. As part of their defense, they pivoted into a sharp line of attack on former vice president Joe Biden and his son Hunter over their involvement in Ukraine.

POLITICO: Bloomberg's rise sets off alarms on the left
Christopher Catalago and Sally Goldberg
January 28, 2020

Progressive allies of Elizabeth Warren have approached the Democratic National Committee to lobby for an unusual cause: including billionaire Mike Bloomberg in upcoming presidential primary debates. The move, described to POLITICO by a co-founder of the Progressive Change Campaign Committee, reflects the desire of liberal activists to pin down the former New York mayor, who has avoided verbal combat with his opponents by waging a self-funded campaign that plays by its own rules. But the entreaty also speaks to progressives' growing unease with Bloomberg's relative success: After spending hundreds of millions of dollars, he has vaulted into double digits in national polls and amassed a giant staff of A-level operatives.

POLITICO: Biden's closing Iowa message: Imagine a post-Trump world
Zach Monterallo
January 28, 2020

Former Vice President Joe Biden is launching his final television ad in Iowa ahead of the caucuses there, urging voters to imagine what a Biden administration could accomplish after President Donald Trump is defeated. The ad, shared first with POLITICO, will begin running on television in Iowa markets on Tuesday and makes an implicit electability argument for Biden.

DCCC_000642

Madia Coleman
PRESS ASSISTANT · DCCC

Office: (202) 370-9611 | Cell: (240) 422-9893

DCCC_000643

| From: | Madia Coleman [Mcoleman@dccc.org] |
|---|---|
| Sent: | 1/27/2020 6:36:40 AM |
| To: | Staff [D3CStaff@DCCC.ORG]; Interns [Interns@DCCC.ORG] |
| Subject: | DCCC Press Clips 1/27/2020 |

DCCC Press Clips 1/27/2020

Driving the Day

- The Hill: DCCC to run ads tying 11 House Republicans to Trump remarks on entitlements
- Washington Times: House Democrats kick off election year with head start in fundraising
- POLITICO: Politicians hit pause after Kobe Bryant's death

**District by District**

- CA-45: Los Angeles Magazine: Orange County Rep. Katie Porter Is Elizabeth Warren's Not-So-Secret Weapon in Iowa
- IA-03: New York Times: Cindy Axne, Congresswoman From Iowa Swing District, Endorses Joe Biden
- NJ-02: AP: With Trump's help, N.J.'s Van Drew courts former foes
- NM-02: Albuquerque Journal: 'Stacy' ads target Dems across country
- PA-07: Lehigh Valley Live: Calls for bipartisanship, calling out GOP leadership: From Susan Wild's Easton town hall
- UT-04: Salt Lake Tribune: Rep. Ben McAdams holds air quality town hall
- TX-22: Texas Tribune: Democrats confront bellwether expectations as Texas House special election reaches end
- VA-07: Culpeper Star Exponent: GOP's Spanberger challengers turn out in force in Culpeper

Congress

- POLITICO: House Republicans caught between Trump and young voters on climate change
- Roll Call: Democrats pick women from key 2020 states for State of the Union response

**Impeachment Coverage**

- Washington Post: Democrats call for Bolton to testify in Trump impeachment trial after new report on aid to Ukraine
- POLITICO: Nadler to miss part of impeachment trial due to wife's cancer

**Presidential Coverage**

- NY Times: Sanders Seizes Lead in Volatile Iowa Race, Times Poll Finds

The Hill: DCCC to run ads tying 11 House Republicans to Trump remarks on entitlements
Tal Axelrod
January 24, 2020

The Democratic Congressional Campaign Committee (DCCC) is targeting 11 House Republicans over remarks President Trump made at the World Economic Forum in Davos, Switzerland, this week that suggested he could consider budget cuts to entitlements.The ads target 11 districts where Democrats think they have a chance of picking up seats in this year's elections. One is held by Rep. Jeff Van Drew (R-N.J.), a former Democrat who switched parties last month over Trump's impeachment.

Washington Times: House Democrats kick off election year with head start in fundraising
Gabriella Munoz
January 24, 2020

With the 2020 election year officially underway, House Democrats are starting out with a substantial financial head start over their Republican challengers. Over the past year, the House Democrats' campaign arm has dominated their

DCCC_000644

Republican counterparts in fundraising every single month. As of the latest public filings, Democrats have more cash on hand ($47.5 million) than Republicans ($29.4 million). The largest gap, more than $5 million, in came in September, when Democrats raised $12.9 million to Republican's $7.8 million. Democrats have jumped at the chance to promote their end-of-year numbers and advantage over Republicans. "Our staggering fundraising advantage ensures House Democrats will have the resources to hold [Senate Majority Leader] Mitch McConnell and Washington Republicans accountable for doing the work of special interests, especially when it hurts hardworking American families," Democratic Congressional Campaign Committee Executive Director Lucinda Guinn said in a statement.

POLITICO: Politicians hit pause after Kobe Bryant's death
Rushika Dugyala
January 26, 2020

The news of Kobe Bryant's death on Sunday cut into a day of impeachment spin and early-states campaigning, with D.C. politicians and 2020 presidential candidates offering condolences and sending tweets about the retired NBA star. Bryant, 41, was among nine people killed in a helicopter crash in Calabasas, Calif., on Sunday. According to several news reports, one of his four daughters, 13-year-old Gianna, was also on board. Rep. Adam Schiff (D-Calif.), the lead House manager in President Donald Trump's impeachment trial, had spent the morning on news shows calling for more witnesses in the Senate process. Schiff, whose congressional district covers parts of L.A., later sent his thoughts and prayers to Byrant's family, friends and all Lakers fans.

CA-25: LA Mag: Orange County Rep. Katie Porter Is Elizabeth Warren's Not-So-Secret Weapon in Iowa
Ian Spiegelman
January 24, 2020

In 2018, freshman Irvine congresswoman Katie Porter became the first Democrat to represent her Orange County district since the 1930s, and now the Iowa native is stumping across the Hawkeye state to convince her fellow Iowans that Senator Elizabeth Warren can use the same strategies to defeat Trump that she used to make inroads in a historically red part of Southern California. The Warren campaign thinks a lot of Iowans would like to put Warren over the top on the February 3 caucuses, but that they also fear she couldn't beat Trump in the general election. Now, Team Warren is hoping that Porter—an Iowa farm girl who went on to become Warren's Harvard Law student and political protégé—can change that perception, the Los Angeles Times reports. "I just offer you proof that you can win on the policies that you believe in, and that are authentic to you and your experience and that speak to your community, anywhere in the country," she told a crowd in Iowa City. In stump speeches, Porter talks about the time when the bank in her rural hometown of Winterset closed during the farm crisis of the 1980s, and she's fond of showing off the house in Coralville where she lived as a University of Iowa law professor, and where a wooden fence she built stands to this day.

IA-03: New York Times: Cindy Axne, Congresswoman From Iowa Swing District, Endorses Joe Biden
Thomas Kaplan
January 25, 2020

Representative Cindy Axne of Iowa is endorsing former Vice President Joseph R. Biden Jr., giving him another prominent backer with just over a week until the state's caucuses. Ms. Axne, a freshman Democrat who unseated a Republican incumbent, hails from the kind of swing district that was key to the party's takeover of the House in the 2018 midterm elections, and will be crucial to its continued control of the chamber. "He is who I believe is the one sure bet to beat Donald Trump," Ms. Axne said in an interview, describing him as "a person who can bridge the divisiveness in this country." Mr. Biden has now been endorsed by two of Iowa's three Democrats in Congress. Representative Abby Finkenauer, another freshman who also flipped a Republican-held seat in 2018, endorsed him in early January. The state's other House Democrat, Representative Dave Loebsack, has endorsed former Mayor Pete Buttigieg of South Bend, Ind.

NJ-02: AP: With Trump's help, N.J.'s Van Drew courts former foes

DCCC_000645

Mike Catalini
January 25, 2020

President Donald Trump is expected to draw a crowd — and headlines — Tuesday when he comes to the New Jersey shore to reward newly minted Republican Rep. Jeff Van Drew with a rally for leaving the Democrats and opposing impeachment. Despite the boost from the president, Van Drew has also been crisscrossing the sprawling 2nd District to secure support from the local GOP, which he spent nearly two decades fighting as a state senator and congressional candidate. Republicans are lining up behind Van Drew because of Trump's sway with the base, but the freshman isn't taking GOP support for granted because he's been opposed to the party in state government, say former foes, allies and experts.

### NM-02: Albuquerque Journal: 'Stacy' ads target Dems across country
Scott Turner
January 27, 2020

It turns out that "Stacy" – the "mom, wife and teacher" who is angry at U.S. Rep. Xochitl Torres Small over her vote to impeach President Donald Trump – is upset with a lot of other members of Congress, too. She can be found in almost identical ads produced by the American Action Network criticizing Democratic Reps. Anthony Brindisi of New York, Matt Cartwright of Pennsylvania, Abby Finkenauer of Iowa and seven other members of Congress. The ads are part of a $2.5 million campaign by a group affiliated with the House Republican leadership. Although the ads seem to imply the woman is a constituent of the member of Congress she is criticizing, where she actually resides remains a mystery. The ad shows her in a kitchen with her children talking about how she is disappointed with the member of Congress for voting for impeachment instead of focusing on "issues that matter."

### PA-07: Lehigh Valley Live: Calls for bipartisanship, calling out GOP leadership: From Susan Wild's Easton town hall
Kurt Bresswein
January 25, 2020

The Lehigh Valley's first-term Democratic congresswoman, who will face a Republican challenger this year, is pushing back against those who say Congress isn't doing anything but harassing President Donald Trump. U.S. Rep. Susan Wild took questions for about an hour from a capacity audience of 185 people during a town hall Thursday night at Lafayette College's Williams Arts Campus in Downtown Easton. Even as she spoke, Democratic colleagues of hers in the U.S. House of Representatives were arguing for Trump's removal from office during the continuing impeachment trial in the U.S. Senate. The House voted along party lines to impeach Trump, who is accused of abuse of power and obstruction of Congress in seeking politically motivated probes from Ukraine of political foe Joe Biden and Biden's son while holding back congressionally approved military aid as leverage."I didn't run for office, I didn't go to Washington to impeach a president," said Wild, whose 7th Congressional District in Pennsylvania covers Lehigh, Northampton and southern Monroe counties. "By and large the majority of people who were elected in November of 2018 come from districts just like this one, from very moderate what I call purple districts, almost an even number of Democrats and Republicans who are expecting their members to work on things like prescription drug prices, like student loan debt, like the environment. "The sad thing is many, many of us are working on those things every single day but you never hear about it because it' s not sexy enough for cable news."

### UT-04: Salt Lake Tribune: Rep. Ben McAdams holds air quality town hall
Zoi Walker
January 25, 2020

With the Wasatch Front tagged as one of the most polluted areas in the country, cleaning up the air is a top priority for residents and policymakers."The challenge with improving our air is there's no single solution that's going to solve it. So it takes a lot of little things," said Congressman Ben McAdams. McAdams, a Democrat, held a town hall meeting Thursday night in West Valley City to discuss solutions with scientists, air quality advocates and politicians."We're all impacted by our poor air but it really affects kids and seniors and people in poor health," said McAdams. He said ozone pollution contributes to hundreds of thousands of missed school days by Utah kids. Dr. Daniel Mendoza echoed this

DCCC_000646

concern with his research on the connection between poor air quality and students missing class. He found a strong correlation between the two and said this could have severe economic impacts. Not only do schools lose money when students don't go to class, families lose money too. "If a child is suddenly ill probably due to air quality ... then one parent at least has to stay home to take care of the child," said Mendoza. This can cost a parent their salary for the day which especially hurts low-income families, not to mention the lost productivity for employers.

TX-22: Texas Tribune: Democrats confront bellwether expectations as Texas House special election reaches end
Patrick Svitek
January 26, 2020

It is hard not to argue Democrats have gone all in on the special election runoff for House District 28. Ahead of the Tuesday election, at least three presidential candidates have come to the aid of Democratic candidate Eliz Markowitz. State and national groups have poured hundreds of thousands of dollars into her race against self-funding Republican Gary Gates. And Beto O'Rourke has practically made Fort Bend County his second home, spending days at a time there to help Markowitz to flip the seat — and give Democrats a shot of momentum as they head toward November intent on capturing the lower-chamber majority.

VA-07: Culpeper Star Exponent: GOP's Spanberger challengers turn out in force in Culpeper
By Clint Schimmer
January 26, 2020

Candidates seeking the Republican nomination in Virginia's 7th District Congressional pose at Pepper's Grill after a Saturday forum held by the Culpeper County Republican Committee. From left are Mike Dickinson, John McGuire, Tina Ramirez, Andrew Knaggs, Nick Freitas, Jason Roberge and Pete Greenwald. Republicans showed their strength Saturday in Culpeper, massing the candidates who wish to take on Rep. Abigail Spanberger, the Democrat who flipped Central Virginia's 7th District in the 2018 midterm elections. Seven hopefuls came to assail the Henrico resident and outline their stands on key issues during a candidates' forum at the Culpeper County Republican Committee's monthly breakfast meeting.

POLITICO: House Republicans caught between Trump and young voters on climate change
Jack Colman, Anthony Adragna, Eric Wolff
January 26, 2020

House Republicans know they face a growing vulnerability with young voters on climate change — but their attempts to craft a greener message are running headlong into their allegiance to President Donald Trump. Unlike Trump, the chamber's GOP lawmakers have largely stopped scoffing at the scientific evidence that human-caused global warming is contributing to intensifying wildfires and extreme weather. As the Democrats that control the House prepare to launch a broad legislative package of climate measures, Republican leaders are putting together their own more modest set of climate policies that their party can rally behind, one centered on planting a lot of trees, reducing plastic waste and encouraging clean energy technologies.

Roll Call: Democrats pick women from key 2020 states for State of the Union response
Bridget Bowman
January 24, 2020

Democratic leaders announced Friday that Michigan Gov. Gretchen Whitmer and Texas Rep. Veronica Escobar, who both hail from critical 2020 states, will give the responses to President Donald Trump's State of the Union address on Feb. 4. Whitmer leads Michigan, a top presidential and congressional battleground that Trump won by less than half a percentage point in 2016. Escobar, who will give the Spanish-language response to the president's address, represents a deep-blue district in Texas, where Democrats are hoping to make gains in the state's diversifying suburbs.

Washington Post: Democrats call for Bolton to testify in Trump impeachment trial after new report on aid to Ukraine
Seung Min Kim, Felicia Sonmez, Josh Dawsey
January 27, 2020

Congressional Democrats called for former national security adviser John Bolton to testify in President Trump's impeachment trial following a new report that the president told Bolton last August that he wanted to withhold military aid to Ukraine unless it aided investigations into the Bidens. The New York Times reported Sunday evening that in last summer's conversation, Trump directly tied the holdup of nearly $400 million in military assistance to the investigations of former vice president Joe Biden and his son Hunter Biden. That is according to an unpublished manuscript of Bolton's forthcoming book, the Times said.

POLITICO: Nadler to miss part of impeachment trial due to wife's cancer
David Cohen
January, 26, 2020

Rep. Jerry Nadler (D-N.Y.) said on Sunday that he would miss part of the Senate impeachment trial of President Donald Trump to be with his wife, Joyce Miller, who has been diagnosed with pancreatic cancer. "On Monday, I will be in New York with her to meet with doctors, determine a path forward, and begin her treatment," Nadler said in a statement. "I am sorry to miss some of the Senate Impeachment Trial, which is of critical importance to our democracy. I plan to return to Washington late Monday and appreciate the support of my colleagues and staff as I take this time to be with my wife and begin the long fight against her cancer."

NY Times: Sanders Seizes Lead in Volatile Iowa Race, Times Poll Finds
Jonathan Martin and Sydney Ember
January 27, 2020

DES MOINES — Senator Bernie Sanders has opened up a lead in Iowa just over a week before the Democratic caucuses, consolidating support from liberals and benefiting from divisions among more moderate presidential candidates who are clustered behind him, according to a New York Times/Siena College poll of likely caucusgoers. Mr. Sanders has gained six points since the last Times-Siena survey, in late October, and is now capturing 25 percent of the vote in Iowa. Pete Buttigieg, the former mayor of South Bend, Ind., and former Vice President Joseph R. Biden Jr. have remained stagnant since the fall, with Mr. Buttigieg capturing 18 percent and Mr. Biden 17 percent. The rise of Mr. Sanders has come at the expense of his fellow progressive, Senator Elizabeth Warren: she dropped from 22 percent in the October poll, enough to lead the field, to 15 percent in this survey. Senator Amy Klobuchar, who is garnering 8 percent, is the only other candidate approaching double digits.

## Madia Coleman
PRESS ASSISTANT · DCCC

Office: (202) 370-9611  |  Cell: (240) 422-9893

DCCC_000648

| From: | Madia Coleman [Mcoleman@dccc.org] |
|---|---|
| Sent: | 1/22/2020 6:29:26 AM |
| To: | Staff [D3CStaff@DCCC.ORG]; Interns [Interns@DCCC.ORG] |
| CC: | Clips [clips@dccc.org] |
| Subject: | DCCC Press Clips 1/22/2020 |

**Driving the Day**

- Mother Jones: On the Anniversary of Roe v. Wade, States Are Scrambling to Preserve It
- POLITICO: Top progressives, DCCC reach ceasefire over 'blacklist'
- WaPo: U.S. screenings for the coronavirus expanded to airports in Atlanta and Chicago

**Congress**

- Roll Call: Congress faces narrow spending increase as VA health care costs balloon
- WaPo: Vulnerable House Democrats unite to try to flip more House seats in Trump country
- Roll Call: Supreme Court denies request for expedited appeal of challenge to 2010 health care law
- The Hill: How Citizens United Altered Americas Political Landscape
- Roll Call: 2020 census begins! Decennial headcount starts in Alaska
- CBS: Trailmakers: South Carolina

**District by District**

- AR-02 | Arkansas Online: Local, national leaders attend prayer breakfast in honor of Martin Luther King Jr
- CA-22: Sacramento Bee: Who is Devin Nunes' aide caught up in Ukraine texts, and will they hurt his boss?\
- CA-45: Potential ballot confusion complicates California special election for Katie Hill's seat
- CO-06: Denver Post: WATCH LIVE: "That's a coverup," Jason Crow says of Senate impeachment trial rules
- MN-ALL: Star Tribune: Voting in Minnesota presidential primary begins
- NY-01/NY-21: Syracuse: Rep. Elise Stefanik to serve on President Trump's impeachment defense team
- NY-22: Oneida Dispatch: Brindisi touts work being done at Rome Lab
- PA-01 | Intelligencer: Democrat Judi Reiss ends bid for Congress in Bucks' 1st District
- TX-07: Texas Tribune: In Houston congressional district, Republicans see a chance to boost party diversity and reflip a seat

**Impeachment Coverage**

- The Hill: Senate Republicans muscle through rules for Trump trial
- CNN: Boom and bust: Economy and impeachment capture the forces that will determine Trump's fate

**Presidential Coverage**

- NYT: Hillary Clinton Says 'Nobody Likes' Bernie Sanders and Declines to Commit to Backing Him
- McClatchy: Head of NC's Legislative Black Caucus makes his Democratic presidential pick

Mother Jones: On the Anniversary of Roe v. Wade, States Are Scrambling to Preserve It
Jessica Washington
January 22, 2020

On this day in 1973, the Supreme Court issued a decision that enshrined the constitutional right to an abortion in the landmark case Roe v. Wade. But with mounting attacks on abortion rights and the most conservative Supreme Court in modern history, states across the country have spent the 47th year of Roe scrambling to protect a

DCCC_000649

women's right to choose in the increasingly plausible event that the historic court decision is soon overturned. "The reality is that the balance of the Supreme Court is not in our favor," says Bonyen Lee-Gilmore, who works on state media campaigns for Planned Parenthood, adding, "We have to be prepared [if] Roe falls. That's just part of the reality of living under the Trump administration."

POLITICO: Top progressives, DCCC reach ceasefire over 'blacklist'
Ally Mutnick, Sarah Ferris, Heather Caygle
January 22, 2020

Top liberals have reached a détente with the House Democratic campaign arm in a dispute over a policy that inhibits primary challengers to incumbents — a move intended to unify Democrats in this year's battle to protect their majority and defeat President Donald Trump. Some of the House's most influential progressives, including Reps. Mark Pocan (D-Wis.) and Pramila Jayapal (D-Wash.), said they will contribute tens of thousands of dollars to the Democratic Congressional Campaign Committee, despite a contentious new rule that blacklists campaign consultants who work for candidates taking on sitting Democratic members. The decision by the co-chairs of the Congressional Progressive Caucus represents a thawing of months long tensions with DCCC Chairwoman Cheri Bustos (Ill.), who had fiercely defended the policy over bitter objections from high-profile Democrats like Rep. Alexandria Ocasio Cortez (D-N.Y.). The group — Bustos and about two dozen progressive Democrats — sat down privately last week to discuss the 2020 cycle, during which she thanked liberals in the room who have agreed to pay their dues, according to people familiar with the meeting.

WaPo: U.S. screenings for the coronavirus expanded to airports in Atlanta and Chicago
Lori Aritani and Lena H. Sun
January 21, 2020

Amid growing concerns about the spread of a new coronavirus, officials announced Tuesday that Chicago's O'Hare and Atlanta's Hartsfield-Jackson will join the list of U.S. airports where passengers arriving from Wuhan, China, will be screened for the virus. Enhanced screening is already taking place at John F. Kennedy, Los Angeles and San Francisco international airports. More than 1,200 travelers have been screened, but no one has been found to have the virus or been hospitalized through the screenings. Health officials said screenings will begin at the Atlanta and Chicago airports this week.

Roll Call: Congress faces narrow spending increase as VA health care costs balloon
Micaela Rodriguez and Jennifer Shutt
January 21, 2020

There is no room for big increases in FY 2021 appropriations bills, even though veterans health care faces much higher costs. CQ Roll Call reporter Jennifer Shutt joins the podcast to explain where the spending bills are going to be squeezed.

WaPo: Vulnerable House Democrats unite to try to flip more House seats in Trump country
Jacqueline Alemany
January 22, 2020

A handful of House Democrats who helped retake the majority in 2018 are uniting to fundraise for a slate of candidates running to capture Republican-leaning House districts in November. The "Second Service Coalition" is the brainchild of New Politics, an organization dedicated to recruiting candidates with military and national security backgrounds, and will announce on Wednesday that it is endorsing seven House candidates around the country. During the 2018 cycle, New Politics raised over $7 million for their breakout class, pulling off some of the biggest wins of the cycle.

Roll Call: Supreme Court denies request for expedited appeal of challenge to 2010 health care law
Mary Ellen Mcintire
January 21, 2020

The Supreme Court said Tuesday it will not hear an expedited appeal of a legal challenge to the 2010 health care law this term, which could have led to a decision this summer on whether to overturn the entire law during the heat of the campaign season. At least five justices declined a request from several Democratic state officials and the House to fast-track an appeal of the case, Texas v. Azar. Instead, a lower court judge will reconsider how much of the 2010 health care law should fall after Congress eliminated the law's tax penalty on most Americans who did not have health care coverage. The Supreme Court could agree to hear the case as soon as its next term, which begins in October, but a decision is not likely before the November elections.

The Hill: How Citizens United Altered Americas Politcal Landscape
Reid Wilson
January 21, 2020

In recent years, super PACs have become cornerstones of each side's efforts to win control of the White House, the Senate and the House of Representatives. And while Kennedy's opinion predicted that outside money would be independent of the politicians that super PACs supported, the opposite has been the case. The strategists who run the largest outside spenders — groups like the Senate Majority PAC that backs Democrats and the Senate Leadership Fund that backs Republicans — have close ties to their party's respective leaders.

Roll Call: 2020 census begins! Decennial headcount starts in Alaska
Michael Macagnone
January 21, 2020

By snowmobile and small plane, the 2020 census starts Tuesday in Alaska, facing the same language barriers and government trust issues that will make the count difficult on the U.S. mainland on top of actual physical obstacles like the rugged terrain where most of the state lies off the road system. The geography of Toksook Bay, a fishing village on Alaska's western coast that's hosting the first count, shows the difficulty of counting the state's residents. Many of the state's villages, including Toksook Bay, can only be accessed by boat, plane or snowmobile. The effort starts in Alaska midwinter to count residents there before they disperse for seasonal work in the spring.

CBS: Trail Makers: South Carolina
Aaron Navarro
January 22, 2020

Congressman Jim Clyburn of South Carolina and the House Democrat campaign arm held a call with reporters today about the state dropping the requirement of a full Social Security number for voter registration, a result of one of several litigation lawsuits Democratic groups have filed to deal with voter suppression. The Democratic Congressional Campaign Committee and Democratic Senatorial Campaign Committee have filed more than a dozen cases in Texas, North Carolina, Georgia, Arizona, Minnesota and Florida to deal with issues of early voting, ballot order laws, and in the case of South Carolina, voter registration issues. South Carolina was previously one of three states to require a full Social Security number for voter registration, along with Tennessee and Virginia, but now only requires four digits.

AR-02 | Arkansas Online: Local, national leaders attend prayer breakfast in honor of Martin Luther King Jr.
Josh Synder
January 20, 2020

Community, statewide and national leaders gathered in Little Rock on Monday morning to recognize the life and work of Martin Luther King Jr. Arkansas Gov. Asa Hutchinson, Little Rock Mayor Frank Scott Jr., as well as lawmakers and other community leaders attended the Martin Luther King Jr. Interfaith Unity Prayer Breakfast at the governor's mansion. The event was hosted by the Arkansas Martin Luther King Jr. Commission. Democratic presidential hopeful Michael Bloomberg accompanied Scott to the breakfast, sitting at his table. Bloomberg, who

Scott said was on his third visit to the city, also attended the Martin Luther King Jr. parade after the event. The candidate last came to Little Rock in November to file for his campaign to run for president, Scott said.

CA-22: Sacramento Bee: Who is Devin Nunes' aide caught up in Ukraine texts, and will they hurt his boss?
Dale Kasler, Ryan Sabalow, Sophia Bollag
January 18, 2020

Derek Harvey was known as a retired Army colonel and respected military intelligence analyst — a Middle East expert who predicted the growing threat from al Qaeda. He worked tirelessly with retired Gen. David Petraeus to bring stability to post-war Iraq and landed a spot on the National Security Council in the early days of President Donald Trump's administration. But now Harvey has been thrust into the middle of the Trump impeachment drama — and may have drawn his boss, Rep. Devin Nunes, further into the controversy as well. Late Friday, House Democrats released documents showing Harvey, an aide to Nunes, R-Tulare, exchanged dozens of text messages with indicted businessman Lev Parnas about efforts to dig up dirt on former Vice President Joe Biden. Those efforts, allegedly orchestrated by Trump's attorney Rudy Giuliani, are at the heart of the House vote to impeach the president. Trump's trial begins Tuesday in the Senate. On Saturday, Adam Parkhomenko, a Democratic strategist who worked for Nunes' 2018 opponent, said the Parnas-Harvey text messages further implicate Nunes in the alleged conspiracy that got Trump impeached.

CA-45: Roll Call: Potential ballot confusion complicates California special election for Katie Hill's seat
Bridget Bowman
January 22, 2020

An unusual message will soon hit mailboxes and social media feeds in former Democratic Rep. Katie Hill's Southern California district: "For once in your life, vote twice!" The tagline will be featured in mailers and a digital media campaign from Assemblywoman Christy Smith, a Democrat running in the special election to replace Hill in the 25th District. The message underscores concerns that voters may be confused by multiple elections for the same office on the same day, March 3.

CO-06: Denver Post: WATCH LIVE: "That's a coverup," Jason Crow says of Senate impeachment trial rules
Justin Wingerter
January 21, 2020

U.S. Rep. Jason Crow, an Aurora Democrat and prosecutor in the impeachment trial of President Donald Trump, accused the Senate majority leader of a coverup Tuesday. The Colorado congressman's remarks came as the Senate establishes the rules for its trial of Trump. A format proposed by Majority Leader Mitch McConnell, R-Ky., called for 12-hour days of arguments this week and next week, then a debate and vote on whether to allow witnesses. Democrats argued that format was designed to cover up evidence of wrongdoing by Trump. Crow said Tuesday on Twitter that McConnell wants a trial "without witnesses," "without evidence" and "in the middle of the night." "That's not a fair trial. It's hardly a trial at all — that's a cover-up," Crow said. In the hours after Crow's remarks, McConnell changed the proposed format to allow for eight-hour days and for evidence to be entered into the record automatically, rather than with a vote. That format will be voted on Tuesday. The Colorado Republican Party, which hopes to defeat Crow in November, alleged the congressman is "petrified" of defending the House's "sham impeachment articles." Why, the party asked, did Crow impeach the president without hearing from the witnesses he now considers crucial?

MN-ALL: Star Tribune: Voting in Minnesota presidential primary begins
Torey Van Oot
January 17, 2020

The doors to the Minneapolis Early Voting Center swung open at 8 a.m. sharp Friday, signaling the start of early

DCCC_000652

voting for Minnesota's March 3 presidential primary. Davis Senseman was in the front of the line. And that was by design. Senseman, a self-described voting enthusiast, had been waiting outside the polling site for about 11 hours in hopes of casting one of the first ballots of the 2020 presidential election. The attorney, along with a handful of fellow Elizabeth Warren supporters, spent the night hunkered down in an RV in the parking lot, snacking on trail mix and playing rounds of Monopoly Deal before trying to get a few hours of rest. Four camping chairs sat outside the building to save their spots, in case other eager voters showed up before dawn.

NY-01/NY-21: Syracuse: Rep. Elise Stefanik to serve on President Trump's impeachment defense team
Mark Weiner
January 21, 2020

WASHINGTON – Upstate New York Rep. Elise Stefanik is among eight House members who will serve on President Donald Trump's impeachment defense team, the White House announced Monday night. The eight Republicans are part of an initial list of members of Congress who will represent Trump in the Senate impeachment trial due to start Tuesday.

NY-22: Oneida Dispatch: Brindisi touts work being done at Rome Lab
Dispatch Staff
January 20, 2020

Rome, N.Y. — U.S. Rep. Anthony Brindisi, D-Utica, a member of the House Armed Services Committee, grilled witnesses during a hearing on the Department of Defense's (DOD) role in competing with China. Brindisi championed the work being done at Rome Lab in upstate New York. Recently in 2017, Rome Lab took a major step in its quantum research by becoming the first Department of Defense Lab to trap an ion, which was a major breakthrough in the development of quantum capabilities for the Air Force, according to Brindisi.

PA-01 : Intelligencer: Democrat Judi Reiss ends bid for Congress in Bucks' 1st District
Anthony DiMattia
January 20, 2020

Judi Reiss, of Lower Makefield, announced her bid for the nomination last year. She announced Monday morning via her campaign's social media that she is ending her candidacy. Bucks County Prothonotary Judi Reiss has stepped out of the crowded Democratic field looking to take on U.S. Rep. Brian Fitzpatrick in Pennsylvania's 1st Congressional District. Reiss, of Lower Makefield, was the first to enter the race for the nomination last year. She announced Monday morning via her campaign's social media that she was ending her candidacy. Democrats Debbie Wachspress, Christina Finello and Skylar Hurwitz are running for the nomination. On the Republican side, Andrew Meehan has announced he will challenge the incumbent in the 2020 GOP primary.

TX-07: Texas Tribune: In Houston congressional district, Republicans see a chance to boost party diversity and reflip a seat
Abby Livingston
January 20, 2020

For a party frequently hammered for a lack of member diversity, the GOP has high hopes for West Houston. It is there, along the Interstate 10 corridor, that the national party has elevated two candidates who could make progress toward countering its image. Veteran Wesley Hunt and former Bellaire Mayor Cindy Siegel are pitted against each other as the top-two fundraising Republicans amid a crowded field vying to take on U.S. Rep. Lizzie Pannill Fletcher, who is widely viewed as the most vulnerable Democratic House member in the state. The area, which is both suburban and urban and home to some of the wealthiest political donors in the country, is the closest thing Texas will have to a bellwether congressional district in 2020. Across the board, Republicans point to the seat as their best shot at a Texas offensive pick up next year, and the race could do much to unwind the

damage of a disastrous 2018 for Harris County Republicans.And who Houston Republicans choose to nominate here could help make up for the loss of incumbents who were female or people of color in the last several cycles. Otherwise an all-white male U.S. House Republican delegation from Texas is plausible scenario after 2020, thanks to retirements and current primary challenges.

| The | Hill: | Senate | Republicans | muscle | through | rules | for | Trump | trial |
|-----|-------|--------|-------------|--------|---------|-------|-----|-------|-------|
| Jordan | | | | | | | | | Carney |
| January | | | | 22, | | | | | 2020 |

Senate Republicans forced through a resolution establishing the rules for President Trump's impeachment trial in the early morning hours Wednesday, rejecting Democrats' demands for additional witnesses and documents at the outset of the proceeding. Senators voted 53-47 on the resolution capping off hours of debate, with Trump's legal team and House managers engaging in a heated, public back and forth while senators themselves debated the measure during closed-door caucus meetings.

CNN: Boom and bust: Economy and impeachment capture the forces that will determine Trump's fate
Ron Brownstein
January 21, 2020

The House officially delivered to the Senate two articles of impeachment against President Donald Trump last week on the same day that the Dow Jones Industrial Average finished above 29,000 points for the first time. That striking juxtaposition encapsulates the contending forces shaping the presidential race: pervasive doubts about Trump's values and behavior vs. widespread economic satisfaction.The new stock market high symbolizes an economy that has produced steady gains in gross domestic product, improving wages and the lowest unemployment rate in decades, not only for the nation overall but also for groups often marginalized in the workforce, including African Americans and Hispanics. The start of only the third Senate presidential impeachment trial, in turn, epitomizes Trump's volatile and disruptive behavior in office, in which he has shattered norms and customs and perhaps violated the law.

McClatchy: Head of NC's Legislative Black Caucus makes his Democratic presidential pick
Brian Murphy
January 21, 2020

Former Vice President Joe Biden picked up a key North Carolina endorsement Monday. State Sen. Paul Lowe, chairman of the North Carolina Legislative Black Caucus, endorsed Biden for president. The caucus includes 39 state lawmakers, including members of other ethnic minority groups. Lowe is a pastor who represents Winston-Salem and Forsyth County. Biden, a top contender for the Democratic presidential nomination, has had a lead with African-American voters throughout the campaign.

NYT: Hillary Clinton Says 'Nobody Likes' Bernie Sanders and Declines to Commit to Backing Him
Matt Stevens
January 21, 2020

Hillary Clinton, who battled with Senator Bernie Sanders of Vermont for months in a 2016 Democratic primary that sometimes turned contentious, ripped into her former campaign rival in a new documentary series and declined to say if she would endorse and campaign for him if he were to win the presidential nomination this time around. "He was in Congress for years. He had one senator support him," she said in a forthcoming four-part series, set to have its premiere at Sundance and air on Hulu beginning March 6. "Nobody likes him, nobody wants to work with him, he got nothing done. He was a career politician. It's all just baloney and I feel so bad that people got sucked into it."

DCCC_000654

Madia Coleman

PRESS ASSISTANT · DCCC

Office: (202) 370-9611 | Cell: (240) 422-9893

DCCC_000655

| From: | DCCC Vote Project [dccc@dccc.org] |
|---|---|
| Sent: | 4/7/2020 2:11:50 PM |
| To: | Russell Crock [Crock@dccc.org] |
| Subject: | FWD this ↘ |

Thanks for signing the petition and standing with us against voter suppression!

We want to get as many Democrats as we can supporting automatic voter registration.

## Forward this email to 3 friends right now and ask them to sign the petition >>

## http://action.dccc.org/petition/stop-voter-suppression

Thank you for your support!

DCCC

Paid for by the DCCC | 430 South Capitol Street SE, Washington, DC 20003
(202) 863-1500 | www.dccc.org | Not authorized by any candidate or candidate's committee.

DCCC_000656



# Frontline

Frontline is the DCCC's battle-tested program to ensure Democratic Members of Congress from the most competitive seats have both the resources and cutting edge information they need to execute effective reelection campaigns.

Last cycle, the DCCC's Frontline Members had a 100% win rate. This year, the DCCC has elevated 42 Members to Frontline. Many of them are freshman Members, and many are from districts that President Trump won in 2016. It's crucial that these Frontline Members have the resources to run top-notch campaigns to mobilize and persuade voters.

**Hon. Tom O'Halleran** AZ-01
**Hon. Josh Harder** CA-10
**Hon. TJ Cox** CA-21
**Hon. Gil Cisneros** CA-39
**Hon. Katie Porter** CA-45
**Hon. Harley Rouda** CA-48
**Hon. Mike Levin** CA-49
**Hon. Jason Crow** CO-06
**Hon. Jahana Hayes** CT-05
**Hon. Debbie Mucarsel-Powell** FL-26
**Hon. Lucy McBath** GA-06
**Hon. Abby Finkenauer** IA-01
**Hon. Cindy Axne** IA-03
**Hon. Sean Casten** IL-06
**Hon. Lauren Underwood** IL-14
**Hon. Sharice Davids** KS-03
**Hon. Jared Golden** ME-02
**Hon. Elissa Slotkin** MI-08
**Hon. Haley Stevens** MI-11
**Hon. Angie Craig** MN-02
**Hon. Chris Pappas** NH-01

**Hon. Andy Kim** NJ-03
**Hon. Josh Gottheimer** NJ-05
**Hon. Tom Malinowski** NJ-07
**Hon. Mikie Sherrill** NJ-11
**Hon. Xochitl Torres Small** NM-02
**Hon. Susie Lee** NV-03
**Hon. Steven Horsford** NV-04
**Hon. Max Rose** NY-11
**Hon. Antonio Delgado** NY-19
**Hon. Anthony Brindisi** NY-22
**Hon. Kendra Horn** OK-05
**Hon. Susan Wild** PA-07
**Hon. Matt Cartwright** PA-08
**Hon. Conor Lamb** PA-17
**Hon. Joe Cunningham** SC-01
**Hon. Lizzie Fletcher** TX-07
**Hon. Colin Allred** TX-32
**Hon. Ben McAdams** UT-04
**Hon. Elaine Luria** VA-02
**Hon. Abigail Spanberger** VA-07
**Hon. Kim Schrier** WA-08

dccc.org

PAID FOR BY DCCC • 430 SOUTH CAPITOL STREET SE • WASHINGTON, DC 20003 • (202) 863-1500
WWW.DCCC.ORG · NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE



# Red to Blue

Red to Blue is a highly competitive and battle-tested program at the DCCC that arms top-tier candidates with organizational and fundraising support to help them continue to run strong campaigns. Additionally, the DCCC provides strategic guidance, staff resources, candidate trainings, and more.

These candidates have worked hard in their communities and earned a spot on Red to Blue by surpassing aggressive goals for grassroots engagement, local support, campaign organization, and fundraising. Beyond their demonstrated abilities to build a winning campaign infrastructure, these candidates have strong records of service; authentic messages that connect with voters in their districts, and deep ties to the communities they aim to serve.

**Hiral Tipirneni** AZ-06
**Christy Smith** CA-25
**Rita Hart** IA-02
**Betsy Dirksen Londrigan** IL-13
**Christina Hale** IN-05
**Dan Feehan** MN-01
**Jill Schupp** MO-02
**Jackie Gordon** NY-02
**Eugene DePasquale** PA-10
**Wendy Davis** TX-21
**Gina Ortiz Jones** TX-23
**Carolyn Long** WA-03

dccc.org

PAID FOR BY DCCC · 430 SOUTH CAPITOL STREET SE · WASHINGTON, DC 20003 · (202) 863-1500
WWW.DCCC.ORG · NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE

DCCC_000658


**DCCC**
Red to Blue

# Red to Blue

Red to Blue is a highly competitive and battle-tested program at the DCCC that arms top-tier candidates with organizational and fundraising support to help them continue to run strong campaigns. Additionally, the DCCC provides strategic guidance, staff resources, candidate trainings, and more.

These candidates have worked hard in their communities and earned a spot on Red to Blue by surpassing aggressive goals for grassroots engagement, local support, campaign organization, and fundraising. Beyond their demonstrated abilities to build a winning campaign infrastructure, these candidates have strong records of service; authentic messages that connect with voters in their districts, and deep ties to the communities they aim to serve.

**Hiral Tipirneni** AZ-06
**Christy Smith** CA-25
**Rita Hart** IA-02
**Betsy Dirksen Londrigan** IL-13
**Christina Hale** IN-05
**Dan Feehan** MN-01
**Jill Schupp** MO-02
**Jackie Gordon** NY-02
**Eugene DePasquale** PA-10
**Wendy Davis** TX-21
**Gina Ortiz Jones** TX-23
**Carolyn Long** WA-03

dccc.org

PAID FOR BY DCCC · 430 SOUTH CAPITOL STREET SE · WASHINGTON, DC 20003 · (202) 863-1500 · WWW.DCCC.ORG · NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE

DCCC_000659



# Red to Blue

Red to Blue is a highly competitive and battle-tested program at the DCCC that arms top-tier candidates with organizational and fundraising support to help them continue to run strong campaigns. Additionally, the DCCC provides strategic guidance, staff resources, candidate trainings, and more.

These candidates have worked hard in their communities and earned a spot on Red to Blue by surpassing aggressive goals for grassroots engagement, local support, campaign organization, and fundraising. Beyond their demonstrated abilities to build a winning campaign infrastructure, these candidates have strong records of service; authentic messages that connect with voters in their districts, and deep ties to the communities they aim to serve.

**Hiral Tipirneni** AZ-06
**Christy Smith** CA-25
**Rita Hart** IA-02
**Betsy Dirksen Londrigan** IL-13
**Christina Hale** IN-05
**Dan Feehan** MN-01
**Jill Schupp** MO-02
**Jackie Gordon** NY-02
**Eugene DePasquale** PA-10
**Wendy Davis** TX-21
**Gina Ortiz Jones** TX-23
**Carolyn Long** WA-03

dccc.org

PAID FOR BY DCCC · 430 SOUTH CAPITOL STREET SE · WASHINGTON, DC 20003 · (202) 863-1500
WWW.DCCC.ORG · NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE

# 2020 House Majority Battlefield



 **42 Frontline Candidates**

*25 in Districts Trump Carried in 2016

AZ-01 Tom O'Halleran (D)*
CA-10 Josh Harder (D)*
CA-21 TJ Cox (D)
CA-39 Gil Cisneros (D)
CA-45 Katie Porter (D)
CA-48 Harley Rouda (D)
CA-49 Mike Levin (D)
CO-06 Jason Crow (D)
CT-05 Jahana Hayes (D)
FL-26 Debbie Mucarsel-Powell (D)
GA-06 Lucy McBath (D)*
IA-01 Abby Finkenauer (D)*
IA-03 Cindy Axne (D)*
IL-06 Sean Casten (D)
IL-14 Lauren Underwood (D)*
KS-03 Sharice Davids (D)
ME-02 Jared Golden (D)*
MI-08 Elissa Slotkin (D)*
MI-11 Haley Stevens (D)*
MN-02 Angie Craig (D)*
NH-01 Chris Pappas (D)*
NJ-03 Andy Kim (D)*
NJ-05 Josh Gottheimer (D)*
NJ-07 Tom Malinowski (D)
NJ-11 Mikie Sherrill (D)*
NM-02 Xochitl Torres Small (D)*
NV-03 Susie Lee (D)*
NV-04 Steven Horsford (D)
NY-11 Max Rose (D)*
NY-19 Antonio Delgado (D)*
NY-22 Anthony Brindisi (D)*
OK-05 Kendra Horn (D)*
PA-07 Susan Wild (D)
PA-08 Matt Cartwright (D)*
PA-17 Conor Lamb (D)*
SC-01 Joe Cunningham (D)*
TX-07 Lizzie Fletcher (D)
TX-32 Colin Allred (D)
UT-04 Ben McAdams (D)*
VA-02 Elaine Luria (D)*
VA-07 Abigail Spanberger (D)*
WA-08 Kim Schrier (D)

 **12 Red to Blue**

*(As of 2/28/20)*

AZ-06 Hiral Tiprineni (D)
CA-25 Christy Smith (D)
IA-02 Rita Hart (D)
IL-13 Betsy Dirksen Londrigan (D)
IN-05 Christina Hale (D)
NY-02 Jackie Gordon (D)
MN-01 Dan Feehan (D)
MO-02 Jill Schupp (D)
PA-10 Eugene DePasquale (D)
TX-21 Wendy Davis (D)
TX-23 Gina Ortiz Jones (D)
WA-03 Carolyn Long (D)

**33 Offensive Battleground Districts**

AZ-06 David Schweikert (R)
CA-22 Devin Nunes (R)
CA-50 Open (R)
CO-03 Scott Tipton (R)
FL-15 Ross Spano (R)
FL-18 Brian Mast (R)
GA-07 Open (R)
IA-04 Steve King (R)
IL-13 Rodney Davis (R)
IN-05 Open (R)
KY-06 Andy Barr (R)
MI-06 Fred Upton (R)
MN-01 Jim Hagedorn (R)
MO-02 Ann Wagner (R)
NC-02 Open (R)
NC-09 Dan Bishop (R)
NC-13 Ted Budd (R)
NE-02 Don Bacon (R)
NY-01 Lee Zeldin (R)
NY-02 Open (R)
NY-24 John Katko (R)
NY-27 Open (R)
OH-01 Steve Chabot (R)
PA-01 Brian Fitzpatrick (R)
PA-10 Scott Perry (R)
PA-16 Mike Kelly (R)
TX-10 Mike McCaul (R)
TX-21 Chip Roy (R)
TX-22 Open (R)
TX-23 Open (R)
TX-24 Open (R)
TX-31 John Carter (R)
WA-03 Jaime Herrera Beutler (R)

 **12 Expanded Battlefield Districts**

AK-AL Don Young (R)
CA-25 Open (R)
FL-16 Vern Buchanan (R)
IA-02 Open (R)
KS-02 Steve Watkins (R)
MI-03 Justin Amash (I)
MT-AL Open (R)
NC-08 Richard Hudson (R)
NJ-02 Jeff Van Drew (R)
OH-12 Troy Balderson (R)
TX-02 Daniel Crenshaw (R)
VA-05 Denver Riggleman (R)

 **3 Remaining Districts Won by Hillary in 2016 Still Held by Republicans**

NY-24 John Katko (R)
PA-01 Brian Fitzpatrick (R)
TX-23 Open (R)

**Additional Democrats Running in Districts Trump Won in 2016**

IL-17 Cheri Bustos
MN-07 Collin Peterson
NY-18 Sean Patrick Maloney
WI-03 Ron Kind

 **32 Republican Retirements**

AL-01 Bradley Byrne
AL-02 Martha Roby
CA-08 Paul Cook
CA-50 Duncan Hunter
FL-03 Ted Yoho
FL-19 Francis Rooney
GA-07 Rob Woodall

GA-09 Doug Collins
GA-14 Tom Graves
IL-15 John Shimkus
IN-05 Susan Brooks
KS-01 Roger Marshall
LA-05 Ralph Abraham
MI-10 Paul Mitchell
MT-AL Greg Gianforte
NC-02 George Holding
NC-06 Mark Walker
NC-11 Mark Meadows
NY-02 Peter King
NY-27 Chris Collins
OR-11 Greg Walden
PA-12 Tom Marino
TN-01 Phil Roe
TX-11 Mike Conaway
TX-13 Mac Thornberry
TX-17 Bill Flores
TX-22 Pete Olson
TX-23 Will Hurd
TX-24 Kenny Marchant
WI-05 Jim Sensenbrenner
WI-07 Sean Duffy
UT-01 Rob Bishop

**Battlestations**

*32 open and more coming!*

| CA | MN | PA |
| IA | MO | SC |
| IL | NJ | TX |
| IN | NM | UT |
| MI | NY | VA |
| ME | OK | WA |

**56 Field Managers on the Ground**

| AZ | ME | NV |
| CA | MI | PA |
| CO | MN | SC |
| FL | MO | TX |
| GA | NE | OK |
| IA | NH | OH |
| IL | NM | UT |
| IN | NJ | VA |
| KS | NY | WA |

## We need your support to ensure victories from Alaska to Maine and beyond!

PAID FOR BY DCCC • 430 SOUTH CAPITOL ST. SE • WASHINGTON, DC 20003 • (202) 863-1500 • WWW.DCCC.ORG • NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE

CONTRIBUTIONS OR GIFTS TO DCCC ARE NOT TAX DEDUCTIBLE

IWCG Job No: 2020031       Project: Battleground 2020 Insert       Date: 03/05/20       Stage: PROOF 7
Component: Insert (front)       Size: 8.5x14       Stock: White       Ink: 4CP

DCCC_000661



# First 12 Candidates Named to the DCCC's Red to Blue Program.
## These candidates and others like them are key to the DCCC's efforts to expand our Majority in 2020!

**Hiral Tipirneni** (AZ-06) A champion for Arizona's families, emergency room physician and cancer research advocate, Dr. Hiral Tipirneni is poised to defeat a vulnerable Republican to flip this seat from Red to Blue. This suburban district is becoming increasingly Democratic and Rep. David Schweikert, a member of the right-wing Freedom Caucus, is under investigation by the House Ethics Committee. This has left Schweikert extremely vulnerable to a well-funded Democrat.

**Betsy Dirksen Londrigan** (IL-13) Having come within less than one point of flipping the seat in 2018, Betsy Dirksen Londrigan is ready for a rematch and is the right candidate to turn IL-13 Blue. With Trump on the ballot, incumbent Republican Rodney Davis will be unable to maintain his faux-moderate persona in this district, which has seen a substantial increase in voter registration. Momentum and enthusiasm are on Betsy's side to flip this seat from Red to Blue.

**Jill Schupp** (MO-02) A fierce advocate for Missouri's families, Jill Schupp is the right candidate to flip MO-02 from Red to Blue. This suburban district is shifting away from the GOP and incumbent Rep. Ann Wagner's grip is slipping with each cycle, going from a more than 20-point margin in 2012 to only a 4-point margin in 2018. Jill's proven record as a bipartisan lawmaker makes this seat a prime pick-up opportunity.

**Wendy Davis** (TX-21) A champion for Texas families, Wendy Davis is a proven leader who has what it takes to turn TX-21 from Red to Blue in 2020. Freshman Rep. Chip Roy, a Ted Cruz protege, barely eked out a win in 2018, a historic underperformance for a Republican in this district. Changing demographics are putting Republicans on defense in the Lone Star State and create a prime opportunity to expand our Majority even further.

**Christy Smith** (CA-25) A nearly forty-year resident of California's Santa Clarita Valley, Christy Smith is the right candidate to keep this district in Democratic hands in the spring Special Election and again in November. Republicans believe they can win back this seat — but this suburban district is becoming increasingly diverse, and Christy Smith knows how to run and win in the reddest parts of the district.

**Christina Hale** (IN-05) As a former single mother who put herself through school, Christina Hale is a dedicated leader and the right candidate to flip IN-05 from Red to Blue. With Republican incumbent Susan Brooks' retirement and no Republican frontrunner to replace her, we have a unique opportunity to pick up this seat — especially with this district, which includes the suburbs of Indianapolis, trending Democrat.

**Jackie Gordon** (NY-02) An Army veteran and guidance counselor, Jackie Gordon is the candidate to flip NY-02's open congressional seat from Red to Blue. Republican Peter King is just one of over thirty Republicans choosing retirement over facing a tough re-election fight. The changing demographics of this Long Island district make a perfect opportunity to expand our Majority.

**Gina Ortiz Jones** (TX-23) An Air Force veteran running to represent the district she grew up in, Gina Ortiz Jones is the candidate to flip TX-23's open congressional seat. The district is 1 of 3 nationwide won by Hillary Clinton in 2016 that is currently held by a Republican in Congress. Rather than face defeat, Republican incumbent Will Hurd is calling it quits. Gina is running again and has the chance to pick up this seat for Democrats once and for all.

**Rita Hart** (IA-02) A lifelong Iowan, farmer, and educator, Rita Hart is a proven fighter and ideal candidate to hold IA-02. The GOP is trying to flip this newly open seat in a Trump district, but Rita knows the meaning of hard work and dedication and was re-elected to the Iowa Senate in 2014 despite a GOP landslide across the country. She has shown her ability to win tough districts and can do it again.

**Dan Feehan** (MN-01) Operation Iraqi Freedom veteran and Democrat Dan Feehan is in a strong position to flip this seat Red to Blue in 2020 after having come within 1,300 votes in 2018. First-term incumbent Jim Hagedorn has failed to deliver for his constituents, and President Obama won the district not once but twice. Dan is a dedicated public servant with name recognition and has what it takes to move the needle in this district.

**Eugene DePasquale** (PA-10) Eugene DePasquale has built a career fighting for working families, making him a stellar candidate who can turn PA-10 from Red to Blue in 2020. His opponent, Rep. Perry, is a member of the extreme Freedom Caucus, which is proving to be too conservative for this district that includes Harrisburg. Perry has been ineffective and he's vulnerable. With both the Democratic gubernatorial and Senate incumbents winning the district in 2018, PA-10 is a top-tier pick-up opportunity.

**Carolyn Long** (WA-03) Carolyn Long is a strong leader and has what it takes to flip WA-03 from Red to Blue in 2020. Her opponent Rep. Herrera Beutler, one of the most vulnerable Republican incumbents in the country, has avoided her own constituents at town halls because she can't defend her record in Washington, DC or failing to put their interests first. WA-03 is a prime opportunity to expand our Democratic Majority.

**Help the DCCC protect and expand our Majority by electing these and other amazing candidates. Make a gift now: dccc.org/house2020**

**IWCG Job No:** 2020031  
**Component:** Insert (back)  
**Project:** Battleground 2020 Insert  
**Size:** 8.5x14   **Stock:** White   **Ink:** 4CP  
**Date:** 03/05/20   **Stage:** PROOF 4

DCCC_000662



**INSIDE:**

**The plan to flip Texas in 2020**

XXXXMrs. Donor XXXXXXX
XXXX123 Main StreetXXXXX
XXXAnytown, US 12345XXXX
XXXXXXXXXXXXXXXXXXXXXXXX

10/1/19   11:42 AM

Blue Texas Fund
October 2019 Acquistion
#10 SLW OE Back
9.5w x 4.125h
White Stock
PMS 306 Light Blue and PMS 7686 Dark Blue

DCCC_000663

430 South Capitol Street SE   Washington DC 20003

 **bluetexasfund.com**

*Nancy Pelosi*





UB

BlueTexFundOct2019Acq_No10OE.indd   2

10/1/19   11:42 AM

Blue Texas Fund
October 2019 Acquistion
#10 OE Back
9.5w x 4.125h
White Stock
PMS 306 Light Blue, 1788 Red and 7686 Dark Blue

DCCC_000664



*"Texas is no longer, I believe, a reliably red state. We are on the precipice of turning purple, and we've got a lot of work to do to keep it red, because we lost, we got blown out in the urban areas. We got beat in the suburbs, which used to be our traditional strongholds."*

**— Senator John Cornyn**

Dear Fellow Democrat,

As a fellow Texan, you know that Texas is ground zero in our work to protect and expand our Majority in the House. Donald Trump knows it ... Texas Senators John Cornyn and Ted Cruz know it ... and now six Republican Members of Congress in Texas are retiring one after another!

Democrats took back the Majority in Congress because of what took place in Texas in 2018. And now we must do everything we can to **re-elect Rep Colin Allred and Rep Lizzie Fletcher** and other Democrats who defeated incumbent Republicans last year. And there are opportunities across the state and around the country to add more Democrats to our delegation.

**That's why Rep Allred, Rep Fletcher and the DCCC have joined together to launch the Blue Texas Fund, and I want you to be a Founding Member!**

**Your contribution of $25, $35, $50 or even $100 will go directly to help re-elect freshman members Colin Allred and Lizzie Fletcher to ensure we keep their voices in Congress. And the DCCC will use your support to expand the Democratic Majority in the House — including by fighting to elect more Democrats in the Lone Star State among others.**

Since July, six members of the GOP Texas delegation have announced their retirement. And even more may be on the horizon! Take a look:

- **Congressman Mike Conaway (TX-11)** chaired the House Intelligence Committee's probe into Russian interference in the 2016 election and now he's decided to head home to Texas. Conaway's decision to retire is a sign that Republican morale is plummeting along with their chances of retaking the House.
- **Congressman Mac Thornberry (TX-13)** is one of the longest-tenured Texans in Washington. He has served as the Chairman and Ranking Member of the powerful House Armed Services Committee.
- **Congressman Bill Flores (TX-17)** is a member of the House Energy and Commerce Committee and the former chairman of the conservative Republican Study Committee. Like other Texas Republicans he is facing a growing resistance.
- **Congressman Pete Olson (TX-22)** watched his 18-point victory in 2016 slide to just 5 points in 2018. TX-22 is one of the most diverse districts in the country and has been called a true toss-up in 2020.
- **Congressman Will Hurd (TX-23)**, the lone black Republican in the House, stunned Washington's establishment by announcing his retirement. Hurd won re-election by less than 1,000 votes in 2018 despite being considered a rising star in the Party.
- **Congressman Kenny Marchant (TX-24)** carried his suburban Dallas-Fort Worth district by a razor-thin 3% in 2018. Marchant resigned after he was hit with an ethics complaint over improper staff contributions. Beto O'Rourke won this district in 2018 and Democrats can win it in 2020.

The Blue Texas Fund is closely monitoring two more Texas Congressmen — Mike McCaul (TX-10) and John Carter (TX-31) — that could be potential pick-ups for our party next November.

*(over, please)*

 Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.

**bluetexasfund.com**
430 South Capitol Street SE
Washington DC 20003

Blue Texas Fund
October 2019 Acquisition
8.5w x 11h
White Stock
PMS 306 Light Blue, PMS 7686 Dark Blue and Black Ink
Olive Indicated FPO
Letter Prints Nunito 11/12pt

DCCC_000665

But we have to ensure that Representatives Allred and Fletcher head back to Washington, along with the new Democratic Members we elect to these open seats and across the country.

**Congressman Allred defeated powerful Republican Pete Sessions to become the first Democrat to hold Texas's 32nd congressional district.** Millions of dollars in outside money flooded the airways to help Sessions but Allred bested him by nearly 6.5 points and narrowly outraised him.

Now the GOP wants the seat back. Pete Sessions is considering a re-match and a former Navy Seal who threw his hat in the ring called Allred's win a "fluke" when he entered the race. Regardless of who he faces, it is up to us to make sure Allred has all of the financial resources he needs.

In 2018, Texas Republicans were knocked down on their heels when Lizzie Fletcher defeated Republican John Culberson. **Congresswoman Fletcher is the first Democrat to hold Texas's 7th congressional district in 50 years!** Not only did she defeat Culberson by 5 points, she outraised him by nearly $3 million.

Fletcher is determined to continue to represent her hometown of Houston but the National Republican Congressional Committee (NRCC) has already made her one of their top targets. That means the NRCC will certainly invest millions of dollars in the district and outside money will follow.

**Representatives Allred and Fletcher and the DCCC are counting on supporters like you to help them raise the funds that will ensure the Democratic House is protected in November of 2020! Please become a founding member of the Blue Texas Fund by rushing a contribution today.**

We're committed to doing everything we can to protect and expand our Majority in the House. Our plan to do just that runs straight through Texas. There's already a party headquarters in Austin and three more are planned throughout the state.

Also, there are democratic organizers on the ground right now! They are recruiting volunteers, knocking on doors, and having real conversations with Texans. They are making sure voters hear that Representatives Allred and Fletcher and other Democrats are in Washington fighting for the causes they care most about.

- Protecting and expanding the Affordable Care Act, working towards lowering prescription drug prices and ensuring the GOP cannot roll back pre-existing condition coverage.
- Cleaning up the culture of corruption by removing dark money from elections and advancing clean and fair elections.
- Passing responsible and bipartisan gun safety measures such as comprehensive background checks, including closing the gun show loophole.

But we can't forget that Donald Trump's path to re-election and the GOP's quest to taking back the gavel also goes through the Lone Star State. They are already building large campaign war chests and the RNC's former National Field Director has launched a Super PAC — Engage Texas — to raise unlimited sums of money to attack our talented candidates.

If you are anything like me, you're looking forward to seeing other Democrats from Texas and around the country join Representatives Allred and Fletcher in January of 2021. Please become a Founding Member of the Blue Texas Fund now to make sure we achieve this goal.

Sincerely,

Nancy Pelosi
Speaker of the House

P.S.   Enclosed is a map of Texas so you can see for yourself our party's commitment to turning Texas blue. Please take a look and rush a contribution to become a Founding Member of the Blue Texas Fund!

Blue Texas Fund
October 2019 Acquisition
8.5w x 11h
White Stock
PMS 7686 Dark Blue and Black Ink

DCCC_000666

## BECOMING A FOUNDING MEMBER OF BLUE TEXAS FUND TODAY!



**BLUE TEXAS FUND**

**YES!** I want to re-elect Texas representatives Colin Allred and Lizzie Fletcher and help the DCCC expand the Democratic Majority in the House. Enclosed is my contribution of:

❑ $25   ❑ $35   ❑ $50   ❑ Other $_____

*To charge your contribution to a credit card and for other important information, please see reverse side of this form.*

430 South Capitol Street SE
Washington DC 20003



**bluetexasfund.com**

XXXXMrs. Donor XXXXXXX
XXXX123 Main StreetXXXXX
XXXAnytown, US 12345XXXX
XXXXXXXXXXXXXXXXXXXXXX

Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.



Contributions or gifts to the Blue Texas Fund are not tax-deductible. Please make your check payable to the Blue Texas Fund and return it with this form in the postage-paid envelope provided or mail to the Blue Texas Fund at 430 South Capitol Street SE, Washington DC 20003.

SCANLINE

10/1/19   12:05 PM

Blue Texas Fund
October 2019 Acquisition
8.5x3.5 Reply Front
60# white offset
PMS 306 Light Blue and PMS 7686 Dark Blue Ink Plus Laser
Olive Indicated FPO/Laser & Union Bug
Donors Name/Address, Ask and Dollar String Lasers Nunito 12/13pt, "To charge..." Lasers Nunito Ital 8.75pt

DCCC_000667

By contributing, you affirm that you are at least 18 years old, the funds you are donating are not being provided to you by another person or entity for the purpose of making this contribution and that you are not a federal contractor or foreign national.

PLEASE SIGN AND DATE THIS FORM AND RETURN WITH YOUR CONTRIBUTION

Signed: _____   Date:_____

Federal law requires us to use our best efforts to collect and report the name, mailing address, occupation, and name of employer of individuals whose contributions exceed $200 in a calendar year.

Name: _____

Current Address: _____

_____

Phone No.: Home/Mobile: _____   Office: _____

Current Occupation: _____   ❑ Self-Employed

Employer: _____   Email Address: _____

I wish to charge my contribution in the amount of $_____ to my:

❑ VISA    ❑ Mastercard    ❑ AmEx    ❑ Discover

_____
Credit Card #

_____
Expiration Date

_____
Name as printed on card

_____
Signature                                    Date Signed

_____
Email

The first $11,200/$20,000 of each contribution from a person/multicandidate committee ("PAC") will be allocated evenly between Colin Allred for Congress and Elizabeth Pannill Fletcher for Congress (each, a "candidate"). The first $2,800/$5,000 of a person/PAC's contribution to each candidate will be designated for the primary election; the next $2,800/$5,000 will be designated for the general election. The next $248,500/$105,000 of each contribution from a person/multicandidate committee will be allocated to the DCCC, as follows: the first $35,500/$15,000 to the general fund; the next $106,500/$45,000 to the building fund; and the last $106,500/$45,000 to the recount fund. A contributor may designate his or her contribution for a particular participant. The allocation formula above may change if following it would result in an excessive contribution.

10/1/19   12:05 PM

Blue Texas Fund
October 2019 Acquisition
8.5x3.5 Reply Back
60# white offset
PMS 7686 Dark Blue Ink

DCCC_000668

  



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 2845   WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE

BLUE TEXAS FUND
PO BOX 96910
WASHINGTON DC 20077-7610

8/19/19   1:46 PM

Blue Texas Fund
Standard Reprint
#9 BRE Front
24# White Stock
Black Ink

DCCC_000669

# *Thank You for Your Support!*

BlueTexFund_No9BRE.indd   2

8/19/19   1:46 PM

Blue Texas Fund
Standard Reprint
#9 BRE Back
24# White Stock
Black Ink

DCCC_000670



**INSIDE:**

**The plan to flip Texas in 2020**

XXXXMrs. Donor XXXXXXX
XXXX123 Main StreetXXXXX
XXXAnytown, US 12345XXXX
XXXXXXXXXXXXXXXXXXXXXXXX

Blue Texas Fund
September 2019 Appeal #1
#10 SLW OE Back
9.5w x 4.125h
White Stock
PMS 306 Light Blue and PMS 7686 Dark Blue

DCCC_000671

430 South Capitol Street SE   Washington DC 20003



*Nancy Pelosi*







BlueTexFundSept2019Appeal_No10OE.indd   2

8/20/19   1:58 PM

Blue Texas Fund
September 2019 Appeal #1
#10 OE Back
9.5w x 4.125h
White Stock
PMS 306 Light Blue, 1788 Red and 7686 Dark Blue

DCCC_000672



*"Texas is no longer, I believe, a reliably red state. We are on the precipice of turning purple, and we've got a lot of work to do to keep it red, because we lost, we got blown out in the urban areas. We got beat in the suburbs, which used to be our traditional strongholds."*

— Senator John Cornyn

**Dear Fellow Democrat,**

Because of your support, Texas is ground zero in our work to protect and expand our Majority in the House. Donald Trump knows it ... Texas Senators John Cornyn and Ted Cruz know it ... and now four Republican Members of Congress in Texas are retiring one after another!

Democrats took back the Majority in Congress because of what took place in Texas in 2018. And now we must do everything we can to **re-elect Rep Colin Allred and Rep Lizzie Fletcher** and other Democrats who defeated incumbent Republicans last year. And there are opportunities across the state and around the country to add more Democrats to our delegation.

**That's why Rep Allred, Rep Fletcher and the DCCC have joined together to launch the Blue Texas Fund, and I want you to be a Founding Member!**

**Your contribution of <XX, YY or even ZZ> will go directly to help re-elect freshman members Colin Allred and Lizzie Fletcher to ensure we keep their voices in Congress. And the DCCC will use your support to expand the Democratic Majority in the House — including by fighting to elect more Democrats in the Lone Star State among others.**

Since July, four members of the GOP Texas delegation have announced their retirement. And even more may be on the horizon! Take a look:

- **Congressman Mike Conaway (TX-11)** chaired the House Intelligence Committee's probe into Russian interference in the 2016 election and now he's decided to head home to Texas. Conaway's decision to retire is a sign that Republican morale is plummeting along with their chances of retaking the House.
- **Congressman Pete Olson (TX-22)** watched his 18-point victory in 2016 slide to just 5 points in 2018. TX-22 is one of the most diverse districts in the country and has been called a true toss-up in 2020.
- **Congressman Will Hurd (TX-23)**, the lone black Republican in the House, stunned Washington's establishment by announcing his retirement. Hurd won re-election by less than 1,000 votes in 2018 despite being considered a rising star in the Party.
- **Congressman Kenny Marchant (TX-24)** carried his suburban Dallas-Fort Worth district by a razor-thin 3% in 2018. Marchant resigned after he was hit with an ethics complaint over improper staff contributions. Beto O'Rourke won this district in 2018 and Democrats can win it in 2020.

The Blue Texas Fund is closely monitoring two more Texas Congressmen — Mike McCaul (TX-10) and John Carter (TX-31) — that could be potential pick-ups for our party next November.

But we have to ensure that Representatives Allred and Fletcher head back to Washington, along with the new Democratic Members we elect to these open seats and across the country.

*(over, please)*



Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.



bluetexasfund.com

430 South Capitol Street SE
Washington DC 20003

BlueTexFundSept2019Appeal_Letter.indd   1                                        8/15/19   7:24 PM

Blue Texas Fund
September 2019 Appeal #1
8.5w x 11h
White Stock
PMS 306 Light Blue and PMS 7686 Dark Blue Ink Plus Laser
Olive Indicated FPO/Laser
Letter Lasers Nunito 11/12pt

DCCC_000673

**Congressman Allred defeated powerful Republican Pete Sessions to become the first Democrat to hold Texas's 32nd congressional district.** Millions of dollars in outside money flooded the airways to help Sessions but Allred bested him by nearly 6.5 points and narrowly outraised him.

Now the GOP wants the seat back. Pete Sessions is considering a re-match and a former Navy Seal who threw his hat in the ring called Allred's win a "fluke" when he entered the race. Regardless of who he faces, it is up to us to make sure Allred has all of the financial resources he needs.

In 2018, Texas Republicans were knocked back on their heels when Lizzie Fletcher defeated Republican John Culberson. **Congresswoman Fletcher is the first Democrat to hold Texas's 7th congressional district in 50 years!** Not only did she defeat Culberson by 5 points, she outraised him by nearly $3 million.

Fletcher is determined to continue to represent her hometown of Houston but the National Republican Congressional Committee (NRCC) has already made her one of their top targets. That means the NRCCC will certainly invest millions of dollars in the district and outside money will follow.

**Representatives Allred and Fletcher and the DCCC are counting on supporters like you to help them raise the funds that will ensure the Democratic House is protected in November of 2020! Please become a founding member of the Blue Texas Fund by rushing a contribution today.**

We're committed to doing everything we can to protect and expand our Majority in the House. Our plan to do just that runs straight through Texas. There's already a party headquarters in Austin and three more are planned throughout the state.

Also, there are democratic organizers on the ground right now! They are recruiting volunteers, knocking on doors, and having real conversations with Texans. They are making sure voters hear that Representatives Allred and Fletcher and other Democrats are in Washington fighting for the causes they care most about.

- Protecting and expanding the Affordable Care Act, working towards lowering prescription drug prices and ensuring the GOP cannot roll back pre-existing condition coverage.
- Cleaning up the culture of corruption by removing dark money from elections and advancing clean and fair elections.
- Passing responsible and bipartisan gun safety measures such as comprehensive background checks, including closing the gun show loophole.

But we can't forget that Donald Trump's path to re-election and the GOP's quest to taking back the gavel also goes through the Lone Star State. They are already building large campaign war chests and the RNC's former National Field Director has launched a Super PAC — Engage Texas — to raise unlimited sums of money to attack our talented candidates.

If you are anything like me, you're looking forward to seeing other Democrats from Texas and around the country join Representatives Allred and Fletcher in January of 2021. Please become a Founding Member of the Blue Texas Fund now to make sure we achieve this goal.

Sincerely,

*Nancy Pelosi*

Nancy Pelosi
Speaker of the House

P.S. Enclosed is a map of Texas so you can see for yourself our party's commitment to turning Texas blue. Please take a look and rush a contribution to become a Founding Member of the Blue Texas Fund!

8/15/19   7:24 PM

Blue Texas Fund
September 2019 Appeal #1
8.5w x 11h
White Stock
PMS 7686 Dark Blue and Black Ink

DCCC_000674

## BECOMING A FOUNDING MEMBER OF BLUE TEXAS FUND TODAY!



**YES!** I want to re-elect Texas representatives Colin Allred and Lizzie Fletcher and help the DCCC expand the Democratic Majority in the House. Enclosed is my contribution of:

☐ <$HPC>    ☐ <$1.5HPC>    ☐ <$2HPC>    ☐ Other $_____

*To charge your contribution to a credit card and for other important information, please see reverse side of this form.*

430 South Capitol Street SE
Washington DC 20003

**bluetexasfund.com**

XXXXMrs. Donor XXXXXXX
XXXX123 Main StreetXXXXX
XXXAnytown, US 12345XXXX
XXXXXXXXXXXXXXXXXXXXXXXX

Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.



Contributions or gifts to the Blue Texas Fund are not tax-deductible. Please make your <u>check payable to the Blue Texas Fund</u> and return it with this form in the postage-paid envelope provided or mail to the Blue Texas Fund at 430 South Capitol Street SE, Washington DC 20003.

SCANLINE

BlueTexFundSept2019Appeal_Reply.indd   1

8/20/19   2:31 PM
Blue Texas Fund
September 2019 Appeal #1
8.5x3.5 Reply Front
60# white offset
PMS 306 Light Blue and PMS 7686 Dark Blue Ink Plus Laser
Olive Indicated FPO/Laser
Donors Name/Address, Ask and Dollar String Lasers Nunito 12/13pt, "To charge..." Lasers Nunito Ital 8.75pt

DCCC_000675

By contributing, you affirm that you are at least 18 years old, the funds you are donating are not being provided to you by another person or entity for the purpose of making this contribution and that you are not a federal contractor or foreign national.

PLEASE SIGN AND DATE THIS FORM AND RETURN WITH YOUR CONTRIBUTION

Signed: _____   Date:_____

Federal law requires us to use our best efforts to collect and report the name, mailing address, occupation, and name of employer of individuals whose contributions exceed $200 in a calendar year.

Name: _____

Current Address: _____

_____

Phone No.: Home/Mobile: _____   Office: _____

Current Occupation: _____   ❑ Self-Employed

Employer: _____   Email Address: _____

I wish to charge my contribution in the amount of $_____ to my:

❑ VISA   ❑ Mastercard   ❑ AmEx   ❑ Discover

_____
Credit Card #

_____
Expiration Date

_____
Name as printed on card

_____
Signature                              Date Signed

_____
Email

The first $11,200/$20,000 of each contribution from a person/multicandidate committee ("PAC") will be allocated evenly between Colin Allred for Congress and Elizabeth Pannill Fletcher for Congress (each, a "candidate"). The first $2,800/$5,000 of a person/PAC's contribution to each candidate will be designated for the primary election; the next $2,800/$5,000 will be designated for the general election. The next $248,500/$105,000 of each contribution from a person/multicandidate committee will be allocated to the DCCC, as follows: the first $35,500/$15,000 to the general fund; the next $106,500/$45,000 to the building fund; and the last $106,500/$45,000 to the recount fund. A contributor may designate his or her contribution for a particular participant. The allocation formula above may change if following it would result in an excessive contribution.

BlueTexFundSept2019Appeal_Reply.indd  2

8/20/19  2:31 PM

Blue Texas Fund
September 2019 Appeal #1
8.5x3.5 Reply Back
60# white offset
PMS 7686 Dark Blue Ink
Olive Indicated FPO Union Bug

DCCC_000676



# PLAN
## FOR A BLUE
# TEXAS

**BLUE**
**TEXAS**
**FUND**

**Democrats to Re-elect**
TX-07 Lizzie Fletcher
TX-32 Colin Allred

**Target Districts\***
TX-10 Mike McCaul
TX-21 Chip Roy
TX-22 Open
TX-23 Open
TX-24 Open
TX-31 John Carter
*\*As of 8/15/19*

**ON THE GROUND IN TEXAS**

**Party Field Organizers**
Austin
Dallas
Houston
San Antonio

**Headquarters**
Austin
3 More offices are planned!

Become a Founding Member of the **Blue Texas Fund** now!
**Rush a contribution** now or make a gift at **bluetexasfund.com/donate**

Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.

BTF_Sept2019Pkg_MapInsert.indd   1

8/20/19   1:57 PM

Blue Texas Fund
September 2019 Pkg
Insert (8.5h x 11w)
White Stock
PMS Red 1788, Blue 306, Blue 7686 and Black Ink
Olive indicates FPO Union Bug

DCCC_000677

  



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 2845   WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE

BLUE TEXAS FUND
PO BOX 96910
WASHINGTON DC 20077-7610

BlueTexFund_No9BRE.indd   1                                                    8/19/19   1:46 PM

Blue Texas Fund
Standard Reprint
#9 BRE Front
24# White Stock
Black Ink

DCCC_000678

# *Thank You for Your Support!*

BlueTexFund_No9BRE.indd   2

8/19/19   1:46 PM

Blue Texas Fund
Standard Reprint
#9 BRE Back
24# White Stock
Black Ink

DCCC_000679



**INSIDE:** Texodus Update

XXXXMrs. Donor XXXXXXX
XXXX123 Main StreetXXXXX
XXXAnytown, US 12345XXXX
XXXXXXXXXXXXXXXXXXXXXXXX

BlueTexFundDec2019Appeal_No10OE.indd   1                                                                                 11/8/19   6:37 PM

Blue Texas Fund
December 2019 Appeal #2
#10 SLW OE Back
9.5w x 4.125h
White Stock
PMS 306 Light Blue and PMS 7686 Dark Blue

DCCC_000680

430 South Capitol Street SE   Washington DC 20003



_Nancy Pelosi_

UB



BlueTexFundDec2019Appeal_No10OE.indd   2          11/8/19  6:37 PM

Blue Texas Fund
December 2019 Appeal #2
#10 OE Back
9.5w x 4.125h
White Stock
PMS 306 Light Blue and 7686 Dark Blue

DCCC_000681



## BLUE TEXAS FUND

"Texas is no longer, I believe, a reliably red state."
— *Republican Senator John Cornyn*

Dear <SALUTATION XXXXXXX>,

While all eyes are on the White House, the fight to maintain the Democratic Majority in the House of Representatives is already underway.

And nowhere is more important than the Lone Star State.  Since I wrote you about the launch of the **Blue Texas Fund**, not just one, but TWO more Republican House members from Texas announced they won't be seeking re-election.

**Their retirements bring the total number of House Republicans retiring and resigning nationwide to 22!  They'd rather retire than face tough Democratic challengers.**

With the mass Texodus of retiring Republican House members, the GOP knows their chances of taking back the House are slipping away — and their chances of maintaining their chokehold on Texas is loosening by the day.

But they aren't ready to throw in the towel just yet. In fact, Trump made a visit to Dallas in October — a year before the election — to stir up his divisive rhetoric and partisan attacks.

Trump and his billionaire buddies are going to spend heavily to spread fear and lies across the Lone Star State.  They've already launched a new Super PAC — Engage Texas — to raise unlimited sums of money without accountability or transparency.

**This is why your support of the Blue Texas Fund is absolutely vital.  Your contribution will go to work to re-elect representatives Colin Allred (TX-32) and Lizzie Fletcher (TX-7).**

> **And the DCCC will use your contribution of <XX, YY or even ZZ> to protect and elect more Democrats in the Lone Star State and across the country to strengthen our Majority in the House.**

While Texas is ripe with opportunity to make significant gains, we cannot take anything for granted when it comes to keeping the two seats won by freshmen Lizzie Fletcher and Colin Allred.

*(over, please)*

Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.

**bluetexasfund.com**

430 South Capitol Street SE
Washington DC 20003

---

## My Gift to Turn Texas BLUE!

**YES!** Nancy you can count on me. I want to help ensure Texas representatives Colin Allred and Lizzie Fletcher are re-elected and the DCCC protects and expands the Democratic Majority in the House. Enclosed is my contribution of:

❑ <$HPC>     ❑ <$1.5HPC>     ❑ <$2HPC>     ❑ Other $_____

To charge your contribution to a credit card and for other important information, please see reverse side of this form.

## BLUE TEXAS FUND

430 South Capitol Street SE
Washington DC 20003

**bluetexasfund.com**

XXXXMrs. Donor XXXXXXX
XXXX123 Main StreetXXXXX
XXXAnytown, US 12345XXXX
XXXXXXXXXXXXXXXXXXXXXX

Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.

SCANLINE

Contributions or gifts to the Blue Texas Fund are not tax-deductible. Please make your check payable to the Blue Texas Fund and return it with this form in the postage-paid envelope provided or mail to the Blue Texas Fund at 430 South Capitol Street SE, Washington DC 20003.

BlueTexFundDec2019Appeal_LetRply.indd   1

11/12/19   10:24 AM

Blue Texas Fund
December 2019 Appeal #2
Front of Letter/Reply (8.5 x 14, With slit at 10.5 from top) with the bottom Reply to fly a #10 SLW Outer Envelope
White Stock
2 spot color ink: PMS 306 Light Blue and PMS 7686 Dark Blue Ink + Laser
Olive Indicates FPO union bug, window placement, scanline and lasering: Letter is Arial 12/13pt, Reply is Arial 12/13pt & Arial Italic 8.5pt

When Lizzie Fletcher defeated Republican John Culberson, stunning a complacent 9-term incumbent, she became the **first Democrat to hold Texas' 7th congressional district in 50 years!**

The National Republican Congressional Committee (NRCC) has identified Fletcher as one of their top targets and they will pour millions of dollars into this race. Outside money from big money Super PACs won't be far behind.

Super PACs funded by nameless donors have already launched ads attacking Fletcher. The Washington GOP have handpicked a candidate to run in this district. He will have the support of major GOP donors from across the country. Republicans will stop at nothing to take this seat back for their conservative backers.

Same goes for Colin Allred's race to hold onto his district. Allred proved that even powerful, entrenched Republicans like Pete Sessions can be beat when you run a grassroots campaign. Congressman Allred is **the first Democrat to hold Texas' 32nd congressional district EVER!**

Shifting demographics and attitudes of suburban voters are on our side. Texas is quickly becoming one of the biggest battleground states.

The fact is this: Elections are won and lost right at this very moment in the cycle. Field programs aren't launched on a fall weekend 60 days before the election. They start right now!

If we stand any chance of re-electing Fletcher and Allred and expanding our Majority with victories nationwide, we cannot wait. Now is the time to hire, train and deploy grassroots organizers and make other investments to provide campaigns the early funding, message development and strategic guidance they need to knock on doors, talk with voters, get the truth out and win.

**Please return your most generous contribution to the Blue Texas Fund today to make sure we can protect and expand the Democratic Majority.**

Thank you for your support and for helping turn Texas Blue.

Sincerely,

Nancy Pelosi
Speaker of the House

P.S.     **The tide is turning in Texas** and your support of the **Blue Texas Fund** will help us leverage every opportunity to protect our Freshmen Democrats and pick up even more seats right here in Texas and across the country to strengthen the House Majority. Please make your best gift today to help turn Texas Blue. We can't do it without you!

---

By contributing, you affirm that you are at least 18 years old, the funds you are donating are not being provided to you by another person or entity for the purpose of making this contribution and that you are not a federal contractor or foreign national.
PLEASE SIGN AND DATE THIS FORM AND RETURN WITH YOUR CONTRIBUTION

Signed: _____     Date: _____
Federal law requires us to use our best efforts to collect and report the name, mailing address, occupation, and name of employer of individuals whose contributions exceed $200 in a calendar year.

Name: _____

Current Address: _____

Phone No. Home/Mobile: _____     Office: _____

Current Occupation: _____     ☐ Self-Employed

Employer: _____     Email Address: _____

I wish to charge my contribution in the amount of
$_____ to my:
☐ VISA     ☐ Mastercard     ☐ AmEx     ☐ Discover

Credit Card # _____

Expiration Date _____

Name as printed on card _____

Signature _____     Date Signed _____

Email _____

The first $11,200/$20,000 of each contribution from a person/multicandidate committee ("PAC") will be allocated evenly between Colin Allred for Congress and Elizabeth Pannill Fletcher for Congress (each, a "candidate"). The first $2,800/$5,000 of a person/PAC's contribution to each candidate will be designated for the primary election; the next $2,800/$5,000 will be designated for the general election. The next $248,500/$105,000 of each contribution from a person/multicandidate committee will be allocated to the DCCC. For the next $106,500/$45,000, the next $106,500/$45,000 to the building fund, and the last $106,500/$45,000 to the recount fund. A contributor may designate his or her contribution for a particular participant. The allocation formula above may change if following it would result in an excessive contribution.

BlueTexFundDec2019Appeal_LetRply.indd   2

11/12/19   10:24 AM

Blue Texas Fund
December 2019 Appeal #2
Back of Letter/Reply (8.5 x 14, With slit at 10.5 from top)
White Stock
PMS 7686 Dark Blue Ink + Black

DCCC_000683



# 2020 TEXODUS CLIMBS TO 6 RETIREMENTS!

## BLUE TEXAS FUND

**Democrats to Re-elect**
TX-07 Lizzie Fletcher
TX-32 Colin Allred

**Announced Retirements**
TX-11 Mike Conaway
TX-13 Mac Thornberry
TX-17 Bill Flores
TX-22 Pete Olson
TX-23 Will Hurd
TX-24 Kenny Marchant

**Retirement Watch**
TX-10 Mike McCaul
TX-31 John Carter

### ON THE GROUND IN TEXAS

**Party Field Organizers**
Austin
Dallas
Houston
San Antonio

**Headquarters**
Austin
3 More offices are planned!

To protect our freshman Reps. Colin Allred and Lizzie Fletcher and to make critical investments in every race in Texas and across the nation, make your best gift in support of the **Blue Texas Fund** today **bluetexasfund.com/donate**

Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.

BlueTexFundDec2019Appeal_MapInsert.indd   1

11/6/19   11:24 PM

Blue Texas Fund
December 2019 Appeal #2
Insert Front (8.5h x 11w)
White Stock
PMS Red 1788, Blue 306, Blue 7686 and Black Ink
Olive indicates FPO Union Bug

DCCC_000684

# LONE STAR GOP FEARS TEXODUS

## The Dallas Morning News

August 9, 2019

**TEXODOUS: WHY ARE THE TEXAS REPUBLICANS IN CONGRESS BOLTING FOR THE EXISTS, AND WHAT DOES IT MEAN FOR 2020?**

"Whether or not the retirement roster in Texas grows, the shakeup is already substantial."

### *The* Atlantic

October 21, 2019

**THE 2020 CONGRESSIONAL-RETIREMENT TRACKER**

"In the House, the GOP departures point to a pair of ominous trends for the party: the loss of several members of its dwindling contingent of minority and women lawmakers, and an exodus from Texas (or what Democrats are already calling a "Texodus.")

### The Washington Post

October 18, 2019

**TEXODOUS' BODES BADLY FOR REPUBLICANS**

"In the 2018 "Texodus," five Texas Republican representatives retired (a sixth resigned) and two were defeated. Of the 241 Republicans in the House when President Trump was inaugurated almost 40 percent are gone or going. See a trend?"

### AXIOS

October 29, 2019

**THE GOP'S NIGHTMARE SCENARIO**

"House Republicans in swing districts are retiring at a very fast pace, especially in the suburbs of Texas and elsewhere. (Republicans talk grimly of the "Texodous.")

BlueTexFundDec2019Appeal_MapInsert.indd   2

11/6/19   11:24 PM

Blue Texas Fund
December 2019 Appeal #2
Insert Back (8.5h x 11w)
White Stock
PMS Blue 306, Blue 7686 and Black Ink
Olive indicates FPO Union Bug

DCCC_000685









## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 2845   WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE

BLUE TEXAS FUND
PO BOX 96910
WASHINGTON DC 20077-7610

BlueTexFund_No9BRE.indd   1

8/19/19   1:46 PM

Blue Texas Fund
Standard Reprint
#9 BRE Front
24# White Stock
Black Ink

DCCC_000686

# *Thank You for Your Support!*

BlueTexFund_No9BRE.indd  2

8/19/19  1:46 PM

Blue Texas Fund
Standard Reprint
#9 BRE Back
24# White Stock
Black Ink

DCCC_000687



**ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(/)   (https://www.youtube.com/channel/user/dccavideo)

(https://twitter.com/dccc)

**NEWS (HTTPS://DCCC.ORG/NEWS/)**

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# Day 2, MIDTERMS IN REVIEW: DCCC Historic Investments Created Multiple Paths to the Majority




⊙ SUNDAY, NOVEMBER 4, 2018

The DCCC built the largest battlefield in over a decade, targeting more than 100 seats and investing in more than 80 districts. This historically large investment has created multiple paths to the majority, including through districts that President Trump won by double digits. Democrats are prepared to win in a combination of geographically, demographically and politically diverse districts on Tuesday.

## Historic Investment in the General Election and Primaries

The DCCC has placed a premium on recruiting and empowering women and diverse candidates. The numbers tell a powerful story.

- DCCC investment in **85 districts**, with at least ~$100K per district

- DCCC investment in female candidates: **$ 63.2M**

- DCCC investment in diverse, non-white candidates: **$39M**

- DCCC investment in veteran candidates: **$ 25.59M**

- DCCC investment in LGBTQ candidates: **$9.23M**

## Key Dates for Aggressive Battlefield Expansion, to Put GOP on their Heels

Given the structural disadvantage of running on Republican drawn district lines, we knew it was a strategic imperative to build a huge battlefield and give Democrats multiple paths to the majority. The DCCC started laying out an aggressive battlefield in January 2017 – well before we had candidates to run in those places. But we set our bar for success high.

In order to make the battlefield a reality, we recruited candidates with deep records of service and independent profiles who can win in tough districts. As a result of successful recruitment and early investments, we put Republicans on defense, including in deeply red districts. With the NRCC and CLF making a round of last minute investments deep into the battlefield, it's clear that the strategy of spreading Republicans thin financially has already worked.

TIMELINE OF DCCC's HISTORICALLY LARGE BATTLEFIELD:

- **January 30, 2017 – 59 Districts**
  - **The Hill** (https://thehill.com/homenews/campaign/316966-house-dems-campaign-arm-signals-early-2018-targets)**:** House Dems campaign arm signals early '18 targets

- **May 22, 2017 – 71 districts**
  - **Roll Call** (https://www.rollcall.com/news/politics/dccc-target-list-gop)**:** Democrats Expanding Battlefield into Trump Country

- **June 21, 2017: DCCC Chairman Ben Ray Luján Declared "House is in Play" the day after the GA-06 Special Election**. Read his memo HERE (https://2vmhfw1isbe32j3tgn3epw3x-wpengine.netdna-ssl.com/wp-content/uploads/2017/06/MEMO-The-House-is-in-Play-Let%E2%80%99s-March-into-18-Together.pdf)

- **November 9, 2017 – 91 districts**
  - **Politico** (https://www.politico.com/story/2017/12/08/democrats-election-long-shot-districts-287916)**:** Democrats scour map for sleeper races

    Following their Election Day romp in Virginia, New Jersey and a handful of other states, Democrats rushed to fan the prospect of a wave election in 2018.

    The Democratic Congressional Campaign Committee quickly added 11 more Republican-held districts — long-shot seats that aren't typically in play — to its existing list of 80 targeted races. Candidates in those newly added seats got a sudden dose of fundraising and organizational assistance, in addition to help with budgeting and media operations.

    The incumbent Republicans in those seats, some of them unaccustomed to vigorous challenges, are already feeling the squeeze.

DCCC_000689

- **February 6, 2018 – 101 districts**
  - **NBC News** (https://www.nbcnews.com/storyline/democrats-vs-trump/democrats-expand-battleground-target-101-gop-seats-n845871)**:** Democrats expand battleground, target 101 GOP seats

  - **Daily Beast** (https://www.thedailybeast.com/NEW-ANALYSIS-FINDS-MORE-REPUBLICANS-AT-RISK-IN-MIDTERMS-AS-DEMS-EXPAND-TARGET-LIST-TO-101/)**:** New Analysis Finds More Republicans at Risk in Midterms; Dems Expand Target List to 101

    Even as generic congressional ballot polling has indicated that Republicans are making up some ground ahead of 2018 midterm election, Democrats are widening their targets and a nonpartisan analysis shows that more GOP incumbents might be at risk.

    On Thursday, the Democratic Congressional Campaign Committee expanded its House battleground list to 101 Republican-held seats, an increase from its targets as of November 2017.

    "We have a long way to to go and won't take anything for granted, but are on track to take back the House in November," DCCC Chairman Rep. Ben Ray Luján (D-NM) said in a statement.

    In what it's calling the largest battlefield in a decade, the DCCC added seven targets, including races in South Carolina, New Jersey, Ohio, and Texas. This decision was bolstered by the DCCC's own polling that showed President Trump underwater in a number of Republican districts in addition to the 23 GOP districts Hillary Clinton carried in 2016, according to a report by NBC News.

- **May 31, 2018 – 104 districts**
- **June 10, 2018 – 111 districts**

## What They're Saying – Dems' Big Battlefield Successfully Stretches GOP Thin, Creates Opportunity for Wins Deep into Map

**National Journal** (http://njour.nl/s/673660?oref=email_share&mref=email_share&unlock=5T7ZFL00SHUB33VI)**: House Democrats' Fundraising Juggernaut Stuns GOP**

Republicans analyzing the new filings conceded they confirmed what Democrats have claimed since the beginning of the cycle—the battlefield is growing to massive proportions. In recent weeks, the Democratic

Congressional Campaign Committee booked air time in deep red territory in central and western Pennsylvania, as well as Arkansas—three districts where incumbents were outraised

**POLITICO** (https://subscriber.politicopro.com/article/2018/10/gop-floods-new-house-seats-with-cash-in-late-rescue-effort-936220)**: GOP floods new House seats with cash in late rescue effort**

It's also a troubling sign for the GOP's prospects of keeping the House. Most of Republicans' new defensive fortifications are coming in districts where the GOP has won easily in the past and has been expected to do so again in 2018, and Democrats have not considered them top targets or must-wins on their path to flip 23 seats and retake the House majority. While Republicans in some districts have benefited from Trump's rising approval rating and a boost of energy following Supreme Court Justice Brett Kavanaugh's confirmation, the new ad spending shows that Democrats are still making inroads into a range of Republican-held seats, including some where the GOP candidates are getting massively outspent.

[...] House Democrats portrayed Republicans' new financial infusion as a sign their party was expanding the map, cutting into GOP territory that many leaders viewed as safe and many political analysts long considered "likely" or "lean" Republican seats.

**NYT** (https://www.nytimes.com/2018/10/11/us/politics/republican-house-races.html?rref=collection%2Fsectioncollection%2Fpolitics)**: Republicans Abandon Vulnerable Lawmakers, Striving to Keep House**

There are between 60 and 70 Republican-held districts that are being seriously contested, and Democrats, boosted by strong fund-raising, have been expanding their television advertising in conservative-leaning districts in an effort to stretch Republicans thin.

[...] Democrats believe Republicans will not be able to shrink the House battlefield: Democratic groups have taken an aggressive approach to the map, probing Republican vulnerability even in districts that tilt to the right. The Democratic Congressional Campaign Committee recently began advertising in six conservative-leaning seats, from rural Pennsylvania to the suburbs of Little Rock, Ark., where they see Republicans slipping.

**National Journal** (https://www.nationaljournal.com/s/674097/growing-map-means-more-trouble-for-house-gop?mkt_tok=eyJpIjoiTTJRNFkyRmlZV1F3TXpRdyIsInQiOiJcL003WlFcL3J5R1RBN0lTT09NVmg2NW**Growing Map Means More Trouble for House GOP**

Despite an enthusiasm boost among red-state conservatives, outside GOP groups are still scrambling to protect rank-and-file members who looked in solid shape several months ago.

[...] They cite the record fundraising from individual Democratic candidates—a Democratic "green wave," as Ryan now calls it—forcing late investments to make up the financial disparities. But the flurry of cash in GOP-friendly areas also underscores how big the map of targets has grown, forcing any Republican running in a remotely competitive district to worry about their political future.

Privately, Republican leaders expect to lose around 30 seats—and the House majority—but acknowledge that there could be a number of unexpected outcomes pushing those numbers higher on election night. That's an all-too-realistic scenario, given the supercharged liberal engagement in districts across the country, lackluster reelection efforts from unprepared GOP members of Congress, and impressive fundraising figures from even long-shot Democratic challengers.

**Reuters** (https://www.reuters.com/article/us-usa-election-virginia-analysis/republicans-fear-democratic-blue-wave-spreading-to-once-safe-districts-idUSKCN1MI0VW?il=0)**: Republicans fear Democratic 'blue wave' spreading to once-safe districts**

"Republicans are playing defense in more and more places," said Doug Heye, a former official at the Republican National Committee. "The Democrats' map continues to get bigger. The Republicans' map continues to get smaller. That's a real problem."

Democrats have poured resources not only into Brat's district, but others that have come onto their battleground list, in places such as Pennsylvania, North Carolina, Southern California and other parts of Virginia such as the district currently represented by Republican Scott Taylor.

**McClatchy** (https://www.mcclatchydc.com/news/politics-government/election/midterms/article219427940.html)**: After money surge, GOP frets Democrats can 'buy rage in bulk'**

Now armed with an influx of campaign cash, Democrats have the resources to push even further into longtime Republican territory.

[...] Adding to the Democrats' advantage is the fact that candidates are able to run TV ads for less money than party committees like the National Republican Congressional Committee (the political arm of the House GOP)

DCCC_000692

or Super PACs like Congressional Leadership Fund (a group with close ties to House Speaker Paul Ryan). The disparity could strain the resources of those groups, and allow Democrats to try and target even more battlegrounds.

[....] The massive Democratic hauls in key districts give the national party and outside Democratic groups the space to expand their resources, and their map, further, Stutzman warned.

"National committees often come in and do big get-out-the-vote-type programs. It could be, in this instance, the campaigns handle it themselves," he said. "It allows the playing field to stay extended for the Democrats and squeezes Republicans. Democrats will have a plausible luxury, now, to go elsewhere in the country—wherever there's an opportunity."

**National Journal** (https://www.nationaljournal.com/s/672943/bulging-house-map-continues-to-grow?mkt_tok=eyJpIjoiTTJRNFkyRmIZV1F3TXpRdyIsInQiOiJcL003WlFcL3J5R1RBN0lTT09NVmg2NW3D%3D)**: Massive House Map Continues to Grow**

Democrats are finding compelling evidence that a new set of Republican-held seats are becoming increasingly competitive, stretching an already expansive map.

Internal Democratic polling conducted in August and September revealed the party's candidate leading or trailing by small margins in a dozen seats on the outer edges of the battlefield. And outside money is already starting to flow beyond the 50 or so districts that initially drew major TV ad reservations.

[...] Democrats worked hard early in the cycle to land strong recruits even in districts with tough demographics, and dozens of them have been able to build credible campaigns.

**The Hill** (https://thehill.com/homenews/campaign/408667-house-battlefield-expands-as-ad-wars-hit-new-peak)**: House battlefield expands as ad wars hit new peak**

Voters across the country are being deluged by an onslaught of television advertising as candidates and big-spending outside groups dump millions of dollars on a growing battleground that stretches from the North Maine Woods to the posh suburbs of San Diego.

DCCC_000693

[...] Democrats have expanded their advertising spending to some districts where the party has rarely competed in recent years, a sign that the party feels ambitious after public and private polling that shows President Trump is deeply unpopular and voters want Congress to act as a check.

"We knew all along that we wanted to build a massive battlefield, toward the goal of stretching the Republicans financially," said Meredith Kelly, a DCCC spokeswoman. She said Democrats expected Republicans to have a spending edge, but "we wanted that advantage to be diluted in as many districts as possible."

**The Hill** (http://thehill.com/homenews/house/381537-expanding-map-creates-tough-choices-for-gop)**: Expanding map creates tough choices for GOP**

The House GOP's campaign arm is facing tough choices about where to shift precious resources in the midterm elections, as Republicans desperately try to stave off a potential blue wave this November.

The National Republican Congressional Committee (NRCC) must decide how much focus should be placed on competitive and Democratic-leaning districts that Hillary Clinton carried — or if the party should put more energy into protecting solid GOP seats that could be in danger if a wave materializes this fall.

[...] Fifty-four Democratic challengers outraised 43 GOP incumbents in the last quarter of 2017, according to the Democratic Congressional Campaign Committee (DCCC), a figure that has further stepped up anxiety among Republicans fighting to keep the House.



Enter your email

DCCC.ORG (HTTPS://DCCC.ORG/)

HOME (HTTPS://DCCC.ORG/)

ABOUT (HTTPS://DCCC.ORG/ABOUT/)

ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)

NEWS (HTTPS://DCCC.ORG/NEWS/)

EN ESPAÑOL (/ESPANOL)

TAKE ACTION (HTTPS://DCCC.ORG/ACTION-CENTER/)

CONTRIBUTE NOW (/DONATE-FOOTER)

VOLUNTEER (HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?SOURCE=DCCC-HOMEPAGE)

ACTION CENTER (/ACTION-CENTER)

REGISTER TO VOTE (HTTP://IWILLVOTE.COM)

CONNECT

FACEBOOK (HTTPS://WWW.FACEBOOK.COM/HOUSEDEMOCRATS)

TWITTER (HTTPS://TWITTER.COM/DCCC)

YOUTUBE (HTTP://WWW.YOUTUBE.COM/USER/DCCCVIDEO)

CONTACT US (HTTPS://DCCC.ORG/CONTACT/)

MEDIA (HTTPS://DCCC.ORG/MEDIA/)

SEARCH (/?S=)

Like 2.1M

Follow @dccc (https://twitter

MEMBER RESOURCES (HTTP://CHANGEYOURCONGRESS.ORG/REDIRECT/MEMBER/INDEX.PHP)

FRONTLINE (HTTPS://DCCC.ORG/FRONTLINE/)

RACES (HTTPS://DCCC.ORG/RACES/)

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.

(/)



SPEAKER OF THE HOUSE

CONFIDENTIAL: MEMBERS ONLY UPDATE ENCLOSED

```
<<<<<<     Full  Name    >>>>>>>>>>
<<<<<<     Address  1    >>>>>>>>>>
<<<<<<     Address  2    >>>>>>>>>>
<<<<<<     Address  3    >>>>>>>>>>
<<<<<<    City State Zip   >>>>>>>
```

**Closed Face**
Speaker... - Garamond Regular, 15pt
Teaser... - Courier, 12pt

March Appeal Frontlines LC and High Control
DCC59242A01_#10_CE
24#WW Stock
PMS 288 Blue Ink



SPEAKER OF THE HOUSE

CONFIDENTIAL: MEMBERS ONLY UPDATE ENCLOSED

<<<<<<<Full Name>>>>>>>>>>>>>>>
<<<<<<<Address 1>>>>>>>>>>>>>>>
<<<<<<<Address 2>>>>>>>>>>>>>>>
<<<<<<<Address 3>>>>>>>>>>>>>>>
<<<<<<<City State Zip>>>>>>>>>>>

**Window =**
Speaker... - Garamond Regular, 15pt
Teaser... - Courier, 13pt

March Appeal Frontlines Low$ Control
DCC59242A01_#10_CE
24#WW Stock
PMS 288 Blue Ink

DCCC_000697

**DCCC**
430 South Capitol Street SE
Washington, D.C. 20003
www.dccc.org

UB

Address - Garamond Bold/Regular 9.5pt

March Appeal Frontlines All LC, High, Low Control Shared Back
DCC59242A01_#10_CE
24#WW Stock
PMS 288 Blue Ink

DCCC_000698

**NANCY PELOSI**
SPEAKER OF THE HOUSE

Dear >>>>>>>>>:

With each and every bill our House Democratic Majority passes For The People, Republicans grow more and more desperate to take back control.

Every time our House Majority moves to lower prescription drug prices, protect Americans with pre-existing conditions, and reduce the cost of health care, Republicans launch more attack ads funded by their wealthy benefactors and deep-pocketed lobbyists.

When our House Majority passes legislation to reduce the influence of big money in politics, enact common sense gun control, advance pay equity, fight climate change, increase workers' wages, and more … the GOP rushes more field organizers into the most vulnerable districts to try and elect Republicans who will rubber-stamp Trump's divisive agenda.

**We cannot — we will not — let them defeat our Democratic House Majority!** The fate of the American people for whom we fight will depend on the outcome of approximately 80 House races this November.

**That's why the Democratic Congressional Campaign Committee (DCCC) — the official campaign arm of House Democrats — is all in … not just to defend but to *expand* our Majority.**

We're making the investments needed to bolster our 42 Frontliners running for re-election in the most competitive seats, 25 of whom won in Trump districts, and to strengthen the candidacies of our 12 Red-to-Blue challengers so they can defeat GOP incumbents, win open seats where Republicans are retiring, and keep open Democratic seats in the hands of the Majority. And that's to name just a few of our crucial programs.

But Trump and his Republican "yes-men" are out for vengeance against Democrats more than ever before. Trump's campaign, two joint fundraising committees dedicated to his re-election, and the Republican Party raised a staggering $154 million in just the last three months of 2019 bringing their year total to nearly half a billion dollars!

**And after posting dismal fundraising for the past 17 months, the NRCC outraised the DCCC in January of 2020. We absolutely cannot let this become a trend!**

**That's why I urge you to rush a generous Leader's Council donation to the DCCC today to protect our vulnerable incumbents, win Republican-held seats and expand our Majority so we can swiftly enact the next Democratic president's bold agenda for the people.**

**This request is so urgent that a group of dedicated Democrats will match each $1 you give by May 15ᵗʰ with $5 of their own. So, your contribution of $1HPC will become $6HPC, $2HPC with turn into $12HPC, and $3HPC will generate $18 HPC.**

Your multiplied donation is critical to our work to ensure that our Frontliners and Red-to-Blue candidates can build their field operations and buy scarce TV ad time today. Tomorrow will be too late.

DCCC • 430 South Capitol Street SE • Washington, DC 20003 • www.dccc.org

Nancy... - Garamond Bold, 14pt
Speaker... - Garamond Regular, 12pt
Letter Copy... - Times, 12pt
Bottom Address... - Garamond Regular, 11pt

MARCH APPEAL FRONTLINES LC AND LC TEST
DCCG59242C03_8.5x11_LL
60# Text White Offset Stock
PMS 288 / PMS 288 + Black

**DCCC_000699**

We're deploying the field staff needed to ensure record turnout for our candidates, with more than 100 organizers already on the ground mobilizing grassroots organizers to contact a record number of voters and bring them to the polls on Election Day. But we must do more.

**To do that, we need you. Now.**

Your support will bolster our first wave of Red to Blue candidates. Take a look at the map I've enclosed and learn more about some of these future House leaders and the vital role you can play in turning those districts from Red to Blue.

These Red to Blue candidates, our Frontliners, and all of the campaigns in our Expanded Battlefield are already benefiting from the DCCC's early investments in building a state-of-the-art field operation, our intensive voter registration efforts, and our early ad buys targeting Republicans for standing with the big drug companies and against the American people in opposing our bill to lower prescription drug prices.

The bottom line is that we face the largest, most expensive battlefield yet for control of the U.S. House of Representatives. If we maintain and expand our Majority, we will not only hold the House, our momentum will help our presidential nominee defeat Donald Trump and we'll be there to work side-by-side to enact the next Democratic president's progressive agenda for the American people.

We are all in for victory in November. But we need you to be all in, too. We need your support now to start early conversations with voters, build an even stronger voter turnout operation than 2018, buy vital ad time to ensure voters know Democrats are on their side, and ensure the success of all our programs.

**Everything is at stake. Our quality of life. Our values. The very survival of our democracy. Please do your part to ensure that we end this sordid chapter in American history and recapture the progressive, inclusive values that embody true American greatness.**

**Please rush your contribution to the DCCC today. Thank you.**

Sincerely,

*Nancy Pelosi*

Nancy Pelosi
Speaker of the House

P.S. Trump is well on his way to lying, cheating, and stealing a second term — and if he has his way he'll gain a Republican House that caters to his every whim in 2020. That means our candidates will face not only dark money, but dirty tricks. The DCCC is braced for this reality and we're doing everything in our power to overcome whatever is thrown in our way. But to succeed, we urgently need your continued support. **Please take advantage of our 5 to 1 match and rush your contribution to the DCCC!**

PAID FOR BY DCCC • 430 SOUTH CAPITOL ST. SE • WASHINGTON, DC 20003 • (202) 863-1500
WWW.DCCC.ORG • NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE
CONTRIBUTIONS OR GIFTS TO DCCC ARE NOT TAX DEDUCTIBLE

Letter Copy... – Times, 12pt
Bottom Disclaimer... – Image

MARCH APPEAL FRONTLINES LC AND LC TEST
DCCG59242C03_8.5x11_LL
60# Text White Offset Stock
PMS 288 / PMS 288 + Black

**DCCC_000700**

## PERSONAL REPLY TO SPEAKER PELOSI

TO:        Speaker Nancy Pelosi
           Democratic Congressional Campaign Committee
           430 South Capitol Street, SE
           Washington DC 20003-4024

FROM:      <<<<<<<<<Full Name>>>>>>>>>
           <<<<<<<<<<Address>>>>>>>>>>
           <<<<<<<<<<Address>>>>>>>>>>
           <<<<<<<<<<Address>>>>>>>>>>
           <<<<<<<<<City, State, Zip>>>>>>

RE:        Contribution to Protect and Expand the Majority

Dear Speaker Pelosi,

With everything at stake, I'm proud to continue to stand with you to protect and expand our Democratic House Majority.  I'm rushing my Leader's Council contribution to the Democratic Congressional Campaign Committee (DCCC) in time to take advantage of the $5 to $1 match.

❏ $HPC = $6HPC       ❏ $1.5HPC = $9HPC       ❏ $2HPC = $12HPC       ❏ Other $ _____

*To put your gift to work immediately, go to www.dccc.org/dems2020*
*or call our contribution hotline at 1-877-4-DEM-FUTURE (1-877-433-6388),*
*To charge your contribution to a credit card and for other important information, please see reverse side of this form.*

DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE
430 South Capitol Street SE, Washington, DC 20003, www.dccc.org

SCAN LINE

**MARCH APPEAL FRONTLINES LC AND LC TEST**
DCC59242D02_8.5X7_LRC
WHITE OFFSET stock
PMS 288

FOLDS IN HALF (3.5 from TOP)

By contributing, you affirm that you are at least 18 years old, the funds you are donating are not being provided to you by another person or entity for the purpose of making this contribution and that you are not a federal contractor or foreign national.

**PLEASE SIGN AND DATE THIS FORM AND RETURN WITH YOUR CONTRIBUTION:**

Signed: _____   Date:_____

Federal law requires us to use our best efforts to collect and report the name, mailing address, occupation, and name of employer of individuals whose contributions exceed $200 in a calendar year.

Name: _____

Current Address: _____

Telephone No.: Home/Mobile: _____

Office: _____

Current Occupation: _____   ☐ Self-Employed

Employer: _____

Email Address: _____

<div style="border:1px solid">

I wish to charge my contribution in the amount of $_____ to my:

☐ American Express     ☐ MasterCard     ☐ VISA     ☐ Discover

_____
Credit Card #

_____
Expiration Date

_____
Signature                                        Date Signed

_____
Email

</div>

PAID FOR BY DCCC • 430 SOUTH CAPITOL ST. SE • WASHINGTON, DC 20003 • (202) 863-1500
WWW.DCCC.ORG • NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE

CONTRIBUTIONS OR GIFTS TO DCCC ARE NOT TAX DEDUCTIBLE

**MARCH APPEAL FRONTLINES LC AND LC TEST**
DCC59242D02_8.5X7_LRC
WHITE OFFSET stock
PMS 288

FOLDS IN HALF (3.5 from TOP)

DCCC_000702

<<<<<<<Full Name>>>>>>>>>>
<<<<<<<Address 1>>>>>>>>>>
<<<<<<<Address 2>>>>>>>>>>
<<<<<<<Address 3>>>>>>>>>>
<<<<<<<City State Zip>>>>>>>>>>

Dear _____,

With each and every bill our House Democratic Majority passes For The People, Republicans grow more and more desperate to take back control.

Every time our House Majority moves to lower prescription drug prices, protect Americans with pre-existing conditions, and reduce the cost of health care, Republicans launch more attack ads funded by their wealthy benefactors and deep-pocketed lobbyists.

When our House Majority passes legislation to reduce the influence of big money in politics, enact common-sense gun control, advance pay equity, fight climate change, increase workers' wages, and more . . . the GOP rushes more field organizers into the most vulnerable districts to try and elect Republicans who will rubber-stamp Trump's divisive agenda.

**We cannot — we will not — let them defeat our Democratic House Majority!** The fate of the American people for whom we fight will depend on the outcome of approximately 80 House races this November. **That's why the Democratic Congressional Campaign Committee (DCCC) — the official campaign arm of House Democrats — is all in . . . not just to defend but to *expand* our Majority.**

We're making the investments needed to bolster our 42 Frontliners running for re-election in the most competitive seats, 25 of whom won in Trump districts, and to strengthen the candidacies of our 12 Red-to-Blue challengers as they can defeat GOP incumbents, win open seats where Republicans are retiring, and keep open Democratic seats in the hands of the Majority. And that's to name just a few of our crucial programs.

But Trump and his Republican "yes-men" are out for vengeance against Democrats more than ever before. Trump's campaign, two joint fundraising committees dedicated to his re-election, and the Republican Party raised a staggering $154 million in just the last three months of 2019 bringing their year total to nearly half a billion dollars!

**And after peddling dismal fundraising for the past 17 months, the NRCC outraised the DCCC in January of 2020. We absolutely cannot let this become a trend!**

**That's why I urge you to rush a generous donation to the DCCC today to protect our vulnerable incumbents, win Republican-held seats and expand our Majority so we can swiftly enact the next Democratic president's bold agenda for the people.**

This request is so urgent that a group of dedicated Democrats will match each $1 you give by May 15th with $8 of their own. So, your contribution of $XXPC will become $8HPC, $2HPC with turn into $12HPC, and $3HPC will generate $18 HPC.

---

### A DEMOCRATIC HOUSE, THE BEST AND LAST DEFENSE AGAINST DONALD TRUMP

**Dear Speaker Pelosi,** With everything at stake, I'm proud to continue to stand with you to protect and expand our Democratic House Majority. I'm rushing my contribution to the Democratic Congressional Campaign Committee (DCCC) in time to take advantage of the 8 to 1 match.

☐ —$3HPC— —$3HPC&— ☐ —$1.5HPC— —$1.5HPC&—
☐ —$2HPC— —$3HPC&6— ☐ Other $_____ will be matched 8:11

XXXXMrs. Donor XXXXXXXXXXXX
XXXX123 Main StreetXXXXXXXXXXXX
XXXAnytown, US 12345XXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXX

*To put your gift to work immediately, go to www.dccc.org/house2020 or call our contribution hotline at 1-877-4-HOUSE-D (1-877-446-8733). To change your contribution to a credit card and for other important information, please see reverse side of this form.*

DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE
430 South Capitol Street SE, Washington, DC 20003, www.dccc.org

SCANLINE

MARCH APPEAL 2 FRONTLINE HIGH$
DCCX020X013_8.5x14_LLBF
60# White Recycled Wove
PMS 295, PMS 187 (front) / Black, 295 (back)

DCCC_000703

<<<<<<<Full Name>>>>>>>>
<<<<<<<Address 1>>>>>>>>
<<<<<<<Address 2>>>>>>>>
<<<<<<<City State Zip>>>>>>>

Dear <<<<<<<:

With each and every bill our House Democratic Majority passes For The People, Republicans grow more and more desperate to take back control.

Every time our House Majority moves to lower prescription drug prices, protect Americans with pre-existing conditions, and reduce the cost of health care, Republicans launch more attack ads funded by their wealthy benefactors and deep-pocketed lobbyists.

When our House Majority passes legislation to reduce the influence of money in politics, enact common sense gun control, advance pay equity, fight climate change, increase workers' wages, and more . . . the GOP rushes more field organizers into the most vulnerable districts to try and elect Republicans who will rubber-stamp Trump's divisive agenda.

We cannot — we will not — let them defeat our Democratic House Majority! The fate of the American people for whom we fight will depend on the outcome of approximately 80 House races this November. **That's why the Democratic Congressional Campaign Committee (DCCC) — the official campaign arm of House Democrats — is all in . . . and just as determined to defend but to *expand* our Majority.**

We're making the investments needed to bolster our 42 Frontliners running for re-election in the most competitive seats, 25 of whom won in Trump districts, and to strengthen the candidacies of our 12 Red-to-Blue challengers as they can defeat GOP incumbents, win open seats where Republicans are retiring, and keep open Democratic seats in the hands of the Majority. And that's to name just a few of our crucial programs.

But Trump and his Republican "yes-men" are out for vengeance against Democrats more than ever before. Trump's campaign, two joint fundraising committees dedicated to his re-election, and the Republican Party raised a staggering $154 million in just the last three months of 2019 bringing their year total to nearly half a billion dollars!

**And after posting dismal fundraising for the past 17 months, the NRCC outraised the DCCC in January of 2020. We absolutely cannot let this become a trend!**

**That's why I urge you to rush a generous donation to the DCCC today to protect our vulnerable incumbents, win Republican-held seats and expand our Majority so we can swiftly enact the next Democratic president's bold agenda for the people.**

This request is so urgent that a group of dedicated Democrats will match each $1 you give by May 15th with $3 of their own. So, your contribution of $3FPC will become $6HPC; $2HPC with turn into $12HPC, and $3HPC will generate $18 HPC.

---

**A DEMOCRATIC HOUSE, THE BEST AND LAST DEFENSE AGAINST DONALD TRUMP**

**Dear Speaker Pelosi,** With everything at stake, I'm proud to continue to stand with you to protect and expand our Democratic House Majority. I'm rushing my contribution to the Democratic Congressional Campaign Committee (DCCC) in time to take advantage of the 3 to 1 match.

☐ =$3FPC= → =$HPC×6=
☐ =$2HPC= → =$12HPC×6=

☐ =$1.3HPC= → =$1.3HPC×6=
☐ Other $_____ will be matched 3:11

XXXXMrs. Donor XXXXXXXXXXXX
XXXX123 Main StreetXXXXXXXXXXX
XXXAnytown, US 12345XXXXXXXX
XXXXXXXXXXXXXXXXXXXXX

*To put your gift to work immediately, go to*
*www.dccc.org/house2020 or call our contribution*
*hotline at 1-877-DEMOCRAT (1-877-336-6272).*
*To change your contribution to a credit card and for other important information, please see reverse side of this form.*

DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE
430 South Capitol Street SE, Washington, DC 20003, www.dccc.org

SCANLINE

MARCH APPEAL 2 FRONTLINES LOWS
DCCX020AC15_KXx1-L_LLBF
0LRE White Bottom
PMS 295, PMS 187 (front) / Black, 295 (back)

Your contribution to the DCCC is critical so our Frontline and Red to Blue candidates can build their field operations and buy scarce TV ad time today. **Tomorrow will be too late.**

We're deploying the field staff needed to ensure record turnout for our Expanded Battlefield 100 organizers already on the ground mobilizing grassroots organizers to contact a record number of voters and bring them to the polls on Election Day. But we must do more.

**To do that, we need _you_. _Now_.**

Your support will bolster our first wave of Red to Blue candidates. Take a look at the map I've enclosed and learn more about some of these future House leaders and the vital role you can play in turning these districts from Red to Blue.

These Red to Blue candidates, our Frontliners, and all of the campaigns in our Expanded Battlefield are already benefiting from the DCCC's early investments in building a state-of-the-art field operation, our intensive voter registration efforts, and our early ad buys targeting Republicans for standing with the big drug companies and against the American people in opposing our bill to lower prescription drug prices.

The bottom line is that we face the largest, most expensive battlefield yet for control of the U.S. House of Representatives. If we maintain and expand our Majority, we will not only hold the House, our momentum will help our presidential nominee defeat Donald Trump and we'll be there to work side-by-side to enact the next Democratic president's progressive agenda for the American people.

We are all in for victory in November. _But we need you to be all in, too._ We need your support now to start early conversations with voters, build an even stronger voter turnout operation than 2018, buy vital ad time to ensure voters know Democrats are on their side, and ensure the success of all our programs.

**Everything is at stake. Our quality of life. Our values. The very survival of our democracy. Please do your part to ensure that we end this sordid chapter in American history and recapture the progressive, inclusive values that embody true American greatness.**

**Please rush your contribution to the DCCC today. Thank you.**

Sincerely,

_Nancy Pelosi_

Nancy Pelosi
Speaker of the House

P.S.   Trump is well on his way to lying, cheating, and stealing a second term — and if he has his way he'll gain a Republican House that caters to his every whim in 2020. That means our candidates will face not only dark money, but dirty tricks. The DCCC is braced for this reality and we're doing everything in our power to overcome whatever is thrown in our way. But to succeed, we urgently need your continued support. **Please take advantage of our $ to 1 match and rush your contribution to the DCCC!**

DCCC_000705

## 42 Frontline Candidates
*25 in Districts Trump Carried in 2016*

AZ-01 Tom O'Halleran (D)*
AZ-10 Josh Harder (D)
CA-10 TJ Cox (D)
CA-39 Gil Cisneros (D)
CA-45 Katie Porter (D)
CA-48 Harley Rouda (D)
CA-49 Mike Levin (D)
CO-06 Jason Crow (D)
CT-05 Jahana Hayes (D)
FL-26 Debbie Mucarsel-Powell (D)*
GA-06 Lucy McBath (D)*
IA-01 Abby Finkenauer (D)*
IA-03 Cindy Axne (D)*
IL-14 Sean Casten (D)
IL-17 Lauren Underwood (D)*
KS-03 Sharice Davids (D)
ME-02 Jared Golden (D)*
MI-08 Elissa Slotkin (D)*
MI-11 Haley Stevens (D)*
MN-02 Angie Craig (D)*
NH-01 Chris Pappas (D)*
NJ-03 Andy Kim (D)*
NJ-05 Josh Gottheimer (D)*
NJ-07 Tom Malinowski (D)
NJ-11 Mikie Sherrill (D)*
NM-02 Xochitl Torres Small (D)*
NV-03 Susie Lee (D)*
NV-04 Steven Horsford (D)
NY-11 Max Rose (D)*
NY-19 Antonio Delgado (D)*
NY-22 Anthony Brindisi (D)*
OK-05 Kendra Horn (D)*
PA-08 Susan Wild (D)
PA-08 Matt Cartwright (D)*
PA-17 Conor Lamb (D)*
SC-01 Joe Cunningham (D)*
TX-07 Lizzie Fletcher (D)
TX-32 Colin Allred (D)
UT-04 Ben McAdams (D)*
VA-02 Elaine Luria (D)*
VA-07 Abigail Spanberger (D)*
WA-08 Kim Schrier (D)

## 12 Red to Blue

AZ-06 Hiral Tipirneni (D)
CA-25 Christy Smith (D)
IA-02 Rita Hart (D)
IL-13 Betsy Dirksen Londrigan (D)
IN-05 Christina Hale (D)
NY-02 Jackie Gordon (D)
MN-01 Dan Feehan (D)
MO-02 Jill Schupp (D)
NC-02 Eugene DePasquale (D)
TX-24 Wendy Davis (D)
TX-23 Gina Ortiz Jones (D)
VA-05 Carolyn Long (D)

## 33 Offensive Battlefield Districts

AZ-06 David Schweikert (R)
CA-22 Devin Nunes (R)
CA-50 Open (R)
CO-03 Scott Tipton (R)
FL-15 Ross Spano (R)
FL-18 Brian Mast (R)
IA-04 Steve King (R)
IL-13 Rodney Davis (R)
IN-05 Open (R)
MI-06 Andy Barr (R)
MI-06 Fred Upton (R)
MO-02 Ann Wagner (R)
NC-09 Open (R)
NC-13 Dan Bishop (R)
NE-02 Ted Budd (R)
NE-02 Don Bacon (R)
NY-02 Lee Zeldin (R)
NY-24 Open (R)
NY-27 John Katko (R)
OH-01 Open (R)
OH-12 Steve Chabot (R)
PA-01 Brian Fitzpatrick (R)
PA-10 Scott Perry (R)
PA-16 Mike Kelly (R)
TX-10 Mike McCaul (R)
TX-21 Chip Roy (R)
TX-22 Open (R)

TX-23 Open (R)
TX-24 Open (R)
TX-31 John Carter (R)
VA-05 Jaime Herrera Beutler (R)

## 12 Expanded Battlefield Districts

AK-AL Don Young (R)
CA-25 Open (R)
FL-16 Vern Buchanan (R)
IA-02 Open (R)
KS-02 Steve Watkins (R)
KS-04 Justin Amash (I)
MT-AL Open (R)
NE-02 Richard Hudson (R)
NY-02 Jeff Van Drew (D)
TX-02 Troy Balderson (R)
TX-03 Daniel Crenshaw (R)
VA-05 Denver Riggleman (R)

## 3 Remaining Districts Won by Hillary in 2016 Still Held by Republicans

NY-24 John Katko (R)
PA-01 Brian Fitzpatrick (R)
TX-23 Open (R)

## Additional Democrats Running in Districts Trump Won in 2016

IL-17 Cheri Bustos
MN-07 Collin Peterson
WI-03 Sean Patrick Maloney
Ron Kind

## 32 Republican Retirements

AL-01 Bradley Byrne
AL-02 Martha Roby
CA-08 Paul Cook
CA-50 Duncan Hunter
FL-03 Ted Yoho
FL-19 Francis Rooney
GA-07 Rob Woodall

GA-09 Doug Collins
GA-14 Tom Graves
IL-15 John Shimkus
IN-05 Susan Brooks
KS-01 Roger Marshall
LA-05 Ralph Abraham
MI-10 Paul Mitchell
MT-AL Greg Gianforte
NC-02 George Holding
NC-06 Mark Walker
NC-11 Mark Meadows
NY-02 Peter King
NY-27 Chris Collins
OR-02 Greg Walden
TX-11 Mike Conaway
TX-13 Mac Thornberry
TX-17 Bill Flores
TX-22 Pete Olson
TX-23 Will Hurd
TX-24 Kenny Marchant
WI-05 Jim Sensenbrenner
WI-07 Sean Duffy
UT-01 Rob Bishop

Tom Marino
Phil Roe

## Battlestations
*32 open and more coming!*

CA   MN   PA
IL   NJ   SC
IL   NJ   TX
IN   NM   WA
ME   NY
ME   OK

## 56 Field Managers on the Ground

AZ   ME   NV
CA   MI   NY
CO   MN   OH
FL   NC   OK
GA   NE   OR
IA   NH   UT
IL   NM   VA
IN   NV   WA
KS   NY

**We need your support to ensure victories from Alaska to Maine and beyond!**

PAID FOR BY DCCC • 430 SOUTH CAPITOL ST SE • WASHINGTON, DC 20003 • (202) 863-1500 • WWW.DCCC.ORG • NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE
CONTRIBUTIONS OR GIFTS TO DCCC ARE NOT TAX DEDUCTIBLE

IWCO Job No: 2020031    Project: Battleground 2020 Insert    Date: 03/05/20    Stage: PROOF 7
Component: Insert (front)    Size: 8.5x14    Stock: White    Ink: 4CP



## First 12 Candidates Named to the DCCC's Red to Blue Program.

**These candidates and others like them are key to the DCCC's efforts to expand our Majority in 2020!**

**Hiral Tipirneni** (AZ-06) A champion for Arizona's families, emergency room physician and cancer research advocate, Dr. Hiral Tipirneni is poised to defeat a vulnerable Republican to flip this seat from Red to Blue. This suburban district is becoming increasingly Democratic and Rep. David Schweikert, a member of the right-wing Freedom Caucus, is under investigation by the House Ethics Committee. This has left Schweikert extremely vulnerable to a well-funded Democrat.

**Betsy Dirksen Londrigan** (IL-13) Having come within less than one point of flipping the seat in 2018, Betsy Dirksen Londrigan is ready for a rematch and is the right candidate to turn IL-13 Blue. With Trump on the ballot, incumbent Republican Rodney Davis will be unable to maintain his faux-moderate persona in this district, which has seen a substantial increase in voter registration. Momentum and enthusiasm are on Betsy's side to flip this seat from Red to Blue.

**Jill Schupp** (MO-02) A fierce advocate for Missouri's families, Jill Schupp is the right candidate to flip MO-02 from Red to Blue. This suburban district is shifting away from the GOP and incumbent Rep. Ann Wagner's grip is slipping with each cycle, going from a more than 20-point margin in 2012 to only a 4-point margin in 2018. Jill's proven record as a bipartisan lawmaker makes this seat a prime pick-up opportunity.

**Wendy Davis** (TX-21) A champion for Texas families, Wendy Davis is a proven leader who has what it takes to turn TX-21 from Red to Blue in 2020. Freshman Rep. Chip Roy, a Ted Cruz protege, barely eked out a win in 2018, a historic underperformance for a Republican in this district. Changing demographics are putting Republicans on defense in the Lone Star State and create a prime opportunity to expand our Majority even further.

**Christy Smith** (CA-25) A nearly forty-year resident of California's Santa Clarita Valley, Christy Smith is the right candidate to keep this district in Democratic hands in the spring Special Election and again in November. Republicans believe they can win back this seat — but this suburban district is becoming increasingly diverse, and Christy Smith knows how to run and win in the reddest parts of the district.

**Christina Hale** (IN-05) As a former single mother who put herself through school, Christina Hale is a dedicated leader and the right candidate to flip IN-05 from Red to Blue. With Republican incumbent Susan Brooks' retirement and no Republican frontrunner to replace her, we have a unique opportunity to pick up this seat — especially with this district, which includes the suburbs of Indianapolis, trending Democrat.

**Jackie Gordon** (NY-02) An Army veteran and guidance counselor, Jackie Gordon is the candidate to flip NY-02's open congressional seat from Red to Blue in 2020. Republican Peter King is just one of over thirty Republicans choosing retirement over facing a tough re-election fight. The changing demographics of this Long Island district make a perfect opportunity to expand our Majority.

**Gina Ortiz Jones** (TX-23) An Air Force veteran running to represent the district she grew up in, Gina Ortiz Jones is the candidate to flip TX-23's open congressional seat. The district is 1 of 3 nationwide won by Hillary Clinton in 2016 that is currently held by a Republican in Congress. Rather than face defeat, Republican incumbent Will Hurd is calling it quits. Gina is running again and has the chance to pick up this seat for Democrats once and for all.

**Rita Hart** (IA-02) A lifelong Iowan, farmer, and educator, Rita Hart is a proven fighter and ideal candidate to hold IA-02. The GOP is trying to flip this newly open seat in a Trump district, but Rita knows the meaning of hard work and dedication and was re-elected to the Iowa Senate in 2014 despite a GOP landslide across the country. She has shown her ability to win tough districts and can do it again.

**Dan Feehan** (MN-01) Operation Iraqi Freedom veteran and Democrat Dan Feehan is in a strong position to flip this seat Red to Blue in 2020 after having come within 1,300 votes in 2018. First-term incumbent Jim Hagedorn has failed to deliver for his constituents, and President Obama won the district not once but twice. Dan is a dedicated public servant with name recognition and has what it takes to move the needle in this district.

**Eugene DePasquale** (PA-10) Eugene DePasquale has built a career fighting for working families, making him a stellar candidate who can turn PA-10 from Red to Blue. His opponent, Rep. Perry, is a member of the extreme Freedom Caucus, which is proving to be too conservative for this district that includes Harrisburg. Perry has been ineffective and he's vulnerable. With both the Democratic gubernatorial and Senate incumbents winning the district in 2018, PA-10 is a top-tier pick-up opportunity.

**Carolyn Long** (WA-03) Carolyn Long is a strong leader and has what it takes to flip WA-03 from Red to Blue in 2020. Her opponent Rep. Herrera Beutler, one of the most vulnerable Republican incumbents in the country, has avoided her own constituents at town halls because she can't defend her record in Washington, DC of failing to put their interests first. WA-03 is a prime opportunity to expand our Democratic Majority.

**Help the DCCC protect and expand our Majority by electing these and other amazing candidates. Make a gift now: dccc.org/house2020**

**IWCG Job No:** 2020031  **Project:** Battleground 2020 Insert  **Date:** 03/05/20  **Stage:** PROOF 4
**Component:** Insert (back)  **Size:** 8.5x14  **Stock:** White  **Ink:** 4CP

DCCC_000707





ALWM

**Democratic Congressional Campaign Committee**
430 South Capitol Street, SE
Washington DC  20003-4024

ADDRESS -- Helvetica Neue Medium, 13pt
WHITEMAIL -- Helvetica Neue: Medium, 11pt

March Appeal Frontlines LCs
DCC59242B01_#9_CRE
24# White Stock
Black / 0

DCCC_000708





NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL        PERMIT NO. 11372        WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE



**ALWM**

**DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE**
**PO BOX 96039**
**WASHINGTON DC 20077-7243**

March Appeal Frontlines High and Low $
DCC59242B02_#9_BRE
24# White
Black

DCCC_000709

## *Please remember to:*

1. Make your check payable to the DCCC.
2. Sign and date your check.
3. Ensure the amounts in the payment box and payment line are complete, and the amounts match!
4. Include your signature and expiration date if you are making a credit card gift.

### *Thank you for your support!*

March Appeal Frontlines High and Low $
DCC59242B02_#9_BRE
24# White
Black

DCCC_000710



**ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(https://dccc.com/dashdash/socialdeo)

**NEWS (HTTPS://DCCC.ORG/NEWS/)**

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# DCCC Announces "Cycle of Engagement" – an Aggressive and Sustained Effort to Connect with People of Color and Young Voters



⊘ THURSDAY, JUNE 20, 2019





*Building on the Success of 2018, Cycle of Engagement is the House Democrats' Strategy to Earn Every Vote and Take Nothing for Granted from these key constituencies*

Today, DCCC Chairwoman Cheri Bustos formally announced the **Cycle of Engagement** – the largest early investment House Democrats have ever made to improve the way we're connecting with the base of our Democratic Party – especially people of color and younger Americans. Following through on a promise to expand upon 2018's **Year of Engagement**, and inspired by her own work recruiting and training diverse voices to run for office, the DCCC's **Cycle of Engagement** program began with a major early investment in grassroots organizers across America and has continued with targeted digital ads holding Republicans accountable.

**"Several years ago, I launched a candidate boot camp that focused primarily on electing women, people of color and younger Americans because our strength as Democrats has always come from our diversity,"** said DCCC Chairwoman Cheri Bustos. **"We can't take anything for granted in 2020; we need to work to earn every vote one conversation at a time. That's why one of my first decisions as DCCC Chair was to put boots on the ground in dozens of communities across America.**

DCCC_000711

**"We know that having the support of people of color and young Americans is more important than ever. We are launching** *Cycle of Engagement* **to make sure their voices are both listened to and reflected in our strategy to fortify and expand the most diverse House Majority in our nation's history."**

What is The DCCC's Cycle of Engagement?

*Cycle of Engagement* is the DCCC's multi-year strategy to make sure we earn the support of two of our key constituencies — people of color and younger Americans — early and turn them out to vote for Democrats for Congress. With the stakes this high in 2020, we know we can't take anything for granted, that's why we've launched our Cycle of Engagement in the off-year.

- **Boots on the ground:** In March, the DCCC launched its first *Cycle of Engagement* program, *March Forward* – our first major field initiative that has placed **nearly 60 grassroots organizers in targeted communities across America**. Our *March Forward* Field Managers are building on and expanding **the conversation Democrats had with these vital communities in 2018** through **early voter registration drives, Republican accountability projects, digital outreach** and **traditional grassroots organizing**.

- **Research and Data**: We will be making **significant early** *Cycle of Engagement* **investments in polling, focus groups and other research projects** to make sure the work of the **Democratic Party is responsive to the hopes, dreams and concerns of communities of color and younger Americans.**

- **Paid Media aimed at People of Color and Younger Americans: We will invest in extensive targeted paid media, including digital, radio, mail, texting and mobile outreach** programs **that are in development at the DCCC**. The *Cycle of Engagement's* digital program is already in full swing with the launch of multiple **Spanish language ads holding vulnerable Republican Reps. Scott Tipton** and **Will Hurd accountable**.

- **Utilizing the talent of Minority Staff and Vendors to lead the Cycle of Engagement**: In a recognition of the importance of this work, **Tayhlor Coleman, a veteran of the DCCC** and **Texas native,** will serve as the DCCC's first ever **Director of the Cycle of Engagement**. To ensure that the messenger matches the message, **our work will be created primarily by political consultants of color.**



Enter your email

DCCC.ORG                    TAKE ACTION           CONNECT

(HTTPS://DCCC.ORG/)        (HTTPS://DCCC.ORG/ACTION-      FACEBOOK

HOME                       CENTER/)              (HTTPS://WWW.FACEBOOK.COM/HOUSEDEMOCRATS)

(HTTPS://DCCC.ORG/)        CONTRIBUTE NOW        TWITTER

ABOUT                      (/DONATE-FOOTER)      (HTTPS://TWITTER.COM/DCCC)

(HTTPS://DCCC.ORG/ABOUT/)  VOLUNTEER            YOUTUBE

ACTIONS                    (HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?       FRONTLINE

(HTTPS://DCCC.ORG/ACTION-  SOURCE=DCCC-          (HTTPS://DCCC.ORG/FRONTLINE/)

CENTER/)                   HOMEPAGE)             CONTACT US                RACES

NEWS                       ACTION CENTER         (HTTPS://DCCC.ORG/CONTACT/)  (HTTPS://DCCC.ORG/RACES/)

(HTTPS://DCCC.ORG/NEWS/)   (/ACTION-CENTER)      MEDIA

EN ESPAÑOL                 REGISTER TO VOTE       (HTTPS://DCCC.ORG/MEDIA/)

(/ESPANOL)                 (HTTP://IWILLVOTE.COM)  SEARCH (/?S=)

CHANGE YOUR CONGRESS (HTTP://CHANGEYOURCONGRESS.ORG/MEMBER/INDEX.PHP?REDIRECT=/MEMBER/INDEX.PHP)

Follow @dccc (https://twitter



(/)

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%
20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.



(/)

**ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(https://twitter.com/dccc/dccc/dccc/dccc/dccc/dccc/dccc/dccc/dccc/dccc/dccc/dccc/dccc/dccc/dccc/video)

**NEWS (HTTPS://DCCC.ORG/NEWS/)**

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# DCCC Announces New Leadership Team





🕐 THURSDAY, FEBRUARY 9, 2017

*The expanded and diverse leadership team reflects the DCCC's position of strength in 2018*

Democratic Congressional Campaign Committee Chairman Ben Ray Luján issued the following statement announcing his leadership team for the 2018 cycle:

**"I'm energized by the opportunity to serve alongside such a strong and diverse leadership team,"** said DCCC Chairman Ben Ray Luján. **"We have hit the ground running this cycle and have already started strengthening our Committee to protect incumbents and maximize gains on an expanded battlefield. Every member of our leadership team knows that House Democrats are on offense and they are committed to channeling the grassroots energy we see across the country into wins at the ballot box."**

*DCCC 2018 Leadership Team*

- **Recruitment Chair:** Denny Heck
- **Recruitment Vice-Chair**: Rep. Katherine Clark
- **Finance Co-Chairs**: Reps. Don Beyer & Suzan DelBene
- **Frontline Chair**: Rep. Annie Kuster
- **WomenLEAD Co-Chairs**: Reps. Val Demings, Debbie Dingell, Lois Frankel
- **Nat'l Chair for Candidate Services**: Rep. Jan Schakowsky
- **TEAM Co-Chairs**: Reps. Dan Kildee, Raul Ruiz, Norma Torres
- **Partners & Allies Council Co-Chairs**: Reps. Jim Himes, Richie Neal, Terri Sewell, Joaquin Castro
- **Labor Council Co-Chairs**: Reps. Mark Pocan & Bobby Scott
- **LGBT Council Co-Chairs**: Reps. Jared Polis & Mark Takano

DCCC_000714



Enter your email

DCCC.ORG                    TAKE ACTION                CONNECT

(HTTPS://DCCC.ORG/)        (HTTPS://DCCC.ORG/ACTION-   FACEBOOK

                          CENTER/)                    (HTTPS://WWW.FACEBOOK.COM/FLBDEMS/DEMOCRATS)
HOME

(HTTPS://DCCC.ORG/)        CONTRIBUTE NOW              TWITTER          (HTTP://CHANGEYOURCONGRESS.ORG/MEMI

ABOUT                      (/DONATE-FOOTER)            (HTTPS://TWITTER.COM/DCCC)REDIRECT=/MEMBER/INDEX.PHP)

(HTTPS://DCCC.ORG/ABOUT/)  VOLUNTEER                   YOUTUBE          FRONTLINE

ACTIONS                    (HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?HTTPS://DCCC.ORG/FRONTLINE/)

(HTTPS://DCCC.ORG/ACTION-  SOURCE=DCCC-                CONTACT US       RACES

CENTER/)                   HOMEPAGE)                   (HTTPS://DCCC.ORG/CONTACT)(HTTPS://DCCC.ORG/RACES/)

NEWS                       ACTION CENTER               MEDIA

(HTTPS://DCCC.ORG/NEWS/)   (/ACTION-CENTER)            (HTTPS://DCCC.ORG/MEDIA/)

EN ESPAÑOL                 REGISTER TO VOTE            SEARCH (/?S=)

(/ESPANOL)                 (HTTP://IWILLVOTE.COM)



(/)

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%
20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)

Not authorized by any candidate or candidate's committee.

Case 5:20-cv-00046-OLG Document 85-8 Filed 06/15/20 Page 75 of 100

DCCC_000716



**ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(/)

NEWS (HTTPS://DCCC.ORG/NEWS/)

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# DCCC Chairwoman Bustos Names Lucinda Guinn as Next Executive Director

🕐 THURSDAY, SEPTEMBER 12, 2019





Following the most open, competitive and inclusive executive director search in the history of the Democratic Congressional Campaign Committee, Chairwoman Cheri Bustos named veteran political strategist Lucinda Guinn as its next Executive Director.

Guinn worked at the DCCC in the 2008 and 2012 cycles and most recently served as Vice President of Campaigns at EMILY's List, where she oversaw the group's efforts to elect pro-choice Democratic women to local, state and federal office. She also served as a senior advisor to Bold PAC, which is dedicated to increasing diversity of House and Senate leadership.

In 2018, Guinn was integral in helping elect an historic number of diverse women candidates who were central to Democratic successes in securing the House Majority.

Guinn has worked on campaigns up and down the ballot, including managing large Red-to-Blue races and serving as Political Director at the Gay & Lesbian Victory Fund. The native New Mexican grew up in El Paso and is the daughter of two public school educators. She is the first Latina to serve as the Executive Director of the DCCC.

"Lucinda is a respected leader, manager and strategist with the right experience to help lead our efforts to expand our majority and push even further into Republican territory," **Chairwoman Bustos said.** "Lucinda demonstrated throughout this highly competitive, open and inclusive process that she was ready to step in on day one. I look forward to working closely with her as we continue to build a DCCC that reflects the values of the most diverse House Caucus in history."

https://dccc.org/dccc-chairwoman-bustos-names-lucinda-guinn-next-executive-director/

"The DCCC couldn't have made a better pick than Lucinda Guinn. She's a strategic, passionate leader who has devoted her career to electing Democrats –and she's proven quite good at it. And as a Latina from El Paso, I know she is just the person to protect the majority and grow it within the new battleground state of Texas," **said Stephanie Schriock, President of EMILY's List.**

"I am excited to join Chairwoman Bustos and the talented team she has assembled at the DCCC," **Guinn said.** "I have spent my entire career helping elect Democrats across the country, and I look forward to working closely with Chairwoman Bustos to protect and expand our House Majority."

To identify and select the next DCCC executive director, Chairwoman Bustos implemented a first-of-its-kind search that was the most competitive, open and inclusive process in the committee's history. A majority of the 13 candidates invited to interview were people of color and more than half were women. The search process included the perspectives of a diverse group of members inside of the Democratic Caucus as well as a team of political professionals who conducted multiple rounds of interviews with the candidates.

"I am so appreciative of the 12-member advisory council and the diverse team of outside political professionals who worked closely with me to ensure this process reflects the values of the most diverse caucus in history," **Chairwoman Bustos said.** "I hope this process will serve as a model for the DCCC and the other political committees moving forward as the party works to identify and hire the best and most diverse talent to serve in key positions heading into 2020 and beyond."

The advisory council consisted of the following members of Congress: Charlie Crist, Regional Vice Chair; Madeleine Dean, Regional Vice Chair; Suzan DelBene, DCCC Frontline Co-Chair; Val Demings, Recruitment Co-Chair; Robin Kelly, DCCC WomenLEAD Co-Chair; Gwen Moore, Regional Vice Chair; Scott Peters, Regional Vice Chair; Raul Ruiz, DCCC TEAM Co-Chair; Linda Sanchez, DCCC Labor Council Co-Chair; Brad Schneider, DCCC Frontline Co-Chair; Mark Takano, DCCC LGBT Council Co-Chair and Veteran/Service Council Co-Chair; and Marc Veasey, Regional Vice Chair.

DCCC_000718

The team of political professionals consisted of Raghu Devaguptapu, Former DCCC Independent Expenditure Media Consultant; Jacqui Newman, Interim DCCC Executive Director and Chief Operating Officer; Dan Sena, Former DCCC Executive Director; Doug Thornell, Former DCCC National Press Secretary; and Kelly Ward, Former DCCC Executive Director.

**What Others Are Saying:**

"It's a historic moment for the DCCC. Chairwoman Bustos ran an open and inclusive search process that resulted in the first Latina to permanently run the DCCC. Lucinda has been an asset to BOLD PAC and as a Latina and a Texan, she's in a great position to expand the map in a critical state. I look forward to working with Lucinda and the Chairwoman to protect and build on our Democratic majority," **said Rep. Tony Cárdenas, Chair of Bold PAC.**

"I am excited to hear that Lucinda Guinn will serve as Executive Director of the DCCC, and I commend Chairwoman Bustos on implementing an open and inclusive search process. Lucinda played a leading role in electing an historic number of diverse women to Congress at EMILY's List in 2018. Being a DCCC veteran, she knows exactly what it takes to protect our incumbents and flip Republican seats. I look forward with working with Chairwoman Bustos and Lucinda as we continue to put Republicans on the defense and recruit top-tier challengers in districts across the country," **said Rep. Hakeem Jeffries.**

"Lucinda is a strong, battle-tested strategist with the right experience to help lead our efforts to defend and expand our majority in 2020. I commend Chairwoman Bustos for running a search process that included perspectives of a diverse group of members inside of the Democratic Caucus, as well as outside political professionals. I look forward to working with both Chairwoman Bustos and Lucinda to defend our Frontline members," **said Rep. Brad Schneider, DCCC Frontline Co-Chair.**

"Lucinda is a top-notch political strategist who knows what it takes to win. She is a tireless advocate for LGBT rights and played a big role in helping Democrats retake the House in 2018. She is exactly the right person to lead our efforts to expand our majority in 2020. I applaud Chairwoman Bustos for a search process that was so thorough and inclusive. I look forward to working alongside Lucinda as we prepare to protect and expand our majority in 2020," **said Rep. Mark Takano, DCCC LGBT Council Co-Chair and Veteran/Service Council Co-Chair.**

"As a fellow Texan, I am excited Lucinda Guinn will serve as the next Executive Director of the DCCC. I can think of no one better to help us pick up GOP seats as a result of the Republican "Texodus," than Lucinda. As a member of the search council, I commend Chairwoman Bustos for running such an open and inclusive process. Lucinda proved at every turn she was the right person to lead our efforts to protect and expand the most diverse House majority in history," **said Rep. Marc Veasey, DCCC Regional Vice Chair.**

"I'm happy to see that Chairwoman Bustos and the search committee selected Lucinda to serve as the first Latina Executive Director of the DCCC. She is a skilled strategist who has what it takes to protect the majority and expand our battlefield. I've seen her expertise and tenacity first-hand and I look forward to working with her," **said Rep. Raul Ruiz, DCCC TEAM Co-Chair.**

**About Lucinda Guinn:**

Lucinda Guinn most recently served as the Vice President of Campaigns at EMILY's List, where she oversaw the group's efforts to elect pro-choice Democratic women to local, state and federal office. They were key to Democratic successes in securing the House Majority in 2018. Previously, Lucinda served as the Vice President of Independent Expenditures where she ran WOMEN VOTE!, WOMEN VOTE! and was crucial in electing a diverse group of women to the House of Representatives. Prior to joining EMILY's List, Lucinda worked on campaigns up and down the ballot including managing large Red-to-Blue races. Lucinda has served as Political Director at the Gay & Lesbian Victory Fund and as the Western Political Director at the DCCC, where she helped elect 11 new members of Congress while retaining the seat of every incumbent in the region. Lucinda, a New Mexico native and proud BBQ-eating Texan, has a Bachelor of Science from the University of Texas at Austin School of Journalism and now lives in Washington, D.C.



Enter your email

DCCC.ORG
(HTTPS://DCCC.ORG/)

HOME
(HTTPS://DCCC.ORG/)

ABOUT
(HTTPS://DCCC.ORG/ABOUT/)

ACTIONS
(HTTPS://DCCC.ORG/ACTION-
CENTER/)

NEWS
(HTTPS://DCCC.ORG/NEWS/)

EN ESPAÑOL
(/ESPANOL)

TAKE ACTION
(HTTPS://DCCC.ORG/ACTION-
CENTER/)

CONTRIBUTE NOW
(/DONATE-FOOTER)

VOLUNTEER
(HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER-HELP-DEMS-WIN?
SOURCE=DCCC-
HOMEPAGE)

ACTION CENTER
(/ACTION-CENTER)

REGISTER TO VOTE
(HTTP://IWILLVOTE.COM)

CONNECT

FACEBOOK
(HTTPS://WWW.FACEBOOK.COM/HOUSEDEMOCRATS/)

TWITTER
(HTTPS://TWITTER.COM/DCCC)

YOUTUBE
(HTTP://WWW.YOUTUBE.COM/USER/DCCCVIDEOS)

CONTACT US
(HTTPS://DCCC.ORG/CONTACT/)

MEMBER
(HTTPS://DCCC.ORG/MEMBER-REDIRECT=/MEMBER/INDEX.PHP)

FRONTLINE
(HTTPS://DCCC.ORG/FRONTLINE/)

RACES
(HTTPS://DCCC.ORG/RACES/)

MEDIA
(HTTPS://DCCC.ORG/MEDIA/)

SEARCH (/?S=)

Follow
@dccc
(https://twitter

Like 2.1M

(/)

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%
20Street%2C%20S.E.%20Washington%2C%20D.C.%202003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.



(/)

f 🐦 ▶ 　ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)

(https://twitter.com/dcccvideo)
(https://facebook.com/dccc)
NEWS (HTTPS://DCCC.ORG/NEWS/)

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# DCCC Chairwoman Cheri Bustos announces DCCC:Texas Headquarters

🕐 TUESDAY, APRIL 9, 2019





*With grassroots energy fueling momentum on the ground, experienced Texas natives to lead DCCC's boots on the ground offensive*

Today, Democratic Congressional Campaign Committee Chairwoman Cheri Bustos announced Democrats are capitalizing on the proven energy in Texas by putting boots on the ground to establish a new **DCCC:Texas** Headquarters. Led by experienced Democratic political experts and Texas Natives Roger Garza and Michael Beckendorf, **DCCC:Texas** HQ will be centrally located in Austin where three of the six seats on the DCCC's offensive battlefield converge. The public announcement of the **DCCC:Texas** HQ comes in addition to the DCCC's *March Forward (https://www.nbcnews.com/card/dccc-kicks-2020-effort-protect-its-house-majority-n980291)* program that is already putting field organizers in the suburbs of Houston, Dallas, San Antonio, and Austin.

In the 2018 election, many were shocked when **Democrats in Texas picked up two nationally watched seats (https://www.texastribune.org/2018/11/07/congressional-districts-texas-Democrats/) and Republicans held on by five points or less in six other districts**. Most of these districts were competitive for the first time in decades. Demonstrated success in 2018, in addition to six already very close races, make Texas the most fertile ground in the country for Democrats to flip seats from red to blue.

In each of the six targeted seats, a rapidly growing and diverse population has Republicans "freaking out (https://www.rawstory.com/2019/03/texas-gop-freaking-2020-beto-orourke-almost-unseated-ted-cruz-report/)" and

"increasingly worried that some of the targeted incumbents are not taking these re-election races seriously or may end up retiring (https://www.texastribune.org/2019/02/26/democrats-texas-2020/)."

**"When it comes to places where House Democrats can go on offense, it doesn't get any bigger than Texas,"** said DCCC Chairwoman Cheri Bustos. **"In 2018, Texas Democrats proved that they can win in competitive districts. That's why we are continuing our investments in the Lone Star State by opening a new DCCC:Texas Headquarters. Led by senior political strategists and Texas natives Michael Beckendorf and Roger Garza, we look forward to continuing our work with grassroots partners on the ground to earn the votes we'll need to flip more GOP-held seats in Texas from Red to Blue."**

**"In 2018, we showed why Texas was important,"** said Representative Veronica Escobar. **"We gained the majority in part by investing in the right candidates and working hard to make sure they had the support they needed. The movement we created is ready to pick up more seats in 2020 and starting early will get us those victories."**

**"This national investment in Texas confirms what we here have known for some time: more and more Texans are fed up with Republicans, lockstep with Trump, who cower in his shadow,"** said Representative Lloyd Doggett. **"This impulsive, destructive President threatens so much we value. Despite outrageous Republican gerrymandering designed to insulate their Republican Congressmembers from public accountability, that shield is growing thinner by the day. Texans in 2020 can demand accountability from those who have lost their way."**

**"Texas is crucial to maintaining and expanding our House majority, and today's announcement is a commitment to our grassroots that we've got their back,"** said Representative Marc Veasey. **"Texans turned out in record numbers in 2018 for more jobs, better education and expanded access to health care, and I look forward to continuing that momentum in 2020."**

**"An early presence in Texas is key to harnessing the energy of Texans for 2020,"** said Representative Filemon Vela. **"I am pleased to see Texas at the forefront of a grassroots Democratic strategy."**

**About DCCC:Texas HQ's senior leadership team**

**Southern Regional Political Director Michael Beckendorf**. Michael is a Dallas native who brings close to a decade of experience working on competitive congressional races. He got his start in Texas politics working on Rep. Chet

Edwards 2010 campaign and he served as Field Director for Rep. Pete Gallego's 2012 election. In 2018, he served as Rep. Kim Schrier's campaign manager, one of the most expensive congressional races in history.  As the Southern Regional Political Director, Beckendorf will oversee the DCCC's efforts to defend and pick up seats in his home state of Texas.

**DCCC Texas Senior Advisor Roger Garza:** In the 2017-2018 cycle, Roger served as a strategist for Rep. Colin Allred's successful campaign in TX-32. From 2008-2011, Roger served as Executive Director of the Texas House Democratic Caucus and as Political Director & Deputy Director of the Texas House Democratic Campaign Committee. Since 2011, Roger has worked on numerous top tier Congressional, Legislative, District Attorney, and Mayoral races in Texas. Roger has served as Chief of Staff in the Texas State House for four legislative sessions.



Enter your email

DCCC.ORG (HTTPS://DCCC.ORG/)

HOME (HTTPS://DCCC.ORG/)

ABOUT (HTTPS://DCCC.ORG/ABOUT)

ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)

TAKE ACTION (HTTPS://DCCC.ORG/ACTION-CENTER/)

CONTRIBUTE NOW (/DONATE-FOOTER)

VOLUNTEER (HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?SOURCE=DCCC-HOMEPAGE)

CONNECT

FACEBOOK (HTTPS://WWW.FACEBOOK.COM/HOUSEDEMOCRATS)

TWITTER (HTTPS://TWITTER.COM/DCCC)

YOUTUBE (HTTP://PAGE.MY.MY.YOUTUBE.COM/USER/DCCCVIDEOS)

CONTACT US (HTTPS://DCCC.ORG/CONTACT)

Follow @dccc (https://twitter

REDIRECT=/MEMBER/INDEX.PHP)

FRONTLINE (HTTPS://DCCC.ORG/FRONTLINE/)

RACES (HTTPS://DCCC.ORG/RACES/)

CHANGEYOURCONG (HTTP://CHANGEYOURCONG

Case 5:20-cv-00046-OLG   Document 85-8   Filed 06/15/20   Page 84 of 100

NEWS

(HTTPS://DCCC.ORG/NEWS/)

EN ESPAÑOL

(/ESPANOL)

ACTION CENTER

(/ACTION-CENTER)

REGISTER TO VOTE

(HTTP://IWILLVOTE.COM)

MEDIA

(HTTPS://DCCC.ORG/MEDIA/)

SEARCH (/?S=)



(/)

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%
20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.

https://dccc.org/dccc-chairwoman-cheri-bustos-announces-dccctexas-headquarters/

DCCC_000725



(/)

f ▼ ▶    **ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(https://youtube.com/channel/democrats)deo)    **NEWS (HTTPS://DCCC.ORG/NEWS/)**

**NEWS (/NEWS)** · **PRESS RELEASE (/PRESS-RELEASE)**

# DCCC Chairwoman Cheri Bustos Announces March Forward – The DCCC to Put Boots on the Ground Across the Country in First Major Field Investment of the 2020 Cycle






🕐 THURSDAY, MARCH 7, 2019

 (http://2vmhfw1isbe32j3tgn3epw3x-wpengine.netdna-ssl.com/wp-content/uploads/2019/03/logo_marchforward_horiz_lg.png)

*March Forward is a multi-million dollar program that will kick off with the hiring of nearly 60 grassroots organizers in dozens of communities across America.*

Today, Chairwoman Cheri Bustos announced the DCCC is launching **March Forward** –an aggressive, multi-million dollar effort to defend and expand the new Democratic Majority.

**March Forward** begins with the hiring of nearly 60 grassroots organizers in dozens of communities across America.

These cornerstone hires in the DCCC's first major field investment of the 2020 election cycle will lay the groundwork for a program that will take grassroots organizing to the next level. Expanding on the demonstrated success of *March into '18*, these new **March Forward Field Managers** will be trained on communications, digital, research and field tactics so they can execute a modern campaign strategy.

DCCC_000726

With Democrats taking nothing for granted in 2020, **March Forward** is designed to engage our new Democratic coalition while bringing more Americans into the Democratic Party by working to earn support across the country, in big cities and small towns. This includes continuing the DCCC's **Cycle of Engagement** with communities of color and voter registration drives.

In announcing **March Forward**, DCCC Chairwoman Cheri Bustos outlined how this is an important step in the path to fortify and expand our Democratic Majority.

**"As Democrats, we've always drawn our strength from the people we fight for each and every day – that's why I'm so proud to announce that, in our first major investment of the 2020 cycle, we are launching March Forward to put boots on the ground in dozens of communities across America,"** said DCCC Chairwoman Cheri Bustos. **"Whether it's tackling the high cost of health care or fighting for fair wages, we believe in an America where everyone has the opportunity to succeed – this is what makes us Democrats. Our March Forward Field Managers will play a vital role in our work to not just defend, but expand our new Democratic majority. By organizing early and aggressively, we will March Forward to build a better future for all Americans by winning on the doors, online and on the ballot in 2020."**

**Notable areas March Forward will have a presence include:**

**Arizona**

Phoenix

**California**

Orange County

Central Valley

**Florida**

Miami

Tampa

**Georgia**

Atlanta suburbs

**Illinois**

Chicago's Western Suburbs

Western IL

**Indiana**

Indianapolis Suburbs

**Iowa**

Des Moines

Cedar Rapids

**Michigan**

Detroit Suburbs

Kalamazoo

Lansing

**Minnesota**

Minneapolis Suburbs
Southern MN

**Nevada**

Las Vegas Suburbs

**New Jersey**

North Jersey

South Jersey

**New York**

Upstate New York

Long Island

Staten Island

**Pennsylvania**

Philadelphia Suburbs & Harrisburg

Northeast Pennsylvania

Pittsburgh

**Texas**

Houston suburbs

Dallas suburbs

Austin suburbs

San Antonio suburbs

###

[f]    [✉]

Enter your email

DCCC.ORG                  TAKE ACTION              CONNECT

(HTTPS://DCCC.ORG/)       (HTTPS://DCCC.ORG/ACTION-    FACEBOOK

HOME                      CENTER/)                 (HTTPS://WWW.FACEBOOK.COM/HOUSEDEMOCRATS)

(HTTPS://DCCC.ORG/)       CONTRIBUTE NOW           TWITTER

ABOUT                     (/DONATE-FOOTER)         (HTTPS://TWITTER.COM/DCCC)

(HTTPS://DCCC.ORG/ABOUT/) VOLUNTEER               YOUTUBE

ACTIONS                   (HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?  (HTTPS://WWW.YOUTUBE.COM/USER/DCCCVIDEOS)

(HTTPS://DCCC.ORG/ACTION- SOURCE=DCCC-

CENTER/)                  HOMEPAGE)                CONTACT US

NEWS                      ACTION CENTER            (HTTPS://DCCC.ORG/CONTACT/)

(HTTPS://DCCC.ORG/NEWS/)  (/ACTION-CENTER)

EN ESPAÑOL                REGISTER TO VOTE

(/ESPANOL)                (HTTP://IWILLVOTE.COM)

Follow @dccc (https://twitter

[👍 Like 2.1M]

(HTTP://CHANGEYOURCONGRESS.ORG/MEMBER/REDIRECT=/MEMBER/INDEX.PHP)

FRONTLINE

(HTTPS://DCCC.ORG/FRONTLINE/)

RACES

(HTTPS://DCCC.ORG/RACES/)

MEDIA

(HTTPS://DCCC.ORG/MEDIA/)

SEARCH (/?S=)



Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

(/)

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%
20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.

DCCC_000730



f 🐦 ▶

**ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(https://twitter.com/dance/dero/dcccvideo)

**NEWS (HTTPS://DCCC.ORG/NEWS/)**

(/)

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# DCCC Chairwoman Cheri Bustos Announces Regional Vice-Chairs

🕐 TUESDAY, APRIL 16, 2019







*Five Members of Congress were elected by their colleagues to serve as leaders for their parts of the country*

Today, Democratic Congressional Campaign Committee Chairwoman Cheri Bustos announced the committee's five regional vice-chairs. Elected by their colleagues, these Vice-Chairs will help lead the on-the-ground effort to fortify and expand our new Democratic Majority. Below is the list of the new DCCC Regional Vice-Chairs:

- Region 1: **Rep. Madeleine Dean** (PA-4)

- Region 2: **Rep. Charlie Crist** (FL-13)

- Region 3: **Rep. Gwen Moore** (WI-4)

- Region 4: **Rep. Marc Veasey** (TX-33)

- Region 5: **Rep. Scott Peters** (CA-52)

**"If we want to make meaningful progress on the kitchen table challenges facing families across America, we need to fortify and expand our Democratic Majority,"** said Congresswoman Cheri Bustos. **"That's why I'm so proud to announce the DCCC's regional Vice-Chairs who will help lead our on the ground efforts to win in 2020. I want to thank Reps. Dean, Crist, Moore, Veasey and Peters for stepping up and taking a leading role to get it done. By working together to draw a clear contrast between our work to lower health care costs and the Washington Republicans failed agenda of stripping protections for people with pre-existing conditions, we'll ensure a better future for all of our families.**

"Last election, the people sent a positive message to our leaders to say that we can and must do better--ushering in the most beautifully diverse Congress in our nation's history. We must build on this energy and remember that we are the party of progress; the party that values diversity, decency, and equality; the party of the people," said Rep. Madeleine Dean. "As Regional Vice-Chair, I am dedicated to building our party's strength by electing those who embody these ideals, listen to the public, and truly put the people first."

"Democrats are laser-focused on getting real results for hardworking families across America," said Rep. Charlie Crist. "I'm proud to serve as a Regional Vice-Chair at the DCCC because I'm committed to working with our Frontline Members and re-electing our Democratic Majority in 2020 so we can continue getting the job done for all Americans."

"As Regional Vice-Chair for the DCCC, I take this honor and responsibility seriously," said Rep. Gwen Moore. "It will take a lot of heart and dedication from many to hold and expand our Majority. I'm excited at the chance to serve the Democratic Party and the American people in this role and I look forward to working with Chairwoman Bustos to cultivate, recruit and train the phenomenal women and men running across the country this cycle. We have an extraordinary opportunity ahead of us and this is a charge I do not take lightly."

"Texas has the ability to increase our Democratic majority in 2020," said Rep. Marc Veasey. "From historically conservative areas like NE Tarrant County, to districts across the state that are turning blue and purple, we are seeing the ramifications of the harmful rhetoric of this President. Democrats across the Lone Star State who want to unite not divide Texans are leading the charge. Those who are bringing civility back to our political discourse and elevating the priorities we want met for the American people are building momentum across the state. We're fighting to increase access to affordable health care, support public schools, pay our teachers more, pass long-term immigration reform, and strengthen voting rights laws. Democrats are leading the charge on these policies right here in Texas."

"As chair of the New Democrat Political Action Committee last year, I helped find and support the candidates who enabled us to win the majority; many of these new members are from the west," said Rep. Scott Peters. "Now, as a Regional Vice-Chair, it will be my honor, and I'll do everything I can, to help these strong, energetic new members win re-election."

###

**f**     **✉**

Enter your email

DCCC.ORG                    TAKE ACTION              CONNECT
(HTTPS://DCCC.ORG/)         (HTTPS://DCCC.ORG/ACTION-     FACEBOOK

HOME                        CENTER/)                 (HTTPS://WWW.FACEBOOK.COM/DEMOCRATS)
(HTTPS://DCCC.ORG/)         CONTRIBUTE NOW           TWITTER

ABOUT                       (/DONATE-FOOTER)         (HTTPS://TWITTER.COM/DCCC)

(HTTPS://DCCC.ORG/ABOUT/)   VOLUNTEER                YOUTUBE

ACTIONS                     (HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?SOURCE=DCCC-     (HTTPS://WWW.YOUTUBE.COM/USER/DCCCVIDEOS)

(HTTPS://DCCC.ORG/ACTION-   HOMEPAGE)                CONTACT US

CENTER/)                    ACTION CENTER            (HTTPS://DCCC.ORG/CONTACT/)

NEWS                        (/ACTION-CENTER)
(HTTPS://DCCC.ORG/NEWS/)

EN ESPAÑOL                  REGISTER TO VOTE         SEARCH (/?S=)
(/ESPANOL)                  (HTTP://IWILLVOTE.COM)

👍 Like 2.1M

Follow
@dccc
(https://twitter

(HTTP://CHANGEYOURCONGRESS.ORG/MEMBER/REDIRECT=/MEMBER/INDEX.PHP)

FRONTLINE
(HTTPS://DCCC.ORG/FRONTLINE/)

RACES
(HTTPS://DCCC.ORG/RACES/)

MEDIA
(HTTPS://DCCC.ORG/MEDIA/)



(/)

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.

https://dccc.org/dccc-chairwoman-cheri-bustos-announces-regional-vice-chairs/

Case 5:20-cv-00046-OLG   Document 85-8   Filed 06/15/20   Page 93 of 100

DCCC_000734



ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)

(https://youtube.com/dccc/video)

NEWS (HTTPS://DCCC.ORG/NEWS/)

(/)

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# DCCC Chairwoman Cheri Bustos Statement on 5th Texas Republican Retirement

WEDNESDAY, SEPTEMBER 4, 2019





*After Rep. Bill Flores followed Texas Republican Congressmen Pete Olson, Mike Conaway, Will Hurd and Kenny Marchant in choosing to retire, DCCC Chairwoman Cheri Bustos issued the following statement:*

"Congressman Flores is now the fifth Texas Republican to retire as the DCCC's early and aggressive investment in Texas's swing districts lays the groundwork for victory in 2020. As more and more of their colleagues consider leaving Washington early, it's become increasingly clear that the Texodus will continue."




SHARE ON FACEBOOK    SHARE ON TWITTER (HTTPS://)    SHARE VIA EMAIL

Enter your email

DCCC.ORG                TAKE ACTION          CONNECT
(HTTPS://DCCC.ORG/)    (HTTPS://DCCC.ORG/ACTION-          Like 2.1M
                        CENTER/)            (HTTPS://WWW.FACEBOOK.COM/ELECTDEMOCRATS)

HOME

(HTTPS://DCCC.ORG/)

ABOUT

(HTTPS://DCCC.ORG/ABOUT/)

ACTIONS

(HTTPS://DCCC.ORG/ACTION-CENTER/)

NEWS

(HTTPS://DCCC.ORG/NEWS/)

EN ESPAÑOL

(/ESPANOL)

CONTRIBUTE NOW

(/DONATE-FOOTER)

VOLUNTEER

(HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?SOURCE=DCCC-HOMEPAGE)

ACTION CENTER

(/ACTION-CENTER)

REGISTER TO VOTE

(HTTP://IWILLVOTE.COM)

TWITTER

(HTTPS://TWITTER.COM/DCCC)

YOUTUBE

(HTTP://WWW.YOUTUBE.COM/USER/DCCCVIDEO)

CONTACT US

(HTTPS://DCCC.ORG/CONTACT/)

MEMBER RESOURCES

(HTTP://CHANGEYOURCONGRESS.ORG/MEMBER-REDIRECT=/MEMBER/INDEX.PHP)

FRONTLINE

(HTTPS://DCCC.ORG/FRONTLINE/)

RACES

(HTTPS://DCCC.ORG/RACES/)

MEDIA

(HTTPS://DCCC.ORG/MEDIA/)

SEARCH (/?S=)

Follow @dccc (https://twitter



(/)

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)

Not authorized by any candidate or candidate's committee.

DCCC_000736



ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)

NEWS (HTTPS://DCCC.ORG/NEWS/)

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# DCCC Executive Director Lucinda Guinn Statement on 6th Texas Republican Retirement

◷ MONDAY, SEPTEMBER 30, 2019





*After Rep. Mac Thornberry followed Texas Republican Congressmen Pete Olson, Mike Conaway, Will Hurd, Kenny Marchant and Bill Flores in choosing to retire, DCCC Executive Director and native Texan Lucinda Guinn issued the following statement:*

"Congressman Thornberry is now the sixth Texas Republican to retire as the DCCC's early and aggressive investment in Texas's swing districts lays the groundwork for victory in 2020. While we steadily invest in the Lone Star State, Washington Republicans just flew into Texas to declare they'll win back the majority and jetted away without a plan to stop the Texodus."

### 

f SHARE ON FACEBOOK    SHARE ON TWITTER (HTTPS://    ✉ SHARE VIA EMAIL

Enter your email

DCCC.ORG

TAKE ACTION

CONNECT

(HTTPS://DCCC.ORG/) (HTTPS://DCCC.ORG/ACTION-

FACEBOOK

HOME

CENTER/)

(HTTPS://WWW.FACEBOOK.COM/HOUSEDEMOCRATS)

(HTTPS://DCCC.ORG/)

CONTRIBUTE NOW

TWITTER

ABOUT

(/DONATE-FOOTER)

(HTTPS://TWITTER.COM/DCCC)

(HTTPS://DCCC.ORG/ABOUT/)

VOLUNTEER

YOUTUBE

FRONTLINE

ACTIONS

(HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER-HCC-FRONTLINE/)

(HTTPS://DCCC.ORG/ACTION-

SOURCE=DCCC-

CONTACT US

RACES

CENTER/)

HOMEPAGE)

(HTTPS://DCCC.ORG/CONTACT/)

(HTTPS://DCCC.ORG/RACES/)

NEWS

ACTION CENTER

MEDIA

(HTTPS://DCCC.ORG/NEWS/)

(/ACTION-CENTER)

(HTTPS://DCCC.ORG/MEDIA/)

EN ESPAÑOL

REGISTER TO VOTE

SEARCH (/?S=)

(/ESPANOL)

(HTTP://IWILLVOTE.COM)

Follow
@dccc
(https://twitter

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%
20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.



**ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(https://youtube.com/channel/democrats video)

**NEWS (HTTPS://DCCC.ORG/NEWS/)**

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# DCCC Statement on Vulnerable Rep. Will Hurd's Retirement





🕐 FRIDAY, AUGUST 2, 2019

*Hurd is the sixth Republican in two weeks to throw in the towel*

*DCCC Spokesperson Avery Jaffe issued the following statement tonight after Congressman Will Hurd (TX-23) announced his retirement from Congress.*

**"Like we said last week, Republicans across the Lone Star State are terrified of losing their seats in 2020 and Will Hurd just joined the list. Hurd has been a lockstep supporter of the worst of Washington Republicans' policies and he sealed his fate when he pledged to vote for Donald Trump in 2020. Democrats will win this seat and if Will Hurd doesn't believe he can keep his job in a changing Texas, his colleagues must be having second thoughts too."**

### ###

SHARE ON FACEBOOK    SHARE ON TWITTER (HTTPS://    SHARE VIA EMAIL

Enter your email

DCCC.ORG
(HTTPS://DCCC.ORG/)

HOME
(HTTPS://DCCC.ORG/)

ABOUT
(HTTPS://DCCC.ORG/ABOUT/)

ACTIONS
(HTTPS://DCCC.ORG/ACTION-CENTER/)

NEWS
(HTTPS://DCCC.ORG/NEWS/)

EN ESPAÑOL
(/ESPANOL)

TAKE ACTION
(HTTPS://DCCC.ORG/ACTION-CENTER/)

CONTRIBUTE NOW
(/DONATE-FOOTER)

VOLUNTEER
(HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?SOURCE=DCCC-HOMEPAGE)

ACTION CENTER
(/ACTION-CENTER)

REGISTER TO VOTE
(HTTP://IWILLVOTE.COM)

CONNECT

FACEBOOK
(HTTPS://WWW.FACEBOOK.COM/HOUSEDEMOCRATS)

TWITTER
(HTTPS://TWITTER.COM/DCCC)

YOUTUBE
(HTTPS://WWW.YOUTUBE.COM/USER/DCCCVIDEOS)

CONTACT US
(HTTPS://DCCC.ORG/CONTACT/)

MEMBER ELECTED REPRESENTATIVES
(HTTP://CHANGEYOURCONGRESS.ORG/MEMBER-REDIRECT=/MEMBER/INDEX.PHP)

FRONTLINE
(HTTPS://DCCC.ORG/FRONTLINE/)

RACES
(HTTPS://DCCC.ORG/RACES/)

MEDIA
(HTTPS://DCCC.ORG/MEDIA/)

SEARCH (/?S=)

Follow @dccc
(https://twitter

👍 Like 2.1M

(/)

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)

Not authorized by any candidate or candidate's committee.



(/)

f 🐦 ▶

(https://facebook.com/dccc)(https://twitter.com/dcccmedia)(https://youtube.com/channel/video)

**ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

**NEWS (HTTPS://DCCC.ORG/NEWS/)**

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# DCCC Statement on Vulnerable Texas Rep. Pete Olson's Retirement

🕐 THURSDAY, JULY 25, 2019





*Olson is the third Republican on the DCCC's 2020 Republican Retirement Watch List (https://dccc.org/dccc-unveils-much-anticipated-2020-republican-retirement-watch-list-early-targeted-digital-ads/) to call it quits – so far!*

*DCCC Spokesperson Avery Jaffe issued the following statement tonight after Congressman Pete Olson (TX-22) announced his retirement from Congress.*

**"Republicans across Texas are terrified of losing their seats in 2020 and we can't blame Pete Olson for choosing to retire instead of being thrown out of office next year. That's why we added him to our Republican Retirement Watch List (https://dccc.org/dccc-unveils-much-anticipated-2020-republican-retirement-watch-list-early-targeted-digital-ads/) in February. As the DCCC continues to invest in Texas, Washington Republicans like Olson are thinking twice about pouring their time and money into seats that used to be safe bets. One of the most diverse districts on the battlefield, Democrats can win this open seat and we look forward to Congressman Olson spending his golden years deep in the heart of Texas (https://twitter.com/dccc/status/1149414213804339200)."**

###

f SHARE ON FACEBOOK     SHARE ON TWITTER (HTTPS://     ✉ SHARE VIA EMAIL