Enter your email

| DCCC.ORG | TAKE ACTION | CONNECT | |
|---|---|---|---|
| (HTTPS://DCCC.ORG/) | (HTTPS://DCCC.ORG/ACTION- | FACEBOOK | Like 2.1M |
| HOME | CENTER/) | (HTTPS://WWW.FACEBOOK.COM/HOUSEDEMOCRATS/) | Follow |
| (HTTPS://DCCC.ORG/) | CONTRIBUTE NOW | TWITTER | (HTTP://CHANGEYOURCONGRESS.ORG/MEMB @dccc |
| ABOUT | (/DONATE-FOOTER) | (HTTPS://TWITTER.COM/REDIRECT=/MEMBER/INDEX.PHP) (https://twitter |
| (HTTPS://DCCC.ORG/ABOUT/) | VOLUNTEER | YOUTUBE | FRONTLINE |
| ACTIONS | (HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?HTTPS://USERS.CCORG/FRONTLINE/) |
| (HTTPS://DCCC.ORG/ACTION- | SOURCE=DCCC- | CONTACT US | RACES |
| CENTER/) | HOMEPAGE) | (HTTPS://DCCC.ORG/CONTACT/) (HTTPS://DCCC.ORG/RACES/) |
| NEWS | ACTION CENTER | | MEDIA |
| (HTTPS://DCCC.ORG/NEWS/) | (/ACTION-CENTER) | | (HTTPS://DCCC.ORG/MEDIA/) |
| EN ESPAÑOL | REGISTER TO VOTE | | SEARCH (/?S=) |
| (/ESPANOL) | (HTTP://IWILLVOTE.COM) | | |

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

(/)

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%20Street%2C%20S.E.%20Washington%2C%20D.C.%202020003) · (202) 863-1500 (tel:202-863-1500)

Not authorized by any candidate or candidate's committee.

DCCC_000742



(/)

f ▼ ☎ ▶   **ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(https://twitter.com/dccc/der/dccc/video)

**NEWS (HTTPS://DCCC.ORG/NEWS/)**

- 
- 
- 
- 
- 
- 
- 

NEWS (/NEWS) · THE CASE AGAINST (/THE-CASE-AGAINST)

# The Case Against Genevieve Collins





⏲ WEDNESDAY, MARCH 4, 2020



**"Colin Allred is an independent voice who has hit the ground running in Congress, delivering fresh ideas, new leadership and results for North Texans. While Genevieve Collins has embraced Washington's Republican party, Colin has shown he has the right priorities for Texans: reaching across the aisle and working with everyone to stand up for North Texas veterans, lower drug costs for hardworking families and boost local businesses. It has been an honor serving with Colin Allred and I look forward to serving with him for years to come."** – DCCC Chairwoman Cheri Bustos

—

To: Interested Parties

From: Avery Jaffe, DCCC Regional Press Secretary

Date: March 4, 2020

Tonight's Republican primary results in Texas' 32nd Congressional District put Rep. Colin Allred in an excellent position to win re-election in this urban and suburban North Texas seat.

Born and raised in TX-32, Allred has applied his hometown values of hard work and civility to his first term in Congress and is already delivering results for North Texans.

After running a remarkable come-from-behind 2018 campaign and defeating former NRCC Chairman Pete Sessions by 6.5 points, Allred now faces an unvetted opponent in Genevieve Collins, a darling of the Washington Republican establishment whose primary discernible qualifications for GOP party bosses are the size of her family's trust fund and her name not being "Pete Sessions."

Collins stumbles into the general election after barely defeating vastly underfunded opponent in Floyd McLendon. McLendon spent the final weeks of the campaign seizing on Collins' stumbles, outraising her in the pre-primary period and attacking her in voters' mailboxes (https://www.dallasnews.com/news/politics/2020/02/29/as-gop-primary-looms-republican-candidates-against-colin-allred-spar-over-guns-abortion/). Collins felt so much heat that she cut herself (yet another) six-figure check one week out from the primary.

An aspiring Betsy DeVos, Collins works at her father's education software company (https://www.dallasnews.com/news/politics/2019/07/30/dallas-republican-genevieve-collins-announces-run-for-u-s-rep-colin-allred-s-seat/) and has proved an unsteady campaigner so far, sputtering and stumbling into the general election after being outraised (https://docquery.fec.gov/cgi-bin/forms/C00715235/1384816/) by her leading GOP primary opponent Floyd McLendon (https://docquery.fec.gov/cgi-bin/forms/C00713933/1383322/), lying to reporters about her fundraising numbers (https://www.dallasnews.com/news/politics/2020/02/18/republicans-looking-for-champion-to-unseat-democrat-colin-allred-in-once-red-house-district/), failing to submit her financial disclosure (https://www.dallasnews.com/news/politics/2020/01/13/congressional-candidate-genevieve-collins-fails-to-submit-personal-financial-disclosure-report/) and committing several unforced errors in an awkward, halting TV interview (https://dfw.cbslocal.com/video/4396498-interview-texas-republican-congressional-candidate-genevieve-collins/).

With Rep. Allred on the ticket and demonstrating a singular ability to win and keep this North Texas seat, TX-32 is primed to reject the president and Washington Republicans' recklessness in 2020 – just like it did in 2016 (https://www.dallasnews.com/news/politics/2016/12/12/is-dallas-rep-pete-sessions-vulnerable-after-clinton-won-his-district/) and 2018 (https://www.dallasnews.com/news/2018/11/07/democrat-colin-allred-grabs-dallas-area-u-s-house-seat-from-gop-s-pete-sessions/).

**WHAT THEY'RE SAYING**

**HEADLINE:** "U.S. Rep. Colin Allred emphasizes moderate approach, bipartisanship at Garland town hall" [Dallas Morning News, 8/12/19 (https://www.dallasnews.com/news/politics/2019/08/13/u-s-rep-colin-allred-emphasizes-moderate-approach-bipartisanship-at-garland-town-hall/)]

DCCC_000744

**ED BOARD:** "U.S. Rep. Colin Allred, D-Dallas, told us that he and a bipartisan group of five other area lawmakers are pushing hard to make [the converted VA Hospital] happen because it would help serve 184,000 more veterans in North Texas and reduce wait times to get care. [...] We were glad to see Allred, on the Veterans Affairs committee, send a letter to the VA urging it to acquire the property." [Dallas Morning News, 8/25/19 (https://www.dallasnews.com/opinion/editorials/2019/08/25/thousands-of-d-fw-veterans-need-better-care-there-is-a-plan-to-get-it-for-them/)]

**HEADLINE:** "'I wasn't expecting it': Allred's family leave bill gets shout-out in Trump's State of the Union address" [Dallas Morning News, 2/5/20 (https://www.dallasnews.com/news/politics/2020/02/05/i-wasnt-expecting-it-allreds-family-leave-bill-gets-shout-out-in-trumps-state-of-the-union-address/)]

"Beating Allred, no matter the Republican choice, will be a tough task." [Dallas Morning News Opinion, 9/30/19 (https://www.dallasnews.com/opinion/commentary/2019/09/30/rep-colin-allred-might-not-be-worried-about-a-pete-sessions-rematch-but-some-republicans-are/)]

**ED BOARD:** "At 33, Collins is young, and she has no public policy experience" [Dallas Morning News, 2/6/20 (https://www.dallasnews.com/opinion/editorials/2020/02/06/we-recommend-genevieve-collins-in-the-32nd-congressional-district-republican-primary/)]

**HEADLINE:** "Congressional candidate Genevieve Collins fails to submit personal financial disclosure report" [Dallas Morning News, 1/13/20 (https://www.dallasnews.com/news/politics/2020/01/13/congressional-candidate-genevieve-collins-fails-to-submit-personal-financial-disclosure-report/)]

"Disclosure reports are designed to shed a light on the financial activity and investments of candidates and public office holders. It's a safeguard against conflicts of interest and other ethical traps. Collins said Monday that she would file the report this week and pay a $200 fine for being late. She blamed her tardiness on a software problem." [Dallas Morning News, 1/13/20 (https://www.dallasnews.com/news/politics/2020/01/13/congressional-candidate-genevieve-collins-fails-to-submit-personal-financial-disclosure-report/)]

**Genevieve Collins: Dishonest, Unqualified and Inexperienced**

**EMBRACING TRUMP AND HIS RECKLESS AGENDA**

It's clear that Genevieve Collins would be nothing but a rubber stamp for Washington Republicans and the reckless agenda that TX-32 voters rejected in 2018.

Other than opposing the Affordable Care Act (https://www.gcforcongress.com/healthcare) and opposing efforts to lower the cost of prescription drugs (https://dfw.cbslocal.com/video/4396498-interview-texas-republican-congressional-candidate-genevieve-collins/), Collins' big idea for health care is to parrot a failed Paul Ryan and Donald Trump scheme to use "health savings accounts" (https://www.cbpp.org/blog/trump-house-gop-health-savings-account-proposals-would-mostly-help-wealthy-not-uninsured) as a giveaway to wealthy and well-connected individuals like herself.

Collins is an aspiring Betsy DeVos who shockingly told the Dallas Morning News about her desire to unshackle the unscrupulous student loan vendors (https://voterguide.dallasnews.com/2020-primary/candidates/1170/) taking advantage of hardworking Texas families and keeping college costs high.

Collins supports making the budget-busting GOP Tax Scam permanent (https://www.gcforcongress.com/financial-freedom) – which has not only ballooned the national debt but also raised taxes for TX-32 homeowners (https://www.dallasnews.com/news/politics/2017/05/12/how-would-texans-fare-if-trump-and-house-republicans-end-state-and-local-tax-deduction/).

**NOT READY FOR PRIME TIME**

To Washington Republicans, Genevieve Collins' biggest asset is that her name isn't Pete Sessions (https://www.dallasnews.com/opinion/commentary/2019/09/30/rep-colin-allred-might-not-be-worried-about-a-pete-sessions-rematch-but-some-republicans-are/). But Collins is a neophyte to politics and her inexperience on the trail hasn't done her any favors. In fact, she's already committed several major unforced errors that will come to haunt her campaign along with her unvetted record.

In January, Collins suffered through 30 minutes of an awkward, halting interview (https://dfw.cbslocal.com/video/4396498-interview-texas-republican-congressional-candidate-genevieve-collins/) with CBS DFW's Jack Fink in which she came out against any new gun safety laws, said the GOP Tax Scam was great for corporations and opposed efforts to lower the cost of prescription drugs.

Soon after came this damning Dallas Morning News headline: "Congressional candidate Genevieve Collins fails to submit personal financial disclosure report (https://www.dallasnews.com/news/politics/2020/01/13/congressional-candidate-genevieve-collins-fails-to-submit-personal-financial-disclosure-report/)," and with it came Collins' laugh-out-loud claim that a "software problem" prevented her from following the law.

That's a tenuous excuse, considering Collins works at... wait for it... a software company.

**PATH TO VICTORY**

## Path to Victory

TX-32's makeup is more than 62 percent suburban, reflecting the kind of district that has shifted dramatically towards Democrats under Trump. That shift is evident in the more than 17-point swing at the presidential level between 2012 and 2016, leading Hillary Clinton to win TX-32 by 2 points. Since 2016, the deeply unpopular Washington Republican and Trump-backed agenda on health care and taxes have made the president even more toxic, leading TX-32 to replace former Congressman Pete Sessions in favor of Rep. Allred in 2018.

Here are some indicators of the rapid shifts in TX-32:

- The share of registered Democrats has increased 2 points from 2012 to current rates (36.6% to 38.6%). The share of registered independents has increased 5.7 points in that same time (21.4% to 27.1%). Finally, the share of registered Republicans has decreased by 8.5 points (41.9% to 34.3%).

- The district is undergoing a rise in voter registration share among African American, Asian American, and Latino voters. Between 2012 and present day, there has been a 0.6-point rise in registration share for African American registrants (11.9% to 12.5%), a 1.8-point rise for Asian American & Pacific Islanders (4.7% to 6.5%), and a 3.1-point rise for Latino registrants (8.7% to 11.8%).

- The district's Asian American/Pacific Islander population (7.1%) is 3.5 points above the state average and 2.8 points above the national average.

Rep. Allred is a strong fundraising and with nearly $2 million banked in his campaign account, he has positioned himself well to connect with and earn the votes of these crucial communities.

###

https://dccc.org/case-genevieve-collins/



**f**  ✉

Enter your email

DCCC.ORG
(HTTPS://DCCC.ORG/)

HOME
(HTTPS://DCCC.ORG/)

ABOUT
(HTTPS://DCCC.ORG/ABOUT/)

ACTIONS
(HTTPS://DCCC.ORG/ACTION-
CENTER/)

NEWS
(HTTPS://DCCC.ORG/NEWS/)

EN ESPAÑOL
(/ESPANOL)

TAKE ACTION
(HTTPS://DCCC.ORG/ACTION-
CENTER/)

CONTRIBUTE NOW
(/DONATE-FOOTER)

VOLUNTEER
(HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER-
SOURCE=DCCC-
HOMEPAGE)

ACTION CENTER
(/ACTION-CENTER)

REGISTER TO VOTE
(HTTP://IWILLVOTE.COM)

CONNECT

FACEBOOK
(HTTPS://WWW.FACEBOOK.COM/ELECTDEMOCRATS)

TWITTER
(HTTPS://TWITTER.COM/DCCC)

YOUTUBE
(HTTP://WWW.YOUTUBE.COM/USER/DCCCVIDEOS)

CONTACT US
(HTTPS://DCCC.ORG/CONTACT/)

CHANGE YOUR CONGRESS.ORG/MEMBER
(HTTP://CHANGEYOURCONGRESS.ORG/MEMBER/REDIRECT/=/MEMBER/INDEX.PHP)

FRONTLINE
(HTTPS://DCCC.ORG/FRONTLINE/)

RACES
(HTTPS://DCCC.ORG/RACES/)

MEDIA
(HTTPS://DCCC.ORG/MEDIA/)

SEARCH (/?S=)

👍 Like 2.1M

Follow
@dccc
(https://twitter



Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%
20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)

Not authorized by any candidate or candidate's committee.



(/)

📘 🐦 ▶️    **ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(http://facebook.com/dnc/der/dccc.s)

**NEWS (HTTPS://DCCC.ORG/NEWS/)**

NEWS (/NEWS) · THE CASE AGAINST (/THE-CASE-AGAINST)

# The Case Against Wesley Hunt



🕐 WEDNESDAY, MARCH 4, 2020





**"A commonsense voice for hardworking Texans and small businesses,
Congresswoman Lizzie Fletcher is bringing Houston's values to
Washington D.C. every day. It's an honor to serve with Congresswoman
Fletcher and watch her work across the aisle on key priorities like
protecting health care, lower prescription drug costs, guarding families
against flooding and protecting Houston's role as the energy capital of the
world. I have no doubt Congresswoman Fletcher will continue serving
Houstonians for many years to come."** – DCCC Chairwoman Cheri Bustos

—

To: Interested Parties

From: Avery Jaffe, DCCC Regional Press Secretary

Date: March 3, 2020

Subject: The Case Against Wesley Hunt

Tonight's Republican primary results in Texas' 7th Congressional District put
Congresswoman Lizzie Fletcher in an excellent position to win re-election in
this urban and suburban west Houston seat.

Trusted, visible and well-liked by Houstonians across the political spectrum,
Congresswoman Fletcher will face unknown conservative Republican Wesley
Hunt.

Attacked by the Houston GOP establishment as a drag-and-drop candidate
picked by Washington insiders (https://dccc.org/memo-texas-republicans-lost-
year-filing-deadline-marks-new-phase-dccctexas-offensive-drive/), Hunt was
forced to spend hundreds of thousands of dollars to avoid stumbling into a
GOP runoff, severely draining his campaign bank account.

https://dccc.org/case-wesley-hunt/

DCCC_000749

In contrast to Wesley Hunt's growing liabilities, Congresswoman Lizzie
Fletcher is building a bipartisan record of achievement in Congress. In 2018,
Fletcher specifically campaigned on a proposal to lower drug costs by giving
Medicare the power to negotiate with drug prices. In 2019, Fletcher kept her
promise (https://www.houstonchronicle.com/politics/texas/article/An-
endangered-Texas-congresswoman-had-an-eventful-14951803.php) and
helped pass H.R. 3, the Elijah Cummings Lower Prescription Drug Costs Now
Act.

Congresswoman Fletcher is also fulfilling her campaign pledge to address
flooding concerns. Working across the aisle, Fletcher teamed up with
conservative Congressmen Pete Olson and Mark Meadows to pass bipartisan
legislation (https://www.houstonchronicle.com/politics/us/article/Pelosi-
hopeful-GOP-will-support-flood-control-in-15075225.php) to cut red tape and
speed up rebuilding efforts when natural disasters strike. She worked with
Republicans to successfully dislodge billions in long-overdue HUD funds
(https://fletcher.house.gov/news/documentsingle.aspx?DocumentID=2176) for
Hurricane Harvey recovery and bring tax dollars back to Texas. And her
leadership on flooding issues in the district successfully resulted in Texas'
General Land Office to change their rules to allow for faster and more efficient
flood mitigation efforts.

Finally, Fletcher is standing up to protect Houston's status as energy capital of
the world (https://www.houstonchronicle.com/opinion/outlook/article/To-fix-
global-warming-the-world-needs-Houston-13798340.php), opposing efforts
(https://www.houstonchronicle.com/politics/houston/article/Houston-Rep-
Lizzie-Fletcher-opposes-fracking-ban-15051654.php) to limit Texas' energy
potential (https://www.houstonchronicle.com/business/article/House-Dems-
pass-offshore-drilling-bans-despite-14432486.php).

**WHAT THEY'RE SAYING**

**HEADLINE:** "Texas GOP congressional candidate Wesley Hunt has a convicted
felon on his payroll" [Texas Signal, 11/19/19 (https://texassignal.com/texas-
gop-congressional-candidate-wesley-hunt-has-convicted-felon-on-his-
payroll/)]

"During the first Republican candidate's forum with all the competitors for
Houston's 7th Congressional District, it didn't take long for Wesley Hunt to be
put on the defensive over a vote he made almost a dozen years ago." [Houston
Chronicle, 1/7/20
(https://www.houstonchronicle.com/politics/texas/article/Houston-GOP-
candidate-Wesley-Hunt-explains-old-14957294.php)]

DCCC_000750

"This week, Fletcher announced she would oppose a bill to ban hydraulic fracturing... highlighting her independence in a district where plenty of voters are employed in the energy sector. And Democrats believe they can link Hunt to allegations that Perry Homes disturbed protected wetlands, causing severe flooding in area homes." [Cook Political Report, 2/14/20 (https://cookpolitical.com/analysis/house/texas-house/2020-house-bottom-lines-texas)]

"Fletcher... has emerged as a moderate voice on energy policy in a district home to many oil and gas companies." [Energy & Environment News, 3/2/20 (https://www.eenews.net/stories/1062493781)]

"Since she's taken office, some Houston Republicans — old school, Bush-acolyte types — concede she's an on-the-ground presence and a force to be reckoned with for whoever the Republicans nominate." [Houston Chronicle, 1/20/20 (https://www.texastribune.org/2020/01/20/houston-republicans-vie-challenge-us-rep-lizzie-fletcher/)]

"The prescription bill was a key victory for Fletcher. The legislation would allow the government to negotiate lower prices for drugs in Medicare — something Fletcher campaigned on specifically in her run against Culberson." [Houston Chronicle, 1/5/20 (https://www.houstonchronicle.com/politics/texas/article/An-endangered-Texas-congresswoman-had-an-eventful-14951803.php)]

"Rep. Lizzie Fletcher's first bill — a measure meant to cut away federal red tape and speed up disaster recovery funding — passed the House nearly unanimously, with just seven votes against it and some of the chamber's most conservative members joining the freshman Democrat in pushing the legislation forward." [Houston Chronicle, 1/5/20 (https://www.houstonchronicle.com/politics/texas/article/An-endangered-Texas-congresswoman-had-an-eventful-14951803.php)]

**Wesley Hunt: Beloved by Special Interests, Unknown to Houston**

**ENABLING AN AGENDA THAT HURTS HOUSTON**

Voters in Texas's 7th Congressional District rejected President Trump and Washington Republicans' recklessness in 2016 and 2018 and are set to do so again in 2020. That hasn't stopped Wesley Hunt from doubling down on some of Washington Republicans' most egregious missteps that TX-07 voters rejected in 2018.

Hunt supports repealing the entirety of the Affordable Care Act (https://www.cnbc.com/2020/02/28/super-tuesday-primaries-texas-house-candidates-weigh-bernie-sanders-rise.html), a disastrous move that would jeopardize health care for 347,900 TX-07 residents with pre-existing conditions (https://www.americanprogress.org/issues/healthcare/news/2019/10/02/475030/number-americans-preexisting-conditions-district-116th-congress/), raise prescription drug costs and leave millions of Americans without access to vital health care services.

He refused to speak out against President Trump's budget (https://twitter.com/dccc/status/1233143291362914312) that steals $1 trillion from Medicare, Medicaid and Social Security benefits that Texans have earned.

Hunt also cheered efforts to permanently repeal key sections of the Affordable Care Act (https://wesleyfortexas.com/wesley-on-the-issues/), even though it cost millions of Americans their access to health insurance and increased costs for Texans. Hunt is vehemently anti-choice and supports stripping away commonsense funding for Planned Parenthood (https://www.houstonchronicle.com/election2020/primaries-voter-guide/).\

**DECRIED BY HOUSTON REPUBLICANS AS D.C.'S DROP-IN CANDIDATE**

In 2018, FiveThirtyEight identified TX-07 as the "Ultimate Romney-Clinton District (https://fivethirtyeight.com/features/spend-32-minutes-in-the-ultimate-romney-clinton-district/)" – highlighting the district as a prime example of the suburban realignment occurring nationwide as historically Republican areas reject Washington Republican recklessness.

Virtually unknown to conservatives and Republican activists in Harris County, Washington Republicans of course went all-in for Wesley Hunt to get him over the finish line. But even with all his help from Washington special interests, Hunt failed to put away former Mayor of Bellaire Cindy Siegel who was better-known and better-liked by Harris County GOP faithful and boasted an impressive list of more than 360 endorsements (https://cindysiegel.com/endorsements/).

Influential "Conservative Republicans of Harris County" founder Dr. Steven Hotze even rescinded his endorsement of Hunt (https://bigjolly.com/wesley-hunt-loses-major-endorsement-in-cd-7/) in favor of Siegel over his swampy ties, and a local conservative blog described hunt as "someone that can play a role but has no core convictions. Want him to play another role? Get him another script."

Despite TX-07 rejecting Donald Trump in 2016, Hunt's utterly undefined record forced him to work overtime to cozy up to an agenda that hurts Houston (https://www.houstonchronicle.com/politics/houston/article/President-Donald-Trump-endorses-Wesley-Hunt-in-15051605.php) in a district that is quickly moving further and further away from Trump-style politics – with 2016 (https://fivethirtyeight.com/features/spend-32-minutes-in-the-ultimate-romney-clinton-district/) and 2018 (https://www.texastribune.org/2018/11/06/democrat-lizzie-fletcher-against-texas-gop-congressman-john-culberson/) as prime examples of how the president's agenda is further isolating suburban voters.

### WESLEY HUNT'S SKETCHY ASSOCIATIONS

Hunt kicked off his campaign by putting a convicted felon on his payroll (https://texassignal.com/texas-gop-congressional-candidate-wesley-hunt-has-convicted-felon-on-his-payroll/), fundraised with controversial Harris County Commissioner Steve "People Enjoy Floods" Radack (https://lonestarproject.net/2019/05/16/will-cd7-challenger-wesley-hunt-break-alliance-with-county-official-who-said-people-enjoy-floods/) and failed to condemn President Trump's false claim (https://dccc.org/will-wesley-hunt-condemn-president-trumps-insult-houston/) that Texans "made a fortune" from the devastation of Hurricane Harvey. Welcome to Houston, Mr. Hunt.

### PATH TO VICTORY

TX-07's makeup is more than 58 percent suburban, reflecting the kind of district that has shifted dramatically towards Democrats under Trump. That shift is evident in the more than 22-point swing at the presidential level between 2012 and 2016, leading Hillary Clinton to win TX-07 by 1.4 points.

Since 2016, the deeply unpopular Washington Republican and Trump-backed agenda on health care and taxes have made the president even more toxic, leading TX-07 to replace former Congressman John Culberson in favor of Congresswoman Fletcher in 2018. Beto O'Rourke also won the district in 2018. That shift reflects the changing demographics of this former Republican stronghold:

- Latino voters are a rapidly growing demographic in TX-07, jumping from 9.3% of the 2012 vote to 12.4% of 2016 and 13.0% of 2018. Their support at the top-of-ticket jumped from Obama in 2012 (46%) to Clinton in 2016 (56%) to O'Rourke in 2018 (57%).

- Asian American voters are also an increasing share of the vote: 5.2% in 2012 and 7.0% in 2016. Their support for Democrats has risen dramatically. From an estimated two-way

support of 47% for the 2012 congressional Democrat — to 62% for the 2016 congressional
Democrat — to 73% for now-Congresswoman Fletcher.

And Congresswoman Fletcher has put herself on path to repeat her strong
2018 showing with nearly $2 million banked in her campaign account,
consistently outraising the Republican field.

### 

f

✉

Enter your email

DCCC.ORG                TAKE ACTION           CONNECT

(HTTPS://DCCC.ORG/)     (HTTPS://DCCC.ORG/ACTION-         FACEBOOK
                        CENTER/)              (HTTPS://WWW.FACEBOOK.COM/ELECTDEMOCRATS)

HOME

(HTTPS://DCCC.ORG/)     CONTRIBUTE NOW        TWITTER

ABOUT                   (/DONATE-FOOTER)      (HTTPS://TWITTER.COM/DCCC)

(HTTPS://DCCC.ORG/ABOUT/)  VOLUNTEER          YOUTUBE

ACTIONS                 (HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER-HOPS-USER-LOCATION/FRONTLINE/)

(HTTPS://DCCC.ORG/ACTION-  SOURCE=DCCC-       CONTACT US            RACES

CENTER/)                HOMEPAGE)             (HTTPS://DCCC.ORG/CONTACT/)   (HTTPS://DCCC.ORG/RACES/)

NEWS                    ACTION CENTER         MEDIA

(HTTPS://DCCC.ORG/NEWS/)  (/ACTION-CENTER)    (HTTPS://DCCC.ORG/MEDIA/)

EN ESPAÑOL              REGISTER TO VOTE      SEARCH (/?S=)

(/ESPANOL)              (HTTP://IWILLVOTE.COM)



Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%
20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.

https://dccc.org/case-wesley-hunt/

DCCC_000755

(/)

**ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(https://youtu.be/deader/democrats)

**NEWS (HTTPS://DCCC.ORG/NEWS/)**

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# Democrats Go on Offense – DCCC Chairwoman Cheri Bustos Announces Initial 2020 Offensive Battlefield




🕐 MONDAY, JANUARY 28, 2019



*House Democrats' Initial Offensive Battlefield Includes 33 Targeted GOP-Held or Open Seats*

**Washington, D.C.** – Today, Democratic Congressional Campaign Committee Chairwoman Cheri Bustos announced that Democrats are charging ahead to expand their Majority by laying out the House Democrats' initial 2020 offensive battlefield. In a detailed memo prepared by the DCCC, Bustos outlined the Committee's plan to compete and succeed in this initial field of 33 seats which includes 32 GOP held seats and one open seat (North Carolina's 9th Congressional District).

**"2018 was just the tip of the iceberg for Democrats,"** said DCCC Chairwoman Cheri Bustos. **"Today we are announcing our plan to go on offense and grow our New Democratic Majority. We have a clear path to**

DCCC_000756

**expanding our Democratic Majority, and by putting our plans in motion earlier in the cycle than ever before, we are demonstrating to Democrats across the country that the political arm of House Democrats is operating in high gear from the start.**

**"Over the next 21 months, we are going to execute a focused strategy to expand our majority. By recruiting the best candidates, raising the resources needed to equip them with top-notch campaigns, and drawing a clear contrast between our work to strengthen hardworking families with the Washington Republicans' agenda of blocking progress, we will build a Majority that lasts well into the future."**

*See below for a strategy memo that outlines the DCCC's 2020 offensive strategy.*

—

**To**: Interested Parties
**FR**: Cheri Bustos, DCCC Chairwoman & Allison Jaslow, DCCC Executive Director
**DT**: January 28, 2019
**RE**: Democrats are Going on Offense

Heading into the 2020 Presidential cycle, the Democratic Congressional Campaign Committee is gearing up for an aggressive effort to fortify and expand our new Democratic Majority.

As the saying goes, the best defense is a good offense, and we couldn't agree more – especially with the battlefield that lies before us this election cycle.

That's why the DCCC is announcing the first 33 districts we are targeting to flip from red districts to blue ones. While each of these districts is as unique as the candidates who will rise to win them, 2018 revealed several commonalities among districts where Democrats will be most competitive in the 2020 cycle. Many of the districts on our list have big suburban populations; many have also experienced rapid population growth in recent years – particularly in diverse communities. This leaves Democrats with a large number of ripe pick-up opportunities.

Below are key reasons why the 2020 election cycle is shaping up to be strong for Democrats.

**REPUBLICANS IN TROUBLE**

**History is on our side**

If 2018 was the new 2006, then we're already on course for 2020 to shape up as the new 2008, where Democrats expanded the House majority they had just won. Similar to the 2008 cycle, Democrats go into 2020 with a House Majority and a battlefield with a clear path taking shape to win more seats. Meanwhile, the Republicans arrive in the minority with an extremely unpopular President dragging them down.

- January 15-18, 2007, Gallup poll (https://news.gallup.com/poll/116500/presidential-approval-ratings-george-bush.aspx) with President George W. Bush's Approval Rating: **36 approve / 61 disapprove**

- January 10, 2019, Gallup poll (https://news.gallup.com/poll/203207/trump-job-approval-weekly.aspx) with President Donald Trump's Approval Rating: **37 approve / 59 disapprove**

And with a fired up Democratic base and Independents rejecting President Trump and his Republican enablers in Congress, Presidential battleground states like Michigan, North Carolina and Pennsylvania are shaping up to be treacherous terrain for House Republicans.

**President Trump is sinking fast... and dragging his enablers in Congress down with him**

During the early days of the 116th Congress, Washington Republicans had an opportunity to rebrand themselves as fighting for something other than the special interest who fuel their campaigns – but instead, they have demonstrated they didn't learn a single thing from their historic defeat in 2018. They chose to vote repeatedly to continue President Trump's Shutdown, which punished our economy, forced 800,000 hardworking Americans to miss multiple paychecks, and undermined our national security. These votes have done further damage to what little was left of Republicans' standing with the American public as the already deeply unpopular President (https://www.politico.com/story/2019/01/23/trump-government-shutdown-approval-rating-1119877) at the top of their ticket continues to get more unpopular. (https://www.cbsnews.com/news/pelosi-has-edge-over-trump-on-budget-negotiations-says-cbs-news-poll/)

**Scandals continue to engulf House Republicans**

Ending the corruption in Washington was a central theme to the House Democrats' efforts in 2018, and we have already made it the focus of our very first bill in the 116th Congress.

On the other side of the aisle? Not so much...

Despite both being indicted for felonies, Republicans continue to proudly welcome Congressmen Chris Collins (NY-27) and Duncan Hunter (CA-50) (https://www.rollcall.com/news/politics/indictment-caucus-duncan-hunter-chris-collins-win-reelection) to their cocktail parties. And if things progress as expected, freshman Rep. Ross Spano (FL-15) could soon be joining the Indictment Caucus after he admitted to breaking campaign finance law by taking $180,000 in illegal loans. (https://www.tampabay.com/florida-politics/buzz/2018/12/04/ross-spano-should-be-disqualified-from-congress-after-illegal-campaign-loans-top-florida-democrat-says/)

These are just a few of the obvious ethical problems in the House Republicans' ranks and doesn't even begin to mention liabilities such as Mark Harris in North Carolina's 9th Congressional District where his campaign is under criminal investigation for election fraud. (https://www.charlotteobserver.com/news/politics-government/article224173095.html)

**After two years of controlling the federal government, Republicans have nothing to show for it**

Ok, maybe not nothing...

They do have their wildly unpopular Tax Scam law that ushered in a new era of $1 trillion in deficits (https://www.nytimes.com/2019/01/08/us/politics/budget-deficit-trillion.html) to pay for tax cuts for special interests and the ultra-wealthy.

They also have their toxic and terrifying lawsuit to take away insurance protections for people with pre-existing conditions (which all but three Republicans voted this month to continue (http://clerk.house.gov/evs/2019/roll019.xml)). By the way, that's the same lawsuit they unsuccessfully tried to run away from (https://www.thedailybeast.com/republicans-to-voters-ignore-that-lawsuit-we-support-to-end-protections-for-pre-existing-conditions) ahead of the election.

**Life in the minority is no fun – Stand by for more GOP retirements**

Now that Republicans are living in the minority, the survivors of 2018 are learning the hard way that they no longer hold the levers of power in Congress. Right now, 20 of the 33 seats the DCCC is targeting are held by an incumbent Republican who has *never* served in the minority before. Political observers should pay close attention to vulnerable Republicans who decide it's not worth the work to run for a seat they may lose just for the chance to continue living in

the minority. This point is underscored by GOP Rep. Tom Marino, who had never served in the minority, and went from taking the oath of office to resigning just 14 days into the 116th Congress (https://dccc.org/week-4-trump-shutdown-first-republican-member-congress-heads-doors/).

In 2018, GOP retirements played a major role in opening up the battlefield, and we expect it will continue into the 2020 cycle with Representatives like Fred Upton (MI-06) and Peter King (NY-02) at the top of the retirement watch list.

**DEMOCRATS CONTINUE TO BUILD MOMENTUM IN 2019**

**An agenda that works for working families**

While Washington Republicans continue turning on a dime to accommodate President Trump's whims from tweet to tweet, Democrats have put forward a real agenda to strengthen hardworking families.

In 2018, Democrats' argument for control of the House was anchored by a focused message about how Washington Republicans were responsible for the skyrocketing cost of healthcare and prescription drugs, making it harder for Americans to make ends meet. After their politically indefensible campaign to undermine protections for people living with pre-existing conditions, Republicans, regardless of the "brands" they claimed to possess, were stuck on defense throughout the cycle.

Heading into 2020, healthcare is not going away as a key issue, and Republicans will continue to be forced to explain their votes to undermine protections for people living with pre-existing conditions and raise the cost of prescription drugs.

In stark contrast, Democrats in the House will be the single check on the Trump Administration's lawsuit to gut the Affordable Care Act, while working to pass common sense legislation to bring down the cost of healthcare and prescription drugs.

And while Republicans continue standing by scandal-plagued Reps. Chris Collins, Duncan Hunter and Ross Spano, Democrats have put forward H.R. 1, the *For the People Act*. The Democrats' bill strengthens voting rights, cracks down on the influence of big money in elections and improves ethical standards for elected officials.

Healthcare and corruption in Washington were key motivating factors for voters in 2018, and with the Trump Administration and House Republicans on defense, Democrats have the upper hand.

DCCC_000760

**2018 revealed new GOP weaknesses where no one expected it**

During the 2018 election, there were 26 seats where Republicans won by 5 points or fewer (including election night results in the heavily-disputed North Carolina 9th District).

One key geographic area where Democrats will go on offense is Texas, home to six of these seats (TX-10, TX-21, TX-22, TX-23, TX-24 AND TX-31). All six have suburban areas experiencing population booms and an increasingly diverse electorate. These factors gave Republicans a taste of what is headed their way. In 2018, the DCCC demonstrated that the once formidable Republican fortress in Orange County could fall, and in 2020 a rapidly emerging Democratic coalition will make Texas a focal point of the House Democrats' offensive strategy.

But these kind of trends aren't exclusive to Texas – Republicans will need to look out for districts like AZ-06, GA-07, IN-05, MO-02 and NC-09 for the same reasons.

# DCCC 2020 Initial Offensive Battlefield

## 33 Districts

- AZ-06 – Dave Schweikert
- CA-22 – Devin Nunes
- CA-50 – Duncan Hunter
- CO-03 – Scott Tipton
- FL-15 – Ross Spano
- FL-18 – Brian Mast
- GA-07 – Rob Woodall
- IA-04 – Steve King
- IL-13 – Rodney Davis
- IN-05 – Susan Brooks
- KY-06 – Andy Barr
- MI-06 – Fred Upton
- MN-01 – Jim Hagedorn

- MO-02 – Ann Wagner

- NC-02 – George Holding

- NC-09 – *OPEN*

- NC-13 – Ted Budd

- NE-02 – Don Bacon

- NY-01 – Lee Zeldin

- NY-02 – Peter King

- NY-24 – John Katko

- NY-27 – Chris Collins

- OH-01 – Steve Chabot

- PA-01 – Brian Fitzpatrick

- PA-10 – Scott Perry

- PA-16 – Mike Kelly

- TX-10 – Mike McCaul

- TX-21 – Chip Roy

- TX-22 – Pete Olson

- TX-23 – Will Hurd

- TX-24 – Kenny Marchant

- TX-31 – John Carter

- WA-03 – Jaime Herrera Beutler

###



Enter your email

DCCC.ORG                   TAKE ACTION              CONNECT

(HTTPS://DCCC.ORG/)        (HTTPS://DCCC.ORG/ACTION-    FACEBOOK

HOME                       CENTER/)                 (HTTPS://WWW.FACEBOOK.COM/ELECTDEMOCRATS)

(HTTPS://DCCC.ORG/)        CONTRIBUTE NOW           TWITTER

ABOUT                      (/DONATE-FOOTER)         (HTTPS://TWITTER.COM/DCCC)

(HTTPS://DCCC.ORG/ABOUT/)  VOLUNTEER                YOUTUBE

ACTIONS                    (HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER-HQ?SOURCE=DCCC-

(HTTPS://DCCC.ORG/ACTION-  SOURCE=DCCC-             CONTACT US

CENTER/)                   HOMEPAGE)                (HTTPS://DCCC.ORG/CONTACT/)

NEWS                       ACTION CENTER            MEDIA

(HTTPS://DCCC.ORG/NEWS/)   (/ACTION-CENTER)         (HTTPS://DCCC.ORG/MEDIA/)

EN ESPAÑOL                 REGISTER TO VOTE         SEARCH (/?S=)

(/ESPANOL)                 (HTTP://IWILLVOTE.COM)

[Like 2.1M]

Follow @dccc (https://twitter

MEMBER ELECTED DEMS (HTTPS://DCCC.ORG/MEMBER)

(HTTP://CHANGEYOURCONGRESS.ORG/REDIRECT=/MEMBER/INDEX.PHP)

FRONTLINE

(HTTPS://DCCC.ORG/FRONTLINE/)

RACES

(HTTPS://DCCC.ORG/RACES/)

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

(/)

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%
20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.

DCCC_000763

*Nancy Pelosi*



**INSIDE:**

**The plan to flip Texas in 2020**

XXXXMrs. Donor XXXXXXX
XXXX123 Main StreetXXXXX
XXXAnytown, US 12345XXXX
XXXXXXXXXXXXXXXXXXXXXXXX

BTF_Feb2020ACQ_No10OE.indd  1

1/13/20  10:48 PM

Blue Texas Fund
Feb 2020 ACQ
#10 SLW OE front
9.5w x 4.125h
White Stock
PMS 306 Light Blue and PMS 7686 Dark Blue

DCCC_000764

**BLUE TEXAS FUND**
*A Project of the DCCC*
430 South Capitol Street SE , Washington DC 20003

bluetexasfund.com







Blue Texas Fund
Feb 2020 ACQ
#10 OE Back
9.5w x 4.125h
White Stock
PMS 306 Light Blue, 1788 Red and 7686 Dark Blue

DCCC_000765



*"Texas is no longer, I believe, a reliably red state. We are on the precipice of turning purple, and we've got a lot of work to do to keep it red, because we lost, we got blown out in the urban areas. We got beat in the suburbs, which used to be our traditional strongholds."*

**— Senator John Cornyn**

Dear Fellow Democrat,

As a fellow Texan, you know that Texas is ground zero in our work to protect and expand our Majority in the House. Donald Trump knows it ... Texas Senators John Cornyn and Ted Cruz know it ... and now six Republican Members of Congress in Texas are retiring one after another!

Democrats took back the Majority in Congress because of what took place in Texas in 2018. And now we must do everything we can to **re-elect Rep Colin Allred and Rep Lizzie Fletcher** and other Democrats who defeated incumbent Republicans last year. And there are opportunities across the state and around the country to add more Democrats to our delegation.

**That's why Rep Allred, Rep Fletcher and the DCCC have joined together to launch the Blue Texas Fund, and I want you to be a Founding Member!**

**Your contribution of  $25, $35, $50 or even $100 will go directly to help re-elect freshman members Colin Allred and Lizzie Fletcher to ensure we keep their voices in Congress. And the DCCC will use your support to expand the Democratic Majority in the House — including by fighting to elect more Democrats in the Lone Star State among others.**

Since July, six members of the GOP Texas delegation have announced their retirement. And even more may be on the horizon! Take a look:

- **Congressman Mike Conaway (TX-11)** chaired the House Intelligence Committee's probe into Russian interference in the 2016 election and now he's decided to head home to Texas. Conaway's decision to retire is a sign that Republican morale is plummeting along with their chances of retaking the House.
- **Congressman Mac Thornberry (TX-13)** is one of the longest-tenured Texans in Washington. He has served as the Chairman and Ranking Member of the powerful House Armed Services Committee.
- **Congressman Bill Flores (TX-17)** is a member of the House Energy and Commerce Committee and the former chairman of the conservative Republican Study Committee. Like other Texas Republicans he is facing a growing resistance.
- **Congressman Pete Olson (TX-22)** watched his 18-point victory in 2016 slide to just 5 points in 2018. TX-22 is one of the most diverse districts in the country and has been called a true toss-up in 2020.
- **Congressman Will Hurd (TX-23)**, the lone black Republican in the House, stunned Washington's establishment by announcing his retirement. Hurd won re-election by less than 1,000 votes in 2018 despite being considered a rising star in the Party.
- **Congressman Kenny Marchant (TX-24)** carried his suburban Dallas-Fort Worth district by a razor-thin 3% in 2018. Marchant resigned after he was hit with an ethics complaint over improper staff contributions. Beto O'Rourke won this district in 2018 and Democrats can win it in 2020.

The Blue Texas Fund is closely monitoring two more Texas Congressmen — Mike McCaul (TX-10) and John Carter (TX-31) — that could be potential pick-ups for our party next November.

*(over, please)*



Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.

**bluetexasfund.com**

430 South Capitol Street SE
Washington DC 20003

BTF_Feb2020ACQ_Letter.indd   1

1/13/20   10:52 PM

Blue Texas Fund
February 2020 ACQ
8.5w x 11h
White Stock
PMS 306 Light Blue, PMS 7686 Dark Blue and Black Ink
Olive Indicated FPO
Letter Prints Nunito 11/12pt

DCCC_000766

But we have to ensure that Representatives Allred and Fletcher head back to Washington, along with the new Democratic Members we elect to these open seats and across the country.

**Congressman Allred defeated powerful Republican Pete Sessions to become the first Democrat to hold Texas's 32nd congressional district.** Millions of dollars in outside money flooded the airways to help Sessions but Allred bested him by nearly 6.5 points and narrowly outraised him.

Now the GOP wants the seat back. Pete Sessions is considering a re-match and a former Navy Seal who threw his hat in the ring called Allred's win a "fluke" when he entered the race. Regardless of who he faces, it is up to us to make sure Allred has all of the financial resources he needs.

In 2018, Texas Republicans were knocked back on their heels when Lizzie Fletcher defeated Republican John Culberson. **Congresswoman Fletcher is the first Democrat to hold Texas's 7th congressional district in 50 years!** Not only did she defeat Culberson by 5 points, she outraised him by nearly $3 million.

Fletcher is determined to continue to represent her hometown of Houston but the National Republican Congressional Committee (NRCC) has already made her one of their top targets. That means the NRCC will certainly invest millions of dollars in the district and outside money will follow.

**Representatives Allred and Fletcher and the DCCC are counting on supporters like you to help them raise the funds that will ensure the Democratic House is protected in November of 2020! Please become a founding member of the Blue Texas Fund by rushing a contribution today.**

We're committed to doing everything we can to protect and expand our Majority in the House. Our plan to do just that runs straight through Texas. There's already a party headquarters in Austin and three more are planned throughout the state.

Also, there are democratic organizers on the ground right now! They are recruiting volunteers, knocking on doors, and having real conversations with Texans. They are making sure voters hear that Representatives Allred and Fletcher and other Democrats are in Washington fighting for the causes they care most about.

- Protecting and expanding the Affordable Care Act, working towards lowering prescription drug prices and ensuring the GOP cannot roll back pre-existing condition coverage.
- Cleaning up the culture of corruption by removing dark money from elections and advancing clean and fair elections.
- Passing responsible and bipartisan gun safety measures such as comprehensive background checks, including closing the gun show loophole.

But we can't forget that Donald Trump's path to re-election and the GOP's quest to taking back the gavel also goes through the Lone Star State. They are already building large campaign war chests and the RNC's former National Field Director has launched a Super PAC — Engage Texas — to raise unlimited sums of money to attack our talented candidates.

If you are anything like me, you're looking forward to seeing other Democrats from Texas and around the country join Representatives Allred and Fletcher in January of 2021. Please become a Founding Member of the Blue Texas Fund now to make sure we achieve this goal.

Sincerely,

Nancy Pelosi
Speaker of the House

P.S.    Enclosed is a map of Texas so you can see for yourself our party's commitment to turning Texas blue. Please take a look and rush a contribution to become a Founding Member of the Blue Texas Fund, a project of the DCCC.

BTF_Feb2020ACQ_Letter.indd   2    1/13/20   10:52 PM

Blue Texas Fund
February 2020 ACQ
8.5w x 11h
White Stock
PMS 7686 Dark Blue and Black Ink

DCCC_000767

## BECOMING A FOUNDING MEMBER OF BLUE TEXAS FUND TODAY!



**YES!** I want to re-elect Texas representatives Colin Allred and Lizzie Fletcher and help the DCCC expand the Democratic Majority in the House. Enclosed is my contribution of:

❑ $25    ❑ $35    ❑ $50    ❑ $100    ❑ Other $_____

To charge your contribution to a credit card and for other important information, please see reverse side of this form.

430 South Capitol Street SE
Washington DC 20003

**bluetexasfund.com**

XXXXMrs. Donor XXXXXXX
XXXX123 Main StreetXXXXX
XXXAnytown, US 12345XXXX
XXXXXXXXXXXXXXXXXXXXXXX

Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.


UB

Contributions or gifts to the Blue Texas Fund are not tax-deductible. Please make your check payable to the Blue Texas Fund and return it with this form in the postage-paid envelope provided or mail to the Blue Texas Fund at 430 South Capitol Street SE, Washington DC 20003.

SCANLINE

BTF_Feb2020ACQ_Reply.indd   1

1/13/20   10:54 PM

Blue Texas Fund
February 2020 ACQ
8.5x3.5 Reply Front
60# white offset
PMS 306 Light Blue and PMS 7686 Dark Blue Ink Plus Laser
Olive Indicated FPO/Laser & Union Bug
Donors Name/Address, Ask and Dollar String Lasers Nunito 12/13pt, "To charge..." Lasers Nunito Ital 8.75pt

DCCC_000768

By contributing, you affirm that you are at least 18 years old, the funds you are donating are not being provided to you by another person or entity for the purpose of making this contribution and that you are not a federal contractor or foreign national.

PLEASE SIGN AND DATE THIS FORM AND RETURN WITH YOUR CONTRIBUTION

Signed: _____   Date:_____

Federal law requires us to use our best efforts to collect and report the name, mailing address, occupation, and name of employer of individuals whose contributions exceed $200 in a calendar year.

Name: _____

Current Address: _____

_____

Phone No.: Home/Mobile: _____   Office: _____

Current Occupation: _____   ❏ Self-Employed

Employer: _____   Email Address: _____

---

I wish to charge my contribution in the amount of $_____ to my:

❏ VISA    ❏ Mastercard    ❏ AmEx    ❏ Discover

_____
Credit Card #

_____
Expiration Date

_____
Name as printed on card

_____
Signature                              Date Signed

_____
Email

---

The first $11,200/$20,000 of each contribution from a person/multicandidate committee ("PAC") will be allocated evenly between Colin Allred for Congress and Elizabeth Pannill Fletcher for Congress (each, a "candidate"). The first $2,800/$5,000 of a person/PAC's contribution to each candidate will be designated for the primary election; the next $2,800/$5,000 will be designated for the general election. The next $248,500/$105,000 of each contribution from a person/multicandidate committee will be allocated to the DCCC, as follows: the first $35,500/$15,000 to the general fund; the next $106,500/$45,000 to the building fund; and the last $106,500/$45,000 to the recount fund. A contributor may designate his or her contribution for a particular participant. The allocation formula above may change if following it would result in an excessive contribution.

1/13/20   10:54 PM

Blue Texas Fund
February 2020 ACQ
8.5x3.5 Reply Back
60# white offset
PMS 7686 Dark Blue Ink

DCCC_000769



 

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



# BUSINESS REPLY MAIL
### FIRST-CLASS MAIL   PERMIT NO. 2845   WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE

BLUE TEXAS FUND
PO BOX 96910
WASHINGTON DC 20077-7610

BlueTexFund_No9BRE.indd   1

8/19/19   1:46 PM

Blue Texas Fund
Standard Reprint
#9 BRE Front
24# White Stock
Black Ink

DCCC_000770

# *Thank You for Your Support!*

BlueTexFund_No9BRE.indd   2

8/19/19   1:46 PM

Blue Texas Fund
Standard Reprint
#9 BRE Back
24# White Stock
Black Ink

DCCC_000771



**Republicans are on the run in Texas.**   **HELP TURN TEXAS BLUE.**

XXXXMrs. Donor XXXXXXX
XXXX123 Main StreetXXXXX
XXXAnytown, US 12345XXXX
XXXXXXXXXXXXXXXXXXXXXXXX

BlueTexFundJan2020Appeal_No10OE.indd   1                                                                1/10/20   12:17 PM

Blue Texas Fund
January 2020 Appeal
#10 SLW OE Back
9.5w x 4.125h
White Stock
PMS 306 Light Blue and PMS 7686 Dark Blue

DCCC_000772

**BLUE TEXAS FUND**
*A Joint Fundraising Committee of the DCCC*
430 South Capitol Street SE ★ Washington DC 20003
bluetexasfund.com

**Update on critical seats we must win.**





BlueTexFundJan2020Appeal_No10OE.indd   2
1/10/20   12:17 PM

Blue Texas Fund
January 2020 Appeal
#10 OE Back
9.5w x 4.125h
White Stock
PMS 306 Light Blue and 7686 Dark Blue

DCCC_000773



*A Joint Fundraising Committee of the DCCC*

**Dear Fellow Democrat,**

I've never been so happy to ring in a new year.  It's 2020, the year we've been anxiously waiting for so that we can finally take back the White House and put our nation back on a path that's fair and inclusive for ALL … and make even greater gains expanding our House Democratic Majority.

And that path runs right through the heart of Texas where it is critical we re-elect Representatives Colin Allred and Lizzie Fletcher and expand our Majority by winning in open seats.

So far, six House Republicans in Texas have chosen to step down instead of face defeat.

To say 2019 was a tumultuous year for the Texas GOP, is putting it mildly.

While they spent the better part of the year limping from crisis to crisis, **the Democratic Congressional Campaign Committee doubled down and launched our Blue Texas Fund** to focus and prioritize resources in order to capitalize on this opportunity to deepen our roots in the Lone Star State and expand our House Majority.

Thanks to your strong support, the **Blue Texas Fund** has helped Reps. Allred and Fletcher get a jumpstart on their races, and it has supported the DCCC's work across the country and in Texas. The DCCC has hired organizers earlier than ever to build on the inspiring energy in Texas and we're already seeing the impact in previously ruby-red Republican strongholds.

In fact, our field organizing, digital advertising, and research efforts played a determining factor in three high-profile Texas retirements, setting the stage for Texas to play a major role in more Democratic congressional wins this November.

And Allred and Fletcher are also working diligently to reach voters in their districts to ensure they are ready to turn out in November.

**It goes without saying, this all hinges on having sustained support from our most dedicated Democrats like you.**

**I cannot overstate the importance of your support at this juncture and urge you to send your gift of <$Ask1, $Ask2, or if possible, $Ask3> to the Blue Texas Fund today. Your contribution will go directly to Rep. Allred and Rep. Fletcher's reelection campaigns and to the DCCC.**

As you consider the amount of your gift — investment in the future of our country — let me share with you more details on what makes Texas the key to the DCCC's campaign to expand our Majority and our multi-pronged strategy to turn Texas Blue.

*(over, please)*



Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.



430 South Capitol Street SE
Washington DC 20003

Blue Texas Fund
January 2020 Appeal
Letter, Page 1 (8.5w x 11h)
White Stock
PMS 306 Light Blue and PMS 7686 Dark Blue Ink Plus Laser
Olive Indicated FPO/Laser
Letter Lasers Nunito 11/12pt

**DCCC_000774**

**Shifting Demographics**

The districts on our radar in Texas represent changing communities that were once at the core of Republicans' dominance in Texas. These districts are growing rapidly and becoming increasingly diverse (unlike the Republican Party). At the same time, the suburbs, which rejected President Trump's agenda in 2018, have responded similarly in Texas.

The combination of changing demographics with the rejection of President Trump and the Republican Party's toxic agenda has shifted the entire political climate in Texas.

By targeting districts that Democrats came within 5 points of carrying in 2018, we're positioning ourselves to accelerate these natural realignments.

We also need to make sure that Lizzie Fletcher whose district includes the changing suburbs of Houston, and Colin Allred whose district is one of the most diverse in the country, have the resources to defeat well-funded Washington Republican backed opponents.

**Grassroots Organizing**

The DCCC already deployed field managers in the key suburbs of Houston, Dallas, San Antonio, and Austin. These field managers are engaging activists and volunteers ahead of November to build and modernize the grassroots infrastructure needed to protect and expand the Majority.

To date, DCCC field managers in Texas alone have met with over 260 volunteers and held nearly 40 organizing events across the state.

**Digital Engagement**

The same day that Rep. Chip Roy single-handedly blocked a bipartisan deal on disaster relief, DCCC released a digital ad holding him accountable. When Roy followed that up with a vote for higher taxes on Gold Star families, our digital team made sure his constituents, many of whom are parts of military families, knew that too.

Crucial to connecting with voters in Texas, our digital program is already doing targeted Spanish language outreach, including Spanish language ads in TX-23 in the weeks before Congressman Hurd's retirement.

That ad highlighted Hurd's failure to put the safety of migrant children ahead of his loyalty to his party in Washington. This targeted Spanish language outreach will continue throughout the cycle as a key focus of our digital engagement program.

**In-depth Research**

Our offensive push into Texas means Republicans who have never faced competitive elections are undergoing the first public vetting of their long political careers.

The DCCC has deployed researchers across Texas to comb through public records and collect documents that can only be accessed in person. Researchers worked to uncover new information on Reps. Marchant, McCaul, and Olson that would never have been found without this on-the-ground research project. These research projects will continue throughout 2020 across targeted districts in Texas.

*(next page, please)*

Blue Texas Fund
January 2020 Appeal
Letter, Page 2 (8.5w x 11h)
White Stock
Black Ink

DCCC_000775

Research will also play a pivotal role in the Reps. Allred and Fletcher's re-elections. Their campaigns will need to be armed with information about the opponents the GOP has been recruiting so they can ensure voters know who they really are.

**Turning Texas Blue**

Shifting demographics ... grassroots organizing ... shining a light on the facts and getting the truth out well ahead of the election ... mobilizing volunteers and voters are going to be key to turning Texas Blue ... and so are you.

Through these and other on-the-ground targeted initiatives, your investments in the **Blue Texas Fund** are laying the solid foundation for our candidates to win in November.

**In district after district, Texas is ripe with opportunity to make significant gains.**

Instead of listening to the issues that matter to their constituents like access to high-quality, affordable health care ... stemming the epidemic of gun violence ... addressing climate change ... making sure their votes count (the list goes on), Republicans continue to race to the right and pledge their allegiance to Donald Trump and his reckless and shameful agenda.

While they refuse to hold the president accountable and march in lockstep with this administration, our outstanding freshman Reps. Colin Allred (TX-32) and Lizzie Fletcher (TX-07) have been working tirelessly for the families in their districts and, because of that, are experiencing a surge in support.

Another winnable seat is emerging in TX-23 where the lone black Republican in the House stunned Washington's establishment by announcing his retirement. Hurd held onto his seat against Gina Ortiz Jones by a mere 926 votes in 2018, despite being considered a rising star in the Party. Jones is building an outstanding and vibrant grassroots campaign, while the GOP potential candidates battle for their party's nomination.

I could go on. But I'd be remiss if I failed to draw your attention to the fact that Texas is also key to Trump's re-election.

With control of the House, as well as the White House, hinging on Texas, it's becoming one of the biggest battleground states.

Which means the GOP and their lavishly funded backers are setting up Super PACs to funnel millions upon millions of dollars into these races.  Rest assured, they will say and do whatever it takes to maintain these districts and their grip on power.

So, even though our candidates are well-positioned today (thanks to you), we can take nothing, and I mean nothing, for granted. We must stay one step ahead of the GOP at all times if we stand any chance of re-electing Allred and Fletcher and expanding our Majority — in Texas and across the country.

**That's why I'm turning to our most dedicated supporters like you to help raise the funds to protect our Democratic Majority.**

**Your gift to the Blue Texas Fund is one of the best ways you can do that. It will ensure that the DCCC can run programs across the country to expand our Majority and that Reps. Allred and Fletcher have the resources to stand up to the onslaught that GOP is planning.**

*(over, please)*

BlueTexFundJan2020Appeal_Letter.indd   3

1/10/20   12:22 PM

Blue Texas Fund
January 2020 Appeal
Letter, Page 3 (8.5w x 11h)
White Stock
Black Ink

DCCC_000776

- 4 -

**With all that's on the line, I urge you to return your most generous gift today.**

We can leave no stone unturned in Texas and across the country. We are <u>refining campaign strategies right now</u> so come November our newly elected Representatives, Collin Allred and Lizzie Fletcher, not only keep their seats, but we turn even more seats Blue.

**2020 is finally here. Please let me know you're with us every step of the way. We cannot miss this moment.**

Sincerely,

Nancy Pelosi
Speaker of the House

P.S. That path to expanding our Democratic Majority runs right through Texas.  To ensure we capitalize on every opportunity there and across the country, and that Allred and Fletcher return to Washington, your continued support of the **Blue Texas Fund — a joint fundraising committee of the DCCC** is vital. With all that's at stake this year, <u>please make your best gift now</u>. Thank you.



Blue Texas Fund
January 2020 Appeal
Letter, Page 4 (8.5w x 11h)
White Stock
PMS 306 Light Blue, PMS 7686 Dark Blue and Black Ink

DCCC_000777

## TURN TEXAS BLUE IN 2020!

**A Joint Fundraising Committee of the DCCC**

**YES!** I want to help protect Texas Freshman Democrats Colin Allred and Lizzie Fletcher and seize historic opportunities to turn Texas BLUE and expand the Democratic Majority in the House with gains across the country. Enclosed is my contribution to the **Blue Texas Fund** in the amount of:

❑ <$HPC>     ❑ <$1.5HPC>     ❑ <$2HPC>     ❑ Other $_____

*To charge your contribution to a credit card and for other important information, please see reverse side of this form.*

XXXXMrs. Donor XXXXXXX
XXXX123 Main StreetXXXXX
XXXAnytown, US 12345XXXX
XXXXXXXXXXXXXXXXXXXXXXXX



**BLUE TEXAS FUND**

430 South Capitol Street SE
Washington DC 20003

**bluetexasfund.com**

Paid for by Blue Texas Fund, a joint fundraising committee authorized by Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and DCCC.



Contributions or gifts to the Blue Texas Fund are not tax-deductible. Please make your check payable to the Blue Texas Fund and return it with this form in the postage-paid envelope provided or mail to the Blue Texas Fund at 430 South Capitol Street SE, Washington DC 20003.

SCANLINE



BlueTexFundJan2020Appeal_Reply.indd   1

1/10/20   12:23 PM

Blue Texas Fund
January 2020 Appeal
8.5x3.5 Reply Front
60# white offset
PMS 306 Light Blue and PMS 7686 Dark Blue Ink Plus Laser
Olive Indicated FPO/Laser & Union Bug
Donors Name/Address, Ask and Dollar String Lasers Nunito 12/13pt, "To charge…" Lasers Nunito Ital 8.75pt

DCCC_000778

By contributing, you affirm that you are at least 18 years old, the funds you are donating are not being provided to you by another person or entity for the purpose of making this contribution and that you are not a federal contractor or foreign national.

PLEASE SIGN AND DATE THIS FORM AND RETURN WITH YOUR CONTRIBUTION

Signed: _____   Date:_____

Federal law requires us to use our best efforts to collect and report the name, mailing address, occupation, and name of employer of individuals whose contributions exceed $200 in a calendar year.

Name: _____

Current Address: _____

_____

Phone No.: Home/Mobile: _____   Office: _____

Current Occupation: _____   ❑ Self-Employed

Employer: _____   Email Address: _____

I wish to charge my contribution in the amount of $_____ to my:

❑ VISA   ❑ Mastercard   ❑ AmEx   ❑ Discover

_____
Credit Card #

_____
Expiration Date

_____
Name as printed on card

_____
Signature                              Date Signed

_____
Email

The first $11,200/$20,000 of each contribution from a person/multicandidate committee ("PAC") will be allocated evenly between Colin Allred for Congress and Elizabeth Pannill Fletcher for Congress (each, a "candidate"). The first $2,800/$5,000 of a person/PAC's contribution to each candidate will be designated for the primary election; the next $2,800/$5,000 will be designated for the general election. The next $248,500/$105,000 of each contribution from a person/multicandidate committee will be allocated to the DCCC, as follows: the first $35,500/$15,000 to the general fund; the next $106,500/$45,000 to the building fund; and the last $106,500/$45,000 to the recount fund. A contributor may designate his or her contribution for a particular participant. The allocation formula above may change if following it would result in an excessive contribution.

1/10/20   12:23 PM

Blue Texas Fund
January 2020 Appeal
8.5x3.5 Reply Back
60# white offset
PMS 7686 Dark Blue Ink

DCCC_000779

   

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 2845   WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE

BLUE TEXAS FUND
PO BOX 96910
WASHINGTON DC 20077-7610

BlueTexFund_No9BRE.indd   1

8/19/19   1:46 PM

Blue Texas Fund
Standard Reprint
#9 BRE Front
24# White Stock
Black Ink

DCCC_000780

# *Thank You for Your Support!*

BlueTexFund_No9BRE.indd   2

8/19/19   1:46 PM

Blue Texas Fund
Standard Reprint
#9 BRE Back
24# White Stock
Black Ink

DCCC_000781



(/)

f 🐦 ▶  ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)

(https://twitter.com/thedccc)(video)
NEWS (HTTPS://DCCC.ORG/NEWS/)

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# ICYMI: After DCCC Targets Six Seats In Texas, Vulnerable Republican Incumbents Are Running Scared

🕓 THURSDAY, FEBRUARY 14, 2019




*"The 2018 cycle scared many Republicans, who lost two congressional seats, and offered the first real evidence that the state might move from red to purple"*

After Democrats racked up record gains in Texas last cycle, a report from the Star-Telegram today finds that Republicans in the state are "concerned," "worried," and "fearful." Now that the DCCC has put an additional six GOP seats on the battlefield in 2020, the Star-Telegram notes that Texas GOP Congressmen Mike McCaul, Chip Roy, Pete Olson, Will Hurd, Kenny Marchant and John Carter have been in Washington begging for help from the National Republican Congressional Committee.

**According to the Star-Telegram: (https://www.star-telegram.com/news/politics-government/national-politics/article226226280.html)**

Texas Republicans have long coasted to re-election while ignoring their Democratic opponents. Not anymore.

...The 2018 cycle scared many Republicans, who lost two congressional seats, and offered the first real evidence that the state might move from red to purple.

DCCC_000782

...So acute is that concern, that members of the Texas delegation sat down last week with leaders from the House GOP campaign arm — which typically assists with polling, opposition research and negative advertising — to request more help with their races.

**"After flipping two seats in Texas last year, Democrats are well-positioned to make big gains in the Lone Star state in 2020,"** said DCCC Spokesperson Brooke Goren. **"Given their disastrous support for raising the cost of health care and taxes on middle-class families, it's no wonder Texas Republicans on the DCCC's battlefield are running scared."**

**Star-Telegram: Worried Texas Republicans Call for More National Help in 2020 (https://www.star-telegram.com/news/politics-government/national-politics/article226226280.html)**

*By Andrea Drusch*

WASHINGTON — Texas Republicans have long coasted to re-election while ignoring their Democratic opponents. Not anymore.

For 2020, GOP incumbents in what has historically been one of the most solidly red states in the union are plotting offense-driven campaigns they hope will insulate them even if the party brand takes a nosedive.

Strategists and party operatives interviewed by the Star-Telegram say the approach comes after a number of long-serving Republicans notched closer-than-expected victories in 2018, while their party lost ground in the suburbs.

..."People are concerned, worried, fearful, about how do we strike a balance between handling the president and the base, versus building that broader outreach?" said Texas GOP strategist Brendan Steinhauser, who has worked for Texas Sens. John Cornyn and Ted Cruz, as well as GOP Reps. Mike McCaul and Dan Crenshaw.

DCCC_000783

...The 2018 cycle scared many Republicans, who lost two congressional seats, and offered the first real evidence that the state might move from red to purple.

"A lot of people were taken by surprise," said Steinhauser. "It's going to take a lot more time, money and focus on the district."

So acute is that concern, that members of the Texas delegation sat down last week with leaders from the House GOP campaign arm — which typically assists with polling, opposition research and negative advertising — to request more help with their races.

...This cycle, Democrats are targeting six more seats representing Texas suburbs — the districts held by Reps. McCaul, Chip Roy, Pete Olson, Will Hurd, Kenny Marchant and John Carter.

Hurd, Roy, Olson and Carter each faced opposition from national Democrats last cycle as well, and Carter reached out to the party committee for help with that race too.

..."It's a presidential year. Presidential turnout, the blind hated of Trump will drive the left out, It's going to be a battleground everywhere," said Dave Carney, chief strategist for Texas' Republican Gov. Greg Abbott's political efforts.

If he were a Democrat choosing targets in Texas, he said: "I'd pick every seat."

...Republicans are still plenty popular in rural parts of the state, helping many of them hold on without much campaign infrastructure in 2018.

But Democrats expanded their dominance in urban parts of the state, and made up ground in suburban areas that will factor heavily into many of the targeted House races.

**READ THE FULL STORY HERE. (https://www.star-telegram.com/news/politics-government/national-politics/article226226280.html)**

###

f | | ✉

Enter your email

DCCC.ORG                TAKE ACTION         CONNECT

(HTTPS://DCCC.ORG/)     (HTTPS://DCCC.ORG/ACTION-         FACEBOOK

HOME                    CENTER/)            (HTTPS://WWW.FACEBOOK.COM/ELECTDEMOCRATS)

(HTTPS://DCCC.ORG/)     CONTRIBUTE NOW      TWITTER

ABOUT                   (/DONATE-FOOTER)    (HTTPS://TWITTER.COM/DCCC)

(HTTPS://DCCC.ORG/ABOUT/) VOLUNTEER         YOUTUBE

ACTIONS                 (HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?             FRONTLINE

(HTTPS://DCCC.ORG/ACTION- SOURCE=DCCC-      (HTTPS://DCCC.ORG/FRONTLINE/)

CENTER/)                HOMEPAGE)           CONTACT US         RACES

NEWS                    ACTION CENTER       (HTTPS://DCCC.ORG/CONTACT/)         (HTTPS://DCCC.ORG/RACES/)

(HTTPS://DCCC.ORG/NEWS/) (/ACTION-CENTER)   MEDIA

                                            (HTTPS://DCCC.ORG/MEDIA/)

Like 2.1M

Follow @dccc (https://twitter

CHANGEYOURCONGRESS (HTTP://CHANGEYOURCONGRESS.ORG/MEMBER/INDEX.PHP?REDIRECT=/MEMBER/INDEX.PHP)

EN ESPAÑOL               REGISTER TO VOTE                        SEARCH (/?S=)

(/ESPANOL)               (HTTP://IWILLVOTE.COM)



Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

(/)

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%
20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.



(/)

f 🐦 ▶     **ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(https://www.youtube.com/dcccvideo)

**NEWS (HTTPS://DCCC.ORG/NEWS/)**

ICYMI (/ICYMI) • NEWS (/NEWS) • PRESS RELEASE (/PRESS-RELEASE)

# ICYMI – DCCC:Texas Strategy is getting a lot of attention




⊙ FRIDAY, APRIL 12, 2019

On Tuesday, in a sign that House Democrats are serious about going on offense in the 2020 cycle, the DCCC announced the opening of a new headquarters in Austin, Texas (https://dccc.org/dccc-chairwoman-cheri-bustos-announces-dccctexas-headquarters/). This new office will be led by two native Texans who will lead a team that's focused on expanding our Democratic Majority in the region. Texas is the home of six GOP-held seats, the most of any state in the country, on the DCCC's offensive battlefield.

Following the announcement, the DCCC released a polling memo (https://2vmhfw1isbe32j3tgn3epw3x-wpengine.netdna-ssl.com/wp-content/uploads/2019/04/041019-DCCC-Texas-Polling.pdf) with recent data from three of these targeted districts – TX-10, TX-21 and TX-24. Despite President Trump winning all three of these districts in 2016, the President's approval rating is underwater in all three – a harbinger of how the President will be a drag on House Republicans in Texas and across the country.

**"Make no mistake about it, Democrats are going on offense in 2020 and there's no place where we have more opportunities than Texas. The DCCC is making this early aggressive move because we know that the best defense is a strong offense and we are committed to fortifying and expanding our new Democratic Majority,"** said DCCC Communications Director Jared Smith.

**Here's what they're saying**:

**On TV:**

DCCC Chairwoman Cheri Bustos on CNN's "New Day" (https://youtu.be/9mCxPZaZkiU)



(https://youtu.be/9mCxPZaZkiU)

Spectrum News: (https://www.youtube.com/watch?
v=YM6UMeyObCQ&feature=youtu.be)



(https://youtu.be/YM6UMeyObCQ)

Fox 7 Austin: (https://youtu.be/VcWUKFIbg7c)



(https://youtu.be/VcWUKFIbg7c)

In Texas:

**U.S. House Democratic campaign arm to open Austin office, boosting focus
on Texas in 2020** (https://www.texastribune.org/2019/04/09/dccc-texas-
democrats-2020-office-austin/)

**Texas Tribune** | Abby Livingston

National Democrats are ratcheting up their Texas offensive yet again ahead of 2020.

The chairwoman of U.S. House Democratic campaign arm announced Tuesday morning that her committee will open a new satellite office in Austin. The move replicates the committee's 2018 California playbook, when the Democratic Congressional Campaign Committee had a substantive, on-the-ground presence in the Golden State and flipped seven U.S. House seats there.

[...]

The DCCC previously announced a national offensive effort for the 2020 elections that would install staffers in the Dallas, Houston, Austin and San Antonio suburbs. Monday's announcement takes that initiative a step further, opening a central office in Austin with eight staffers, including Texas Democratic operatives Roger Garza and Michael Beckendorf.

[...]

This is an aggressive move. Even as Bustos and others in Washington crow about the Texas offensive, the DCCC is also tasked with defending more than 40 vulnerable incumbents, including two Texas freshmen — Allred and Fletcher. Republicans are recruiting opponents for both districts. Last week, veteran Wesley Hunt announced a challenge to Fletcher for her west Houston district.

**Democrats' House campaign arm opens office in Austin, signaling Texas' emergence as battleground** (https://www.dallasnews.com/news/elections-2020/2019/04/09/democrats-house-campaign-arm-opensoffice-austin-signaling-texas-emergence-battleground)

**Dallas News** | Tom Benning

The Democratic Congressional Campaign Committee on Tuesday announced it will open a satellite office in the Texas capital, providing a centralized perch from which to challenge Republican lawmakers in the six districts the group has identified as pickup opportunities.

[...]

In the House fight, the DCCC has circled Republicans who last year won their races by five points or less: Reps. Kenny Marchant of Coppell, John Carter of Round Rock, Will Hurd of San Antonio, Michael McCaul of Austin, Pete Olson of Sugar Land and Chip Roy of Austin.

"**Texas is crucial to maintaining and expanding our House majority,**" said Rep. Marc Veasey, D-Fort Worth. **"Texans turned out in record numbers in 2018 for more jobs, better education and expanded access to health care, and I look forward to continuing that momentum in 2020**."

**Democratic Campaign Committee Will Open Austin Office to Focus on Texas Wins in 2020** (https://www.sacurrent.com/the-daily/archives/2019/04/10/democratic-campaign-committee-will-open-austin-office-to-focus-on-texas-wins-in-2020)

**San Antonio Current** | Sanford Nowlin

National Democrats are clearly taking the 2018 midterms as a sign that Texas is becoming a purple state.

The chairwoman of U.S. House Democratic campaign arm this week announced that the committee will open an Austin satellite office. The move seems to follow a strategy the national party used in California in 2018, where it took seven seats from Republicans during the midterms.

[…]

Democrats won two House seats in the state that election cycle, hurling out longtime Republican incumbents in the Houston and Dallas suburbs. Also feeding the Democrats' fire, most likely, was Beto O'Rourke's closer-than-expected race against Republican Sen. Ted Cruz.

Nationally:

**Democratic polls show Trump struggling in three GOP-held Texas districts** (https://www.mcclatchydc.com/news/politics-government/congress/article229013409.html)

**McClatchy** | Andrea Drusch

As President Donald Trump heads to Texas on Wednesday, his approval rating is underwater in a trio of GOP-held congressional districts both parties will be fighting over in 2020, according to new Democratic polling shared with the Star-Telegram.

Surveys the Democratic Congressional Campaign Committee recently conducted found that 41 percent of voters approved of Trump's job performance in Texas' 24th congressional district, where Rep. Kenny Marchant serves, while 44 percent disapproved.

[…]

After flipping two seats in Texas in 2018, Democrats are plotting a much bigger investment to go after six more in 2020. But the targets are much tougher this time around, running through much more conservative territory.

**Dems Dream Big in Texas** (https://www.nationaljournal.com/s/677961/dems-dream-big-in-texas?)

**National Journal** | Kyle Trygstad

If Democrats can replicate last cycle's success in California in the second-largest state, after 2020 the party will likely boast a Texas-sized House majority.

While the party has plenty of defense to play in districts President Trump carried in 2016, the array of opportunities in the Lone Star State and the DCCC's investment there indicate Texas is the cornerstone of its potential to expand.

**Texas is at the center of the battle over the House** (https://www.politico.com/newsletters/morning-score/2019/04/10/texas-is-at-the-center-of-the-battle-over-the-house-577772)

**Politico** | Zach Montellaro

BATTLEGROUND TEXAS — Look no further than Texas for the next frontier of the House battleground map. The DCCC announced Tuesday it would open a headquarters in Austin to focus on six battleground seats it hopes to flip, with the effort led by Southern Regional Political Director Michael Beckendorf and state senior adviser Roger Garza.

**House Democratic campaign arm to open Texas office** (https://www.washingtonexaminer.com/news/house-democratic-campaign-arm-to-open-texas-office)

**Washington Examiner** | Caitlin Yilek

The campaign arm of House Democrats will open a new satellite office in Austin, putting more focus on flipping Texas seats in their favor in 2020.

The Democratic Congressional Campaign Committee made a similar play in California in the 2018 midterm elections and won seven seats held by Republicans.

[...]

It's all part of an effort Democrats contend can result in turning the Republican state into a competitive battleground. Democrats won two House seats in Texas in the 2018 elections, defeating a pair of longtime Republican incumbents in the Dallas and Houston suburbs.

**DCCC opens Texas office to protect House pickups, target vulnerable GOP seats** (https://thehill.com/homenews/state-watch/437995-dccc-opens-texas-office-to-protect-house-pickups-target-vulnerable-gop)

**The Hill** | Zack Budryk

The Democratic Congressional Campaign Committee (DCCC) will open an office in Texas to protect two House seats gained in the 2018 midterms and target six seats where Republicans narrowly won, according to DCCC Chairwoman Rep. Cheri Bustos (D-Ill.).

The office will focus on safeguarding Democratic Reps. Colin Allred and Lizzie Pannill Fletcher, while targeting Republican incumbents Reps. John Carter, Will Hurd, Kenny Marchant, Michael McCaul, Pete Olson and Chip Roy, all of whom had a margin of victory under 5 percentage points in 2018, according to the Texas Tribune.

### 

Enter your email

DCCC.ORG          TAKE ACTION          CONNECT

(HTTPS://DCCC.ORG/) (HTTPS://DCCC.ORG/ACTION-K FACEBOOK

HOME                  CENTER/)                  (HTTPS://WWW.FACEBOOK.COM/ELECTDEMOCRATS)

(HTTPS://DCCC.ORG/)

👍 Like 2.1M

ABOUT                        CONTRIBUTE NOW            TWITTER                    MEMBER RESOURCES            Follow

(HTTPS://DCCC.ORG/ABOUT/)    (/DONATE-FOOTER)          (HTTPS://TWITTER.COM/DCCC)  HTTP://CHANGEYOURCONGRESS.ORG/MEMI    @dccc

ACTIONS                      VOLUNTEER                 YOUTUBE                    REDIRECT=/MEMBER/INDEX.PHP)            (https://twitter

(HTTPS://DCCC.ORG/ACTION-    (HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER-YOUTUBE.COM/USER/DCCCVIDEO)

CENTER/)                     SOURCE=DCCC-              CONTACT US                 (HTTPS://DCCC.ORG/FRONTLINE/)

NEWS                         HOMEPAGE)                 (HTTPS://DCCC.ORG/CONTACT/)  RACES

(HTTPS://DCCC.ORG/NEWS/)     ACTION CENTER                                        (HTTPS://DCCC.ORG/RACES/)

EN ESPAÑOL                   (/ACTION-CENTER)                                     MEDIA

(/ESPANOL)                   REGISTER TO VOTE                                     (HTTPS://DCCC.ORG/MEDIA/)

                             (HTTP://IWILLVOTE.COM)                               SEARCH (/?S=)

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

(/)

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%

20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)

Not authorized by any candidate or candidate's committee.



f 🐦 ▶️ 　　　ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)

(/)　　(https://twitter.com/dccc)（video)　　NEWS (HTTPS://DCCC.ORG/NEWS/)

MEMO (/MEMO) · NEWS (/NEWS)

# MEMO: DCCC: Texas Early Investments Creating Historic Opportunity

🕐 TUESDAY, AUGUST 13, 2019





**Memorandum**

**To:** Interested Parties

**From:** Kory Kozloski, DCCC Political Director

**Date:** August 13, 2019

**Subject:** DCCC:Texas Early Investments Creating Historic Opportunity

**Since day one of the 2020 election cycle, the DCCC's strategic investments have recognized the energy and opportunity in Texas and 15 months from Election Day, we've already had a clear impact in previously ruby-red Republican strongholds. The DCCC's field organizing, digital advertising, and research efforts have already contributed to three high-profile Texas retirements, setting up DCCC:Texas to play a major role in turning Texas's homegrown energy into congressional wins in 2020.**

## DCCC:Texas

In 2018, Democrats defeated two longtime incumbents (https://www.texastribune.org/2018/11/07/congressional-districts-texas-Democrats/) in Texas, including the former Chairman of the NRCC. Following these critical wins, the DCCC announced in January 2019 that it would go on offense in six districts in Texas (https://dccc.org/democrats-go-offense-dccc-chairwoman-cheri-bustos-announces-initial-2020-offensive-battlefield/), expanding the battlefield even further into the state.

Immediately following the announcement of the DCCC's six targeted seats, reports began to surface that Republicans in Washington were "freaking out (https://www.rawstory.com/2019/03/texas-gop-freaking-2020-beto-orourke-almost-unseated-ted-cruz-report/)" and "increasingly worried that some of the targeted incumbents are not taking these re-election races seriously or may end up retiring (https://www.texastribune.org/2019/02/26/democrats-texas-2020/)." One Republican strategist said Republicans were "concerned, worried, fearful (https://www.star-telegram.com/news/politics-government/national-politics/article226226280.html)" that Texas Republicans would not be able to hold onto districts with rapidly growing and diverse populations.

In April, the DCCC expanded its focus on the state and announced (https://dccc.org/dccc-chairwoman-cheri-bustos-announces-dccctexas-headquarters/) a new DCCC:Texas Headquarters led by native Texans to capitalize on the proven grassroots energy in the state. DCCC:Texas will ensure that the DCCC will be ready to drive grassroots energy early, not react to it late in the election cycle. Learning from the DCCC's successful West Coast (https://dccc.org/memo-west-won-historic-gains-california-unprecedented-dccc-investment/) strategy in 2018, the DCCC put six senior staffers in Austin and grassroots organizers in key communities across the state, allowing our team to be close to campaigns, volunteers, and activists, and give them the tools they need to respond to Texans on the ground and mobilize voters in 2020.

## REPUBLICAN ACCOUNTABILITY

In addition to its physical presence at DCCC:Texas, the DCCC has devoted strategic resources to holding Texas Republicans accountable for their Washington agenda, forcing them to grapple with the tough reality of running a contested campaign for the first time in years.

### RETIREMENT WATCH LIST

In February 2019, the DCCC added four Texas Republicans to our Retirement Watch List, (https://dccc.org/dccc-unveils-much-anticipated-2020-republican-retirement-watch-list-early-targeted-digital-ads/) and ramped up the pressure with geo-targeted digital ads in their districts. Since then, two Texas Members on the Watch List have announced their retirement, Rep. Olson and Rep. Marchant. And while the DCCC's famed Retirement Watch List's wasn't prepared for the retirement of Rep. Will Hurd – neither were the Republicans. One Republican strategist went so far as to say the impact of Hurd's retirement "almost can't be
overstated." (https://www.nytimes.com/2019/08/01/us/politics/will-hurd-

Case 5:20-cv-00046-OLG   Document 85-9   Filed 06/15/20   Page 55 of 100

retires.html)  The "TEXODUS
(https://twitter.com/Redistrict/status/1158213734407581701?s=20)" had a
number of immediate impacts: three election forecasters moved TX-23 from
"Toss Up" to "Lean Democratic" and the Cook Political Report rated TX-22
(https://cookpolitical.com/analysis/house/texas-house/olson-retirement-moves-
tx-22-lean-republican-toss) and TX-24
(https://cookpolitical.com/analysis/house/texas-house/texodus-continues-tx-
24-remains-toss-after-marchants-retirement) as "Toss Up."

### GRASSROOTS ORGANIZING

Beginning in March, the DCCC's *March Forward program
(https://dccc.org/dccc-chairwoman-cheri-bustos-announces-march-forward-
dccc-put-boots-ground-across-country-first-major-field-investment-2020-
cycle/)* put field managers on the ground in the key suburbs of Houston, Dallas,
San Antonio, and Austin. These field managers are engaging activists and
volunteers ahead of 2020 to build and modernize the grassroots infrastructure
needed to protect and expand the majority. To date, DCCC field managers in
Texas alone have met with over 260 volunteers and held nearly 40 organizing
events across the state.

### DIGITAL

The same day that Rep. Chip Roy single-handedly blocked
(https://dccc.org/dccc-launches-digital-ads-chip-roy-blocks-disaster-relief-
millions-americans/) a bipartisan deal on disaster relief, the DCCC released a
digital ad holding him accountable. When Roy followed that up with a vote for
higher taxes on Gold Star families (https://dccc.org/dccc-launches-digital-ads-
exposing-chip-roys-shameful-vote-higher-taxes-gold-star-families/), the
DCCC's digital team made sure his constituents, many of whom are parts of
military families, knew that too.

Crucial to connecting with voters in Texas, the DCCC's digital program is
already doing targeted Spanish language outreach, including Spanish language
ads (https://dccc.org/dccc-launches-spanish-language-digital-ads-exposing-
will-hurds-failure-stand-migrant-kids/) in TX-23 in the weeks before
Congressman Hurd's retirement. That ad highlighted Hurd's failure to put the
safety of migrant children ahead of his loyalty to his party in Washington. This
targeted Spanish language outreach will continue throughout the cycle as a key
focus of the DCCC's Cycle of Engagement program.

### RESEARCH

Our offensive push into Texas means Republicans who have never faced
competitive elections are undergoing the first public vetting of their long
political careers. Already in 2019, the DCCC has deployed researchers across

Texas (https://www.nytimes.com/2019/08/02/us/politics/house-republicans-retirement.html) to comb through public records and collect documents that can only be accessed in person. DCCC researchers worked to uncover new information on Reps. Marchant, McCaul, and Olson that would never have been found without this on-the-ground research project. These research projects will continue throughout the cycle in every targeted district in Texas.

## WHY TEXAS

The districts on the DCCC battlefield in Texas represent rapidly changing communities that were once at the core of Republicans' dominance in Texas. These districts are growing rapidly, and with that rapid growth they have become increasingly diverse. At the same time, the suburbs, which rejected President Trump's agenda in 2018 have responded similarly in Texas. The combination of changing demographics with the rejection of President Trump and the Republican party's toxic agenda has changed the entire political climate in Texas. By targeting districts that Democrats came within 5 points of carrying in 2018, we position ourselves to accelerate these natural realignments and force key retirements in the process.

American Community Survey data confirms the changing electorate in these districts, with African American, Hispanic/Latino, and Asian American and Pacific Islander communities growing more rapidly than the district populations overall.

| District | Total change in CVAP: 10 to 17 | Percent Change | African American change in CVAP: 10 to 17 | Percent Change | Hispanic/Latino change in CVAP: 10 to 17 | Percent Change | Asian American change in CVAP: 10 to 17 | Percent Change |
|---|---|---|---|---|---|---|---|---|
| TX-10 | +92,548 | 12.8% | +13,981 | 19.4% | +37,391 | 19.5% | +10,291 | 29.6% |
| TX-21 | +63,397 | 8.9% | +4,733 | 22.1% | +31,103 | 16.0% | +6,533 | 32.2% |
| TX-22 | +118,967 | 16.4% | +20,446 | 22.3% | +33,522 | 18.7% | +31,658 | 26.5% |
| TX-23 | +38,625 | 5.4% | +3,093 | 15.1% | +27,621 | 5.6% | +1,147 | 12.7% |
| TX-24 | +54,175 | 7.5% | +11,846 | 15.9% | +18,150 | 10.7% | +22,703 | 27.7% |
| TX-31 | +86,565 | 12.0% | +9,614 | 12.4% | +29,634 | 18.1% | +9,046 | 28.8% |

(https://2vmhfw1isbe32j3tgn3epw3x-wpengine.netdna-ssl.com/wp-content/uploads/2019/08/Texas-Memo-Table.png)Polling conducted in early April of 2019 shows one more feature of the influx of new voters; longtime incumbents like Congressman Marchant have watched the strength of their once loyal base be diluted. Evidence of this can be seen in the fact that, by a 20% margin (https://2vmhfw1isbe32j3tgn3epw3x-wpengine.netdna-ssl.com/wp-content/uploads/2019/04/041019-DCCC-Texas-Polling.pdf), voters in TX-24 were ready to vote for change rather than support Marchant. Four months later, Kenny Marchant retired (https://www.washingtonpost.com/powerpost/rep-kenny-marchant-calls-it-quits-becomes-12th-house-republican-to-retire/2019/08/05/4f306cec-b77f-11e9-bad6-609f75bfd97f_story.html).

# DISTRICT OVERVIEWS

### TX-10 (MCCAUL)

Texas's 10th Congressional district stretches from the greater Houston suburbs to areas north of Austin.  The district is growing and has strong minority compositions, with African Americans and Hispanic/Latinos making up a combined 30.0% of the district's eligible voters.  It is more educated than both the state and country, with 38.6% of residents holding a college degree.

The 2018 cycle showed evidence of shifts in demographics and voter attitudes, as Beto O'Rourke won the district with 50.2% of the major party vote. The 2018 congressional candidate won 47.8% of the major party vote, more than 7 points higher than 2016's congressional support and 12 points higher than 2014's congressional support.

### TX-21 (ROY)

Texas's 21st congressional district runs from Austin to San Antonio and stretches west into the Hill Country.  45.4% of residents hold a college degree, making the district more educated than the state and nation.  The district has a sizable and growing Hispanic/Latino population (23.8%), with African American and Asian American Pacific Islander communities growing at higher rates than the district overall.

The 2018 results are a continuation of trends in this district over a number of cycles.  Obama won just 38.8% of the major party vote in 2012, while Clinton earned 44.8% in 2016, and O'Rourke narrowly lost the district with 49.9% in 2018.  Congressional candidate Joseph Kopser earned 48.7% of the major party vote in 2018, nearly 10 points better than the candidate in 2016.

### TX-22 (OLSON – OPEN)

Located in the southern Houston suburbs, Texas 22 is a suburban, highly educated district that mirrors the types of districts Democrats flipped from red to blue in 2018.  45.2% of the district's population has a college degree, and African American, Hispanic/Latino, and Asian American Pacific Islander communities comprise 50% of the district's eligible voting population.

The changing demographics of this district, combined with the retirement of Pete Olson, make this seat a top pick up opportunity for Democrats in 2020. Beto O'Rourke narrowly lost this district in 2018 with 49.7% of the major party vote, after Clinton earned 45.9% in 2016 and Obama earned 37.1% in 2012. Democrat Sri Kulkarni won 47.5% of the major party vote in 2018, 7 points higher than 2016 and 15 points higher than the 2014 candidate.

### TX-23 (HURD – OPEN)

Texas 23 spans southwestern Texas, stretching from San Antonio to El Paso, roughly 820 miles along the US-Mexican border. The district is majority Hispanic/Latino (62.7%) and has voted for Democrats in recent cycles. Beto O'Rourke carried the district in 2018, earning 52.5% of the major party vote and Clinton won it in 2016 with 51.8%. Congressional races over the past several cycles have been very close, including in 2018 where Democrat Gina Ortiz Jones came within 926 votes of defeating Will Hurd. The district is one of three remaining districts won by Hillary Clinton in 2016 held by a Republican in Congress.

### TX-24 (MARCHANT – OPEN)

Encompassing the suburbs between Dallas and Fort Worth, Texas's 24th district is highly educated, with 44.8% of residents holding a college degree. The district has a strong composition of voters of color, with African Americans, Hispanic/Latinos, and Asian American Pacific Islanders making up a combined 36.0% of the district's eligible voters.

The district has shifted significantly toward Democrats in recent elections, with Clinton earning 46.7% in 2016 compared to Obama's 38.6% in 2012. In 2018, Beto O'Rourke carried the district with 51.8% of the major party vote, while the 2018 congressional candidate earned 48.4%, holding Marchant to his closest margin ever in this district.

### TX-31 (CARTER)

Located north of Austin, Texas's 31st district is suburban and has strong and growing minority communities of color, with African Americans and Hispanic/Latinos making up more than 30% of the district's eligible voters. In 2018, Beto O'Rourke narrowly lost the district, earning 49.0% of the major party vote, while congressional candidate MJ Hegar earned 48.5%. Hegar overperformed the 2016 and 2014 congressional candidates by 10 points and 15 points, respectively.

###



DCCC_000799

Enter your email

DCCC.ORG
(HTTPS://DCCC.ORG/)

HOME
(HTTPS://DCCC.ORG/)

ABOUT
(HTTPS://DCCC.ORG/ABOUT/)

ACTIONS
(HTTPS://DCCC.ORG/ACTION-
CENTER/)

NEWS
(HTTPS://DCCC.ORG/NEWS/)

EN ESPAÑOL
(/ESPANOL)

TAKE ACTION
(HTTPS://DCCC.ORG/ACTION-
CENTER/)

CONTRIBUTE NOW
(/DONATE-FOOTER)

VOLUNTEER
(HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?
SOURCE=DCCC-
HOMEPAGE)

ACTION CENTER
(/ACTION-CENTER)

REGISTER TO VOTE
(HTTP://IWILLVOTE.COM)

CONNECT

FACEBOOK
(HTTPS://WWW.FACEBOOK.COM/ELECTDEMOCRATS)

TWITTER
(HTTPS://TWITTER.COM/DCCC)

YOUTUBE
(HTTPS://WWW.YOUTUBE.COM/USER/DCCCVIDEOS)

CONTACT US
(HTTPS://DCCC.ORG/CONTACT/)

MEDIA
(HTTPS://DCCC.ORG/MEDIA/)

SEARCH (/?S=)

MEMBERS
(HTTP://CHANGEYOURCONGRESS.ORG/MEMBER/INDEX.PHP)

REDIRECT=/MEMBER/INDEX.PHP)

FRONTLINE
(HTTPS://DCCC.ORG/FRONTLINE/)

RACES
(HTTPS://DCCC.ORG/RACES/)



Follow @dccc
(https://twitter

Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

(/)

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol%20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.

Case 5:20-cv-00046-OLG   Document 85-9   Filed 06/15/20   Page 60 of 100



(/)

**ACTIONS (HTTPS://DCCC.ORG/ACTION-CENTER/)**

(https://youtube.com/channel/dcccvideo)

**NEWS (HTTPS://DCCC.ORG/NEWS/)**

NEWS (/NEWS) · PRESS RELEASE (/PRESS-RELEASE)

# Texodus, Continued: DCCC on Offense in Texas as GOP Morale Plummets

🕒 TUESDAY, AUGUST 13, 2019







*Demographic changes and suburban realignment are putting districts across Texas in play – and some of their Republican occupants into retirement*

For Texas Republicans, it's the Summer of Leave.

With Reps. Pete Olson (TX-22), Mike Conaway (TX-11), Will Hurd (TX-23) and Kenny Marchant (TX-24) all calling it quits – and rumors swirling around more of their colleagues – "Texodus" has already taken its toll.

In January, the DCCC announced it was going on offense in six targeted districts across Texas (https://dccc.org/democrats-go-offense-dccc-chairwoman-cheri-bustos-announces-initial-2020-offensive-battlefield/). Soon after, reports began to surface that Republicans in Washington were "freaking out (https://www.rawstory.com/2019/03/texas-gop-freaking-2020-beto-orourke-almost-unseated-ted-cruz-report/)" and "increasingly worried that some of the targeted incumbents are not taking these re-election races seriously or may end up retiring (https://www.texastribune.org/2019/02/26/democrats-texas-2020/)." One Republican strategist said Republicans were "concerned, worried, fearful (https://www.star-telegram.com/news/politics-government/national-politics/article226226280.html)" that Texas Republicans would not be able to hold onto districts with rapidly growing and diverse populations.

Now, after a slew of retirements, half of Democrats' six offensive targets in Texas are open seats and rated "toss-up" or better. Across the Lone Star State, Democrats are going on offense.

**Here's what's making Texas Republicans hang up their spurs:**

DCCC_000801

**Politico: Texas Republicans brace for 2020 drubbing (https://www.politico.com/story/2019/08/12/texas-republicans-2020-elections-1456161?nname=playbook&nid=0000014f-1646-d88f-a1cf-5f46b7bd0000&nrid=0000014e-f0fe-dd93-ad7f-f8ff7e290000&nlid=630318)**

"Changing demographics and a suburban revolt against President Donald Trump have turned Texas from a conservative bedrock to a major political battleground, especially for House seats. Formerly safe congressional Republicans are facing competitive races for the first time in their careers — a potential harbinger of Republicans' future in the state if they don't adapt quickly."

[...]

"Aware of the potential gains in Texas, the Democratic Congressional Campaign Committee opened an office in Austin in April and put six Republicans in the state on its 2020 target list. The DCCC has placed 10 staffers on the ground in Texas.

"The campaign arm is treating Texas much the way it did California in 2018 — ripe for pickups. Democrats see the increasing diversity in the state, and frustrations with Trump in the suburbs over health care and immigration, as catalysts of a changing political landscape that could play in their favor."

**Dallas Morning News: Texodus: Why are Texas Republicans in Congress bolting for the exits, and what does it mean for 2020? (https://www.dallasnews.com/news/elections-2020/2019/08/09/many-texas-republicans-congress-bolting-exits-mean-2020)**

"No one reason explains it all. But looming large is the fact that Texas' demographics continue to shift, particularly in the suburbs; that the GOP faces long odds to win back the House; and that President Donald Trump's reelection bid, for good or ill, is going to set the tone in 2020."

[...]

"The Democratic Congressional Campaign Committee, for instance, has already launched an on-the-ground effort in the state, vowing to subject McCaul and other potentially vulnerable Republicans to a "long and expensive 15 months of public vetting."

**Vox: House Democrats' offensive strategy in 2020 runs through Texas (https://www.vox.com/2019/8/12/20699363/house-democrats-offensive-strategy-2020-texas)**

DCCC_000802

"But Democrats don't just want to keep their House majority — they are looking at expanding it in more than 30 districts across the US. They're playing aggressively in Texas after flipping two House seats there in 2018, and with a rash of Republican retirements — including the only black House Republican who narrowly hung on to his seat in 2018, Rep. Will Hurd — Democrats may finally have an opportunity to realize their dream of a blue Texas, or at least a bluer one."

[...]

"Democrats' 2020 offensive map is their unfinished business from 2018. One lesson Democrats learned during the midterms is there were a number of districts not on their radar in 2018 that would have been easy to flip with a little more investment."

**The Guardian: Texas: Republican powerhouse could shift to Democrats as demographics change (https://www.theguardian.com/us-news/2019/aug/12/texas-diversity-fuels-democratic-hopes-purple-state)**

And it is these shifting demographics that have long offered hope for Democrats that they might soon overturn Republican hegemony in the state. The Republicans have dominated for the last 30 years but their grip on this emblematic state may be about shift.

[...]

"It is not news that Texas' rural parts are firmly Republican while the urban cores of five of its six biggest cities are Democratic. But Democrats are making inroads in cosmopolitan suburban areas where Trump is unpalatable to those who would normally lean Republican."

**Wall Street Journal: Democrats Launch Texas Offensive With Redistricting in Mind (https://www.wsj.com/articles/democrats-launch-texas-offensive-with-redistricting-in-mind-11565528402)**

"Population growth in major metropolitan areas of Texas has made around a half dozen formerly-safe Republican congressional seats vulnerable in 2020. GOP retirements in three districts where the 2018 margin of victory was less than 5 percentage points have further sharpened Democrats' focus on the state. Democrats in 2018 also flipped two congressional districts, 12 state House races and two state Senate seats."

###



**f**    **✉**

Enter your email

**DCCC.ORG**
(HTTPS://DCCC.ORG/)

HOME
(HTTPS://DCCC.ORG/)

ABOUT
(HTTPS://DCCC.ORG/ABOUT/)

ACTIONS
(HTTPS://DCCC.ORG/ACTION-
CENTER/)

NEWS
(HTTPS://DCCC.ORG/NEWS/)

EN ESPAÑOL
(/ESPANOL)

**TAKE ACTION**
(HTTPS://DCCC.ORG/ACTION-
CENTER/)

CONTRIBUTE NOW
(/DONATE-FOOTER)

VOLUNTEER
(HTTP://ACTION.DCCC.ORG/PAGE/S/VOLUNTEER?
SOURCE=DCCC-
HOMEPAGE)

ACTION CENTER
(/ACTION-CENTER)

REGISTER TO VOTE
(HTTP://IWILLVOTE.COM)

**CONNECT**

FACEBOOK
(HTTPS://WWW.FACEBOOK.COM/ELECTDEMOCRATS/)

TWITTER
(HTTPS://TWITTER.COM/DCCC)

YOUTUBE
(HTTP://WWW.YOUTUBE.COM/USER/DCCCVIDEOS)

CONTACT US
(HTTPS://DCCC.ORG/CONTACT/)

MEDIA
(HTTPS://DCCC.ORG/MEDIA/)

SEARCH (/?S=)

👍 Like 2.1M

Follow @dccc
(https://twitter

CHANGE YOUR CONGRESS
(HTTP://CHANGEYOURCONGRESS.ORG/MEMBER/INDEX.PHP)

FRONTLINE
(HTTPS://DCCC.ORG/FRONTLINE/)

RACES
(HTTPS://DCCC.ORG/RACES/)



Copyright © 2020 DCCC. All rights reserved. Terms of Service and Privacy Policy (/terms-service)

Contributions or gifts to DCCC are not tax-deductible.

Paid for by DCCC · 430 S. Capitol Street, S.E. Washington, D.C. 20003 (https://www.google.com/maps/place/430%20S.%20Capitol% 20Street%2C%20S.E.%20Washington%2C%20D.C.%2020003) · (202) 863-1500 (tel:202-863-1500)
Not authorized by any candidate or candidate's committee.

DCCC_000805

**Linked** in

Join now    **Sign in**

Jacqui Newman



# Jacqui Newman

 **DCCC**

Deputy Executive Director and Chief Operating
Officer at DCCC

Washington, District Of Columbia · 476 connections

Join to Connect

## Experience

**DCCC**
3 years 4 months

**Deputy Executive Director and Chief Operating Officer**
Sep 2019 – Present · 8 months

**Interim Executive Director**
Jul 2019 – Sep 2019 · 3 months

**Chief Operating Officer**
Jan 2017 – Jul 2019 · 2 years 7 months
Washington D.C. Metro Area

**Democratic Congressional Campaign Committee**



Exhibit
Jacqueline Newman
**5**
4/28/20 DC

 **Linked**in

Join now          Sign in

Jacqui Newman

Jan 2015 – Dec 2015 · 1 year

### Deputy Chief Operating Officer
Jan 2014 – Dec 2014 · 1 year
Washington D.C. Metro Area

### Chief Operating Officer
Terry McAuliffe for Governor
Dec 2012 – Jan 2014 · 1 year 2 months

### Director of Operations, 2012 Independent Expenditure Program
Democratic Congressional Campaign Committee
May 2012 – Dec 2012 · 8 months
Washington D.C. Metro Area

### Director of Operations
Protect Your Care and Know Your Care
Apr 2011 – May 2012 · 1 year 2 months
Washington D.C. Metro Area



### Deputy Director of Compliance and Operations
Indiana Democratic Party
Apr 2010 – Dec 2010 · 9 months

### Compliance Director
A Strong Majority
Apr 2009 – Apr 2010 · 1 year 1 month



### GIS Specialist
Timmons Group
May 2008 – Mar 2010 · 1 year 11 months

Case 5:20-cv-00046-OLG   Document 85-0   Filed 06/15/20   Page 67 of 100



**Linked** in

Join now     Sign in

Jacqui Newman

✓ Contact Jacqui Newman directly

Join to view full profile

## People also viewed


**Jett Thompson**
Legislative Director at U.S. House of Representatives


**Yolanda Townsend**
Chief Operating Officer and General Counsel at Opportunity@Work


**Nathanael Brouhard**
Associate Director at Fox School of Business at Temple University


**Cindy Summit**
President at S & K Office Products


**Haley Salera**
Executive Director at Pennsylvania House of Representatives, Labor and Industry Committee


**Ryan Wassenaar**
Accounting Coordinator at T&T Taco, LLC


**Kevin Trieu**
Field Manager at DCCC


**Megan Huang**
Research Assistant at DCCC


**Fabiola Rodriguez**
Deputy National Press Secretary and Hispanic Media Advisor at DCCC


**Kory Kozloski**

Case 5:20-cv-00046-OLG  Document 85-9  Filed 06/15/20  Page 68 of 100



**Linkedin**

Join now    **Sign in**

Jacqui Newman


### Launch Your Product to the Press


### Crisis Communication


### Marketing Foundations: Consumer Behavior

See all courses

## Others named **Jacqui Newman**


**Jacqui Newman**
Mortgage Loan Originator Assistant
Greater Denver Area


**Jacqui Newman**
Business Manager at Santander UK
West Sussex, United Kingdom, United Kingdom

**Jacqui Newman**
Corporate Communication Manager, DOF Subsea
Perth, Australia


**Jacqui Newman**
E-Commerce Coordinator at RSEA Safety Australia
Melbourne, Australia

18 others named Jacqui Newman are on LinkedIn

See others named **Jacqui Newman**

## Jacqui's public profile badge

**Linked** in

Join now    **Sign in**

Jacqui Newman

Deputy Executive Director and Chief Operating Officer at DCCC

View profile

**Linked** in

**View profile badges**

---

**Linked** in  © 2020              About

User Agreement              Privacy Policy

Cookie Policy              Copyright Policy

Brand Policy              Guest Controls

Community Guidelines              Language ⌄

## FEC FORM 1

### STATEMENT OF ORGANIZATION

### FILING FEC-1353272

**1. DCCC**

430 South Capitol Street, SE
2nd Floor
Washington, DC 200034024
Email: compliance@dccc.org

**2. Date: 09/16/2019**

3. FEC Committee ID #: C00000935 **This committee is a National committee of the Democratic Party Party.**

**Affiliated Committees/Organizations**

Committee ID# C00462333
HOUSE SENATE VICTORY FUND
120 MARYLAND AVE NE
WASHINGTON, DC 20002
Affiliated Relationship Code: Joint Fundraising Representative

Committee ID# C00492421
NANCY PELOSI VICTORY FUND
430 S CAPITOL ST SE
2ND FLOOR
WASHINGTON, DC 20003
Affiliated Relationship Code: Joint Fundraising Representative

Committee ID# C00672584
JOE KENNEDY HOUSE VICTORY FUND
430 S CAPITOL ST SE
2ND FLOOR
WASHINGTON, DC 20003
Affiliated Relationship Code: Joint Fundraising Representative

Committee ID# C00685099
MUCARSEL-POWELL 2018 VICTORY FUND
430 SOUTH CAPITOL ST SE
2ND FLOOR
WASHINGTON, DC 20003
Affiliated Relationship Code: Joint Fundraising Representative

Committee ID# C00686535
RED TO BLUE VICTORY FUND
430 SOUTH CAPITOL STREET, SE
2ND FLOOR
WASHINGTON, DC 20003
Affiliated Relationship Code: Joint Fundraising Representative

Committee ID# C00703702
SEAN PATRICK MALONEY HOUSE VICTORY FUN
430 SOUTH CAPITOL ST SE
2ND FLOOR
WASHINGTON, DC 20003
Affiliated Relationship Code: Joint Fundraising Representative

Committee ID# C00704304
CHERI BUSTOS HOUSE VICTORY FUND
430 S CAPITOL ST SE
2ND FLOOR
WASHINGTON, DC 20003
Affiliated Relationship Code: Joint Fundraising Representative

Committee ID# C00709998
WOLVERINE VICTORY FUND
PO BOX 2153
PURCELLVILLE, Virginia 20134
Affiliated Relationship Code: Joint Fundraising Representative

Committee ID# C00712943
BLUE TEXAS FUND
430 S CAPITOL ST SE
2ND FLOOR
WASHINGTON, DC 20003
Affiliated Relationship Code: Joint Fundraising Representative

Committee ID# C00713701
NEW WAVE WOMEN
430 S CAPITOL ST SE
2ND FLOOR
WASHINGTON, DC 20003
Affiliated Relationship Code: Joint Fundraising Representative

Committee ID# C00717884
JOHN LEWIS HOUSE VICTORY FUND
430 S CAPITOL ST SE
2ND FLOOR
WASHINGTON, DC 200034024
Affiliated Relationship Code: Joint Fundraising Representative



Exhibit
Jacqueline Newman

**6**

4/28/20  DC

**Custodian of Records:**

Lucinda Guinn
430 South Capitol Street, SE
2nd Floor
Washington, DC 200034024
Title: Treasurer
Phone # (202) 863-1500

**Treasurer:**

Lucinda Guinn
430 South Capitol Street, SE
2nd Floor
Washington, DC 200034024
Title: Treasurer
Phone # (202) 863-1500

**Designated Agent(s):**

Jacqueline Forte-Mackay
430 South Capitol Street, SE
2nd Floor
Washington, DC 200034024
Title: Assistant Treasurer
Phone # (202) 485-3401

**Banks or Depositories**

Bank of America, N.A.
1800 K Street, NW
4th Floor
Washington, DC 20006

Amalgamated Bank
1825 K St NW

Washington, DC 20006

**Signed: Lucinda Guinn**
**Date Signed: 09/20/2019**
**Official Committee URL: www.dccc.org**

## (End FEC FORM 1)

Generated Tue Apr 28 09:22:37 2020

Federal Election Commission, 999 E Street, NW, Washington, DC 20463 (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to: webmaster@fec.gov.

## FEC FORM 3X

## REPORT OF RECEIPTS AND DISBURSEMENTS

### For Other Than An Authorized Committee

### FILING FEC-1387576

**1. DCCC**
430 South Capitol Street, SE
2nd Floor
Washington, DC 200034024

**2. FEC Committee ID #: C00000935**

**3. This committee has NOT qualified as a multicandidate committee (see FEC Form 1M)**

**4. Report Type = YEAR-END**
This IS an amended REPORT
**Filed:** 03/03/2020

SUMMARY PAGE
DETAILED SUMMARY PAGE
Schedule A Filings (ITEMIZED RECEIPTS)
Schedule B Filings (ITEMIZED DISBURSEMENTS)
Schedule D Filings (DEBTS AND OBLIGATIONS)



Exhibit
Jacqueline Newman

**7**

4/28/20 DC

## SUMMARY PAGE

**5. Covering Period 12/01/2019 Through 12/31/2019**

|  | Column A This Period | Column B Year To Date |
|---|---|---|
| 6. (a) Cash on hand, January 1, 2019 |  | 5615495.89 |
| (b) Cash on hand at Beginning of Reporting Period | 47585876.74 |  |
| (c) Total Receipts (from line 19) | 14554564.47 | 124898248.65 |
| (d) Subtotal (6(b) + 6(c) for A, 6(a) + 6(c) for B) | 62140441.21 | 130513744.54 |
| 7. Total Disbursements | 5091703.10 | 73465006.43 |
| 8. Cash on Hand at Close of Reporting Period | 57048738.11 | 57048738.11 |
| 9. Debts and Obligations Owed TO the Committee | 0.00 |  |
| Itemize all on SCHEDULE C or SCHEDULE D |  |  |
| 10. Debts and Obligations Owed BY the Committee | 15096.56 |  |
| Itemize all on SCHEDULE C or SCHEDULE D |  |  |

Treasurer: Lucinda Guinn
Date Signed: 03/03/2020

**(End Summary Page, FEC FORM 3X)**

## DETAILED SUMMARY PAGE

### Of Receipts And Disbursements

|  | Column A This Period | Column B Calendar Year |
|---|---|---|
| **I. Receipts** |  |  |
| 11. Contributions (other than loans) From: |  |  |
| (a) Individuals/Persons Other than Political Committees |  |  |
| (i) Itemized | 4494693.93 | 40318193.28 |
| (ii) Unitemized | 3368515.88 | 36638215.48 |
| (iii) Total (11(a)(i) + 11(a)(ii)) | 7863209.81 | 76956408.76 |
| (b) Political Party Commitees | 0.00 | 0.00 |
| (c) Other Political Committees (such as PACS) | 3712407.60 | 24154348.66 |
| (d) Total Contributions (11(a)(iii) + (b) + (c)) | 11575617.41 | 101110757.42 |
| 12. Transfers From Affiliated/Other Party Committees | 456684.24 | 6926076.19 |
| 13. All Loans Received | 0.00 | 0.00 |

| | Column A<br>This Period | Column B<br>Calendar Year |
|---|---|---|
| 14. Loan Repayments Received | 0.00 | 0.00 |
| 15. Offsets to Operating Expenditures (Refunds, Rebates, etc) | 16890.06 | 859399.28 |
| 16. Refunds of Contributions made to Fed. Candidates and other Political Committees | 0.00 | 0.00 |
| 17. Other Federal Receipts (Dividends, Interest, etc) | 2505372.76 | 16002015.76 |
| 18. Transfers from Non-Federal and Levin Funds | | |
| (a) Non-Federal Account (SCHEDULE H3) | 0.00 | 0.00 |
| (b) Levin Funds (SCHEDULE H5) | 0.00 | 0.00 |
| (c) Total Transfers ( 18(a) + 18(b) ) | 0.00 | 0.00 |
| 19. Total Receipts (11(d) + 12 + 13 + 14 + 15 + 16 + 17 + 18) | 14554564.47 | 124898248.65 |
| 20. Total Federal Receipts (19 - 18(c)) | 14554564.47 | 124898248.65 |
| **II. Disbursements** | | |
| 21. Operating Expenditures | | |
| (a) Shared Federal/Nonfederal Activity (SCHEDULE H4) | | |
| (i) Federal Share | 0.00 | 0.00 |
| (ii) Nonfederal Share | 0.00 | 0.00 |
| (b) Other Federal Operating Expenditures | 4585261.15 | 51196983.09 |
| (c) Total Operating Expenditures (21(a)(i) + (a)(ii) + (b)) | 4585261.15 | 51196983.09 |
| 22. Transfers to Affiliated/Other Party Committees | 45360.00 | 885821.16 |
| 23. Contributions to Fed. Candidates/Committees and Other Political Committees | 8971.59 | 144665.68 |
| 24. Independent Expenditures (SCHEDULE E) | 0.00 | 1229395.00 |
| 25. Coordinated Expenditures Made by Party Committees (SCHEDULE F) | 0.00 | 100315.92 |
| 26. Loan Repayments Made | 0.00 | 16000000.00 |
| 27. Loans Made | 0.00 | 0.00 |
| 28. Refunds of Contributions To: | | |
| (a) Individuals/Persons Other Than Political Committees | 64140.59 | 690126.93 |
| (b) Political Party Committees | 0.00 | 0.00 |
| (c) Other Political Committees (such as PACs) | 0.00 | 15000.00 |
| (d) Total Contribution Refunds (28(a) + (b) + (c)) | 64140.59 | 705126.93 |
| 29. Other Disbursements | 387969.77 | 3202698.65 |
| 30. Federal Election Activity | | |
| (a) (i) Allocated Federal Election Activity - Federal Share (SCHEDULE H6) | 0.00 | 0.00 |
| (a) (ii) Allocated Federal Election Activity - Levin Share (SCHEDULE H6) | 0.00 | 0.00 |
| (b) Federal Election Activity Paid Entirely with Federal Funds | 0.00 | 0.00 |
| (c) Total Federal Election Activity ( 30(a)(i)+30(a)(ii)+30(b) ) | 0.00 | 0.00 |
| 31. Total Disbursements ( 21(c)+23+24+25+26+27+28(d)+29+30(c) ) | 5091703.10 | 73465006.43 |
| 32. Total Federal Disbursements (31-21(a)(ii)-30(a)(ii)) | 5091703.10 | 73465006.43 |
| **III. Net Contributions/Operating Expenditures** | | |
| 33. Total Contributions (other than loans) (11(d)) | 11575617.41 | 101110757.42 |
| 34. Total Contribution Refunds (28(d)) | 64140.59 | 705126.93 |
| 35. Net Contributions (other than loans) (32 - 33) | 11511476.82 | 100405630.49 |
| 36. Total Federal Operating Expenditures (21(a)(i) + 21(b)) | 4585261.15 | 51196983.09 |
| 37. Offsets to Operating Expenditures (15) | 16890.06 | 859399.28 |
| 38. Net Operating Expenditures | 4568371.09 | 50337583.81 |

**(End Detailed Summary Page, FEC FORM 3X)**

Generated Tue Apr 28 09:21:54 2020

Federal Election Commission, 999 E Street, NW, Washington, DC 20463 (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to: **webmaster@fec.gov**.

| committee | committee | report_yea | report_typ | image_nur | line_numb | transaction | file_numb | entity_typ | entity_typ |
|---|---|---|---|---|---|---|---|---|---|
| C0000093! | DEMOCRA | 2014 | M5 | 1.5E+10 | 22 | SB22-9191 | 927170 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M6 | 1.5E+10 | 22 | SB22-9205 | 933016 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M5 | 1.5E+10 | 22 | SB22-9201 | 927170 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M10 | 1.6E+10 | 22 | SB22-9276 | 988230 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M9 | 1.5E+10 | 22 | SB22-9261 | 955559 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M3 | 1.49E+10 | 22 | SB22-9171 | 931622 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M3 | 1.49E+10 | 22 | SB22-9177 | 931622 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M8 | 1.5E+10 | 22 | SB22-9224 | 947180 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M3 | 1.49E+10 | 22 | SB22-9170 | 931622 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M8 | 1.5E+10 | 22 | SB22-9229 | 947180 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M3 | 1.49E+10 | 22 | SB22-9173 | 931622 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 12G | 1.5E+10 | 22 | SB22-9282 | 967509 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M10 | 1.6E+10 | 22 | SB22-9253 | 988230 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M9 | 1.5E+10 | 22 | SB22-9241 | 955559 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 12G | 1.5E+10 | 22 | SB22-9278 | 967509 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M4 | 1.49E+10 | 22 | SB22-9183 | 944024 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M7 | 1.49E+10 | 22 | SB22-9220 | 942143 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M4 | 1.49E+10 | 22 | SB22-9180 | 944024 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M10 | 1.6E+10 | 22 | SB22-9261 | 988230 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M5 | 1.5E+10 | 22 | SB22-9198 | 927170 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 12G | 1.5E+10 | 22 | SB22-9278 | 967509 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 30G | 1.6E+10 | 22 | SB22-9304 | 1006297 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M7 | 1.49E+10 | 22 | SB22-9213 | 942143 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M6 | 1.5E+10 | 22 | SB22-9206 | 933016 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 30G | 1.6E+10 | 22 | SB22-9296 | 1006297 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M8 | 1.5E+10 | 22 | SB22-9225 | 947180 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M7 | 1.49E+10 | 22 | SB22-9216 | 942143 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M10 | 1.6E+10 | 22 | SB22-9265 | 988230 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M9 | 1.5E+10 | 22 | SB22-9241 | 955559 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 30G | 1.6E+10 | 22 | SB22-9289 | 1006297 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M10 | 1.6E+10 | 22 | SB22-9253 | 988230 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M9 | 1.5E+10 | 22 | SB22-9244 | 955559 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M8 | 1.5E+10 | 22 | SB22-9232 | 947180 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 30G | 1.6E+10 | 22 | SB22-9302 | 1006297 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 30G | 1.6E+10 | 22 | SB22-9305 | 1006297 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M10 | 1.6E+10 | 22 | SB22-9265 | 988230 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M9 | 1.5E+10 | 22 | SB22-9247 | 955559 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 30G | 1.6E+10 | 22 | SB22-9302 | 1006297 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 12G | 1.5E+10 | 22 | SB22-9278 | 967509 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 12G | 1.5E+10 | 22 | SB22-9278 | 967509 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | 30G | 1.6E+10 | 22 | SB22-9296 | 1006297 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M10 | 1.6E+10 | 22 | SB22-9265 | 988230 | PTY | POLITICAL |
| C0000093! | DEMOCRA | 2014 | M10 | 1.6E+10 | 22 | SB22-9253 | 988230 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | 12G | 2.02E+17 | 22 | SB22-9529 | 1178078 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M5 | 2.02E+17 | 22 | SB22-9444 | 1165471 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | 12G | 2.02E+17 | 22 | SB22-9512 | 1178078 | PTY | POLITICAL |

| C0000093! | DCCC | 2016 | M10 | 2.02E+17 | 22 | SB22-9491 | 1166132 | PTY | POLITICAL |
|---|---|---|---|---|---|---|---|---|---|
| C0000093! | DCCC | 2016 | M4 | 2.02E+17 | 22 | SB22-9431 | 1150803 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | 30G | 2.02E+17 | 22 | SB22-9550 | 1178120 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M9 | 2.02E+17 | 22 | SB22-9481 | 1164608 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M9 | 2.02E+17 | 22 | SB22-9484 | 1164608 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M10 | 2.02E+17 | 22 | SB22-9496 | 1166132 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | 30G | 2.02E+17 | 22 | SB22-9530 | 1178120 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M9 | 2.02E+17 | 22 | SB22-9493 | 1164608 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M10 | 2.02E+17 | 22 | SB22-9499 | 1166132 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M5 | 2.02E+17 | 22 | SB22-9439 | 1165471 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M4 | 2.02E+17 | 22 | SB22-9418 | 1150803 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | 12G | 2.02E+17 | 22 | SB22-9512 | 1178078 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M4 | 2.02E+17 | 22 | SB22-9426 | 1150803 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M8 | 2.02E+17 | 22 | SB22-9463 | 1164603 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M4 | 2.02E+17 | 22 | SB22-9422 | 1150803 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M6 | 2.02E+17 | 22 | SB22-9447 | 1165473 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M10 | 2.02E+17 | 22 | SB22-9496 | 1166132 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M5 | 2.02E+17 | 22 | SB22-9436 | 1165471 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | 30G | 2.02E+17 | 22 | SB22-9542 | 1178120 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M8 | 2.02E+17 | 22 | SB22-9471 | 1164603 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M7 | 2.02E+17 | 22 | SB22-9458 | 1165482 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | 30G | 2.02E+17 | 22 | SB22-9557 | 1178120 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M9 | 2.02E+17 | 22 | SB22-9484 | 1164608 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | 30G | 2.02E+17 | 22 | SB22-9542 | 1178120 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M7 | 2.02E+17 | 22 | SB22-9455 | 1165482 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M10 | 2.02E+17 | 22 | SB22-9496 | 1166132 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M9 | 2.02E+17 | 22 | SB22-9481 | 1164608 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M10 | 2.02E+17 | 22 | SB22-9494 | 1166132 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M10 | 2.02E+17 | 22 | SB22-9492 | 1166132 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | 30G | 2.02E+17 | 22 | SB22-9530 | 1178120 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M10 | 2.02E+17 | 22 | SB22-9491 | 1166132 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | 30G | 2.02E+17 | 22 | SB22-9550 | 1178120 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M10 | 2.02E+17 | 22 | SB22-9501 | 1166132 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | M10 | 2.02E+17 | 22 | SB22-9508 | 1166132 | PTY | POLITICAL |
| C0000093! | DCCC | 2016 | 12G | 2.02E+17 | 22 | SB22-9512 | 1178078 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M12 | 2.02E+17 | 22 | SB22-9654 | 1386791 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M12 | 2.02E+17 | 22 | SB22-9657 | 1386791 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | YE | 2.02E+17 | 22 | SB22-9886 | 1312343 | ORG | ORGANIZA |
| C0000093! | DCCC | 2018 | M10 | 2.02E+17 | 22 | SB22-9818 | 1301162 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M3 | 2.02E+17 | 22 | SB22-9680 | 1215475 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M2 | 2.02E+17 | 22 | SB22-9674 | 1210405 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | 12G | 2.02E+17 | 22 | SB22-9816 | 1301243 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M7 | 2.02E+17 | 22 | SB22-9743 | 1260383 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M7 | 2.02E+17 | 22 | SB22-9736 | 1260383 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M10 | 2.02E+17 | 22 | SB22-9801 | 1301162 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M4 | 2.02E+17 | 22 | SB22-9690 | 1260371 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M2 | 2.02E+17 | 22 | SB22-9672 | 1210405 | PTY | POLITICAL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| C0000093! | DCCC | 2017 | M6 | 2.02E+17 | 22 | SB22-9606 | 1234599 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M7 | 2.02E+17 | 22 | SB22-9736 | 1260383 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M11 | 2.02E+17 | 22 | SB22-9643 | 1211388 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | YE | 2.02E+17 | 22 | SB22-9664 | 1205138 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M8 | 2.02E+17 | 22 | SB22-9619 | 1181619 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M9 | 2.02E+17 | 22 | SB22-9627 | 1182990 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M8 | 2.02E+17 | 22 | SB22-9750 | 1263580 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M11 | 2.02E+17 | 22 | SB22-9648 | 1211388 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M10 | 2.02E+17 | 22 | SB22-9639 | 1189042 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M7 | 2.02E+17 | 22 | SB22-9614 | 1211677 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M8 | 2.02E+17 | 22 | SB22-9621 | 1181619 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M9 | 2.02E+17 | 22 | SB22-9629 | 1182990 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M3 | 2.02E+17 | 22 | SB22-9583 | 1153373 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M5 | 2.02E+17 | 22 | SB22-9593 | 1163563 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | 30G | 2.02E+17 | 22 | SB22-9857 | 1298229 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M9 | 2.02E+17 | 22 | SB22-9780 | 1265732 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M10 | 2.02E+17 | 22 | SB22-9790 | 1301162 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M10 | 2.02E+17 | 22 | SB22-9801 | 1301162 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M10 | 2.02E+17 | 22 | SB22-9804 | 1301162 | ORG | ORGANIZA |
| C0000093! | DCCC | 2018 | M10 | 2.02E+17 | 22 | SB22-9790 | 1301162 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | 12G | 2.02E+17 | 22 | SB22-9816 | 1301243 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M8 | 2.02E+17 | 22 | SB22-9750 | 1263580 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | 30G | 2.02E+17 | 22 | SB22-9851 | 1298229 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | 30G | 2.02E+17 | 22 | SB22-9841 | 1298229 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M7 | 2.02E+17 | 22 | SB22-9743 | 1260383 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M8 | 2.02E+17 | 22 | SB22-9760 | 1263580 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M9 | 2.02E+17 | 22 | SB22-9773 | 1265732 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M9 | 2.02E+17 | 22 | SB22-9780 | 1265732 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M10 | 2.02E+17 | 22 | SB22-9801 | 1301162 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | 30G | 2.02E+17 | 22 | SB22-9851 | 1298229 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M4 | 2.02E+17 | 22 | SB22-9696 | 1260371 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | 30G | 2.02E+17 | 22 | SB22-9841 | 1298229 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M6 | 2.02E+17 | 22 | SB22-9599 | 1234599 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | 30G | 2.02E+17 | 22 | SB22-9841 | 1298229 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M3 | 2.02E+17 | 22 | SB22-9683 | 1215475 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M10 | 2.02E+17 | 22 | SB22-9635 | 1189042 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M7 | 2.02E+17 | 22 | SB22-9610 | 1211677 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M4 | 2.02E+17 | 22 | SB22-9585 | 1183657 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | YE | 2.02E+17 | 22 | SB22-9666 | 1205138 | PTY | POLITICAL |
| C0000093! | DCCC | 2017 | M4 | 2.02E+17 | 22 | SB22-9589 | 1183657 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M10 | 2.02E+17 | 22 | SB22-9790 | 1301162 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | YE | 2.02E+17 | 22 | SB22-9884 | 1312343 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M10 | 2.02E+17 | 22 | SB22-9801 | 1301162 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M8 | 2.02E+17 | 22 | SB22-9760 | 1263580 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M9 | 2.02E+17 | 22 | SB22-9773 | 1265732 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | 30G | 2.02E+17 | 22 | SB22-9841 | 1298229 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | 12G | 2.02E+17 | 22 | SB22-9816 | 1301243 | PTY | POLITICAL |

| C0000093! | DCCC | 2018 | 30G | 2.02E+17 | 22 | SB22-9847 | 1298229 | PTY | POLITICAL |
|-----------|------|------|-----|----------|----|-----------|---------|-----|-----------|
| C0000093! | DCCC | 2018 | 30G | 2.02E+17 | 22 | SB22-9851 | 1298229 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | M10 | 2.02E+17 | 22 | SB22-9810 | 1301162 | PTY | POLITICAL |
| C0000093! | DCCC | 2018 | 12G | 2.02E+17 | 22 | SB22-9816 | 1301243 | PTY | POLITICAL |
| C0000093! | DCCC | 2020 | M2  | 2.02E+17 | 22 | SB22-1004 | 1384878 | PTY | POLITICAL |
| C0000093! | DCCC | 2019 | YE  | 2.02E+17 | 22 | SB22-1002 | 1387576 | PTY | POLITICAL |

| unused_re | recipient_ | recipient_ | recipient_ | beneficiar | national_c | disbursem | disbursem | disbursem | memo_co |
|---|---|---|---|---|---|---|---|---|---|
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | DEMOCRA | DC | DEMOCRATIC CONGR | 24G | TRANSFER | IN-KIND TRANSFER | | |
| C0009926 | C0009926 | DEMOCRA | DC | DEMOCRATIC CONGR | 24G | TRANSFER | IN-KIND TRANSFER | | |
| C0009926 | C0009926 | DEMOCRA | DC | DEMOCRATIC CONGR | 24G | TRANSFER | IN-KIND TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |
| C0009926 | C0009926 | DCCC | DC | DCCC | 24G | TRANSFER | IN-KIND TRANSFER | | |
| C0009926 | C0009926 | DCCC | DC | DCCC | 24G | TRANSFER | IN-KIND TRANSFER | | |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER | | |

| | | | | | |
|---|---|---|---|---|---|
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | DCCC | DC | DCCC | 24G | TRANSFER IN-KIND TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | DCCC | DC | DCCC | 24G | TRANSFER IN-KIND TRANSFER |
| C0009926 | C0009926 | DCCC | DC | DCCC | 24G | TRANSFER IN-KIND TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | PRINT FOR | OH | | 24G | TRANSFER IN-KIND TRANSFER |
| C0009926 | C0009926 | DCCC | DC | DCCC | 24G | TRANSFER IN-KIND TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I 24G | TRANSFER TRANSFER |

| | | | | | |
|---|---|---|---|---|---|
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | CONSCIEN | CA | | 24G | TRANSFER IN-KIND TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |
| C0009926 | C0009926 | TEXAS DEN | TX | TEXAS DEMOCRATIC I | 24G | TRANSFER TRANSFER |

| C0009926 | C0009926 | TEXAS DEM | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER |
| C0009926 | C0009926 | TEXAS DEM | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER |
| C0009926 | C0009926 | TEXAS DEM | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER |
| C0009926 | C0009926 | TEXAS DEM | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER |
| C0009926 | C0009926 | TEXAS DEM | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER |
| C0009926 | C0009926 | TEXAS DEM | TX | TEXAS DEMOCRATIC | 24G | TRANSFER | TRANSFER |

| memo_co | disbursem | disbursem | candidate_ | candidate_ | candidate_ | candidate_ | candidate_ | candidate_ | candidate_ |
|---|---|---|---|---|---|---|---|---|---|
| | ######## | 4210 | | | | | | | |
| | ######## | 11450 | | | | | | | |
| | ######## | 252 | | | | | | | |
| | ######## | 369.28 | | | | | | | |
| | ######## | 163.88 | | | | | | | |
| | ######## | 460 | | | | | | | |
| | ######## | 670 | | | | | | | |
| | ######## | 1200 | | | | | | | |
| | ######## | 1745 | | | | | | | |
| | ######## | 1800 | | | | | | | |
| | ######## | 2000 | | | | | | | |
| | ######## | 2190 | | | | | | | |
| | ######## | 2315 | | | | | | | |
| | ######## | 2315 | | | | | | | |
| | ######## | 2315 | | | | | | | |
| | ######## | 2460 | | | | | | | |
| | ######## | 2950 | | | | | | | |
| | ######## | 3030 | | | | | | | |
| | ######## | 4000 | | | | | | | |
| | ######## | 7740 | | | | | | | |
| | ######## | 10120 | | | | | | | |
| | ######## | 12480 | | | | | | | |
| | ######## | 12810 | | | | | | | |
| | ######## | 14740 | | | | | | | |
| | ######## | 16000 | | | | | | | |
| | ######## | 18000 | | | | | | | |
| | ######## | 19990 | | | | | | | |
| | ######## | 21765 | | | | | | | |
| | ######## | 22265 | | | | | | | |
| | ######## | 23120 | | | | | | | |
| | ######## | 26550 | | | | | | | |
| | ######## | 29694.5 | | | | | | | |
| | ######## | 37275 | | | | | | | |
| | ######## | 37855 | | | | | | | |
| | ######## | 39040 | | | | | | | |
| | ######## | 45460 | | | | | | | |
| | ######## | 48285 | | | | | | | |
| | ######## | 59685 | | | | | | | |
| | ######## | 64870 | | | | | | | |
| | ######## | 75135 | | | | | | | |
| | ######## | 79590 | | | | | | | |
| | ######## | 140330 | | | | | | | |
| | ######## | 144534 | | | | | | | |
| | ######## | 138.8 | | | | | | | |
| | ######## | 108.18 | | | | | | | |
| | ######## | 1439.13 | | | | | | | |

| | |
|---|---|
| ######## | 1439.6 |
| ######## | 1487.49 |
| ######## | 1608.08 |
| ######## | 1914.48 |
| ######## | 1932.37 |
| ######## | 1934.13 |
| ######## | 2403.13 |
| ######## | 5108.77 |
| ######## | 6204.16 |
| ######## | 16395 |
| ######## | 18130 |
| ######## | 19679.96 |
| ######## | 20480 |
| ######## | 21320 |
| ######## | 22440 |
| ######## | 23320 |
| ######## | 25298.96 |
| ######## | 28710 |
| ######## | 29969.9 |
| ######## | 34840 |
| ######## | 39235 |
| ######## | 48250 |
| ######## | 50882.63 |
| ######## | 57370.1 |
| ######## | 64270 |
| ######## | 71606.91 |
| ######## | 79450.52 |
| ######## | 79500 |
| ######## | 91251 |
| ######## | 94486.87 |
| ######## | 110479.4 |
| ######## | 134591.9 |
| ######## | 136170 |
| ######## | 144750 |
| ######## | 148770.9 |
| ######## | 6370 |
| ######## | 7750 |
| ######## | 789.6 |
| ######## | 1524.68 |
| ######## | 2030 |
| ######## | 2160 |
| ######## | 2899 |
| ######## | 2946.6 |
| ######## | 3686.21 |
| ######## | 3224.46 |
| ######## | 3620 |
| ######## | 4060 |

| | |
|---|---|
| ######## | 5450 |
| ######## | 6013.79 |
| ######## | 6090 |
| ######## | 6370 |
| ######## | 6370 |
| ######## | 6380 |
| ######## | 7144.14 |
| ######## | 7750 |
| ######## | 7750 |
| ######## | 8040 |
| ######## | 8040 |
| ######## | 8040 |
| ######## | 12560 |
| ######## | 22770 |
| ######## | 15080 |
| ######## | 40406.6 |
| ######## | 92292.63 |
| ######## | 314156.2 |
| ######## | 1537.58 |
| ######## | 1743.4 |
| ######## | 1743.4 |
| ######## | 1745.86 |
| ######## | 1833.63 |
| ######## | 2533.4 |
| ######## | 2533.4 |
| ######## | 2533.4 |
| ######## | 2533.4 |
| ######## | 2533.4 |
| ######## | 2533.4 |
| ######## | 3049.39 |
| ######## | 3300 |
| ######## | 3454 |
| ######## | 4350 |
| ######## | 4653.04 |
| ######## | 5160 |
| ######## | 5700 |
| ######## | 8950 |
| ######## | 9230 |
| ######## | 10620 |
| ######## | 12000 |
| ######## | 14673.97 |
| ######## | 18560 |
| ######## | 21185.96 |
| ######## | 22336.6 |
| ######## | 22336.6 |
| ######## | 27559.56 |
| ######## | 44954.45 |

```
########    65600
########  81216.98
########    99200
########  289703.2
########   100000
########    45360
```

| candidate_ | candidate_ | candidate_ | candidate_ | candidate_ | election_type | election_type | fec_election | fec_election | amendment |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | C | |
| | | | | | P | | PRIMARY | C | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | C | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | C | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | C | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | C | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | A | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |
| | | | | | P | | PRIMARY | N | |

| | | |
|---|---|---|
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | A |

| | | |
|---|---|---|
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | A |
| P | PRIMARY | A |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | A |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | N |

| P | PRIMARY | A |
|---|---------|---|
| P | PRIMARY | A |
| P | PRIMARY | N |
| P | PRIMARY | N |
| P | PRIMARY | A |
| P | PRIMARY | N |

| amendme | schedule_t | load_date | original_su | back_refer | back_refer | semi_annu | payee_last | payee_firs | payee_mic |
|---|---|---|---|---|---|---|---|---|---|
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| CHANGE | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| CHANGE | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| CHANGE | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| CHANGE | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| CHANGE | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| CHANGE | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| ADD | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 25:42.2 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 52:35.0 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 47:14.5 | | | | 0 | | | |
| NO CHANC | ITEMIZED I | 52:24.1 | | | | 0 | | | |

| | | | |
|---|---|---|---|
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 51:17.1 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 51:25.4 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 52:34.6 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 51:26.7 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 51:02.4 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 51:20.0 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 51:26.7 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 51:17.1 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 47:14.5 | 0 |
| NO CHANG | ITEMIZED | 52:24.1 | 0 |
| NO CHANG | ITEMIZED | 30:18.5 | 0 |
| NO CHANG | ITEMIZED | 30:18.5 | 0 |
| ADD | ITEMIZED | 34:57.0 | 0 |
| NO CHANG | ITEMIZED | 39:29.8 | 0 |
| ADD | ITEMIZED | 30:40.7 | 0 |
| ADD | ITEMIZED | 54:12.3 | 0 |
| NO CHANG | ITEMIZED | 40:11.3 | 0 |
| NO CHANG | ITEMIZED | 03:14.3 | 0 |
| NO CHANG | ITEMIZED | 59:29.6 | 0 |
| NO CHANG | ITEMIZED | 39:45.8 | 0 |
| NO CHANG | ITEMIZED | 01:05.6 | 0 |
| ADD | ITEMIZED | 54:20.6 | 0 |

| NO CHANG | ITEMIZED | 32:55.5 | 0 |
|---|---|---|---|
| NO CHANG | ITEMIZED | 01:05.7 | 0 |
| NO CHANG | ITEMIZED | 54:37.8 | 0 |
| ADD | ITEMIZED | 55:56.2 | 0 |
| NO CHANG | ITEMIZED | 55:59.1 | 0 |
| ADD | ITEMIZED | 51:58.0 | 0 |
| NO CHANG | ITEMIZED | 34:32.3 | 0 |
| NO CHANG | ITEMIZED | 54:20.7 | 0 |
| ADD | ITEMIZED | 38:03.9 | 0 |
| NO CHANG | ITEMIZED | 54:15.3 | 0 |
| NO CHANG | ITEMIZED | 55:59.1 | 0 |
| ADD | ITEMIZED | 51:44.0 | 0 |
| ADD | ITEMIZED | 49:40.2 | 0 |
| ADD | ITEMIZED | 49:40.2 | 0 |
| ADD | ITEMIZED | 37:38.0 | 0 |
| NO CHANG | ITEMIZED | 37:16.1 | 0 |
| NO CHANG | ITEMIZED | 39:29.8 | 0 |
| NO CHANG | ITEMIZED | 39:45.8 | 0 |
| NO CHANG | ITEMIZED | 39:45.8 | 0 |
| NO CHANG | ITEMIZED | 39:29.8 | 0 |
| NO CHANG | ITEMIZED | 40:11.3 | 0 |
| NO CHANG | ITEMIZED | 34:32.3 | 0 |
| ADD | ITEMIZED | 37:38.0 | 0 |
| ADD | ITEMIZED | 37:38.0 | 0 |
| NO CHANG | ITEMIZED | 02:00.7 | 0 |
| NO CHANG | ITEMIZED | 34:32.3 | 0 |
| NO CHANG | ITEMIZED | 37:16.1 | 0 |
| NO CHANG | ITEMIZED | 37:16.1 | 0 |
| NO CHANG | ITEMIZED | 39:45.8 | 0 |
| ADD | ITEMIZED | 37:38.0 | 0 |
| NO CHANG | ITEMIZED | 03:14.2 | 0 |
| ADD | ITEMIZED | 37:38.0 | 0 |
| NO CHANG | ITEMIZED | 34:36.6 | 0 |
| ADD | ITEMIZED | 37:38.0 | 0 |
| ADD | ITEMIZED | 30:31.4 | 0 |
| ADD | ITEMIZED | 52:14.8 | 0 |
| NO CHANG | ITEMIZED | 54:22.8 | 0 |
| NO CHANG | ITEMIZED | 59:23.0 | 0 |
| ADD | ITEMIZED | 56:01.7 | 0 |
| NO CHANG | ITEMIZED | 59:21.5 | 0 |
| NO CHANG | ITEMIZED | 39:29.8 | 0 |
| ADD | ITEMIZED | 34:57.0 | 0 |
| NO CHANG | ITEMIZED | 39:45.8 | 0 |
| NO CHANG | ITEMIZED | 34:32.3 | 0 |
| NO CHANG | ITEMIZED | 37:16.1 | 0 |
| ADD | ITEMIZED | 37:38.0 | 0 |
| NO CHANG | ITEMIZED | 40:11.3 | 0 |

| ADD | ITEMIZED | 37:38.0 | 0 |
|-----|----------|---------|---|
| ADD | ITEMIZED | 37:38.0 | 0 |
| NO CHANG | ITEMIZED | 39:45.8 | 0 |
| NO CHANG | ITEMIZED | 40:11.3 | 0 |
| ADD | ITEMIZED | 02:24.7 | 0 |
| NO CHANG | ITEMIZED | 53:11.1 | 0 |

| category_c | category_c | conduit_cc | conduit_cc | conduit_cc | conduit_cc | conduit_cc | conduit_cc | spender_c | spender_c |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |
| | | | | | | | | Y | |

Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y

Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y
Y

Y
Y
Y
Y
Y
Y

| spender_c | filing_form | link_id | recipient_c | recipient_ | disbursem | memo_te | two_year_ | schedule_ | sub_id |
|---|---|---|---|---|---|---|---|---|---|
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.06E+18 |
| U | F3X | 4.05E+18 | WASHING | 20003 | TRANSFER INKIND TO | | 2014 | SB | 4.06E+18 |
| U | F3X | 4.01E+18 | WASHING | 20003 | TRANSFER INKIND TO | | 2014 | SB | 4.02E+18 |
| U | F3X | 4.10E+18 | WASHING | 20003 | TRANSFER INKIND TO | | 2014 | SB | 4.10E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.07E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.07E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.08E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.07E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.08E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.07E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.11E+18 |
| U | F3X | 4.01E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.02E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.10E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.11E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.08E+18 |
| U | F3X | 4.07E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.07E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.08E+18 |
| U | F3X | 4.01E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.02E+18 |
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.06E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.11E+18 |
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.05E+18 |
| U | F3X | 4.07E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.07E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.06E+18 |
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.05E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.08E+18 |
| U | F3X | 4.07E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.07E+18 |
| U | F3X | 4.01E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.02E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.10E+18 |
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.05E+18 |
| U | F3X | 4.01E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.02E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.10E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.08E+18 |
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.05E+18 |
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.05E+18 |
| U | F3X | 4.01E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.02E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.10E+18 |
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.05E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.11E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.11E+18 |
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.05E+18 |
| U | F3X | 4.01E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.02E+18 |
| U | F3X | 4.01E+18 | MONTOPC | 78741 | TRANSFERS | | 2014 | SB | 4.02E+18 |
| U | F3X | 4.08E+18 | WASHING | 2E+08 | TRANSFER INKIND TO | | 2016 | SB | 4.08E+18 |
| U | F3X | 4.06E+18 | WASHING | 2E+08 | TRANSFER INKIND TO | | 2016 | SB | 4.06E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | | 2016 | SB | 4.08E+18 |

| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
|---|-----|----------|---------|-------|-----------|---------|----------|
| U | F3X | 4.02E+18 | WASHING | 2E+08 | TRANSFER INKIND TO | 2016 SB | 4.02E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.08E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.08E+18 |
| U | F3X | 4.06E+18 | WASHING | 2E+08 | TRANSFER INKIND TO | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | WASHING | 2E+08 | TRANSFER INKIND TO | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.02E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.08E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.02E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.02E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.08E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.08E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.08E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.08E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.08E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.06E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.06E+18 |
| U | F3X | 4.08E+18 | MONTOPC | 78741 | TRANSFERS | 2016 SB | 4.08E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.03E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.03E+18 |
| U | F3X | 4.01E+18 | COLUMBU | 43215 | TRANSFER INKIND TO | 2018 SB | 4.02E+18 |
| U | F3X | 4.12E+18 | WASHING | 2E+08 | TRANSFER INKIND TO | 2018 SB | 4.12E+18 |
| U | F3X | 4.03E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.03E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.02E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.12E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.09E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.09E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.12E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.09E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.02E+18 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.05E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.09E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.02E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.02E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.09E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.10E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.09E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.02E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.11E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.02E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.09E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.10E+18 |
| U | F3X | 4.03E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.03E+18 |
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.05E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.02E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.10E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.12E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.12E+18 |
| U | F3X | 4.12E+18 | HUNTINGT | 92646 | TRANSFER INKIND TO | 2018 | SB | 4.12E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.12E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.12E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.09E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFER INKIND TO | 2018 | SB | 4.02E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFER INKIND TO | 2018 | SB | 4.02E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.09E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.09E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.10E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.10E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.12E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFER INKIND TO | 2018 | SB | 4.02E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.09E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFER INKIND TO | 2018 | SB | 4.02E+18 |
| U | F3X | 4.05E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.05E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFER INKIND TO | 2018 | SB | 4.02E+18 |
| U | F3X | 4.03E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.03E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.11E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.02E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.10E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.02E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.10E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.12E+18 |
| U | F3X | 4.01E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.02E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.12E+18 |
| U | F3X | 4.09E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.09E+18 |
| U | F3X | 4.10E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.10E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFER INKIND TO | 2018 | SB | 4.02E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 | SB | 4.12E+18 |