| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFER INKIND TO | 2018 SB | 4.02E+18 |
|---|-----|----------|---------|-------|--------------------|---------|----------|
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFER INKIND TO | 2018 SB | 4.02E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.12E+18 |
| U | F3X | 4.12E+18 | MONTOPC | 78741 | TRANSFERS | 2018 SB | 4.12E+18 |
| U | F3X | 4.02E+18 | MONTOPC | 78741 | TRANSFERS | 2020 SB | 4.02E+18 |
| U | F3X | 4.03E+18 | MONTOPC | 78741 | TRANSFERS | 2020 SB | 4.03E+18 |

| pdf_url | line_numb | payee_pre | payee_suf | payee_em | payee_occ | ref_disp_e | comm_dt |
|---------|-----------|-----------|-----------|----------|-----------|------------|---------|
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |
| http://doc | | | | | | Transfers to Affiliated/Other Party Committees | |

http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees

http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees

http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees
http://doc Transfers to Affiliated/Other Party Committees