# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, et al.<br><br>Plaintiffs,<br>v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. MCCRAW, in his official capacity as Director of the Texas Department of Public Safety<br><br>Defendants. | Civil Action Case No. 5:20-cv-00046-OLG<br><br>**PLAINTIFF-INTERVENORS' UNOPPOSED REQUEST FOR CONSOLIDATED BRIEFING** |

Plaintiff-Intervenors Texas Democratic Party, DCCC, and DSCC (collectively, "Intervenors") filed their Motion for Summary Judgment on May 29, 2020. Defendants filed their Response in Opposition to Intervenors' Motion for Summary Judgment and Counter-Motion for Summary Judgment on June 12, 2020, making Intervenors' Reply in Support of their Motion for Summary Judgement due June 19, 2020 and limited to 10 pages, and Intervenors' Response in Opposition to Defendants' Counter-Motion for Summary Judgment due June 26, 2020 and limited to 20 pages. *See* Local R. CV-7(f).

Given that Intervenors' Reply and Response briefs will necessarily involve the same issues, for the sake of efficiency, Intervenors request that the Court permit them to file one consolidated response/reply brief with a limit of 25 pages on or before June 26, 2020. Intervenors conferred with Plaintiffs and Defendants, and they do not oppose this motion.

Dated: June 16, 2020.    Respectfully submitted,

1

/s/ *John M. Geise*

John Hardin
TX State Bar No. 24012784
PERKINS COIE LLP
500 N. Akard St., Suite 3300
Dallas, TX 75201
Telephone: (214) 965-7743
Facsimile: (214) 965-7793
JohnHardin@perkinscoie.com

Marc E. Elias*
Aria C. Branch*
Emily Brailey*
John M. Geise*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
abranch@perkinscoie.com
ebrailey@perkinscoie.com
jgeise@perkinscoie.com

*Counsel for the Intervenor-Plaintiffs*

Chad W. Dunn
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

Robert Leslie Meyerhoff
Texas Democratic Party
314 E. Highland Mall Blvd. #508
Austin, TX 78752
Telephone: 512-478-9800
rmeyerhoff@txdemocrats.org

*Counsel for Intervenor- Plaintiff Texas Democratic Party*

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020, I filed a copy of Plaintiff-Intervenors' Unopposed Request for Consolidate Briefing using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ *John M. Geise*
Counsel for the Intervenor-Plaintiffs