# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. MCCRAW, in his official capacity as Director of the Texas Department of Public Safety<br><br>Defendants. | Civil Action Case No. 5:20-cv-00046-OLG |

**APPENDIX IN SUPPORT OF TEXAS DEMOCRATIC PARTY, DSCC, AND DCCC'S CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Document Description |
|---|---|
| 1. | June 24, 2020 Declaration of Jada Thompson and attachment. |
| 2. | June 26, 2020 Declaration of Glen Maxey, Primary Director of Intervenor TDP, and attachments. |
| 3. | June 26, 2020 Declaration of Jacqui Newman, Deputy Executive Director and Chief Operating Officer of Intervenor DCCC, and attachment. |
| 4. | June 26, 2020 Declaration of Alicia Sisneros, owner and founder of Sisneros Strategies. |
| 5. | June 26, 2020 Declaration of Sara Schaumburg, Director of Voter Protection & Deputy Policy Director of Intervenor DSCC, and attachment. |
| 6. | Excerpts from the transcript of the April 10, 2020 deposition of Plaintiff Nayeli Gomez. |

| 7. | Excerpts from the transcript of the April 14, 2020 deposition of Plaintiff John Harms. |
|---|---|

Dated: June 26, 2020.

Respectfully submitted,

/s/ John M. Geise

John Hardin
TX State Bar No. 24012784
PERKINS COIE LLP
500 N. Akard St., Suite 3300
Dallas, TX 75201
Telephone: (214) 965-7743
Facsimile: (214) 965-7793
JohnHardin@perkinscoie.com

Marc E. Elias*
Aria Branch*
John M. Geise*
Emily Brailey*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
jgeise@perkinscoie.com
ebrailey@perkinscoie.com

*Counsel for the Intervenors*

Chad W. Dunn
TX State Bar No. 24036507
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

Robert Leslie Meyerhoff

Texas Democratic Party
314 E. Highland Mall Blvd. #508
Austin, TX 78752
Telephone: 512-478-9800
rmeyerhoff@txdemocrats.org

*Counsel for Intervenor Texas Democratic Party*

*Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ John M. Geise*          
John M. Geise
