# Exhibit 1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, et al.<br><br>              Plaintiffs,<br>v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. MCCRAW, in his official capacity as Director of the Texas Department of Public Safety<br><br><br>              Defendants. | Civil Action Case No. 5:20-cv-00046-OLG |

## DECLARATION OF JADA THOMPSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to 20 U.S.C. § 1746, I, Jada Thompson, testify that:

1. I am over the age of 18, have personal knowledge of the facts below, and can competently testify to their truth.

2. I live in Fresno, Texas, which is located in Fort Bend County. I am 23 years old. I am a teacher at a daycare in Brazoria County.

3. I consider myself to a member of the Democratic Party. I vote for and support Democratic candidates. Participating in the democratic process and exercising my right to vote is important to me. I voted in the 2014 and 2016 general elections, and I intend to vote in the 2020 general election. I did not vote in the 2018 general election because I was disenfranchised as a result of the State of Texas's conduct.

1

4. From fall 2015 to fall 2018, I lived in Missouri City, Texas, while I attended Houston Baptist University. I majored in Psychology. In fall 2018, which marked the beginning of my senior year of college, I moved to Houston, Texas.

5. After I moved to Houston, I went online to the Texas Department of Public Safety website to change my driver's license address. After inputting my new address and other identifying information, I checked "yes" in response to the prompt that asked me whether I wanted to register to vote. After engaging in the online transaction to update my driver's license address and indicating that I wanted to register to vote, I believed my voter registration would be updated and I would thereafter be registered to vote in Harris County.

6. In October 2018, I checked online to confirm that I was registered to vote in the 2018 election. The Secretary of State website indicated that I was not registered to vote in the 2018 election.

7. I was planning to vote for Beto O'Rourke for U.S. Senate. Because I supported his campaign, I signed up to receive the campaign's daily fundraising and informational emails. One of the emails I received instructed voters with questions about voter registration to call the Texas Democratic Party's voter protection hotline.

8. Upon calling the Texas Democratic Party's voter protection hotline, I spoke with a representative of the Texas Democratic Party who explained that the update I made to my driver's license address online did not simultaneously update my voter registration. The representative told me that I could try to cast a provisional ballot. The representative also explained the steps that I needed to take to register to vote in Harris County for upcoming elections.

9. In late October 2018, I attempted to vote early at a polling location in Harris County, but I was told by poll workers that I was not registered to vote. The poll workers provided me with a provisional ballot, which I cast. I was never informed by poll workers about the option to vote a limited ballot.

10. I subsequently received notification in the mail that my provisional ballot was not counted because I was not registered to vote in Harris County.

11. After I graduated from Houston Baptist University in May 2019, I taught English language classes in China. I returned to the United States from China in January of this year because of the COVID-19 pandemic. Upon my return to Fort Bend County, where my family lives, I updated my driver's license address online again. I checked "yes" in response to the prompt that asked me whether I wanted to register to vote. Because I had been disenfranchised in the 2018 election, I recognized that I needed to take additional steps this time to update my voter registration.

12. I do not have a printer at my home, so I had to go to the library to print out the voter registration application, complete it, and mail it in to the county board of elections.

13. I became registered to vote at my current address as of March 5, 2020. *See* Attachment A.

14. When I move in the future, I intend to use the Texas online driver's license system to change my address or renew my driver's license. I would similarly use the system to update my voter registration or re-register if my registration has become ineffective.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2020.

_____
Jada Thompson

4

# Attachment A

| VOTER REGISTRATION CERTIFICATE FORT BEND COUNTY | | | CONGRESS | ST SEN | ST REP | COMM | JP |
|---|---|---|---|---|---|---|---|
| | | | 09 | 13 | 27 | 1 | 1 |
| VUID | Gender | Valid From | SCHOOL | CITY | MUD | LID | ESD |
| | F | 3/5/2020 | | | | | |
| Birth Date Information | Prec. No | Thru | FB | - | 023 | | FB7 |
| | 1153 | 12/31/2021 | | | | | |

Name and Permanent Residence Address:
THOMPSON, JADA JUSTINE NANYA
[redacted]
FRESNO TX [redacted]

Alternate Mailing Address:
THOMPSON, JADA JUSTINE NANYA
[redacted]
FRESNO TX [redacted]

Status:  * ACTIVE *