# Exhibit 2

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

JARROD STRINGER, et al.

                        Plaintiffs,

        v.

RUTH HUGHS, in her official capacity as Texas
Secretary of State and STEVEN C. MCCRAW, in
his official capacity as Director of the Texas
Department of Public Safety


                        Defendants.

Civil Action Case No. 5:20-cv-00046-OLG

### DECLARATION OF GLEN MAXEY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to 20 U.S.C. § 1746, I, Glen Maxey, hereby testify that:

1. I am over the age of 18, have personal knowledge of the facts below, and can competently testify to their truth.

2. I am currently employed by the Texas Democratic Party ("TDP") as the Primary Director.

3. The TDP's purpose is to elect Democratic Party candidates to public office throughout Texas. To accomplish its purpose, the TDP engages in voter registration efforts to register unregistered voters who are likely to support Democratic candidates.

4. The TDP has been engaged in voter registration efforts in Texas since its founding. Registering new voters is one of the TDP's principal purposes.

5. The TDP employs approximately 65 staff members, all of whom work in some capacity to encourage voters to register across the state of Texas. In order to ensure that every staff member can involve themselves in registration, each staff member is a deputy registrar under Texas law.

6. Under Texas law, a voter must be registered in the county in which they live in order to vote. Because voters move frequently—both from other states to Texas, and between

counties within Texas—the TDP targets many of its voter registration efforts at voters who have recently moved. Voters who have recently moved are more likely to be unregistered.

7. In urban areas the TDP frequently has staff and volunteers go door-to-door distributing voter registration applications, specifically targeting apartment buildings and frequent movers. This outreach is directed specifically at apartment buildings and frequent movers because they are most likely to have recently changed their address and be unregistered, due in part to the State's failure to provide simultaneous voter registration with online driver's license transactions. The goal of this effort is to register every voter who lives at an apartment complex.

8. For example, the TDP has already engaged in an extensive registration effort that involved hanging registration applications on approximately 65,000 apartment doors in Travis County in January 2020. TDP anticipates doing significantly more of these efforts throughout Texas in the fall.

9. College students, who move frequently, are an important constituency of the TDP. As a result, the TDP targets many of its voter registration efforts at college students.

10. When registering voters, TDP staff spend additional time and effort explaining that Texas does not provide voters with the opportunity to simultaneously update their voter registration when they update their driver's license address or renew their driver's license. TDP staff inform voters that updating their driver's license address or renewing their driver's license online with the Texas Department of Public Safety ("DPS") does not simultaneously update their voter registration. The voter needs to take additional steps to print a voter registration application and submit it to their county elections office. If the voter has engaged in a driver's license transaction online with DPS, the TDP always encourages the voter to register with the TDP because it is aware that voters have been disenfranchised as a result of mistakenly believing that engaging in an online driver's license transaction automatically updated their voter registration.

11. The TDP maintains a "voter protection hotline" that allows voters who encounter difficulties or issues while voting to call staff at the TDP to assist them. The hotline is staffed by volunteers and staff of TDP. It has been available 24 hours a day since January 2020 for voters to leave messages regarding questions and receive follow-up responses from staff. As election day gets closer, the hotline will be staffed for extended hours with quicker response times, necessitating more staff.

12. The TDP advertises the voter protection hotline on a large percentage of written communications it has with voters, including every mail piece it sends out.

13. In previous elections, voters have called the hotline and expressed that they were unable to vote or were forced to vote a provisional ballot because they were told by polling place officials that they were not registered to vote, even though they thought they registered by completing an online driver's license transaction. TDP voter protection hotline staff and volunteers spend time explaining to voters that online driver's license transactions do not

automatically update a voter's registration information. This is a complex situation to explain, and its takes time for the staffer to determine each voter's situation and help them address it. Staffers and volunteers must also be educated in the intricacies of the disparities in the law in order to work with the voters to address their particular issue. In many cases, as in the case of Ms. Thompson, it is too late for the voter to register to vote in the relevant election, and thus, the voter is disenfranchised as a result of the State's conduct. TDP staff then spend time explaining to the voter how to register to vote for the next upcoming election. .

14. TDP staff and volunteers spend time educating the voting public and particularly Democratic voters about the fact that online driver's license transactions do not automatically update a voter's registration information.

15. A "limited ballot" is available to a registered voter who has moved from the county in which she is registered to a new county of residence in Texas, and who will not be registered to vote in the new county on or before the election in person if (1) they would be eligible to vote in the former county of residence on election day if still residing there; (2) they are registered to vote in the former county of residence at the time they offer to vote in the new county of residence or apply for registration in the new county; and (3) their registration is not effective in the new county of residence on or before election day.

16. I have frequently asked local election officials to educate their staff that some voters in this situation can vote a "limited ballot" and to make sure that sufficient "limited ballots" are available.  In my experience, many county officials do not educate their staff about this possibility and a "limited ballot" is not made available to eligible voters.

17. For example, I understand that no one informed Ms. Thompson about the possibility of voting a "limited ballot." Since the state is not informing voters about their ability to vote "limited ballots," the TDP must make additional efforts to do so, and such efforts would not be necessary but for Defendants' conduct as many fewer people would have to vote "limited ballots."

18. "Limited ballots" are also a poor substitute for many voters. They are only available during the early voting period, can only be completed at the main early voting location in a county, and do not allow a voter to vote for all of the races they would be able to vote for normally. Thus, even those voters who are not registered due to Defendants' conduct and are able to vote "limited ballots" are still unable to vote in some races.

19. If TDP did not spend time and resources educating voters about Defendants' conduct, and troubleshooting with voters in order to counteract Defendants' conduct, TDP could spend more time and resources registering even greater numbers of unregistered voters.

20. TDP is particularly concerned about the effects of Defendants' conduct given the current situation with the COVID-19 pandemic. TDP understands that many DPS locations have strictly limited in-person transactions, resulting in months-long waiting lists for individuals seeking to conduct DPS business in-person. This will inevitably push some of these

individuals to conduct their transactions with DPS online, where they will be harmed by Defendants' conduct.

21. I have reviewed the declaration of Jada Thompson. The TDP considers Ms. Thompson to be a member and constituent of the TDP. Ms. Thompson called the TDP voter protection hotline in October 2018, and as stated in Ms. Thompson's declaration, TDP staff spent time explaining that she was unregistered to vote because Texas does not offer simultaneous voter registration with online driver's license address updates. *See* Thompson Decl ¶ 8. TDP then spent time explaining to Ms. Thompson how she could register to vote for the next upcoming election. *Id.*

22. As a direct result of Defendants' conduct, Democratic voters like Ms. Thompson are disenfranchised and unable to have their ballots counted in support of TDP's candidates. Defendants' conduct harms TDP's electoral prospects because it makes it more difficult, and in many cases impossible, for TDP's members and constituents to vote for Democratic candidates.

23. TDP considers Democratic voters and constituents to be its members and constituents. This comports with Texas state law, which provides that a voter who participates in the TDP's March primary affiliates with the Party and is defined as a member for the voting year.

24. The TDP considers John Harms, an individual plaintiff in this action, to be a member and constituent of the TDP. According to information available in the Texas Election Administration System ("TEAM"), Mr. Harms voted in the March 2020 Democratic primary. Mr. Harms has also voted in at least three previous Democratic primary elections.

25. The TDP considers Jarrod Stringer, an individual plaintiff in this action, to be a member and constituent of the TDP. According to information available in TEAM, Mr. Stringer voted in the 2020 Democratic primary and has voted in at least two previous Democratic primary elections. Mr. Stringer made eight contributions to the TDP during the 2018 election cycle, totaling $100. *See* Attachment A. He has also made contributions to other Democratic candidates. *See* Attachment B.

26. The TDP considers Nayeli Gomez, an individual plaintiff in this action, to be a member and constituent of the TDP. According to information available in TEAM, Ms. Gomez voted in the 2020 Democratic primary and has voted in at least three previous Democratic primary elections. Ms. Gomez testified that she previously worked as the Data Director for the TDP.

27. Democratic voters and constituents provide financial support in the form of political contributions to TDP on a regular basis, as demonstrated by the documents produced by TDP in this litigation and by publicly available FEC filings. *See, e.g.*, ECF No. 78-1 at 127-128, 135-136, 137-146.

28. Democratic voters help elect the leadership of the TDP by electing Democratic candidates to positions up and down the ballot in Texas.

29. Democratic voters participate in TDP's strategy by responding to surveys and polls, as demonstrated by the documents produced by TDP in this litigation. *See, e.g.*, ECF No. 78-1 at 372-73. Democratic voters are also entitled to vote on the party platform at the TDP convention.

30. TDP receives regular transfers from DCCC and DSCC, and it works closely with DCCC and DSCC through the "coordinated campaign" to elect Democrats up and down the ticket within the state. Funds transferred from DCCC and DSCC are routinely used to support TDP's voter registration efforts, including TDP's voter protection hotline.

31. In fact, there are currently two TDP staff members solely dedicated to voter registration who are being paid using transfer funds from the DCCC. These individuals are working on registering voters in Texas Congressional Districts 7 and 32.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on June 26, 2020.

DocuSigned by:

*Glen Maxey*

8346BE27DAE3433...

Glen Maxey
Primary Director
TDP

Attachment A

# REPORT OF RECEIPTS
# AND DISBURSEMENTS
### For Other Than An Authorized Committee

**FEC FORM 3X**

Office Use Only

1. NAME OF COMMITTEE (in full)    TYPE OR PRINT ▼    Example: If typing, type over the lines.

12FE4M5

ActBlue

ADDRESS (number and street):    PO Box 382110

▼ ☐ Check if different than previously reported. (ACC)

Cambridge    MA    02238    –

2. **FEC IDENTIFICATION NUMBER ▼**    CITY ▲    STATE ▲    ZIP CODE ▲

C  C00401224

3. IS THIS REPORT    ☐ NEW (N)    OR    ☒ AMENDED (A)

4. **TYPE OF REPORT** (Choose One)

(a) Quarterly Reports:

☐ April 15 Quarterly Report (Q1)

☐ July 15 Quarterly Report (Q2)

☐ October 15 Quarterly Report (Q3)

☐ January 31 Year-End Report (YE)

☐ July 31 Mid-Year Report (Non-election Year Only) (MY)

☐ Termination Report (TER)

(b) Monthly Report Due On:

☒ Feb 20 (M2)    ☐ May 20 (M5)    ☐ Aug 20 (M8)    ☐ Nov 20 (M11) (Non-Election Year Only)

☐ Mar 20 (M3)    ☐ Jun 20 (M6)    ☐ Sep 20 (M9)    ☐ Dec 20 (M12) (Non-Election Year Only)

☐ Apr 20 (M4)    ☐ Jul 20 (M7)    ☐ Oct 20 (M10)    ☐ Jan 31 (YE)

(c) 12-Day **PRE**-Election Report for the:

☐ Primary (12P)    ☐ General (12G)    ☐ Runoff (12R)

☐ Convention (12C)    ☐ Special (12S)

Election on  M M / D D / Y Y Y Y    in the State of

(d) 30-Day **POST**-Election Report for the:

☐ General (30G)    ☐ Runoff (30R)    ☐ Special (30S)

Election on  M M / D D / Y Y Y Y    in the State of

5. Covering Period   01 / 01 / 2017   through   01 / 31 / 2017

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Hill, Erin, , ,

Type or Print Name of Treasurer

Signature of Treasurer    *Hill, Erin, , ,*    *[Electronically Filed]*    Date   10 / 15 / 2017

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

## SCHEDULE A  (FEC Form 3X)
## ITEMIZED RECEIPTS

| Use separate schedule(s) for each category of the Detailed Summary Page |
|---|

FOR LINE NUMBER:    PAGE 5864 OF 724850
(check only one)

☒ 11a    ☐ 11b    ☐ 11c    ☐ 12
☐ 13     ☐ 14     ☐ 15     ☐ 16    ☐ 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
> ActBlue

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JANET, , ,

Mailing Address  14 GARNET DR

| City | State | Zip Code |
|---|---|---|
| LITTLE FALLS | NJ | 07424 |

FEC ID number of contributing federal political committee.    C ☐☐☐☐☐☐☐☐☐

Name of Employer (for Individual)
NOT EMPLOYED

Occupation (for Individual)
NOT EMPLOYED

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
25.00

Date of Receipt
M M / D D / Y Y Y Y
01 / 30 / 2017

Transaction ID : SA11AI_69948463

Amount of Each Receipt this Period
25.00

☐ Memo Item
Earmark

Earmarked for DSCC (C00042366)

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address  623 DONALDSON AVE 8

| City | State | Zip Code |
|---|---|---|
| SAN ANTONIO | TX | 78201 |

FEC ID number of contributing federal political committee.    C ☐☐☐☐☐☐☐☐☐

Name of Employer (for Individual)
UNIVERSITY OF TEXAS AT SAN ANTONIO

Occupation (for Individual)
PROFESSOR

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
10.00

Date of Receipt
M M / D D / Y Y Y Y
01 / 31 / 2017

Transaction ID : SA11AI_70109111

Amount of Each Receipt this Period
10.00

☐ Memo Item
Earmark

Earmarked for TEXAS DEMOCRATIC PARTY - FEDERAL ACCOUNT (C00099267)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JASON, , ,

Mailing Address  219 BROOKVIEW CIRCLE

| City | State | Zip Code |
|---|---|---|
| JEFFERSON CITY | MO | 65109 |

FEC ID number of contributing federal political committee.    C ☐☐☐☐☐☐☐☐☐

Name of Employer (for Individual)
SAMS CLUB

Occupation (for Individual)
FRESH ASSOCIATE

Receipt For:
☐ Primary   ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
5.00

Date of Receipt
M M / D D / Y Y Y Y
01 / 21 / 2017

Transaction ID : SA11AI_69098106

Amount of Each Receipt this Period
5.00

☐ Memo Item
Earmark

Earmarked for END CITIZENS UNITED PAC (C00573261)

---

**SUBTOTAL** of Receipts This Page (optional)............................................▶    40.00

**TOTAL** This Period (last page this line number only)........................▶

FEC **Schedule A (Form 3X)** Rev. 06/2016

# FEC FORM 3X

# REPORT OF RECEIPTS AND DISBURSEMENTS
### For Other Than An Authorized Committee

Office Use Only

1. NAME OF COMMITTEE (in full)    TYPE OR PRINT ▼    Example: If typing, type over the lines.

12FE4M5

ActBlue

ADDRESS (number and street)    PO Box 382110

▼    Check if different than previously reported. (ACC)

Cambridge    MA    02238    –

2. **FEC IDENTIFICATION NUMBER** ▼    CITY ▲    STATE ▲    ZIP CODE ▲

C   C00401224

3. IS THIS REPORT    ☐ NEW (N)   OR   ☒ AMENDED (A)

4. **TYPE OF REPORT**
(Choose One)

(b) Monthly Report Due On:

| | | |
|---|---|---|
| ☐ Feb 20 (M2) | ☐ May 20 (M5) | ☐ Aug 20 (M8) | ☐ Nov 20 (M11) (Non-Election Year Only) |
| ☒ Mar 20 (M3) | ☐ Jun 20 (M6) | ☐ Sep 20 (M9) | ☐ Dec 20 (M12) (Non-Election Year Only) |
| ☐ Apr 20 (M4) | ☐ Jul 20 (M7) | ☐ Oct 20 (M10) | ☐ Jan 31 (YE) |

(a) Quarterly Reports:

☐ April 15 Quarterly Report (Q1)

☐ July 15 Quarterly Report (Q2)

☐ October 15 Quarterly Report (Q3)

☐ January 31 Year-End Report (YE)

☐ July 31 Mid-Year Report (Non-election Year Only) (MY)

☐ Termination Report (TER)

(c) 12-Day **PRE**-Election Report for the:

☐ Primary (12P)    ☐ General (12G)    ☐ Runoff (12R)

☐ Convention (12C)    ☐ Special (12S)

Election on  M M / D D / Y Y Y Y   in the State of

(d) 30-Day **POST**-Election Report for the:

☐ General (30G)    ☐ Runoff (30R)    ☐ Special (30S)

Election on  M M / D D / Y Y Y Y   in the State of

5. Covering Period   02 / 01 / 2017   through   02 / 28 / 2017

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Hill, Erin, , ,

Type or Print Name of Treasurer

Signature of Treasurer   *Hill, Erin, , ,*   *[Electronically Filed]*   Date  03 / 30 / 2018

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

# FEC FORM 3X
Rev. 05/2016

# SCHEDULE A  (FEC Form 3X)
## ITEMIZED RECEIPTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: PAGE 1711 OF 868756 (check only one) |
|---|---|

☒ 11a  ☐ 11b  ☐ 11c  ☐ 12
☐ 13  ☐ 14  ☐ 15  ☐ 16  ☐ 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
> ActBlue

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address  623 DONALDSON AVE 8

| City | State | Zip Code |
|---|---|---|
| SAN ANTONIO | TX | 78201 |

FEC ID number of contributing federal political committee.  C ☐

Name of Employer (for Individual): UNIVERSITY OF TEXAS AT SAN ANTONIO
Occupation (for Individual): PROFESSOR

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼  20.00

Date of Receipt
M M / D D / Y Y Y Y
02 / 28 / 2017
Transaction ID : SA11AI_72691506
Amount of Each Receipt this Period  10.00

☐ Memo Item
Earmark

Earmarked for TEXAS DEMOCRATIC PARTY - FEDERAL ACCOUNT (C00099267)

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JASON, , ,

Mailing Address  219 BROOKVIEW CIRCLE

| City | State | Zip Code |
|---|---|---|
| JEFFERSON CITY | MO | 65109 |

FEC ID number of contributing federal political committee.  C ☐

Name of Employer (for Individual): SAMS CLUB
Occupation (for Individual): FRESH ASSOCIATE

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼  10.00

Date of Receipt
M M / D D / Y Y Y Y
02 / 21 / 2017
Transaction ID : SA11AI_71945998
Amount of Each Receipt this Period  5.00

☐ Memo Item
Earmark

Earmarked for END CITIZENS UNITED PAC (C00573261)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JESSICA, , ,

Mailing Address  348 COBBLESTONE COURT

| City | State | Zip Code |
|---|---|---|
| CHAPEL HILL | NC | 27514 |

FEC ID number of contributing federal political committee.  C ☐

Name of Employer (for Individual): SHANNON MEDIA INC
Occupation (for Individual): EXECUTIVE EDITOR

Receipt For:
☐ Primary  ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼  5.00

Date of Receipt
M M / D D / Y Y Y Y
02 / 22 / 2017
Transaction ID : SA11AI_72085842
Amount of Each Receipt this Period  5.00

☐ Memo Item
Earmark

Earmarked for JON OSSOFF FOR CONGRESS (C00630426)

---

SUBTOTAL of Receipts This Page (optional).............................................► 20.00

TOTAL This Period (last page this line number only)...........................►

# FEC FORM 3X

# REPORT OF RECEIPTS AND DISBURSEMENTS

**For Other Than An Authorized Committee**

Office Use Only

**1. NAME OF COMMITTEE (in full)**   TYPE OR PRINT ▼   Example: If typing, type over the lines.   `12FE4M5`

ActBlue

**ADDRESS (number and street):** PO Box 382110

▼ ☐ Check if different than previously reported. (ACC)

Cambridge   MA   02238   –

CITY ▲   STATE ▲   ZIP CODE ▲

**2. FEC IDENTIFICATION NUMBER ▼**

C | C00401224

**3. IS THIS REPORT**   ☐ NEW (N)   OR   ☒ AMENDED (A)

**4. TYPE OF REPORT**
(Choose One)

**(a) Quarterly Reports:**

☐ April 15 Quarterly Report (Q1)

☐ July 15 Quarterly Report (Q2)

☐ October 15 Quarterly Report (Q3)

☐ January 31 Year-End Report (YE)

☐ July 31 Mid-Year Report (Non-election Year Only) (MY)

☐ Termination Report (TER)

**(b) Monthly Report Due On:**

☐ Feb 20 (M2)   ☐ May 20 (M5)   ☐ Aug 20 (M8)   ☐ Nov 20 (M11) (Non-Election Year Only)

☐ Mar 20 (M3)   ☐ Jun 20 (M6)   ☐ Sep 20 (M9)   ☐ Dec 20 (M12) (Non-Election Year Only)

☒ Apr 20 (M4)   ☐ Jul 20 (M7)   ☐ Oct 20 (M10)   ☐ Jan 31 (YE)

**(c) 12-Day PRE-Election Report for the:**

☐ Primary (12P)   ☐ General (12G)   ☐ Runoff (12R)

☐ Convention (12C)   ☐ Special (12S)

Election on   M M / D D / Y Y Y Y   in the State of

**(d) 30-Day POST-Election Report for the:**

☐ General (30G)   ☐ Runoff (30R)   ☐ Special (30S)

Election on   M M / D D / Y Y Y Y   in the State of

**5. Covering Period**   03 / 01 / 2017   through   03 / 31 / 2017

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer   Hill, Erin, , ,

Signature of Treasurer   *Hill, Erin, , ,*   *[Electronically Filed]*   Date   03 / 30 / 2018

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

**Office Use Only**

**FEC FORM 3X**
Rev. 05/2016

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

| | |
|---|---|
| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: PAGE 1116 OF 1068399 (check only one) |

FOR LINE NUMBER: (check only one)
[x] 11a  [ ] 11b  [ ] 11c  [ ] 12
[ ] 13   [ ] 14   [ ] 15   [ ] 16   [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**ActBlue**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, GAIL, , ,

Mailing Address  1109 GLORIA LANE

| City | State | Zip Code |
|---|---|---|
| YARDLEY | PA | 19067 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)     Occupation (for Individual)
NOT EMPLOYED                          NOT EMPLOYED

Receipt For:
[ ] Primary   [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼    5.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 12 / 2017

Transaction ID : SA11AI_73862586

Amount of Each Receipt this Period
5.00

[ ] Memo Item
Earmark

Earmarked for NATIONAL DEMOCRATIC TRAINING COMMITTEE PAC ()

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address  623 DONALDSON AVE 8

| City | State | Zip Code |
|---|---|---|
| SAN ANTONIO | TX | 78201 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)     Occupation (for Individual)
UNIVERSITY OF TEXAS AT SAN ANTONIO   PROFESSOR

Receipt For:
[ ] Primary   [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼    30.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 31 / 2017

Transaction ID : SA11AI_75678774

Amount of Each Receipt this Period
10.00

[ ] Memo Item
Earmark

Earmarked for TEXAS DEMOCRATIC PARTY - FEDERAL ACCOUNT (C00099267)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JASON, , ,

Mailing Address  219 BROOKVIEW CIRCLE

| City | State | Zip Code |
|---|---|---|
| JEFFERSON CITY | MO | 65109 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)     Occupation (for Individual)
SAMS CLUB                            FRESH ASSOCIATE

Receipt For:
[ ] Primary   [ ] General
[ ] Other (specify)

Aggregate Year-to-Date ▼    15.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 21 / 2017

Transaction ID : SA11AI_74596422

Amount of Each Receipt this Period
5.00

[ ] Memo Item
Earmark

Earmarked for END CITIZENS UNITED PAC (C00573261)

---

SUBTOTAL of Receipts This Page (optional).............................................▶    20.00

TOTAL This Period (last page this line number only)..................................▶

# FEC FORM 3X

# REPORT OF RECEIPTS AND DISBURSEMENTS
### For Other Than An Authorized Committee

Office Use Only

1. NAME OF COMMITTEE (in full)   TYPE OR PRINT ▼   Example: If typing, type over the lines.   `12FE4M5`

ActBlue

ADDRESS (number and street): PO Box 382110

▼ ☐ Check if different than previously reported. (ACC)

Cambridge     MA     02238     –

CITY ▲     STATE ▲     ZIP CODE ▲

2. **FEC IDENTIFICATION NUMBER** ▼

C  C00401224

3. IS THIS REPORT     ☐ NEW (N)   OR   ☒ AMENDED (A)

4. **TYPE OF REPORT** (Choose One)

(a) Quarterly Reports:

- ☐ April 15 Quarterly Report (Q1)
- ☐ July 15 Quarterly Report (Q2)
- ☐ October 15 Quarterly Report (Q3)
- ☐ January 31 Year-End Report (YE)
- ☐ July 31 Mid-Year Report (Non-election Year Only) (MY)
- ☐ Termination Report (TER)

(b) Monthly Report Due On:

- ☐ Feb 20 (M2)
- ☒ May 20 (M5)
- ☐ Aug 20 (M8)
- ☐ Nov 20 (M11) (Non-Election Year Only)
- ☐ Mar 20 (M3)
- ☐ Jun 20 (M6)
- ☐ Sep 20 (M9)
- ☐ Dec 20 (M12) (Non-Election Year Only)
- ☐ Apr 20 (M4)
- ☐ Jul 20 (M7)
- ☐ Oct 20 (M10)
- ☐ Jan 31 (YE)

(c) 12-Day **PRE**-Election Report for the:

- ☐ Primary (12P)
- ☐ General (12G)
- ☐ Runoff (12R)
- ☐ Convention (12C)
- ☐ Special (12S)

Election on  M M / D D / Y Y Y Y     in the State of ___

(d) 30-Day **POST**-Election Report for the:

- ☐ General (30G)
- ☐ Runoff (30R)
- ☐ Special (30S)

Election on  M M / D D / Y Y Y Y     in the State of ___

5. Covering Period   04 / 01 / 2017   through   04 / 30 / 2017

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.
Hill, Erin, , ,

Type or Print Name of Treasurer

Signature of Treasurer   *Hill, Erin, , ,*     *[Electronically Filed]*     Date   03 / 30 / 2018

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

## SCHEDULE A  (FEC Form 3X)
## ITEMIZED RECEIPTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 8976 OF 101642 |
|---|---|---|

FOR LINE NUMBER: (check only one)

[x] 11a  [ ] 11b  [ ] 11c  [ ] 12
[ ] 13   [ ] 14   [ ] 15   [ ] 16  [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
> ActBlue

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, GLORIA, , ,

Mailing Address  5684 COUNTY ROAD 437 LOT 34

| City PRINCETON | State TX | Zip Code 75407 |
|---|---|---|

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)  KEYNOTE TECHNOLOGIES
Occupation (for Individual)  ACCOUNTANT

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼  25.00

Date of Receipt
M M / D D / Y Y Y Y
04 / 16 / 2017

Transaction ID : SA11AI_77279683

Amount of Each Receipt this Period  25.00

[ ] Memo Item
Earmark

Earmarked for BETO FOR TEXAS ()

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JAMES, , ,

Mailing Address  1504 DARTMOUTH AVE

| City AUSTIN | State TX | Zip Code 78757 |
|---|---|---|

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)  TELESCRIPT WEST, INC.
Occupation (for Individual)  OWNER

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼  25.00

Date of Receipt
M M / D D / Y Y Y Y
04 / 08 / 2017

Transaction ID : SA11AI_76594178

Amount of Each Receipt this Period  25.00

[ ] Memo Item
Earmark

Earmarked for JAMES THOMPSON FOR KANSAS (C00631572)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address  623 DONALDSON AVE 8

| City SAN ANTONIO | State TX | Zip Code 78201 |
|---|---|---|

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)  UNIVERSITY OF TEXAS AT SAN ANTONIO
Occupation (for Individual)  PROFESSOR

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify)

Aggregate Year-to-Date ▼  40.00

Date of Receipt
M M / D D / Y Y Y Y
04 / 30 / 2017

Transaction ID : SA11AI_78537168

Amount of Each Receipt this Period  10.00

[ ] Memo Item
Earmark

Earmarked for TEXAS DEMOCRATIC PARTY - FEDERAL ACCOUNT (C00099267)

---

SUBTOTAL of Receipts This Page (optional)...........................................▶  60.00

TOTAL This Period (last page this line number only)...........................▶

FEC **Schedule A (Form 3X)** Rev. 06/2016

# REPORT OF RECEIPTS
# AND DISBURSEMENTS
### For Other Than An Authorized Committee

**FEC FORM 3X**

Office Use Only

1. NAME OF COMMITTEE (in full)

TYPE OR PRINT ▼

Example: If typing, type over the lines.

`12FE4M5`

ActBlue

ADDRESS (number and street): PO Box 382110

▼ ☐ Check if different than previously reported. (ACC)

Cambridge | MA | 02238 | –

CITY ▲ | STATE ▲ | ZIP CODE ▲

2. **FEC IDENTIFICATION NUMBER** ▼

C | C00401224

3. IS THIS REPORT ☐ NEW (N) **OR** ☒ AMENDED (A)

4. **TYPE OF REPORT**
(Choose One)

(b) Monthly Report Due On:

- ☐ Feb 20 (M2)
- ☐ Mar 20 (M3)
- ☐ Apr 20 (M4)
- ☐ May 20 (M5)
- ☒ Jun 20 (M6)
- ☐ Jul 20 (M7)
- ☐ Aug 20 (M8)
- ☐ Sep 20 (M9)
- ☐ Oct 20 (M10)
- ☐ Nov 20 (M11) (Non-Election Year Only)
- ☐ Dec 20 (M12) (Non-Election Year Only)
- ☐ Jan 31 (YE)

(a) Quarterly Reports:

- ☐ April 15 Quarterly Report (Q1)
- ☐ July 15 Quarterly Report (Q2)
- ☐ October 15 Quarterly Report (Q3)
- ☐ January 31 Year-End Report (YE)
- ☐ July 31 Mid-Year Report (Non-election Year Only) (MY)
- ☐ Termination Report (TER)

(c) 12-Day **PRE**-Election Report for the:

- ☐ Primary (12P)
- ☐ Convention (12C)
- ☐ General (12G)
- ☐ Special (12S)
- ☐ Runoff (12R)

Election on | M M / D D / Y Y Y Y | in the State of

(d) 30-Day **POST**-Election Report for the:

- ☐ General (30G)
- ☐ Runoff (30R)
- ☐ Special (30S)

Election on | M M / D D / Y Y Y Y | in the State of

5. Covering Period | 05 / 01 / 2017 | through | 05 / 31 / 2017

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Hill, Erin, , ,

Type or Print Name of Treasurer

Signature of Treasurer: *Hill, Erin, , ,*    *[Electronically Filed]*

Date | 03 / 30 / 2018

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

| | |
|---|---|
| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: PAGE 4765 OF 1473188 (check only one) |

FOR LINE NUMBER: (check only one)

☒ 11a  ☐ 11b  ☐ 11c  ☐ 12
☐ 13   ☐ 14   ☐ 15   ☐ 16   ☐ 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
> ActBlue

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JANET, , ,

Mailing Address  14 GARNET DR

| City | State | Zip Code |
|------|-------|----------|
| LITTLE FALLS | NJ | 07424 |

FEC ID number of contributing federal political committee.    C

Name of Employer (for Individual)    NOT EMPLOYED
Occupation (for Individual)    NOT EMPLOYED

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼    20.00

Date of Receipt
M M / D D / Y Y Y Y
05 / 28 / 2017

Transaction ID : SA11AI_82558743

Amount of Each Receipt this Period    20.00

☐ Memo Item
Earmark

Earmarked for JON OSSOFF FOR CONGRESS (C00630426)

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address  623 DONALDSON AVE 8

| City | State | Zip Code |
|------|-------|----------|
| SAN ANTONIO | TX | 78201 |

FEC ID number of contributing federal political committee.    C

Name of Employer (for Individual)    UNIVERSITY OF TEXAS AT SAN ANTONIO
Occupation (for Individual)    PROFESSOR

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼    50.00

Date of Receipt
M M / D D / Y Y Y Y
05 / 31 / 2017

Transaction ID : SA11AI_82814732

Amount of Each Receipt this Period    10.00

☐ Memo Item
Earmark

Earmarked for TEXAS DEMOCRATIC PARTY - FEDERAL ACCOUNT (C00099267)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JASON, , ,

Mailing Address  219 BROOKVIEW CIRCLE

| City | State | Zip Code |
|------|-------|----------|
| JEFFERSON CITY | MO | 65109 |

FEC ID number of contributing federal political committee.    C

Name of Employer (for Individual)    SAMS CLUB
Occupation (for Individual)    FRESH ASSOCIATE

Receipt For:
☐ Primary  ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼    25.00

Date of Receipt
M M / D D / Y Y Y Y
05 / 23 / 2017

Transaction ID : SA11AI_82001395

Amount of Each Receipt this Period    5.00

☐ Memo Item
Earmark

Earmarked for END CITIZENS UNITED PAC (C00573261)

---

SUBTOTAL of Receipts This Page (optional).................................................► 35.00

TOTAL This Period (last page this line number only).................................►

# REPORT OF RECEIPTS AND DISBURSEMENTS

### For Other Than An Authorized Committee

**FEC FORM 3X**

Office Use Only

1. NAME OF COMMITTEE (in full)     TYPE OR PRINT ▼     Example: If typing, type over the lines.     `12FE4M5`

ActBlue

ADDRESS (number and street):  PO Box 382110

▼  ☐ Check if different than previously reported. (ACC)

Cambridge          MA     02238   –

CITY ▲          STATE ▲     ZIP CODE ▲

2. **FEC IDENTIFICATION NUMBER** ▼

C  C00401224

3. IS THIS REPORT   ☐ NEW (N)   **OR**   ☒ AMENDED (A)

4. **TYPE OF REPORT**
(Choose One)

(a)  Quarterly Reports:

☐  April 15 Quarterly Report (Q1)

☐  July 15 Quarterly Report (Q2)

☐  October 15 Quarterly Report (Q3)

☐  January 31 Year-End Report (YE)

☐  July 31 Mid-Year Report (Non-election Year Only) (MY)

☐  Termination Report (TER)

(b) Monthly Report Due On:

☐ Feb 20 (M2)     ☐ May 20 (M5)     ☐ Aug 20 (M8)     ☐ Nov 20 (M11) (Non-Election Year Only)

☐ Mar 20 (M3)     ☐ Jun 20 (M6)     ☐ Sep 20 (M9)     ☐ Dec 20 (M12) (Non-Election Year Only)

☐ Apr 20 (M4)     ☒ Jul 20 (M7)     ☐ Oct 20 (M10)     ☐ Jan 31 (YE)

(c) 12-Day **PRE**-Election Report for the:

☐ Primary (12P)     ☐ General (12G)     ☐ Runoff (12R)

☐ Convention (12C)     ☐ Special (12S)

Election on  M M / D D / Y Y Y Y     in the State of

(d) 30-Day **POST**-Election Report for the:

☐ General (30G)     ☐ Runoff (30R)     ☐ Special (30S)

Election on  M M / D D / Y Y Y Y     in the State of

5.  Covering Period   06 / 01 / 2017   through   06 / 30 / 2017

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer     Hill, Erin, , ,

Signature of Treasurer     *Hill, Erin, , ,*     *[Electronically Filed]*     Date   03 / 30 / 2018

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

## SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER:    PAGE 9808 OF 1042649
(check only one)

[x] 11a    [ ] 11b    [ ] 11c    [ ] 12
[ ] 13    [ ] 14    [ ] 15    [ ] 16    [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
> ActBlue

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address 623 DONALDSON AVE 8

| City | State | Zip Code |
|---|---|---|
| SAN ANTONIO | TX | 78201 |

FEC ID number of contributing federal political committee.    C [ ]

Name of Employer (for Individual)
UNIVERSITY OF TEXAS AT SAN ANTONIO

Occupation (for Individual)
PROFESSOR

Receipt For:
[ ] Primary   [ ] General
[ ] Other (specify) ▼

Date of Receipt
M M / D D / Y Y Y Y
06 / 30 / 2017

Transaction ID : SA11AI_85804625

Amount of Each Receipt this Period
10.00

[ ] Memo Item

Earmark

Aggregate Year-to-Date ▼
60.00

Earmarked for TEXAS DEMOCRATIC PARTY - FEDERAL ACCOUNT (C00099267)

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JESSICA, , ,

Mailing Address 348 COBBLESTONE COURT

| City | State | Zip Code |
|---|---|---|
| CHAPEL HILL | NC | 27514 |

FEC ID number of contributing federal political committee.    C [ ]

Name of Employer (for Individual)
SHANNON MEDIA INC

Occupation (for Individual)
EXECUTIVE EDITOR

Receipt For:
[ ] Primary   [ ] General
[ ] Other (specify) ▼

Date of Receipt
M M / D D / Y Y Y Y
06 / 04 / 2017

Transaction ID : SA11AI_83317550

Amount of Each Receipt this Period
5.00

[ ] Memo Item

Earmark

Aggregate Year-to-Date ▼
5.00

Earmarked for DEMOCRATIC ACTION (C00562983)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JESSICA, , ,

Mailing Address 348 COBBLESTONE COURT

| City | State | Zip Code |
|---|---|---|
| CHAPEL HILL | NC | 27514 |

FEC ID number of contributing federal political committee.    C [ ]

Name of Employer (for Individual)
SHANNON MEDIA INC

Occupation (for Individual)
EXECUTIVE EDITOR

Receipt For:
[ ] Primary   [ ] General
[ ] Other (specify)

Date of Receipt
M M / D D / Y Y Y Y
06 / 07 / 2017

Transaction ID : SA11AI_83553182

Amount of Each Receipt this Period
5.00

[ ] Memo Item

Earmark

Aggregate Year-to-Date ▼
55.00

Earmarked for JON OSSOFF FOR CONGRESS (C00630426)

---

SUBTOTAL of Receipts This Page (optional)..........................................................▶    20.00

TOTAL This Period (last page this line number only)........................................▶

# REPORT OF RECEIPTS
# AND DISBURSEMENTS

**For Other Than An Authorized Committee**

**FEC FORM 3X**

Office Use Only

1. NAME OF COMMITTEE (in full)     TYPE OR PRINT ▼     Example: If typing, type over the lines.

12FE4M5

ActBlue

ADDRESS (number and street): PO Box 382110

▼  ☐ Check if different than previously reported. (ACC)

Cambridge          MA     02238     –

CITY ▲          STATE ▲          ZIP CODE ▲

2. **FEC IDENTIFICATION NUMBER** ▼

C  C00401224

3. IS THIS REPORT     ☐ NEW (N)  OR  ☒ AMENDED (A)

4. **TYPE OF REPORT**
(Choose One)

(a)  Quarterly Reports:

☐ April 15 Quarterly Report (Q1)

☐ July 15 Quarterly Report (Q2)

☐ October 15 Quarterly Report (Q3)

☐ January 31 Year-End Report (YE)

☐ July 31 Mid-Year Report (Non-election Year Only) (MY)

☐ Termination Report (TER)

(b) Monthly Report Due On:

☐ Feb 20 (M2)     ☐ May 20 (M5)     ☒ Aug 20 (M8)     ☐ Nov 20 (M11) (Non-Election Year Only)

☐ Mar 20 (M3)     ☐ Jun 20 (M6)     ☐ Sep 20 (M9)     ☐ Dec 20 (M12) (Non-Election Year Only)

☐ Apr 20 (M4)     ☐ Jul 20 (M7)     ☐ Oct 20 (M10)     ☐ Jan 31 (YE)

(c) 12-Day **PRE**-Election Report for the:

☐ Primary (12P)     ☐ General (12G)     ☐ Runoff (12R)

☐ Convention (12C)     ☐ Special (12S)

Election on  M M / D D / Y Y Y Y     in the State of

(d) 30-Day **POST**-Election Report for the:

☐ General (30G)     ☐ Runoff (30R)     ☐ Special (30S)

Election on  M M / D D / Y Y Y Y     in the State of

5. Covering Period   07 / 01 / 2017   through   07 / 31 / 2017

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Hill, Erin, , ,

Type or Print Name of Treasurer

Signature of Treasurer   *Hill, Erin, , ,*   *[Electronically Filed]*   Date   03 / 30 / 2018

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**

Rev. 05/2016

# SCHEDULE A  (FEC Form 3X)
# ITEMIZED RECEIPTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 0924 OF 626482 |
|---|---|---|

(check only one)

☒ 11a  ☐ 11b  ☐ 11c  ☐ 12
☐ 13   ☐ 14   ☐ 15   ☐ 16   ☐ 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
> ActBlue

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address  623 DONALDSON AVE 8

| City | State | Zip Code |
|---|---|---|
| SAN ANTONIO | TX | 78201 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)        Occupation (for Individual)
UNIVERSITY OF TEXAS AT SAN ANTONIO       PROFESSOR

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼        5.00

Date of Receipt
M M / D D / Y Y Y Y
07 / 18 / 2017

Transaction ID : SA11AI_87144145

Amount of Each Receipt this Period
5.00

☐ Memo Item
Earmark

Earmarked for DSCC (C00042366)

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address  623 DONALDSON AVE 8

| City | State | Zip Code |
|---|---|---|
| SAN ANTONIO | TX | 78201 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)        Occupation (for Individual)
UNIVERSITY OF TEXAS AT SAN ANTONIO       PROFESSOR

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼        70.00

Date of Receipt
M M / D D / Y Y Y Y
07 / 31 / 2017

Transaction ID : SA11AI_88052937

Amount of Each Receipt this Period
10.00

☐ Memo Item
Earmark

Earmarked for TEXAS DEMOCRATIC PARTY - FEDERAL ACCOUNT (C00099267)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JESSICA, , ,

Mailing Address  348 COBBLESTONE COURT

| City | State | Zip Code |
|---|---|---|
| CHAPEL HILL | NC | 27514 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)        Occupation (for Individual)
SHANNON MEDIA INC                        EXECUTIVE EDITOR

Receipt For:
☐ Primary  ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼        5.00

Date of Receipt
M M / D D / Y Y Y Y
07 / 18 / 2017

Transaction ID : SA11AI_87143099

Amount of Each Receipt this Period
5.00

☐ Memo Item
Earmark

Earmarked for SWING LEFT CONDUIT (C00632133)

---

SUBTOTAL of Receipts This Page (optional)............................................▶        20.00

TOTAL This Period (last page this line number only)............................▶

# REPORT OF RECEIPTS AND DISBURSEMENTS
### For Other Than An Authorized Committee

**FEC FORM 3X**

Office Use Only

1. NAME OF COMMITTEE (in full)     TYPE OR PRINT ▼     Example: If typing, type over the lines.     `12FE4M5`

ActBlue

ADDRESS (number and street): PO Box 382110

▼ ☐ Check if different than previously reported. (ACC)

Cambridge          MA     02238      –

CITY ▲          STATE ▲          ZIP CODE ▲

2. **FEC IDENTIFICATION NUMBER** ▼

C  C00401224

3. IS THIS REPORT     ☐ NEW (N)   **OR**   ☒ AMENDED (A)

4. **TYPE OF REPORT**
(Choose One)

(a) Quarterly Reports:

☐ April 15 Quarterly Report (Q1)

☐ July 15 Quarterly Report (Q2)

☐ October 15 Quarterly Report (Q3)

☐ January 31 Year-End Report (YE)

☐ July 31 Mid-Year Report (Non-election Year Only) (MY)

☐ Termination Report (TER)

(b) Monthly Report Due On:

☐ Feb 20 (M2)      ☐ May 20 (M5)      ☐ Aug 20 (M8)      ☐ Nov 20 (M11) (Non-Election Year Only)

☐ Mar 20 (M3)     ☐ Jun 20 (M6)      ☒ Sep 20 (M9)      ☐ Dec 20 (M12) (Non-Election Year Only)

☐ Apr 20 (M4)      ☐ Jul 20 (M7)      ☐ Oct 20 (M10)     ☐ Jan 31 (YE)

(c) 12-Day **PRE**-Election Report for the:

☐ Primary (12P)      ☐ General (12G)      ☐ Runoff (12R)

☐ Convention (12C)      ☐ Special (12S)

Election on  M M / D D / Y Y Y Y      in the State of

(d) 30-Day **POST**-Election Report for the:

☐ General (30G)      ☐ Runoff (30R)      ☐ Special (30S)

Election on  M M / D D / Y Y Y Y      in the State of

5. Covering Period   08 / 01 / 2017   through   08 / 31 / 2017

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.
Hill, Erin, , ,

Type or Print Name of Treasurer

Signature of Treasurer   *Hill, Erin, , ,*      *[Electronically Filed]*     Date   03 / 30 / 2018

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

# SCHEDULE A  (FEC Form 3X)
# ITEMIZED RECEIPTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: PAGE 0460 OF 619300 |
|---|---|

(check only one)

☒ 11a  ☐ 11b  ☐ 11c  ☐ 12
☐ 13   ☐ 14   ☐ 15   ☐ 16   ☐ 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

> ActBlue

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address  623 DONALDSON AVE 8

| City | State | Zip Code |
|---|---|---|
| SAN ANTONIO | TX | 78201 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)  UNIVERSITY OF TEXAS AT SAN ANTONIO
Occupation (for Individual)  PROFESSOR

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼  80.00

Date of Receipt
M M / D D / Y Y Y Y
08 / 31 / 2017

Transaction ID : SA11AI_89946012

Amount of Each Receipt this Period  10.00

☐ Memo Item

Earmark

Earmarked for TEXAS DEMOCRATIC PARTY - FEDERAL ACCOUNT (C00099267)

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JOY, , ,

Mailing Address  GARFIELD PLACE 1805

| City | State | Zip Code |
|---|---|---|
| LOS ANGELES | CA | 90028 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)  CRUCIAL MUSIC
Occupation (for Individual)  DIRECTOR OF A&R

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼  5.00

Date of Receipt
M M / D D / Y Y Y Y
08 / 18 / 2017

Transaction ID : SA11AI_89077682

Amount of Each Receipt this Period  5.00

☐ Memo Item

Earmark

Earmarked for ELIZABETH FOR MA, INC. (C00500843)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JOY, , ,

Mailing Address  GARFIELD PLACE 1805

| City | State | Zip Code |
|---|---|---|
| LOS ANGELES | CA | 90028 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)  CRUCIAL MUSIC
Occupation (for Individual)  DIRECTOR OF A&R

Receipt For:
☐ Primary  ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼  5.00

Date of Receipt
M M / D D / Y Y Y Y
08 / 18 / 2017

Transaction ID : SA11AI_89077683

Amount of Each Receipt this Period  5.00

☐ Memo Item

Earmark

Earmarked for FRIENDS OF CHRIS MURPHY (C00492645)

---

**SUBTOTAL** of Receipts This Page (optional).............................................. ▶  20.00

**TOTAL** This Period (last page this line number only)............................. ▶

# Attachment B

# FEC FORM 3X

# REPORT OF RECEIPTS AND DISBURSEMENTS
### For Other Than An Authorized Committee

Office Use Only

**1.** NAME OF COMMITTEE (in full)

TYPE OR PRINT ▼

Example: If typing, type over the lines.

`12FE4M5`

ActBlue

ADDRESS (number and street): PO Box 382110

▼ ☐ Check if different than previously reported. (ACC)

Cambridge    MA    02238    –

CITY ▲    STATE ▲    ZIP CODE ▲

**2. FEC IDENTIFICATION NUMBER ▼**

C  C00401224

**3.** IS THIS REPORT    ☐ NEW (N)  **OR**  ☒ AMENDED (A)

**4.** **TYPE OF REPORT**
(Choose One)

(a)  Quarterly Reports:

☐ April 15 Quarterly Report (Q1)

☐ July 15 Quarterly Report (Q2)

☐ October 15 Quarterly Report (Q3)

☐ January 31 Year-End Report (YE)

☐ July 31 Mid-Year Report (Non-election Year Only) (MY)

☐ Termination Report (TER)

(b) Monthly Report Due On:

☐ Feb 20 (M2)     ☐ May 20 (M5)     ☐ Aug 20 (M8)     ☐ Nov 20 (M11) (Non-Election Year Only)

☐ Mar 20 (M3)     ☐ Jun 20 (M6)     ☐ Sep 20 (M9)     ☐ Dec 20 (M12) (Non-Election Year Only)

☐ Apr 20 (M4)     ☐ Jul 20 (M7)     ☐ Oct 20 (M10)     ☐ Jan 31 (YE)

(c) 12-Day **PRE**-Election Report for the:

☐ Primary (12P)     ☐ General (12G)     ☐ Runoff (12R)

☐ Convention (12C)     ☐ Special (12S)

Election on  M M / D D / Y Y Y Y    in the State of

(d) 30-Day **POST**-Election Report for the:

☒ General (30G)     ☐ Runoff (30R)     ☐ Special (30S)

Election on  11 / 08 / 2016    in the State of

**5.** Covering Period  10 / 20 / 2016  through  11 / 28 / 2016

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer    Hill, Erin, , ,

Signature of Treasurer    *Hill, Erin, , ,*    *[Electronically Filed]*    Date  10 / 15 / 2017

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 3299 OF 1963540 |

FOR LINE NUMBER: (check only one)

[x] 11a  [ ] 11b  [ ] 11c  [ ] 12
[ ] 13   [ ] 14   [ ] 15   [ ] 16   [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
> ActBlue

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JANET, , ,

Mailing Address 14 GARNET DR

| City | State | Zip Code |
| WOODLAND PARK | NJ | 07424-4215 |

FEC ID number of contributing federal political committee.   **C**

| Name of Employer (for Individual) | Occupation (for Individual) |
| NOT EMPLOYED | NOT EMPLOYED |

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼   200.00

Date of Receipt
M M / D D / Y Y Y Y
10 / 26 / 2016

Transaction ID : SA11AI_62416585

Amount of Each Receipt this Period
50.00

[ ] Memo Item
Earmark

Earmarked for FRIENDS OF PATRICK MURPHY (C00493825)

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address 623 DONALDSON AVE 8

| City | State | Zip Code |
| SAN ANTONIO | TX | 78201 |

FEC ID number of contributing federal political committee.   **C**

| Name of Employer (for Individual) | Occupation (for Individual) |
| UNIVERSITY OF TEXAS AT SAN ANTONIO | PROFESSOR |

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼   5.00

Date of Receipt
M M / D D / Y Y Y Y
11 / 04 / 2016

Transaction ID : SA11AI_64169350

Amount of Each Receipt this Period
5.00

[ ] Memo Item
Earmark

Earmarked for HILLARY FOR AMERICA (C00575795)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JASON, , ,

Mailing Address 219 BROOKVIEW CIRCLE

| City | State | Zip Code |
| JEFFERSON CITY | MO | 65109 |

FEC ID number of contributing federal political committee.   **C**

| Name of Employer (for Individual) | Occupation (for Individual) |
| SAMS CLUB | FRESH ASSOCIATE |

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify)

Aggregate Year-to-Date ▼   45.00

Date of Receipt
M M / D D / Y Y Y Y
10 / 21 / 2016

Transaction ID : SA11AI_61611543

Amount of Each Receipt this Period
5.00

[ ] Memo Item
Earmark

Earmarked for END CITIZENS UNITED PAC (C00573261)

---

SUBTOTAL of Receipts This Page (optional).................................................► 60.00

TOTAL This Period (last page this line number only)...............................►

FEC **Schedule A (Form 3X)** Rev. 06/2016

# REPORT OF RECEIPTS AND DISBURSEMENTS

**FEC FORM 3X**

**For Other Than An Authorized Committee**

Office Use Only

**TYPE OR PRINT ▼**

1. NAME OF COMMITTEE (in full)

Example: If typing, type over the lines.

`12FE4M5`

ActBlue

ADDRESS (number and street): PO Box 382110

▼ ☐ Check if different than previously reported. (ACC)

Cambridge     MA     02238  –

CITY ▲     STATE ▲     ZIP CODE ▲

2. **FEC IDENTIFICATION NUMBER ▼**

C C00401224

3. IS THIS REPORT     ☒ NEW (N)     OR     ☐ AMENDED (A)

4. **TYPE OF REPORT** (Choose One)

(b) Monthly Report Due On:

☐ Feb 20 (M2)     ☐ May 20 (M5)     ☐ Aug 20 (M8)     ☐ Nov 20 (M11) (Non-Election Year Only)

☐ Mar 20 (M3)     ☒ Jun 20 (M6)     ☐ Sep 20 (M9)     ☐ Dec 20 (M12) (Non-Election Year Only)

☐ Apr 20 (M4)     ☐ Jul 20 (M7)     ☐ Oct 20 (M10)     ☐ Jan 31 (YE)

(a) Quarterly Reports:

☐ April 15 Quarterly Report (Q1)

☐ July 15 Quarterly Report (Q2)

☐ October 15 Quarterly Report (Q3)

☐ January 31 Year-End Report (YE)

☐ July 31 Mid-Year Report (Non-election Year Only) (MY)

☐ Termination Report (TER)

(c) 12-Day **PRE**-Election Report for the:

☐ Primary (12P)     ☐ General (12G)     ☐ Runoff (12R)

☐ Convention (12C)     ☐ Special (12S)

Election on  M M / D D / Y Y Y Y  in the State of

(d) 30-Day **POST**-Election Report for the:

☐ General (30G)     ☐ Runoff (30R)     ☐ Special (30S)

Election on  M M / D D / Y Y Y Y  in the State of

5. Covering Period   05 / 01 / 2018   through   05 / 31 / 2018

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Hill, Erin, , ,

Type or Print Name of Treasurer

Signature of Treasurer   Hill, Erin, , ,   *[Electronically Filed]*   Date   06 / 14 / 2018

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**

Rev. 05/2016

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:    PAGE 4727 OF 991385
(check only one)

[x] 11a    [ ] 11b    [ ] 11c    [ ] 12
[ ] 13     [ ] 14     [ ] 15     [ ] 16    [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

> ActBlue

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JAMES, , ,

Mailing Address  1504 DART

| City | State | Zip Code |
|------|-------|----------|
| AUSTIN | TX | 78757 |

FEC ID number of contributing
federal political committee.    C [          ]

Name of Employer (for Individual)    Occupation (for Individual)
THE MUSIC ROOM                       MUSICIAN

Receipt For:
[ ] Primary    [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼
5.00

Date of Receipt
M M / D D / Y Y Y Y
05 / 30 / 2018

Transaction ID : SA11AI_112213096

Amount of Each Receipt this Period
5.00

[ ] Memo Item
Earmark

Earmarked for PROGRESSIVE TURNOUT PROJECT
(C00580068)

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address  623 DONALDSON AVE 8

| City | State | Zip Code |
|------|-------|----------|
| SAN ANTONIO | TX | 78201 |

FEC ID number of contributing
federal political committee.    C [          ]

Name of Employer (for Individual)    Occupation (for Individual)
UNIVERSITY OF TEXAS AT SAN ANTONIO   PROFESSOR

Receipt For:
[ ] Primary    [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼
5.00

Date of Receipt
M M / D D / Y Y Y Y
05 / 15 / 2018

Transaction ID : SA11AI_110994966

Amount of Each Receipt this Period
5.00

[ ] Memo Item
Earmark

Earmarked for TAMMY BALDWIN FOR SENATE
(C00326801)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,

Mailing Address  623 DONALDSON AVE 8

| City | State | Zip Code |
|------|-------|----------|
| SAN ANTONIO | TX | 78201 |

FEC ID number of contributing
federal political committee.    C [          ]

Name of Employer (for Individual)    Occupation (for Individual)
UNIVERSITY OF TEXAS AT SAN ANTONIO   PROFESSOR

Receipt For:
[ ] Primary    [ ] General
[ ] Other (specify)

Aggregate Year-to-Date ▼
5.00

Date of Receipt
M M / D D / Y Y Y Y
05 / 15 / 2018

Transaction ID : SA11AI_110994967

Amount of Each Receipt this Period
5.00

[ ] Memo Item
Earmark

Earmarked for DEMOCRATIC NATIONAL COMMITTEE
(C00010603)

---

SUBTOTAL of Receipts This Page (optional)............................................................. ▶    15.00

TOTAL This Period (last page this line number only)............................................. ▶

Paper report unavailable in FEC system; a screenshot of contribution details from the FEC website is below:



Paper report unavailable in FEC system; a screenshot of contribution details from the FEC website is below:

