# Exhibit 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. MCCRAW, in his official capacity as Director of the Texas Department of Public Safety<br><br><br>Defendants. | Civil Action Case No. 5:20-cv-00046-OLG |

**DECLARATION OF JACQUI NEWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to 20 U.S.C. § 1746, I, Jacqui Newman, testify that:

1. I am over the age of 18, have personal knowledge of the facts below, and can competently testify to their truth.

2. I currently serve as the Deputy Executive Director and Chief Operating Officer of the DCCC.

3. DCCC has spent significant resources on voter registration during this election cycle, and in past election cycles.

4. On November 19, 2019, the DCCC entered into a contract with a consulting firm, Sisneros Strategies, to perform paid canvassing services to register voters in Congressional District 23. DCCC staff also attended trainings provided by Sisneros Strategies to learn how to register voters in Texas. I personally executed the agreement with Sisneros Strategies on behalf of the DCCC.

5. The DCCC has paid Sisneros Strategies a fee of $367,250 to provide the services described above. *See* Attachment A.

1

6. Sisneros Strategies targeted its efforts at registering unregistered U.S. citizens with eligibility in Congressional District 23. Sisneros Strategies registered voters in various public places, including on college campuses and outside of Department of Public Safety ("DPS") offices in Congressional District 23.

7. When Sisneros Strategies conducted voter registration activities in Texas on behalf of DCCC, Sisneros Strategies informed voters (as a matter of general practice) that if they updated their driver's license information online via the DPS website, doing so would not automatically register them to vote or update their voter registration information. Sisneros Strategies spent time and resources registering voters who could have otherwise updated their voter registration online via the DPS website.

8. Sisneros Strategies did not ask for party affiliation when registering voters.

9. DCCC hired Sisneros Strategies to help DCCC register voters in Texas in part because the State of Texas does not provide an opportunity for voters to register to vote or update their voter registration information simultaneously with updates to driver's license information undertaken online, which DCCC is aware has previously resulted in the disenfranchisement of Democratic voters. DCCC relied on Sisneros Strategies to directly inform voters that changing their address online with DPS would not automatically update their voter registration. DCCC also relied on Sisneros Strategies to train DCCC staff and make them aware of this risk of disenfranchisement when registering voters.

10. DCCC staff members work out of four DCCC offices in Texas. DCCC staff in Texas engage in voter registration and have been trained by Sisneros Strategies on how to properly register voters in Texas. DCCC staff focus on registering Democratic voters who have recently moved, including college students, who are likely to vote Democratic.

11. When registering voters, DCCC staff inform voters that updating driver's license information online via the DPS website does not automatically register them to vote or update their voter registration information. DCCC staff spends time and resources registering voters who could have otherwise updated their voter registration online via the DPS website.

12. DCCC transfers funds to the Texas Democratic Party ("TDP") to support its voter registration efforts. DCCC understands that TDP field staff are responsible for registering voters across the state of Texas.

13. DCCC invested over $3.1 million in Texas in the 2014 election cycle. DCCC invested over $6 million in Texas in the 2016 election cycle. DCCC invested over $6.7 million in Texas in the 2018 election cycle.

14. If Defendants offered simultaneous voter registration for online DPS transactions, then DCCC would spend the time and resources it currently dedicates to educating its staff, consultants, and voters on how to avoid disenfranchisement as a result of Defendants' conduct, on more outreach to additional unregistered voters and constituents.

15. Thus far, during this election cycle, the DCCC has spent over $1.1 million in Texas, and over $550,000 of that is directly related to voter registration in Texas. During this election cycle, DCCC has thus far transferred over $180,000 to the TDP. $145,000 of that amount was given to the TDP to support TDP's voter registration efforts.

16. DCCC represents the interests of Democratic voters and donors, and considers them to be its constituents.

17. Democratic voters and constituents provide financial support in the form of political contributions to DCCC and candidates supported by the DCCC on a regular basis, as documents produced by the DCCC in this litigation and publicly available FEC filings demonstrate. *See, e.g.*, ECF No. 85-5 at 22-23; ECF No. 85-6 at 3-4; ECF No. 85-6 at 5-15; ECF No. 85-8 at 16-46. This includes specifically through the Blue Texas Fund, a joint fundraising committee including Colin Allred for Congress, Elizabeth Pannill Fletcher for Congress, and the DCCC. *See* ECF No. 85-8 at 24.

18. Democratic voters help elect the leadership of the DCCC by electing candidates to the United States House of Representatives.

19. Democratic voters participate in DCCC's strategy by responding to surveys and polls, as documents produced by the DCCC in this litigation demonstrate. *See, e.g.*, ECF No. 85-7 at 4-8; ECF No. 85-8 at 15.

20. DCCC considers the individual plaintiffs in this action, John Harms, Jarrod Stringer, and Nayeli Gomez, to be constituents of the DCCC. DCCC represents their interests.

21. I have reviewed the declaration of Ms. Jada Thompson. The DCCC considers Ms. Thompson to be a constituent of the DCCC because she identifies as a Democrat and supports Democratic candidates. DCCC represents Ms. Thompson's interests.

22. As a direct result of Defendant's conduct, Democratic voters like Ms. Thompson and the individual plaintiffs in this lawsuit, have been disenfranchised and unable to cast ballots in support of DCCC's candidates. Defendants' conduct harms DCCC's electoral prospects because it makes it more difficult for DCCC's members and constituents to cast ballots for Democratic candidates that are counted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2020.

*Jacqueline Newman*
Jacqui Newman
Deputy Executive Director and COO
DCCC

# Attachment A

# REPORT OF RECEIPTS AND DISBURSEMENTS
### For Other Than An Authorized Committee

**FEC FORM 3X**

Office Use Only

1. **NAME OF COMMITTEE (in full)**  TYPE OR PRINT ▼    Example: If typing, type over the lines.    12FE4M5

   **DCCC**

   **ADDRESS (number and street)**    430 South Capitol Street, SE
   2nd Floor
   ☐ Check if different than previously reported. (ACC)
   Washington    DC    20003-4024

   CITY ▲    STATE ▲    ZIP CODE ▲

2. **FEC IDENTIFICATION NUMBER** ▼
   C    C00000935

3. IS THIS REPORT    ☐ NEW (N)   OR   ☒ AMENDED (A)

4. **TYPE OF REPORT** (Choose One)

   (a) Quarterly Reports:
   - ☐ April 15 Quarterly Report (Q1)
   - ☐ July 15 Quarterly Report (Q2)
   - ☐ October 15 Quarterly Report (Q3)
   - ☐ January 31 Year-End Report (YE)
   - ☐ July 31 Mid-Year Report (Non-election Year Only) (MY)
   - ☐ Termination Report (TER)

   (b) Monthly Report Due On:
   - ☐ Feb 20 (M2)    ☐ May 20 (M5)    ☐ Aug 20 (M8)    ☐ Nov 20 (M11) (Non-Election Year Only)
   - ☐ Mar 20 (M3)    ☐ Jun 20 (M6)    ☐ Sep 20 (M9)    ☒ Dec 20 (M12) (Non-Election Year Only)
   - ☐ Apr 20 (M4)    ☐ Jul 20 (M7)    ☐ Oct 20 (M10)   ☐ Jan 31 (YE)

   (c) 12-Day PRE-Election Report for the:
   - ☐ Primary (12P)   ☐ General (12G)   ☐ Runoff (12R)
   - ☐ Convention (12C)   ☐ Special (12S)

   Election on __/__/____  in the State of ____

   (d) 30-Day POST-Election Report for the:
   - ☐ General (30G)   ☐ Runoff (30R)   ☐ Special (30S)

   Election on __/__/____  in the State of ____

5. **Covering Period**  11 / 01 / 2019  through  11 / 30 / 2019

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer: Guinn, Lucinda, , ,

Signature of Treasurer: *Guinn, Lucinda, , ,*    *[Electronically Filed]*    Date  03 / 02 / 2020

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

# SCHEDULE B (FEC Form 3X)
# ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

**FOR LINE NUMBER:** (check only one)
[X] 21b [ ] 22 [ ] 23 [ ] 26 [ ] 27
[ ] 28a [ ] 28b [ ] 28c [ ] 29 [ ] 30b

PAGE 40908 OF 41517

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full):** DCCC

---

**A.** Full Name: Thrifty Car Rental
Mailing Address: Dept 1271, PO Box 121271
City: Dallas  State: TX  Zip Code: 75312
Purpose of Disbursement: Travel
Category/Type: 002
Date of Disbursement: 11/21/2019
Transaction ID: SB21B-10012
Amount of Each Disbursement this Period: 190.98

**B.** Full Name: Sisneros Strategies LLC
Mailing Address: 2208 N. Early St.
City: Alexandria  State: VA  Zip Code: 22302
Purpose of Disbursement: Generic Strategic/ Political Consultant
Date of Disbursement: 11/21/2019
Transaction ID: SB21B-10012
Amount of Each Disbursement this Period: 146900.00

**C.** Full Name: Thirty-Ninth St Strategies LLC
Mailing Address: 98-05 67th Avenue, 6J
City: Rego Park  State: NY  Zip Code: 11374
Purpose of Disbursement: Generic Cmte. Polling
Category/Type: 005
Date of Disbursement: 11/21/2019
Transaction ID: SB21B-10012
Amount of Each Disbursement this Period: 13250.00

**SUBTOTAL** of Disbursements This Page (optional) ▶ 160340.98

**TOTAL** This Period (last page this line number only) ▶

FEC Schedule B (Form 3X) Rev. 05/2016

# REPORT OF RECEIPTS AND DISBURSEMENTS
### For Other Than An Authorized Committee

**FEC FORM 3X**

Office Use Only

1. **NAME OF COMMITTEE (in full)**   TYPE OR PRINT ▼   Example: If typing, type over the lines.   12FE4M5

   **DCCC**

   **ADDRESS (number and street)**   430 SOUTH CAPITOL STREET, SE
   
   ☐ Check if different than previously reported. (ACC)
   
   2ND FLOOR
   
   WASHINGTON   DC   20003-4024
   
   CITY ▲   STATE ▲   ZIP CODE ▲

2. **FEC IDENTIFICATION NUMBER** ▼

   C   C00000935

3. IS THIS REPORT   ☐ NEW (N)   OR   ☒ AMENDED (A)

4. **TYPE OF REPORT** (Choose One)

   (a) Quarterly Reports:
   - ☐ April 15 Quarterly Report (Q1)
   - ☐ July 15 Quarterly Report (Q2)
   - ☐ October 15 Quarterly Report (Q3)
   - ☐ January 31 Year-End Report (YE)
   - ☐ July 31 Mid-Year Report (Non-election Year Only) (MY)
   - ☐ Termination Report (TER)

   (b) Monthly Report Due On:
   - ☒ Feb 20 (M2)
   - ☐ Mar 20 (M3)
   - ☐ Apr 20 (M4)
   - ☐ May 20 (M5)
   - ☐ Jun 20 (M6)
   - ☐ Jul 20 (M7)
   - ☐ Aug 20 (M8)
   - ☐ Sep 20 (M9)
   - ☐ Oct 20 (M10)
   - ☐ Nov 20 (M11) (Non-Election Year Only)
   - ☐ Dec 20 (M12) (Non-Election Year Only)
   - ☐ Jan 31 (YE)

   (c) 12-Day **PRE**-Election Report for the:
   - ☐ Primary (12P)   ☐ General (12G)   ☐ Runoff (12R)
   - ☐ Convention (12C)   ☐ Special (12S)

   Election on __ / __ / ____   in the State of ____

   (d) 30-Day **POST**-Election Report for the:
   - ☐ General (30G)   ☐ Runoff (30R)   ☐ Special (30S)

   Election on __ / __ / ____   in the State of ____

5. **Covering Period**   01 / 01 / 2020   through   01 / 31 / 2020

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer   GUINN, LUCINDA, , ,

Signature of Treasurer   GUINN, LUCINDA, , ,   *[Electronically Filed]*   Date   05 / 08 / 2020

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
[X] 21b  [ ] 22  [ ] 23  [ ] 26  [ ] 27
[ ] 28a  [ ] 28b  [ ] 28c  [ ] 29  [ ] 30b

PAGE 5193 OF 5507

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
DCCC

---

**A.** Full Name: JILL NORMINGTON & ASSOC INC NORMINGTON, PETTS & ASSOCIATES
Mailing Address: 1100 H STREET NW SUITE 900
City: WASHINGTON   State: DC   Zip Code: 20005
Purpose of Disbursement: GENERIC CMTE. POLLING
Category/Type: 005
Office Sought: [ ] House [ ] Senate [ ] President
Disbursement For: [ ] Primary [ ] General [ ] Other (specify)

Date of Disbursement: 01/31/2020
FEC Identification Number: C
Transaction ID : SB21B-10043
Amount of Each Disbursement this Period: 17225.00
[ ] Memo Item

---

**B.** Full Name: SISNEROS STRATEGIES LLC
Mailing Address: 2208 N. EARLY ST.
City: ALEXANDRIA   State: VA   Zip Code: 22302
Purpose of Disbursement: GENERIC STRATEGIC/ POLITICAL CONSULTANT
Office Sought: [ ] House [ ] Senate [ ] President
Disbursement For: [ ] Primary [ ] General [ ] Other (specify)

Date of Disbursement: 01/31/2020
FEC Identification Number: C
Transaction ID : SB21B-10043
Amount of Each Disbursement this Period: 110175.00
[ ] Memo Item

---

**C.** Full Name: JETBRAINS AMERICA, INC.
Mailing Address: 989 EAST HILLSIDE BLVD SUITE 200
City: FOSTER CITY   State: CA   Zip Code: 94404
Purpose of Disbursement: GENERIC CMTE. SUBSCRIPTIONS
Office Sought: [ ] House [ ] Senate [ ] President
Disbursement For: [ ] Primary [ ] General [ ] Other (specify)

Date of Disbursement: 01/31/2020
FEC Identification Number: C
Transaction ID : SB21B-10043
Amount of Each Disbursement this Period: 1194.00
[ ] Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional) ▶ 128594.00

**TOTAL** This Period (last page this line number only) ▶

FEC **Schedule B (Form 3X)** Rev. 05/2016

# REPORT OF RECEIPTS AND DISBURSEMENTS

**FEC FORM 3X** — For Other Than An Authorized Committee

*Office Use Only*

**1. NAME OF COMMITTEE (in full)**

TYPE OR PRINT ▼    Example: If typing, type over the lines.    12FE4M5

**DCCC**

**ADDRESS (number and street)**
☐ Check if different than previously reported. (ACC)

430 SOUTH CAPITOL STREET, SE
2ND FLOOR
WASHINGTON    DC    20003-4024

CITY ▲    STATE ▲    ZIP CODE ▲

**2. FEC IDENTIFICATION NUMBER ▼**

C00000935

**3. IS THIS REPORT**   ☐ NEW (N)   OR   ☒ AMENDED (A)

**4. TYPE OF REPORT** (Choose One)

(a) Quarterly Reports:
- ☐ April 15 Quarterly Report (Q1)
- ☐ July 15 Quarterly Report (Q2)
- ☐ October 15 Quarterly Report (Q3)
- ☐ January 31 Year-End Report (YE)
- ☐ July 31 Mid-Year Report (Non-election Year Only) (MY)
- ☐ Termination Report (TER)

(b) Monthly Report Due On:
- ☐ Feb 20 (M2)
- ☒ Mar 20 (M3)
- ☐ Apr 20 (M4)
- ☐ May 20 (M5)
- ☐ Jun 20 (M6)
- ☐ Jul 20 (M7)
- ☐ Aug 20 (M8)
- ☐ Sep 20 (M9)
- ☐ Oct 20 (M10)
- ☐ Nov 20 (M11) (Non-Election Year Only)
- ☐ Dec 20 (M12) (Non-Election Year Only)
- ☐ Jan 31 (YE)

(c) 12-Day **PRE**-Election Report for the:
- ☐ Primary (12P)   ☐ General (12G)   ☐ Runoff (12R)
- ☐ Convention (12C)   ☐ Special (12S)

Election on __/__/____ in the State of ___

(d) 30-Day **POST**-Election Report for the:
- ☐ General (30G)   ☐ Runoff (30R)   ☐ Special (30S)

Election on __/__/____ in the State of ___

**5. Covering Period**   02 / 01 / 2020   through   02 / 29 / 2020

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer: GUINN, LUCINDA, , ,

Signature of Treasurer: GUINN, LUCINDA, , ,    *[Electronically Filed]*    Date: 05 / 01 / 2020

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
[X] 21b  [ ] 22  [ ] 23  [ ] 26  [ ] 27
[ ] 28a  [ ] 28b  [ ] 28c  [ ] 29  [ ] 30b

PAGE 5608 OF 6380

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full):** DCCC

---

**A. Full Name:** UNITED PARCEL SERVICE
Mailing Address: PO BOX 7247-0244
City: PHILADELPHIA   State: PA   Zip Code: 19170-0001
Purpose of Disbursement: GENERIC CMTE. PROCESSING FEES
Date of Disbursement: 02/14/2020
FEC Identification Number: C
Transaction ID: SB21B-10091
Amount of Each Disbursement this Period: 15.50

---

**B. Full Name:** SISNEROS STRATEGIES LLC
Mailing Address: 2208 N. EARLY ST.
City: ALEXANDRIA   State: VA   Zip Code: 22302
Purpose of Disbursement: GENERIC STRATEGIC/ POLITICAL CONSULTANT
Date of Disbursement: 02/14/2020
FEC Identification Number: C
Transaction ID: SB21B-10054
Amount of Each Disbursement this Period: 110175.00

---

**C. Full Name:** WPP GROUP USA, INC. BREAKTHROUGH CAMPAIGNS
Mailing Address: 501 SANTA MONICA BLVD SUITE 600
City: SANTA MONICA   State: CA   Zip Code: 90401
Purpose of Disbursement: GENERIC CMTE. POLLING
Category/Type: 005
Date of Disbursement: 02/14/2020
FEC Identification Number: C
Transaction ID: SB21B-10054
Amount of Each Disbursement this Period: 18900.00

---

**SUBTOTAL** of Disbursements This Page (optional) ▶ 129090.50

**TOTAL** This Period (last page this line number only) ▶

FEC Schedule B (Form 3X) Rev. 05/2016