# Exhibit 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. MCCRAW, in his official capacity as Director of the Texas Department of Public Safety<br><br><br>      Defendants. | Civil Action Case No. 5:20-cv-00046-OLG |

**DECLARATION OF ALICIA SISNEROS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to 20 U.S.C. § 1746, I, Alicia Sisneros, testify that:

1. I am over the age of 18, have personal knowledge of the facts below, and can competently testify to their truth.

2. I am the owner and founder of Sisneros Strategies. Sisneros Strategies is a full-service direct mail and field strategy consulting firm that helps campaigns, non-profit organizations and political committees achieve their voter contact goals. As part of its work, Sisneros Strategies engages in voter registration programs across the country, including in Texas. Sisneros Strategies specializes in running programs to directly register voters and train others to register voters.

3. On November 19, 2019, the DCCC entered into a contract with Sisneros Strategies to perform paid canvassing services to register voters in Congressional District 23. DCCC staff also attended trainings provided by Sisneros Strategies to learn how to register voters in Texas.

4. The DCCC has paid Sisneros Strategies a fee of $367,250 to provide the services described above.

5. Sisneros Strategies' efforts were to collect valid, completed voter registration forms from unregistered, eligible U.S. citizens in Congressional District 23. Sisneros Strategies made attempts to register voters in various public places, including on college campuses and outside of Department of Public Safety ("DPS") offices in Congressional District 23. Sisneros Strategies also targeted voters who live in apartment complexes.

6. Sisneros Strategies did not ask for party affiliation when registering voters.

7. When Sisneros Strategies conducted voter registration activities in Texas on behalf of DCCC, Sisneros Strategies informed voters (as a matter of general practice) that if they updated their driver's license information online via the DPS website, doing so would not automatically register them to vote or update their voter registration information. Sisneros Strategies spent time and resources registering voters who could have otherwise updated their voter registration online via the DPS website if given the ability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2020.

DocuSigned by:

*Alicia Sisneros*
BD4414ECACCD413...

Alicia Sisneros
Owner/Founder
Sisneros Strategies

2