# Exhibit 5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, et al.<br><br>              Plaintiffs,<br>  v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. MCCRAW, in his official capacity as Director of the Texas Department of Public Safety<br><br><br>              Defendants. | Civil Action Case No. 5:20-cv-00046-OLG |

## DECLARATION OF SARA SCHAMBURG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to 20 U.S.C. § 1746, I, Sara Schamburg, testify that:

1. I am over the age of 18, have personal knowledge of the facts below, and can competently testify to their truth.

2. I am currently employed as the Director of Voter Protection & Deputy Policy Director by the DSCC.

3. DSCC has spent significant resources on voter registration during this election cycle, and in past election cycles.

4. DSCC transfers funds to the Texas Democratic Party ("TDP") to support its budget, and TDP's key budgetary goals include its extensive voter registration efforts. DSCC understands that TDP field staff are responsible for registering voters across the state of Texas.

5. Thus far, the DSCC has spent nearly $200,000 in Texas for the current election cycle. DSCC anticipates spending into the millions in Texas this cycle given the competitiveness of 2020 Senate race and the fact that DSCC is aware of several obstacles Texas has put into place to turn out voters. This includes anticipated spending on voter registration efforts.

1

6. If the State of Texas complied with constitutional requirements, then the money DSCC transfers to TDP could be spent on additional outreach to more unregistered voters rather than on educating its staff, consultants, and voters on how to avoid disenfranchisement as a result of Defendants' failure to offer simultaneous voter registration updates when a voter updates driver's license information online.

7. DSCC represents the interests of Democratic voters and donors, and considers them to be its constituents or supporters.

8. Democratic voters and constituents provide financial support in the form of political contributions to DSCC and candidates supported by the DSCC on a regular basis, as demonstrated by the documents produced by DSCC in this litigation and by publicly available FEC filings. *See, e.g.*, ECF No. 86-1 at 30-31; ECF No. 86-3 at 106-110; ECF No. 86-4 at 77-84, 132-133.

9. Democratic voters help elect the leadership of the DSCC by electing candidates to the United States Senate.

10. Democratic voters participate in DSCC's strategy by responding to surveys and polls, as demonstrated by the documents produced by DSCC in this litigation. *See, e.g.*, ECF No. 86-5 at 22-25, 31-33, 34-37, 46-47, 57-59.

11. DSCC considers the individual plaintiffs in this action, John Harms, Jarrod Stringer, and Nayeli Gomez, to be constituents or supporters of the DSCC. Indeed, Plaintiff Jarrod Stringer made three contributions to DSCC during the 2018 election cycle. *See* Attachment A. DSCC represents the interests of the individual plaintiffs.

12. I have reviewed the declaration of Ms. Jada Thompson. The DSCC considers Ms. Thompson to be a constituent or supporter of the DSCC because of her identification as a Democrat and her intention to support Beto O'Rourke, a Democratic candidate for U.S. Senate. DSCC represents Ms. Thompson's interests.

13. As a direct result of Defendants' conduct, Democratic voters like Ms. Thompson and the individual plaintiffs in this action have been disenfranchised and unable to cast ballots in support of DSCC's candidates. Defendants' conduct harms DSCC's electoral prospects because it makes it more difficult for DSCC's members and constituents to cast ballots for Democratic candidates that are counted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2020.

DocuSigned by:
Sara Schaumburg
37D0F3D6FE63468...

Sara Schaumburg
Director of Voter Protection & Deputy Policy Director
DSCC

2

# Attachment A

# REPORT OF RECEIPTS AND DISBURSEMENTS
### For Other Than An Authorized Committee

**FEC FORM 3X**

Office Use Only: 12FE4M5

**1. NAME OF COMMITTEE (in full)**: ActBlue

**ADDRESS (number and street)**: PO Box 382110

☐ Check if different than previously reported. (ACC)

**CITY**: Cambridge   **STATE**: MA   **ZIP CODE**: 02238

**2. FEC IDENTIFICATION NUMBER**: C C00401224

**3. IS THIS REPORT**: ☐ NEW (N)  OR  ☒ AMENDED (A)

**4. TYPE OF REPORT** (Choose One)

(a) Quarterly Reports:
- ☐ April 15 Quarterly Report (Q1)
- ☐ July 15 Quarterly Report (Q2)
- ☐ October 15 Quarterly Report (Q3)
- ☐ January 31 Year-End Report (YE)
- ☐ July 31 Mid-Year Report (Non-election Year Only) (MY)
- ☐ Termination Report (TER)

(b) Monthly Report Due On:
- ☐ Feb 20 (M2)   ☐ May 20 (M5)   ☒ Aug 20 (M8)   ☐ Nov 20 (M11) (Non-Election Year Only)
- ☐ Mar 20 (M3)   ☐ Jun 20 (M6)   ☐ Sep 20 (M9)   ☐ Dec 20 (M12) (Non-Election Year Only)
- ☐ Apr 20 (M4)   ☐ Jul 20 (M7)   ☐ Oct 20 (M10)  ☐ Jan 31 (YE)

(c) 12-Day PRE-Election Report for the:
- ☐ Primary (12P)   ☐ General (12G)   ☐ Runoff (12R)
- ☐ Convention (12C)   ☐ Special (12S)

Election on __/__/____ in the State of ____

(d) 30-Day POST-Election Report for the:
- ☐ General (30G)   ☐ Runoff (30R)   ☐ Special (30S)

Election on __/__/____ in the State of ____

**5. Covering Period**: 07 / 01 / 2017  through  07 / 31 / 2017

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer: Hill, Erin, , ,

Signature of Treasurer: *Hill, Erin, , ,*   *[Electronically Filed]*   Date: 03 / 30 / 2018

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

**FEC FORM 3X**
Rev. 05/2016

Office Use Only

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
[X] 11a  [ ] 11b  [ ] 11c  [ ] 12
[ ] 13   [ ] 14   [ ] 15   [ ] 16  [ ] 17

PAGE 30924 OF 626482

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
ActBlue

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,
Mailing Address: 623 DONALDSON AVE 8
City: SAN ANTONIO
State: TX
Zip Code: 78201
FEC ID number of contributing federal political committee: C
Name of Employer: UNIVERSITY OF TEXAS AT SAN ANTONIO
Occupation: PROFESSOR
Receipt For: [ ] Primary [ ] General [ ] Other (specify)
Aggregate Year-to-Date: 5.00

Date of Receipt: 07/18/2017
Transaction ID: SA11AI_87144145
Amount of Each Receipt this Period: 5.00
[ ] Memo Item
Earmark
Earmarked for DSCC (C00042366)

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,
Mailing Address: 623 DONALDSON AVE 8
City: SAN ANTONIO
State: TX
Zip Code: 78201
FEC ID number of contributing federal political committee: C
Name of Employer: UNIVERSITY OF TEXAS AT SAN ANTONIO
Occupation: PROFESSOR
Receipt For: [ ] Primary [ ] General [ ] Other (specify)
Aggregate Year-to-Date: 70.00

Date of Receipt: 07/31/2017
Transaction ID: SA11AI_88052937
Amount of Each Receipt this Period: 10.00
[ ] Memo Item
Earmark
Earmarked for TEXAS DEMOCRATIC PARTY - FEDERAL ACCOUNT (C00099267)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JESSICA, , ,
Mailing Address: 348 COBBLESTONE COURT
City: CHAPEL HILL
State: NC
Zip Code: 27514
FEC ID number of contributing federal political committee: C
Name of Employer: SHANNON MEDIA INC
Occupation: EXECUTIVE EDITOR
Receipt For: [ ] Primary [ ] General [ ] Other (specify)
Aggregate Year-to-Date: 5.00

Date of Receipt: 07/18/2017
Transaction ID: SA11AI_87143099
Amount of Each Receipt this Period: 5.00
[ ] Memo Item
Earmark
Earmarked for SWING LEFT CONDUIT (C00632133)

---

**SUBTOTAL** of Receipts This Page (optional) ▶ 20.00

**TOTAL** This Period (last page this line number only) ▶

FEC Schedule A (Form 3X) Rev. 06/2016

# REPORT OF RECEIPTS AND DISBURSEMENTS
### For Other Than An Authorized Committee

**FEC FORM 3X**

Office Use Only

**12FE4M5**

1. **NAME OF COMMITTEE (in full)**    TYPE OR PRINT ▼    Example: If typing, type over the lines.

   ActBlue

   **ADDRESS (number and street)**
   ☐ Check if different than previously reported. (ACC)

   PO Box 382110

   CITY ▲ Cambridge    STATE ▲ MA    ZIP CODE ▲ 02238

2. **FEC IDENTIFICATION NUMBER** ▼

   C C00401224

3. IS THIS REPORT    ☐ NEW (N)   OR   ☒ AMENDED (A)

4. **TYPE OF REPORT** (Choose One)

   (a) Quarterly Reports:
   - ☐ April 15 Quarterly Report (Q1)
   - ☐ July 15 Quarterly Report (Q2)
   - ☐ October 15 Quarterly Report (Q3)
   - ☐ January 31 Year-End Report (YE)
   - ☐ July 31 Mid-Year Report (Non-election Year Only) (MY)
   - ☐ Termination Report (TER)

   (b) Monthly Report Due On:
   - ☐ Feb 20 (M2)
   - ☐ Mar 20 (M3)
   - ☐ Apr 20 (M4)
   - ☐ May 20 (M5)
   - ☐ Jun 20 (M6)
   - ☐ Jul 20 (M7)
   - ☐ Aug 20 (M8)
   - ☒ Sep 20 (M9)
   - ☐ Oct 20 (M10)
   - ☐ Nov 20 (M11) (Non-Election Year Only)
   - ☐ Dec 20 (M12) (Non-Election Year Only)
   - ☐ Jan 31 (YE)

   (c) 12-Day **PRE**-Election Report for the:
   - ☐ Primary (12P)   ☐ General (12G)   ☐ Runoff (12R)
   - ☐ Convention (12C)   ☐ Special (12S)

   Election on __ /__ /____ in the State of __

   (d) 30-Day **POST**-Election Report for the:
   - ☐ General (30G)   ☐ Runoff (30R)   ☐ Special (30S)

   Election on __ /__ /____ in the State of __

5. **Covering Period**  08 / 01 / 2017  through  08 / 31 / 2017

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer   Hill, Erin, , ,

Signature of Treasurer   *Hill, Erin, , ,*   *[Electronically Filed]*   Date  03 / 30 / 2018

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. § 30109.

Office Use Only

**FEC FORM 3X**
Rev. 05/2016

| SCHEDULE A (FEC Form 3X) | Use separate schedule(s) | FOR LINE NUMBER: | PAGE 30460 OF 619300 |
| --- | --- | --- | --- |
| ITEMIZED RECEIPTS | for each category of the Detailed Summary Page | (check only one) | |
| | | X 11a  11b  11c  12 | |
| | | 13  14  15  16  17 | |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
ActBlue

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JANET, , ,
Mailing Address: 14 GARNET DR
City: LITTLE FALLS
State: NJ
Zip Code: 07424
FEC ID number of contributing federal political committee: C
Name of Employer: NOT EMPLOYED
Occupation: NOT EMPLOYED
Receipt For: Primary ☐ General ☐ Other (specify) ☐
Aggregate Year-to-Date: 20.00

Date of Receipt: 08 / 31 / 2017
Transaction ID: SA11AI_90034146
Amount of Each Receipt this Period: 20.00
☐ Memo Item
Earmark
Earmarked for DAVID RICHARDSON FOR CONGRESS (C00649087)

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JANET, , ,
Mailing Address: 14 GARNET DR
City: LITTLE FALLS
State: NJ
Zip Code: 07424
FEC ID number of contributing federal political committee: C
Name of Employer: NOT EMPLOYED
Occupation: NOT EMPLOYED
Receipt For: Primary ☐ General ☐ Other (specify) ☐
Aggregate Year-to-Date: 13.51

Date of Receipt: 08 / 31 / 2017
Transaction ID: SA11AI_90034166
Amount of Each Receipt this Period: 2.00
☐ Memo Item
Contribution to Act Blue
Contribution to ActBlue

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
STRINGER, JARROD, , ,
Mailing Address: 623 DONALDSON AVE 8
City: SAN ANTONIO
State: TX
Zip Code: 78201
FEC ID number of contributing federal political committee: C
Name of Employer: UNIVERSITY OF TEXAS AT SAN ANTONIO
Occupation: PROFESSOR
Receipt For: Primary ☐ General ☐ Other (specify) ☐
Aggregate Year-to-Date: 10.00

Date of Receipt: 08 / 18 / 2017
Transaction ID: SA11AI_89070716
Amount of Each Receipt this Period: 5.00
☐ Memo Item
Earmark
Earmarked for DSCC (C00042366)

SUBTOTAL of Receipts This Page (optional) ............................................................. ▶ 27.00

TOTAL This Period (last page this line number only) ............................................. ▶

FEC Schedule A (Form 3X) Rev. 06/2016

Paper report unavailable in FEC system; screenshots of contribution details from FEC website below:

