# Exhibit 7

```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
                   SAN ANTONIO DIVISION

JARROD STRINGER, et al.,      *
     Plaintiffs,              *
                              *
v.                            *     No. SA-20-CV-46-OG
                              *
RUTH R. HUGHS, et al.,        *
     Defendants.              *
```

VIDEOCONFERENCED DEPOSITION

OF

JOHN HARMS

Tuesday, April 14, 2020

VIDEOCONFERENCED DEPOSITION OF JOHN HARMS, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on Tuesday, April 14, 2020, from 10:02 a.m. to 10:48 a.m., before Debbie D. Cunningham, CSR, in and for the State of Texas, remotely reported via Machine Shorthand, pursuant to the Federal Rules of Civil Procedure.

--ooOoo--

1   Q.   And as of that date, you hadn't decided
2   whether you were going to stay at this current residence
3   or move to another one?
4   A.   No.
5   Q.   I think that's it for Exhibit 4.
6        Have you voted in any elections since you
7   moved from Bastrop County to Travis County?
8   A.   Yes, I did.   I voted -- pardon me for just a
9   minute -- in the last Democratic primary.
10  Q.   And that was in March of this year?
11  A.   March.  March of this year, uh-huh.
12  Q.   And you were able to cast a ballot?
13  A.   Yes.  After the hearing in San Antonio, a
14  voter registration card just showed up in my mailbox.  I
15  hadn't done anything to make that happen.  It just
16  showed up.  So I'm assuming that somebody felt I
17  deserved to get a new card.
18  Q.   Do you know who that somebody was?
19  A.   I have no idea.  There was nothing identifying
20  the source.
21  Q.   Have you ever gone to vote in an election and
22  been denied the ability to vote due to a registration
23  issue?
24  A.   No.
25  Q.   Have you ever donated any money to the Texas