IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, *et al*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 5:20-cv-00046-OLG |
| RUTH HUGHS, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE and STEVEN C. McCRAW, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY | § § § § § § § § | |
| Defendants. | § | |

# PLAINTIFFS' SUBMISSION OF SUPPLEMENTAL INFORMATION IN SUPPORT OF ORIGINAL EMERGENCY APPLICATION FOR PRELIMINARY INJUNCTION

Plaintiffs have pending before this Court a request for preliminary injunction, for which relief was previously partially granted and partially abated. Plaintiffs' Emergency Application for Preliminary Injunction, Doc. 5 (Jan. 17, 2020); Plaintiffs' Supplementary Brief in Support of Preliminary Injunction, Doc. 69 (May 13, 2020); Order, Doc. 46 (Jan. 30, 2020). One issue relevant to the current proceeding is the imminence of injury to Plaintiff Stringer both for the purposes of establishing standing and to demonstrate irreparable injury to warrant a preliminary injunction. Accordingly, Plaintiffs respectfully submit the attached Declaration of Plaintiff Jarrod Stringer and his accompanying notice of non-renewal of lease which he submitted to his landlord on June 18, 2020. Exhibit A. Mr. Stringer has previously testified as to his intent to move on or before the end of his current lease, which expires on August 24, 2020. *See* Excerpts of Apr. 29 Deposition of Jarrod Stringer at 35:6–36:24, Doc. 69-1 at 72-73. The attached notice of non-renewal further

1

demonstrates that Mr. Stringer has concrete and imminent plans to move, and that he will once again be in a position to update his driver's license address online in the near future. Mr. Stringer has also testified that he will once again update his driver's license address online when he is in the position to do so, and, if able, will simultaneously update his voter registration information. *See id.* at 36:25-37:15, Doc. 69-1 at 73-74. These actions would be consistent with his past conduct, and all the more necessary due to the infeasibility of in-person transactions due to the COVID-19 pandemic.

As this Court is aware, Mr. Stringer has previously been injured on two separate occasions by Defendants' refusal to offer simultaneous voter registration application opportunities with online driver's license transactions and has been forced into litigation to vindicate his rights. If there is not a system in place for individuals to simultaneously apply to register to vote while conducting driver's license transactions online, in compliance with the mandates of the National Voter Registration Act, Mr. Stringer will have his legal rights violated for a third time. Additionally, the organizational and associational Plaintiffs in this case continue to experience daily irreparable injury as a result of Defendants' legal violations. Defendants have consistently indicated that they still believe substantial time may be required to completely finalize the remaining technological steps necessary to provide a simultaneous voter registration application experience. *See* Defendants' Supplemental Brief in Opposition to Plaintiffs' and Plaintiff-Intervenors' Request for Preliminary Injunction at 12-13, Doc. 74 (May 22, 2020). Therefore, Plaintiffs offer this additional information to support the standing and irreparable injury faced by Mr. Stringer, and respectfully urge consideration of their request for a preliminary injunction with relief granted as soon as practicable and in any event with sufficient time such that Plaintiff Stringer will be fully able to exercise his legal right to simultaneously change his voter registration

address while updating his driver's license address online when he moves on or before August 24, 2020.

Dated: June 29, 2020                              Respectfully submitted,

                               /s/ Mimi Marziani
                              Mimi Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Ryan Cox
Texas Bar No. 24074087
ryan@texascivilrightsproject.org
Joaquin Gonzalez
Texas Bar No. 24109935
Joaquin@texascivilrightsproject.org

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
Tel. (512) 474-5073
Fax (512) 474-0726

Caitlyn E. Silhan
Texas State Bar No. 24072879
csilhan@waterskraus.com
Peter A. Kraus
Texas State Bar No. 11712980
kraus@waterskraus.com
Charles S. Siegel
Texas State Bar No. 18341875
siegel@waterskraus.com

WATERS & KRAUS, LLP
3141 Hood St., #700
Dallas, Texas 75219
214-357-6244 (Telephone)
214-871-2263 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

3

## CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on June 29, 2020 via the Court's CM/ECF system.

/s/ Mimi Marziani

# Ex. A

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, NAYELI GOMEZ, JOHN HARMS, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS<br><br>Plaintiffs,<br><br>v.<br><br>RUTH HUGHS, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE and STEVEN C. McCRAW, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY<br><br>Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 5:20-cv-00046-OLG |

## DECLARATION OF JARROD STRINGER

My name is Jarrod Stringer. I am over the age of 18 and capable of making this declaration. The facts stated herein are within my personal knowledge.

1. Attached hereto is a true and correct copy of the 60-day notice to move out and non-renewal of lease submitted by me and my wife, Trang Pham, to our landlord on June 18, 2020.

This Declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, State of Texas, on 23rd day of June, 2020.

Jarrod Stringer

1

June 18, 2020

Jarrod Stringer & Trang Pham
2401 Lazy Hollow Dr. Apt 130A
Houston, Texas 77063

Village at Piney Point
2601 Lazy Hollow Dr.
Houston, Texas 77063

Dear Management,

We are writing you today to submit our 60 days moveout notice. Our lease expires on August 24, 2020, and we will not be renewing it.

Thank you,

Jarrod Stringer & Trang Pham