IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, *et al*, § § § Plaintiffs, § § v. § Civil Action No. 5:20-cv-00046-OLG § RUTH HUGHS, IN HER OFFICIAL § CAPACITY AS THE TEXAS SECRETARY OF § STATE and STEVEN C. McCRAW, IN HIS § OFFICIAL CAPACITY AS THE DIRECTOR OF § THE TEXAS DEPARTMENT OF PUBLIC § SAFETY § § Defendants. § | |

**PLAINTIFFS' SECOND SUBMISSION OF SUPPLEMENTAL INFORMATION IN SUPPORT OF ORIGINAL EMERGENCY APPLICATION FOR PRELIMINARY INJUNCTION AND NOTICE OF TIME-SENSATIVE CLAIMS**

On June 29, 2020, Plaintiffs filed a supplement with the Court providing additional information that further explained and confirmed the immediate need for consideration and approval of Plaintiffs' application for preliminary injunction. Doc. 91. Plaintiffs now file this second supplement and accompanying declaration to confirm that the facts represented as imminent in prior filings have now come to pass, creating an immediate and time-sensitive need for the requested preliminary injunctive relief.

As noted in Plaintiffs' first supplemental filing, Plaintiffs have pending before this Court a request for preliminary injunction, for which relief was previously partially granted and partially abated. *See* Plaintiffs' Emergency Application for Preliminary Injunction, Doc. 5 (Jan. 17, 2020); Plaintiffs' Supplementary Brief in Support of Preliminary Injunction, Doc. 69 (May 13, 2020); Order, Doc. 46 (Jan. 30, 2020). Plaintiffs additionally pointed out that the imminence of injury to

1

Plaintiff Stringer is an issue in this case bearing on both standing and eligibility for a preliminary injunction. While the Court's Order granting partial injunctive relief to immediately require Defendants to register Mr. Stringer to vote addressed his injury at that time, the additional injury to Mr. Stringer was imminent based on his clearly-stated intention to move to another new address during the pendency of this suit. In their first supplemental filing Plaintiffs attached a declaration of Plaintiff Jarrod Stringer and his accompanying notice of non-renewal of lease, which he submitted to his landlord on June 18, 2020 as confirmation of his previous testimony of his intent to move on or before the end of his current lease, which expires on August 24, 2020. *See* Doc. 91; Excerpts of Apr. 29 Deposition of Jarrod Stringer at 35:6–36:24, Doc. 69-1 at 72-73.

Mr. Stringer's planned move has now come to pass. In accordance with previous representations to the Court, Mr. Stringer is moving on August 15, 2020. *See Exhibit A* at ¶ 1 (Declaration of Jarrod Stringer of Aug. 14, 2020). While his new address will remain in the city of Houston, his new address is located in different electoral districts than his previous address, including a move to U.S. Congressional District 18 from U.S. Congressional District 7. *Id*. at ¶ 2.[1] In order for Mr. Stringer to vote in the correct electoral districts in the November general election, he must submit his change of address or a new voter registration application to election authorities by October 5, 2020, the voter registration deadline. TEX. ELEC. CODE § 13.143. Mr. Stringer also understands that he is required by law to update his driver's license to his new address by September 14, 2020—30 days after his move. *See Exhibit A* at ¶ 4.

---

[1] Pursuant to Federal Rule of Evidence 201, Plaintiffs request the Court to take judicial notice of the official United States House of Representatives website used to confirm Plaintiff Stringer's previous and new congressional districts: United States House of Representatives, *Find My Representative*, House.gov (accessed Aug. 13, 2020) https://www.house.gov/representatives/find-your-representative.

Accordingly, without immediate injunctive relief, Mr. Stringer will again transact with DPS online to update his address, and again be denied his right to simultaneously update his voter registration—an identical injury to that which the Court enjoined in this case related to Mr. Stringer's previous address change. Order, Doc. 46 (Jan. 30, 2020). In order to permit Mr. Stringer the ability to (1) comply with the law by timely updating his driver's license address, (2) timely register to vote in his new districts for the November general election, and (3) exercise his right to a simultaneous voter registration application with his DPS transaction, a preliminary injunction as requested by Plaintiffs must be issued prior to September 14, 2020.

Dated: August 14, 2020  Respectfully submitted,

/s/ Mimi Marziani
Mimi Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Ryan Cox
Texas Bar No. 24074087
ryan@texascivilrightsproject.org
Joaquin Gonzalez
Texas Bar No. 24109935
Joaquin@texascivilrightsproject.org

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
Tel. (512) 474-5073
Fax (512) 474-0726

Caitlyn E. Silhan
Texas State Bar No. 24072879
csilhan@waterskraus.com
Peter A. Kraus
Texas State Bar No. 11712980
kraus@waterskraus.com

Charles S. Siegel
Texas State Bar No. 18341875
siegel@waterskraus.com

WATERS & KRAUS, LLP
3141 Hood St., #700
Dallas, Texas 75219
214-357-6244 (Telephone)
214-871-2263 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on August 14, 2020 via the Court's CM/ECF system.

/s/ Ryan V. Cox

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, NAYELI GOMEZ, JOHN HARMS, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS<br><br>Plaintiffs,<br><br>v.<br><br>RUTH HUGHS, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE and STEVEN C. McCRAW, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY<br><br>Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 5:20-cv-00046-OLG |

## DECLARATION OF JARROD STRINGER

My name is Jarrod Stringer. I am over the age of 18 and capable of making this declaration. The facts stated herein are within my personal knowledge.

1. In keeping with my previously stated intention to move from my residence at 2401 Lazy Hollow Dr., Houston, TX, 77063, I will be moving on Saturday, August 15, 2020 to a new residence at 5000 Milwee St., Houston, TX 77092.

2. 5000 Milwee St. is in different electoral districts than 2401 Lazy Hollow Dr.. Among those differences, 5000 Milwee St. is located in United States Congressional District 18, whereas 2401 Lazy Hollow Dr. is located in United States Congressional District 7.

3. In order to vote in the correct electoral districts in the November general election, I must submit my change of address by the October 05 registration deadline.

1

4. By Texas law, I must also change the address on my driver's license to reflect my new residence.

5. Pursuant to my rights under federal law, I wish to have my online driver's license transaction serve as a simultaneous voter registration application. I will change my driver's license online because my personal health, the COVID-19 pandemic, and the unreliability and inconvenience of the postal system make it the only safe and reliable option.

6. I have previously been aggrieved twice by the State's failure to offer simultaneous voter registration applications with online driver's license transactions.

7. In order to exercise my rights under federal law, I will wait to change my driver's license address until I am provided with the required simultaneous application to update my voter registration.

8. As soon as it is possible for my driver's license transaction to serve as a simultaneous voter registration transaction, I will update both my driver's license information and voter registration information online in a single transaction.

This Declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, State of Texas, on 14th day of August, 2020.

Jarrod Stringer

2