IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| and | § § | |
| TEXAS DEMOCRATIC PARTY, DCCC, and DSCC, | § § § | CIVIL NO. SA-20-CV-46-OG |
| *Intervenor-Plaintiffs,* | § § § | |
| v. | § § | |
| RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | § § § § § § | |
| *Defendants.* | § | |

### DEFENDANT'S COURT-ORDERED ADVISORY

Pursuant to the Court's August 28, 2020 Order, Dkt. 97, Defendant Texas Secretary of State respectfully submits this advisory. As set forth in the attached declaration, Defendants are in compliance with the Court's August 28, 2020 Order, and Plaintiff Jarrod Stringer has updated his voter registration address by changing the address on his Texas driver license via the updated DPS system.

1

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Texas Bar No. 24078898
CHRISTOPHER D. HILTON
Texas Bar. No. 24087727
Assistant Attorneys General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2798 | FAX: (512) 320-0667
anna.mackin@oag.texas.gov
christopher.hilton@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on October 2, 2020, the foregoing instrument was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Assistant Attorney General