Case 5:20-cv-00046-OLG   Document 99   Filed 11/16/20   Page 1 of 2

FILED
November 16, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, NAYELI GOMEZ, JOHN HARMS, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS | ) ) ) ) ) | |
| Plaintiffs | ) | |
| and | ) ) | CIVIL NO. SA-20-CV-46-OG |
| TEXAS DEMOCRATIC PARTY, DCCC, and DSCC | ) ) ) ) | |
| Intervenor-Plaintiffs | ) ) | |
| v. | ) ) | CIVIL NO. SA-16-CV-257-OG [Related] |
| RUTH HUGHS, in her official capacity as Texas Secretary of State and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety | ) ) ) ) ) ) ) | |
| Defendants | ) | |

**ORDER**

On this date the Court considered the status of this case. The pending motions (docket nos. 56, 50, 77) are taken under advisement. However, the Court will not rule on the pending motions until the parties have mediated this case.

Thus, it is ORDERED that the parties mediate all remaining claims in this case within 90 days from the date below. The preliminary injunction remains in full force and effect, but this case is otherwise stayed for 90 days to allow the parties an opportunity to resolve all claims herein. The parties shall file a written advisory with the Court after they have finished mediation

advising whether the case has settled.

    **SIGNED** on this __16th__ day of November, 2020.

                                                                           _____
                                                                           ORLANDO L. GARCIA
                                                                           CHIEF U.S. DISTRICT JUDGE