# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| and | § § | |
| TEXAS DEMOCRATIC PARTY, DCCC, and DSCC, | § § § § | CIVIL NO. SA-20-CV-46-OG |
| *Intervenor-Plaintiffs,* | § § § | |
| v. | § § | |
| RUTH HUGHS, in her official capacity as Texas Secretary of State, and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | § § § § § § | |
| *Defendants.* | § | |

## JOINT ADVISORY REGARDING COURT-ORDERED MEDIATION

Pursuant to the Court's November 16, 2020 Order, Dkt. 99, the parties jointly submit this advisory. As ordered by the Court, the parties mediated all remaining claims in this case on February 8, 2021. The parties jointly request that the Court maintain the stay in this matter for an additional 30 days for Defendants to determine whether they approve the proposed settlement terms and, if so, for the parties to work toward consummating an agreement. The parties will submit to the Court an advisory or other appropriate filing regarding these efforts on or before March 17, 2021.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

*/s/ Christopher D. Hilton*
CHRISTOPHER D. HILTON
Texas Bar. No. 24087727
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2798 | FAX: (512) 320-0667
christopher.hilton@oag.texas.gov

COUNSEL FOR DEFENDANTS

/s/ *Hani Mirza*
Mimi Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Ryan Cox
Texas Bar No. 24074087
ryan@texascivilrightsproject.org
Joaquin Gonzalez
Texas Bar No. 24109935
joaquin@texascivilrightsproject.org

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
Tel. (512) 474-5073

2

Fax (512) 474-0726

Caitlyn E. Silhan
Texas State Bar No. 24072879
csilhan@waterskraus.com
Peter A. Kraus
Texas State Bar No. 11712980
kraus@waterskraus.com
Charles S. Siegel
Texas State Bar No. 18341875
siegel@waterskraus.com

WATERS & KRAUS, LLP
3141 Hood St., #700
Dallas, Texas 75219
214-357-6244 (Telephone)
214-871-2263 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

/s/ *John M. Geise*

John Hardin
TX State Bar No. 24012784
PERKINS COIE LLP
500 N. Akard St., Suite 3300
Dallas, TX 75201
Telephone: (214) 965-7743
Facsimile: (214) 965-7793
JohnHardin@perkinscoie.com

Marc E. Elias*
Aria Branch*
John M. Geise*
Emily Brailey*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
jgeise@perkinscoie.com
ebrailey@perkinscoie.com

*Counsel for the Intervenors*

3

Chad W. Dunn
TX State Bar No. 24036507
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

Robert Leslie Meyerhoff
Texas Democratic Party
314 E. Highland Mall Blvd. #508
Austin, TX 78752
Telephone: 512-478-9800
rmeyerhoff@txdemocrats.org

*Counsel for Intervenor Texas Democratic Party*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on February 15, 2021, the foregoing document was filed electronically via the Court's CM/ECF system causing electronic service upon all counsel of record.

*/s/ John M. Geise*
John M. Geise