**FILED**

May 05, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____   JU

DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, et al., | § | |
| _Plaintiffs,_ | § | |
| | § | |
| v. | § | No. SA-20-CV-46-OG |
| | § | |
| RUTH R. HUGHS, et al., | § | |
| _Defendants._ | § | |

## <u>ORDER</u>

On this day the Court held a status conference in this case. The parties appeared by and through counsel. After hearing from counsel, the Court ORDERS the following:

1. The parties on both sides shall check the current website to ensure that necessary and appropriate language is being used and that full compliance with the preliminary injunction continues in the manner expected. Any party who observes less than full compliance with the preliminary injunction and/or believes necessary and appropriate language is not being used (e.g., outdated or otherwise deficient language) must inform the Court in a written advisory no later than Monday, May 10, 2021.

2. The parties must submit a Joint Notice of Settlement on or before Monday, May 24, 2021 at 4:00 p.m. or, if the case does not settle, a Written Advisory to the Court. The Court will then determine how the case should proceed.

IT IS SO ORDERED.

SIGNED this ___5th___ day of April, 2021.

_____
Orlando L. Garcia
Chief United States District Judge