IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| and | § § | |
| TEXAS DEMOCRATIC PARTY, DCCC, and DSCC, | § § § | CIVIL NO. SA-20-CV-46-OG |
| *Intervenor-Plaintiffs,* | § § § | |
| v. | § § | |
| RUTH HUGHS, in her official capacity as Texas Secretary of State, and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | § § § § § § | |
| *Defendants.* | § § | |

**JOINT NOTICE OF SETTLEMENT**

On May 5, 2021, the parties appeared for a status conference with the Court and discussed, *inter alia*, the ongoing settlement discussions regarding this matter. The Court ordered that the parties submit a Joint Notice of Settlement on or before May 24, 2021 at 4:00 p.m., or another appropriate advisory.

The parties have reached a settlement in principle regarding all claims and all outstanding issues in this matter. The parties will work together to finalize the settlement and move for dismissal of this matter as expeditiously as possible. The parties estimate finalizing settlement and moving for dismissal of this matter within 30 days.

1

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

*/s/ Christopher D. Hilton*
CHRISTOPHER D. HILTON
Texas Bar. No. 24087727
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2798 | FAX: (512) 320-0667
christopher.hilton@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

*/s/ Hani Mirza*
Mimi Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Ryan Cox
Texas Bar No. 24074087
ryan@texascivilrightsproject.org
Joaquin Gonzalez
Texas Bar No. 24109935
joaquin@texascivilrightsproject.org

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
Tel. (512) 474-5073

Fax (512) 474-0726

Caitlyn E. Silhan
Texas State Bar No. 24072879
csilhan@waterskraus.com
Peter A. Kraus
Texas State Bar No. 11712980
kraus@waterskraus.com
Charles S. Siegel
Texas State Bar No. 18341875
siegel@waterskraus.com

WATERS & KRAUS, LLP
3141 Hood St., #700
Dallas, Texas 75219
214-357-6244 (Telephone)
214-871-2263 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

/s/ *Jonathan G. Hardin*
Jonathan G. Hardin
TX State Bar No. 24012784
PERKINS COIE LLP
500 N. Akard St., Suite 3300
Dallas, TX 75201
Telephone: (214) 965-7743
Facsimile: (214) 965-7793
JohnHardin@perkinscoie.com

Marc E. Elias*
Aria C. Branch*
Emily Brailey*
John M. Geise*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
abranch@perkinscoie.com
ebrailey@perkinscoie.com
jgeise@perkinscoie.com

*Counsel for the Intervenor-Plaintiffs*

Chad W. Dunn
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

*Counsel for Intervenor- Plaintiff Texas Democratic Party*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

    I certify that on May 24, 2021, the foregoing document was filed electronically via the Court's CM/ECF system causing electronic service upon all counsel of record.

                                          */s/ Christopher D. Hilton*
                                          CHRISTOPHER D. HILTON
                                          Assistant Attorney General