# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| and | § § | |
| TEXAS DEMOCRATIC PARTY, DCCC, and DSCC, | § § § § | CIVIL NO. 5:20-CV-00046-OLG |
| *Intervenor-Plaintiffs,* | § § | |
| v. | § § | |
| RUTH HUGHS, in her official capacity as Texas Secretary of State, and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | § § § § § § | |
| *Defendants.* | § | |

## JOINT MOTION TO DISMISS

Plaintiffs, Intervenors, and Defendants in this case file this joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties have reached an agreement to settle all the claims in this case without further delay and expense. *See* Ex. A. As such, the parties jointly request that the Court dismiss this case with prejudice.

Dated: August 2, 2021

                                                  Respectfully submitted,

                                                  */s/ Hani Mirza*
                                                  Mimi Marziani
                                                  Texas Bar No. 24091906
                                                  mimi@texascivilrightsproject.org
                                                  Hani Mirza
                                                  Texas Bar No. 24083512
                                                  hani@texascivilrightsproject.org
                                                  Ryan Cox

Texas Bar No. 24074087
ryan@texascivilrightsproject.org
Joaquin Gonzalez
Texas Bar No. 24109935
joaquin@texascivilrightsproject.org

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
Tel. (512) 474-5073
Fax (512) 474-0726

Caitlyn E. Silhan
Texas State Bar No. 24072879
csilhan@waterskraus.com
Peter A. Kraus
Texas State Bar No. 11712980
kraus@waterskraus.com
Charles S. Siegel
Texas State Bar No. 18341875
siegel@waterskraus.com

WATERS & KRAUS, LLP
3141 Hood St., #700
Dallas, Texas 75219
214-357-6244 (Telephone)
214-871-2263 (Facsimile)

ATTORNEYS FOR PLAINTIFFS


*/s/ John M. Geise*

Jonathan G. Hardin
TX State Bar No. 24012784
PERKINS COIE LLP
500 N. Akard St., Suite 3300
Dallas, TX 75201
Telephone: (214) 965-7743
Facsimile: (214) 965-7793
JohnHardin@perkinscoie.com

Marc E. Elias*
Aria C. Branch*
Emily Brailey*
John M. Geise*
PERKINS COIE LLP

2

700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
abranch@perkinscoie.com
ebrailey@perkinscoie.com
jgeise@perkinscoie.com

*Counsel for the Intervenor-Plaintiffs*

Chad W. Dunn
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

*Counsel for Intervenor- Plaintiff Texas Democratic Party*

*\*Admitted Pro Hac Vice*


KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

*/s/ Christopher D. Hilton*
CHRISTOPHER D. HILTON
Texas Bar. No. 24087727
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

(512) 463-2798 | FAX: (512) 320-0667
christopher.hilton@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on August 2, 2021.

/s/ _Hani Mirza_____