**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JARROD STRINGER, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| and | § § | |
| TEXAS DEMOCRATIC PARTY, DCCC, and DSCC, | § § § § | CIVIL NO. 5:20-CV-00046-OLG |
| *Intervenor-Plaintiffs,* | § § § | |
| v. | § § | |
| RUTH HUGHS, in her official capacity as Texas Secretary of State, and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | § § § § § § | |
| *Defendants.* | § | |

**ORDER GRANTING JOINT MOTION TO DISMISS**

The Court has considered the parties' Joint Motion to Dismiss this case. After considering the Motion, the Court concludes that the Motion has merit and should be granted. It is therefore ordered that the parties' Joint Motion to Dismiss is GRANTED, and it is ORDERED that all claims brought by all parties are hereby DISMISSED WITH PREJUDICE.

**SIGNED** this _____ day of August 2021.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE