Case 5:20-cv-00046-OLG   Document 114   Filed 08/03/21   Page 1 of 1

**FILED**
August 04, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| and | § § | |
| TEXAS DEMOCRATIC PARTY, DCCC, and DSCC, | § § § | CIVIL NO. 5:20-CV-00046-OLG |
| *Intervenor-Plaintiffs,* | § § § | |
| v. | § § | |
| RUTH HUGHS, in her official capacity as Texas Secretary of State, and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | § § § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

The Court has considered the parties' Joint Motion to Dismiss this case. After considering the Motion, the Court concludes that the Motion has merit and should be granted. It is therefore ordered that the parties' Joint Motion to Dismiss is GRANTED, and it is ORDERED that all claims brought by all parties are hereby DISMISSED WITH PREJUDICE.

**SIGNED** this ___3rd___ day of August 2021.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE